IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER PENNINGTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-cv-301 |
| | § | |
| FEDEX GROUND PACKAGE SYSTEM, | § | |
| INC.; GG'S PRODUCE TRANSPORT, LLC; I | § | |
| GARZA, LLC; J.B. HUNT TRANSPORT, | § | |
| INC.; RICH TRANSPORT, LLC; and GO TO | § | |
| LOGISTICS, INC., | § | |
| | § | |
| Defendants. | § | |

## FEDEX GROUND PACKAGE SYSTEM, INC.'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant FedEx Ground Package System, Inc. ("FedEx Ground") files this Notice of Removal and would respectfully show the Court as follows:

## I.
### BACKGROUND

1.      FedEx Ground was sued in the cause styled *Christopher Pennington v. FedEx Ground Package System, Inc., G.G.'s Produce Transport, LLC, I Garza, LLC, J.B. Hunt Transport, Inc., Rich Transport, LLC, and Go To Logistics, Inc.,* Cause No. C-1550-21-B in the 93rd Judicial District Court of Hidalgo County, Texas (the "Lawsuit").  The Lawsuit was filed on April 23, 2021 and to FedEx Ground's knowledge all of the named Defendants have been served and/or answered as of the filing of this notice.

2.      This Notice of Removal is accompanied by an index of the documents filed in state court and a copy of the state court file, which are attached as **Exhibit "A."**  Other than the

documents attached as Exhibit A, no pleadings, process, orders or other documents in the case have been served or otherwise received by FedEx Ground.

## II.
### BASIS FOR REMOVAL

3.      This case is removable based upon diversity jurisdiction because (1) there is complete diversity of citizenship among the parties and (2) the amount in controversy exceeds $75,000.  28 U.S.C. §§ 1332, 1441.

**A.  The $75,000.00 amount-in-controversy requirement is satisfied.**

4.      Plaintiff's live pleading includes an assertion that Plaintiff is entitled to, and seeks to recover in excess of $1,000,000 from Defendants in this action for compensatory damages, actual damages, consequential damages, pain and suffering, exemplary damages, past and future mental anguish, past and future impairment, and past and future disfigurement.  *See* Exhibit A-2, Plaintiff's Original Petition §§ 6, 8.  Plaintiffs' pleading seeking more than $1,000,000 establishes that the amount in controversy exceeds the $75,000 minimum amount in controversy necessary for this Court to exercise its diversity jurisdiction. *See* 28 U.S.C. § 1446(c)(2); *Lopez v. Trujillo*, 475 B.R. 550, 555 (N.D. Tex. 2012) *citing St. Paul Reinsurance Co. v. Greenburg*, 134 F.3d 1250 (5th Cir. 1998) *and De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1408 (5th Cir.), cert. denied 516 U.S. 865, 116 S.Ct. 180 ("For diversity purposes, the amount in controversy is determined by the amount sought on the face of the plaintiff's pleadings, so long as the plaintiff's claim is made in good faith").  "[A] defendant's notice of removal need only include a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89, 135 S. Ct. 547, 554, 190 L. Ed. 2d 495 (2014).  Evidence establishing this amount is only required if the allegation is challenged by the plaintiff or the court.

*Id*.  Therefore the amount in controversy requirement is met in this matter pursuant to Plaintiff's petition and Defendant's allegation.

**B.  Complete diversity exists between the proper parties to the lawsuit.**

5.      A removing defendant is required to allege that diversity of citizenship existed at the time of the filing of the suit and at the time of removal.  *In re Allstate Ins. Co.*, 8 F.3d 219, 221 (5th Cir. 1993).  Plaintiff Christopher Pennington ("Plaintiff") is a natural person and was a citizen and resident of Texas at all relevant times, including at the time the Lawsuit was filed and at the time of the filing of this Notice of Removal.  *See* Exhibit A-2, Plaintiff's Original Petition § 1.  Therefore, for diversity purposes, Plaintiff is a citizen of Texas.

6.      Defendant FedEx Ground Package System, Inc. is a foreign corporation incorporated in Delaware with its principal place of business in Pennsylvania at the time of the filing of this notice of removal and at the time this lawsuit was filed. Therefore, for diversity purposes, Defendant is a citizen of the states of Pennsylvania and Delaware.

7.      Defendant J.B. Hunt Transport, Inc., ("J.B. Hunt"), is a foreign corporation incorporated in Georgia with its principal place of business in Arkansas at the time of the filing of this notice of removal and at the time this lawsuit was filed.  Therefore, for diversity purposes, J.B. Hunt is a citizen of the states of Georgia and Arkansas for purposes of diversity.

8.      Defendant Go To Logistics, Inc., ("Go To Logistics"), is a foreign corporation incorporated in Illinois with its principal place of business in Illinois at the time of the filing of this notice of removal and at the time this lawsuit was filed. Therefore, for diversity purposes, Go To Logistics is a citizen of the state of Illinois.

9.      Defendant Rich Transport, LLC, ("Rich Transport"), is a limited liability company. The citizenship of a limited liability company is determined by the citizenship of each member of

the entity. *Harvey v. Grey Wolf Drilling Co.,* 542 F.3d 1077, 1080 (5th Cir. 2008). Therefore, for diversity purposes, Rich Transport is a citizen of the state of Arkansas.

10.     Defendant GG's Produce Transport, LLC, ("GG's Produce"), is a Texas limited liability company. The citizenship of a limited liability company is determined by the citizenship of each member of the entity. *Harvey,* 542 F.3d at 1080 (5th Cir. 2008). Therefore, for diversity purposes, GG's Produce is a citizen of the state of Texas. However, as GG's Produce was not a part of the accident involving Plaintiffs or the remaining Defendants, FedEx Ground asserts that it was improperly joined to the present suit solely for purposes of attempting to defeat diversity and its citizenship should not be considered for diversity purposes.

11.     Defendant I Garza, LLC, ("I Garza"), is a Texas limited liability company. The citizenship of a limited liability company is determined by the citizenship of each member of the entity. *Harvey,* 542 F.3d at 1080 (5th Cir. 2008). Therefore, for diversity purposes, I Garza is a citizen of the state of Texas. However, as I Garza was not a part of the accident involving Plaintiff or the remaining Defendants, FedEx Ground asserts that it was improperly joined to the present suit solely for purposes of attempting to defeat diversity and its citizenship should not be considered for diversity purposes.

**a.  GG's Produce and I Garza were Improperly Joined to Defeat Diversity**

12.     The Court can disregard defendants that are improperly joined under the doctrine of fraudulent joinder. *Salazar v. Allstate Tex. Lloyd's, Inc*., 455 F.3d 571, 574 (5th Cir. 2006). The doctrine can apply to a non-diverse defendant regardless of whether the defendant is a local defendant. *Larroquette v. Cardinal Health 200, Inc*., 466 F.3d 373, 376-77 (5th Cir. 2006). The doctrine applies when (1) the plaintiff has fraudulently pleaded jurisdictional facts to add the nondiverse or local defendant, (2) the plaintiff has no possibility of establishing a cause of action

against the nondiverse or local defendant, or (3) the claims against the nondiverse defendant have no real connection to the claims against the other defendants. *See Davidson v. Georgia-Pac., L.L.C.*, 819  F.3d 758, 765 (5th Cir. 2016); *Triggs v. John Crump Toyota, Inc.*, 154 F.3d 1284, 1291 (11th Cir. 1998); *Crockett v. R.J. Reynolds Tobacco, Co.,* 436 F.3d 529, 533 (5th Cir. 2006) (citing Triggs with approval although not expressly adopting)   In the instant case, Plaintiff improperly joined GG's Produce and I Garza as the Plaintiff has no possibility of establishing a cause of action against them and they have no real connection with the claims against the other defendants.  In other words, "there is no reasonable basis for the district court to predict that the plaintiff might be able to recover against [these] in-state defendant[s]" *Cumpian v. Alcoa World Alumina, L.L.C.,* 910 F.3d 216, 219 (5th Cir. 2018) *citing Smallwood v. Ill. Cent. R.R. Co.,* 385 F.3d 568, 573 (5th Cir. 2004) (en banc).[1]

### i.  Plaintiff Has No Possibility of Establishing Claims Against I Garza or GG's Produce

13.      Plaintiff's live petition asserts he "was involved in catastrophic (sic) accident." Exhibit A-2, Plaintiff's Original Petition §4. Plaintiff then asserts all Defendants' drivers "failed to control or stop their vehicles, failed to recognize and account for road conditions, and failed to exercise extreme caution in hazardous conditions, consistent with federal trucking regulations. These actions or inaction led to ensuing collisions." *Id*.  "Plaintiff was among those who suffered severe injuries due to Defendants' actions." *Id*.

14.      Unfortunately, these assertions misstate and omit discrete yet incredibly important facts that establish beyond a doubt that Plaintiff has no possibility of recovery against GG's

---

[1] One Court has already noted the break in causation between vehicles in the first cluster (Defendants GG and I Garza) versus vehicles in the third cluster (Plaintiff Pennington).  In remanding a separate action, Judge Micaela Alvarez noted "While the Court agrees that the location of the vehicles or potential intervening causes may preclude recovery as to Defendant GG's Produce, it cannot say the same about Defendant Carlos Ruvalcaba without delving into the merits of the case." Exhibit E, Order of Remand.

Produce or I Garza.  When a plaintiff misstates or omits discrete facts as has been done in the present case, the court has discretion to pierce the pleading and conduct summary inquiry, which may show that the discrete and undisputed facts precludes discovery.  *Cumpian v. Alcoa World Alumina, L.L.C.,* 910 F.3d 216, 220-221 (5th Cir. 2018).

15.    The instant case revolves around the now nationally famous pileup that occurred on February 11, 2021 and began at approximately 6:00 a.m. **Exhibit B**, Peace Officer's Crash Report, p. 1.  According to the accident investigation performed by the Fort Worth Police Department, the accident involved 148 different units consisting of 114 passenger vehicles, 32 tractor-trailer combinations and 2 pedestrians.  *See, Id*. The investigating officers identified all of the Parties' vehicles and prepared a diagram overview of the accident.  *Id*. at 149. Photographs and video evidence of the accident (some taken as it occurred) were circulated nationally.  The accident has even attracted the attention of the National Transportation Safety Board which is currently conducting an investigation but has issued a report of its initial findings.  **Exhibit C**, NTSB Preliminary Report.  The initial investigation revealed that in the days leading up to the crash the area had experienced 36 hours of below freezing temperatures and the entity responsible for managing the roadway failed to apply any road treatments for almost 48 hours leading up to the accident.  *Id*. p. 1-2.  This fact is particularly surprising as the managing entity became aware of icy conditions at approximately 3:08 a.m., almost three hours prior to the accident at issue.  *Id*. at 2.  Rather than sending out new road treatment crews, closing the roadway, reducing the speed limit or any number of other actions, the managing entity limited its action to displaying the message "icy conditions exist / please use caution."  *Id*.  The accident itself covered a total segment of roadway measuring approximately 1,100 feet long.  *Id*.



**Exhibit D,** Scene Photos with Explanatory Description, p. 2.

16.     The photo above, despite being taken from what looks like several hundred feet above the accident does not even include the entire length of the accident but thankfully shows the relative location of Plaintiff and Defendants.  The accident at issue resulted in three major clusters of vehicles with an additional smaller cluster that is not seen in the above photo that occurred prior to the group labeled Cluster 1 above. *See*, **Exhibit B**, p. 149.



17.     The above photograph from Exhibit D, p. 3, shows the locations of GG's Produce's tractor which was hauling a trailer owned by I Garza within the accident clusters.  Plaintiff is located in Cluster 3 with the remaining Defendants separated by almost 1000 feet and two large gaps from the GG's Produce tractor and I Garza trailer. See **Exhibit B**; See **Exhibit C**. The Plaintiff's vehicle **_never_** interacted with the GG's Produce tractor or I Garza trailer in any form or fashion. *Id*. The only reason they were included in the present lawsuit is to defeat diversity jurisdiction and to improperly manufacture venue in Hidalgo County despite the fact Plaintiff has no possible legitimate claims against GG's Produce or I Garza.

18.     There is simply no evidence to support proximate causation between Plaintiff's injuries and the actions of either GG's Produce or I Garza.  All of these objective, causation-defeating facts justify removal on their own.  However, they also serve to establish the defenses of new and independent cause, sole proximate cause, unavoidable accident, or sudden emergency beyond all possible doubt.

19.     Therefore, it is clear that Plaintiff has no possibility of recovery or reasonable basis for the District Court to predict that Plaintiff might be able to recover against I Garza or GG's Produce.  Any one of these theories precludes Plaintiff's recovery. *See Dillard v. Tex. Elec. Coop.*, 157 S.W.3d 429, 434 (Tex. 2005) ("If multiple theories are submitted, jurors do not need to agree on which theory applies, they must agree only that the defendant was not responsible.").

20.     A new and independent cause is one that intervenes between the original wrong and the final injury so that the injury is attributed to the new cause rather than the original and more remote cause. *Dew v. Crown Derrick Erectors, Inc.,* 208 S.W.3d 448, 450 (Tex. 2006) (plurality op.).  In the instant case the objective and undeniable evidence points to the ice and the actions of dozens of different drivers and vehicles in support of this defense before any discovery has been conducted.

21.     Sole proximate cause means that the conduct of a person other than the plaintiff or defendant is the only cause of the occurrence at issue.  *Dillard*, 157 S.W.3d at 432.  Here, the objective evidence points to the actions of the managing authority in failing to ice the roadways for almost 48 hours.

22.     An unavoidable accident is an event proximately caused by an unforeseeable, nonhuman condition and not by the negligence of any party.  *Id*.; *Hill v. Winn Dixie Tex., Inc.,* 849 S.W.2d 802, 803 (Tex. 1992).  The instruction is typically given in cases involving environmental conditions such as fog, snow, sleet, snow, wet or slick pavement or obstruction of view.  *Hill*, 849 S.W.2d at 803.  Here we have the typical case involving wet/icy roadways where none of the over 100 drivers were able to accurately gauge the conditions in order to prevent being involved in this massive accident.  It is quite difficult if not impossible to imagine a situation in which a jury could find that over 100 average, reasonable drivers including a wide selection of commercial drivers,

from a variety of backgrounds and experience, failed to behave as a reasonable person would have given the situation and circumstances at the time.  The situation at hand is exactly analogous to polling over 100 people and asking them how they would drive given the circumstances existing at the time of the accident with the answer being they would drive in such a way that would result in an accident based upon the unforeseeability of the conditions.

23.     Even if you assume the first person to lose control in the conditions has some responsibility, every other person involved would fall within the sudden emergency defense.  A sudden emergency exists when there is evidence that (1) a person was confronted with a situation that arose suddenly and unexpectedly, (2) the situation was not proximately caused by any negligence on the part of the person confronted with it, (3) a reasonable person would have believed the situation required immediate action without time for deliberation and (4) the person acted as a person of ordinary prudence would have acted under the same or similar circumstances. *McDonald Transit, Inc. v. Moore*, 565 S.W.2d 43, 44-45 (Tex. 1978).  After the first loss of control, over 100 drivers were required to respond to the situation.  Down to the last person, they were all involved in an accident.  Plaintiff has no connection to the GG's Produce tractor or I Garza trailer. There is nothing to suggest that either GG's Produce or I Garza failed to react as a person of ordinary prudence would in response to the massive emergency that they were suddenly presented with on February 11, 2021.

24.     The objective evidence leaves no reasonable possibility of Plaintiff recovering against I Garza or GG's Produce (or the remaining Defendants) due to either a complete lack of causation or any one of a number of defenses that no rational juror could dispute.  Therefore, GG's Produce and I Garza are improperly joined and their citizenship should not be taken into account for diversity purposes.

25.     Accordingly, excluding the fictitious and improperly joined Defendants, FedEx Ground has shown complete diversity exists, and the amount in controversy exceeds the Court's jurisdictional threshold.  Thus, removal is proper on the basis of diversity jurisdiction.

WHEREFORE, PREMISES CONSIDERED, Defendant requests this Court assume full jurisdiction over the cause herein on the basis of diversity of citizenship.

Respectfully submitted,

HARTLINE BARGER, L.L.P.

/s/ Peter Blomquist
**PETER C. BLOMQUIST**
State Bar No. 00794921
S.D. Tex. Bar No. 20002
pblomquist@hartlinebarger.com
**DANIEL R. ERWIN**
State Bar No. 24059724
S.D. Tex. Bar No. 931756
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
Phone:  713-759-1990
Fax:  713-652-2419

And
**ANDREW L. PETERSEN**
State Bar No. 24059226
S.D. Tex. Bar No. 1466387
apetersen@hartlinebarger.com
8750 N. Central Expressway, Suite 1600
Dallas, TX 75231
(214) 369-2100
(214) 369-2118 (facsimile)

**ATTORNEYS FOR DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2021 a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure via the Court's CM/ECF

System on all counsel of record.

/s/ Andrew L. Petersen

**ANDREW L. PETERSEN**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER PENNINGTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| FEDEX GROUND PACKAGE SYSTEM, | § | |
| INC.; GG'S PRODUCE TRANSPORT, LLC; I | § | |
| GARZA, LLC; J.B. HUNT TRANSPORT, | § | |
| INC.; RICH TRANSPORT, LLC; and GO TO | § | |
| LOGISTICS, INC., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.
## INDEX OF STATE COURT RECORD – EXHIBIT A

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant FedEx Ground Package System, Inc. ("FedEx Ground") files this Amended

Index of State Court Record.

| Exhibit No. | Document Title | Date Filed |
|---|---|---|
| A-1 | Case Summary Docket Sheet | N/A |
| A-2 | Plaintiff's Original Petition | 7/12/2021 |
| A-3 | Citation – FedEx Ground Package System, Inc. | 7/12/2021 |
| A-4 | Citation – GG's Produce Transport, LLC | 7/12/2021 |
| A-5 | Citation - I Garza LLC | 7/12/2021 |
| A-6 | Citation- J.B. Hunt Transportation, Inc. | 7/12/2021 |

| A-7 | Citation - Rich Transport, LLC | 7/12/2021 |
|---|---|---|
| A-8 | Citation - Go To Logistics | 7/12/2021 |
| A-9 | Notice of Appearance of Counsel | 7/29/2021 |
| A-10 | Defendant GG's Produce Transport, LLC and I Garza LLC's Motion to Transfer Venue | 7/28/2021 |
| A-11 | Defendant GG's Produce Transport, LLC and I Garza LLC's Original Answer Subject to Motion to Transfer Venue | 7/29/2021 |
| A-12 | Defendant Go To Logistics, Inc.'s Motion to Transfer Venue and Subject Thereto Original Answer | 7/30/2021 |
| A-13 | Defendant J.B. Hunt Transport, Inc.'s Original Answer Subject to Motion to Transfer Venue | 8/2/2021 |
| A-14 | Defendant FedEx Ground Package System, Inc.'s Motion to Transfer Venu | 8/2/2021 |
| A-15 | Defendant J.B. Hunt Transport, Inc.'s Motion to Transfer Venue | 8/2/2021 |
| A-16 | Letter Requesting Certified Copies of All Filings | 8/4/2021 |

A-1

93RD DISTRICT COURT

# CASE SUMMARY
## CASE NO. C-1550-21-B

| | |
|---|---|
| Chistopher Pennington<br>VS.<br>Fedex Ground Package System, Inc., GG's Produce<br>Transport, LLC, I Garza LLC, J.B. Hunt Transportation,<br>Inc., Rich Transport, LLC, Go To Logistics, Inc. | §<br>§<br>§<br>§ |

Location: **93rd District Court**
Judicial Officer: **Mancias, Fernando G**
Filed on: **04/23/2021**

---

### CASE INFORMATION

Case Type: **Injury or Damage - Motor Vehicle (OCA)**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number    C-1550-21-B<br>Court    93rd District Court<br>Date Assigned    04/23/2021<br>Judicial Officer    Mancias, Fernando G |

---

### PARTY INFORMATION

*Lead Attorneys*

| | | |
|---|---|---|
| Plaintiff | **Pennington, Chistopher** | **DAO, ANDREW**<br>*Retained*<br>713-655-1405(W) |
| Defendant | **Fedex Ground Package System, Inc.** | **BLOMQUIST, PETER C.**<br>*Retained*<br>713-755-1990(W) |
| | **GG's Produce Transport, LLC** | **Taylor, Jana H.**<br>*Retained*<br>214-520-1700(W) |
| | **Go To Logistics, Inc.** | |
| | **I Garza LLC** | **Taylor, Jana H.**<br>*Retained*<br>214-520-1700(W) |
| | **J.B. Hunt Transportation, Inc.** | **Wright, Michael C.**<br>*Retained*<br>972-267-8400(W) |
| | **Rich Transport, LLC** | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 08/04/2021 | Request<br>*LETTER REQUESTING CERTIFIED COPIES OF ALL FILINNGS* | |
| 08/02/2021 | Transfer of Venue, Filed<br>*DEFENDANT J.B. HUNT TRANSPORT, INC.'S MOTION TO TRANSFER VENUE* | |
| 08/02/2021 | Answer<br>Party: Attorney BLOMQUIST, PETER C.; Defendant Fedex Ground Package System, Inc.<br>*DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S SPECIAL APPEARANCE TO*<br>*OBJECT TO JURISDICTION, AND SUBJECT THERETO, MOTION TO TRANSFER VENUE,*<br>*SPECIAL EXCEPTIONS. ORIGINAL ANSWER, AND JURY DEMAND* | |

DATE 8/5/2021
A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
Deputy#34

**93RD DISTRICT COURT**

# CASE SUMMARY

## CASE NO. C-1550-21-B

| | |
|---|---|
| 08/02/2021 | Defendant's Original Answer<br>Party: Attorney Wright, Michael C.; Defendant J.B. Hunt Transportation, Inc.<br>*DEFENDANT J.B. HUNT TRANSPORT, INC.'S ORIGINAL ANSWER SUBJECT TO MOTION TO TRANSFER VENUE* |
| 07/30/2021 | Transfer of Venue, Filed<br>*DEFENDANT GO TO LOGISTICS, INC.'S MOTION TO TRANSFER VENUE AND SUBJECT THERETO ORIGINAL ANSWER* |
| 07/29/2021 | Answer<br>Party: Defendant GG's Produce Transport, LLC; Defendant I Garza LLC |
| 07/28/2021 | Motion to Transfer<br>*DEFENDANTS'GG'S PRODUCE TRANSPORT, LLC AND I GARZA LLC'S MOTION TO TRANSFER VENUE* |
| 07/09/2021 | Notice of Appearance, Filed |
| 04/27/2021 | Citation Issued<br>Party: Defendant Rich Transport, LLC |
| 04/27/2021 | Citation Issued<br>Party: Defendant J.B. Hunt Transportation, Inc. |
| 04/27/2021 | Citation Issued<br>Party: Defendant I Garza LLC |
| 04/27/2021 | Citation Issued<br>Party: Defendant Go To Logistics, Inc. |
| 04/27/2021 | Citation Issued<br>Party: Defendant GG's Produce Transport, LLC |
| 04/27/2021 | Citation Issued<br>Party: Defendant Fedex Ground Package System, Inc. |
| 04/27/2021 | **Citation**<br><br>Fedex Ground Package System, Inc.<br>Served: 07/08/2021<br>Anticipated Server: E-Served to Attorney<br>Actual Server: E-Served to Attorney<br>Return Date/Time: 07/12/2021<br><br>GG's Produce Transport, LLC<br>Served: 07/13/2021<br>Anticipated Server: E-Served to Attorney<br>Actual Server: E-Served to Attorney<br>Return Date/Time: 07/13/2021<br><br>I Garza LLC<br>Served: 07/09/2021<br>Anticipated Server: E-Served to Attorney<br>Actual Server: E-Served to Attorney<br>Return Date/Time: 07/12/2021<br><br>J.B. Hunt Transportation, Inc.<br>Served: 07/09/2021 |

# CASE SUMMARY
## CASE NO. C-1550-21-B

Anticipated Server: E-Served to Attorney
Actual Server: E-Served to Attorney
Return Date/Time: 07/12/2021

 Rich Transport, LLC
Served: 07/29/2021
Anticipated Server: E-Served to Attorney
Actual Server: E-Served to Attorney
Return Date/Time: 07/29/2021

Go To Logistics, Inc.
Served: 07/12/2021
Anticipated Server: E-Served to Attorney
Actual Server: E-Served to Attorney
Return Date/Time: 07/12/2021

04/23/2021     Original Petition (OCA)

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Defendant** Fedex Ground Package System, Inc. | |
| | Total Charges | 764.00 |
| | Total Payments and Credits | 764.00 |
| | **Balance Due as of 8/5/2021** | **0.00** |
| | **Defendant** GG's Produce Transport, LLC | |
| | Total Charges | 40.00 |
| | Total Payments and Credits | 40.00 |
| | **Balance Due as of 8/5/2021** | **0.00** |
| | **Defendant** Go To Logistics, Inc. | |
| | Total Charges | 40.00 |
| | Total Payments and Credits | 40.00 |
| | **Balance Due as of 8/5/2021** | **0.00** |
| | **Defendant** J.B. Hunt Transportation, Inc. | |
| | Total Charges | 40.00 |
| | Total Payments and Credits | 40.00 |
| | **Balance Due as of 8/5/2021** | **0.00** |
| | **Plaintiff** Pennington, Chistopher | |
| | Total Charges | 360.00 |
| | Total Payments and Credits | 360.00 |
| | **Balance Due as of 8/5/2021** | **0.00** |

*Printed on 08/05/2021 at 9:14 AM*

A-2

Electronically Filed
4/23/2021 4:56 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

CAUSE NO. C-1550-21-B

| | | |
|---|---|---|
| CHRISTOPHER PENNINGTON | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| | § | |
| V. | § | HIDALGO COUNTY, TEXAS |
| | § | |
| | § | |
| | § | |
| FEDEX GROUND PACKAGE SYSTEM, | § | |
| INC., GG'S PRODUCE TRANSPORT, | § | _____ DISTRICT COURT |
| LLC, I GARZA LLC, J.B. HUNT | § | |
| TRANSPORT, INC., RICH TRANSPORT, | § | |
| LLC, AND GO TO LOGISTICS, INC. | § | **JURY TRIAL DEMANDED** |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES Plaintiff CHRISTOPHER PENNINGTON, complaining of Defendants

FEDEX GROUND PACKAGE SYSTEM, INC., GG'S PRODUCE TRANSPORT, LLC, I

GARZA LLC, J.B. HUNT TRANSPORT, INC., RICH TRANSPORT LLC, and GO TO

LOGISTICS, INC., and in this Original Petition, would show this Court the following:

### I. PARTIES

Plaintiff Christopher Pennington is a resident of Texas.

Defendant FedEx Ground Package System, Inc. is a corporation doing business in Texas.

Defendant may be served with process through its registered agent: CT Corporation System at

1999 Bryan Street, Suite 900, Dallas, Texas 75201.

Defendant GG's Produce Transport, LLC is a limited liability company doing business in

Texas. Defendant may be served with process through its registered agent: George David Durham

III at 517 W. Nolana Avenue, McAllen, Texas 78504.

DATE 8 5 21

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By_____ Deputy#34

1

Electronically Filed
4/23/2021 4:56 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-1550-21-B**

Defendant I Garza LLC is a Texas limited liability company doing business in Texas. Defendant may be served with process through its registered agent: Ismael Garza, 2305 E. Trenton, Edinburg, Texas 78539.

Defendant J.B. Hunt Transport, Inc. is a corporation doing business in Texas. Defendant may be served with process through its registered agent, Corporation Service Company at 211 East 7th Street, Suite 620, Austin, Texas 78701.

Defendant Rich Transport, LLC is a limited liability company doing business in Texas. Defendant may be served with process through its registered agent: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

Defendant Go To Logistics, Inc. is a corporation doing business in Texas. Defendant may be served with process through its registered agent: Tomasz Rzedaian at 2233 West Street, River Grove, Illinois 60171.

## II.    DISCOVERY LEVEL

Plaintiff intends to conduct discovery under Level 2.

## III.    VENUE AND JURISDICTION

This court has jurisdiction over the Defendants, as Defendants reside in, are registered to do business in Texas, and/or conduct continuous and systemic business activities in this state.

Pursuant to Section 15.002 of the Texas Civil Practice and Remedies Code, venue is proper in Hidalgo County because this is the county in which at least one Defendant maintains a principal office or residence. In fact, Defendant GG's Produce Transport, LLC and Defendant I Garza LLC both maintain its respective principal office in Hidalgo County. The remaining Defendants' principal offices are in all multiple different counties. Pursuant to Section 15.005 of the Texas

2

Electronically Filed
4/23/2021 4:56 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-1550-21-B**

Civil Practice and Remedies Code, in a suit in which the plaintiff has established proper venue against a defendant, as it has here, the court also has venue of all the other defendants.

Plaintiff affirmatively pleads that he seeks monetary relief in excess of the minimum jurisdictional limits of this Court.

## IV.    FACTUAL BACKGROUND

On February 11, 2021, Plaintiff was traveling on Interstate 35-West in Fort Worth, Texas, when he was involved in catastrophic incident. Multiple vehicles were piled up, and the highway was blocked for hours as individuals were trapped inside vehicles. Defendants FedEx, GG's Produce Transport, LLC, I Garza LLC, Rich Logistics, and Go To Logistics' drivers failed to control or stop their vehicles, failed to recognize and account for road conditions, and failed to exercise extreme caution in hazardous conditions, consistent with federal trucking regulations. These actions or inaction led to ensuing collisions.

Many drivers suffered serious injuries, and several tragically lost their lives. Plaintiff was among those who suffered severe injuries due to Defendants' actions. He is fortunate to even be alive, as his vehicle was completely mangled and is nearly unrecognizable. Plaintiff faces a long road to recovery, and he brings this lawsuit for damages.

## V.    CAUSES OF ACTION

### A.    NEGLIGENCE (ALL DEFENDANTS)

Plaintiff re-alleges each aforementioned allegation, as if fully incorporated below.

Defendants owed a duty of care to Plaintiff, which they breached. Defendants' failures were many, including but not limited to:

- Failing to maintain a safe speed;

- Failing to operate safely;

3

Electronically Filed
4/23/2021 4:56 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

C-1550-21-B

- Failing to maintain a safe distance;

- Failing to exercise extreme caution in hazardous conditions, consistent with federal trucking rules and regulations;

- Failing to properly monitor road conditions;

- Failing to properly inspect;

- Failing to promulgate, institute, and/or enforce policies related to safe driving;

- Failing to properly screen drivers;

- Failing to properly train drivers;

- Failing to properly identify and address hazards;

- Failing to properly reduce speed and/or stop; and

- Failing to follow applicable state and federal rules and regulations, including but not limited to the Federal Motor Safety Carrier Regulations.

## B.   VICARIOUS LIABILITY, AGENCY, RESPONDEAT SUPERIOR (ALL DEFENDANTS)

Plaintiff re-alleges each aforementioned allegation as if fully incorporated below.

Defendants' employees, agents, workers, and/or contractors performed work while under Defendants' control and/or employment. At the time of the incident and at the time of the acts and/or omissions complained of herein, Defendants' drivers were engaged in the furtherance of Defendants' business. Any acts or omissions committed by such individuals occurred within the scope of the actual or apparent authority on behalf of Defendants. The acts or omissions of such were the proximate cause of this incident and Plaintiff's injuries.

## C.   NEGLIGENT HIRING, NEGLIGENT SUPERVISION, NEGLIGENT ENTRUSTMENT (ALL DEFENDANTS)

Plaintiff re-alleges each aforementioned allegation as if fully incorporated below.

4

Electronically Filed
4/23/2021 4:56 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-1550-21-B**

Defendants failed to properly screen and hire their drivers.  Further, Defendants negligently entrusted their tractors and/or trailers to drivers who were not properly trained or qualified, or were incompetent, even though Defendants knew or had reason to know the individuals should not have been operating the vehicles.  Each of these acts and omissions, singularly or in combination with others, constitute negligence which was the proximate cause of this incident and Plaintiff's injuries.

**D.    NEGLIGENCE PER SE (ALL DEFENDANTS)**

Plaintiff re-alleges each aforementioned allegation as if fully incorporated below.

Defendants' conduct was negligence per se because of a breach of duty imposed by statute, resulting in Plaintiff's injuries.  Specifically, there was a breach of duties imposed by law, including, but not limited to, Section 545.401 of the Texas Transportation Code, which sets forth a duty to not drive a vehicle in a manner with willful or wanton disregard for the safety of others.

**E.    GROSS NEGLIGENCE (ALL DEFENDANTS)**

Plaintiff re-alleges each aforementioned allegation as if fully incorporated below.

Plaintiff will further show that the acts and/or omissions of Defendants, when viewed objectively from Defendants' standpoint, involve an extreme risk considering the probability and magnitude of the potential harm to others.  Defendants had actual subjective awareness of the risk involved, but nevertheless proceeded in conscious indifference to the rights, safety, and/or welfare of others, including Plaintiff.

Defendants knew or should have known of the risk or risks associated, and their actions and omissions constitute gross negligence and malice.  Thus, Plaintiff prays that punitive damages be awarded in this matter.

Electronically Filed
4/23/2021 4:56 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-1550-21-B**

## VI.   DAMAGES

Plaintiff seeks damages for physical pain and suffering in the past and future; mental anguish in the past and future; physical impairment and disfigurement in the past and future; medical expenses in the past and future; loss of earning capacity in the past and future; loss of household services in the past and future; costs of suit; and pre-judgment and post-judgment interest at the appropriate rate allowed by law.

Because of the nature of Defendants' actions, Plaintiff also seeks punitive damages in such amount as may be found proper and just under the facts and circumstances as determined by the jury. Plaintiff seeks any other and further relief to which Plaintiff may show himself justly entitled.

All conditions precedent have been performed or have occurred.

## VII.   JURY DEMAND

Plaintiff respectfully demands a jury trial.

## VIII.   PRAYER

For these reasons, Plaintiff asks that Defendants be cited to appear and answer this suit. Plaintiff prays she recovers judgment from Defendants for damages in such an amount that the evidence may show, and the trier of fact may determine to be proper. Plaintiff seeks monetary relief over $1,000,000. Plaintiff prays for any and all other relief to which he may be justly entitled.

*(signature on next page)*

Electronically Filed
4/23/2021 4:56 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-1550-21-B**

Respectfully submitted,

**DALY & BLACK, P.C.**

By:  _/s/ Andrew Dao_
John Scott Black
State Bar No. 24012292
Andrew Dao
State Bar No. 24082895
Kyle Patrick Malone
State Bar No. 24102128
2211 Norfolk St., Ste. 800
Houston, TX 77098
jblack@dalyblack.com
adao@dalyblack.com
kmalone@dalyblack.com
ecfs@dalyblack.com

### BUSH & BUSH LAW GROUP

_/s/ Charles Bush_
Charles Bush
Texas Bar No. 24096028
Email: cbush@bushlawgrp.com
Amber Chambers
Texas Bar No. 24100300
Email: achambers@bushlawgrp.com
3710 Rawlins Street, Suite 1420
Dallas, Texas 75219
Telephone: (214) 615-6394
Facsimile: (833) 817-6428
E-service only: service@bushlawgrp.com

### LAW OFFICE OF BILAAL BADAT PLLC

_/s/ Bilaal Badat_
Bilaal Badat
Texas Bar No. 24096010
4151 Southwest Freeway, Suite 320
Houston, Texas 77027
Telephone: (713) 689-9805
Email: bilaalbadat.law@outlook.com

### ATTORNEYS FOR PLAINTIFF

7

A-3

Electronically Filed
7/12/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**CAUSE NO. C-1550-21-B**

| | | |
|---|---|---|
| CHRISTOPHER PENNINGTON **PLAINTIFF** | § § § | |
| VS. | § § | IN THE 93rd District Court |
| FEDEX GROUND PACKAGE SYSTEM, INC., ET AL **DEFENDANT** | § § § § § § § | HIDALGO COUNTY, TX |

**RETURN OF SERVICE**

**ON Thursday, July 8, 2021 AT 11:59 AM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on FEDEX GROUND PACKAGE, INC C/O REGISTERED AGENT CT CORPORATION SYSTEM came to hand.

**ON Thursday, July 8, 2021 AT 2:30 PM, I, Don Anderson, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** FEDEX GROUND PACKAGE, INC C/O REGISTERED AGENT CT CORPORATION SYSTEM, 1999 BRYAN STREET SUITE 900, DALLAS, DALLAS COUNTY, TX 75201.

My name is Don Anderson. My address is 1900 Brown, BALCH SPRINGS, TX 75180. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 4232, expires 8/31/2022). My e-mail address is info@easy-serve.com. My date of birth is 7/14/1956. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in DALLAS COUNTY, TX on Thursday, July 8, 2021.

/S/ Don Anderson

DATE 8 5 2021
A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By_____Deputy#34

Christopher Pennington

Doc ID: 284017_1

Electronically Filed
7/12/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**NOTICE: Pursuant to TRCP 126:  Statement of Inability to Afford Payment of Court Costs or an Appeal Bond filed = NO**

## C-1550-21-B
### 93RD DISTRICT COURT, HIDALGO COUNTY, TEXAS

### CITATION
### THE STATE OF TEXAS

**NOTICE TO DEFENDANT:**  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**FEDEX GROUND PACKAGE SYSTEM, INC.**
**REGISTERED AGENT: CT CORPORATION SYSTEM**
**1999 BRYAN STREET, SUITE 900**
**DALLAS, TX 75201**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Fernando G Mancias, 93rd District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 23rd day of April, 2021 and a copy of same accompanies this citation.  The file number and style of said suit being C-1550-21-B, **CHISTOPHER PENNINGTON  VS.  FEDEX GROUND PACKAGE SYSTEM, INC., GG'S PRODUCE TRANSPORT, LLC, I GARZA LLC, J.B. HUNT TRANSPORTATION, INC., RICH TRANSPORT, LLC, GO TO LOGISTICS, INC.**

Said Petition was filed in said court by Attorney ANDREW DAO, 2211 NORFOLK ST STE 800 HOUSTON TX 77098.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 27th day of April, 2021.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

**LESLIE AGADO, DEPUTY CLERK**

A-4

Electronically Filed
7/13/2021 4:04 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

## CAUSE NO. C-1550-21-B

| | | |
|---|---|---|
| CHRISTOPHER PENNINGTON<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 93rd District Court |
| FEDEX GROUND PACKAGE SYSTEM, INC., ET<br>AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§ | HIDALGO COUNTY, TX |

### RETURN OF SERVICE

**ON Monday, July 12, 2021 AT 2:05 PM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on GG'S PRODUCE TRANSPORT, LLC C/O
REGISTERED AGENT GEORGE DAVID DURHAM III came to hand.

**ON Tuesday, July 13, 2021 AT 1:33 PM, I, Juan "Johnny" Rodriguez, PERSONALLY
DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** GG'S PRODUCE TRANSPORT, LLC C/O
REGISTERED AGENT GEORGE DAVID DURHAM III, 1010 E TYLER AVE, HARLINGEN, CAMERON
COUNTY, TX 78550 .

My name is Juan "Johnny" Rodriguez. My address is P.O. Box 3847, EDINBURG, TX,78540. I am a
private process server certified by the Texas Judicial Branch Certification Commission (PSC 5480,
expires 7/31/2022). My e-mail address is info@easy-serve.com. My date of birth is 2/20/1950. I am
in all ways competent to make this statement, and this statement is based on personal knowledge. I
am not a party to this case and have no interest in its outcome. I declare under penalty of perjury
that the foregoing is true and correct.

Executed in CAMERON COUNTY, TX on Tuesday, July 13, 2021.

/S/ Juan "Johnny" Rodriguez

DATE_____8 5 2021_____
A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By_____Deputy#34

Christopher Pennington

Doc ID: 284017_6

Electronically Filed
7/13/2021 4:04 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**NOTICE: Pursuant to TRCP 126:  Statement of Inability to Afford Payment of Court Costs or an Appeal Bond filed = NO**

## C-1550-21-B
## 93RD DISTRICT COURT, HIDALGO COUNTY, TEXAS

### CITATION
### THE STATE OF TEXAS

**NOTICE TO DEFENDANT:**  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**GG'S PRODUCE TRANSPORT, LLC**
**REGISTERED AGENT: GEORGE DAVID DURHAM III**
**517 W. NOLANA AVENUE**
**MCALLEN, TX 78504**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Fernando G Mancias, 93rd District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 23rd day of April, 2021 and a copy of same accompanies this citation.  The file number and style of said suit being C-1550-21-B, **CHISTOPHER PENNINGTON   VS.   FEDEX GROUND PACKAGE SYSTEM, INC., GG'S PRODUCE TRANSPORT, LLC, I GARZA LLC, J.B. HUNT TRANSPORTATION, INC., RICH TRANSPORT, LLC, GO TO LOGISTICS, INC.**

Said Petition was filed in said court by Attorney ANDREW DAO, 2211 NORFOLK ST STE 800  HOUSTON TX 77098.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 27th day of April, 2021.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

**LESLIE AGADO, DEPUTY CLERK**

A-5

Electronically Filed
7/12/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

## CAUSE NO. C-1550-21-B

| | | |
|---|---|---|
| CHRISTOPHER PENNINGTON<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 93rd District Court |
| FEDEX GROUND PACKAGE SYSTEM, INC., ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§ | HIDALGO COUNTY, TX |

### RETURN OF SERVICE

**ON Thursday, July 8, 2021 AT 11:59 AM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on I GARZA LLC C/O REGISTERED AGENT ISMAEL GARZA came to hand.

**ON Friday, July 9, 2021 AT 2:55 PM, I, Juan "Johnny" Rodriguez, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** I GARZA LLC C/O REGISTERED AGENT ISMAEL GARZA, 2305 E TRENTON, EDINBURG, HIDALGO COUNTY, TX 78539.

My name is Juan "Johnny" Rodriguez. My address is P.O. Box 3847, EDINBURG, TX, 78540. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 5480, expires 7/31/2022). My e-mail address is info@easy-serve.com. My date of birth is 2/20/1950. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in HIDALGO COUNTY, TX on Friday, July 9, 2021.

/S/ Juan "Johnny" Rodriguez

DATE 8|5|2021

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By _____ Deputy#34

Christopher Pennington

Doc ID: 284017_2

Electronically Filed
7/12/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**NOTICE: Pursuant to TRCP 126:  Statement of Inability to Afford Payment of Court Costs or an Appeal Bond filed = NO**

## C-1550-21-B
## 93RD DISTRICT COURT, HIDALGO COUNTY, TEXAS

### CITATION
### THE STATE OF TEXAS

    **NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**I GARZA LLC**
**REGISTERED AGENT: ISMAEL GARZA**
**2305 E. TRENTON**
**EDINBURG, TX 78539**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Fernando G Mancias, 93rd District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 23rd day of April, 2021 and a copy of same accompanies this citation. The file number and style of said suit being C-1550-21-B, **CHISTOPHER PENNINGTON  VS.  FEDEX GROUND PACKAGE SYSTEM, INC., GG'S PRODUCE TRANSPORT, LLC, I GARZA LLC, J.B. HUNT TRANSPORTATION, INC., RICH TRANSPORT, LLC, GO TO LOGISTICS, INC.**

Said Petition was filed in said court by Attorney ANDREW DAO, 2211 NORFOLK ST STE 800  HOUSTON TX  77098.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 27th day of April, 2021.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**


**LESLIE AGADO, DEPUTY CLERK**

A-6

Electronically Filed
7/12/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

## CAUSE NO. C-1550-21-B

| | | |
|---|---|---|
| CHRISTOPHER PENNINGTON<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 93rd District Court |
| FEDEX GROUND PACKAGE SYSTEM, INC.,<br>ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§ | HIDALGO COUNTY, TX |

### RETURN OF SERVICE

**ON Thursday, July 8, 2021 AT 12:00 PM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on J.B. HUNT TRANSPORTATION, INC. C/O
REGISTERED AGENT CORPORATION SERVICE COMPANY came to hand.

**ON Friday, July 9, 2021 AT 3:05 PM, I, Adriana Nicole Adam, PERSONALLY DELIVERED
THE ABOVE-NAMED DOCUMENTS TO:** J.B. HUNT TRANSPORTATION, INC. C/O REGISTERED
AGENT CORPORATION SERVICE COMPANY, by delivering to Samantha Guerra, 211 EAST 7TH
STREET SUITE 620, AUSTIN, TRAVIS COUNTY, TX 78701.

My name is Adriana Nicole Adam. My address is 4201 Monterey Oaks Blv Apt. 2208. I am a private
process server certified by the Texas Judicial Branch Certification Commission (PSC 17714, expires
10/31/2021). My e-mail address is info@easy-serve.com. My date of birth is 3/30/1992. I am in all
ways competent to make this statement, and this statement is based on personal knowledge. I am
not a party to this case and have no interest in its outcome. I declare under penalty of perjury that
the foregoing is true and correct.

Executed in TRAVIS COUNTY, TX on Friday, July 9, 2021.

/S/ Adriana Nicole Adam

DATE _____ 8|5|2021

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas

By _____ Deputy#34

Christopher Pennington

Doc ID: 284017_5

Electronically Filed
7/12/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**NOTICE: Pursuant to TRCP 126:  Statement of Inability to Afford Payment of Court Costs or an Appeal Bond filed = NO**

**C-1550-21-B**
**93RD DISTRICT COURT, HIDALGO COUNTY, TEXAS**

**CITATION**
**THE STATE OF TEXAS**

**NOTICE TO DEFENDANT:**  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**J.B. HUNT TRANSPORTATION, INC.**
**REGISTERED AGENT: CORPORATION SERVICE COMPANY**
**211 EAST 7TH STREET, SUITE 620**
**AUSTIN, TX 78701**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Fernando G Mancias, 93rd District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 23rd day of April, 2021 and a copy of same accompanies this citation.  The file number and style of said suit being C-1550-21-B, **CHISTOPHER PENNINGTON VS. FEDEX GROUND PACKAGE SYSTEM, INC., GG'S PRODUCE TRANSPORT, LLC, I GARZA LLC, J.B. HUNT TRANSPORTATION, INC., RICH TRANSPORT, LLC, GO TO LOGISTICS, INC.**

Said Petition was filed in said court by Attorney ANDREW DAO, 2211 NORFOLK ST STE 800  HOUSTON TX  77098.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 27th day of April, 2021.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

**LESLIE AGADO, DEPUTY CLERK**

A-7

Electronically Filed
7/29/2021 4:03 PM
Hidalgo County District Clerks
Reviewed By: Alan Garcia

**CAUSE NO. C-1550-21-B**

| | | |
|---|---|---|
| CHRISTOPHER PENNINGTON<br>**PLAINTIFF** | § | |
| | § | |
| | § | |
| VS. | § | IN THE 93rd District Court |
| | § | |
| FEDEX GROUND PACKAGE SYSTEM, INC., | § | HIDALGO COUNTY, TX |
| ET AL | § | |
| **DEFENDANT** | § | |
| | § | |
| | § | |
| | § | |

**RETURN OF SERVICE**

**ON Wednesday, July 28, 2021 AT 5:11 PM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on RICH TRANSPORT, LLC C/O
REGISTERED AGENT CT CORPORATION SYSTEM came to hand.

**ON Thursday, July 29, 2021 AT 2:31 PM, I, Don Anderson, PERSONALLY DELIVERED THE
ABOVE-NAMED DOCUMENTS TO:** RICH TRANSPORT, LLC C/O REGISTERED AGENT CT
CORPORATION SYSTEM, by delivering to George Martinez, 1999 BRYAN STREET SUITE 900,
DALLAS, DALLAS COUNTY, TX 75201.

My name is Don Anderson. My address is 1900 Brown, BALCH SPRINGS, TX 75180. I am a private
process server certified by the Texas Judicial Branch Certification Commission (PSC 4232, expires
8/31/2022). My e-mail address is info@easy-serve.com. My date of birth is 7/14/1956. I am in all
ways competent to make this statement, and this statement is based on personal knowledge. I am
not a party to this case and have no interest in its outcome. I declare under penalty of perjury that
the foregoing is true and correct.

Executed in DALLAS COUNTY, TX on Thursday, July 29, 2021.

/S/ Don Anderson

DATE _____ 8|5|2021 _____

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas

By _____ Deputy#34

Christopher Pennington

Doc ID: 284751_1

Electronically Filed
7/29/2021 4:03 PM
Hidalgo County District Clerks
Reviewed By: Alan Garcia

**NOTICE: Pursuant to TRCP 126: Statement of Inability to Afford Payment of Court Costs or an Appeal Bond filed = NO**

## C-1550-21-B
## 93RD DISTRICT COURT, HIDALGO COUNTY, TEXAS

### CITATION
### THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**RICH TRANSPORT, LLC**
**REGISTERED AGENT: CT CORPORATION SYSTEM**
**1999 BRYAN STREET, SUITE 900**
**DALLAS, TX 75201**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Fernando G Mancias, 93rd District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 23rd day of April, 2021 and a copy of same accompanies this citation. The file number and style of said suit being C-1550-21-B, **CHISTOPHER PENNINGTON VS. FEDEX GROUND PACKAGE SYSTEM, INC., GG'S PRODUCE TRANSPORT, LLC, I GARZA LLC, J.B. HUNT TRANSPORTATION, INC., RICH TRANSPORT, LLC, GO TO LOGISTICS, INC.**

Said Petition was filed in said court by Attorney ANDREW DAO, 2211 NORFOLK ST STE 800  HOUSTON TX  77098.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 27th day of April, 2021.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**



**LESLIE AGADO, DEPUTY CLERK**

A-8

Electronically Filed
7/12/2021 4:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

## CAUSE NO. C-1550-21-B

| | | |
|---|---|---|
| CHRISTOPHER PENNINGTON<br>**PLAINTIFF** | § <br> § <br> § | |
| VS. | § <br> § | IN THE 93rd District Court |
| FEDEX GROUND PACKAGE SYSTEM, INC.,<br>ET AL<br>**DEFENDANT** | § <br> § <br> § <br> § <br> § <br> § | HIDALGO COUNTY, TX |

### RETURN OF SERVICE

**ON Thursday, July 8, 2021 AT 11:58 AM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on GO TO LOGISTICS, INC C/O REGISTERED AGENT TOMASZ RZEDAIAN came to hand.

**ON Monday, July 12, 2021 AT 2:35 PM, I, Jason Laning, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** GO TO LOGISTICS, INC C/O REGISTERED AGENT TOMASZ RZEDAIAN, 2233 WEST STREET, RIVER GROVE, COOK COUNTY, IL 60171.

My name is Jason Laning. My address is 2S750 Cherbourg, Oak Brook, IL 60523. My date of birth is 6/30/1977. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in COOK COUNTY, IL on Monday, July 12, 2021 AT 2:35 PM.

/S/ Jason Laning

DATE 8 5 2021

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas

By_____ Deputy#34

Christopher Pennington

Doc ID: 284017_4

Electronically Filed
7/12/2021 4:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**NOTICE: Pursuant to TRCP 126:  Statement of Inability to Afford Payment of Court Costs or an Appeal Bond filed = NO**

**C-1550-21-B**
**93RD DISTRICT COURT, HIDALGO COUNTY, TEXAS**

**CITATION**
**THE STATE OF TEXAS**

**NOTICE TO DEFENDANT:**  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**GO TO LOGISTICS, INC.**
**REGISTERED AGENT: TOMASZ RZEDAIAN**
**2233 WEST STREET**
**RIVER GROVE, IL 60171**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Fernando G Mancias, 93rd District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 23rd day of April, 2021 and a copy of same accompanies this citation.  The file number and style of said suit being C-1550-21-B, **CHISTOPHER PENNINGTON  VS.  FEDEX GROUND PACKAGE SYSTEM, INC., GG'S PRODUCE TRANSPORT, LLC, I GARZA LLC, J.B. HUNT TRANSPORTATION, INC., RICH TRANSPORT, LLC, GO TO LOGISTICS, INC.**

Said Petition was filed in said court by Attorney ANDREW DAO, 2211 NORFOLK ST STE 800  HOUSTON TX  77098.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 27th day of April, 2021.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

**LESLIE AGADO, DEPUTY CLERK**

A-9

Electronically Filed
7/9/2021 4:30 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

CAUSE NO. C-1550-21-B

| | | |
|---|---|---|
| CHRISTOPHER PENNINGTON | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | HIDALGO COUNTY, TEXAS |
| | § | |
| FEDEX GROUND PACKAGE SYSTEM, | § | |
| INC., GG'S PRODUCE TRANSPORT, | § | |
| LLC, I GARZA LLC, J.B. HUNT | § | |
| TRANSPORT, INC., RICH TRANSPORT, | § | |
| LLC, AND GO TO LOGISTICS, INC. | § | |
| | § | |
| Defendants. | § | 93rd JUDICIAL DISTRICT |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that attorney Ajay K. Ketkar of the law firm Daly & Black, P.C., hereby

enters his appearance in this action on behalf of Plaintiff, Christopher Pennington. Mr. Kerkar is

authorized to receive service of all pleadings, notice, orders and other papers in the above-

captioned matter on behalf of Plaintiff, and requests to receive all notification for filings in this

case.

Dated: July 9, 2021.

Respectfully submitted,

**DALY & BLACK, P.C.**

By: /s/ Ajay K. Ketkar
John Scott Black
State Bar No. 24012292
jblack@dalyblack.com
Andrew Dao
State Bar No. 24082895
adao@dalyblack.com
Ajay K. Ketkar
State Bar No. 24102801
aketkar@dalyblack.com
2211 Norfolk St., Ste. 800
Houston, TX 77098

DATE 8/5/2021
A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By_____ Deputy#34

**Notice of Appearance**                                                          **Page 1 of 2**

Electronically Filed
7/9/2021 4:30 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

ecfs@dalyblack.com (service)

**BUSH & BUSH LAW GROUP**
Charles Bush
Texas Bar No. 24096028
Email: cbush@bushlawgrp.com
Amber Chambers
Texas Bar No. 24100300
Email: achambers@bushlawgrp.com
3710 Rawlins Street, Suite 1420
Dallas, Texas 75219
Telephone: (214) 615-6394
Facsimile: (833) 817-6428
service@bushlawgrp.com

**LAW OFFICE OF BILAAL BADAT PLLC**
Bilaal Badat
Texas Bar No. 24096010
4151 Southwest Freeway, Suite 320
Houston, Texas 77027
Telephone: (713) 689-9805
bilaalbadat.law@outlook.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, a true and correct copy of the foregoing document was sent via Efile Texas, to all counsel of records in accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure.

By:     /s/ *Ajay K. Ketkar*
Ajay K. Ketkar

A-10

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

CAUSE NO. C-1550-21-B

| | | |
|---|---|---|
| Christopher Pennington, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | HIDALGO COUNTY, TEXAS |
| | § | |
| FedEx Ground Package System, Inc., | § | |
| GG's Produce Transport, LLC, I Garza | § | |
| LLC, J.B. Hunt Transport, Inc., Rich | § | |
| Transport, LLC and Go To Logistics, Inc., | § | |
| | § | 93rd JUDICIAL DISTRICT |
| Defendants. | § | |

---

### DEFENDANTS GG'S PRODUCE TRANSPORT, LLC AND I GARZA LLC'S MOTION TO TRANSFER VENUE

Defendants GG's Produce Transport, LLC and I Garza LLC ("Defendants") file this Motion to Transfer Venue asking the Court to transfer this case from Hidalgo County to Tarrant County, and would show the Court as follows:

### BACKGROUND

1.     On April 23, 2021, Plaintiff Christopher Pennington ("Plaintiff") filed an Original Petition in the 93rd Judicial District Court in Hidalgo County, Texas (the "Petition").

2.     This lawsuit arises out of a multi-vehicle accident that occurred following an ice storm in Tarrant County, Texas on February 11, 2021 ("the Incident"). Plaintiff alleges that:

"on February 11, 2021, Plaintiff was traveling on Interstate 35-West in Fort Worth, Texas, when he was involved in a catastrophic incident. Multiple vehicles were piled up, and the highway was blocked for hours as individuals were trapped inside vehicles."

*See* Plaintiffs' Petition ¶ 12.

Plaintiff further alleges that:

"Many drivers suffered serious injuries, and several tragically lost their lives. Plaintiff was among those who suffered severe injuries due to Defendants' actions."

*See* Plaintiffs' Petition ¶ 13.

DATE 8|5|2021
A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By _____ Deputy#34

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

3.    In spite of the Incident's overwhelming connection with the city of Fort Worth and with Tarrant County, Plaintiff filed this lawsuit in Hidalgo County, Texas—some 490 miles and at least seven hours and 30 minutes from the scene of the incident, the primary witnesses, and the 100+ individuals involved in the Incident.

4.    The Petition alleges that Defendants FedEx, GG's Produce Transport, LLC, I Garza LLC, Rich Logistics, and Go To Logistics' drivers failed to control or stop their vehicles, failed to recognize and account for road conditions, and failed to exercise extreme caution in hazardous conditions, consistent with federal trucking regulations." *See Id.* at ¶ 12.

5.    Plaintiff alleges that Defendant GG's Produce Transport, LLC and Defendant I Garza LLC both maintain their respective principal offices in Hidalgo County, and that the remaining Defendants' principal offices are in multiple different counties. *See Id.* at ¶ 10. This allegation regarding GG and I Garza is the sole and only basis for Plaintiff's attempt to maintain venue in Hidalgo County. As set forth below, venue is improper in Hidalgo County and the case should be transferred to Tarrant County, where the incident occurred.

## ARGUMENT AND AUTHORITIES

6.    The general venue statute of the Texas Civil Practice and Remedies Code controls. Such statute provides that:

> Except as otherwise provided by this subchapter or Subchapter B or C, all lawsuits shall be brought:
>
> (1)    in the county in which all or a substantial part of the events or omissions giving rise to the claim occurred;
>
> (2)    in the county of defendant's residence at the time the cause of action accrued if defendant is a natural person;
>
> (3)    in the county of the defendant's principal office in this state, if the defendant is not a natural person; or
>
> (4)    if Subdivisions (1), (2), and (3) do not apply, in the county in which the

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

plaintiff resided at the time of the accrual of the cause of action.

TEX. CIV. PRAC. & REM. CODE § 15.002(a).

According to Plaintiff's petition and the 149- page Police Report in this matter, the accident occurred in Fort Worth, Texas, located in Tarrant County. *See* Plaintiff's Petition ¶ 12 and Exhibit A, which is attached hereto and incorporated herein by reference. Accordingly, venue is proper in Tarrant County pursuant to TEX. CIV. PRAC. & REM. CODE § 15.002(a)(1).

7.     In the alternative, and without waiver of the foregoing, Defendants assert that a convenience transfer to Tarrant County is appropriate. A trial court may transfer a case to another county of proper venue in the interest of justice and for the convenience of the parties and witnesses. TEX. CIV. PRAC. & REM. CODE § 15.002(b). To transfer venue based upon convenience, the Court must find that:

(1)     maintaining the action in Hidalgo County would work an injustice to Defendants considering their respective personal and economic hardship;

(2)     the balance of interests of all parties predominates in favor of the action being brought in Tarrant County; and

(3)     transfer to Tarrant County would not work an injustice to Plaintiff.

*See* TEX. CIV. PRAC. & REM. CODE § 15.002(b)(1)-(3).

8.     All of these requirements are satisfied in the case at bar. The Incident occurred in Tarrant County. There were approximately 148 vehicles involved in this accident. *See* Exhibit A. According to the Police Report 81 of the 113 drivers identified in the Police Report reside in Tarrant County, Texas. *Id.* In fact, according to the Police Report, Plaintiff Christopher Pennington resides in Haslet Texas, located in Tarrant County, Texas.

9.     Furthermore, according to the Police Report, the Fort Worth Police Department was the agency that responded to and investigated the accident. *Id.* The Fort Worth Police

3

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Department as well as the emergency medical personnel who responded to and investigated the Incident are located in or near Tarrant County.

10. Litigating this case in Hidalgo County would undoubtedly impose personal and economic hardships on all litigants in this case, including Defendants GG and I Garza, as their ability to defend themselves would be imperiled because key witnesses will almost certainly be beyond subpoena range. *See* Tex. R. Civ. P. 176.3 (a witness may be compelled to appear and produce documents in any county within 150 miles of where the witness resides or was served.)

11. Transferring this case to Tarrant County —where the Incident happened and important witnesses are located would serve the interests of all parties because evidence and testimony would be more readily available since most of the drivers involved in the accident reside in Tarrant County and because non-party witnesses such as police officers and emergency medical personnel would be less inconvenienced. Finally, transferring the case to Tarrant County would not work an injustice on Plaintiff as neither Plaintiff nor their counsel appear to reside or work in Hidalgo County.[1]

## **CONCLUSION**

12. For these reasons, Defendants GG's Produce Transport, LLC and I Garza LLC request that this matter be transferred to Tarrant County pursuant to TEX. CIV. PRAC. & REM. CODE § 15.002(a) and/or (b); that Plaintiff Christopher Pennington takes nothing by way of this suit; that Judgment be entered for the Defendants GG's Produce Transport, LLC and I Garza LLC; and that Defendants GG's Produce Transport, LLC and I Garza LLC have any other and further relief, at law or in equity, to which it may show itself to be justly entitled.

---

[1] (*See* Plaintiff's petition and Exhibit A. p. 147).

4

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Respectfully submitted,

**SHEEHY, WARE & PAPPAS, P.C**

/s/ Jana H. Taylor
**JANA HICKS TAYLOR**
SBN: 24012826
3838 Oak Lawn Avenue, Suite 250
Dallas, Texas  75219
(214) 521-7500 Telephone
(214) 520-1708 Facsimile
jtaylor@sheehyware.com
**ATTORNEYS FOR DEFENDANTS
GG'S PRODUCE TRANSPORT, LLC
AND I GARZA LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been provided to all known counsel of record pursuant to the Texas Rules of Civil Procedures on this 28th day of July, 2021.

/s/ Jana H. Taylor
**JANA HICKS TAYLOR**

5

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

# EXHIBIT

# A

**Law Enforcement and TxDOT Use ONLY**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

[X] FATAL   [X] CMV   [ ] SCHOOL BUS   [ ] RAILROAD   [ ] MAB   [ ] SUPPLEMENT   [ ] ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8   Total Num. Prsn

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID 210011068   Local Use

★County Name: TARRANT   ★City Name: FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. TL   ★Hwy. Num. 35   2 Rdwy. Part 1   Block Num. 2600   3 Street Prefix   ★Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [ ] Toll Road/Toll Lane   Speed Limit   Const. Zone [ ]Yes [X]No   Workers Present [ ]Yes [X]No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ]Yes [X]No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   [X]FT [ ]MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 1   5 Unit Desc. 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State TX   LP Num. GXG2275   VIN 5 Y F B U R H E 0 G P 4 6 0 8 4

Veh. Year 2 0 1 6   6 Veh. Color BLK   Veh. Make TOYOTA   Veh. Model COROLLA   7 Body Style P4   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 4141823   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 4 0 6 1 9 7 9

Address (Street, City, State, ZIP) 14005 DREAMRIVER TRL   HASLET   TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SHOOK    JOBETH    WILBERS | N | 41 | W | 2 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   SHOOK    JOBETH    WILBERS
14005 DREAMRIVER TRL   HASLET   TX 76052

Proof of Fin. Resp. [X]Yes [ ]No   [ ]Expired [ ]Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name PROGRESSIVE   Fin. Resp. Num. 909766662

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 12-   FD-2   27 Vehicle Damage Rating 2   Vehicle Inventoried [ ]Yes [X]No

Towed By DRIVEN   Towed To BY OWNER

Unit Num. 2   5 Unit Desc. 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State TX   LP Num. DHY6715   VIN 1 F A D P 3 K 2 3 E L 2 7 6 0 6 6

Veh. Year 2 0 1 4   6 Veh. Color RED   Veh. Make FORD   Veh. Model FOCUS   7 Body Style P4   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 99   DL/ID State UN   DL/ID Num.   9 DL Class 99   10 CDL End. 99   11 DL Rest. 99   DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP) UNKNOWN   UNKNOWN   UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN | 99 | 99 | | 99 | 97 | 97 | 97 | N | 99 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   ADAMS    LISA    RENEE
405 COLETTE CT   BELTON   TX 76153

Proof of Fin. Resp. [X]Yes [ ]No   [ ]Expired [ ]Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name USAA   Fin. Resp. Num. 0370637777101

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 12-   FD-6   27 Vehicle Damage Rating 2 -   Vehicle Inventoried [ ]Yes [X]No

Towed By   Towed To

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | 30 Veh. Type |
|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

VEHICLES WERE TRAVELING SOUTHBOUND AT THE 2600 BLOCK OF THE IH35 EXPRESS LANES WHEN THEY ENCOUNTERED ICY ROAD CONDITIONS. VEHICLES BEGAN TO COLLIDE WITH EACH OTHER JAMMING UP THE ROADWAY. AS OTHER VEHICLES APPROACHED THEY WERE UNABLE TO STOP IN TIME TO AVOID THE OTHER VEHICLES ALREADY INVOLVED IN THE COLLISION. SIX PERSONS WERE PRONOUNCED DECEASED ON SCENE.

## DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24Hr:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.    MARTIN, K | ID Num. 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units: 1 4 8    Total Num. Prsn:

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional vehicles, occupants, injured, etc.

Page 3 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1    ★Crash Time (24HRMM): 0 6 0 0    Case ID: 210011068    Local Use:

★County Name: TARRANT    ★City Name: FORT WORTH    ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No    Latitude (decimal degrees): 3 2 . 7 9 5 1 3    Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL    ★1 Hwy. Num.: 35    2 Rdwy. Part: 1    Block Num.: 2600    3 Street Prefix:    ★Street Name:    4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot    ☐ Toll Road/ Toll Lane    Speed Limit:    Const. Zone: ☐ Yes ☒ No    Workers Present: ☐ Yes ☒ No    Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes ☒ No    1 Rdwy. Sys.: LR    Hwy. Num.:    2 Rdwy. Part: 1    Block Num.: 2500    3 Street Prefix: NE    Street Name: 28TH    4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000    ☒ FT ☐ MI    3 Dir. from Int. or Ref. Marker: S    Reference Marker:    Street Desc.: HWY    RRX Num.:

**VEHICLE, DRIVER & PERSONS**

Unit Num.: 3    5 Unit Desc.: 1    ☐ Parked Vehicle    ☐ Hit and Run    LP State: TX    LP Num.: CSZ8504    VIN: 1 N X B R 3 2 E 2 8 Z 0 1 5 3 6 5

Veh. Year: 2 0 0 8    6 Veh. Color: SIL    Veh. Make: TOYOTA    Veh. Model: COROLLA    7 Body Style: P4    ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: DL    DL/ID State: TX    DL/ID Num.: 26786442    9 DL Class: C    10 CDL End.: 99    11 DL Rest.: A    DOB (MM/DD/YYYY): 1 1 / 0 4 / 1 9 8 7

Address (Street, City, State, Zip): 8145 IRON DR #427    FORT WORTH    TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LIND        MELISSA        CATHERINE | N | 33 | B | 2 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee    Owner/Lessee Name & Address: LIND    MELISSA    CATHERINE    8145 IRON DR #427    FORT WORTH TX 76137

Proof of Fin. Resp.: ☒ Yes ☐ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type: 1    Fin. Resp. Name: PROGRESSIVE    Fin. Resp. Num.: 915131443

Fin. Resp. Phone Num.:    27 Vehicle Damage Rating 1: 12−    FD−6    27 Vehicle Damage Rating 2:    Vehicle Inventoried: ☐ Yes ☒ No

Towed By: ABC WRECKER    Towed To: ABC WRECKER YARD

**VEHICLE, DRIVER & PERSONS**

Unit Num.: 4    5 Unit Desc.: 1    ☐ Parked Vehicle    ☐ Hit and Run    LP State: TX    LP Num.: CPC2932    VIN: 1 Z V H T 8 0 N 4 7 5 2 3 7 2

Veh. Year: 2 0 0 7    6 Veh. Color: GRY    Veh. Make: FORD    Veh. Model: MUSTANG    7 Body Style: P2    ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 99    DL/ID State: UN    DL/ID Num.:    9 DL Class: 99    10 CDL End.: 99    11 DL Rest.: 99    DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP): UNK    UNK    UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNK        UNK | 99 | | 99 | 99 | 1 | 99 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee    Owner/Lessee Name & Address: LANEY    RONALD    LEE II    1500 BIRDS EYE RD    FORT WORTH TX 76177

Proof of Fin. Resp.: ☒ Yes ☐ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type: 1    Fin. Resp. Name: FARMERS    Fin. Resp. Num.: 45408715

Fin. Resp. Phone Num.:    27 Vehicle Damage Rating 1: 12−    FD−6    27 Vehicle Damage Rating 2:    Vehicle Inventoried: ☐ Yes ☒ No

Towed By: ABC WRECKER    Towed To: ABC WRECKER

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID.Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. | MARTIN,K | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY
Electronically Filed

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8   Total Num Prsn 7/28/2021 1:36 AM   Hidalgo County District Clerks

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Reviewed By: Alessandra Galvan

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 5 of 149

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID 210011068 | Local Use |
|---|---|---|---|---|---|

★County Name TARRANT   ★City Name FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. US   ★Hwy. Num. 35   2 Rdwy. Part 1   Block Num. 2600   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. S   Reference Marker   Street Desc. HWY   RRX Num.

| Unit Num. 5 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. JRB4105 | VIN 1 N 6 A D 0 6 U 4 8 C 4 5 0 7 0 0 |
|---|---|---|---|---|---|---|

Veh. Year 2 0 0 8   6 Veh. Color SIL   Veh. Make NISSAN   Veh. Model FRONTIER   7 Body Style SV   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 7637453   9 DL Class C   10 CDL End. 99   11 DL Rest. A   DOB (MM/DD/YYYY) 0 4 / 0 2 / 1 9 7 5

Address (Street, City, State, ZIP) 4416 JESSICA ST   FORT WORTH   TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ALONZO   NORMA   VARELA | N | 45 | W | 2 | 1 | 2 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   ALONZO   JACINTO   921 AVE E   FORT WORTH TX 79041

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name FARMERS   Fin. Resp. Num. 44483140

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 12-   FD-6   27 Vehicle Damage Rating 2   Vehicle Inventoried ☐ Yes ☒ No

Towed By TEXAS TOWING   Towed To TEXAS TOWING

| Unit Num. 6 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State WA | LP Num. 80104RP | VIN 4 V 4 N C 9 E H N 2 4 0 0 5 8 |
|---|---|---|---|---|---|---|

Veh. Year 2 0 2 0   6 Veh. Color WHI   Veh. Make VOLVO   Veh. Model ACL   7 Body Style TR   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State WA   DL/ID Num. SINGHS1020D   9 DL Class 98   10 CDL End. 98   11 DL Rest. 98   DOB (MM/DD/YYYY) 0 9 / 0 4 / 1 9 9 0

Address (Street, City, State, ZIP) 4243 STONE CREST CT   BELLINGHAM   WA 98226

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SINGH   SUKHWINDER | N | 30 | A | 1 | 1 | 1 | 97 | N | | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   SONIC   LOGISTICS   LLC   6199 NICKLES ST   FERNDALE WA 98248

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name PROGRESSIVE   Fin. Resp. Num. 01147258-2

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 10-   FL-2   27 Vehicle Damage Rating 2 -   Vehicle Inventoried ☐ Yes ☒ No

Towed By MILNER   Towed To 6320 EDEN DR

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2016)

| Case ID | 210011068 | TxDOT Crash ID | | Page 6 of 149 |
|---|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24Hr:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24Hr:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.    MARTIN,K | ID Num. 3380-3421

ORI Num. | T X 2 2 0 1 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L

Electronically Filed
7/28/2021 1:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn: 1 6

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 7 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL   ★Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 7   5 Unit Desc.: 6   ☐ Parked Vehicle   ☐ Hit and Run   LP State: WA   LP Num.: 23034AE   VIN: 1 G R A A 0 6 2 3 F W 0 3 8 3

Veh. Year: 2 0 1 5   6 Veh. Color: WHI   Veh. Make: GREAT DANE TRAILERS   Veh. Model: NOT APPLICABLE   7 Body Style: TL   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:   DL/ID State:   DL/ID Num.:   9 DL Class:   10 CDL End.:   11 DL Rest.:   DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: SONIC LOGISTICS LLC   6199 NICKLES ST   FERNDALE  WA  98248

Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: PROGRESSIVE   Fin. Resp. Num.: 01147258-2

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 6− BD−1   27 Vehicle Damage Rating 2: −   Vehicle Inventoried: ☐ Yes ☒ No

Towed By: MILNER   Towed To: MILNER WRECKER YARD

---

Unit Num.: 8   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: FL   LP Num.: JWAB48   VIN: 5 N P D 8 4 L F 9 J H 3 2 4 8 2

Veh. Year: 2 0 1 8   6 Veh. Color: GRY   Veh. Make: HYUNDAI   Veh. Model: ELANTRA COUPE   7 Body Style: P4   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 99   DL/ID State: UN   DL/ID Num.:   9 DL Class: 99   10 CDL End.: 99   11 DL Rest.: 99   DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP): UNK   UNK   UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNK   UNK   UNKNOWN | 99 | | 99 | 99 | 2 | 97 | 2 | 97 | N | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: ARRIETA ESTEBAN ALONSO   1214 ANDALUSIA LOOP   DAVENPORT  FL  33836

Proof of Fin. Resp.: ☐ Yes ☒ No ☐ Expired ☐ Exempt   26 Fin. Resp. Type:   Fin. Resp. Name:   Fin. Resp. Num.:

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12− FD−5   27 Vehicle Damage Rating 2: 6− RD−5   Vehicle Inventoried: ☐ Yes ☒ No

Towed By: GUY SIMON   Towed To: GUY SIMON WRECKER YARD

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Salvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

Unit Num. 6   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☒ Yes ☐ No   28 Veh. Oper. 2   29 Carrier ID Type 1   Carrier ID Num. 00257317

Carrier's Corp. Name SONIC LOGISTICS   Carrier's Primary Addr. 6199 NICKLES ST   FERNDALE   WA   98248   30 Veh. Type 9

31 Bus Type 0   ☐ RGVW ☒ GVWR 4,9,8,2,8   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 7   ☐ RGVW ☒ GVWR 4,5,0,0,0   34 Trlr. Type 2   CMV Disabling Damage? ☐ Yes ☒ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events 35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HR:MM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN, K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

Electronically Filed
7/28/2021 1:15 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsn **1 1 6**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page **9** of 149.

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM) **0 6 0 0**   Case ID **210011068**   Local Use

★County Name **TARRANT**   ★City Name **FORT WORTH**   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **− 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **TL**   ★Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. **9**   5 Unit Desc. **1**   ☐ Parked Vehicle  ☐ Hit and Run   LP State **TX**   LP Num. **HPN6310**   VIN **1 F A H P 3 F 2 1 C L 2 5 6 7 9 4**

Veh. Year **2 0 1 2**   6 Veh. Color **SIL**   Veh. Make **FORD**   Veh. Model **FOCUS**   7 Body Style **P4**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **27457841**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 9 / 1 7 / 1 9 9 1**

Address (Street, City, State, ZIP) **329 WEST SOUTHERN AVE**   **SAGINAW**   **TX**  **76179**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GARRETT   MELISSA   ELIZABETH | B | 29 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **GARRETT   MELISSA   ELIZABETH   329 WEST SOUTHERN AVE   SAGINAW   TX  76179**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **GEICO**   Fin. Resp. Num. **4269178069**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12− FD−7**   27 Vehicle Damage Rating 2 **9− LBQ−6**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **A1 TOWING**   Towed To **A1 TOWING YARD**

---

Unit Num. **10**   5 Unit Desc. **1**   ☐ Parked Vehicle  ☐ Hit and Run   LP State **TX**   LP Num. **00010A3**   VIN **1 G N E K 1 3 T 2 Y J 2 3 6 1 4**

Veh. Year **2 0 0 0**   6 Veh. Color **GRY**   Veh. Make **CHEVROLET**   Veh. Model **TAHOE C1500**   7 Body Style **SV**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **99**   DL/ID State **UN**   DL/ID Num.   9 DL Class **99**   10 CDL End. **99**   11 DL Rest. **99**   DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP) **UNKNOWN**   **UNK**   **UN**  **UNK**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN   UNK   UNK | 99 | | 99 | 99 | 99 | 1 | 97 | N | 96 | | | 95 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **GARCIA   LUIS   6760 CALMONT AVE #204   FORT WORTH   TX  76116**

Proof of Fin. Resp. ☐ Yes ☒ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type   Fin. Resp. Name   Fin. Resp. Num.

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12− FD−3**   27 Vehicle Damage Rating 2 **6− RD−3**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **A1 TOWING**   Towed To **A1 TOWING YARD**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 18 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Nom. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 9 | 1 | TEXAS HEALTH ALLIANCE | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Nom. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Total Num. Units 1 4 8
Total Num. Prsn 1 4 6
Page 11 of 149

Texas Department of Transportation

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1  ★Crash Time (24HRMM): 0 6 0 0  Case ID: 210011068  Local Use

★County Name: TARRANT  ★City Name: FORT WORTH  ☐ Outside City Limit

**ROAD ON WHICH CRASH OCCURRED**

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  
Latitude (decimal degrees): 3 2 . 7 9 5 1 3  Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

★1 Rdwy. Sys.: TL  ★1 Hwy. Num.: 35  2 Rdwy. Part: 1  Block Num.: 2600  3 Street Prefix:  ★Street Name:  4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/Toll Lane  Speed Limit:  Const. Zone: ☐ Yes ☒ No  Workers Present: ☐ Yes ☒ No  Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes ☒ No  1 Rdwy. Sys.: LR  Hwy. Num.:  2 Rdwy. Part: 1  Block Num.: 2500  3 Street Prefix: NE  Street Name: 28TH  4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker: S  Reference Marker:  Street Desc.: HWY  RRX Num.:

---

Unit Num.: 11  5 Unit Desc.: 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num.: MMC4853  VIN: J T E B U 5 J R 8 K 5 7 0 1 0 8 4 6

Veh. Year: 2 0 1 9  6 Veh. Color: BLU  Veh. Make: TOYOTA  Veh. Model: 4RUNNER/SR5  7 Body Style: SV  Pol., Fire, EMS on Emergency (Explain in Narrative if checked):

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: 16052371  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: 96  DOB (MM/DD/YYYY): 0 4 / 1 6 / 1 9 7 7

Address (Street, City, State, ZIP): 11112 HAWKS LANDING  HASLET  TX 76052

| Person Num. | 11 Prsn. Type | 12 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CASE  AMY  RENEE | B | 43 | W | 2 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: CASE  AMY  RENEE  11112 HAWKS LANDING  HASLET  TX 76052

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: PROGRESSIVE  Fin. Resp. Num.: 43657558

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 12−  FD−5  27 Vehicle Damage Rating 2: 6−  RD−5  Vehicle Inventoried: ☐ Yes ☒ No

Towed By: A1 TOWING  Towed To: A1 TOWING YARD

---

Unit Num.: 12  5 Unit Desc.: 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num.: JRK8228  VIN: 3 V W V A 7 A T 5 D M 6 3 3 4 1 5

Veh. Year: 2 0 1 3  6 Veh. Color: SIL  Veh. Make: VOLKSWAGEN  Veh. Model: NEW BEETLE  7 Body Style: P2  Pol., Fire, EMS on Emergency (Explain in Narrative if checked):

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: 10013746  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: A  DOB (MM/DD/YYYY): 0 1 / 2 5 / 1 9 8 4

Address (Street, City, State, ZIP): 7619 CROUSE DR  FORT WORTH  TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HERRERA  ELVIRA | B | 37 | H | 2 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: GALAVIZ  ISMAEL  7916 CROUSE DR  FORT WORTH  TX 76137

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: LIBERTY COUNTY MUTUAL  Fin. Resp. Num.: Y8012314

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 3−  RP−7  27 Vehicle Damage Rating 2: 12−  FD−7  Vehicle Inventoried: ☐ Yes ☒ No

Towed By: TEXAS TOWING  Towed To: TEXAS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

Page 12 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 11 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 12 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| | | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.     MARTIN, K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8

Total Num. Prsn: 

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2016)**

Mail To: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 13 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1

★Crash Time (24HRMM): 0 6 0 0

Case ID: 210011068

Local Use:

★County Name: TARRANT

★City Name: FORT WORTH    [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No

Latitude (decimal degrees): 3 2 . 7 9 5 1 3

Longitude (decimal degrees): – 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL    ★Hwy. Num.: 35    2 Rdwy. Part: 1    Block Num.: 2600    3 Street Prefix:    ★Street Name:    4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot

[ ] Toll Road/ Toll Lane    Speed Limit:    Const. Zone: [ ] Yes [X] No    Workers Present: [ ] Yes [X] No    Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No    1 Rdwy. Sys.: LR    Hwy. Num.:    2 Rdwy. Part: 1    Block Num.: 2500    3 Street Prefix: NE    Street Name: 28TH    4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000    [X] FT [ ] MI    3 Dir. from Int. or Ref. Marker: S    Reference Marker:    Street Desc.: HWY    RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 13    5 Unit Desc.: 6    [ ] Parked Vehicle    [ ] Hit and Run    LP State: TX    LP Num.: 97216B2    VIN: K N D P C 3 A C 5 G 7 5 4 4 9 2

Veh. Year: 2 0 1 6    6 Veh. Color: GRY    Veh. Make: KIA    Veh. Model: SPORTAGE    7 Body Style: SV    [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 4    DL/ID State: TX    DL/ID Num.: 41806307    9 DL Class: 5    10 CDL End.: 5    11 DL Rest.: 5    DOB (MM/DD/YYYY): 0 8 / 0 3 / 1 9 7 5

Address (Street, City, State, ZIP): 2400 INDIAN HEAD DR    FORT WORTH    TX    76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WATSON    AARON    LUK | N | 45 | W | 1 | 1 | 5 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee    Owner/Lessee Name & Address: WATSON    AARON    LUK    2400 INDIAN HEAD DR    FORT WORTH TX 76177

Proof of Fin. Resp.: [ ] Yes [X] No    [ ] Expired [ ] Exempt    26 Fin. Resp. Type:    Fin. Resp. Name:    Fin. Resp. Num.:

Fin. Resp. Phone Num.:    27 Vehicle Damage Rating 1: 12- FD- 7    27 Vehicle Damage Rating 2: 6- RD- 7    Vehicle Inventoried: [ ] Yes [X] No

Towed By: TEXAS TOWING    Towed To: TEXAS TOWING

---

Unit Num.: 14    5 Unit Desc.: 4    [ ] Parked Vehicle    [ ] Hit and Run    LP State:    LP Num.:    VIN:

Veh. Year:    6 Veh. Color:    Veh. Make:    Veh. Model:    7 Body Style:    [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1    DL/ID State: TX    DL/ID Num.: 41806307    9 DL Class: C    10 CDL End.: 96    11 DL Rest.: 96    DOB (MM/DD/YYYY): 0 8 / 0 3 / 1 9 7 5

Address (Street, City, State, ZIP): 2400 INDIAN HEAD DR    FORT WORTH    TX    76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 16 | WATSON    AARON    LUKE | K | 45 | W | 1 | 97 | 97 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[ ] Owner [ ] Lessee    Owner/Lessee Name & Address:

Proof of Fin. Resp.: [ ] Yes [ ] No    [ ] Expired [ ] Exempt    26 Fin. Resp. Type:    Fin. Resp. Name:    Fin. Resp. Num.:

Fin. Resp. Phone Num.:    27 Vehicle Damage Rating 1:    27 Vehicle Damage Rating 2:    Vehicle Inventoried: [ ] Yes [ ] No

Towed By:    Towed To:

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 14 | 1 | FW FUNERALS AND CREMATIONS | TARRANT CTY MORGUE | 0 2 / 1 1 / 2 0 2 1 | 0 6 1 3 |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name

Carrier's Primary Addr.

| 31 Bus Type | RGVW GVWR | | HazMat Released Yes No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type | 30 Veh. Type |
|---|---|---|---|---|---|---|---|---|---|---|

| Unit Num. | RGVW GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes No | Unit Num. | RGVW GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit Yes No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. Yes No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

Electronically Filed

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. **1 4 8**
Total Num. Prsn **2 6**

7/28/2021 1:35 AM
Hidalgo County District Clerks

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Reviewed By: Alessandra Galvan

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page **15** of **149**

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part:
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int.: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

**VEHICLE, DRIVER, & PERSONS**

Unit Num.: 15
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: GP98DB
VIN: 1 G C G T D E 3 0 G 1 3 3 7 7 4
Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

Veh. Year: 2 0 1 6
6 Veh. Color: WHI
Veh. Make: CHEVROLET
Veh. Model: COLORADO
7 Body Style: PK

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 08361065
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: A
DOB (MM/DD/YYYY): 1 1 / 1 6 / 1 9 8 5

Address (Street, City, State, ZIP): 6049 NANCI DR
WATAUGA
TX 76148

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MORRIS  TERRY  ALLEN JR | B | 35 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: MORRIS  TERRY  ALLEN JR
6049 NANCI DR
WATAUGA TX 76148

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: USAA
Fin. Resp. Num.: 027641979 7101

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 9−  LP−7
27 Vehicle Damage Rating 2: 3−  RP−7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: ABC TOWING
Towed To: ABC TOWING

---

Unit Num.: 16
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: NTW9207
VIN: 5 T F E M 5 F 1 3 J X 1 2 6 7 3 9
Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

Veh. Year: 2 0 1 8
6 Veh. Color: BLK
Veh. Make: TOYOTA
Veh. Model: TUNDRA
7 Body Style: PK

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 22530250
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 1 0 / 0 5 / 1 9 8 6

Address (Street, City, State, ZIP): 8933 PROPER ST #5109
FORT WORTH
TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SIMS  MONICA  IVONNE | B | 34 | H | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: SIMS  MONICA  IVONNE
8933 PROPER ST #5109
FORT WORTH TX 76177

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ALLSTATE
Fin. Resp. Num.: 938966718

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12−  FD−7
27 Vehicle Damage Rating 2: 9−  LP−5
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BEARDS TOWING
Towed To: BEARDS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 15 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 16 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID.Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.     MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

Electronically Filed
7/28/2021 1:36 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☒ ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8   Total Num. Prsn 3 1 6

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 17 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID 210011068   Local Use

★County Name TARRANT   ★City Name FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. TL   ★Hwy. Num. 35   2 Rdwy. Part 1   Block Num. 2600   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

**VEHICLE, DRIVER & PERSONS**

Unit Num. 17   5 Unit Desc. 1   ☐ Parked Vehicle  ☐ Hit and Run   LP State TX   LP Num. JBK4811   VIN 1 F T Y R 2 C G 7 G K B 5 0 4 1 1

Veh. Year 2 0 1 6   6 Veh. Color WHI   Veh. Make FORD   Veh. Model TRANSIT CONNECT   7 Body Style VN   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 17963569   9 DL Class C   10 CDL End. 96   11 DL Rest. A   DOB (MM/DD/YYYY) 0 5 / 1 0 / 1 9 8 3

Address (Street, City, State, ZIP) 139 CREASSER LN   RHOME   TX 76078

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FRANK   DEREK   MICHAEL | B | 37 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   ENTERPRISE FM TRUST
9315 OLIVE BLVD   ST LOUIS   MO 63132

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name TRAVELERS   Fin. Resp. Num. 8102J330306

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 9−   LP−7   27 Vehicle Damage Rating 2 3−   RP−7   Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS TOWING   Towed To BEARDS TOWING

---

Unit Num. 18   5 Unit Desc. 1   ☐ Parked Vehicle  ☐ Hit and Run   LP State TX   LP Num. HVB8086   VIN 3 M Z B M 1 K 7 0 G M 3 2 1 4 3 9

Veh. Year 2 0 1 6   6 Veh. Color GRY   Veh. Make MAZDA   Veh. Model MAZDA3   7 Body Style P4   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 28719796   9 DL Class C   10 CDL End. 96   11 DL Rest. A   DOB (MM/DD/YYYY) 0 6 / 2 2 / 1 9 9 3

Address (Street, City, State, ZIP) 2830 S HULEN ST #166   FORT WORTH   TX 76109

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GOYER   ALEXANDRIA   PAIGE | B | 27 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   GOYER   ALEXANDRIA   PAIGE
2830 S HULEN ST #166   FORT WORTH   TX 76109

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name GERMANIA   Fin. Resp. Num. 43043235174

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 9−   LP−7   27 Vehicle Damage Rating 2 12−   FD−7   Vehicle Inventoried ☐ Yes ☒ No

Towed By ABC TOWING   Towed To ABC TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 18 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| | Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 18 | 1 | JOHN PETER SMITH HOSP | MEDSTAR 578 | / / | |
| 17 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | | | | | | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type. | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.    MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |

Electronically Filed
7/28/2021 11:56 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY
Total Num. Units **1  4  8**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num Prsn

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional vehicles, occupants, injured, etc.).

Page: **19** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM): **0 6 0 0**   Case ID **210011068**   Local Use

★County Name **TARRANT**   ★City Name **FORT WORTH**   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **− 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **TL**  ★Hwy. Num. **35**  2 Rdwy. Part **1**  Block Num. **2600**  3 Street Prefix  ★Street Name  4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No  1 Rdwy. Sys. **LR**  Hwy. Num.  2 Rdwy. Part **1**  Block Num. **2500**  3 Street Prefix **NE**  Street Name **28TH**  4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker **S**  Reference Marker  Street Desc. **HWY**  RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. **19**  5 Unit Desc. **1**  ☐ Parked Vehicle  ☐ Hit and Run  LP State **OR**  LP Num. **YASF134**  VIN **1 N P 5 L B 9 X 7 7 N 7 4 2 6 7 0**

Veh. Year **2 0 0 7**  6 Veh. Color **WHI**  Veh. Make **PETERBILT**  Veh. Model **397**  7 Body Style **TT**  Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type  DL/ID State **TX**  DL/ID Num. **19529423**  9 DL Class **A**  10 CDL End. **T**  11 DL Rest. **96**  DOB (MM/DD/YYYY) **1 1 / 2 9 / 1 9 7 7**

Address (Street, City, State, ZIP) **16111 MARCELIA DR**        **HOUSTON**     **TX**  **77049**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MONTES   ARTURO | B | 43 | H | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address   **SIERRA   MOUNTAIN   EXPRESS**   **14440 N BYBEE LAKE RD**    **PORTLAND**  **OR**  **97203**

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **NATIONAL INTERSTATE**  Fin. Resp. Num. **SME8197001**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 **1−**  **FD− 7**  27 Vehicle Damage Rating 2 **12−**  **FR− 7**  Vehicle Inventoried ☐ Yes ☒ No

Towed By **MILNER**  Towed To **MILNER TOWING**

---

Unit Num. **20**  5 Unit Desc. **6**  ☐ Parked Vehicle  ☐ Hit and Run  LP State **OR**  LP Num. **HV51486**  VIN **1 B 9 C S 4 5 2 0 7 P 2 7 5 4 9 6**

Veh. Year **2 0 0 7**  6 Veh. Color **BLU**  Veh. Make **BOYD TANK TRAILERS**  Veh. Model **NOT APPLICABLE**  7 Body Style **TL**  Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type  DL/ID State  DL/ID Num.  9 DL Class  10 CDL End.  11 DL Rest.  DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 26 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address   **SIERRA   MOUNTAIN   EXPRESS**   **14440 N BYBEE LAKE RD**    **PORTLAND**  **OR**  **97203**

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **NATIONAL INTERSTATE**  Fin. Resp. Num. **SME8197001**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 **6−**  **RD− 2**  27 Vehicle Damage Rating 2  Vehicle Inventoried ☐ Yes ☒ No

Towed By **MILNER**  Towed To **MILNER TOWING**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 19 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | 19 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 00365516 |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name **SIERRA MOUNTAIN**   Carrier's Primary Addr. **14440 N BYBEE LAKE RD**   **PORTLAND**   OR   97203   30 Veh. Type 6

| 31 Bus Type 0 | ☐ RGVW ☒ GVWR 5 2 0 0 0 | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | Unit Num. | ☐ RGVW ☐ GVWR | 32 HazMat Class Num. | HazMat ID Num. | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Unit Num. 20 | ☐ RGVW ☒ GVWR 4 8 0 0 0 | 34 Trlr. Type 1 | CMV Disabling Damage? ☐ Yes ☒ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.        MARTIN, K | ID Num. 3380-3421 |

ORI Num. T X 2 2 0 1 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/ Region/DA C E N T R L

Electronically Filed
7/28/2021 1:56 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn (Injured?)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page: 21 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes  1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  ☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: 21
5 Unit Desc.: 1
☐ Parked Vehicle  ☐ Hit and Run
LP State: TX
LP Num.: NFK9887
VIN: 1 C 6 R R 7 L M 1 F S 3 9 9 4 6

Veh. Year: 2 0 1 5
6 Veh. Color: WHI
Veh. Make: DODGE
Veh. Model: RAM 1500
7 Body Style: PK
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 22421558
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 7 / 1 3 / 1 9 8 9

Address (Street, City, State, ZIP): 3720 RIVER BIRCH RD    FORT WORTH    TX  76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CRAWFORD    BRIAN | B | 31 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: CRAWFORD    BRIAN    3720 RIVER BIRCH RD    FORT WORTH TX  76137

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: PROGRESSIVE
Fin. Resp. Num.: 937701019

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12−  FD−7
27 Vehicle Damage Rating 2: 6−  RD−5
Vehicle Inventoried? ☐ Yes ☒ No

Towed By: ABC TOWING
Towed To: ABC TOWING

---

Unit Num.: 22
5 Unit Desc.: 1
☐ Parked Vehicle  ☐ Hit and Run
LP State: TX
LP Num.: MJW4810
VIN: 5 X Y P 6 4 H C 2 L G 0 2 9 4 9 8

Veh. Year: 2 0 2 0
6 Veh. Color: GRY
Veh. Make: KIA
Veh. Model: UNKNOWN
7 Body Style: SV
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 12747093
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: A
DOB (MM/DD/YYYY): 0 1 / 2 5 / 1 9 4 0

Address (Street, City, State, ZIP): 8537 WOODLAKE CIR    FORT WORTH    TX  76179

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CROSS    ROBERT    MICHAEL | A | 81 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |
| 2 | 2 | 3 | CROSS    RICHARD | A | 54 | W | 1 | 1 | 5 | 97 | N | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: CROSS    ROBERT    MICHAEL    8537 WOODLAKE CIR    FORT WORTH  TX  76179

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ALLSTATE
Fin. Resp. Num.: 836230560

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12−  FD−7
27 Vehicle Damage Rating 2: 9−  LP−7
Vehicle Inventoried? ☐ Yes ☒ No

Towed By: ABC TOWING
Towed To: ABC TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan
Page 72 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 22 | 1 | JOHN PETER SMITH HOSP | MEDSTAR | / / | |
| 22 | 2 | JOHN PETER SMITH HOSP | MEDSTAR | / / | |
| 21 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes/No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|

| 31 Bus Type | RGVW / GVWR | HazMat Released Yes/No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | RGVW / GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes/No | Unit Num. | RGVW / GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes/No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit Yes/No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE.

## INVESTIGATOR

| Time Notified (24Hr:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24Hr:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | Yes ☒ / No ☐ | Investigator Name (Printed) | HARPER, G.    MARTIN, K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units 1  4  8
Total Num. Prsn 6  6

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 23 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL  ★Hwy. Num.: 35  2 Rdwy. Part: 1  Block Num.: 2600  3 Street Prefix:  ★Street Name:  4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane  Speed Limit:  Const. Zone? ☐ Yes ☒ No  Workers Present? ☐ Yes ☒ No  Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes ☒ No  1 Rdwy. Sys.: LR  Hwy. Num.:  2 Rdwy. Part: 1  Block Num.: 2500  3 Street Prefix: NE  Street Name: 28TH  4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker: S  Reference Marker:  Street Desc.: HWY  RRX Num.:

**VEHICLE, DRIVER, & PERSONS**

Unit Num.: 23  5 Unit Desc.: 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num.: 1L57140  VIN: 1 F U B C Y C S 1 3 H M 0 1 6 6 4

Veh. Year: 2 0 0 3  6 Veh. Color: RED  Veh. Make: FREIGHTLINER  Veh. Model: UNKNOWN  7 Body Style: TR  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: 46057967  9 DL Class: A  10 CDL End.: 96  11 DL Rest.: 96  DOB (MM/DD/YYYY): 0 8 / 1 3 / 1 9 9 9

Address (Street, City, State, ZIP): 3974 N STORY RD #925   IRVING   TX   75038

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MCENLEY   JALEN | N | 21 | B | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: COCA COLA  SOUTHWEST  BEVERAGES LL
3400 FOSSIL CREEK BLVD   FORT WORTH  TX  76137

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: BEECHER CARLSON INS  Fin. Resp. Num.: 404-460-1401

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 12-  FD- 2  27 Vehicle Damage Rating 2: -  Vehicle Inventoried? ☐ Yes ☒ No

Towed By: DRIVEN  Towed To: 3400 FOSSIL CREEK BL

---

Unit Num.: 24  5 Unit Desc.: 6  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num.: 80918Z  VIN: 2 M N 0 1 J A L 2 6 1 0 0 8 6 2 5

Veh. Year: 2 0 0 6  6 Veh. Color: RED  Veh. Make: TRAILMOBILE  Veh. Model: NOT APPLICABLE  7 Body Style: TL  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:  DL/ID State:  DL/ID Num.:  9 DL Class:  10 CDL End.:  11 DL Rest.:  DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: COCA COLA  SOUTHWEST  BEVERAGES LL
3400 FOSSIL CREEK BL   FORT WORTH  TX  76137

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: BEECHER CARLSON INS  Fin. Resp. Num.: 404-460-1401

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 6-  RD- 1  27 Vehicle Damage Rating 2: -  Vehicle Inventoried? ☐ Yes ☒ No

Towed By: DRIVEN  Towed To: 3400 FOSSIL CREEK BLVD

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 74 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

### DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

### CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

### CMV

Unit Num. 23  ☒ 10,001+ LBS.  ☐ TRANSPORTING HAZARDOUS MATERIAL  ☐ 9+ CAPACITY  CMV Disabling Damage? ☒ Yes ☐ No  28 Veh. Oper. 2  29 Carrier ID Type 1  Carrier ID Num. 02977752

Carrier's Corp. Name  COCA COLA   Carrier's Primary Addr.  6101 AVE A    LUBBOCK   TX  79404   30 Veh. Type 5

31 Bus Type 0  ☐ RGVW  ☒ GVWR 3,4,7,0,0  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type 3

Unit Num. 24  ☐ RGVW  ☒ GVWR 1,2,1,0,0  34 Trlr. Type 1  CMV Disabling Damage? ☒ Yes ☐ No  Unit Num.  ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1 98  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☐ No  Actual Gross Weight  Total Num. Axles:

### FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

### NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

### INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0  How Notified DISPATCH  Time Arrived (24HR:MM) 0 6 4 0  Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No  Investigator Name (Printed) HARPER, G.     MARTIN, K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0  *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA  C E N T R L

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Prsn Num:

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 25 of 149

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

★County Name: TARRANT
★City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. TL | ★Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Prefix 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane   Speed Limit: ___   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker S
Reference Marker
Street Desc. HWY
RRX Num.

## VEHICLE, DRIVER, & PERSONS — Unit 25

| Unit Num. 25 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. BX6W775 | VIN 1 Z V H T 8 2 H 7 8 5 1 5 5 0 1 0 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 0 8 | 6 Veh. Color BLK | Veh. Make FORD | Veh. Model MUSTANG | 7 Body Style P2 | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 11375695 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. A | DOB (MM/DD/YYYY) 0 3 / 0 2 / 1 9 8 8 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP): 14009 TANGLEBRUSH TRL   HASLET   TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DUDDINGTON  DUSTIN  DALE | B | 32 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: DUDDINGTON  DUSTIN  DALE
14009 TANGLEBRUSH TRL   HASLET   TX 76052

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name: TX FARM BUREAU
Fin. Resp. Num. 23296973

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1: 12−  FD−7
27 Vehicle Damage Rating 2: 6−  RD−7
Vehicle Inventoried ☐ Yes ☒ No

Towed By: BEARDS TOWING   Towed To: BEARDS TOWING

## VEHICLE, DRIVER, & PERSONS — Unit 26

| Unit Num. 26 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. AY74324 | VIN 1 F D S E 3 F L 4 B D 5 6 5 9 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 1 | 6 Veh. Color BLU | Veh. Make FORD | Veh. Model ECONOLINE | 7 Body Style VN | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 39903462 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 1 1 / 0 4 / 1 9 9 8 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP): 713 TURNER BLVD   GRAND PRAIRIE   TX 75050

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ROGERS  NADIA  JEAN | B | 22 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: MCDANIEL  AND  SON PLUMBING
2215 W HARRIS RD   ARLINGTON   TX 76001

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name: STATE AUTO
Fin. Resp. Num. BAP2470291

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1: 12−  FD−7
27 Vehicle Damage Rating 2: 6−  RD−7
Vehicle Inventoried ☐ Yes ☒ No

Towed By: TEXAS TOWING   Towed To: TEXAS TOWING YARD

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 78 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 25 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 26 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name: 
Carrier's Primary Addr.: 
30 Veh. Type:

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | Unit Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24Hr:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24Hr:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN, K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 1:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units 1 4 8
Total Num. Prsn

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page 27 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. TL
★1 Hwy. Num. 35
2 Rdwy. Part 1
Block Num. 2600
3 Street Prefix
★Street Name
4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☒ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No
1 Rdwy. Sys. LR
Hwy. Num.
2 Rdwy. Part
Block Num. 2500
3 Street Prefix NE
Street Name 28TH
4 Street Suffix ST

Distance from Int. or Ref. Marker: 1000  ☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker S
Reference Marker
Street Desc. HWY
RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 27
5 Unit Desc. 1
☐ Parked Vehicle
☐ Hit and Run
LP State TX
LP Num. KMG4544
VIN 1 H G C P 2 F 8 7 B A 0 8 7 3 1 9

Veh. Year 2 0 1 1
6 Veh. Color GRY
Veh. Make HONDA
Veh. Model ACCORD
7 Body Style P4
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1
DL/ID State TX
DL/ID Num. 34472157
9 DL Class C
10 CDL End. 96
11 DL Rest.
DOB (MM/DD/YYYY) 1 0 / 3 0 / 1 9 9 5

Address (Street, City, State, ZIP): 3301 CALERA TRL #3111       FORT WORTH       TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BROOKE     ASHLEY | B | 25 | W | 2 | 1 | 1 | 3 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: ENGEL     HUNTER     JUSTIN
9531 HACKAMORE CT       TX 76247

Proof of Fin. Resp. ☒ Yes ☐ No
26 Fin. Resp. Type 1
☐ Expired ☐ Exempt
Fin. Resp. Name STATE FARM
Fin. Resp. Num. 466 0631-C04-43-001

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1 3− RP − 7
27 Vehicle Damage Rating 2 6− RD − 7
Vehicle Inventoried ☐ Yes ☒ No

Towed By A1 TOWING
Towed To A1 TOWING

---

Unit Num. 28
5 Unit Desc. 1
☐ Parked Vehicle
☐ Hit and Run
LP State TX
LP Num. HRT5651
VIN 1 9 X F C 1 F 3 6 G E 0 1 2 7 3 3

Veh. Year 2 0 1 6
6 Veh. Color BLK
Veh. Make HONDA
Veh. Model CIVIC
7 Body Style P4
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1
DL/ID State TX
DL/ID Num. 9748792
9 DL Class C
10 CDL End. 96
11 DL Rest. A
DOB (MM/DD/YYYY) 1 1 / 2 5 / 1 9 5 5

Address (Street, City, State, ZIP): 221 SCHREIBER DR       HASLET       TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HIATT     JAMES     JENNINGS | B | 65 | W | 1 | 1 | 5 | 97 | N | | | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: HIATT     NANCY     JEAN
221 SCHREIBER DR       HASLET       TX 76052

Proof of Fin. Resp. ☒ Yes ☐ No
26 Fin. Resp. Type 1
☐ Expired ☐ Exempt
Fin. Resp. Name STATE FARM
Fin. Resp. Num. 065 8468 K30 43S 004

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1 6− RD − 7
27 Vehicle Damage Rating 2 3− RP − 7
Vehicle Inventoried ☐ Yes ☒ No

Towed By TEXAS TOWING
Towed To TEXAS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 28 of 149

| | Case ID | 210011068 | | TxDOT Crash ID | |
|---|---|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 27 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 28 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL. | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | Carrier's Primary Addr. | | | | 30 Veh. Type |
|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.    MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021  1:35:06 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units 1 4 8
Total Num. Prsn 16

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 29 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. TL
★Hwy. Num. 35
2 Rdwy. Part 1
Block Num. 2600
3 Street Prefix
★Street Name
4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/Toll Lane
Speed Limit
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No.
1 Rdwy. Sys. LR
Hwy. Num.
2 Rdwy. Part 1
Block Num. 2500
3 Street Prefix NE
Street Name 28TH
4 Street Suffix ST

Distance from Int. or Ref. Marker: 1000  ☒ FT ☐ MI
3 Dir. from Int: S
Reference Marker
Street Desc. HWY
RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 29
5 Unit Desc. 1
☐ Parked Vehicle
☐ Hit and Run
LP State TX
LP Num. 1RY443
VIN: 3 C 6 3 R R A L 4 J G 2 8 5 5 0

Veh. Year 2 0 1 8
6 Veh. Color WHI
Veh. Make DODGE
Veh. Model RAM 3500
7 Body Style PK
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1
DL/ID State TX
DL/ID Num. 15742576
9 DL Class CM
10 CDL End. 96
11 DL Rest. 96
DOB (MM/DD/YYYY): 0 2 / 2 5 / 1 9 7 6

Address (Street, City, State, ZIP): 390 CR 3330    BRIDGEPORT    TX 76426

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GOBER    KERRY    QUINN | B | 44 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: GOBER    KERRY    QUINN
390 CR 3330    BRIDGEPORT TX 76426

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt
26. Fin. Resp. Type 1
Fin. Resp. Name TEXAS FARM BUREAU
Fin. Resp. Num. 23339403

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  12− FD− 7
27 Vehicle Damage Rating 2  6−  RD− 7
Vehicle Inventoried ☐ Yes ☒ No

Towed By: BEARDS TOWING
Towed To: BEARDS TOWING

---

Unit Num. 30
5 Unit Desc. 1
☐ Parked Vehicle
☐ Hit and Run
LP State TX
LP Num. DXL6453
VIN: 1 C 4 R D H A G 4 D C 5 2 9 2 0

Veh. Year 2 0 1 3
6 Veh. Color RED
Veh. Make DODGE
Veh. Model DURANGO
7 Body Style SV
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1
DL/ID State TX
DL/ID Num. 17820436
9 DL Class C
10 CDL End. 96
11 DL Rest. 96
DOB (MM/DD/YYYY): 1 0 / 2 2 / 1 9 8 1

Address (Street, City, State, ZIP): 12928 PARADE GROUNDS LN    FORT WORTH    TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BENSON    REBECCA    ANN | B | 39 | B | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: BENSON    REBECCA    ANN
12928 PARADE GROUNDS LN    FORT WORTH TX 76244

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt
26. Fin. Resp. Type 1
Fin. Resp. Name LIBERTY COUNTY MUTUAL
Fin. Resp. Num. Y8721709

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  12− FD− 7
27 Vehicle Damage Rating 2  9−  LP− 7
Vehicle Inventoried ☐ Yes ☒ No

Towed By: MILNER TOWING
Towed To: MILNER TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 30 of 149

| | Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 29 | 1 | HARRIS DOWNTOWN | SELF | / / | |
| 30 | 1 | HARRIS DOWNTOWN | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.      MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 1:35 AM
Hidalgo County District Clerks

Total Num. Units **1 4 8**   Total Num. Prsn...   Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: **31** of **149**

**IDENTIFICATION & LOCATION**

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

★County Name TARRANT   ★City Name FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. | ★Hwy. Num. 35 | 2 Rdwy. Part | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☐ No   Workers Present ☐ Yes ☐ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. S   Reference Marker   Street Desc. HWY   RRX Num.

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 31 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. NXN0515 | VIN 1 C 4 R J E B G 6 M C 5 1 1 4 6 8 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 2 1 | 6 Veh. Color BLK | Veh. Make JEEP | Veh. Model GRAND CHEROKEE | 7 Body Style SV | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 15573968 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. A | DOB (MM/DD/YYYY) 0 8 / 0 9 / 1 9 7 5 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 12240 WALDEN-WOOD DR   FORT WORTH   TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LIVESAY     ANGIE     DENISE | B | 45 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   LIVESAY     ANGIE     DENISE   12240 WALDEN-WOOD DR   FORT WORTH TX 76244

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name TRAVELERS INSURANCE   Fin. Resp. Num. 6077228172221

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   12-   FD-7   27 Vehicle Damage Rating 2   3-   RP-7   Vehicle Inventoried ☐ Yes ☒ No

Towed By TEXAS TOWING   Towed To TEXAS TOWING

| Unit Num. 32 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. LPX6792 | VIN J N 1 B J 0 H P X E M 2 1 0 1 8 6 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 4 | 6 Veh. Color WHI | Veh. Make INFINITI | Veh. Model QX50 | 7 Body Style SV | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 11716940 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 8 / 3 1 / 1 9 6 0 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 7791 ARCADIA TRL   FORT WORTH   TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | PAARUP     MICHAEL | N | 60 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   PAARUP     MICHAEL   7791 ARCADIA TRL   FORT WORTH TX 76137

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name PROGRESSIVE   Fin. Resp. Num. 903565417

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   12-   FD-7   27 Vehicle Damage Rating 2   6-   LP-7   Vehicle Inventoried ☐ Yes ☒ No

Towed By ABC TOWING   Towed To ABC TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 32 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 31 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | 30 Veh. Type |
|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW... ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.    MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Electronically Filed
7/28/2021 1:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY
☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8
Total Num Prsn 3 1 6

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
Page 33 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll-Road/ Toll Lane
Speed Limit:
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

**VEHICLE, DRIVER & PERSONS**

Unit Num. 33
5 Unit Desc. 1
Parked Vehicle:
Hit and Run:
LP State TX
LP Num. MSC1553
VIN 2 T 1 B U 4 E E 4 B C 6 1 1 1 0

Veh. Year:
6 Veh. Color SIL
Veh. Make TOYOTA
Veh. Model COROLLA
7 Body Style P4
Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type 99
DL/ID State UN
DL/ID Num.:
9 DL Class 99
10 CDL End. 99
11 DL Rest. 99
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP): UNKNOWN    UNKNOWN    UN   UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First; Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN    UNK    UNK | 99 | | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: LUCKEY    LATRICE    KNESHUN
1020 OSBORNE LN    FORT WORTH TX 76112

Proof of Fin. Resp. ☒ Yes ☐ No ☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name: HOME STATE COUNTY
Fin. Resp. Num.: MST01714623-00

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD-7
27 Vehicle Damage Rating 2: 6- RD-7
Vehicle Inventoried ☐ Yes ☒ No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING

---

Unit Num. 34
5 Unit Desc. 1
Parked Vehicle:
Hit and Run:
LP State TX
LP Num. CVZ6452
VIN 3 V W D X 7 A J 7 B M 3 3 0 5 4 9

Veh. Year: 2 0 1 1
6 Veh. Color BLU
Veh. Make VOLKSWAGEN
Veh. Model JETTA
7 Body Style P4
Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type 1
DL/ID State TX
DL/ID Num. 39911636
9 DL Class C
10 CDL End. 96
11 DL Rest. 96
DOB (MM/DD/YYYY): 0 8 / 1 2 / 1 9 9 9

Address (Street, City, State, ZIP): 6716 RIDGEWOOD DR    NORTH RICHLAND HILLS    TX   76182

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | YOUNG    JACOB    ALEXANDER | B | 21 | W | M | 1 | 4 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: YOUNG    JACOB    ALEXANDER
6716 RIDGEWOOD DR    NORTH RICHLAND HILLS TX 76182

Proof of Fin. Resp. ☒ Yes ☐ No ☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name: GEICO
Fin. Resp. Num.: 4220496642

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD-7
27 Vehicle Damage Rating 2: 6- RD-7
Vehicle Inventoried ☐ Yes ☒ No

Towed By: CORNISH TOWING
Towed To: CORNISH TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 34 of 149

| | | Case ID | 210011068 | | TxDOT Crash IO | | | | | | | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 34 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | | Total Num. Axles: |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | | | ID Num. | 3380-3421 |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | | Service/Region/DA | C E N T R L |

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn: 1 6

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 35 Jof 149

### IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL   ★ Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes ☒ No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part:   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

### VEHICLE, DRIVER, & PERSONS

Unit Num.: 35   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: HFK4315   VIN: 1 G C 1 K X C 8 9 E F 1 2 7 2 5 9

Veh. Year: 2 0 1 4   6 Veh. Color: WHI   Veh. Make: CHEVROLET   Veh. Model: SILVERADO   7 Body Style: PK   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 24007807   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 7 / 1 9 / 1 9 9 0

Address (Street, City, State, ZIP): 1200 ALLIANCE BLVD   RHOME   TX   76078

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GUTHRIE      NEAL      WILLIAM | B | 30 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: GUTHRIE      NEAL      WILLIAM   1200 ALLIANCE BLVD   RHOME   TX   76078

Proof of Fin. Resp.: ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: AGRICULTURAL WORKERS MUTUAL   Fin. Resp. Num.: A6TX000042

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12-   FD-7   27 Vehicle Damage Rating 2: 6-   RD-7   Vehicle Inventoried: ☐ Yes ☒ No

Towed By: CORNISH TOWING   Towed To: CORNISH TOWING

---

Unit Num.: 36   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: NRW4472   VIN: 1 F M F U 1 6 5 5 8 L A 8 8 1 6 5

Veh. Year: 2 0 0 8   6 Veh. Color: WHI   Veh. Make: FORD   Veh. Model: EXPEDITION   7 Body Style: SV   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 14170036   9 DL Class: C   10 CDL End.: 96-   11 DL Rest.: 96   DOB (MM/DD/YYYY): 1 0 / 1 1 / 1 9 8 4

Address (Street, City, State, ZIP): 12525 HAVERHILL DR   FORT WORTH   TX   76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MURSALIN      WALID | N | 36 | A | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: MURSALIN      WALID   12525 HAVERHILL DR   FORT WORTH   TX   76244

Proof of Fin. Resp.: ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: PROGRESSIVE   Fin. Resp. Num.: 936329750

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12-   FD-7   27 Vehicle Damage Rating 2: 3-   RP-7   Vehicle Inventoried: ☐ Yes ☒ No

Towed By: ABC TOWING   Towed To: ABC TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| | Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 35 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 11:36 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units **1 4 8**   Total Num. Prsn **6**

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page: **37** of **149**

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

| ★County Name TARRANT | ★City Name FORT WORTH | [ ] Outside City Limit |
|---|---|---|

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees) 3 2 . 7 9 5 1 3
Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. TL | ★Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/ Toll Lane
Speed Limit
Const. Zone [ ] Yes [X] No
Workers Present [ ] Yes [X] No
Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. [ ] Yes [X] No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker 1000   [X] FT [ ] MI
3 Dir. from Int. or Ref. Marker S
Reference Marker
Street Desc. HWY
RRX Num.

## VEHICLE, DRIVER & PERSONS

| Unit Num. 37 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. KCM1666 | VIN K N D M B 5 C 1 2 H 6 2 1 4 8 7 6 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 7 | 6 Veh. Color SIL | Veh. Make KIA | Veh. Model SEDONA | 7 Body Style VN | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 25831853 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 8 / 2 0 / 1 9 7 4 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 10500 ARANSAS DR   FORT WORTH   TX   76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | THURMAN   OPAL   CHRISTINE | A | 46 | W | 2 | 1 | 5 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   THURMAN   OPAL   CHRISTINE   10500 ARANSAS DR   FORT WORTH TX 76131

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name STATE FARM   Fin. Resp. Num. 108 3060 L19 43M 001

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1   12-   FD-7
27 Vehicle Damage Rating 2   6-   RD-7
Vehicle Inventoried [ ] Yes [X] No

Towed By MILNER TOWING   Towed To MILNER TOWING

| Unit Num. 38 | 5 Unit Desc. 4 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | LP Num. | VIN |
|---|---|---|---|---|---|---|

| Veh. Year | 6 Veh. Color | Veh. Make | Veh. Model | 7 Body Style | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class SS | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) 1 0 / 2 1 / 1 9 7 4 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) UNKNOWN   UNKN   UN   UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 16 | QUERALES   TAMARA   SATIMA | K | 46 | H | 2 | 97 | 97 | 97 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[ ] Owner [ ] Lessee   Owner/Lessee Name & Address

Proof of Fin. Resp. [ ] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type   Fin. Resp. Name   Fin. Resp. Num.

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1
27 Vehicle Damage Rating 2
Vehicle Inventoried [ ] Yes [ ] No

Towed By   Towed To

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 38 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| | Case ID | 210011068 | | | TxDOT Crash ID | |
|---|---|---|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 37 | 1 | MEDICAL CITY ALLIANCE | MEDSTAR | / / | |
| 38 | 1 | TC MORGUE | FORT WORTH FUNERALS AND CREMATIONS | 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: | |

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|
| Invest. Comp. ☒ Yes ☐ No | | Investigator Name (Printed) | HARPER, G.    MARTIN,K | | | ID Num. | 3380-3421 |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | | Service/ Region/DA | C E N T R L |

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8
Total Num. Prsn

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 39 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2/1 1/2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID 210011068
Local Use

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City-Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No
Latitude (decimal degrees): 3 2. 7 9 5 1 3
Longitude (decimal degrees): – 0 9 7. 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 39
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: IN
LP Num.: 2839769
VIN: 3 A K J H L D V 9 M S M G 0 5 6 5

Veh. Year: 2 0 2 1
6 Veh. Color: WHI
Veh. Make: FREIGHTLINER
Veh. Model: UNKNOWN
7 Body Style: TR
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: DL
DL/ID State: TX
DL/ID Num.: 41868911
9 DL Class: A
10 CDL End.: H
11 DL Rest.: P27
DOB (MM/DD/YYYY): 0 8/2 3/1 9 7 9

Address (Street, City, State, ZIP): 1704 GRIFFIN LN    MANSFIELD    TX   76063

| Person Num. | 12 Prsn Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | VAL     ERNST | N | 41 | W | 1 | 1 | 1 | | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: JB HUNT     TRANSPORT     INC
615 JB HUNT CORP DR     LOWELL     AR   72745

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ACE AMERICAN INS.
Fin. Resp. Num.: H25307951

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 11- LFQ-7
27 Vehicle Damage Rating 2: 1- RFQ-7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BEARDS TOWING
Towed To: 1150 INTERMODAL PKWY

---

Unit Num.: 40
5 Unit Desc.: 6
☐ Parked Vehicle
☐ Hit and Run
LP State: OK
LP Num.: 1631JJ
VIN: L J R C 5 4 2 6 0 C 1 0 2 2 4 7

Veh. Year: 2 0 1 2
6 Veh. Color: ONG
Veh. Make: CIMC TRAILERS
Veh. Model: NOT APPLICABLE
7 Body Style: TL
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:
DL/ID State:
DL/ID Num.:
9 DL Class:
10 CDL End.:
11 DL Rest.:
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: JB HUNT     TRANSPORT     INC
615 JB HUNT CORP DR     LOWELL     AR   72745

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ACE AMERICAN INS
Fin. Resp. Num.: H25307951

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: - BD-2
27 Vehicle Damage Rating 2: - BR-2
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BEARDS TOWING
Towed To: 1150 INTERMODAL PKWY

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 48 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

Unit Num. 39  ☒ 10,001+ LBS.  ☐ TRANSPORTING HAZARDOUS MATERIAL  ☐ 9+ CAPACITY  CMV Disabling Damage? ☒ Yes ☐ No  28 Veh. Oper. 1  29 Carrier ID Type 1  Carrier ID Num. 00800806  30 Veh. Type 5

Carrier's Corp. Name  JB HUNT    Carrier's Primary Addr.  1150 INTERMODAL PKWY    HASLET    TX   76052

31 Bus Type 0  ☐ RGVW ☒ GVWR  5 2 0 0 0 0  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type 3

Unit Num. 40  ☐ RGVW ☒ GVWR  6 8 0 0 0 0  34 Trlr. Type 1  CMV Disabling Damage? ☒ Yes ☐ No  Unit Num.  ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1  98  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☐ No  Actual Gross Weight  Total Num. Axles:

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM)  0 6 2 0  How Notified DISPATCH    Time Arrived (24HR:MM)  0 6 4 0  Report Date (MM/DD/YYYY)  0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No  Investigator Name (Printed)  HARPER, G.    MARTIN, K    ID Num. 3380-3421

ORI Num.  T X 2 2 0 1 2 0 0  *Agency  FORT WORTH POLICE DEPARTMENT    Service/Region/DA  C E N T R L

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**
Total Num. Prsn

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.; additional vehicles, occupants, injured, etc.).

Page **41** of **149**

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

| ★County Name | TARRANT | ★City Name | FORT WORTH | ☐ Outside City Limit |
|---|---|---|---|---|

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees) **3 2 . 7 9 5 1 3**
Longitude (decimal degrees) **− 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. | TL | ★Hwy. Num. | 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | 2 Rdwy. Part | Block Num. 2500 | 3 Street Prefix | NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker **1000**
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker S
Reference Marker
Street Desc. HWY
RRX Num.

## VEHICLE, DRIVER, & PERSONS

| Unit Num.41 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. R400997 | VIN 1 X P H D 4 9 X 7 E D 2 2 7 4 0 8 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 4 | 6 Veh. Color BLU | Veh. Make PETERBILT | Veh. Model UNKNOWN | 7 Body Style TR | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 25115658 | 9 DL Class A | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 2 / 1 3 / 1 9 9 1 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) **3304 SAN ESTEBAN ST     MISSION     TX   78572**

| Person Num. | 12 Prsn Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DURAN       JOSE       BRENT | B | 29 | H | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | G.G'S PRODUCE 2305 E TRENTON RD | EDINBURG   TX   78542 |
|---|---|---|---|

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name UNITED WISCONSIN INS. CO.
Fin. Resp. Num. UWPGA249602

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1   12- FD-7
27 Vehicle Damage Rating 2   11- L-7
Vehicle Inventoried ☐ Yes ☒ No

Towed By **ABC TOWING**
Towed To **6831 OLD RANDOL MILL RD**

| Unit Num.42 | 5 Unit Desc. 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. 055C370 | VIN 1 U Y V S 2 5 3 2 L U 0 0 3 0 3 5 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 2 0 | 6 Veh. Color WHI | Veh. Make UTILITY TRAILER MFG | Veh. Model NOT APPLICABLE | 7 Body-Style TL | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | I.GARZA LLC 2305 E TRENTON RD | EDINBURG   TX   78542 |
|---|---|---|---|

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name UNITED WISCONSIN INS CO
Fin. Resp. Num. UWPGA249602

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1   BL-5
27 Vehicle Damage Rating 2   - LFQ-3
Vehicle Inventoried ☐ Yes ☒ No

Towed By **ABC TOWING**
Towed To **6831 OLD RANDOL MILL RD**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 42 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 41 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | 41 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 02813179 | |
|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name: G.G'S PRODUCE
Carrier's Primary Addr.: 2305 E TRENTON RD   EDINBURG   TX   78542
30 Veh. Type 6

| 31 Bus Type 0 | ☐ RGVW ☒ GVWR 5 1 2 0 0 | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 3 |
|---|---|---|---|---|---|---|---|

| Unit Num. 42 | ☐ RGVW ☒ GVWR 6 5 0 0 0 | 34 Trlr. Type 1 | CMV Disabling Damage? ☒ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Total Num. Axles: |
|---|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.    MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA C E N T R L |
|---|---|---|

Electronically Filed
7/28/2021 11:36 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**
☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8   Total Num. Prsn 3 6

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 43 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM) 0 6 0 0   Case ID 210011068   Local Use

★County Name TARRANT   ★City Name FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒Yes ☐No
Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. TL   ★1 Hwy. Num. 35   2 Rdwy. Part 1   Block Num. 2600   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐Yes ☒No   Workers Present ☐Yes ☒No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐Yes ☒No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   ☒FT ☐MI   3 Dir. from Int. S   Reference Marker   Street Desc. HWY   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 43   5 Unit Desc. 1   ☐Parked Vehicle   ☐Hit and Run   LP State TX   LP Num. HDK4494   VIN 5 F N Y F 3 H 7 9 D B 0 1 3 7 9 3

Veh. Year 2 0 1 3   6 Veh. Color WHI   Veh. Make HONDA   Veh. Model PILOT   7 Body Style SV   ☐Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 00212737   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 8 / 2 3 / 1 9 9 5

Address (Street, City, State, ZIP) 1205 MESA CREST DR   HASLET   TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FALKENBERG   ALICIA   MARRIE | N | 35 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   FALKENBERG   ALICIA   MARRIE   1205 MESA CREST DR   HASLET   TX 76052

Proof of Fin. Resp. ☒Yes ☐No   ☐Expired ☐Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name USAA   Fin. Resp. Num. 0074683787101

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 12- FD-7   27 Vehicle Damage Rating 2 6- RD-7   Vehicle Inventoried ☐Yes ☒No

Towed By PURFECT TOWING   Towed To PURFECT TOWING

---

Unit Num. 44   5 Unit Desc. 1   ☐Parked Vehicle   ☐Hit and Run   LP State UN   LP Num.   VIN

Veh. Year 2 0 2 1   6 Veh. Color 99   Veh. Make UNKNOWN   Veh. Model UNKNOWN   7 Body Style 99   ☐Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 99   DL/ID State UN   DL/ID Num.   9 DL Class 99   10 CDL End. 99   11 DL Rest. 99   DOB (MM/DD/YYYY) / /

Address (Street, City, State, ZIP) UNKNOWN   UNK   UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | | UNKNOWN   UNK   UNK | 99 | | 99 | 99 | 99 | 99 | 99 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   UNKNOWN   UNK   UNK   UNKNOWN   UNK   UN UNK

Proof of Fin. Resp. ☐Yes ☒No   ☐Expired ☐Exempt   26 Fin. Resp. Type   Fin. Resp. Name   Fin. Resp. Num.

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   27 Vehicle Damage Rating 2   Vehicle Inventoried ☐Yes ☒No

Towed By   Towed To

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 44 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

Case ID: 210011068

TxDOT Crash ID:

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY   CMV Disabling Damage? ☐ Yes ☐ No   28 Veh. Oper.   29 Carrier ID Type   Carrier ID Num.

Carrier's Corp. Name   Carrier's Primary Addr.   30 Veh. Type

31 Bus Type ☐ RGVW ☐ GVWR   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No   Unit Num. ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

| | Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM): 0 6 2 0   How Notified: DISPATCH   Time Arrived (24HR:MM): 0 6 4 0   Report Date (MM/DD/YYYY): 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed): HARPER, G.     MARTIN, K   ID Num. 3380-3421

ORI Num.: T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA: C E N T R L

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units **1 4 8**   Total Num. Prsn **6 9**

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page **45** of **149**

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

**IDENTIFICATION & LOCATION**

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use |
|---|---|---|---|---|---|---|

★County Name **TARRANT**   ★City Name **FORT WORTH**   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **– 0 9 7 . 3 2 2 7 7**

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. **TL** | ★Hwy. Num. **35** | 2 Rdwy. Part **1** | Block Num. **2600** | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. **LR** | Hwy. Num. | 2 Rdwy. Part | Block Num. **2500** | 3 Street Prefix **NE** | Street Name **28TH** | 4 Street Suffix **ST** |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker **1000**   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Number

**VEHICLE, DRIVER & PERSONS**

| Unit Num. **45** | 5 Unit Desc. **1** | ☐ Parked Vehicle   ☐ Hit and Run | LP State **TX** | LP Num. **LRS7914** | VIN **K M 8 J 3 3 A 2 9 J U 8 2 9 1 9 0** |
|---|---|---|---|---|---|

Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

| Veh. Year **2 0 1 8** | 6 Veh. Color **GRY** | Veh. Make **HYUNDAI** | Veh. Model **TUCSON** | 7 Body Style **SV** |
|---|---|---|---|---|

| 8 DL/ID Type **1** | DL/ID State **TX** | DL/ID Num. **25208915** | 9 DL Class **C** | 10 CDL End. **96** | 11 DL Rest. **96** | DOB (MM/DD/YYYY) **0 6 / 0 5 / 1 9 9 1** |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) **1215 CARAWAY LN**   **HASLET**   **TX**   **76052**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SHAABANI   SARAH   DANIELLE | N | 29 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **SHAABANI   SARAH   DANIELLE**   **1215 CARAWAY LN**   **HASLET**   **TX**   **76052**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **COLONIAL COUNTY MUTUAL**   Fin. Resp. Num. **7842J158682**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 –   27 Vehicle Damage Rating 2 –   Vehicle Inventoried ☐ Yes ☒ No

Towed By **PURFECT TOWING**   Towed To **PURFECT TOWING**

| Unit Num. **46** | 5 Unit Desc. **1** | ☐ Parked Vehicle   ☐ Hit and Run | LP State **TX** | LP Num. **KWZ8350** | VIN **J T H B A 1 D 2 0 H 5 0 4 0 4 1 5** |
|---|---|---|---|---|---|

Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

| Veh. Year **2 0 1 7** | 6 Veh. Color **GRY** | Veh. Make **LEXUS** | Veh. Model **IS 250** | 7 Body Style **P4** |
|---|---|---|---|---|

| 8 DL/ID Type **1** | DL/ID State **TX** | DL/ID Num. **17315350** | 9 DL Class **C** | 10 CDL End. **96** | 11 DL Rest. **A** | DOB (MM/DD/YYYY) **0 7 / 2 6 / 1 9 6 9** |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) **918 FOREST PARK CT**   **KELLER**   **TX**   **76248**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MOONEY   KAREN   MARIE | A | 51 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **MOONEY   KAREN   MARIE**   **918 FOREST PARK CT**   **KELLER**   **TX**   **76248**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **STATE FARM**   Fin. Resp. Num. **377 6701 L12 43N 003**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12– FD–7**   27 Vehicle Damage Rating 2 **12– RD–7**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **CORNISH TOWING**   Towed To **CORNISH TOWING**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Page 48 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| | | Case ID | 210011068 | | TxDOT Crash ID | | |
|---|---|---|---|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 46 | 1 | MEDICAL CITY ALLIANCE | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | □ 10,001+ LBS. | □ TRANSPORTING HAZARDOUS MATERIAL | □ 9+ CAPACITY | CMV Disabling Damage? □ Yes □ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|

| 31 Bus Type | □ RGVW □ GVWR | HazMat Released □ Yes □ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | □ RGVW □ GVWR | 34 Trlr. Type | CMV Disabling Damage? □ Yes □ No | Unit Num. | □ RGVW □ GVWR | 34 Trlr. Type | CMV Disabling Damage? □ Yes □ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit □ Yes □ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes □ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8

Total Num. Prsn: 6

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 47 of 149

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

★County Name: TARRANT   ★City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL   ★Hwy. Num.: 35"   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit:   Const. ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part:   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI   3 Dir. from Int. ☒ S   Reference Marker:   Street Desc.: HWY   RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 47   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: MKY0118   VIN: 1 G Y F Z E R 4 1 K F 1 1 9 2 0 5

Veh. Year: 2 0 1 9   6 Veh. Color: BLK   Veh. Make: CADILLAC   Veh. Model: XTS   7 Body Style: SV   Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 21110361   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 6 0 6 1 9 8 8

Address (Street, City, State, ZIP): 6001 HARWICH LN   FORT WORTH   TX 76179

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DAVIS   AMANDA   MICHELLE | B | 32 | W | 2 | 1 | 5 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: DAVIS   AMANDA   MICHELLE   6001 HARWICH LN   FORT WORTH TX 76179

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: USAA   Fin. Resp. Num.: 028276844 7103

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12−   FD− 7   27 Vehicle Damage Rating 2: 6−   RD− 7   Vehicle Inventoried ☐ Yes ☒ No

Towed By: CORNISH TOWING   Towed To: CORNISH TOWING

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 48   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: LMT7382   VIN: 3 C 6 R R 6 L T 2 H G 5 3 0 1 0 4

Veh. Year: 2 0 1 7   6 Veh. Color: GRY   Veh. Make: DODGE   Veh. Model: RAM 1500   7 Body Style: PK   Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 16412917   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: A   DOB (MM/DD/YYYY): 0 2 0 6 1 9 6 9

Address (Street, City, State, ZIP): 833 STAFFORD STATION DR   SAGINAW   TX 76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GENUALDO   PAUL   RICHARD | C | 52 | W | 1 | 1 | 5 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: GENUALDO   PAUL   RICHARD   833 STAFFORD STATION DR   SAGINAW   TX 76131

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: FARMERS INSURANCE   Fin. Resp. Num.: 45006011

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12−   FD− 7   27 Vehicle Damage Rating 2: 6−   RD− 7   Vehicle Inventoried ☐ Yes ☒ No

Towed By: ADVANCED TOWING   Towed To: ADVANCED TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 47 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 48 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID-Type | Carrier ID Num.

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

**FACTORS & CONDITIONS**

| | | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.    MARTIN, K | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

| Total Num. Units | 1 4 8 | Total Num. Prsn | 6 |
|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

Page: 49 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

**IDENTIFICATION & LOCATION**

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| ★County Name | TARRANT | ★City Name | FORT WORTH | | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No | Latitude (decimal degrees) 3 2 . 7 9 5 1 3 | Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. TL | ★Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☒ Toll Road/Toll-Lane | Speed Limit | Const. Zone ☐ Yes ☒ No | Workers Present ☐ Yes ☒ No | Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |

| Distance from Int. or Ref. Marker 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. |

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 49 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State AR | LP Num. K810521 | VIN 3 A K J G L D R 1 K D K N 3 1 7 7 |

| Veh. Year 2 0 1 9 | 6 Veh. Color GRY | Veh. Make FREIGHTLINER | Veh. Model UNKNOWN | 7 Body Style TT | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State MX | DL/ID Num. NVOL062506 | 9 DL Class 98 | 10 CDL End. 98 | 11 DL Rest. 98 | DOB (MM/DD/YYYY) 0 9 / 2 6 / 1 9 8 3 |

| Address (Street, City, State, ZIP) HACIENDA RALDEA 131 | GARCIA | MX NL6600 |

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GARCIA RODRIGUEZ   HECTOR   FERNANDO | C | 37 | H | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | RICH TRANSPORT LLC 6011 SCOTT HAMMILTON DR | LITTLE ROCK AR 72209 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name UNITED SPECIALTY | Fin. Resp. Num. EEXBRS0010 |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 8− LBQ− 5 | 27 Vehicle Damage Rating 2 2− RD− 4 | Vehicle Inventoried ☐ Yes ☒ No |

| Towed By EDDS TOWING | Towed To RICH TRANSPORT LLC 4444 IRVING BLVD |

| Unit Num. 50 | 5 Unit Desc. 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State OK | LP Num. 9931KJ | VIN 3 H 3 V 5 3 2 3 C 6 F T 2 8 0 4 8 |

| Veh. Year 2 0 1 5 | 6 Veh. Color WHI | Veh. Make HYUNDAI STEEL INDUSTRIES | Veh. Model NOT APPLICABLE | 7 Body Style TL | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End: | 11 DL Rest. | DOB (MM/DD/YYYY) |

| Address (Street, City, State, ZIP) | | |

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | RICH TRANSPORT   LLC 6011 SCOTT HAMMILTON DR | LITTLE ROCK AR 72209 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name UNITED SPECIALTY | Fin. Resp. Num. EEXBRS0010 |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 6− RD− 6 | 27 Vehicle Damage Rating 2 12− FD− 3 | Vehicle Inventoried ☐ Yes ☒ No |

| Towed By EDDS TOWING | Towed To RECH TRANSPORT |

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 49 | 1 | ON SITE | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. 49 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 03057789 | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name: RICH TRANSPORT    Carrier's Primary Addr.: 6011 SCOTT HAMMILTON DR   LITTLE ROCK   AR   72209    30 Veh. Type 8

| 31 Bus Type 0 | ☐ RGVW ☒ GVWR 5 2 3 5 0 | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | Unit Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 3 |
|---|---|---|---|---|---|---|---|---|

| Unit Num. 50 | ☐ RGVW ☒ GVWR 6 8 0 0 0 | 34 Trlr. Type 1 | CMV Disabling Damage? ☒ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.   MARTIN, K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA C E N T R L |
|---|---|---|

Law Enforcement and TxDOT Use ONLY
☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☒ ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 1:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units  1 4 8
Total Num. Prsn

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 51 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 51
5 Unit Desc.: 1
☐ Parked Vehicle   ☐ Hit and Run
LP State: KS
LP Num.: 198172
VIN: 1 X K Y D P 9 X 2 L J 4 1 3 0 1 0

Veh. Year: 2 0 2 0
6 Veh. Color: BLK
Veh. Make: KENWORTH
Veh. Model: UNKNOWN
7 Body Style: TT
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: KS
DL/ID Num.: K02205893
9 DL Class: 98
10 CDL End.: 98
11 DL Rest.: 98
DOB (MM/DD/YYYY): 0 8 / 0 1 / 1 9 6 9

Address (Street, City, State, ZIP): 1817 EAST 24TH AVE #7   HUTCHINSON   KS   67502

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BOWMAN      CHARLES      GRANT | C | 51 | W | 1 | 1 | 1 | 97 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: SUN VALLEY INC   1601 E BLANCHARD AVE   HUTCHINSON KS 67501

Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ARCH INS
Fin. Resp. Num.: ZACAT5205100

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12⁻  FD⁻ 6
27 Vehicle Damage Rating 2: 9⁻  LD⁻ 5
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BEARDS TOWING
Towed To: BEARDS TOWING

---

Unit Num.: 52
5 Unit Desc.: 6
☐ Parked Vehicle   ☐ Hit and Run
LP State: KS
LP Num.: C397603
VIN: 1 W 1 4 5 2 A M 2 M 5 0 5 0 8

Veh. Year: 2 0 2 1
6 Veh. Color: SIL
Veh. Make: WILSON TRAILER CO
Veh. Model: NOT APPLICABLE
7 Body Style: TL
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:
DL/ID State:
DL/ID Num.:
9 DL Class:
10 CDL End.:
11 DL Rest.:
DOB (MM/DD/YYYY): / /

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: SUN VALLEY INC   1601 E BLANCHARD AVE   HUTCHINSON KS 67501

Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ARCH INS
Fin. Resp. Num.: ZACAT5205100

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 6⁻  RD⁻ 6
27 Vehicle Damage Rating 2: 12⁻  FD⁻ 6
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BEARDS TOWING
Towed To: BEARDS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 52 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 51 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | 51 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 01292112 | |
|---|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name SUN VALLEY INC | Carrier's Primary Addr. 1601 E BLANCHARD AVE    HUTCHINSON   KS   67501 | 30 Veh. Type 8 |
|---|---|---|

| 31 Bus Type 0 | ☐ RGVW ☒ GVWR 5 3 2 0 0 | HazMat Released ☐ Yes ☒ No | 32 HazMat Class Num. | HazMat ID Num. | Unit Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 10 |
|---|---|---|---|---|---|---|---|---|

| Unit Num. 52 | ☐ RGVW ☒ GVWR 8 5 5 0 0 | 34 Trlr. Type 2 | CMV Disabling Damage? ☒ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☒ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.          MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA C E N T R L |
|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL [X] CMV [ ] SCHOOL BUS [ ] RAILROAD [ ] MAB [ ] SUPPLEMENT [ ] ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Total Num. Units 1 4 8
Total Num. Prsn
Page 53 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1  ★Crash Time (24HRMM) 0 6 0 0  Case ID 210011068  Local Use

★County Name TARRANT  ★City Name FORT WORTH  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No  Latitude (decimal degrees) 3 2 . 7 9 5 1 3  Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. TL  ★Hwy. Num. 35  2 Rdwy. Part 1  Block Num. 2600  3 Street Prefix  ★Street Name  4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [ ] Toll Road/ Toll Lane  Speed Limit  Const. Zone [ ] Yes [X] No  Workers Present [ ] Yes [X] No  Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No  1 Rdwy. Sys. LR  Hwy. Num.  2 Rdwy. Part  Block Num. 2500  3 Street Prefix NE  Street Name 28TH  4 Street Suffix ST

Distance from Int. or Ref. Marker 1000  [X] FT [ ] MI  3 Dir. from Int. or Ref. Marker S  Reference Marker  Street Desc. HWY  RRX Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num. 53  5 Unit Desc. 1  [ ] Parked Vehicle  [ ] Hit and Run  LP State IN  LP Num. AMF699  VIN K L 7 9 M R S L 1 M B 5 9 5 9 0 0

Veh. Year 2 0 2 1  6 Veh. Color BLU  Veh. Make CHEVROLET  Veh. Model TRAILBLAZER  7 Body Style SV  Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State IN  DL/ID Num. 9370097027  9 DL Class 98  10 CDL End. 98  11 DL Rest. 98  DOB (MM/DD/YYYY) 0 7 / 0 9 / 1 9 9 4

Address (Street, City, State, ZIP) 2064 BLISS RD  FORT WORTH  TX  76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MATTINGLY MEGHAN MIKAYLA | N | 26 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address  MATTINGLY MEGHAN MIKAYLA  2064 BLISS RD  FORT WORTH TX 76177

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name ERIE INS  Fin. Resp. Num. Q042914860

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 3− RP− 7  27 Vehicle Damage Rating 2 10− FL− 4  Vehicle Inventoried [ ] Yes [X] No

Towed By TEXAS TOWING  Towed To TEXAS TOWING

**VEHICLE, DRIVER, & PERSONS**

Unit Num. 54  5 Unit Desc. 1  [ ] Parked Vehicle  [ ] Hit and Run  LP State TX  LP Num. DG6X580  VIN J T E B U 4 B F 3 B K 1 0 8 3 8 5

Veh. Year 2 0 1 1  6 Veh. Color SIL  Veh. Make TOYOTA  Veh. Model FJ CRUISER  7 Body Style SV  Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State TX  DL/ID Num. 24017242  9 DL Class BM  10 CDL End. 96  11 DL Rest. 96  DOB (MM/DD/YYYY) 0 7 / 0 3 / 1 9 9 0

Address (Street, City, State, ZIP) 6006 MONTFORD DR  COLLEYVILLE  TX  76034

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MCDANIEL DWIGHT KERN | B | 30 | B | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address  MCDANIEL DWIGHT KERN  6006 MONTFORD DR  COLLEYVILLE TX 76034

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name PROGRESSIVE  Fin. Resp. Num. 926977813

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 12− FD− 7  27 Vehicle Damage Rating 2 6− RD− 7  Vehicle Inventoried [ ] Yes [X] No

Towed By MILNER TOWING  Towed To MILNER TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 54 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 54 | 1 | BAYLOR GRAPEVINE | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL. | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | Unit Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 11:36 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units: 1 4 8
Total Num Prsn: 1 2 6

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to:  Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions?  Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page 55 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: 2
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int.: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 55
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: 1433505
VIN: 1 F M 5 K 8 A W 9 L G C 1 4 3 5 0

Veh. Year: 2 0 2 0
6 Veh. Color: BLK
Veh. Make: FORD
Veh. Model: EXPLORER
7 Body Style: SV
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 11046228
9 DL Class: CM
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 8 / 1 7 / 1 9 7 0

Address (Street, City, State, ZIP): 505 W FELIX ST    FORT WORTH    TX    76115

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HERNANDEZ    RENE | N | 50 | H | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: CITY OF    FORT WORTH    2500 BRENNAN AVE    FORT WORTH TX 76106

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: SELF
Fin. Resp. Num.: CITY OF FORT WORTH

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 9−    LP−6
27 Vehicle Damage Rating 2:
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: TEXAS TOWING
Towed To: CITY OF FORT WORTH IMPOUND

---

Unit Num.: 56
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: UN
LP Num.:
VIN:

Veh. Year: 2 0 2 1
6 Veh. Color: GRY
Veh. Make: TOYOTA
Veh. Model: UNKNOWN
7 Body Style: P4
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 99
DL/ID State: UN
DL/ID Num.:
9 DL Class: 99
10 CDL End.: 99
11 DL Rest.: 99
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP): UNKNOWN    UNKNOWN    UN    UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN    UNK    UNKNOWN | 99 | 99 | 99 | U | 5 | 97 | N | 96 | | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: UNKNOWN    UNK    UNKNOWN    UNKNOWN    UN    UNK

Proof of Fin. Resp.: ☐ Yes ☒ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type:
Fin. Resp. Name:
Fin. Resp. Num.:

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 6−    RD−7
27 Vehicle Damage Rating 2: 12−    FD−7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 56 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num: |
|---|---|---|---|
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num.

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.     MARTIN,K | ID Num. 3380-3421

ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn:

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 57 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★1 Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix: [ ] Yes [X] No
★Street Name:
4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/ Toll Lane
Speed Limit:
Const. Zone: [ ] Yes [X] No
Workers Present: [ ] Yes [X] No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: [ ] Yes [X] No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
[X] FT [ ] MI
3 Dir. from Int.: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 57
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: R110574
VIN: 1 F U J G E B G 1 G L L Z 6 9 7 6

Veh. Year: 2 0 1 6
6 Veh. Color: WHI
Veh. Make: FREIGHTLINER
Veh. Model: CASCADIA 125
7 Body Style: TT
Pol., Fire, EMS on Emergency (Explain in Narrative if checked): [ ]

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 40290659
9 DL Class: A
10 CDL End.: NTH
11 DL Rest.: P27
DOB (MM/DD/YYYY): 1 1 0 8 1 9 8 4

Address (Street, City, State, ZIP): 6078 COPPERFIELD DR #411    FORT WORTH    TX    76132

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WILLIAMS    CODY    SLOAN | B | 36 | W | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: GO TO LOGISTICS INC
2233 N WEST ST    RIVER GROVE    IL    60171

Proof of Fin. Resp.: [X] Yes [ ] No
[ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ARCH INS
Fin. Resp. Num.: ZACAT6009803

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12-  FD-6
27 Vehicle Damage Rating 2: -
Vehicle Inventoried: [ ] Yes [X] No

Towed By: MILNER TOWING
Towed To: 6320 EDEN DR, FORT WORTH

---

Unit Num.: 58
5 Unit Desc.: 6
[ ] Parked Vehicle
[ ] Hit and Run
LP State: IL
LP Num.: 418014ST
VIN: 1 U Y V S 2 5 3 0 B M 1 4 4 2 0 7

Veh. Year: 2 0 1 1
6 Veh. Color: WHI
Veh. Make: UTILITY TRAILER MFG
Veh. Model: NOT APPLICABLE
7 Body Style: TL
Pol., Fire, EMS on Emergency (Explain in Narrative if checked): [ ]

8 DL/ID Type:
DL/ID State:
DL/ID Num.:
9 DL Class:
10 CDL End.:
11 DL Rest.:
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: GO TO LOGISTICS INC
1215 DUNAMON DR    BARTLETT    IL    60103

Proof of Fin. Resp.: [X] Yes [ ] No
[ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ARCH INS
Fin. Resp. Num.: ZACAT6009803

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 5-  RP-3
27 Vehicle Damage Rating 2: -
Vehicle Inventoried: [ ] Yes [X] No

Towed By: MILNER TOWING
Towed To: 6320 EDEN RD, FORT WORTH

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 58 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 57 | 1 | PERSONAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | 57 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. 2 | 29 Carrier ID Type 1 | Carrier ID Num. 01500245 |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name GO TO LOGISTICS INC | Carrier's Primary Addr. 2233 N WEST ST | RIVER GROVE   IL   60171 | 30 Veh. Type 8 |
|---|---|---|---|

| 31 Bus Type 0 | ☐ RGVW ☒ GVWR 5 2 0 0 0 | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | Unit Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 3 |
|---|---|---|---|---|---|---|---|---|

| Unit Num. 58 | ☐ RGVW ☒ GVWR 6 5 0 0 0 | 34 Trlr. Type 2 | CMV Disabling Damage? ☒ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☒ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.        MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L |
|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsn **1 6**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: **59** J of **149**

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

| ★County Name | TARRANT | ★City Name | FORT WORTH | ☐ Outside City Limit |
|---|---|---|---|---|

**ROAD ON WHICH CRASH OCCURRED**

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees) **3 2 . 7 9 5 1 3**
Longitude (decimal degrees) **− 0 9 7 . 3 2 2 7 7**

| ★1 Rdwy. Sys. | 1 Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☒ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. |
|---|---|---|---|---|---|

| Unit Num.59 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. NPF2365 | VIN 1 G C 4 Y U E Y 2 L F 1 8 6 9 2 0 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 2 0 | 6 Veh. Color WHI | Veh. Make CHEVROLET | Veh. Model SILVERADO K3500 | 7 Body Style PK | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 19943103 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 6 / 1 9 / 1 9 8 6 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) **8120 HORSEMAN RD**   **FORT WORTH**   TX   76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MEEK      DEVIN      KEMPER | N | 34 | W | 1 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address **THELIN      RECYCLING CO**
**5225 THELIN ST      FORT WORTH TX 76115**

| Proof of Fin. Resp. | ☒ Yes ☐ No ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name UNITED FIRST CASUALTY | Fin. Resp. Num. 85317311 |
|---|---|---|---|---|

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  12-  FD- 7
27 Vehicle Damage Rating 2  6-  RD- 7
Vehicle Inventoried ☐ Yes ☒ No

Towed By **BEARDS TOWING**   Towed To **BEARDS TOWING**

| Unit Num.60 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. MWX4836 | VIN 5 N M S 2 3 A D K H 0 3 4 4 4 7 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 9 | 6 Veh. Color GRY | Veh. Make HYUNDAI | Veh. Model SANTA FE | 7 Body Style SV | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 44716391 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. A | DOB (MM/DD/YYYY) 0 4 / 0 8 / 1 9 6 2 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) **11916 HICKORY CIR**   **FORT WORTH**   TX   76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ROBERTSON      ENID      LYL | A | 58 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address **ROBERTSON      ENID      LYL**
**11916 HICKORY CIR      FORT WORTH TX 76244**

| Proof of Fin. Resp. | ☒ Yes ☐ No ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name ALLSTATE | Fin. Resp. Num. 844885571 |
|---|---|---|---|---|

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  12-  FD- 7
27 Vehicle Damage Rating 2  6-  RD- 7
Vehicle Inventoried ☐ Yes ☒ No

Towed By **BEARDS TOWING**   Towed To **BEARDS TOWING**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan
Page 62 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 60 | 1 | BAYLOR | MEDSTAR 81 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

Carrier's Corp. Name

Carrier's Primary Addr.

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 30 Veh. Type | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.    MARTIN, K | ID Num. 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |

Law Enforcement and TxDOT Use ONLY

Electronically Filed

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

7/28/2021 11:35 AM
Hidalgo County District Clerks

Total Num. Units: 1 4 8
Total Num. Prsn: 6

Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page: 61 of 149

★=These fields are required on all additional vehicles, occupants, injured, etc.

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part:
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS — Unit 61

Unit Num.: 61
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: NWK0448
VIN: —

Veh. Year: 2 0 2 1
6 Veh. Color: GRY
Veh. Make: UNKNOWN
Veh. Model: UNKNOWN
7 Body Style: P4
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 99
DL/ID State: UN
DL/ID Num.:
9 DL Class: 99
10 CDL End.: 99
11 DL Rest.: 99
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP): UNKNOWN    UNKNOWN    UN  UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN    UNK    UNK | 99 | | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: UNKNOWN    UNK-    UN    UNKNOWN    UNKNOWN    UN  UNK

Proof of Fin. Resp.: ☐ Yes ☒ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type:
Fin. Resp. Name:
Fin. Resp. Num.:

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD-7
27 Vehicle Damage Rating 2: -
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: UNKNOWN
Towed To: UNKNOWN

## VEHICLE, DRIVER, & PERSONS — Unit 62

Unit Num.: 62
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: LDX1404
VIN: 5 X Y Z T 3 L B 1 J G 1 8 6

Veh. Year: 2 0 1 8
6 Veh. Color: BLK
Veh. Make: HYUNDAI
Veh. Model: SANTA FE
7 Body Style: SV
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 44019005
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 2 / 2 4 / 1 9 6 8

Address (Street, City, State, ZIP): 1440 DUN HORSE DR    HASLET    TX  76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KILBREATH    SUZETTE    JANELLE | A | 52 | W | 2 | 1 | 5 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: KILBREATH    SUZETTE    JANELLE    1440 DUN HORSE DR    HASLET    TX  76052

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: PROGRESSIVE
Fin. Resp. Num.: 932509799

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD-7
27 Vehicle Damage Rating 2: 6- RD-7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Saryan
Page 62 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | (24HR.MM) |
|---|---|---|---|---|---|
| 62 | 1 | MEDICAL CITY ALLIANCE | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY   CMV Disabling Damage? ☐ Yes ☐ No   28 Veh. Oper.   29 Carrier ID Type   Carrier ID Num.

Carrier's Corp. Name   Carrier's Primary Addr.   30 Veh. Type

31 Bus Type ☐ RGVW ☐ GVWR   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No   Unit Num. ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN, K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY
☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 1:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units 1 4 8   Total Num. Prsn

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 63 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED
★1 Rdwy. Sys.: TL   ★1 Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane   Speed Limit:   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER
At Int. ☐ Yes ☒ No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 63   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: 77316DV   VIN: K N M A T 2 M V 6 J P 5 8 3 8 9

Veh. Year: 2 0 1 8   6 Veh. Color: BLK   Veh. Make: NISSAN   Veh. Model: ROGUE   7 Body Style: SV   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 19917952   9 DL Class: CM   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 7 / 0 5 / 1 9 6 3

Address (Street, City, State, Zip): 5508 BLUE SPRUCE DR   ARLINGTON   TX   76018

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 16 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ENGEL   ROBERT   ALAN | B | 57 | W | 1 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: ENGEL   ROBERT   ALAN   5508 BLUE SPRUCE DR   ARLINGTON   TX   76018

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: FARMERS   Fin. Resp. Num.: 44562585

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 6−   RD−7   27 Vehicle Damage Rating 2: 12−   FD−7   Vehicle Inventoried ☐ Yes ☒ No

Towed By: CORNISH TOWING   Towed To: CORNISH TOWING

---

Unit Num.: 64   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: JVY4480   VIN: 1 F T B F 2 A 6 2 H E D 3 1 1 7 9

Veh. Year: 2 0 1 7   6 Veh. Color: WHI   Veh. Make: FORD   Veh. Model: F250   7 Body Style: PK   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: Hi   DL/ID Num.: H01437163   9 DL Class: 98   10 CDL End.: 98   11 DL Rest.: 98   DOB (MM/DD/YYYY): 1 2 / 0 6 / 1 9 6 6

Address (Street, City, State, ZIP): 14-746 FLOWER ST   PAHOA   HI   96778

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 16 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WILLIAMS   WILLIAM   DARRELL | K | 54 | 98 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: GEEP MECH   ENG AND CONST INC   3640 8TH AVE   FORT WORTH   TX   76110

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: AMERISURE INSURANCE CO   Fin. Resp. Num.: CA1281769

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12−   FD−7   27 Vehicle Damage Rating 2: 6−   RD−7   Vehicle Inventoried ☐ Yes ☒ No

Towed By: BEARDS TOWING   Towed To: BEARDS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 64 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 63 | 1 | USMD ARLINGTON | PERSONAL VEH | / / | |
| 64 | 1 | TC MORGUE | FORT WORTH FUNERALS AND CREMATION | 0 2 / 1 1 / 2 0 2 1 | 0 6 0 3 |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24Hr:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24Hr:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.        MARTIN,K | ID Num. | 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8   Total Num. Prsn 6 6

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 65 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/ Toll Lane
Speed Limit:
Const. Zone: [ ] Yes [X] No
Workers Present: [ ] Yes [X] No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: [ ] Yes [X] No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
[X] FT [ ] MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 65
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: NPB5797
VIN: 1 F T 7 W 2 B T 0 L E 3 9 2 3 3

Veh. Year: 2 0 2 0
6 Veh. Color: RED
Veh. Make: FORD
Veh. Model: F250
7 Body Style: PK
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 01159671
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 9 / 2 5 / 1 9 7 1

Address (Street, City, State, ZIP): 500 WOODLAND PARK DR   BOYD   TX 76023

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | VARDY   CHISTOPHER   RAY | K | 49 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: VARDY   CHISTOPHER   RAY   500 WOODLAND PARK DR   BOYD   TX 76023

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: FARMERS INS
Fin. Resp. Num.: 46614184

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12⁻ FD⁻ 7
27 Vehicle Damage Rating 2: 6⁻ RD⁻ 7
Vehicle Inventoried: [ ] Yes [X] No

Towed By: CORNISH TOWING
Towed To: CORNISH TOWING

Unit Num.: 66
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: MKT5732
VIN: 1 C 4 P J M J N 9 K D 4 6 4 3 9

Veh. Year: 2 0 1 9
6 Veh. Color: BLK
Veh. Make: JEEP
Veh. Model: GRAND CHEROKEE
7 Body Style: SV
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 44629286
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: A
DOB (MM/DD/YYYY): 0 9 / 1 0 / 1 9 8 2

Address (Street, City, State, ZIP): 2512 BOOT JACK RD   FORT WORTH   TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BLAKE   SAMUEL   ETIENNE | B | 38 | B | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: BLAKE   SAMUEL   ETIENNE   2512 BOOT JACK RD   FORT WORTH TX 76177

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: PROGRESSIVE
Fin. Resp. Num.: 916025293

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 6⁻ RD⁻ 7
27 Vehicle Damage Rating 2: 12⁻ FD⁻ 7
Vehicle Inventoried: [ ] Yes [X] No

Towed By: EDS TOWING
Towed To: EDS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| | Case ID | 210011068 | | TxDOT Crash ID | |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 65 | 1 | TARRANT COUNTY MORGUE | FORT WORTH FUNERALS AND CREMATION | 0 2 / 1 1 / 2 0 2 1 | 0 6 0 3 |
| 66 | 1 | MEDICAL CITY FW | MEDSTAR 56 | / | |
| | | | | / | |
| | | | | / | |
| | | | | / | |
| | | | | / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | | May Have Contrib. | Contributing | | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. | MARTIN,K | ID Num. 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 11:36 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units **1  4  8**   Total Num Prsn

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 67 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use

★County Name: TARRANT   ★City Name: FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL   ★Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [ ] Toll Road/Toll Lane   Speed Limit:   Const. Zone [ ] Yes [ ] No   Workers Present [ ] Yes [ ] No   Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

**VEHICLE, DRIVER, & PERSONS**

Unit Num.: 67   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State: MO   LP Num.: 49KR4D   VIN: 1 X P B D P 9 X 7 L D 6 4 6 4 6 5

Veh. Year: 2 0 2 0   6 Veh. Color: GRN   Veh. Make: PETERBILT   Veh. Model: 397   7 Body Style: TT   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: KS   DL/ID Num.: K02388146   9 DL Class: 98   10 CDL End.: 98   11 DL Rest.: 98   DOB (MM/DD/YYYY): 0 7 / 0 5 / 1 9 8 5

Address (Street, City, State, ZIP): 6125 OTTER CREEK RD   OLSBURG   KS   66520

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | RIDDER   STEVEN   ANTHONY | B | 35 | W | 1 | 1 | 1 | 97 | N | 96 | | 96 | | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: NEW PRIME INCE   2740 MAYFAIR AVE   SPRINGFIELD MO 75409

Proof of Fin. Resp. [X] Yes [ ] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: ACE AMERICAN INS   Fin. Resp. Num.: XSAH25294221

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12- FD-6   27 Vehicle Damage Rating 2:   Vehicle Inventoried [ ] Yes [X] No

Towed By: TEXAS TOWING   Towed To: TEXAS TOWING

---

Unit Num.: 68   5 Unit Desc.: 6   [ ] Parked Vehicle   [ ] Hit and Run   LP State: MO   LP Num.: 25A781   VIN: 1 R N D 5 3 A 2 9 E R 0 3 0 7 8 1

Veh. Year: 2 0 1 4   6 Veh. Color: 98   Veh. Make: REITNOUER   Veh. Model: NOT APPLICABLE   7 Body Style: TL   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:   DL/ID State:   DL/ID Num.:   9 DL Class:   10 CDL End.:   11 DL Rest.:   DOB (MM/DD/YYYY):   /   /

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: NEW PRIME INC   2740 MAYFAIR AVE   SPRINGFIELD MO 65803

Proof of Fin. Resp. [X] Yes [ ] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: ACE AMERICAN INS   Fin. Resp. Num.: XSAH25294221

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 10- FL-3   27 Vehicle Damage Rating 2: -   Vehicle Inventoried [ ] Yes [X] No

Towed By: TEXAS TOWING   Towed To: TEXAS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 68 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 67 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. 67   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☒ Yes ☐ No   28 Veh. Oper. 1   29 Carrier ID Type 1   Carrier ID Num. 00003706

Carrier's Corp. Name NEW PRIME INC   Carrier's Primary Addr. 2740 MAYFAIR AVE   SRPINGFIELD  MO  65803   30 Veh. Type 8

31 Bus Type 0   ☐ RGVW ☒ GVWR 5,0,0,0,0   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   Unit Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 5

Unit Num. 68   ☐ RGVW ☒ GVWR 9,0,0,0,0   34 Trlr. Type 2   CMV Disabling Damage? ☒ Yes ☐ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events 35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☒ No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/ Region/DA C E N T R L

Electronically Filed
7/28/2021 1:36 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8
Total Prsn 1
Prsn Num.

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page 69 of 149

## IDENTIFICATION & LOCATION

★ Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1
★ Crash Time (24HRMM) 0 6 0 0
Case ID 210011068
Local Use

★ County TARRANT
★ City Name FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees) 3 2 . 7 9 5 1 3
Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★ 1 Rdwy. Sys. TL
★ Hwy. Num. 35
2 Rdwy. Part 1
Block Num. 2600
3 Street Prefix
★ Street Name
4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☒ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No
1 Rdwy. Sys. LR
Hwy. Num.
2 Rdwy. Part 1
Block Num. 2500
3 Street Prefix NE
Street Name 28TH
4 Street Suffix ST

Distance from Int. or Ref. Marker 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker S
Reference Marker
Street Desc. HWY
RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 69
5 Unit Desc. 1
☐ Parked Vehicle
☐ Hit and Run
LP State TX
LP Num. LBK8034
VIN 3 C 6 U R 5 C L 7 J G 2 9 6 2 1 4

Veh. Year 2 0 1 8
6 Veh. Color BLK
Veh. Make DODGE
Veh. Model RAM 2500
7 Body Style PK
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type TL
DL/ID State TX
DL/ID Num. 18034466
9 DL Class C
10 CDL End. 96
11 DL Rest. 96
DOB (MM/DD/YYYY) 0 4 / 2 4 / 1 9 8 0

Address (Street, City, State, ZIP) 3509 N JULIET LN   FORT WORTH   TX   76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GIERISCH   EDMUND   WILLIAM | B | 40 | W | 1 | 1 | 5 | 97 | N | | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address
GIERISCH   EDMUND   WILLIAM
3509 N JULIET LN   FORT WORTH TX 76137

Proof of Fin. Resp. ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name TRAVELERS
Fin. Resp. Num. 6031076732221

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1 6−   RD−6
27 Vehicle Damage Rating 2 9−   LP−6
Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS TOWING
Towed To BEARDS TOWING

---

Unit Num. 70
5 Unit Desc. 1
☐ Parked Vehicle
☐ Hit and Run
LP State TX
LP Num. B17558R
VIN 5 Y F S 4 M C E X M P 0 6 4 4 7 3

Veh. Year 2 0 2 1
6 Veh. Color BLK
Veh. Make TOYOTA
Veh. Model COROLLA
7 Body Style P4
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1
DL/ID State TX
DL/ID Num. 17314524
9 DL Class C
10 CDL End. 96
11 DL Rest. 96
DOB (MM/DD/YYYY) 0 8 / 2 8 / 1 9 7 1

Address (Street, City, State, ZIP) 612 WOLLFORD WAY   FORT WORTH   TX   76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | REID   GLENN   LEWIS JR | B | 49 | W | 1 | 1 | 5 | 97 | N | | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address
REID   GLENN   LEWIS JR
612 WOLLFORD WAY   FORT WORTH   TX   76131

Proof of Fin. Resp. ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name USAA
Fin. Resp. Num. 041958401 7101

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1 12−   FD−7
27 Vehicle Damage Rating 2 6−   RD−7
Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS TOWING
Towed To BEARDS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 78 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 69 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 70 | 1 | MEDICAL CITY ALLIANCE | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.     MARTIN, K | ID Num. | 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY
[X] FATAL [X] CMV [ ] SCHOOL BUS [ ] RAILROAD [ ] MAB [ ] SUPPLEMENT [X] ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**
Total Num. Prsn [ ]

Electronically Filed
7/28/2021 1:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: **71** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): **0 2 / 1 1 / 2 0 2 1**  ★Crash Time (24HRMM): **0 6 0 0**  Case ID: 210011068  Local Use

★County Name: TARRANT  ★City Name: FORT WORTH  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): **3 2 . 7 9 5 1 3**  Longitude (decimal degrees): **- 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL  ★Hwy. Num.: 35  2 Rdwy. Part: 1  Block Num.: 2600  3 Street Prefix:  ★Street Name:  4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/ Toll Lane  Speed Limit:  Const. Zone [ ] Yes [ ] No  Workers Present [ ] Yes [ ] No  Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No  1 Rdwy. Sys.: LR  Hwy. Num.:  2 Rdwy. Part: 1  Block Num.: 2500  3 Street Prefix: NE  Street Name: 28TH  4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  [X] FT [ ] MI  3 Dir. from Int. or Ref. Marker: S  Reference Marker:  Street Desc.: HWY  RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 71  5 Unit Desc.: 1  [ ] Parked Vehicle [ ] Hit and Run  LP State: TX  LP Num.: 484548C  VIN: 1 G B 2 W L E 7 2 M F 1 5 0 9 7

Veh. Year: **2 0 2 1**  6 Veh. Color: WHI  Veh. Make: CHEVROLET  Veh. Model: C2500  7 Body Style: PK  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: 13336871  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: A  DOB (MM/DD/YYYY): **0 7 / 1 3 / 1 9 6 8**

Address (Street, City, State, ZIP): 5633 OAK HAVEN  FORT WORTH  TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | STEVENSON NICKLAS LEE | B | 52 | W | 1 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address: A&G PIPING  3124 WICHITA CT  FORT WORTH TX 76140

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: EMC INSURANCE  Fin. Resp. Num.: 1E56105

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 12-  FD-7  27 Vehicle Damage Rating 2: 6-  RD-5  Vehicle Inventoried [ ] Yes [X] No

Towed By: BEARDS TOWING  Towed To: BEARDS TOWING

Unit Num.: 72  5 Unit Desc.: 1  [ ] Parked Vehicle [ ] Hit and Run  LP State: TX  LP Num.: FXK4885  VIN: 1 F T E X 1 C M 0 E K G 1 9 8 9 3

Veh. Year: **2 0 1 4**  6 Veh. Color: WHI  Veh. Make: FORD  Veh. Model: F150  7 Body Style: PK  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: 11380573  9 DL Class: C  10 CDL End.: N  11 DL Rest.: A  DOB (MM/DD/YYYY): **0 6 / 2 1 / 1 9 8 4**

Address (Street, City, State, ZIP): 3009 HIGH CHAPARRAL DR  FLOWER MOUND  TX 75022

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GOLWITZER JAY J | 99 | 36 | W | 1 | 1 | 5 | 6 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address: THE NELROD CO  3301 WEST FWY  FORT WORTH TX 76107

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: TURNBALL INSURANCE  Fin. Resp. Num.: 46UUNF5783

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 12-  FD-7  27 Vehicle Damage Rating 2: 6-  RD-7  Vehicle Inventoried [ ] Yes [X] No

Towed By: BEARDS TOWING  Towed To: BEARDS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 71 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes/No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | | Carrier's Primary Addr. | | | | 30 Veh. Type | |

31 Bus Type | RGVW / GVWR | HazMat Released Yes/No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | RGVW / GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes/No | Unit Num. | RGVW / GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes/No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit Yes/No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

Invest. Comp. ☒Yes ☐No | Investigator Name (Printed) HARPER, G.    MARTIN,K | ID Num. 3380-3421

ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L

Electronically Filed
7/28/2021 1:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8

Total Num. Prsn: ...

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

Page: 73 of 149

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

## IDENTIFICATION & LOCATION

| Field | Value |
|---|---|
| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 |
| *Crash Time (24HRMM) | 0 6 0 0 |
| Case ID | 210011068 |
| Local Use | |

*County Name: TARRANT  
*City Name: FORT WORTH  
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No  
Latitude (decimal degrees): 3 2 . 7 9 5 1 3  
Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys.: TL  *1 Hwy. Num.: 35  2 Rdwy. Part: 1  Block Num.: 2600  3 Street Prefix:  *Street Name:  4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [X] Toll Road/Toll Lane  Speed Limit:  Const. Zone [ ] Yes [X] No  Workers Present [ ] Yes [X] No  Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: [ ] Yes [X] No  1 Rdwy. Sys.: LR  Hwy. Num.:  2 Rdwy. Part: 1  Block Num.: 2500  3 Street Prefix: NE  Street Name: 28TH  4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  [X] FT [ ] MI  3 Dir. from Int. or Ref. Marker: S  Reference Marker:  Street Desc.: HWY  RRX Num.:

## VEHICLE, DRIVER & PERSONS — Unit 73

Unit Num. 73  5 Unit Desc. 1  [ ] Parked Vehicle  [ ] Hit and Run  LP State TX  LP Num. LPS5582  VIN 2 G C 2 C R E G 2 K 1 1 3 6 4 6 8

Veh. Year 2 0 1 9  6 Veh. Color WHI  Veh. Make CHEVROLET  Veh. Model SILVERADO C2500  7 Body Style PK  Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State TX  DL/ID Num. 42901177  9 DL Class C  10 CDL End. N  11 DL Rest. A  DOB (MM/DD/YYYY) 0 5 / 1 3 / 1 9 7 7

Address (Street, City, State, ZIP): 5904 FANTAIL DR  FORT WORTH  TX  76179

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 16 Ethnicity | 17 Sex | 18 Eject. | 19 Restr. | 20 Airbag | 21 Helmet | 22 Sol. | 23 Alc. Spec. | 24 Alc. Result | 25 Drug Spec. | Drug Result | Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KIND  JAMES  LEE | 99 | 43 | W | 1 | 1 | 5 | 87 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address: AUTOMATIC SPRINKLER OF TEXAS  1147 SOUTH CEDAR RIDGE  DUNCANVILLE TX 75137

Proof of Fin. Resp. [X] Yes [ ] No [ ] Expired [ ] Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name: ACUITY  Fin. Resp. Num. ZG0088

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 12-  FD- 7  27 Vehicle Damage Rating 2:  Vehicle Inventoried [ ] Yes [X] No

Towed By: BEARDS TOWING  Towed To: BEARDS TOWING

## VEHICLE, DRIVER & PERSONS — Unit 74

Unit Num. 74  5 Unit Desc. 1  [ ] Parked Vehicle  [ ] Hit and Run  LP State TX  LP Num. SNDMAN7  VIN 1 C 6 R R E J T 6 K N 3 7 7 4 8

Veh. Year 2 0 1 9  6 Veh. Color GRY  Veh. Make DODGE  Veh. Model RAM 1500  7 Body Style PK  Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State TX  DL/ID Num. 14865791  9 DL Class C  10 CDL End. TX  11 DL Rest. 96  DOB (MM/DD/YYYY) 0 3 / 0 1 / 1 9 7 3

Address (Street, City, State, ZIP): 12824 CAMPOLINA WAY  FORT WORTH  TX  76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 16 Ethnicity | 17 Sex | 18 Eject. | 19 Restr. | 20 Airbag | 21 Helmet | 22 Sol. | 23 Alc. Spec. | 24 Alc. Result | 25 Drug Spec. | Drug Result | Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SPINKS  TIMOTHY  SHANE | B | 47 | W | 1 | 1 | 5 | 87 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address: SPINKS  TIMOTHY  SHANE  12824 CAMPOLINA WAY  FORT WORTH TX 76244

Proof of Fin. Resp. [X] Yes [ ] No [ ] Expired [ ] Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name: FARMERS INSURANCE  Fin. Resp. Num. 43573511

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 8-  BL- 3  27 Vehicle Damage Rating 2:  Vehicle Inventoried [ ] Yes [X] No

Towed By: BEARDS TOWING  Towed To: BEARDS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 74 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 74 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | | ID Num. 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units 1 4 8
Total Num. Prsn...

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 75 of 149

**IDENTIFICATION & LOCATION**

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use |
|---|---|---|---|---|---|---|

★County Name: TARRANT
★City Name: FORT WORTH     ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. | TL | ★Hwy. Num. | 35 | 2-Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/Toll Lane  Speed Limit  Const. ☐ Yes ☒ No  Workers Present ☐ Yes ☒ No  Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | 2-Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker: 1000  ☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker
Street Desc.: HWY
RRX Num.

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 75 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State IN | LP Num. L727172 | VIN 1 X P B D 4 9 X 0 F D 2 5 5 0 9 2 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 5 | 6 Veh. Color BLK | Veh. Make PETERBILT | Veh. Model UNKNOWN | 7 Body Style TT | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐ |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 37498103 | 9 DL Class A | 10 CDL End. N | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 5 / 2 5 / 1 9 8 7 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP): 117 MEADOW VIEW LN     ANNA     TX  75409

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | RIVERA   ANTONIO   DE JESUS | B | 33 | H | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | ALTON LOGISTICS LLC 117 MEADOW VIEW LN     ANNA     TX  75409 |
|---|---|---|

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name WESCO INS | Fin. Resp. Num. WMC1816266 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 12- FD-5 | 27 Vehicle Damage Rating 2 | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|

Towed By: MILNER TOWING     Towed To: MILNER TOWING

| Unit Num. 76 | 5 Unit Desc. 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. 093B838 | VIN 1 J J V 5 3 2 W 6 X L 2 5 3 3 4 8 8 |
|---|---|---|---|---|---|---|

| Veh. Year 1 9 9 9 | 6 Veh. Color WHI | Veh. Make WABASH NATIONAL CORP | Veh. Model NOT APPLICABLE | 7 Body Style TL | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐ |
|---|---|---|---|---|---|

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | ALTON LOGISTICS LLC 117 MEADOW VIEW LN     ANNA     TX  75409 |
|---|---|---|

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name WESCO | Fin. Resp. Num. WMC1816266 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 4- BR-3 | 27 Vehicle Damage Rating 2 - | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|

Towed By: MILNER     Towed To: MILNER

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 78 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 75 | 1 | PERSONAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | 75 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 02819533 | |
|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name  **ALTON LOGISTICS LLC**    Carrier's Primary Addr.  **117-MEADOW VIEW LN      ANNA      TX   75409**    30 Veh. Type 8

| 31 Bus Type 0 | ☐ RGVW ☒ GVWR 5 1 2 0 0 | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 3 |
|---|---|---|---|---|---|---|---|

| Unit Num. 76 | ☐ RGVW ☒ GVWR 6 8 0 0 0 | 34 Trlr. Type 2 | CMV Disabling Damage? ☐ Yes ☒ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1  98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☒ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24Hr:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.       MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA  C E N T R L |
|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
Electronically Filed

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units  1  4  8
Total Num. Prsn  7/28/2021 11:35 AM
Hidalgo County District Clerks

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Reviewed By: Alessandra Galvan

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
Page: 77 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

| ★Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) 0 6 0 0 | Case ID 210011068 | Local Use |

★County Name  TARRANT  ★City Name  FORT WORTH  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees) 3 2 . 7 9 5 1 3
Longitude (decimal degrees) — 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. IH | ★Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/ Toll Lane
Speed Limit
Const. Zone [ ] Yes [X] No
Workers Present [ ] Yes [X] No
Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. [ ] Yes [X] No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3.Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |

Distance from Int. or Ref. Marker  1000  [X] FT [ ] MI  3 Dir. from Int. or Ref. Marker S  Reference Marker  Street Desc. HWY  RRX Num.

| Unit Num. 77 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. MDX5470 | VIN 3 G C P R E C 4 J G 6 4 4 0 3 1 |
| Veh. Year 2 0 1 8 | 6 Veh. Color BLK | Veh. Make CHEVROLET | Veh. Model C1500 | 7 Body Style PK | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 33939371 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 1 0 / 2 1 / 1 9 9 4 |

Address (Street, City, State, ZIP)  2821 AIRPORT FWY #616  BEDFORD  TX  76021

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
| 1 | 1 | 1 | WILLIAMS    CALEB    TITUS | A | 26 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable-- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address  WILLIAMS    CALEB    TITUS  2821 AIRPORT FWY #616  BEDFORD  TX  76021

Proof of Fin. Resp. [X] Yes [ ] No
[ ] Expired [ ] Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name PROGRESSIVE
Fin. Resp. Num. 916142088

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  12-  FR- 4
27 Vehicle Damage Rating 2  6-  FC- 4
Vehicle Inventoried [ ] Yes [X] No

Towed By  UNKNOWN  Towed To  UNKNOWN

| Unit Num. 78 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. K069590 | VIN 1 F D 8 W 3 H 6 4 H E E 7 3 9 9 |
| Veh. Year 2 0 1 7 | 6 Veh. Color WHI | Veh. Make FORD | Veh. Model F350 | 7 Body Style PK | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
| 8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) |

Address (Street, City, State, ZIP)  UNKNOWN  UNKNOWN  UN  UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
| 1 | 99 | 99 | UNKNOWN    UNKNOWN    UNK | 99 | 99 | 99 | 1 | 97 | N | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address  MERCHANTS    AUTOMOTIVE    GROUP  1278 HOOKSETT RD  HOOKSETT  TX  73106

Proof of Fin. Resp. [X] Yes [ ] No
[ ] Expired [ ] Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name ACE PROPERTY
Fin. Resp. Num. H08470662

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  2-  FR- 2
27 Vehicle Damage Rating 2  12-  FC- 2
Vehicle Inventoried [ ] Yes [X] No

Towed By  DRIVEN BY OWNER  Towed To  HOME

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 78 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 77 | 1 | PERSONAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | Carrier's Primary Addr. | | 30 Veh. Type |
|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24Hr:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL ★  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**  Total Num Prsn **1 6 8**

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

Page **79** of **149**

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

★County Name: TARRANT

★City Name: FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees): 3 2 . 7 9 5 1 3

Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. TL | ★Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/Toll Lane  Speed Limit  Const. Zone ☐ Yes ☒ No  Workers Present ☐ Yes ☒ No  Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker: 1000  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker S  Reference Marker  Street Desc. HWY  RRX Num.

## VEHICLE, DRIVER & PERSONS

| Unit Num. 79 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. KHZ4399 | VIN K N A G M 4 A D X D 5 0 4 3 0 8 3 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 3 | 6 Veh. Color WHI | Veh. Make KIA | Veh. Model OPTIMA | 7 Body Style P4 | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 33759253 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. A | DOB (MM/DD/YYYY) 1 1 / 0 1 / 1 9 8 7 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP): 10041 TULARE LN  FORT WORTH  TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ST PIERRE    JORDAN    JENAE | B | 33 | W | 2 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: ST PIERRE    JORDAN    JENAE  10041 TULARE LN  FORT WORTH TX 76177

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name PROGRESSIVE  Fin. Resp. Num. 911971051

Fin. Resp. Phone Num.

| 27 Vehicle Damage Rating 1 | 12- | FD- 3 | 27 Vehicle Damage Rating 2 | 6- | RD- 3 | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|---|---|---|

Towed By DRIVER  Towed To HOME

| Unit Num. 80 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. NPG1066 | VIN 3 C 6 3 R H L 2 L G 2 0 1 0 5 1 5 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 2 0 | 6 Veh. Color WHI | Veh. Make DODGE | Veh. Model RAM 3500 | 7 Body Style PK | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 26083910 | 9 DL Class CM | 10 CDL End. N | 11 DL Rest. A | DOB (MM/DD/YYYY) 0 4 / 2 0 / 1 9 6 4 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP): 115 SIERRA TR  JUSTIN  TX 76247

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KEY    TAB    ANTHONY | N | 56 | W | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: KEY    TAB    ANTHONY  115 SIERRA TR  JUSTIN TX 76247

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name PROGRESSIVE  Fin. Resp. Num. 939764004

Fin. Resp. Phone Num.

| 27 Vehicle Damage Rating 1 | 4- | RBQ- 5 | 27 Vehicle Damage Rating 2 | 6- | RD- 4 | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|---|---|---|

Towed By OWNER  Towed To HOME

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 80 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 79 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGWW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGWW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORi Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8  Total Num. Prsn 3 6

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields   Page 81 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1  ★Crash Time (24HRMM) 0 6 0 0  Case ID 210011068  Local Use

★County Name TARRANT  ★City Name FORT WORTH  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No  Latitude (decimal degrees) 3 2 . 7 9 5 1 3  Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. TL  ★Hwy. Num. 35  2 Rdwy. Part 1  Block Num. 2600  3 Street Prefix  ★Street Name  4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [ ] Toll Road/ Toll Lane  Speed Limit  Const. Zone [ ] Yes [X] No  Workers Present [ ] Yes [X] No  Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No  1 Rdwy. Sys. LR  Hwy.  2 Rdwy. Part  Block Num. 2500  3 Street Prefix NE  Street Name 28TH  4 Street Suffix ST

Distance from Int. or Ref. Marker 1000  [X] FT [ ] MI  3 Dir. from Int. or Ref. Marker S  Reference Marker  Street Desc. HWY  RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 81  5 Unit Desc. 1  [ ] Parked Vehicle  [ ] Hit and Run  LP State CO  LP Num. VQQ208  VIN J N 8 A Z 1 M W 6 D W 3 0 0 7 4 6

Veh. Year 2 0 1 3  6 Veh. Color SIL  Veh. Make NISSAN  Veh. Model MURANO  7 Body Style SV  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State CO  DL/ID Num. 022810789  9 DL Class 98  10 CDL End. 98  11 DL Rest. 98  DOB (MM/DD/YYYY) 0 2 / 2 0 / 1 9 8 0

Address (Street, City, State, ZIP) 613 WINTER DR   EVERMAN   TX 76140

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DAVIS   JAHNATHAN | B | 40 | B | 1 | 1 | 5 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address  HIRZEL   DOMINIQUE   R   861 VICTOR ST   AURORA   CO 80016

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name UNKNOWN  Fin. Resp. Num. FILED LATER

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 7−  BL−7  27 Vehicle Damage Rating 2 12−  FD−6  Vehicle Inventoried [ ] Yes [X] No

Towed By MILNER TOWING  Towed To MILNER TOWING

---

Unit Num. 82  5 Unit Desc. 1  [ ] Parked Vehicle  [ ] Hit and Run  LP State TX  LP Num. BJR0358  VIN 5 F N R L 5 H 6 4 B B 0 6 0 0 1 7

Veh. Year 2 0 1 1  6 Veh. Color GRY  Veh. Make HONDA  Veh. Model ODYSSEY  7 Body Style VN  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State TX  DL/ID Num. 09947467  9 DL Class C  10 CDL End. 96  11 DL Rest. 96  DOB (MM/DD/YYYY) 0 5 / 1 7 / 1 9 7 9

Address (Street, City, State, ZIP) 9709 FURMAN CT   FORT WORTH   TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BERGMAN   GRETCHEN | B | 41 | W | 2 | 1 | 5 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address  BERGMAN   GRETCHEN   9709 FURMAN CT   FORT WORTH   TX 76244

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name USAA  Fin. Resp. Num. 010079141 7105

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 6−  RD−7  27 Vehicle Damage Rating 2 12−  FD−7  Vehicle Inventoried [ ] Yes [X] No

Towed By MILNER TOWING  Towed To MILNER TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan
Page 82 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | | TxDOT Crash ID | |
|---|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 81 | 1 | LOCAL HOSPITAL | FAMILY | / / | : |
| 82 | 1 | PERSONAL DR | SELF | / / | : |
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HRMM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE  [ ] SCHOOL BUS

Total Num. Units **148**  Total Num. Prsn...

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: **83** 1 of **149**

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

★County Name **TARRANT**   ★City Name **FORT WORTH**   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

## ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. | ★Hwy. Num. | 2 Rdwy. Part | Block Num. | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|
| TL | 35 | 1 | 2600 | | | |

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [ ] Toll Road/ Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.

## INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. | 1 Rdwy. Num. | Hwy. Num. | 2 Rdwy. Part | Block Num. | 3 Street Prefix | Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|---|
| [ ] Yes [X] No | LR | | 1 | 2500 | NE | 28TH | ST |

Distance from Int. or Ref. Marker **1000**   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. **83**   5 Unit Desc. **1**   [ ] Parked Vehicle   [ ] Hit and Run   LP State **TX**   LP Num. **2XD627**   VIN 3 A L X F B 0 4 G D H T 7 6 0 7

| Veh. Year | 6 Veh. Color | Veh. Make | Veh. Model | 7 Body Style | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|
| 2 0 1 6 | RED | FREIGHTLINER | UNKNOWN | TT | |

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|
| 1 | OK | M082165731 | 98 | 98 | 98 | 1 2 / 2 0 / 1 9 5 8 |

Address (Street, City, State, ZIP) **PO BOX 984**   **TUTTLE**   OK **73089**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SHORT  DAVID  JAMES | N | 62 | W | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable − Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address **WHB TRANSPORTATION L**   **PB BOX 725**   **TUTTLE**   OK **73089**

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **ACE AMERICA**   Fin. Resp. Num. **ISAH25311668**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **7-**   **LFQ- 4**   27 Vehicle Damage Rating 2 **-**   Vehicle Inventoried [ ] Yes [X] No

Towed By **DRIVEN BY DRIVER**   Towed To **HOME**

Unit Num. **84**   5 Unit Desc. **6**   [ ] Parked Vehicle   [ ] Hit and Run   LP State **OK**   LP Num. **1265LJ**   VIN 1 G R A A 9 6 2 4 C B 1 7 0 4 5 4

| Veh. Year | 6 Veh. Color | Veh. Make | Veh. Model | 7 Body Style | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|
| 2 0 1 2 | RED | GREAT DANE TRAILERS | NOT APPLICABLE | TL | |

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|
| | | | | | | |

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

Not Applicable − Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address **WHB TRANSPORTATION L**   **PO BOX 725**   **TUTTLE**   OK **73089**

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **ACE AMERICA**   Fin. Resp. Num. **ISAH25311668**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **6-**   **BL- 2**   27 Vehicle Damage Rating 2 **-**   Vehicle Inventoried [ ] Yes [X] No

Towed By **DRIVEN**   Towed To **DRIVER**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 94 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. 83   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☐ Yes ☒ No   28 Veh. Oper. 1   29 Carrier ID Type 1   Carrier ID Num. 01361989   30 Veh. Type 8

Carrier's Corp. Name WHB TRANSPORTATION   Carrier's Primary Addr. PO BOX 984   TUTTLE   OK   73089

31 Bus Type 0   ☐ RGVW ☒ GVWR 5 0 0 0 0   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 84   ☐ RGVW ☒ GVWR 6 8 0 0 0   34 Trlr. Type 2   CMV Disabling Damage? ☐ Yes ☒ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No   Total Num. Axles:

Sequence Of Events   35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☒ No   Actual Gross Weight

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24Hr:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HR:MM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL   [X] CMV   [ ] SCHOOL BUS   [ ] RAILROAD   [ ] MAB   [ ] SUPPLEMENT   [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn: 1 6

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

## Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

Page: 85 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

★County Name: TARRANT
★City Name: FORT WORTH    [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No

Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: [blank]   ★1 Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix: [blank]   ★Street Name: [blank]   4 Street Suffix: [blank]

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot

[X] Toll Road/ Toll Lane   Speed Limit: [blank]   Const. Zone: [ ] Yes [X] No   Workers Present: [ ] Yes [X] No   Street Desc.: [blank]

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: [ ] Yes [X] No   1-Rdwy. Sys.: LR   Hwy. Num.: [blank]   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker: [blank]   Street Desc.: HWY   RRX Num.: [blank]

---

Unit Num.: 85   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State: TX   LP Num.: KWK0164   VIN: K L 7 C J K S B 6 J B 5 5 9 5 6 1

Veh. Year: 2 0 1 8   6 Veh. Color: WHI   Veh. Make: CHEVROLET   Veh. Model: TRAX   7 Body Style: SV   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 99   DL/ID State: UN   DL/ID Num.: [blank]   9 DL Class: 99   10 CDL End.: 99   11 DL Rest.: 99   DOB (MM/DD/YYYY): [blank]

Address (Street, City, State, ZIP): [blank]

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | | 99 | | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: GARCIA   DAVID   LEE   10209 FOSSIL VALLEY DR   FORT WORTH TX 76131

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: GEICO   Fin. Resp. Num.: 4374768887

Fin. Resp. Phone Num.: [blank]   27 Vehicle Damage Rating 1: 6- RD-7   27 Vehicle Damage Rating 2: 12- FD-7   Vehicle Inventoried: [ ] Yes [X] No

Towed By: MILNER TOWING   Towed To: MILNER TOWING

---

Unit Num.: 86   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State: TX   LP Num.: NVV4256   VIN: 5 N 1 A T 2 M N 5 G C 8 4 9 3 4

Veh. Year: 2 0 1 6   6 Veh. Color: SIL   Veh. Make: NISSAN   Veh. Model: MURANO   7 Body Style: SV   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 45956159   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: A   DOB (MM/DD/YYYY): 0 6 / 1 9 / 1 9 9 3

Address (Street, City, State, ZIP): 3820 VILLA FLORIA DR #2101   FORT WORTH   TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | OLOFINKUA   OLUWAKEMI   B | B | 27 | B | 1 | 1 | 5 | 3 | 97 | N | 96 | | 96 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: OLOFINKUA   OLUWAKEMI   B   3820 VILLA FLORIA DR #2101   FORT WORTH TX 76137

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: GEICO   Fin. Resp. Num.: 4542141652

Fin. Resp. Phone Num.: [blank]   27 Vehicle Damage Rating 1: 6- RD-7   27 Vehicle Damage Rating 2: 7- BL-7   Vehicle Inventoried: [ ] Yes [X] No

Towed By: MILNER TOWING   Towed To: MILNER TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 96 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time (24Hr.MM) |
|---|---|---|---|---|---|
| 86 | 1. | MEDICAL CITY FW | MEDSTAR 56 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge- | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name                    Carrier's Primary Addr.

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type | 30 Veh. Type |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| .Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | How Notified | Time Arrived (24HR:MM) | Report Date (MM/DD/YYYY) |
|---|---|---|---|
| 0 6 2 0 | DISPATCH | 0 6 4 0 | 0 3 / 0 1 / 2 0 2 1 |

Invest. Comp. ☒ Yes ☐ No

Investigator Name (Printed) HARPER, G.          MARTIN,K

ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0

*Agency FORT WORTH POLICE DEPARTMENT

Service/Region/DA  C E N T R L

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☒ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num Prsn: 

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional vehicles, occupants, injured, etc.)

Page: 87 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL  ★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num. 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num. 2500
3 Street Prefix: NE
Street Name 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  ☒ FT ☐ MI
3 Dir. from Int or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num. 87
5 Unit Desc. 1
☐ Parked Vehicle  ☐ Hit and Run
LP State: TX
LP Num. HPY0073
VIN: 3 G C P C R E C 6 G G 1 7 5 3 0

Veh. Year 2 0 1 6
6 Veh. Color: SIL
Veh. Make CHEVROLET
Veh. Model C1500
7 Body Style PK
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1
DL/ID State TX
DL/ID Num. 08841516
9 DL Class A
10 CDL End. 96
11 DL Rest. 96
DOB (MM/DD/YYYY) 0 2 / 1 5 / 1 9 6 2

Address (Street, City, State, ZIP) 5013 MARBLE FALLS RD    FORT WORTH    TX 76103

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MILLS   TIMOTHY   SCOTT | B | 58 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: WARD TIMBER LTD   1154 HWY 155W    LINDEN    TX 75563

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name PROGRESSIVE
Fin. Resp. Num. 908406953

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1   10⁻   LBQ⁻7
27 Vehicle Damage Rating 2
Vehicle Inventoried: ☐ Yes ☒ No

Towed By EDDS TOWING
Towed To EDDS TOWING

---

Unit Num. 88
5 Unit Desc. 1
☐ Parked Vehicle  ☐ Hit and Run
LP State: TX
LP Num. MLH1465
VIN: 4 T 1 B 2 1 H K 8 K U 5 1 3 6 0 2

Veh. Year 2 0 1 9
6 Veh. Color: BLK
Veh. Make TOYOTA
Veh. Model CAMRY
7 Body Style P4
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 99
DL/ID State UN
DL/ID Num.
9 DL Class 99
10 CDL End. -99
11 DL Rest. 99
DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP) UNKNOWN    UNKNOWN    UN   UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN   UNKNOWN   UNK | 99 | | 99 | 99 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: LEASE PLAN USA INC   1165 SANCTUARY PKWY #1    ALPHARETTA    GA 30009

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name SENTRY
Fin. Resp. Num. 90159150300

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1   3⁻   RP⁻7
27 Vehicle Damage Rating 2   9⁻   LFQ⁻7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By BEARDS TOWING
Towed To BEARDS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | | Page 98 of 149 |
|---|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 87 | 1 | PERSONAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|
| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | | MARTIN,K | | ID Num. | 3380-3421 |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | | Service/ Region/DA | C E N T R L |

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV.  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☒ ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 11:36 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Total Num. Units: 1 4 8
Total Num. Prsn: 3 6
Page: 89 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes- ☒ No
1 Rdwy. Num.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 89
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: LYT4887
VIN: 2 T 2 Z Z M C A 2 J C 0 9 7 1 8 1

Veh. Year: 2 0 1 8
6 Veh. Color: BLU
Veh. Make: LEXUS
Veh. Model: RX 350
7 Body Style: SV
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 13360969
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 1 2 / 2 2 / 1 9 8 5

Address (Street, City, State, ZIP): 2148 BIGGS ST          FORT WORTH          TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FILBERT    ASTYN    MARIE | B | 35 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address:
FILBERT    ASTYN    MARIE
2148 BIGGS ST          FORT WORTH TX 76177

Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: GEICO
Fin. Resp. Num.: 4459868578

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 4⁻ RD⁻ 7
27 Vehicle Damage Rating 2: 9⁻ LD⁻ 7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: MILNER TOWING
Towed To: MILNER TOWING

---

Unit Num.: 90
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: FMS2046
VIN: 1 F T 7 W 2 B T 5 F E C 1 7 2 4 0

Veh. Year: 2 0 1 5
6 Veh. Color: BRO
Veh. Make: FORD
Veh. Model: F250
7 Body Style: PK
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 25099803
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: A
DOB (MM/DD/YYYY): 0 4 / 1 7 / 1 9 9 1

Address (Street, City, State, ZIP): 2529 FOREST PARK BL          FORT WORTH          TX 76110

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | YATES    BARRETT    CODY | B | 29 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address:
YATES    MELISSA
10 BRITTANY LN          ODESSA          TX 79761

Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ALLSTATE
Fin. Resp. Num.: 638277174

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 9⁻ LP⁻ 7
27 Vehicle Damage Rating 2: 12⁻ FD⁻ 5
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: ABC WRECKER
Towed To: ABC WRECKER

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 90 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 89 | 1 | LOCAL DR | SELF | / / | |
| 90 | 1 | PERSONAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | | |
|---|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type | |
| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type | |
| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | | CMV Disabling Damage? ☐ Yes ☐ No | |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: | | |

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE.

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. | MARTIN, K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1  4  8**
Total Num. Prsn **6  1  6**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page **91** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**    ★Crash Time (24HRMM) **0 6 0 0**    Case ID **210011068**    Local Use

★County Name **TARRANT**    ★City Name **FORT WORTH**    ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No
Latitude (decimal degrees) **3 2 . 7 9 5 1 3**    Longitude (decimal degrees) **− 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **TL**    ★Hwy. Num. **35**    2 Rdwy. Part **1**    Block Num. **2600**    3 Street Prefix    ★Street Name    4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot    ☒ Toll Road/ Toll Lane    Speed Limit    Const. Zone ☐ Yes ☒ No    Workers Present ☐ Yes ☒ No    Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No    1 Rdwy. Sys. **LR**    Hwy. Num.    2 Rdwy. Part **1**    Block Num. **2500**    3 Street Prefix **NE**    Street Name **28TH**    4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**    ☒ FT ☐ MI    3 Dir. from Int. or Ref. Marker **S**    Reference Marker    Street Desc. **HWY**    RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. **91**    5 Unit Desc. **1**    ☐ Parked Vehicle   ☐ Hit and Run    LP State **AR**    LP Num. **K810553**    VIN **1 F U J H H D R 5 K L K R 4 3 5**

Veh. Year **2 0 1 9**    6 Veh. Color **GRY**    Veh. Make **FREIGHTLINER**    Veh. Model **CASCADIA 125**    7 Body Style **TT**    ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**    DL/ID State. **MX**    DL/ID Num. **NVOL072175**    9 DL Class **98**    10 CDL End. **98**    11 DL Rest. **98**    DOB (MM/DD/YYYY) **0 4 / 0 2 / 1 9 8 9**

Address (Street, City, State, ZIP): **6 DE NOVIEMBRE 212**    **6000 NL 6000**    **MX  NL6000**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ZUIGA-GUEVARA   VICTOR   ROGELIO | C | 31 | H | 1 | 1 | 1 | 97 | | 96 | | 96 | 97 | 97 |
| 2 | 2 | 1 | PATINO   PEDRO | C | 43 | H | 1 | 1 | 1 | 97 | | Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☒ Owner  ☐ Lessee    Owner/Lessee Name & Address    **RICH TRANSPORT LLC**   **6011 SCOTT HAMMILTON DR**    **LITTLE ROCK   AR   72209**

Proof of Fin. Resp.  ☒ Yes  ☐ No  ☐ Expired  ☐ Exempt    26 Fin. Resp. Type **1**    Fin. Resp. Name **UNITED SPECIALTY INS CO**    Fin. Resp. Num. **EEXBRS0010**

Fin. Resp. Phone Num.    27 Vehicle Damage Rating 1   **5-  -RBQ-3**    27 Vehicle Damage Rating 2   **-   -**    Vehicle Inventoried ☐ Yes ☒ No

Towed By **BEARDS TOWING**    Towed To **RICH TRANSPORT 4444 IRVING BLVD**

---

Unit Num. **92**    5 Unit Desc. **6**    ☐ Parked Vehicle   ☐ Hit and Run    LP State **OK**    LP Num. **1880LT**    VIN **3 H 3 V 5 3 2 C 9 G T 1 3 6 4**

Veh. Year **2 0 1 6**    6 Veh. Color **WHI**    Veh. Make **HYUNDAI STEEL INDUSTRIES**    Veh. Model **NOT APPLICABLE**    7 Body Style **TL**    ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type    DL/ID State    DL/ID Num.    9 DL Class    10 CDL End.    11 DL Rest.    DQB (MM/DD/YYYY)

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☒ Owner  ☐ Lessee    Owner/Lessee Name & Address    **RICH TRANSPORT LLC**   **6011 SCOTT HAMMILTON DR**    **LITTLE ROCK   AR   72209**

Proof of Fin. Resp.  ☒ Yes  ☐ No  ☐ Expired  ☐ Exempt    26 Fin. Resp. Type **1**    Fin. Resp. Name **UNITED SPECIALTY INS**    Fin. Resp. Num. **EEXBRS0010**

Fin. Resp. Phone Num.    27 Vehicle Damage Rating 1   **11-  -LFQ-2**    27 Vehicle Damage Rating 2   **-   -**    Vehicle Inventoried ☐ Yes ☒ No

Towed By **BEARDS TOWING**    Towed To **RICH TRANSPORT 4444 IRVING BL**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 1/1/2018)

Case ID **210011068**  TxDOT Crash ID

Page 92 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time (24HR:MM) |
|---|---|---|---|---|---|
| 91 | 1 | LOCAL DR | SELF | / / | |
| 91 | 2 | LOCAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. **91**  ☒ 10,001+ LBS.  ☐ TRANSPORTING HAZARDOUS MATERIAL  ☐ 9+ CAPACITY  CMV Disabling Damage? ☐ Yes ☒ No  28 Veh. Oper. 1  29 Carrier ID Type 1  Carrier ID Num. **00305789**

Carrier's Corp. Name **RICH TRANSPORT LLC**  Carrier's Primary Addr. **6011 SCOTT HAMILTON DR  LITTLE ROCK** RI **72209**  30 Veh. Type 8

31 Bus Type 0  ☐ RGVW ☒ GVWR 5,2,3,5,0  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type 3

Unit Num. **92**  ☐ RGVW ☒ GVWR 6,8,0,0,0  34 Trlr. Type 2  CMV Disabling Damage? ☒ Yes ☐ No  Unit Num.  ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No  Total Num. Axles:

Sequence Of Events  35 Seq. 1 **98**  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☒ No  Actual Gross Weight

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE.

## INVESTIGATOR

Time Notified (24HR:MM) 0,6,2,0  How Notified **DISPATCH**  Time Arrived (24HR:MM) 0,6,4,0  Report Date (MM/DD/YYYY) 0,3/0,1/2,0,2,1

Invest. Comp. ☒ Yes ☐ No  Investigator Name (Printed) **HARPER, G.**    **MARTIN,K**  ID Num. **3380-3421**

ORI Num. T,X,2,2,0,1,2,0,0  *Agency **FORT WORTH POLICE DEPARTMENT**  Service/Region/DA C,E,N,T,R,L

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units: 1 4 8
Total Num. Prsn: 1 6

Page: 93 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DDYYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use:

★County Name: TARRANT   ★City Name: FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL   ★1 Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/Toll Lane   Speed Limit:   Const. Zone: [ ] Yes [X] No   Workers Present: [ ] Yes [X] No   Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: [ ] Yes [X] No   1 Rdwy. Sys.: LR   Hwy.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: 93   5 Unit Desc.: 1   [ ] Parked Vehicle  [ ] Hit and Run   LP State: TX   LP Num.: FKK3682   VIN: 4 T 1 B F 3 2 K 1 U 5 4 7 1 8   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year: 2 0 0 3   6 Veh. Color: SIL   Veh. Make: TOYOTA   Veh. Model: CAMRY   7 Body Style: P4

8 DL/ID Type: 99   DL/ID State: UN   DL/ID Num.:   9 DL Class: 99   10 CDL End.: 99   11 DL Rest.: 99   DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP): UNKNOWN   UNKNOWN   UN   UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN   UNKNOWN   UNK | 99 | | 99 | 99 | 1 | | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: RODRIGUEZ   ANGELICA   MARIA   7900 CROUSE DR   FORT WORTH  TX  76137

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: STATE FARM   Fin. Resp. Num.: 441 6655-L17-43 001

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 6−   FD−7   27 Vehicle Damage Rating 2: 12−   RD−7   Vehicle Inventoried: [ ] Yes [X] No

Towed By: BIVINS TOWING   Towed To: BIVINS TOWING

---

Unit Num.: 94   5 Unit Desc.: 1   [ ] Parked Vehicle  [ ] Hit and Run   LP State: TX   LP Num.: MZN8398   VIN: J T J H G K F A 4 L 2 2 1 3 9 3   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year: 2 0 2 0   6 Veh. Color: BLK   Veh. Make: LEXUS   Veh. Model: RX SERIES   7 Body Style: SV

8 DL/ID Type: 99   DL/ID State: UN   DL/ID Num.:   9 DL Class: 99   10 CDL End.: 99   11 DL Rest.: 99   DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP): UNKNOWN   UNKNOWN   UN   UNKN

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN   UNKNOWN   UNK | 99 | | 99 | 99 | 99 | 5 | | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: OKEREKE   EVANGELYN   C   9809 BROILES LN   FORT WORTH  TX  76244

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: LIBERTY   Fin. Resp. Num.: Y8980652

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 6−   RD−7   27 Vehicle Damage Rating 2: 12−   FD−7   Vehicle Inventoried: [ ] Yes [X] No

Towed By: TEXAS TOWING   Towed To: TEXAS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 94 of 149

| Case ID | 210011068 | TxDOT Crash ID | |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR/MM) |
|---|---|---|---|---|---|
| | | | | /    / | |
| | | | | /    / | |
| | | | | /    / | |
| | | | | /    / | |
| | | | | /    / | |
| | | | | /    / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 3B Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR/MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR/MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.     MARTIN, K | ID Num. 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |

Law Enforcement and TxDOT Use ONLY

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Prsn. **1 6**

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page: **95** of **149**

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

★County Name **TARRANT**  ★City Name **FORT WORTH**  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒Yes ☐No

Latitude (decimal degrees) 3 2 . 7 9 5 1 3  Longitude (decimal degrees) — 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. TL | ★Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/ Toll Lane  Speed Limit 20  Const. Zone ☐Yes ☒No  Workers Present ☐Yes ☒No  Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. ☐Yes ☒No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker **1000**  ☒FT ☐MI  3 Dir. from Int. or Ref. Marker S  Reference Marker  Street Desc. **HWY**  RRX Num.

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 95 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. FTX0652 | VIN Y V 1 4 0 M F C 4 F 1 3 1 8 8 7 3 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 5 | 6 Veh. Color WHI | Veh. Make VOLVO | Veh. Model S60 | 7 Body Style P4 | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 16835378 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. A | DOB (MM/DD/YYYY) 0 6 / 1 1 / 1 9 7 8 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) **1301 VANDERBILT** — **KELLER** TX **76262**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BROCHU JOANNA GRABBE | B | 42 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address **BROCHU JOANNA GRABBE** **1301 VANDERBILT** **KELLER** TX **76262**

Proof of Fin. Resp. ☒Yes ☐No  ☐Expired ☐Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name **STATE FARM**  Fin. Resp. Num. **410 9844-A20-43 002**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 5- RD- 6  27 Vehicle Damage Rating 2 12- FD- 5  Vehicle Inventoried ☐Yes ☒No

Towed By **TEXAS TOWING**  Towed To **TEXAS TOWING**

| Unit Num. 96 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. CA68173 | VIN 1 C 6 R D 6 L T X C S 1 9 4 1 1 9 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 2 | 6 Veh. Color BLU | Veh. Make DODGE | Veh. Model RAM 1500 | 7 Body Style PK | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 20257776 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. A | DOB (MM/DD/YYYY) 0 9 / 1 8 / 1 9 8 7 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) **6801 WOODED CT** — **MANSFIELD** TX **76063**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HARDAWAY KRIS | B | 33 | W | 1 | 1 | 2 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address **HARDAWAY KRIS** **6801 WOODED CT** **MANSFIELD** TX **76063**

Proof of Fin. Resp. ☒Yes ☐No  ☐Expired ☐Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name **STATE FARM**  Fin. Resp. Num. **384 1546-A27-43B 001**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 12- FD- 7  27 Vehicle Damage Rating 2 3- RP- 5  Vehicle Inventoried ☐Yes ☒No

Towed By **TEXAS TOWING**  Towed To **TEXAS TOWING**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 98 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 95 | 1 | JOHN PETER SMITH | AMA | / / | |
| 96 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24Hr:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | | ID Num. 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8    Total Num. Prsn: 1 6 6

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page: 97 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH    ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL    ★Hwy. Num.: 35    2 Rdwy. Part: 1    Block Num.: 2600    3 Street Prefix:    ★Street Name:    4 Street Suffix:

☒ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot    ☒ Toll Road/Toll Lane    Speed Limit:    Const. Zone: ☐ Yes ☒ No    Workers Present: ☐ Yes ☒ No    Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No    1 Rdwy. Sys.: LR    Hwy. Num.:    2 Rdwy. Part: 1    Block Num.: 2500    3 Street Prefix: NE    Street Name: 28TH    4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000    ☒ FT ☐ MI    3 Dir. from Int. or Ref. Marker: S    Reference Marker:    Street Desc.: HWY    RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 97    5 Unit Desc.: 1    ☐ Parked Vehicle    ☐ Hit and Run    LP State: TX    LP Num.: PBJ9184    VIN: 1 C 4 B J W D G 6 G L 1 3 7 7 5 8

Veh. Year: 2 0 1 6    6 Veh. Color: BLK    Veh. Make: JEEP    Veh. Model: WRANGLER    7 Body Style: SV    ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1    DL/ID State: TX    DL/ID Num.: 34665433    9 DL Class: B    10 CDL End.: P    11 DL Rest.: EM    DOB (MM/DD/YYYY): 0 6 / 2 3 / 1 9 5 5

Address (Street, City, State, ZIP): 3829 ALDERSYDE DR    FORT WORTH    TX    76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BURRIS    STEVEN    KELLY | N | 25 | W | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee    Owner/Lessee Name & Address: BURRIS    STEVEN    KELLY    3829 ALDERSYDE DR    FORT WORTH    TX    76244

Proof of Fin. Resp.: ☒ Yes ☐ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type: 1    Fin. Resp. Name: PROGRESSIVE    Fin. Resp. Num.: 940374812

Fin. Resp. Phone Num.:    27 Vehicle Damage Rating 1:    27 Vehicle Damage Rating 2:    Vehicle Inventoried: ☐ Yes ☒ No

Towed By: DRIVEN BY OWNER    Towed To: HOME

---

Unit Num.: 98    5 Unit Desc.: 1    ☐ Parked Vehicle    ☐ Hit and Run    LP State: TX    LP Num.: KNZ2341    VIN: 5 T E T U 4 G N 8 A Z 6 9 0 0 1 3

Veh. Year: 2 0 1 0    6 Veh. Color: BLU    Veh. Make: TOYOTA    Veh. Model: TACOMA    7 Body Style: PK    ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1    DL/ID State: TX    DL/ID Num.: 11389323    9 DL Class: C    10 CDL End.: 96    11 DL Rest.: 96    DOB (MM/DD/YYYY): 0 7 / 3 0 / 1 9 8 6

Address (Street, City, State, ZIP): 2541 DAHLIA DR    FORT WORTH    TX    76123

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GARDNER    HEATHER    AMANDA | B | 34 | W | 2 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee    Owner/Lessee Name & Address: BARTHA    CLARA    ANNE    2541 DAHLIA DR    FORT WORTH    TX    76123

Proof of Fin. Resp.: ☒ Yes ☐ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type: 1    Fin. Resp. Name: STATE FARM    Fin. Resp. Num.: 313 7939-K24-43D 002

Fin. Resp. Phone Num.:    27 Vehicle Damage Rating 1: 6- RD-4    27 Vehicle Damage Rating 2: 12- FD-4    Vehicle Inventoried: ☐ Yes ☒ No

Towed By: LONESTAR TOWING    Towed To: LONESTAR TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerk
Reviewed By: Alessandra Safran
Page 98 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID 210011068    TxDOT Crash ID

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|-----------|------------|----------|----------|----------------------------|-------------------------|
| 98 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|-----------|------------|--------|-------------------------|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|--------------------------------------|--------------|-----------------|
| | | |

## CMV

| Unit Num. | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes/No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | 30 Veh. Type |
|-----------|---|---|---|---|---|---|---|---|

Carrier's Corp. Name:          Carrier's Primary Addr.:

| 31 Bus Type | RGWR / GVWR | HazMat Released Yes/No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | RGWR / GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes/No | Unit Num. | RGWR / GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes/No |
|---|---|---|---|---|---|---|---|

Sequence Of Events: 35 Seq. 1   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit Yes/No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | | | | | | |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

Invest. Comp.  ☒ Yes  ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN, K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA  C E N T R L

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1  4  8**
Total Num. Prsn **[illegible]**

Electronically Filed
7/28/2021 1:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional vehicles, occupants, injured, etc.)

Page **99** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**    ★Crash Time (24HRMM) **0 6 0 0**    Case ID **210011068**    Local Use

★County Name **TARRANT**    ★City Name **FORT WORTH**    ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No    Latitude (decimal degrees) **3 2 . 7 9 5 1 3**    Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **IH**    ★Hwy. Num. **35**    2 Rdwy. Part **1**    Block Num. **2600**    3 Street Prefix    ★Street Name    4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot    ☐ Toll Road/Toll Lane    Speed Limit    Const. Zone ☐ Yes ☒ No    Workers Present ☐ Yes ☒ No    Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No    1 Rdwy. Sys. **LR**    Hwy. Num.    2 Rdwy. Part **1**    Block Num. **2500**    3 Street Prefix **NE**    Street Name **28TH**    4 Street Suffix **ST**

Distance from Int. or Ref Marker **1000**    ☒ FT ☐ MI    3 Dir. from Int. **S**    Reference Marker    Street Desc. **HWY**    RRR Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. **99**    5 Unit Desc. **1**    ☐ Parked Vehicle  ☐ Hit and Run    LP State **TX**    LP Num. **1M94928**    VIN **2 X K H A J 7 X 8 M M 4 6 0 5 6 2**

Veh. Year **2 0 2 0**    6 Veh. Color **RED**    Veh. Make **KENWORTH**    Veh. Model **UNKNOWN**    7 Body Style **TT**    ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**    DL/ID State **TX**    DL/ID Num. **38232930**    9 DL Class **A**    10 CDL End. **HNT**    11 DL Rest. **P27**    DOB (MM/DD/YYYY) **0 2 / 2 3 / 1 9 9 6**

Address (Street, City, State, ZIP)    **3936 LONGMEADOW WAY**    **FORT WORTH**    **TX**  **76133**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | RUVALCABA    CARLOS | N | 24 | H | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee    Owner/Lessee Name & Address    **COCA COLA      BEVERAGES LLC**    **3400 FOSSIL CREEK BLVD**    **FORT WORTH  TX  76137**

Proof of Fin. Resp. ☒ Yes ☐ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type **1**    Fin. Resp. Name **BEECHER CARLSON INS**    Fin. Resp. Num. **404-460-1401**

Fin. Resp. Phone Num.    27 Vehicle Damage Rating 1    27 Vehicle Damage Rating 2    Vehicle Inventoried ☐ Yes ☒ No

Towed By **DRIVEN BY DRIVER**    Towed To **COMPANY LOT**

## VEHICLE, DRIVER & PERSONS

Unit Num. **100**    5 Unit Desc. **6**    ☐ Parked Vehicle  ☐ Hit and Run    LP State **TX**    LP Num. **202452**    VIN **2 M N 0 1 J A L 1 6 0 0 8 6 1 5**

Veh. Year **2 0 0 6**    6 Veh. Color **RED**    Veh. Make **TRAILMOBILE**    Veh. Model **NOT APPLICABLE**    7 Body Style **TL**    ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type    DL/ID State    DL/ID Num.    9 DL Class    10 CDL End.    11 DL Rest.    DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee    Owner/Lessee Name & Address    **COCA COLA      BEVERAGES LL**    **3400 FOSSIL CREEK BLVD**    **FORT WORTH  TX  76137**

Proof of Fin. Resp. ☒ Yes ☐ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type **1**    Fin. Resp. Name **BEECHER CARLSON**    Fin. Resp. Num. **404-460-1401**

Fin. Resp. Phone Num.    27 Vehicle Damage Rating 1 **-**    27 Vehicle Damage Rating 2 **-**    Vehicle Inventoried ☐ Yes ☒ No

Towed By **DRIVEN AWAY**    Towed To **COMPANY LOT**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

Unit Num. 99  ☒ 10,000+ LBS.  ☐ TRANSPORTING HAZARDOUS MATERIAL  ☐ 9+ CAPACITY  CMV Disabling Damage? ☐ Yes ☒ No  28 Veh. Oper. 2  29 Carrier ID Type 1  Carrier ID Num. 02977752

Carrier's Corp. Name COCA COLA BEVERAGES LL  Carrier's Primary Addr. 3400 FOSSIL CREEK  FORT WORTH TX 76137  30 Veh. Type 8

31 Bus Type 0  ☐ RGVW ☒ GVWR 3 3 0 0 0  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type 3

Unit Num. 100  ☒ GVWR ☐ RGVW 1 2 1 0 0  34 Trlr. Type 2  CMV Disabling Damage? ☐ Yes ☒ No  Unit Num.  ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1  98  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☒ No  Actual Gross Weight  Total Num. Axles:

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No  Investigator Name (Printed) HARPER, G.   MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0  *Agency FORT WORTH POLICE DEPARTMENT  Service/Region/DA C E N T R L

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE  [ ] SCHOOL BUS

Total Num. Units: 1 4 8
Total Num Prsn:
Total Num Units:

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page: 101 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use |
|---|---|---|---|---|---|---|

| ★County Name | TARRANT | ★City Name | FORT WORTH | | [ ] Outside City Limit |
|---|---|---|---|---|---|

**ROAD ON WHICH CRASH OCCURRED**

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  [X] Yes  [ ] No

Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): - 0 9 7 . 3 2 2 7 7

| ★1 Rdwy. Sys. | TL | ★Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | ★Street Name | | 4 Street Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/ Toll-Lane
Speed Limit:
Const. Zone [ ] Yes [X] No
Workers Present [ ] Yes [X] No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | [ ] Yes [X] No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker | 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | RRX Num. |
|---|---|---|---|---|---|---|---|---|

---

| Unit Num. | 101 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | TX | LP Num. | NNZ5465 | VIN | 1 F M S K 7 D H 1 L G A 1 1 6 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Veh. Year | 2 0 2 0 | 6 Veh. Color | GRY | Veh. Make | FORD | Veh. Model | EXPLORER | 7 Body Style | SV | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) [ ] |
|---|---|---|---|---|---|---|---|---|---|

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 38045225 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | A | DOB (MM/DD/YYYY) | 0 2 / 2 8 / 1 9 8 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Address (Street, City, State, ZIP) | 10324 BURTRUM DR | FORT WORTH | TX | 76177 |
|---|---|---|---|---|

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CHILDRESS   ANGELA   M | B | 38 | W | F | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | CHILDRESS   ANGELA   M   10324 BURTRUM DR | FORT WORTH | TX | 76177 |
|---|---|---|---|---|---|

| Proof of Fin. Resp. [X] Yes [ ] No | 26 Fin. [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | LIBERTY COUNTY | Fin. Resp. Num. | Y9089604 |
|---|---|---|---|---|---|---|---|

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 12- | FD- 6 | 27 Vehicle Damage Rating 2 | 6- | RD- 5 | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|---|---|---|---|---|

| Towed By | BIVINS | Towed To | BIVINS TOWING |
|---|---|---|---|

---

| Unit Num. | 102 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | TX | LP Num. | GXC1444 | VIN | 4 S 4 B S B L C 3 G 3 2 8 1 9 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Veh. Year | 2 0 1 6 | 6 Veh. Color | WHI | Veh. Make | SUBARU | Veh. Model | OUTBACK | 7 Body Style | P4 | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) [ ] |
|---|---|---|---|---|---|---|---|---|---|

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 14454122 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | 96 | DOB (MM/DD/YYYY) | 0 7 / 0 7 / 1 9 8 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Address (Street, City, State, ZIP) | 4813 STETSON DR S | FORT WORTH | TX | 76244 |
|---|---|---|---|---|

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DOYLE   SARAH   KATHERINE | C | 40 | W | F | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | DOYLE   WILLIAM   4813 STETSON DR S | FORT WORTH | TX | 76244 |
|---|---|---|---|---|---|

| Proof of Fin. Resp. [X] Yes [ ] No | 26 Fin. [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | USAA | Fin. Resp. Num. | 011359408 7101 |
|---|---|---|---|---|---|---|---|

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 3- | RP- 7 | 27 Vehicle Damage Rating 2 | 6- | BR- 7 | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|---|---|---|---|---|

| Towed By | TEXAS TOWING | Towed To | TEXAS TOWING |
|---|---|---|---|

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 102 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 101 | 1 | LOCAL HOSP | SELF | / / | |
| 102 | 1 | LOCAL HOSP | MEDSTAR 65 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | HazMat Class Num. | HazMat ID Num. | Unit Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.        MARTIN,K | ID Num. | 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE  [ ] SCHOOL BUS

Total Num. Units: 1 4 8
Total Num. Prsn: 3 6

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page 103 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |
|---|---|---|---|---|---|---|---|

★County Name: TARRANT  ★City Name: FORT WORTH  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No

Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL   ★Hwy. Sys.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix: ___   ★Street Name: ___   4 Street Suffix: ___

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [ ] Toll Road/Toll Lane   Speed Limit: ___   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.: ___

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No   1 Rdwy. Sys.: LR   Hwy.: ___   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   [X] FT [ ] MI   3 Dir. from Int.: S   Reference Marker: ___   Street Desc.: HWY   RRX Num.: ___

---

| Unit Num. 103 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. NFX6985 | VIN 1 C 4 H J X F N 1 J W 1 9 5 8 5 8 |
|---|---|---|---|---|---|---|

Veh. Year: 2 0 1 8   6 Veh. Color: RED   Veh. Make: JEEP   Veh. Model: WRANGLER   7 Body Style: SV   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) [ ]

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 20332156   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 4 / 0 5 / 1 9 8 6

Address (Street, City, State, ZIP): 721 SALIDA RD   HASLET   TX  76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | REYNOLDS   MEGAN   RENEE | B | 34 | W | 2 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: REYNOLDS   MEGAN   RENEE   721 SALIDA RD   HASLET   TX  76052

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: HOME STATE COUNTY MUTUAL   Fin. Resp. Num.: 1000464830

Fin. Resp. Phone Num.: ___   27 Vehicle Damage Rating 1: 11-   FL-7   27 Vehicle Damage Rating 2: ___   -   Vehicle Inventoried [ ] Yes [X] No

Towed By: MILNER   Towed To: MILNER TOWING

---

| Unit Num. 104 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. KTW9354 | VIN 1 9 X F C 2 E 5 4 J E 0 1 3 1 3 3 |
|---|---|---|---|---|---|---|

Veh. Year: 2 0 1 8   6 Veh. Color: BLU   Veh. Make: HONDA   Veh. Model: CIVIC   7 Body Style: P4   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) [ ]

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 42553001   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: A   DOB (MM/DD/YYYY): 1 2 / 1 4 / 1 9 9 6

Address (Street, City, State, ZIP): 12108 MALONE RD   NEWARD   TX  76071

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SOSA   JONESSA   VALEEN | B | 24 | A | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: MEDO   FRANKIE   12108 MALONE RD   NEWARD   TX  76071

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: USAA   Fin. Resp. Num.: 016468131 7105

Fin. Resp. Phone Num.: ___   27 Vehicle Damage Rating 1: 12-   FD-7   27 Vehicle Damage Rating 2: 3-   RBQ-5   Vehicle Inventoried [ ] Yes [X] No

Towed By: TEXAS TOWING   Towed To: TEXAS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 103 | 1 | LOCAL HOSP | SELF | / / | |
| 104 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.     MARTIN, K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☒ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units 1 4 8
Total Num Prsn 6

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 105 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: —
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix: —
★Street Name: —
4 Street Suffix: —

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit: —
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.: —

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.: —
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000 ☒ FT ☐ MI
3 Dir. from Int or Ref. Marker: S
Reference Marker: —
Street Desc.: HWY
RRX Num.: —

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 105
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: IN
LP Num.: 3041184
VIN: 3 A K J G L D R 9 H F S P 1 3 3 5

Veh. Year: 2 0 1 7
6 Veh. Color: GRY
Veh. Make: FREIGHTLINER
Veh. Model: UNKNOWN
7 Body Style: TT
Pol., Fire, EMS on Emergency (Explain in Narrative if checked): ☐

8 DL/ID Type: 2
DL/ID State: OK
DL/ID Num.: G084200821
9 DL Class: 98
10 CDL End.: 98
11 DL Rest.: 98
DOB (MM/DD/YYYY): 0 4 / 2 3 / 1 9 7 0

Address (Street, City, State, ZIP): 102 CONISER AVE #1    POTEAU    OK    74953

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HOWARD    JOHN    MICHAEL | N | 50 | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address: HOWARD    JOHN    MICHAEL    102 CONISER AVE #1    POTEAU    OK    74953

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: OLD REPUBLIC INS
Fin. Resp. Num.: MWTT314656

Fin. Resp. Phone Num.: —
27 Vehicle Damage Rating 1: 12−
FD− 2
27 Vehicle Damage Rating 2: —
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BEARDS TOWING
Towed To: 4400 E LOOP 820 S

---

Unit Num.: 106
5 Unit Desc.: 6
☐ Parked Vehicle
☐ Hit and Run
LP State: TN
LP Num.: U853377
VIN: 1 G R D M 0 3 2 6 K 1 1 3 9 1 5

Veh. Year: 2 0 1 9
6 Veh. Color: BLK
Veh. Make: GREAT DANE TRAILERS
Veh. Model: NOT APPLICABLE
7 Body Style: TL
Pol., Fire, EMS on Emergency (Explain in Narrative if checked): ☐

8 DL/ID Type: —
DL/ID State: —
DL/ID Num.: —
9 DL Class: —
10 CDL End.: —
11 DL Rest.: —
DOB (MM/DD/YYYY): —

Address (Street, City, State, ZIP): —

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address: HOWARD    JOHN    102 CONISER AVE #1    POTEAU    OK    74953

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: OLD REPUBLIC INS
Fin. Resp. Num.: MWTT314656

Fin. Resp. Phone Num.: —
27 Vehicle Damage Rating 1: —
27 Vehicle Damage Rating 2: —
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BEARDS TOWING
Towed To: BEARDS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 106 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. 105 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 00154712 | 30 Veh. Type 8 |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name MERCER TRANSPORTATION | Carrier's Primary Addr. 1128 W MAIN ST | LOUISVILLE KY 40232 |
|---|---|---|

| 31 Bus Type 0 | ☐ RGVW ☒ GVWR 5,2,0,0,0 | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | | 33 Cargo Body Type 5 |
|---|---|---|---|---|---|---|---|

| Unit Num. 106 | ☐ RGVW ☒ GVWR 6,9,0,0,0 | 34 Trlr. Type 2 | CMV Disabling Damage? ☐ Yes ☒ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☒ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) 0 6 4 0 | Report Date. (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA C E N T R L |
|---|---|---|

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Prsn **6**

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page **107** of **149**

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case-ID | 210011068 | Local Use | |

★County Name: TARRANT
★City Name FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees) 3 2 . 7 9 5 1 3
Longitude (decimal degrees) — 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. | TL | ★ Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | ★ Street Name | | 4 Street Suffix | |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot.
☒ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

Distance from Int. or Ref. Marker 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker S
Reference Marker
Street Desc. HWY
RRX Num.

| Unit Num. 107 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. JWN8147 | | VIN 1 C 4 R J E A G 3 H C 9 1 6 3 7 2 |

| Veh. Year | 2 0 1 7 | 6 Veh. Color GRY | Veh. Make JEEP | Veh. Model GRAND CHEROKEE | 7 Body Style SV | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 36581094 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 7 / 0 2 / 1 9 9 0 |

Address (Street, City, State, ZIP) 3901 RINGDOVE WAY  ROANOKE  TX 76266

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ESCAMILLA  HALEE  ELIZABETH | B | 30 | H | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address  ESCAMILLA  ERNESTO  3901 RINGDOVE WAY  ROANOKE  TX 76266

Proof of Fin. Resp. ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name PROGRESSIVE
Fin. Resp. Num. 942464043

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  12-  FD-7
27 Vehicle Damage Rating 2  6-  RD-7
Vehicle Inventoried ☐ Yes ☒ No

Towed By DENNYS TOWING
Towed To DENNYS TOWING

| Unit Num. 108 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. JSV6956 | | VIN 1 G T 1 2 U E Y 8 H F 1 6 4 1 9 4 |

| Veh. Year | 2 0 1 7 | 6 Veh. Color BLK | Veh. Make GMC | Veh. Model SIERRA C1500 | 7 Body Style PK | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 2763318 | 9 DL Class AM | 10 CDL End. P | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 1 0 / 1 2 / 1 9 5 6 |

Address (Street, City, State, ZIP) 616 WHITE FALCON WAY  FORT WORTH  TX 76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BURNETT  ROGER  ALAN | B | 64 | W | 1 | | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address  BURNETT  ROGER  ALAN  616 WHITE FALCON WAY  FORT WORTH  TX 76131

Proof of Fin. Resp. ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name ELEPHANT
Fin. Resp. Num. 24400092434

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  12-  FD-7
27 Vehicle Damage Rating 2  9-  L&T-6
Vehicle Inventoried ☐ Yes ☒ No

Towed By CARDINAL TOWING
Towed To CARDINAL TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 108 of 149

| Case ID | 210011068 | | TxDOT Crash ID | |
|---|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|---|
| 107 | 1 | LOCAL HOSP | SELF | | / / | |
| 108 | 1 | LOCAL HOSP | SELF | | / / | |
| | | | | | / / | |
| | | | | | / / | |
| | | | | | / / | |
| | | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name     Carrier's Primary Addr.     30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | Unit Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.    MARTIN, K | ID Num. | 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 11:05 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units: 1 4 8
Total Num. Prsn: ...

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page: 109 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 109
5 Unit Desc.:
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: NPS9255
VIN: K M 8 K 2 2 A A L U 5 4 2 8 8 2

Veh. Year: 2 0 2 0
6 Veh. Color: BLK
Veh. Make: HYUNDAI
Veh. Model: UNKNOWN
7 Body Style: SV
Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 39825123
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 5 / 1 0 / 1 9 9 9

Address (Street, City, State, ZIP): 1320 NW SUMMERCREST BL   BURLESON   TX   76028

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MAYS  DESTINY  COURTNAY | A | 21 | B | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: MAYS  DESTINY  COURTNAY   1320 NW SUMMERCREST BL   BURLESON   TX   76028

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ECONOMY FIRE AND CASUALTY INS
Fin. Resp. Num.: A2983152580

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12-  FD- 7
27 Vehicle Damage Rating 2: 6-  RD- 7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BIVINS TOWING
Towed To: BIVINS TOWING

---

Unit Num.: 110
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: BJB9869
VIN: 1 D 7 R V 1 C P A S 2 5 7 4 1 2

Veh. Year: 2 0 1 0
6 Veh. Color: MAR
Veh. Make: DODGE
Veh. Model: RAM 1500
7 Body Style: PK
Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 36743475
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 1 / 0 8 / 1 9 6 2

Address (Street, City, State, ZIP): 7751 SUNNYVIEW CT   FORT WORTH   TX   76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FLACH  SHAUN  WILLIAM | B | 59 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: FLACH  SHAUN  WILLIAM   7751 SUNNYVIEW CT   FORT WORTH   TX   76137

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: STATE FARM
Fin. Resp. Num.: 338 1590 L08 43F 001

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12-  FD- 7
27 Vehicle Damage Rating 2: 6-  RD- 7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 119 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 109 | 1 | JOHN PETER SMITH | MEDSTAR 63 | / / | |
| 110 | 1 | JOHN PETER SMITH | MEDSTAR 63 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY   CMV Disabling Damage? ☐ Yes ☐ No   28 Veh. Oper.   29 Carrier ID Type   Carrier ID Num.

Carrier's Corp. Name   Carrier's Primary Addr.   30 Veh. Type

31 Bus Type ☐ RGVW ☐ GVWR   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No   Unit Num. ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

Sequence Of Events   35 Seq. 1   35 Seq. 2   35 Seq. 3   35 Seq. 4

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HR:MM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☐ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN, K   ID Num. 3380-3421

Ofth Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num Prsn **1 6**

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page **111** of **149**

| ★Crash Date (MM/DD/YYYY) | **0 2 / 1 1 / 2 0 2 1** | ★Crash Time (24HRMM) **0 6 0 0** | Case ID **210011068** | Local Use |
| --- | --- | --- | --- | --- |

★County Name- **TARRANT**

★City Name **FORT WORTH**   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. **TL** | ★ Hwy. Num. **35** | 2 Rdwy. Part **1** | Block Num. **2600** | 3 Street Prefix | ★ Street Name | 4 Street Suffix |
| --- | --- | --- | --- | --- | --- | --- |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit **2000**   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Num. | Hwy. Num. | 2 Rdwy. Part | Block Num. **2500** | 3 Street Prefix **NE** | Street Name **28TH** | 4 Street Suffix **ST** |
| --- | --- | --- | --- | --- | --- | --- | --- |

Distance from Int. or Ref. Marker **1000**   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

| Unit Num. **111** | 5 Unit Desc. **1** | ☐ Parked Vehicle | ☐ Hit and Run | LP State **TX** | LP Num. **NFS8526** | VIN **3 G N K B B R A L S 5 4 5 6 7 4** |
| --- | --- | --- | --- | --- | --- | --- |

| Veh. Year **2 0 2 0** | 6 Veh. Color **BLK** | Veh. Make **CHEVROLET** | Veh. Model **BLAZER** | 7 Body Style **SV** | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
| --- | --- | --- | --- | --- | --- |

| 8 DL/ID Type **1** | DL/ID State **TX** | DL/ID Num. **06992863** | 9 DL Class **C** | 10 CDL End. **96** | 11 DL Rest. **A** | DOB (MM/DD/YYYY) **1 1 / 0 4 / 1 9 6 1** |
| --- | --- | --- | --- | --- | --- | --- |

Address (Street, City, State, ZIP) **3709 FOSSIL TREE LN**   **FORT WORTH**   TX **76244**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Rest. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 1 | 1 | JAMES    REGINALD    VON | B | 59 | B | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   **JAMES    REGINALD    VON**   **3709 FOSSIL TREE LN**   **FORT WORTH** TX **76244**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **US LLOYDS**   Fin. Resp. Num. **US0A111659**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12-**   **FD-7**   27 Vehicle Damage Rating 2 **6-**   **RD-7**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **TEXAS TOWING**   Towed To **TEXAS TOWING**

| Unit Num. **112** | 5 Unit Desc. **1** | ☐ Parked Vehicle | ☐ Hit and Run | LP State **TX** | LP Num. **MTF6390** | VIN **J T E B U 5 J R 9 K 5 1 2 1 3** |
| --- | --- | --- | --- | --- | --- | --- |

| Veh. Year **2 0 1 9** | 6 Veh. Color **WHI** | Veh. Make **TOYOTA** | Veh. Model **4RUNNER/SR5** | 7 Body Style **SV** | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
| --- | --- | --- | --- | --- | --- |

| 8 DL/ID Type **1** | DL/ID State **TX** | DL/ID Num. **15754634** | 9 DL Class **C** | 10 CDL End. **96** | 11 DL Rest. **96** | DOB (MM/DD/YYYY) **0 4 / 2 5 / 1 9 8 4** |
| --- | --- | --- | --- | --- | --- | --- |

Address (Street, City, State, ZIP) **6901 GOLF GREEN DR**   **ARLINGTON**   TX **76001**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Rest. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 1 | 1 | WARE    DATELYN    CHRISTINE | B | 36 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   **WARE    DATELYN    CHRISTINE**   **6901 GOLF GREEN DR**   **ARLINGTON** TX **76001**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **STATE FARM**   Fin. Resp. Num. **348 2852-J28-43F 002**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **6-**   **RD-7**   27 Vehicle Damage Rating 2 **3-**   **RP-7**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **PURRFECT TOWING**   Towed To **PURRFECT TOWING**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 112 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 111 | 1 | LOCAL HOSP | SELF | / / | |
| 112 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | | Carrier's Primary Addr. | | | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE.

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.      MARTIN, K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY

[X] FATAL   [X] CMV   [ ] SCHOOL BUS   [ ] RAILROAD   [ ] MAB   [ ] SUPPLEMENT   [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsns:

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 113 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  [X] Yes  [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/ Toll Lane
Speed Limit:
Const. Zone: [ ] Yes [X] No
Workers Present: [ ] Yes [X] No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: [ ] Yes [X] No
1 Rdwy. Num.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
[X] FT [ ] MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 113
5 Unit Desc.: 1
[ ] Parked Vehicle [ ] Hit and Run
LP State: IN
LP Num.: 2836156
VIN: 3 A K J H P D V 7 L S F 0 3 4 5

Veh. Year: 2 0 2 0
6 Veh. Color: WHI
Veh. Make: FREIGHTLINER
Veh. Model: UNKNOWN
7 Body Style: TT
Pol., Fire, EMS on Emergency (Explain in Narrative if checked):

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 43416851
9 DL Class: A
10 CDL End.: H
11 DL Rest.: P27
DOB (MM/DD/YYYY): 1 0 / 2 9 / 1 9 6 3

Address (Street, City, State, ZIP): 8160 FAWN CIR   GRANBURY   TX   76049

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | JONES   RHONDA   CAROL | B | 57 | I | 2 | I | 1 | I | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: JB HUNT   TRANSPORT INC   615 JB HUNT CORPORATE DR   LOWELL   AR   72745

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ACE AMERICAN INS
Fin. Resp. Num.: H25307951

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 11−   FL− 7
27 Vehicle Damage Rating 2: 1−   FR− 7
Vehicle Inventoried: [X] Yes [ ] No

Towed By: BEARDS TOWING
Towed To: 1150 INTERMODAL PKWY

---

Unit Num.: 114
5 Unit Desc.: 6
[ ] Parked Vehicle [ ] Hit and Run
LP State: OK−
LP Num.: 5435GN
VIN: L J R C 5 4 2 6 9 A 1 0 0 3 4 8 8

Veh. Year: 2 0 1 0
6 Veh. Color: ONG
Veh. Make: CIMC TRAILERS
Veh. Model: NOT APPLICABLE
7 Body Style: TL
Pol., Fire, EMS on Emergency (Explain in Narrative if checked):

8 DL/ID Type:
DL/ID State:
DL/ID Num.:
9 DL Class:
10 CDL End.:
11 DL Rest.:
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: JB HUNT   TRANSPORT INC   615 JB HUNT CORP DR   LOWELL   AR   72745

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ACE AMERICAN INS
Fin. Resp. Num.: H25307951

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 6−   BD− 7
27 Vehicle Damage Rating 2: 3−   FR− 4
Vehicle Inventoried: [ ] Yes [X] No

Towed By: BEARDS TOWING
Towed To: 1150 INTERMODAL PKWY

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 116 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 113 | 1 | JOHN PETER SMITH | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

Unit Num. 113  ☒ 10,001+ LBS.  ☐ TRANSPORTING HAZARDOUS MATERIAL  ☐ 9+ CAPACITY  CMV Disabling Damage? ☒ Yes ☐ No  28 Veh. Oper. 1  29 Carrier ID Type 1  Carrier ID Num. 00080806

Carrier's Corp. Name JB HUNT    Carrier's Primary Addr. 1150 INTERMODAL PKWY    HASLET    TX   76052    30 Veh. Type 8

31 Bus Type 0  ☐ RGWW ☒ GVWR 5 2 0 0 0  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type 3

Unit Num. 114  ☒ GVWR 6 8 0 0 0  ☐ RGWW  34 Trlr. Type 2  CMV Disabling Damage? ☐ Yes ☒ No  Unit Num.  ☐ RGWW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1 98  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☐ No  Actual Gross Weight  Total Num. Axles:

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0  How Notified DISPATCH  Time Arrived (24HR:MM) 0 6 4 0  Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No  Investigator Name (Printed) HARPER, G.    MARTIN, K    ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0  *Agency FORT WORTH POLICE DEPARTMENT    Service/Region/DA C E N T R L

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE  [ ] SCHOOL BUS

Total Num. Units 1 4 8

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 115 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. TL   ★1 Hwy. Num. 35   2 Rdwy. Part 1   Block Num. 2600   3 Street Prefix   ★Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/Toll Lane
Speed Limit
Const. Zone [ ] Yes [X] No
Workers Present [ ] Yes [X] No
Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num. 115   5 Unit Desc. 1   [ ] Parked Vehicle  [ ] Hit and Run   LP State TX   LP Num. JBS0374   VIN 1 F T M F 1 C F 6 G K E 1 9 3 2 8

Veh. Year 2 0 1 6   6 Veh. Color WHI   6 Veh. Make FORD   Veh. Model F150   7 Body Style PK   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 08662708   9 DL Class CM   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 5 / 2 4 / 1 9 5 7

Address (Street, City, State, ZIP): 4905 TRAILS EDGE DR   ARLINGTON   TX 76017

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SCHULTZ  LESTER  HOWARD | B | 63 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable — Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: FOX ELECTRIC LTD   1104 COLORADO LN   ARLINGTON TX 76015

Proof of Fin.Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name TRAVELERS   Fin. Resp. Num. 2N938315

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  12-  FD-7   27 Vehicle Damage Rating 2  6-  RD-7   Vehicle Inventoried [ ] Yes [X] No

Towed By UNKNOWN   Towed To UNKNOWN

---

Unit Num. 116   5 Unit Desc. 1   [ ] Parked Vehicle  [ ] Hit and Run   LP State TX   LP Num. LHK6873   VIN 1 F T 8 W 3 B T 2 J E C 5 5 4 0 8

Veh. Year 2 0 1 8   6 Veh. Color WHI   6 Veh. Make FORD   Veh. Model F350   7 Body Style PK   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 09615867   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 4 / 0 7 / 1 9 7 9

Address (Street, City, State, ZIP): 1701 BIRDS EYE RD   FORT WORTH   TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | TERRY  CODY  LEN | B | 41 | W | 1 | 1 | | N | | 96 | | 96 | 97 | 97 |

Not Applicable — Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: TERRY CODY LEN   1701 BIRDS EYE RD   FORT WORTH TX 76177

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name TEXAS FARM BUREAU   Fin. Resp. Num. 21664435

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  12-  FD-7   27 Vehicle Damage Rating 2  6-  RD-7   Vehicle Inventoried [ ] Yes [X] No

Towed By GUY SIMON TOWING   Towed To GUY SIMON TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 145 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 115 | 1 | LOCAL HOSP | SELF | / / | |
| 116 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | 30 Veh. Type |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name / Carrier's Primary Addr.

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.        MARTIN, K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE  [ ] SCHOOL BUS

Total Num. Units: 1 4 8
Total Num. Prsn: 1 6

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional-sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page: 117 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★1 Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[X] Toll Road/ Toll Lane
Speed Limit: 2000
Const. Zone: [ ] Yes [X] No
Workers Present: [ ] Yes [X] No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: [ ] Yes [X] No
1 Rdwy. Num.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
[X] FT [ ] MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 117
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: DG7B111
VIN: J M 1 B L 1 V F 9 C 1 5 0 2 9 2 7

Veh. Year: 2 0 1 2
6 Veh. Color: BLK
Veh. Make: MAZDA
Veh. Model: MAZDA3
7 Body Style: P4
Pol., Fire, EMS on Emergency (Explain in Narrative if checked): [ ]

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 27374941
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 6 / 1 4 / 1 9 9 3

Address (Street, City, State, ZIP): 9528 SILLS WAY    FORT WORTH    TX   76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 16 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KENNEDY    TAYLER    MICHELLE | B | 27 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: KENNEDY    TAYLER    MICHELLE    9528 SILLS WAY    FORT WORTH TX  76177

Proof of Fin. Resp.: [X] Yes [ ] No
[ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ALLSTATE
Fin. Resp. Num.: 836013631

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1:
27 Vehicle Damage Rating 2:
Vehicle Inventoried: [ ] Yes [X] No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING

---

Unit Num.: 118
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: NWT9056
VIN: 5 T B R T 3 4 1 1 S 1 9 8 4 0 8

Veh. Year: 2 0 0 1
6 Veh. Color: GRN
Veh. Make: TOYOTA
Veh. Model: TUNDRA
7 Body Style: PK
Pol., Fire, EMS on Emergency (Explain in Narrative if checked): [ ]

8 DL/ID Type: 99
DL/ID State: UN
DL/ID Num.:
9 DL Class: 99
10 CDL End.: 99
11 DL Rest.: 99
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP): UNKNOWN    UNKNOWN    UN   UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 16 Ethnicity | 16 Sex | 17 Eject. | 16 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN    UNKNOWN    UNK | 99 | | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: FLORES    CHIRSTOFER    B    6641 WHITLEY RD    WATAUGA    TX   76148

Proof of Fin. Resp.: [X] Yes [ ] No
[ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: CONSUMER COUNTY MUTUAL
Fin. Resp. Num.: 6079703892221

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1:
27 Vehicle Damage Rating 2:
Vehicle Inventoried: [ ] Yes [X] No

Towed By: BIVINS TOWING
Towed To: BIVINS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandran Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | (24HR:MM) |
|---|---|---|---|---|---|
| 117 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: | |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE.

## INVESTIGATOR

| Time Notified (24HRMM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn: 6

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

Page 119 1 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

| Field | Value |
|---|---|
| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 |
| ★Crash Time (24HRMM) | 0 6 0 0 |
| Case ID | 210011068 |
| Local Use | |

★County Name: TARRANT
★City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL   ★Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

☒ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☒ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

## VEHICLE, DRIVER, & PERSONS — Unit 119

Unit Num.: 119   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: KFS8884   VIN: 1 F M 5 K 7 F 8 6 D G C 2 4 5 1 7

Veh. Year: 2 0 1 3   6 Veh. Color: BRO   Veh. Make: FORD   Veh. Model: EXPLORER   7 Body Style: SV   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 13324712   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: A   DOB (MM/DD/YYYY): 0 5 / 0 7 / 1 9 7 0

Address (Street, City, State, ZIP): 8304 TRICKHAM BEND   FORT WORTH   TX   76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MOOS   RUSSEL   HOWARD | N | 50 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: MOOS   RUSSEL   HOWARD   8304 TRICKHAM BEND   FORT WORTH TX 76131

Proof of Fin. Resp.: ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: PROGRESSIVE   Fin. Resp. Num.: 930823462

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 6⁻ RD⁻ 5   27 Vehicle Damage Rating 2: 12⁻ FD⁻ 5   Vehicle Inventoried: ☐ Yes ☒ No

Towed By: CARDINAL TOWING   Towed To: CARDINAL TOWING

## VEHICLE, DRIVER & PERSONS — Unit 120

Unit Num.: 120   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: 99538P7   VIN: 5 N M S 5 C A A L H 2 9 1 0 1 9

Veh. Year: 2 0 2 0   6 Veh. Color: WHI   Veh. Make: HYUNDAI   Veh. Model: SANTA FE   7 Body Style: SV   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 02797937   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 2 / 0 7 / 1 9 7 6

Address (Street, City, State, ZIP): 14621 SAN MADRID TRAIL   HASLET   TX   76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KLAPPRODT   CATHLEEN   GAIL | A | 45 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: KLAPPRODT   CATHLEEN   GAIL   14621 SAN MADRID TRAIL   HASLET   TX   76052

Proof of Fin. Resp.: ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: TRAVELERS   Fin. Resp. Num.: 6036993542221

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: -   27 Vehicle Damage Rating 2: -   Vehicle Inventoried: ☐ Yes ☒ No

Towed By: CARDINAL TOWING   Towed To: CARDINAL TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alesandro Garvan
Page 120 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 120 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
| 31 Bus Type | ☐ RGWR ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | ☐ RGWR ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGWR ☐ GVWR | | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: | |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☑ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA  C E N T R L |

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY
[X] FATAL [X] CMV [ ] SCHOOL BUS [ ] RAILROAD [ ] MAB [ ] SUPPLEMENT [ ] ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8
Total Num. Prsn 7/28/2021 11:35 AM

Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 121 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM) 0 6 0 0   Case ID 210011068   Local Use

★County Name TARRANT   ★City Name FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. 1   ★Hwy. Num. 35   2 Rdwy. Part 1   Block Num. 2600   3 Street Prefix   ★Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [ ] Toll Road/ Toll Lane   Speed Limit   Const. Zone [ ]Yes [X]No   Workers Present [ ]Yes [X]No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [ ] No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. 121   5 Unit Desc. 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State TX   LP Num. KCY8844   VIN 3 G C P C R E C 0 H G 2 0 1 6 9 0

Veh. Year 2 0 1 7   6 Veh. Color WHI   Veh. Make CHEVROLET   Veh. Model SILVERADO C1500   7 Body Style PK   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 09738014   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 7 / 1 1 / 1 9 8 0

Address (Street, City, State, ZIP) 2748 TRIANGLE LEAF DR   KELLER   TX   76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | POMPA       SHAWN       MICAEL | 99 | 40 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   EMR ELEVATOR INC   2320 MICHIGAN CT   ARLINGTON   TX   76016

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name ALLIED WORLD   Fin. Resp. Num. 60000341

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 12−   FD−7   27 Vehicle Damage Rating 2 7−   BR−7   Vehicle Inventoried [ ]Yes [X]No

Towed By BIVINS WRECKER   Towed To BIVINS WRECKER

---

Unit Num. 122   5 Unit Desc. 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State TX   LP Num. JNP1739   VIN W A 1 C 2 A F P X H A 0 1 0 9 4

Veh. Year 2 0 1 7   6 Veh. Color WHI   Veh. Make AUDI   Veh. Model Q5   7 Body Style SV   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 26039530   9 DL Class C   10 CDL End. 96   11 DL Rest. A   DOB (MM/DD/YYYY) 0 5 / 0 6 / 1 9 9 2

Address (Street, City, State, ZIP) 12212 SWEET LEAF CT   FORT WORTH   TX   76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WHITE       DANIELLE       NICOLE | A | 28 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   WHITE       DANIELLE       NICOLE   12212 SWEET LEAF CT   FORT WORTH   TX   76244

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name PROGRESSIVE   Fin. Resp. Num. 928172437

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 12−   FD−6   27 Vehicle Damage Rating 2 6−   RD−5   Vehicle Inventoried [ ]Yes [X]No

Towed By LONESTAR TOWING   Towed To LONESTAR TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alejandraa Galvan
Page 322 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time (24HR:MM) |
|---|---|---|---|---|---|
| 122 | 1 | HARRIS METH | MEDSTAR 30 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | 30 Veh. Type |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. | MARTIN, K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn: 3 6

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page: 123 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

| ★County Name | TARRANT | ★City Name | FORT WORTH | [ ] Outside City Limit |
|---|---|---|---|---|

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No

Latitude (decimal degrees): 3 2 . 7 9 5 1 3

Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. | TL | ★Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | ★Street Name | | 4 Street Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot

[ ] Toll Road/ Toll Lane

Speed Limit

Const. Zone [ ]Yes [ ]No

Workers Present [ ]Yes [ ]No

Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | [ ]Yes [ ]No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 2500 | Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker | 1000 | [X]FT [ ]MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | RRX Num. | |
|---|---|---|---|---|---|---|---|---|---|

| Unit Num. 123 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State IN | LP Num. 2712385 | VIN 3 A K J H F G 7 J S J 2 0 9 4 3 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 8 | 6 Veh. Color WHI | Veh. Make FREIGHTLINER | Veh. Model UNKNOWN | 7 Body Style TT | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State FL | DL/ID Num. S534420872190 | 9 DL Class 98 | 10 CDL End. 98 | 11 DL Rest. 98 | DOB (MM/DD/YYYY) 0 6 / 0 9 / 1 9 8 7 |
|---|---|---|---|---|---|---|

| Address (Street, City, State, ZIP) | 1271 WOODMAN WAY | ORLANDO | FL | 32818 |
|---|---|---|---|---|

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SAINT LOT   JEAN   MARIE | N | 33 | B | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 13 | CLEMENT   FRANTZ | B | 36 | B | 1 | 1 | 97 | 1 | 97 | N | Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | RYDER TRUCK   RENTAL INC 11690 NW 105TH ST | MIAMI | FL | 33178 |
|---|---|---|---|---|---|

| Proof of Fin. Resp. [X]Yes [ ]No | [ ]Expired [ ]Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name NATIONAL CONTINENTAL | Fin. Resp. Num. COH0005261854-0 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1   12- FD-7 | 27 Vehicle Damage Rating 2 | Vehicle Inventoried [ ]Yes [X]No |
|---|---|---|---|

| Towed By | MILNER TOWING | Towed To | MILNER TOWING |
|---|---|---|---|

| Unit Num. 124 | 5 Unit Desc. 6 | [X] Parked Vehicle | [ ] Hit and Run | LP State IN | LP Num. P187155 | VIN 1 0 W 1 A 5 3 2 2 8 8 5 0 1 9 9 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 0 8 | 6 Veh. Color WHI | Veh. Make STANDARD TRAILER CO | Veh. Model NOT APPLICABLE | 7 Body Style TL | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|

| Address (Street, City, State, ZIP) | | | |
|---|---|---|---|

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | FEDEX GROUND 1000 FEDEX DR | PITTSBURGH | PA | 15108 |
|---|---|---|---|---|---|

| Proof of Fin. Resp. [X]Yes [ ]No | [ ]Expired [ ]Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name NATIONAL CONTINENTAL | Fin. Resp. Num. COH0005261854-0 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1   6- RD-3 | 27 Vehicle Damage Rating 2 | Vehicle Inventoried [ ]Yes [X]No |
|---|---|---|---|

| Towed By | MILNER TOWING | Towed To | MILNER TOWING |
|---|---|---|---|

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 324 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 123 | 2 | LOCAL HOSPITAL | SELF | / / | | | | |
| | | | | / / | | | | |
| | | | | / / | | | | |
| | | | | / / | | | | |
| | | | | / / | | | | |
| | | | | / / | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. 123 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 02936569 | 30 Veh. Type 9 |

Carrier's Corp. Name  SIMON EXPRESS   Carrier's Primary Addr.  545 METRO PLACE S ST #100   COLUMBUS   OH   43017

| 31 Bus Type 0 | ☐ RGVW ☒ GVWR 8 0 0 0 0 | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 3 |

| Unit Num. 124 | ☐ RGVW ☒ GVWR 6 5 0 0 0 | 34 Trlr. Type 2 | CMV Disabling Damage? ☒ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.   MARTIN,K | ID Num. 3380-3421 |

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE  ☐ SCHOOL BUS

Electronically Filed
7/28/2021 11:36 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units **1 4 8**
Total Num. Units **3 6**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: **125** of **149**

### IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): **0 2 / 1 1 / 2 0 2 1**
★Crash Time (24HRMM): **0 6 0 0**
Case ID: **210011068**
Local Use:

★County Name: **TARRANT**
★City Name: **FORT WORTH**
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No
Latitude (decimal degrees): **3 2 . 7 9 5 1 3**
Longitude (decimal degrees): **− 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: **TL**  |  ★Hwy. Num.: **35**  |  2 Rdwy. Part: **1**  |  Block Num.: **2600**  |  3 Street Prefix:  |  ★Street Name:  |  4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone  ☐ Yes ☒ No
Workers Present  ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No  |  1 Rdwy. Sys.: **LR**  |  Hwy. Num.:  |  2 Rdwy. Part:  |  Block Num.: **2500**  |  3 Street Prefix: **NE**  |  Street Name: **28TH**  |  4 Street Suffix: **ST**

Distance from Int. or Ref. Marker: **1000**  ☒ FT  ☐ MI
3 Dir. from Int. or Ref. Marker: **S**
Reference Marker:
Street Desc.: **HWY**
RRX Num.:

### VEHICLE, DRIVER, & PERSONS

Unit Num.: **125**  |  5 Unit Desc.: **1**  |  ☐ Parked Vehicle  ☐ Hit and Run  |  LP State: **TX**  |  LP Num.: **CPY4837**  |  VIN: **1 F T W W 3 1 P 7 7 E A 9 3 8 2 8**

Veh. Year: **2 0 0 7**  |  6 Veh. Color: **WHI**  |  Veh. Make: **FORD**  |  Veh. Model: **F350**  |  7 Body Style: **PK**  |  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: **1**  |  DL/ID State: **TX**  |  DL/ID Num.: **07225463**  |  9 DL Class: **C**  |  10 CDL End.: **96**  |  11 DL Rest.: **96**  |  DOB (MM/DD/YYYY): **1 0 / 0 2 / 1 9 7 3**

Address (Street, City, State, ZIP): **1337 VALLET DR**      **JUSTIN**  **TX**  **76247**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WELLS  MICHAEL  HENRY | K | 47 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address: **GEEP MECHANICAL**  **3640 8TH AVE**      **FORT WORTH TX 76110**

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt  |  26 Fin. Resp. Type: **1**  |  Fin. Resp. Name: **AMERISURE**  |  Fin. Resp. Num.: **CA1281769**

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: **12−**  **FD-7**
27 Vehicle Damage Rating 2: **6−**  **RD-7**
Vehicle Inventoried  ☐ Yes ☒ No

Towed By: **GUY SIMMONS TOWING**
Towed To: **GUY SIMMONS TOWING**

---

Unit Num.: **126**  |  5 Unit Desc.: **1**  |  ☐ Parked Vehicle  ☐ Hit and Run  |  LP State: **TX**  |  LP Num.: **NXX0230**  |  VIN: **1 H G C R 2 F 8 5 H A 1 8 2 9 8**

Veh. Year: **2 0 1 7**  |  6 Veh. Color: **GRY**  |  Veh. Make: **HONDA**  |  Veh. Model: **ACCORD**  |  7 Body Style: **P4**  |  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: **1**  |  DL/ID State: **TX**  |  DL/ID Num.: **08324125**  |  9 DL Class: **C**  |  10 CDL End.: **96**  |  11 DL Rest.: **96**  |  DOB (MM/DD/YYYY): **1 0 / 2 3 / 1 9 8 6**

Address (Street, City, State, ZIP): **2308 BLACKRAIL CT**      **NORTHLAKE**  **TX**  **76226**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GERRED  TIFFANY  LOUANN | K | 34 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address:

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt  |  26 Fin. Resp. Type: **1**  |  Fin. Resp. Name: **STATE FARM**  |  Fin. Resp. Num.: **372 0759 J01 43C 001**

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: **12−**  **FD-7**
27 Vehicle Damage Rating 2: **6−**  **RD-7**
Vehicle Inventoried  ☐ Yes ☒ No

Towed By: **GUY SIMMONS TOWING**
Towed To: **GUY SIMMONS TOWING**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 326 of 449

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | | TxDOT Crash ID | |
|---|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 125 | 1 | TARRANT COUNTY MORGUE | FORT WORTH FUNERALS AND CREMATIONS | 02/11/2021 | 06:03 |
| 126 | 1 | TARRANT COUNTY MORGUE | FORT WORTH FUNERALS AND CREMATIONS | 02/11/2021 | 06:03 |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| – Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGWW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGWW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGWW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0620 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0640 | Report Date (MM/DD/YYYY) | 03/01/2021 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN, K | | ID Num. 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Total Num. Units  1  4  8
Total Num. Prsn  6
Page 127 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★1 Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☒ Toll Road/Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No
1 Rdwy. Num.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  ☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: 127
5 Unit Desc.: 1
☐ Parked Vehicle  ☐ Hit and Run
LP State: TX
LP Num.: MCMC4
VIN: 5 X X G T 4 L 3 8 J G 1 8 1 5 1 4

Veh. Year: 2 0 2 1
6 Veh. Color: BLU
Veh. Make: KIA
Veh. Model: OPTIMA
7 Body Style: P4
Pol., Fire, EMS on Emergency (Explain in Narrative if checked):

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 27217915
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: A
DOB (MM/DD/YYYY): 0 1 / 2 0 / 1 9 6 7

Address (Street, City, State, ZIP): 14804 CEDAR FLAT WAY    ROANOKE    TX    76262

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LLOYD   RAYMOND   JOHN | B | 54 | W | 1 | 1 | 8 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: MIKE CARLSON MTR CO INC    264 EXCHANGE ST    BURLESON    TX    76028

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: SELF INSURED
Fin. Resp. Num.: SELF INSURED

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD-7
27 Vehicle Damage Rating 2: 6- RD-7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BIVINS TOWING
Towed To: BIVINS TOWING

---

Unit Num.: 128
5 Unit Desc.: 1
☐ Parked Vehicle  ☐ Hit and Run
LP State: TX
LP Num.: NCX3077
VIN: 1 F T E X 1 C 4 6 L K D 7 9 0 5 2

Veh. Year: 2 0 2 0
6 Veh. Color: WHI
Veh. Make: FORD
Veh. Model: F150
7 Body Style: PK
Pol., Fire, EMS on Emergency (Explain in Narrative if checked):

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 06631778
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 1 1 / 2 7 / 1 9 6 0

Address (Street, City, State, ZIP): 9460 LECHNER RD    FORT WORTH    TX    76179

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | NORMAN   WILLIAM   M | B | 60 | W | 1 | 1 | 8 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: ENTERPRISE FM TRUST    9315 OLIVE BLVD    ST LOUIS    MO    63132

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: UNKNOWN
Fin. Resp. Num.: UNKNOWN

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD-7
27 Vehicle Damage Rating 2: 6- RD-7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: MILNER TOWING
Towed To: MILNER TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Sahran

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 127 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 128 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

Unit Num. ☐ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☐ Yes ☐ No   28 Veh. Oper.   29 Carrier ID Type   Carrier ID Num.

Carrier's Corp. Name   Carrier's Primary Addr.   30 Veh. Type

31 Bus Type   ☐ RGVW ☐ GVWR   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type

Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

Sequence Of Events   35 Seq. 1   35 Seq. 2   35 Seq. 3   35 Seq. 4

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Unit # | Contributing | May Have Contrib. | | | | | | | |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN, K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

Electronically Filed
7/28/2021 1:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE  ☐ SCHOOL BUS

Total Num. Units **1 4 8**  Total Num. Prsn

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page **129** of **149**

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): **0 2 / 1 1 / 2 0 2 1**
★Crash Time (24HRMM): **0 6 0 0**
Case ID: **210011068**
Local Use:

★County Name: **TARRANT**
★City Name: **FORT WORTH**
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): **3 2 . 7 9 5 1 3**
Longitude (decimal degrees): **− 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: **1**  ★Hwy. Num.: **35**  2 Rdwy. Part: **1**  Block Num.: **2600**  3 Street Prefix:  ★Street Name:  4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
Toll Road/ Toll Lane: ☐
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: **LR**
Hwy. Num.:
2 Rdwy. Part:
Block Num.: **2500**
3 Street Prefix: **NE**
Street Name: **28TH**
4 Street Suffix: **ST**

Distance from Int. or Ref. Marker: **1000** ☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: **S**
Reference Marker:
Street Desc.: **HWY**
RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: **129**  5 Unit Desc.: **1**  ☐ Parked Vehicle  ☐ Hit and Run  LP State: **TX**  LP Num.: **00177H7**  VIN: **1 G N F C 1 3 J 1 7 R 2 3 1 1 2 6**  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year: **2 0 0 7**  6 Veh. Color: **BLU**  Veh. Make: **CHEVROLET**  Veh. Model: **TAHOE C1500**  7 Body Style: **SV**

8 DL/ID Type: **99**  DL/ID State: **UN**  DL/ID Num.:  9 DL Class: **99**  10 CDL End.: **99**  11 DL Rest.: **99**  DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP): **UNKNOWN**  **UNKNOWN**  **UN UNK**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 1 | UNKNOWN   UNKNOWN   UNK | 99 | 99 | 99 | 99 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: **CARROLL   CHARLES**  **6301 SPOKANE DR**  **FORT WORTH TX 76179**

Proof of Fin. Resp.: ☐ Yes ☒ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type:  Fin. Resp. Name:  Fin. Resp. Num.:

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: **12- FD-7**  27 Vehicle Damage Rating 2: **6- RD-7**  Vehicle Inventoried: ☐ Yes ☒ No

Towed By: **BIVINS WRECKER**  Towed To: **BIVINS WRECKER**

---

Unit Num.: **130**  5 Unit Desc.: **1**  ☐ Parked Vehicle  ☐ Hit and Run  LP State: **TX**  LP Num.: **MMK0537**  VIN: **J M 3 K E 4 C Y 0 G 0 7 9 2 8 1 1**  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year: **2 0 1 6**  6 Veh. Color: **BLK**  Veh. Make: **MAZDA**  Veh. Model: **CX-7**  7 Body Style: **SV**

8 DL/ID Type: **1**  DL/ID State: **TX**  DL/ID Num.: **13342870**  9 DL Class: **C**  10 CDL End.: **96**  11 DL Rest.: **96**  DOB (MM/DD/YYYY): **1 0 / 3 0 / 1 9 5 6**

Address (Street, City, State, ZIP): **6016 OAK HILL RD**  **WATAUGA**  **TX 76148**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FRANCIS   JEFFREY   LYNN | A | 64 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 3 | FRANCIS   JENNIFER | A | 50 | W | 2 | 1 | 5 | 97 | N | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: **FRANCIS   JEFFREY   LYNN**  **6016 OAK HILL RD**  **WATAUGA   TX   76148**

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: **1**  Fin. Resp. Name: **FARMERS**  Fin. Resp. Num.: **44823994**

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: **12- FD-7**  27 Vehicle Damage Rating 2: **6- RD-7**  Vehicle Inventoried: ☐ Yes ☒ No

Towed By: **LONESTAR TOWING**  Towed To: **LONESTAR TOWING**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

Page 130 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 130 | 1 | JOHN PETER SMITH | MEDSTAR63 | / / | |
| 130 | 2 | JOHN PETER SMITH | MEDSTAR63 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.    MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L |
|---|---|---|---|

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Total Num. Units: 1 4 8
Total Num. Prsn: 1 6
Page: 131 of 149

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | | Outside City Limit ☐ |

★County Name: TARRANT   ★City Name: FORT WORTH

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: | ★1 Hwy. Num.: 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot

☒ Toll Road/ Toll Lane | Speed Limit | Const. Zone ☐ Yes ☒ No | Workers Present ☐ Yes ☒ No | Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No | 1 Rdwy. Sys.: LR | Hwy. Num.: | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name: 28TH | 4 Street Suffix ST

Distance from Int. or Ref. Marker: 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker: S | Reference Marker | Street Desc. HWY | RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 131 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. BK2L525 | VIN: 1 H G E S 1 6 5 X 3 L 0 1 0 5 3 3

Veh. Year 2 0 0 3 | 6 Veh. Color SIL | Veh. Make HONDA | Veh. Model CIVIC | 7 Body Style P4 | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP): UNKNOWN   UNKNOWN   UN   UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 1 | UNKNOWN   UNKNOWN   UNK | 99 | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee | Owner/Lessee Name & Address: UNKNOWN   UNKNOWN   UNK   UNKNOWN   UN   UNK

Proof of Fin. Resp. ☐ Yes ☒ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | Fin. Resp. Name | Fin. Resp. Num.

Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1: 12− FD−7 | 27 Vehicle Damage Rating 2: 6− RD−7 | Vehicle Inventoried ☐ Yes ☒ No

Towed By: PURRFECT TOWING | Towed To: PURRFECT TOWING

---

Unit Num. 132 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. MWB6163 | VIN: 4 S 4 B T A N C 8 L 3 1 1 7 4 8

Veh. Year 2 0 2 0 | 6 Veh. Color GRY | Veh. Make SUBARU | Veh. Model OUTBACK | 7 Body Style P4 | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 06580483 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 9 / 0 2 / 1 9 5 4

Address (Street, City, State, ZIP): 12741 LIZZIE PL   FORT WORTH   TX   76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SPRATLIN   SHEREE   WARNER | A | 66 | W | 2 | 1 | 4 | 97 | 1 | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee | Owner/Lessee Name & Address: SPRATLIN   SHEREE   WARNER   12741 LIZZIE PL   FORT WORTH   TX   76244

Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name FARMERS INS | Fin. Resp. Num. 44729837

Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1: 12− FD−7 | 27 Vehicle Damage Rating 2: 7− BL−7 | Vehicle Inventoried ☐ Yes ☒ No

Towed By: TEXAS TOWING | Towed To: TEXAS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 132 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev.1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 132 | 1 | MEDICAL CITY FORT WORTH | MEDSTAR56 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | 30 Veh. Type |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | |
|---|---|---|---|

| 31 Bus Type | ☐ RGWW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGWW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGWW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN, K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units  1 4 8
Total Num. Prsn

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 133 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID 210011068
Local Use

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. TL | ★ Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☐ No
Workers Present ☐ Yes ☐ No
Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST

Distance from Int. or Ref. Marker 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker S
Reference Marker
Street Desc. HWY
RRX Num.

**VEHICLE, DRIVER & PERSONS**

Unit Num. 133 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. CVY6348 | VIN 1 F T R X 1 8 L 6 X K B 3 4 2 6

Veh. Year 1 9 9 9 | 6 Veh. Color BLK | Veh. Make FORD | Veh. Model F150 | 7 Body Style PK | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP): UNKNOWN     UNKNOWN     UN   UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 1 | UNKNOWN    UNKNOWN    UNK | 99 | | 99 | 99 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: UNKNOWN   UNKNOWN   UNK   UNKNOWN   UNKNOWN   UN   UNK

Proof of Fin. Resp. ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name FOREMOST COUNTY MUTUAL
Fin. Resp. Num. 43G00979206802

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  12⁻   FD⁻7
27 Vehicle Damage Rating 2  −
Vehicle Inventoried ☐ Yes ☒ No

Towed By PURRFECT TOWING
Towed To PURRFECT TOWING

Unit Num. 134 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. FCH2874 | VIN J M 3 E R 2 B 5 1 B 6 5 1 3

Veh. Year 2 0 1 1 | 6 Veh. Color BLK | Veh. Make MAZDA | Veh. Model CX-7 | 7 Body Style SV | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 34180404 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 1 0 / 2 9 / 1 9 8 3

Address (Street, City, State, ZIP): 1700 SUNFLOWER DR     CORINTH     TX  76210

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | THOMAS    BRIAN    MICHAEL | B | 37 | W | 1 | 1 | 5 | | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: THOMAS   BRIAN   MICHAEL   1700 SUNFLOWER DR   CORINTH   TX   76210

Proof of Fin. Resp. ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name ALLSTATE
Fin. Resp. Num. 836135388

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  12⁻   FD⁻7
27 Vehicle Damage Rating 2  6⁻   RD⁻5
Vehicle Inventoried ☐ Yes ☒ No

Towed By TEXAS TOWING
Towed To TEXAS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 136 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 134 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.   MARTIN,K | ID Num. | 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**  Total Num. Prsn **Electronically Filed**

7/28/2021 11:36 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page **135** of **149**

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM): **0 6 0 0**   Case ID **210011068**   Local Use

★County Name **TARRANT**   ★City Name **FORT WORTH**   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **TL**   ★Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. **135**   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **MWY2440**   VIN **1 F T E W 1 E 5 4 K D 6 9 6 6 1**

Veh. Year **2 0 1 9**   6 Veh. Color **GRY**   Veh. Make **FORD**   Veh. Model **F150**   7 Body Style **PK**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State **TX**   DL/ID Num. **00985031**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 1 / 2 3 / 1 9 8 1**

Address (Street, City, State, ZIP) **1804 YOSEMITE LN**   **KELLER**   **TX**  **76248**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | TROTTER   DAVID   DENSON | B | 39 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **TROTTER   DAVID   DENSON   1804 YOSEMITE LN   KELLER   TX   76248**

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name **ALLSTATE**   Fin. Resp. Num. **886817956**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12- FD-7**   27 Vehicle Damage Rating 2   Vehicle Inventoried ☐ Yes ☒ No

Towed By **TEXAS TOWING**   Towed To **TEXAS TOWING**

## VEHICLE, DRIVER & PERSONS

Unit Num. **136**   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **KBM0726**   VIN **W A 1 C 2 A F P 1 G A 1 3 0 1 8**

Veh. Year **2 0 1 6**   6 Veh. Color **BLK**   Veh. Make **AUDI**   Veh. Model **Q5**   7 Body Style **SV**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State **TX**   DL/ID Num. **09861486**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 5 / 0 7 / 1 9 7 1**

Address (Street, City, State, ZIP) **4805 CARGILL CIR**   **KELLER**   **TX**  **76244**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HERRERA   NANCY   LEE | A | 49 | H | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **HERRERA   EDUARDO   4805 CARGILL CIR   FORT WORTH   TX   76244**

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name **PROGRESSIVE**   Fin. Resp. Num. **53458265**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12- FD-7**   27 Vehicle Damage Rating 2 **6- RD-7**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **PURRFECT TOWING**   Towed To **PURRFECT TOWING**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 135 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 135 | 1 | LOCAL HOSPITAL | SELF | / / | \| \| |
| 136 | 1 | HARRIS METHODIST DOWNTOWN | MEDSTAR30 | / / | \| \| |
| | | | | / / | \| \| |
| | | | | / / | \| \| |
| | | | | / / | \| \| |
| | | | | / / | \| \| |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | 30 Veh. Type | |

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|
| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE.

## INVESTIGATOR

| Time Notified (24Hr:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24Hr:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|
| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | | | ID Num. | 3380-3421 |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | | Service/Region/DA | C E N T R L |

Electronically Filed
7/28/2021 1:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY
[X] FATAL   [X] CMV   [ ] SCHOOL BUS   [ ] RAILROAD   [ ] MAB   [ ] SUPPLEMENT   [ ] ACTIVE SCHOOL ZONE

Total Num. Units  1 4 8   Total Num. Prsn

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 137 of 149

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |
|---|---|---|---|---|---|---|---|

★County Name  TARRANT     ★City Name  FORT WORTH     [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  [X] Yes  [ ] No
Latitude (decimal degrees)  3 2 . 7 9 5 1 3     Longitude (decimal degrees)  − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.  TL     ★Hwy. Num.  35     2 Rdwy. Part  1     Block Num.  2600     3 Street Prefix     ★Street Name     4 Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot     [X] Toll Road/ Toll Lane     Speed Limit     Const. Zone [ ] Yes [ ] No     Workers Present [ ] Yes [ ] No     Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.  [ ] Yes [X] No     1 Rdwy. Sys.  LR     Hwy. Num.     2 Rdwy. Part  1     Block Num.  2500     3 Street Prefix  NE     Street Name  28TH     4 Suffix  ST

Distance from Int. or Ref. Marker  1000     [X] FT [ ] MI     3 Dir. from Int. or Ref. Marker  S     Reference Marker     Street Desc.  HWY     RRR Num.

| Unit Num.  137 | 5 Unit Desc.  1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State  FL | LP Num.  R1CII | VIN  3 D 7 K U 2 8 C X 4 G 2 8 3 3 0 |

Veh. Year  2 0 0 4     6 Veh. Color  RED     Veh. Make  DODGE     Veh. Model  RAM 2500     7 Body Style  PK     Pol., Fire, EMS on Emergency (Explain in Narrative if checked) [ ]

8 DL/ID Type  1     DL/ID State  TX     DL/ID Num.  46254136     9 DL Class  C     10 CDL End.  96     11 DL Rest.  96     DOB (MM/DD/YYYY)  0 6 / 2 9 / 1 9 9 0

Address (Street, City, State, ZIP)  4304 TRANQUILITY DR     FORT WORTH     TX  76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | PATEL     MARK     LEON | B | 30 | W | 1 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee     Owner/Lessee Name & Address  PATEL     MARK     LEON
4304 TRANQUILITY DR     FORT WORTH  TX  76244

Proof of Fin. Resp.  [X] Yes [ ] No     [ ] Expired [ ] Exempt     26 Fin. Resp. Type  1     Fin. Resp. Name  UNKNOWN     Fin. Resp. Num.  UNKNOWN

Fin. Resp. Phone Num.     27 Vehicle Damage Rating 1  12-  FD- 7     27 Vehicle Damage Rating 2  3-  RP- 6     Vehicle Inventoried [ ] Yes [X] No

Towed By  GUY SIMMONS     Towed To  GUY SIMMONS

| Unit Num.  138 | 5 Unit Desc.  1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State  TX | LP Num.  HYF3713 | VIN  1 F T F W 1 C V 9 A F C 6 2 1 5 2 |

Veh. Year  2 0 1 0     6 Veh. Color  MAR     Veh. Make  FORD     Veh. Model  F150     7 Body Style  PK     [X] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type  99     DL/ID State  UN     DL/ID Num.     9 DL Class  99     10 CDL End.  99     11 DL Rest.  99     DOB (MM/DD/YYYY)  / /

Address (Street, City, State, ZIP)  UNKNOWN     UNKNOWN     UN  UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | | UNKNOWN     UNKNOWN     UNK | 99 | | 99 | 99 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee     Owner/Lessee Name & Address  LEE     THOMAS     JR
136 NAVAJO DR     KELLER  TX  76248

Proof of Fin. Resp.  [ ] Yes [ ] No     [ ] Expired [ ] Exempt     26 Fin. Resp. Type  1     Fin. Resp. Name  GEICO     Fin. Resp. Num.  4451596441

Fin. Resp. Phone Num.     27 Vehicle Damage Rating 1  12-  FD- 7     27 Vehicle Damage Rating 2  -  -     Vehicle Inventoried [ ] Yes [X] No

Towed By  LONE STAR TOWING     Towed To  LONE STAR

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerk
Reviewed By: Alesandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 137 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. | 3380-3421 |
|---|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

Electronically Filed
7/28/2021 1:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn: 

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 139 of 149

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL
★1 Hwy. Sys.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/ Toll Lane
Speed Limit:
Const. Zone: [ ] Yes [X] No
Workers Present: [ ] Yes [X] No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No
1 Rdwy. Num.:
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
[X] FT [ ] MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

---

Unit Num.: 139
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: JXM2353
VIN: 2 G 1 W G 5 E 3 7 D 1 1 8 9 4 8 1
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year: 2 0 1 3
6 Veh. Color: GRY
Veh. Make: CHEVROLET
Veh. Model: IMPALA
7 Body Style: P4

8 DL/ID Type: 
DL/ID State: TX
DL/ID Num.: 23253328
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 5 / 1 3 / 1 9 8 8

Address (Street, City, State, ZIP): 5013 SHACKLEFORD   FORT WORTH   TX   76119

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ARMSTRONG   ALEXANDER   JACQUETTE | B | 32 | B | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: ARMSTRONG   ALEXANDER   JACQUETTE   5013 SHACKLEFORD   FORT WORTH   TX   76119

Proof of Fin. Resp.: [ ] Yes [X] No
[ ] Expired [ ] Exempt
26 Fin. Resp. Type:
Fin. Resp. Name:
Fin. Resp. Num.:

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 6- RD 7
27 Vehicle Damage Rating 2: 12- FD 5
Vehicle Inventoried: [ ] Yes [X] No

Towed By: PURRFECT TOWING
Towed To: PURRFECT TOWING

---

Unit Num.: 140
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: LHD1926
VIN: 1 G Y S 4 N K J 8 F R 1 0 4 9 9 3
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year: 2 0 2 1
6 Veh. Color: SIL
Veh. Make: CADILLAC
Veh. Model: ESCALADE
7 Body Style: SV

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 34089531
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 9 / 0 2 / 1 9 7 0

Address (Street, City, State, ZIP): 821 BIG SKY WAY   ARGYLE   TX   76226

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DANIEL   LESLIE   S | B | 50 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: DANIEL   LESLIE   S   821 BIG SKY WAY   ARGYLE   TX   76226

Proof of Fin. Resp.: [X] Yes [ ] No
[ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: FARMERS
Fin. Resp. Num.: 44226567

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD 4
27 Vehicle Damage Rating 2: -
Vehicle Inventoried: [ ] Yes [X] No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Page 149 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | | TxDOT Crash ID | |
|---|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 139 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 140 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |  |

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|
| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | | ID Num. | 3380-3421 |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | | Service/ Region/DA | C E N T R L |

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL [X] CMV [ ] SCHOOL BUS [ ] RAILROAD [ ] MAB [ ] SUPPLEMENT [ ] ACTIVE SCHOOL ZONE

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units 1 4 8
Total Num. Prsn

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 141 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM) 0 6 0 0   Case ID 210011068   Local Use

★County Name TARRANT   ★City Name FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) — 0 9 7 . 3 2 2 7 0 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. TL   ★Hwy. Num. 35   2 Rdwy. Part 1   Block Num. 2600   3 Street Prefix   ★Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [ ] Toll Road/ Toll Lane   Speed Limit   Const. Zone [ ] Yes [ ] No   Workers Present [ ] Yes [X] No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [ ] No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   [X] FT [ ] MI   3 Dir. from Int. S   Reference Marker   Street Desc. HWY   RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. 141   5 Unit Desc. 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State TX   LP Num. DJZ7317   VIN S A L A E 2 5 X 6 A 3 7 1 0 7

Veh. Year 2 0 0 6   6 Veh. Color BLU   Veh. Make LAND ROVER   Veh. Model LR3   7 Body Style SV   Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 06457878   9 DL Class C   10 CDL End. 96   11 DL Rest. A   DOB (MM/DD/YYYY) 1 1 / 2 1 / 1 9 5 4

Address (Street, City, State, ZIP) 7733 MARBLE CANYON DR   FORT WORTH   TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | THOMASON LINDA G | B | 66 | W | 2 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   THOMASON JOHN
7733 MARBLE CANYON DR   FORT WORTH TX 76137

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name FARMERS   Fin. Resp. Num. 45566488

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 12- FD-3   27 Vehicle Damage Rating 2 -   Vehicle Inventoried [ ] Yes [X] No

Towed By BIVINS TOWING   Towed To BIVINS TOWING

---

Unit Num. 142   5 Unit Desc. 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State TX   LP Num. MDD5120   VIN 5 X Y P G D A 5 3 E G 1 5 5 3

Veh. Year 2 0 1 4   6 Veh. Color WHI   Veh. Make FORD   Veh. Model F150   7 Body Style PK   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 04890219   9 DL Class CM   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 4 / 2 1 / 1 9 8 8

Address (Street, City, State, ZIP) 4059 TULIP TREE DR   FORT WORTH   TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | BIRD IAN P | B | 32 | W | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   BIRD IAN P   FORT WORTH TX 76137
4059 TULIP TREE DR

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name USAA   Fin. Resp. Num. 027225590 7101

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 12- FD-6   27 Vehicle Damage Rating 2 -   Vehicle Inventoried [ ] Yes [X] No

Towed By BIVINS TOWING   Towed To BIVINS TOWING

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 142 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | | TxDOT Crash ID | |
|---|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 141 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 142 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | Carrier's Primary Addr. | | 30 Veh. Type |
|---|---|---|---|

| 31 Bus Type | RGVW GVWR | HazMat Released Yes No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | RGVW GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes No | Unit Num. | RGVW GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit Yes No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering -Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | Yes ☒ No ☐ | Investigator Name (Printed) | HARPER, G. | MARTIN, K | | ID Num. | 3380-3421 |
|---|---|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL [X] CMV [ ] RAILROAD [ ] MAB [ ] SUPPLEMENT [ ] ACTIVE SCHOOL ZONE [ ] SCHOOL BUS

Total Num. Units 1 4 8

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 143 of 149

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |
|---|---|---|---|---|---|---|---|

| ★County Name | TARRANT | ★City Name | FORT WORTH | | [ ] Outside City Limit |
|---|---|---|---|---|---|

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No

| Latitude (decimal degrees) | 3 2 . 7 9 5 1 3 | Longitude (decimal degrees) | — 0 9 7 . 3 2 2 7 7 |
|---|---|---|---|

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. | TL | ★Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|---|---|---|

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot

| [ ] Toll Road/ Toll Lane | Speed Limit | Const. Zone [ ] Yes [X] No | Workers Present [ ] Yes [X] No | Street Desc. |
|---|---|---|---|---|

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | [ ] Yes [ ] No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | | Block Num. 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker | 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | RRX Num. | |
|---|---|---|---|---|---|---|---|---|---|---|

**VEHICLE, DRIVER & PERSONS**

| Unit Num. 143 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. NVD5172 | VIN | 1 C 6 S R F J T 4 L N 3 9 5 2 8 9 |
|---|---|---|---|---|---|---|---|

| Veh. Year | 2 0 2 0 | 6 Veh. Color | WHI | Veh. Make | DODGE | Veh. Model | RAM 1500 | 7 Body Style | PK | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|---|---|---|---|---|

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 3644117 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | 96 | DOB (MM/DD/YYYY) | 0 4 / 2 4 / 1 9 8 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Address (Street, City, State, ZIP) | 506 RANCHWOOD DR | JUSTIN | TX | 76247 |
|---|---|---|---|---|

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | OSBORNE WESLEY ADAM | N | 34 | W | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | SABER-POWER SERVICES 9841 SABER POWER LN | ROSHARON TX 77583 |
|---|---|---|---|

| Proof of Fin. Resp. | [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | GREAT NORTHERN | Fin. Resp. Num. | 73617769 |
|---|---|---|---|---|---|---|---|---|

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 6- RD- 2 | 27 Vehicle Damage Rating 2 | - - | Vehicle Inventoried | [ ] Yes [X] No |
|---|---|---|---|---|---|---|---|

| Towed By | CARDINAL TOWING | Towed To | CARDINAL TOWING |
|---|---|---|---|

| Unit Num. 144 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. MKM2960 | VIN | 1 N 4 B L 4 B V 5 L C 1 3 7 9 0 |
|---|---|---|---|---|---|---|---|

| Veh. Year | 2 0 2 0 | 6 Veh. Color | SIL | Veh. Make | NISSAN | Veh. Model | ALTIMA | 7 Body Style | P4 | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|---|---|---|---|---|

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 15669974 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | 96 | DOB (MM/DD/YYYY) | 1 2 / 0 3 / 1 9 6 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Address (Street, City, State, ZIP) | 409 CLAIREMONT AVE | FORT WORTH | TX | 76103 |
|---|---|---|---|---|

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GOULD LORENZO | B | 52 | B | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | EAN HOLDINGS LLC 14002 EAST 21ST ST #1500 | TULSA OK 74134 |
|---|---|---|---|

| Proof of Fin. Resp. | [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | TEXAS FARM BUREAU | Fin. Resp. Num. | 23229982 |
|---|---|---|---|---|---|---|---|---|

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 12- FD- 7 | 27 Vehicle Damage Rating 2 | 3- R&T- 7 | Vehicle Inventoried | [ ] Yes [X] No |
|---|---|---|---|---|---|---|---|

| Towed By | MILNER TOWING | Towed To | MILNER TOWING |
|---|---|---|---|

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan
Page 146of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 144 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGWR ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGWR ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGWR ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Electronically Filed
Total Num. Units 1 4 8
Total Num Prsn

7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page 145 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID 210011068 | Local Use | |

| ★County Name TARRANT | ★City Name FORT WORTH | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No | Latitude (decimal degrees) 3 2 . 7 9 5 1 3 | Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. TL | ★Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☐ Toll Road/ Toll Lane | Speed Limit | Const. Zone ☐ Yes ☒ No | Workers Present ☐ Yes ☒ No | Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |

| Distance from Int. or Ref. Marker 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. |

| Unit Num. 145 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. FLY1363 | VIN 2 G K F L R E 3 9 F 6 2 2 0 1 2 2 |

| Veh. Year 2 0 1 5 | 6 Veh. Color BLK | Veh. Make GMC | Veh. Model TERRAIN | 7 Body Style SV | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 33739641 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 2 / 1 3 / 1 9 9 5 |

Address (Street, City, State, ZIP) 1012 KEYSTONE CT                          DENTON                    TX  76207

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ROBINSON    JESSE | B | 25 | W | 1 | 1 | 2 | | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | WISE        SHELBY 2606 DURANGO RIDGE DR | BEDFORD      TX  76021 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name USAA | Fin. Resp. Num. 020332195 7101 |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1   12− | FD− 7 | 27 Vehicle Damage Rating 2 | − | Vehicle Inventoried ☐ Yes ☒ No |

| Towed By ALLIANCE TOWING KELLER | Towed To ALLIANCE TOWING KELLER |

| Unit Num. 146 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. CFP1992 | VIN 3 F A D P 4 B J 4 E M 1 1 0 6 8 3 |

| Veh. Year 2 0 1 4 | 6 Veh. Color GRY | Veh. Make FORD | Veh. Model FIESTA | 7 Body Style P4 | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 29219284 | 9 DL Class A− | 10 CDL End. 96 | 11 DL Rest. P17 | DOB (MM/DD/YYYY) 0 3 / 1 4 / 1 9 8 9 |

Address (Street, City, State, ZIP) 14637 SUNDOG WAY                          HASLET                    TX  76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GARCIA RAMIREZ    JULIO | B | 31 | H | 1 | 1 | 1 | | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | OJEDA        JANNET 4916 SAUCER DR | HALTOM CITY  TX  76117 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name STATE FARM | Fin. Resp. Num. 216 1313-L07-43H 002 |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1   12− | FD− 3 | 27 Vehicle Damage Rating 2 | − | Vehicle Inventoried ☐ Yes ☒ No |

| Towed By LONESTAR TOWING | Towed To LONESTAR TOWING |

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 149 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 145 | 1 | JOHN PETER SMITH | SELF | / / | |
| 146 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | -May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

Electronically Filed
7/28/2021 1:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ★ ☒ CMV  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE  ☐ SCHOOL BUS

Total Num. Units: **1 4 8**  Total Num. Prsn: **1 6**

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: **147** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): **0 2 / 1 1 / 2 0 2 1**  ★Crash Time (24HRMM): **0 6 0 0**  Case ID: **210011068**  Local Use:

★County Name: **TARRANT**  ★City Name: **FORT WORTH**  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  Latitude (decimal degrees): **3 2 . 7 9 5 1 3**  Longitude (decimal degrees): **— 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: **TL**  ★1 Hwy. Num.: **35**  2 Rdwy. Part: **1**  Block Num.: **2600**  3 Street Prefix:  ★Street Name:  4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/Toll Lane  Speed Limit:  Const. Zone: ☐ Yes ☒ No  Workers Present: ☐ Yes ☒ No  Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No  1 Rdwy. Sys.: **LR**  Hwy. Num.:  2 Rdwy. Part: **1**  Block Num.: **2500**  3 Street Prefix: **NE**  Street Name: **28TH**  4 Street Suffix: **ST**

Distance from Int. or Ref. Marker: **1000**  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker: **S**  Reference Marker:  Street Desc.: **HWY**  RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: **147**  5 Unit Desc.: **1**  ☐ Parked Vehicle  ☐ Hit and Run  LP State: **TX**  LP Num.: **MMX2133**  VIN: **3 G N K B G R S 4 K S 6 6 9 3 0**

Veh. Year: **2 0 1 9**  6 Veh. Color: **WHI**  Veh. Make: **CHEVROLET**  Veh. Model: **BLAZER**  7 Body Style: **SV**  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: **1**  DL/ID State: **TX**  DL/ID Num.: **13849792**  9 DL Class: **A**  10 CDL End.: **96**  11 DL Rest.: **K**  DOB (MM/DD/YYYY): **0 3 / 1 9 / 1 9 5 0**

Address (Street, City, State, ZIP): **829 AMBERWOOD CT**  **HASLET**  **TX 76052**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | PENNINGTON   CHRISTOPHER | B | 49 | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: **JR'S CRANE AND   EXCAVATION**  **5420 HWY 69**  **GREENEVILLE TX 75402**

Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt  26 Fin. Resp. Type: **1**  Fin. Resp. Name: **SELF**  Fin. Resp. Num.: **SELF**

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: **12-**  **FD-7**  27 Vehicle Damage Rating 2: **-**  Vehicle Inventoried: ☐ Yes ☒ No

Towed By: **TEXAS TOWING**  Towed To: **TEXAS TOWING**

Unit Num.: **148**  5 Unit Desc.: **1**  ☐ Parked Vehicle  ☐ Hit and Run  LP State: **TX**  LP Num.: **GGB0398**  VIN: **1 F M 5 K 7 B 8 9 G G B 3 6 5 4 1**

Veh. Year: **2 0 1 6**  6 Veh. Color: **SIL**  Veh. Make: **FORD**  Veh. Model: **EXPLORER**  7 Body Style: **SV**  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: **1**  DL/ID State: **TX**  DL/ID Num.: **06180063**  9 DL Class: **C**  10 CDL End.: **96**  11 DL Rest.: **96**  DOB (MM/DD/YYYY): **0 4 / 1 7 / 1 9 5 8**

Address (Street, City, State, ZIP): **8021 ARLIE LN**  **NORTH RICHLAND HILLS**  **TX 76182**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | EZELLE   BRENT   REID | N | 62 | W | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: **TARRANT   COUNTY**  **100 E WEATHERFORD ST #303**  **FORT WORTH TX 76196**

Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt  26 Fin. Resp. Type: **1**  Fin. Resp. Name: **SELF**  Fin. Resp. Num.: **SELF**

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: **6-**  **RD-7**  27 Vehicle Damage Rating 2: **12-**  **FD-7**  Vehicle Inventoried: ☐ Yes ☒ No

Towed By: **TEXAS TOWING**  Towed To: **TEXAS TOWING**

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 148 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr.MM) |
|---|---|---|---|---|---|
| 147 | 1 | JOHN PETER SMITH | MEDSTAR27 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num.  ☐ 10,001+ LBS.  ☐ TRANSPORTING HAZARDOUS MATERIAL  ☐ 9+ CAPACITY  CMV Disabling Damage? ☐ Yes ☐ No  28 Veh. Oper.  29 Carrier ID Type  Carrier ID Num.

Carrier's Corp. Name  Carrier's Primary Addr.  30 Veh. Type

31 Bus Type  ☐ RGWW ☐ GVWR  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type

Unit Num.  ☐ RGWW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No  Unit Num.  ☐ RGWW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☐ No  Actual Gross Weight  Total Num. Axles:

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR.MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR.MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No  Investigator Name (Printed)  HARPER, G.    MARTIN, K    ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA  C E N T R L

Electronically Filed
7/28/2021 11:35 AM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan

| Law Enforcement and TxDOT Use ONLY. DIAGRAM | Case ID 210011068 | TxDOT Crash ID | Page: 149 of 149 |



2600 NORTH FWY IH-35W EXPRESS

0     150     300

210011068
DET. K.G. MARTIN 3421
TRAFFIC INVESTIGATIONS

A-11

Electronically Filed
7/29/2021 3:00 PM
Hidalgo County District Clerks
Reviewed By: Monica Valdez

CAUSE NO. C-1550-21-B

| | | |
|---|---|---|
| Christopher Pennington, | § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § § | |
| | § | |
| VS. | § § | HIDALGO COUNTY, TEXAS |
| FedEx Ground Package System, Inc., | § § | |
| GG's Produce Transport, LLC, I Garza | § | |
| LLC, J.B. Hunt Transport, Inc., Rich | § | |
| Transport, LLC and Go To Logistics, Inc., | § § | |
| | § | 93rd JUDICIAL DISTRICT |
| Defendants. | § | |

## DEFENDANTS GG'S PRODUCE TRANSPORT, LLC AND I GARZA LLC'S ORIGINAL ANSWER SUBJECT TO MOTION TO TRANSFER VENUE

Defendants GG's Produce Transport, LLC and I Garza LLC ("Defendants") file this Original Answer to Plaintiff's Original Petition and would show the Court as follows:

## I. GENERAL DENIAL

1.    Defendants assert a general denial as is authorized by Rule 92 of the Texas Rules of Civil Procedure. Defendants request that Plaintiff be required to prove his charges and allegations against them by a preponderance of the evidence as is required by the Constitution and laws of the State of Texas.

## II. DENIALS

2.    Defendants deny that Hidalgo County is the proper venue for this matter.

3.    Defendants deny that they were negligent and/or grossly negligent on the day of the accident in question, or that any such alleged negligence was the proximate cause of Plaintiff's alleged injuries and damages.

DATE _____

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By _____ Deputy#34

PAGE 1

Electronically Filed
7/29/2021 3:00 PM
Hidalgo County District Clerks
Reviewed By: Monica Valdez

4.     Defendants deny that they are liable under the doctrine of Respondeat Superior.

5.     Defendants deny that they failed to exercise extreme caution in hazardous conditions, consistent with federal trucking rules and regulations.

6.     Defendants deny that they failed to properly monitor road conditions.

7.     Defendants deny that they failed to properly inspect.

8.     Defendants deny that they failed to promulgate, institute and/or enforce policies related to safe driving.

9.     Defendants deny that they failed to properly train their drivers.

10.     Defendants deny that they failed to properly identify and address hazards.

11.     Defendants deny that they failed to follow applicable state and federal rules and regulations, including but not limited to the Federal Safety Carrier Regulations.

12.     Defendants deny that they failed to properly screen and hire their drivers.

13.     Defendants deny that they negligently entrusted their tractors and/or trailers to drivers who were not properly trained or qualified or were incompetent.

14.     Defendants deny that they knew or had reason to know that their drivers were not properly trained or qualified, or incompetent, and should not have been operating the vehicle.

15.     Defendants deny that they breached any duties, including the duty to not drive a vehicle in a manner with willful or wanton disregard for the safety of others.

16.     Defendants deny that they had actual subjective awareness of any risk involved but proceeded in conscious indifference to the rights, safety, and/or welfare of others, including Plaintiff.

17.     Defendants deny that Plaintiff is entitled to recover damages for physical pain and suffering in the past and future.

PAGE 2

Defendants' Original Answer Subject to Motion to Transfer Venue

Electronically Filed
7/29/2021 3:00 PM
Hidalgo County District Clerks
Reviewed By: Monica Valdez

18.     Defendants deny that Plaintiff is entitled to recover damages for mental anguish in the past and future.

19.     Defendants deny that Plaintiff is entitled to recover damages for physical impairment and disfigurement in the past and future.

20.     Defendants deny that Plaintiff is entitled to recover damages for medical expenses in the past and future.

21.     Defendants deny that Plaintiff is entitled to recover damages for loss of earning capacity in the past and future.

22.     Defendants deny that Plaintiff is entitled to recover damages for loss of household services in the past and future.

23.     Defendants deny that Plaintiff is entitled to recover punitive damages.

## III. AFFIRMATIVE DEFENSES

24.     Defendants would show that Plaintiff was contributorily negligent.  Defendants allege that the conduct of Plaintiff in failing to use ordinary care was fifty-one (51%) percent of the cause of the incident.

25.     Defendants allege that the injuries and damages suffered by Plaintiff were caused by the conduct, intentional, or negligent acts or omissions of third-parties or a third-party over whom Defendants had no control or right of control.  Defendants had no control or right of control of the third party at the time of the incident and the conduct, negligence, and/or intentional acts of the third party were a proximate cause, or in the alternative, the sole proximate cause of Plaintiff's alleged injuries and damages.

26.     Defendants allege that Plaintiff's alleged injuries were proximately caused in whole or in part by an Act of God which was outside the control of Defendants.

Electronically Filed
7/29/2021 3:00 PM
Hidalgo County District Clerks
Reviewed By: Monica Valdez

27.     Defendants invoke the provisions of Texas Civil Practice and Remedies Code Section 41.0105 and plead that Plaintiff's medical damages are limited to medical and health care expenses actually paid or incurred by or on behalf of Plaintiff as a result of the injuries that are the subject of this suit.

28.     Further, Defendants will show that any award of interest that is in excess of the applicable market rate of interest during the relevant time period would be arbitrary, violate public policy, and violate the due process and equal protection guarantees of the Texas and United States Constitutions.

29.     Defendants assert that if exemplary damages are awarded, any award should be subject to the limits imposed by § 41.008 of the Texas Civil Practice & Remedies Code.

30.     Defendants further allege that under Texas law, a jury has wholly unfettered discretion to award exemplary damages in a tort case in which Defendants act with a sufficient mental state. Any award of exemplary damages violates the due process clause of the Fifth Amendment and Fourteenth Amendment to the United States Constitution, in addition to Article 1, Section 19 of the Texas Constitution, in that:

    a.    Such punitive damages are intended to punish and deter Defendants and thus this proceeding becomes essentially criminal in nature;

    b.    Defendants are being compelled to be a witness against itself in a proceeding that is essentially and effectively criminal in nature, in violation of Defendants' rights to due process, and in violation of the Constitutions of the United States and the State of Texas;

    c.    Plaintiff's burden of proof to establish punitive damages in this proceeding, which is effectively criminal in nature, is less than the burden of proof required in all other criminal proceedings, and thus violates Defendants' rights to due process as guaranteed by the Fourteenth Amendment of the United States Constitution and the rights of each Defendant under Article 1, Section 19 of the Texas Constitution; and

Electronically Filed
7/29/2021 3:00 PM
Hidalgo County District Clerks-
Reviewed By: Monica Valdez

d.  Inasmuch as this proceeding is essentially and effectively criminal in nature, Defendants are being denied the requirements of adequate notice of the elements of the offense, and that such statutory and common law theories purportedly authorizing punitive damages are sufficiently vague and ambiguous, and Plaintiff's Original Petition which purports to invoke such statutory and/or common law theory is so vague and ambiguous as to be in violation of the Due Process Clause of the Fourteenth Amendment to the United States Constitution and in violation of Article 1, Section 19 of the Texas Constitution.

31.  Defendants would also show that Plaintiff's claims for punitive or exemplary damages violate Defendants' right to protection from being subjected to excessive fines, as provided in Article 1, Section 13 of the Texas Constitution.

32.  Defendants would further show that Plaintiff is not entitled to any award of exemplary damages. Plaintiff has not sufficiently pled allegations of intentional or willful conduct or intentional acts authorized or ratified by Defendants.

## IV.  NOTICE THAT DOCUMENTS WILL BE PRODUCED

33.  Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Defendants give notice that all documents produced by Plaintiff will be used at any pretrial proceeding or at the trial of this case.

## V. PRAYER

34.  Defendants GG's Produce Transport, LLC and I Garza LLC request that they be released and discharged of the allegations filed against them, that Plaintiff take nothing by reason of this lawsuit, and for such other and further relief, both in law and in equity to which Defendants GG's Produce Transport, LLC and I Garza LLC may be justly entitled.

Respectfully submitted,

**SHEEHY, WARE & PAPPAS, P.C**

Electronically Filed
7/29/2021 3:00 PM
Hidalgo County District Clerks
Reviewed By: Monica Valdez

/s/ Jana H. Taylor
**JANA HICKS TAYLOR**
SBN: 24012826
3838 Oak Lawn Avenue, Suite 250
Dallas, Texas  75219
(214) 521-7500 Telephone
(214) 520-1708 Facsimile
jtaylor@sheehyware.com
**ATTORNEYS FOR DEFENDANT**
**GG'S PRODUCE TRANSPORT, LLC**
**AND I GARZA LLC**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been provided to all known counsel of record pursuant to the Texas Rules of Civil Procedures on this 29th day of July, 2021.

/s/ Jana H. Taylor
**JANA HICKS TAYLOR**

A-12

Electronically Filed
7/30/2021 5:46 PM
Hidalgo County District Clerks
Reviewed By: Keila Hernandez

CAUSE NO. C-1550-21-B

| | | |
|---|---|---|
| CHRISTOPHER PENNINGTON | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HIDALGO COUNTY, TEXAS |
| | § | |
| FEDEX GROUND PACKAGE SYSTEM, INC. | § | |
| GG'S PRODUCE TRANSPORT, LLC, | § | |
| I GARZA LLC, J.B. HUNT TRANSPORT, INC., | § | |
| RICH TRANSPORT, LLC, AND GO TO. | § | |
| LOGISTICS, INC. | § | 93RD   JUDICIAL   DISTRICT |

**DEFENDANT GO TO LOGISTICS, INC.'S MOTION TO TRANSFER VENUE
AND SUBJECT THERETO ORIGINAL ANSWER**

COMES NOW GO TO LOGISTICS, INC. ("Defendant"), one of the defendants in the above-entitled and numbered cause, and files this, its Motion to Transfer Venue and Subject Thereto Original Answer to Plaintiff's Original Petition. In support of same, Defendant would respectfully show unto this Honorable Court the following:

**I. Motion to Transfer Venue**

1.     Plaintiff brought this lawsuit alleging he was injured as a result of a multi-vehicle accident that occurred in Tarrant County on February 11, 2021. Based on the initial accident report prepared by the Fort Worth Police Department, there were over 100 vehicles involved in the early morning traffic pile-up comprised of tractor-trailer combo units, passenger vehicles, and other commercial vehicles. *See* Exhibit A. Black ice conditions were discovered on the area of the I-35 Expressway lanes in Fort Worth, Texas, where the accidents occurred.

2.     Defendant is one of the six motor carrier Defendants in this lawsuit. At the time of the accident at issue, Defendant's principal place of business was in River Grove, Illinois.

3.     Plaintiff's Original Petition states venue is proper in Hidalgo County, Texas, "as Defendants reside in, are registered to do business in Texas, and/or conduct continuous and systemic business activities in this state" and "because this is the county in which at least one Defendant maintains a principal office or residence." Defendants GG's Produce Transport, LLC

DATE_____

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas

By_____ Deputy#34

Electronically Filed
7/30/2021 5:46 PM
Hidalgo County District Clerks
Reviewed By: Keila Hernandez

("GG") and I Garza LLC ("IG") are located in Hidalgo County, Texas. These allegations regarding GG and IG are the sole and only bases for Plaintiff's attempt to maintain venue in Hidalgo County.

4.      Venue is improper in Hidalgo County, Texas, and therefore, Defendant moves this Court to transfer this matter to Tarrant County, Texas, for the reasons set forth below.

### Argument & Authorities

5.      The general venue rule set forth in Section 15.002(a) of the Texas Civil Practices & Remedies Code provides that, except for any mandatory or permissive venue provisions under the Code, all lawsuits shall be brought:

- a.     in the county in which all or a substantial part of the events or omissions giving rise to the claim occurred;
- b.     in the county of defendant's residence at the time the cause of action accrued if defendant is a natural person;
- c.     in the county of the defendant's principal office in this state, if the defendant is not a natural person; or
- d.     if Subdivisions (1), (2), and (3) do not apply, in the county in which the plaintiff resided at the time of the accrual of the cause of action.

6.      Venue of a suit is based on the facts existing at the time the cause of action that is the basis of the suit accrued. TEX. CIV. PRAC. & REM. CODE §15.006. Accordingly, venue is proper in Tarrant County pursuant to Section 15.002(a)(1) as this is the county where the accident occurred.

7.      Alternatively, and without waiving the foregoing, Defendant requests a transfer to Tarrant County for convenience due to the inherent nature of discovery to be conducted and other related matters in a case of this size and scope which favor Tarrant County as the venue of convenience. A trial court may transfer a case to another county of proper venue in the interest of justice and for the convenience of the parties and witnesses. TEX. CIV. PRAC. & REM. CODE § 15.002(b). To transfer venue based upon convenience, the trial court must find that:

- a.     maintaining the action in Hidalgo County would work an injustice to Defendant considering its respective personal and economic hardship;

2

Electronically Filed
7/30/2021 5:46 PM
Hidalgo County District Clerks
Reviewed By: Keila Hernandez

b.   the balance of interests of all parties predominates in favor of the action being brought in Tarrant County; and

c.   transfer to Tarrant County would not work an injustice to Plaintiff. See TEX. CIV. PRAC. & REM. CODE§ 15.002(b)(1)-(3).

8.   All of these requirements are satisfied by transferring the case to Tarrant County. The accident at issue occurred in Tarrant County involving over 100 vehicles and over 100 individuals. *See* Exhibit A. Based on information in Exhibit A, 81 of the 113 driver-witnesses identified in the police report are residents of Tarrant County. *See* Exhibit A. The Fort Worth Police Department was the law enforcement agency that responded to and investigated the accident and Tarrant County emergency medical personnel and other first responders were dispatched to the scene from Tarrant County as well and are all fact witnesses in this case outside the subpoena power of Hidalgo County courts to appear for trial in this matter.

9.   Conducting discovery and trial in this case in Hidalgo County would impose personal and economic hardship on all litigants in this case as the overwhelming scope of discovery would need to be conducted in Tarrant County while discovery disputes and other pre-trial matters for the court are being conducted in Hidalgo County. Transferring this case to Tarrant County would serve the interests of all parties because evidence and testimony would be more readily available there as an overwhelming majority of the driver-witnesses (and likely their passengers) involved in the accident reside in Tarrant County and because non-party witnesses such as police officers, emergency medical personnel, and other first responders would be less inconvenienced. Finally, transferring the case to Tarrant County would not work an injustice to Plaintiff who resided in Haslet, Texas, at the time of the accident which is located in both Tarrant County and Denton County. *See Exhibit A, pg. 148 for Mr. Pennington's address and the accident location.*

10.   For these reasons, Defendant requests that the Court grant its Motion and transfer venue to Tarrant County, Texas, where the accident occurred pursuant to Tex. Civ. Prac. & Rem. CODE §

Electronically Filed
7/30/2021 5:46 PM
Hidalgo County District Clerks
Reviewed By: Keila Hernandez

15.002(a)(1) or alternatively for the convenience of the parties and witnesses pursuant to Tex. Civ.

Prac. & Rem. CODE § 15.002(b).

**Subject to the foregoing Motion to Transfer Venue, Defendant Answers as Follows:**

## II. General Denial

11.      Pursuant to Tex. R. Civ. P. 92, Defendant enters a general denial of the matters pled by

Plaintiff and demands strict proof thereof.

## III. Other Defenses and Limitations of Liability

12.      Specially answering, Defendant states that on the occasion in question, Plaintiff failed to

exercise that degree of care which a person of ordinary care would have exercised in the same or

similar circumstances, and that such failure proximately caused or contributed to his alleged

injuries.

13.      Pleading additionally, or in the alternative, Defendant states that upon further discovery in

this case, information will be obtained demonstrating the injuries and conditions of which Plaintiff

complains preexisted or occurred subsequent to this accident and were not proximately caused by

this accident.

14.      Pleading further, Defendant, still urging and relying on the matters set forth above, asserts

the statutory limitations of liability for medical expenses set forth in Section 41.0105 of the Texas

Civil Practice & Remedies Code to the extent any of Plaintiff's medical specials exceed the amount

actually paid on his behalf.  Therefore, recovery of medical or healthcare expenses incurred by

Plaintiff is limited to the amount actually paid by or on behalf of him.

15.      To the extent Plaintiff is alleging lost wages or loss of earning capacity as a result of the

accident in question, Defendant would show such recovery is limited to post-tax earnings or net

earnings figured pursuant to the Texas Civil Practices and Remedies Code and other applicable

statutes and/or case law.

Electronically Filed
7/30/2021 5:46 PM
Hidalgo County District Clerks
Reviewed By: Keila Hernandez

16.    Plaintiff's alleged injuries were the result of a new and independent cause arising after Defendant's acts and omissions which Plaintiff alleges proximately caused his injuries.

17.    Plaintiff's alleged injuries were caused solely by the acts and/or omissions of a third-party or third-parties over whom Defendant had no control at the time of the accident at issue.

18.    Pleading additionally, or in the alternative, Defendant states that Plaintiff failed to properly fulfill all conditions precedent and/or subsequent necessary to maintaining this lawsuit.

19.    Pleading additionally, or in the alternative, Defendant states that the accident was unavoidable and caused by an unforeseen, nonhuman event other than the result of the conduct of any party.

20.    Pleading additionally, or in the alternative, Defendant states that the accident was the result of a sudden emergency that arose suddenly and unexpectedly and not as the result of the negligence of Defendant or its driver, and the situation required immediate action without time for deliberation, and Defendant's driver acted as a person of ordinary prudence would have acted under the same or similar circumstances.

### IV. Notice of Intent to Use Documents

21.    Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Defendant hereby gives notice of its intent to use all documents produced in the course of this litigation at any pre-trial or trial proceeding.

### V. Prayer

22.    WHEREFORE, PREMISES CONSIDERED, defendant GO TO LOGISTICS, INC., prays that the Court grants its Motion and transfer venue to Tarrant County, Texas.  Subject thereto, defendant GO TO LOGISTICS, INC., prays it be dismissed from this suit without prejudice, and further, that Plaintiff take nothing by virtue of his claims and causes of action against Defendant,

Electronically Filed
7/30/2021 5:46 PM
Hidalgo County District Clerks
Reviewed By: Keila Hernandez

and that Defendant recover its costs of court, and for such other and further relief, whether general or special, legal or equitable, to which Defendant may show itself justly entitled to receive.

Respectfully submitted,

**BAIRHILTY, P.C.**

/s/ Marc B. Johnson
MARC B. JOHNSON
mjohnson@bairhilty.com
TBN: 90001975
WENDI R. ERVIN
TBN: 06651220
wervin@bairhilty.com
14711 Pebble Bend Drive
Houston, Texas 77068
Telephone: (713) 862-5599
Facsimile: (713) 868-9444
**ATTORNEYS FOR DEFENDANT GO TO LOGISTICS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served on all known counsel of record, in the manner required by the Texas Rules of Civil Procedure, on this the 30th day of July 2021.

/s/ Marc B. Johnson
MARC B. JOHNSON



**Texas Department of Transportation**

125 EAST 11TH STREET, AUSTIN, TEXAS 78701-2483 | 512.463.8588 | WWW.TXDOT.GOV

Tue, 16 March 2021

STATE OF TEXAS          §

This is to certify that I, Jim Hollis, am employed by the Texas Department of Transportation (Department); that I am the Custodian of Motor Vehicle Crash Records for such Department; that the attached is a true and correct copy of the peace officer's report filed with the Department referred to in the attached request with the crash date of Thu, 11 February 2021, which occurred in Tarrant County; that the investigations of motor vehicle crashes by peace officers are authorized by law; that this Texas Peace Officer's Crash Report is required by law to be completed and filed with this Department; that this report sets forth matters observed pursuant to duty imposed by law as to which matters there was a duty to report, or factual findings resulting from an investigation made pursuant to authority granted by law.



Jim Hollis
Director, Crash Data & Analysis Section
125 East 11th Street
Austin, TX 78701-2483
1-844-274-7457

OUR VALUES: *People* • *Accountability* • *Trust* • *Honesty*
OUR MISSION: *Connecting You With Texas*

**EXHIBIT A**

An Equal Opportunity Employer

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 18142877.1 /2021093B66 |

### Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 

**IDENTIFICATION & LOCATION**

| *Crash Date (MM/DD/YYYY) | 02/11/2021 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | *City Name | FORT WORTH | | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees) 3 2 . 7 9 1 3 3

Longitude — (decimal degrees) 0 9 7 . 3 1 7 7

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. HWY | | RRX Num. | |

**VEHICLE, DRIVER & PERSONS**

| Unit Num. | 1 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | GXG2275 | VIN | 5 Y F B U R H E 0 G P 4 4 6 0 8 4 | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year | 2 0 1 6 | 6. Veh. Color | BLK | Veh. Make | TOYOTA | Veh. Model | COROLLA | 7 Body Style | P4 |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 4141823 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | 96 | DOB (MM/DD/YYYY) | 0 4 / 0 9 / 1 9 7 9 |

Address (Street, City, State, ZIP) 14005 DREAMRIVER TRL HASLET, TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SHOOK, JOBETH WILBERS | N | 41 | W | 2 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address SHOOK, JOBETH WILBERS, 14005 DREAMRIVER TRL HASLET, TX 76052

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name PROGRESSIVE | Fin. Resp. Num. 909766662 |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 | 1 1 2 - F D - 2 | 27 Vehicle Damage Rating 2 | Vehicle Inventoried ☐ Yes ☒ No |

Towed By DRIVEN   Towed To BY OWNER

| Unit Num. | 2 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | DHY6715 | VIN | 1 F A D P 3 K 2 3 B L 2 7 0 6 6 | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year | 2 0 1 4 | 6. Veh. Color | RED | Veh. Make | FORD | Veh. Model | FOCUS | 7 Body Style | P4 |

| 8 DL/ID Type | 99 | DL/ID State | UN | DL/ID Num. | | 9 DL Class | 99 | 10 CDL End. | -99 | 11 DL Rest. | 99 | DOB (MM/DD/YYYY) | / / |

Address (Street, City, State, ZIP) UNKNOWN   UNKNOWN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN | 99 | 99 | 99 | 1 | 99 | 99 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address ADAMS, LISA RENEE, 405 COLETTE CT BELTON, TX 76513

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name USAA | Fin. Resp. Num. 0370637777101 |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 | 1 2 - F D - 6 | 27 Vehicle Damage Rating 2 | Vehicle Inventoried ☐ Yes ☒ No |

Towed By   Towed To

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2016)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control | |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

VEHICLES WERE TRAVELING SOUTHBOUND AT THE 2600 BLOCK OF THE IH35
EXPRESS LANES WHEN THEY ENCOUNTERED ICY ROAD CONDITIONS.
VEHICLES BEGAN TO COLLIDE WITH EACH OTHER JAMMING UP THE
ROADWAY.  AS OTHER VEHICLES APPROACHED THEY WERE UNABLE TO STOP
IN TIME TO AVOID THE OTHER VEHICLES ALREADY INVOLVED IN THE
COLLISION.  SIX PERSONS WERE PRONOUNCED DECEASED ON SCENE.

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 |

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. , MARTIN,K | ID Num. 3380-3421

ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA 2 0 0 0 0 0

Law Enforcement and TxDOT Use ONLY

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (e.g.: additional vehicles, occupants, injured, etc.).

Page _3_ of _##_

### IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   *Crash Time (24HRMM): 0 6 0 0   Case ID 210011068   Local Use

*County Name TARRANT   *City Name FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) 3 2 . 7 9 1   Longitude — (decimal degrees) 0 9 7 . 7 7

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys. IH   *Hwy. Num. 35   2 Rdwy. Part 1   Block Num. 2600   3 Street Prefix   *Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☐ No   Workers Present ☐ Yes ☐ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. LR   Hwy. Num.   2. Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

### VEHICLE, DRIVER, & PERSONS

Unit Num. 3   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. CSZ8504   VIN 1 N X B R 3 2 E 2 E Z 0 1 5 6 5   ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year 2 0 0 8   6. Veh. Color SIL   Veh. Make TOYOTA   Veh. Model COROLLA   7 Body Style P4

8 DL/ID Type   DL/ID State TX   DL/ID Num. 26786442   9 DL Class C   10 CDL End. 99   11 DL Rest. A   DOB (MM/DD/YYYY) 1 1 / 1 9 8 7

Address (Street, City, State, ZIP) 8145 IRON DR #427   FORT WORTH, TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LIND, MELISSA CATHERINE | N | 33 | B | 2 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☒ Owner ☐ Lessee   Owner/Lessee Name & Address LIND, MELISSA CATHERINE, 8145 IRON DR #427 FORT WORTH, TX 76137

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name PROGRESSIVE   Fin. Resp. Num. 915131443

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 1 2 - F D - 6   27 Vehicle Damage Rating 2   Vehicle Inventoried ☐ Yes ☒ No

Towed By ABC WRECKER   Towed To ABC WRECKER YARD

Unit Num. 4   5 Unit Desc.   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. CPC2932   VIN 1 Z V H T 8 0 N 4 7 5 2 3 9 3 7 2   ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year 2 0 0 7   6. Veh. Color GRY   Veh. Make FORD   Veh. Model MUSTANG   7 Body Style P2

8 DL/ID Type 99   DL/ID State UN   DL/ID Num.   9 DL Class 99   10 CDL End. 99   11 DL Rest. 99   DOB (MM/DD/YYYY) /

Address (Street, City, State, ZIP) UNK   UNK, UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNK, UNK | 99 | | 99 | 99 | 99 | 99 | 99 | 97 | N | 96 | | 96 | 97 | 97 |
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☒ Owner ☒ Lessee   Owner/Lessee Name & Address LANEY, RONALD LEE II, 1500 BIRDS EYE RD FORT WORTH, TX 76177

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name FARMERS   Fin. Resp. Num. 45408715

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 1 2 - F D - 6   27 Vehicle Damage Rating 2   Vehicle Inventoried ☐ Yes ☒ No

Towed By ABC WRECKER   Towed To ABC WRECKER

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID 18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN,K | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA 2 0 0 0 0 0

Low Enforcement and TxDOT Use ONLY

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 5 of c##

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
*Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

*County Name: TARRANT
*City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 1 3 5
Longitude (decimal degrees): 0 9 7 . 3 2 1 7 7

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys.: TL   *Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   *Street Name:   4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit:   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Inl. ☐ Yes ☒ No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 5   5 Unit Desc.:   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: JRB4105   VIN: 1 N 6 A D 0 6 U 4 C 4 5 0 7 1 0
☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year: 2 0 0 8   6. Veh. Color: SIL   Veh. Make: NISSAN   Veh. Model: FRONTIER   7 Body Style: SV

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 7637453   9 DL Class: C   10 CDL End.: 99   11 DL Rest.: A   DOB (MM/DD/YYYY): 0 4 / 0 2 / 1 9 7 0

Address (Street, City, State, ZIP): 4416 JESSICA ST FORT WORTH, TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ALONZO, NORMA VARELA | N | 45 | W | 2 | 1 | 2 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: ALONZO, JACINTO, 921 AVE E FORT WORTH, TX 79041

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: FARMERS   Fin. Resp. Num.: 44483140

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 1 2 - F D - 2   27 Vehicle Damage Rating 2:   Vehicle Inventoried ☐ Yes ☒ No

Towed By: TEXAS TOWING   Towed To: TEXAS TOWING

---

Unit Num.: 6   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: WA   LP Num.: 80104RP   VIN: 4 V 4 N C 9 E H 7 L N 2
☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year: 2 0 2 0   6. Veh. Color: WHI   Veh. Make: VOLVO   Veh. Model: ACL   7 Body Style: TR

8 DL/ID Type: 1   DL/ID State: WA   DL/ID Num.: SINGHS1020D   9 DL Class: 98   10 CDL End.: 98   11 DL Rest.: 98   DOB (MM/DD/YYYY): 0 9 / 0 4 / 1 9 9 0

Address (Street, City, State, ZIP): 4243 STONE CREST CT BELLINGHAM, WA 98226

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SINGH, SUKHWINDER | N | 30 | A | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: SONIC, LOGISTICS LLC, 6199 NICKLES ST FERNDALE, WA 98248

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: PROGRESSIVE   Fin. Resp. Num.: 01147258-2

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 1 0 - F L - 2   27 Vehicle Damage Rating 2:   Vehicle Inventoried ☐ Yes ☒ No

Towed By: MILNER   Towed To: 6320 EDEN DR

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

Unit Num. 6   [x] 10,001+ LBS.   [ ] TRANSPORTING HAZARDOUS MATERIAL   [ ] 9+ CAPACITY   CMV Disabling Damage? [x] Yes [ ] No   28 Veh. Oper. 2   29 Carrier ID Type 1   Carrier ID Num. 00257317

Carrier's Corp. Name SONIC LOGISTICS

Carrier's Primary Addr. 6199 NICKLES ST FERNDALE, WA 98248   30 Veh. Type 9

31 Bus Type. 0   [ ] RGVW [x] GVWR 4 9 8 2 8   HazMat Released [ ] Yes [ ] No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 7   [ ] RGVW [x] GVWR 4 5 0 0 0   34 Trlr. Type 2   CMV Disabling Damage? [ ] Yes [x] No   Unit Num.   [ ] RGVW [ ] GVWR   34 Trlr. Type   CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events   35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit [ ] Yes [x] No   Actual Gross Weight   Total Num. Axles

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing / May Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. [x] Yes [ ] No   Investigator Name (Printed) HARPER, G., MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/ Region/DA 2 0 0 0 0 0

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 |
| Total Num. Prsns. | 1 | 3 | 6 |

TxDOT Crash ID  18142877.1 /2021093866

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page _7_ of c##

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1   *Crash Time (24HRMM) 0 6 0 0   Case ID 210011068   Local Use

*County Name TARRANT    *City Name FORT WORTH    [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees) 3 2 * 7 9 5 1 3   Longitude (decimal degrees) 0 9 7 2 2 7 7 7

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys. TL   *Hwy. Num. 35   2 Rdwy. Part 1   Block Num. 2600   3 Street Prefix   *Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [ ] Toll Road/Toll Lane   Speed Limit   Const. Zone [ ] Yes [ ] No   Workers Present [ ] Yes [ ] No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 7   5 Unit Desc. 6   [ ] Parked Vehicle   [ ] Hit and Run   LP State WA   LP Num. 23034AE   VIN 1 G R A A 0 6 2 3 F W 7 0 2 3 8 3

Veh. Year 2 0 1 5   6. Veh. Color WHI   Veh. Make GREAT DANE TRAILERS   Veh. Model NOT APPLICABLE   7 Body Style TL   [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type   DL/ID State   DL/ID Num.   9 DL Class   10 CDL End.   11 DL Rest.   DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address  SONIC, LOGISTICS LLC, 6199 NICKLES ST  FERNDALE, WA 98248

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name PROGRESSIVE   Fin. Resp. Num. 01147258-2

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  1 6 - B D 1   27 Vehicle Damage Rating 2   Vehicle Inventoried [ ] Yes [X] No

Towed By MILNER   Towed To MILNER WRECKER YARD

Unit Num. 8   5 Unit Desc. 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State FL   LP Num. JWAB48   VIN 5 N P D 8 4 L F 9 J H 3 2 1 8 8 2

Veh. Year 2 0 1 8   6. Veh. Color GRY   Veh. Make HYUNDAI   Veh. Model ELANTRA COUPE   7 Body Style P4   [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 99   DL/ID State UN   DL/ID Num.   9 DL Class 99   10 CDL End. 99   11 DL Rest. 99   DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP) UNK  UNK, UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNK, UNK UNKNOWN | 99 | | 99 | 99 | 99 | 99 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address  ARRIETA, ESTEBAN ALONSO, 1214 ANDALUSIA LOOP  DAVENPORT, FL 33836

Proof of Fin. Resp. [ ] Yes [X] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type   Fin. Resp. Name   Fin. Resp. Num.

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  1 2 - F D 5   27 Vehicle Damage Rating 2  6 - R D 5   Vehicle Inventoried [ ] Yes [X] No

Towed By GUY SIMON   Towed To  GUY SIMON WRECKER YARD

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2016)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 | Page 8 of |
|---|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name

Carrier's Primary Addr.

30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G., MARTIN,K | | ID Num. | 3380-3421 |
|---|---|---|---|---|---|---|

| ORI Num. | T X 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | 2 0 0 0 0 |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

[X] FATAL [X] CMV [ ] SCHOOL BUS [ ] RAILROAD [ ] MAB [ ] SUPPLEMENT [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

## Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

**Refer to Attached Code Sheet for Numbered Fields**

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 9 of c##

### IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 02/11/2021 | *Crash Time (24HRMM) | 0600 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | | *City Name | FORT WORTH | | | [ ] Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No

Latitude (decimal degrees) 3 2 . 7 9 1 5 1

Longitude --- (decimal degrees) 0 9 7 . 3 2 2 1 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix | |

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [ ] Toll Road/ Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

| Distance from Int. or Ref. Marker | 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. | |

### VEHICLE, DRIVER, & PERSONS

| Unit Num. | 9 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. HPN6310 | VIN | 1 F A H P 3 F 2 1 C L 2 5 6 9 4 | [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year | 2012 | 6. Veh. Color SIL | | Veh. Make FORD | | Veh. Model FOCUS | | 7 Body Style P4 | |

| 8 DL/ID Type | DL/ID State TX | DL/ID Num. 27457841 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 09/17/1991 |

Address (Street, City, State, ZIP) 329 WEST SOUTHERN AVE SAGINAW, TX 76179

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GARRETT, MELISSA ELIZABETH | B | 29 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address GARRETT, MELISSA ELIZABETH, 329 WEST SOUTHERN AVE SAGINAW, TX 76179

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name GEICO   Fin. Resp. Num. 4269178069

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D - 7 | 27 Vehicle Damage Rating 2 | 9 - L B Q - 6 | Vehicle Inventoried [ ] Yes [X] No |

Towed By A1 TOWING   Towed To A1 TOWING YARD

| Unit Num. | 10 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. 00010A3 | VIN | 1 G N E K 1 3 T 2 Y J 1 6 1 1 4 | [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year | 2000 | 6. Veh. Color GRY | | Veh. Make CHEVROLET | | Veh. Model TAHOE C1500 | | 7 Body Style SV | |

| 8 DL/ID Type | 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) / / |

Address (Street, City, State, ZIP) UNKNOWN  UNK, UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN, UNK UNK | 99 | | 99 | 99 | 99 | 99 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address GARCIA, LUIS 6760 CALMONT AVE #204 FORT WORTH, TX 76116

Proof of Fin. Resp. [ ] Yes [X] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type   Fin. Resp. Name   Fin. Resp. Num.

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D - 3 | 27 Vehicle Damage Rating 2 | 6 - R D - 3 | Vehicle Inventoried [ ] Yes [X] No |

Towed By A1 TOWING   Towed To A1 TOWING YARD

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID: 210011068

TxDOT Crash ID: 18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 9 | 1 | TEXAS HEALTH ALLIANCE | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr: | 30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 | |
|---|---|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN,K | | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA 2 0 0 0 0 0

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 11 of CH#

## IDENTIFICATION & LOCATION

**\*Crash Date (MM/DD/YYYY)** 0 2 / 1 1 / 2 0 2 1  **\*Crash Time (24HRMM)** 0 6 0 0  **Case ID** 210011068  **Local Use**

**\*County Name** TARRANT  **\*City Name** FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  **Latitude** (decimal degrees) 3 2 . 7 9 5 1 3  **Longitude —** (decimal degrees) 0 9 7 . 2 1 7 7

### ROAD ON WHICH CRASH OCCURRED

**\*1 Rdwy. Sys.** TL  **\*Hwy. Num.** 35  **2 Rdwy. Part** 1  **Block Num.** 2600  **3 Street Prefix**  **\* Street Name**  **4 Street Suffix**

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/ Toll Lane  **Speed Limit**  **Const. Zone** ☐ Yes ☒ No  **Workers Present** ☐ Yes ☒ No  **Street Desc.**

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

**At Int.** ☐ Yes ☒ No  **1 Rdwy. Sys.** LR  **Hwy. Num.**  **2 Rdwy. Part** 1  **Block Num.** 2500  **3 Street Prefix** NE  **Street Name** 28TH  **4 Street Suffix** ST

**Distance from Int. or Ref. Marker** 1000  ☒ FT ☐ MI  **3 Dir. from Int. or Ref. Marker** S  **Reference Marker**  **Street Desc.** HWY  **RRX Num.**

## VEHICLE, DRIVER, & PERSONS

**Unit Num.** 11  **5 Unit Desc.** 1  ☐ Parked Vehicle  ☐ Hit and Run  **LP State** TX  **LP Num.** MMC4853  **VIN** J T E B U 5 J R 8 K 5 7 0 1 4 6

**Veh. Year** 2 0 1 9  **6. Veh. Color** BLU  **Veh. Make** TOYOTA  **Veh. Model** 4RUNNER/SR5  **7 Body Style** SV  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

**8 DL/ID Type** 1  **DL/ID State** TX  **DL/ID Num.** 16052371  **9 DL Class** C  **10 CDL End.** 96  **11 DL Rest.** 96  **DOB (MM/DD/YYYY)** 0 4 / 1 / 1 9 7

**Address (Street, City, State, ZIP)** 11112 HAWKS LANDING  HASLET, TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CASE, AMY RENEE | B | 43 | W | F | 1 | 2 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  **Owner/Lessee Name & Address** CASE, AMY RENEE, 11112 HAWKS LANDING  HASLET, TX 76052

**Proof of Fin. Resp.** ☒ Yes ☐ No  ☐ Expired ☐ Exempt  **26 Fin. Resp. Type** 1  **Fin. Resp. Name** PROGRESSIVE  **Fin. Resp. Num.** 43657558

**Fin. Resp. Phone Num.**  **27 Vehicle Damage Rating 1** 1 2 - 5  **27 Vehicle Damage Rating 2** 6 R D - 5  **Vehicle Inventoried** ☐ Yes ☒ No

**Towed By** A1 TOWING  **Towed To** A1 TOWING YARD

**Unit Num.** 12  **5 Unit Desc.** 1  ☐ Parked Vehicle  ☐ Hit and Run  **LP State** TX  **LP Num.** JRK8228  **VIN** 3 V W V A 7 A T 5 D M 6 3 3 8 2 0

**Veh. Year** 2 0 1 3  **6. Veh. Color** SIL  **Veh. Make** VOLKSWAGEN  **Veh. Model** NEW BEETLE  **7 Body Style** P2  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

**8 DL/ID Type** 1  **DL/ID State** TX  **DL/ID Num.** 10013746  **9 DL Class** C  **10 CDL End.** 96  **11 DL Rest.** A  **DOB (MM/DD/YYYY)** 0 1 / 2 5 / 1 9 8 4

**Address (Street, City, State, ZIP)** 7619 CROUSE DR  FORT WORTH, TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HERRERA, ELVIRA | B | 37 | H | 2 | 1 | 1 | 9 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

Copy from Custodial File

☒ Owner ☐ Lessee  **Owner/Lessee Name & Address** GALAVIZ, ISMAEL, 7916 CROUSE DR  FORT WORTH, TX 76137

**Proof of Fin. Resp.** ☒ Yes ☐ No  ☐ Expired ☐ Exempt  **26 Fin. Resp. Type** 1  **Fin. Resp. Name** LIBERTY COUNTY MUTUAL  **Fin. Resp. Num.** Y8012314

**Fin. Resp. Phone Num.**  **27 Vehicle Damage Rating 1** 3 - R P - 7  **27 Vehicle Damage Rating 2** 1 2 - F D - 5  **Vehicle Inventoried** ☐ Yes ☒ No

**Towed By** TEXAS TOWING  **Towed To** TEXAS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID 18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 11 | 1 | LOCAL HOSPITAL | SELF | | |
| 12 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh: Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021 |

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN,K | | ID Num. 3380-3421 |

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA 2 0 0 0 0 0 |

Law Enforcement and TxDOT Use ONLY

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

Total Num. Units | 1 | 4 | 8
Total Num. Prsns. | 1 | 3 | 6
TxDOT Crash ID: 18142877.1 /2021093866

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 13 of ##

## IDENTIFICATION & LOCATION

**\*Crash Date (MM/DD/YYYY):** 02/11/2021
**\*Crash Time (24HRMM):** 0600
**Case ID:** 210011068
**Local Use:**

**\*County Name:** TARRANT
**\*City Name:** FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

**Latitude (decimal degrees):** 32*7951313
**Longitude — (decimal degrees):** 097*7177

### ROAD ON WHICH CRASH OCCURRED

**\*1 Rdwy. Sys.:** TL
**\*Hwy. Num.:** 35
**2 Rdwy. Part:** 1
**Block Num.:** 2600
**3 Street Prefix:**
**\*Street Name:**
**4 Street Suffix:**

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/Toll Lane
**Speed Limit:**
**Const. Zone** ☐ Yes ☐ No
**Workers Present** ☐ Yes ☐ No
**Street Desc.:**

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

**At Int.** ☐ Yes ☒ No
**1 Rdwy. Sys.:** LR
**Hwy. Num.:**
**2. Rdwy. Part:** 1
**Block Num.:** 2500
**3 Street Prefix:** NE
**Street Name:** 28TH
**4 Street Suffix:** ST

**Distance from Int. or Ref. Marker:** 1000 ☒ FT ☐ MI
**3 Dir. from Int. or Ref. Marker:** S
**Reference Marker:**
**Street Desc.:** HWY
**RRX Num.:**

## VEHICLE, DRIVER & PERSONS

**Unit Num.:** 13
**5 Unit Desc.:** 1
☐ Parked Vehicle
☐ Hit and Run
**LP State:** TX
**LP Num.:** 97216B2
**VIN:** KNDPCAC5G784542

**Veh. Year:** 2016
**6. Veh. Color:** GRY
**Veh. Make:** KIA
**Veh. Model:** SPORTAGE
**7 Body Style:** SV
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

**8 DL/ID Type:** 4
**DL/ID State:** TX
**DL/ID Num.:** 41806307
**9 DL Class:** 5
**10 CDL End.:** 5
**11 DL Rest.:** 5
**DOB (MM/DD/YYYY):** 0/0/3/1/1/9

**Address (Street, City, State, ZIP):** 2400 INDIAN HEAD DR FORT WORTH, TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WATSON, AARON LUK | N | 45 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
**Owner/Lessee Name & Address:** WATSON, AARON LUK, 2400 INDIAN HEAD DR FORT WORTH, TX 76177

**Proof of Fin. Resp.** ☐ Yes ☒ No
☐ Expired ☐ Exempt
**26 Fin. Resp. Type:**
**Fin. Resp. Name:**
**Fin. Resp. Num.:**

**Fin. Resp. Phone Num.:**
**27 Vehicle Damage Rating 1:** 112-FD-7
**27 Vehicle Damage Rating 2:** 6-RD-7
**Vehicle Inventoried** ☐ Yes ☒ No

**Towed By:** TEXAS TOWING
**Towed To:** TEXAS TOWING

## VEHICLE, DRIVER & PERSONS

**Unit Num.:** 14
**5 Unit Desc.:** 4
☐ Parked Vehicle
☐ Hit and Run
**LP State:**
**LP Num.:**
**VIN:**

**Veh. Year:**
**6. Veh. Color:**
**Veh. Make:**
**Veh. Model:**
**7 Body Style:**
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

**8 DL/ID Type:** 1
**DL/ID State:** TX
**DL/ID Num.:** 41806307
**9 DL Class:** C
**10 CDL End.:** 96
**11 DL Rest.:** 96
**DOB (MM/DD/YYYY):** 0/8/0/3/1/9/5

**Address (Street, City, State, ZIP):** 2400 INDIAN HEAD DR FORT WORTH, TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 16 | WATSON, AARON LUKE | K | 45 | W | 1 | 97 | 97 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☐ Owner ☐ Lessee
**Owner/Lessee Name & Address:**

**Proof of Fin. Resp.** ☐ Yes ☐ No
☐ Expired ☐ Exempt
**26 Fin. Resp. Type:**
**Fin. Resp. Name:**
**Fin. Resp. Num.:**

**Fin. Resp. Phone Num.:**
**27 Vehicle Damage Rating 1:** 1-
**27 Vehicle Damage Rating 2:** -
**Vehicle Inventoried** ☐ Yes ☐ No

**Towed By:**
**Towed To:**

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 14 | 1 | FW FUNERALS AND CREMATIONS | TARRANT CTY MORGUE | 02/11/2021 | 0 6 1 3 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

Environmental and Roadway Conditions

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 | ID Num. | 3380-3421 |

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN, K

ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | 2 0 0 0 0 0

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 1 4 1   Total Num. Prsns.: 1 3 6   TxDOT Crash.ID: 18142877.1 /2021093866

## Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 15 of c##

| *Crash Date (MM/DD/YYYY) | *Crash Time (24HRMM) | Case ID | Local Use | |
|---|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | | |

**IDENTIFICATION & LOCATION**

| *County Name TARRANT | *City Name FORT WORTH | | ☐ Outside City Limit |
|---|---|---|---|

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees) 3 2 ° 7 9 5 1 4

Longitude — (decimal degrees) 0 9 7 3 2 2 1 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. TL | *Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | *Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/Toll Lane   Speed Limit   Const. Zone ☐ Yes ☐ No   Workers Present ☐ Yes ☐ No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. |
|---|---|---|---|---|---|

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 15 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. GP98DB | VIN 1 G C G T D E 3 0 G 1 3 0 7 7 4 | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 6 | 6. Veh. Color WHI | Veh. Make CHEVROLET | Veh. Model COLORADO | 7 Body Style PK | |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State UT | DL/ID Num. 08361065 | 9 DL Class 98 | 10 CDL End. 98 | 11 DL Rest. 98 | DOB (MM/DD/YYYY) 1 1 1 1 9 8 5 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 6049 NANCI DR  WATAUGA, TX 76148

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MORRIS, TERRY ALLEN JR | B | 35 | W | 1 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address MORRIS, TERRY ALLEN JR, 6049 NANCI DR  WATAUGA, TX 76148

Proof of Fin. Resp. ☒ Yes ☐ No   26 Fin. Resp. Type ☐ Expired ☐ Exempt 1   Fin. Resp. Name USAA   Fin. Resp. Num. 027641979 7101

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 9 - L P - 7 | 27 Vehicle Damage Rating 2 3 - P - 7 | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|

Towed By ABC TOWING   Towed To ABC TOWING

| Unit Num. 16 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. NTW9207 | VIN 5 T F E M 5 F 1 3 J X 1 2 6 7 3 9 | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 8 | 6. Veh. Color BLK | Veh. Make TOYOTA | Veh. Model TUNDRA | 7 Body Style PK | |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 22530250 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 1 0 / 0 5 / 1 9 8 6 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 8933 PROPER ST #5109  FORT WORTH, TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SIMS, MONICA IVONNE | B | 34 | H | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address SIMS, MONICA IVONNE, 8933 PROPER ST #5109  FORT WORTH, TX 76177

Proof of Fin. Resp. ☒ Yes ☐ No   26 Fin. Resp. Type ☐ Expired ☐ Exempt 1   Fin. Resp. Name ALLSTATE   Fin. Resp. Num. 938966718

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 1 2 - F D - 7 | 27 Vehicle Damage Rating 2 9 - L P - 7 | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|

Towed By BEARDS TOWING   Towed To BEARDS TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Page 16 of 41

Case ID  210011068

TxDOT Crash ID  18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 15 | 1 | LOCAL HOSPITAL | SELF | | |
| 16 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name

Carrier's Primary Addr.

30 Veh. Type

31 Bus Type: RGVW / GVWR   HazMat Released: Yes No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type

Unit Num.: RGVW / GVWR   34 Trlr. Type   CMV Disabling Damage? Yes No   Unit Num.: RGVW / GVWR   34 Trlr. Type   CMV Disabling Damage? Yes No

Sequence Of Events   35 Seq. 1   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit Yes No   Actual Gross Weight   Total Num. Axles

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM)  0 6 2 0

How Notified  DISPATCH

Time Arrived (24HRMM)  0 6 4 0

Report Date (MM/DD/YYYY)  03/01/2021

Invest. Comp.  ☒ Yes  ☐ No

Investigator Name (Printed)  HARPER, G., MARTIN,K

ID Num.  3380-3421

ORI Num.  T X 2 2 0 1 2 0 0

*Agency  FORT WORTH POLICE DEPARTMENT

Service/Region/DA  2 0 0 0 0 0

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 17 of c##

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | *City Name | FORT WORTH | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  Latitude (decimal degrees) 3 2 . 7 9 5 1 9 1 3  Longitude — (decimal degrees) 0 9 7 . 3 7 7 7

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *3 Street Name | | 4 Street Suffix | |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/ Toll Lane  Speed Limit  Const. Zone ☐ Yes ☒ No  Workers Present ☐ Yes ☒ No  Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2. Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | RRX Num. | |

## VEHICLE, DRIVER, & PERSONS

| Unit. Num. | 17 | 5 Unit Dscr. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | JBK4811 | VIN | 1 F T Y R 2 C G 7 G K B 5 0 4 1 1 |

| Veh. Year | 2 0 1 6 | 6. Veh. Color | WHI | Veh. Make | FORD | Veh. Model | TRANSIT CONNECT | 7 Body Style | VN | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 17963569 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | A | DOB (MM/DD/YYYY) | 0 5 / 0 1 / 1 9 8 3 |

Address (Street, City, State, ZIP) 139 CREASSER LN  RHOME, TX 76078

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FRANK, DEREK MICHAEL | B | 37 | W | 1 | 1 | .5 | 97 | N | 97 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address  ENTERPRISE, FM TRUST, 9315 OLIVE BLVD  ST LOUIS, MO 63132

| Proof of Fin. Resp. | ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | TRAVELERS | Fin. Resp. Num. | 8102J330306 |

Fin. Resp. Phone Num.  | 27 Vehicle Damage Rating 1 | 9 - L P - 7 | 27 Vehicle Damage Rating 2 | 3 - R P - 7 | Vehicle Inventoried ☐ Yes ☒ No |

Towed By  BEARDS TOWING   Towed To  BEARDS TOWING

| Unit. Num. | 18 | 5 Unit Dscr. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | HVB8086 | VIN | 3 M Z B M 1 K 7 0 G M 3 2 1 4 9 |

| Veh. Year | 2 0 1 6 | 6. Veh. Color | GRY | Veh. Make | MAZDA | Veh. Model | MAZDA3 | 7 Body Style | P4 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 28719796 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | A | DOB (MM/DD/YYYY) | 0 6 / 2 1 / 1 9 9 3 |

Address (Street, City, State, ZIP) 2830 S HULEN ST #166  FORT WORTH, TX 76109

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GOYER, ALEXANDRIA PAIGE | B | 27 | W | 2 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address  GOYER, ALEXANDRIA PAIGE, 2830 S HULEN ST #166  FORT WORTH, TX 76109

Copy from Custodial File

| Proof of Fin. Resp. | ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | GERMANIA | Fin. Resp. Num. | 43043235174 |

Fin. Resp. Phone Num.  | 27 Vehicle Damage Rating 1 | 9 - L P - 7 | 27 Vehicle Damage Rating 2 | 1 2 - F D - 7 | Vehicle Inventoried ☐ Yes ☒ No |

Towed By  ABC TOWING   Towed To  ABC TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 17 | 1 | LOCAL HOSPITAL | SELF | | |
| 18 | 1 | JOHN PETER SMITH HOSP | MEDSTAR 578 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May have Contrib... | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 | |
|---|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G., MARTIN, K | | | ID Num. | 3380-3421 |
|---|---|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | 2 0 0 0 0 |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 19142877.1 /2021093866 |

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 19 of c##

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | | *City Name | FORT WORTH | | [ ] Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees) 3 2 * 7 9 5 1 3
Longitude (decimal degrees) 0 9 7 3 2 1 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | * Street Name | | 4 Street Suffix | |

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/Toll Lane
Speed Limit
Const. Zone [ ] Yes [X] No
Workers Present [ ] Yes [X] No
Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. | [ ] Yes [X] No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | | RRX Num. | |

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 19 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | OR | LP Num. | YASF134 | VIN | 1 N P 5 L B 9 X 7 N 7 4 2 1 9 7 |

| Veh. Year | 2 0 0 7 | 6. Veh. Color | WHI | Veh. Make | PETERBILT | Veh. Model | 397 | 7 Body Style | TT | [ ] Pol., Fire, EMS on Emergency (Explain In Narrative if checked) |

| 8 DL/ID Type | | DL/ID State | TX | DL/ID Num. | 19529423 | 9 DL Class | A | 10 CDL End. | T | 11 DL Rest. | 96 | DOB (MM/DD/YYYY) | 1 1 / 2 9 / 1 9 7 0 |

Address (Street, City, State, ZIP)  16111 MARCELIA DR  HOUSTON, TX 77049

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MONTES, ARTURO | B | 43 | H | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | SIERRA, MOUNTAIN EXPRESS, 14440 N BYBEE LAKE RD  PORTLAND, OR 97203 |

| Proof of Fin. Resp. [X] Yes [ ] No | 26 Fin. Resp. Type [ ] Expired [ ] Exempt | 1 | Fin. Resp. Name | NATIONAL INTERSTATE | Fin. Resp. Num. | SME8197001 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 - F D - 7 | 27 Vehicle Damage Rating 2 | 1 2 - F R - 7 | Vehicle Inventoried [ ] Yes [X] No |

| Towed By | MILNER | Towed To | MILNER TOWING |

| Unit Num. | 20 | 5 Unit Desc. | 6 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | OR | LP Num. | HV51486 | VIN | 1 B 9 C S 4 5 2 7 P 2 7 5 9 6 |

| Veh. Year | 2 0 0 7 | 6. Veh. Color | BLU | Veh. Make | BOYD TANK TRAILERS | Veh. Model | NOT APPLICABLE | 7 Body Style | TL | [ ] Pol., Fire, EMS on Emergency (Explain In Narrative if checked) |

| 8 DL/ID Type | | DL/ID State | | DL/ID Num. | | 9 DL Class | | 10 CDL End. | | 11 DL Rest. | | DOB (MM/DD/YYYY) | / / |

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | SIERRA, MOUNTAIN EXPRESS, 14440 N BYBEE LAKE RD  PORTLAND, OR 97203 |

| Proof of Fin. Resp. [X] Yes [ ] No | 26 Fin. Resp. Type [ ] Expired [ ] Exempt | 1 | Fin. Resp. Name | NATIONAL INTERSTATE | Fin. Resp. Num. | SME8197001 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 6 - R D - 2 | 27 Vehicle Damage Rating 2 | | Vehicle Inventoried [ ] Yes [X] No |

| Towed By | MILNER | Towed To | MILNER TOWING |

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID: 210011068

TxDOT Crash ID: 18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 19 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. 19   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL.   ☐ 9+ CAPACITY   CMV Disabling Damage? ☒ Yes ☐ No   28 Veh. Oper. 1   29 Carrier ID Type 1   Carrier ID Num. 00365516

Carrier's Corp. Name SIERRA MOUNTAIN   Carrier's Primary Addr. 14440 N BYBEE LAKE RD  PORTLAND, OR 97203   30 Veh. Type 6

31 Bus Type 0   ☐ RGVW ☒ GVWR 5 2 0 0 0   HazMat Released ☐ Yes ☒ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 8

Unit Num. 20   ☐ RGVW ☒ GVWR: 4 8 0 0 0   34 Trlr. Type 1   CMV Disabling Damage? ☐ Yes ☒ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☒ No   Actual Gross Weight   Total Num. Axles

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control | |
| | | | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)...

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G. , MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA 2 0 0 0 0 0

Law Enforcement and TxDOT Use ONLY

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 |
| Total Num. Prsns. | 1 | 3 | 6 |

TxDOT Crash ID: 18142877.1 /2021093866

### Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 21 of CR

**IDENTIFICATION & LOCATION**

| *Crash Date (MM/DD/YYYY) | *Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

| *County Name TARRANT | *City Name FORT WORTH | ☐ Outside City Limit |
|---|---|---|

| In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No | Latitude (decimal degrees) 3 2 * 7 9 5 3 | Longitude — (decimal degrees) 0 9 7 3 2 1 7 7 |
|---|---|---|

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. TL | *Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | *Street Name | 4.Street Suffix |
|---|---|---|---|---|---|---|

| ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☐ Toll Road/ Toll Lane | Speed Limit | Const. Zone ☐ Yes ☒ No | Workers Present ☐ Yes ☒ No | Street Desc. |
|---|---|---|---|---|---|

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2. Rdwy. Part 1 | Block Num. 2500 | 3.Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker 1000. | 3 Dir. from Int. or Ref. Marker ☒ FT ☐ MI   S | Reference Marker | Street Desc. HWY | RRX Num. |
|---|---|---|---|---|

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 21 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. NFK9887 | VIN 1 C 6 R R 7 L M 1 F S 5 3 9 9 6 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 5 | 6. Veh. Color WHI | Veh. Make DODGE | Veh. Model RAM 1500 | 7 Body Style PK | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 22421558 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 7 1 3 1 2 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 3720 RIVER BIRCH RD  FORT WORTH, TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle. Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CRAWFORD, BRIAN | B | 31 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address CRAWFORD, BRIAN, 3720 RIVER BIRCH RD FORT WORTH, TX 76137 |
|---|---|

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name PROGRESSIVE | Fin. Resp. Num. 937701019 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 2 - F D - 1 | 27 Vehicle Damage Rating 2 6 - R D - 5 | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|

| Towed By ABC TOWING | Towed To ABC TOWING |
|---|---|

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 22 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. MJW4810 | VIN 5 X Y P 6 4 H C L G 0 2 9 1 4 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 2 0 | 6. Veh. Color GRY | Veh. Make KIA | Veh. Model UNKNOWN | 7 Body Style SV | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 12747093 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 1 2 5 1 9 4 0 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 8537 WOODLAKE CIR  FORT WORTH, TX 76179

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CROSS, ROBERT MICHAEL | A | 81 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |
| 2 | 2 | 3 | CROSS, RICHARD | A | 54 | W | 1 | 1 | 5 | 97 | N | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address CROSS, ROBERT MICHAEL, 8537 WOODLAKE CIR FORT WORTH, TX 76179 |
|---|---|

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name ALLSTATE | Fin. Resp. Num. 836230560 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 1 2 - F D - 7 | 27 Vehicle Damage Rating 2 9 - L P - 5 | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|

| Towed By ABC TOWING | Towed To ABC TOWING |
|---|---|

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 |
| TxDOT Crash ID | 18142877.1/2021093866 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 21 | 1 | LOCAL HOSPITAL | SELF | | |
| 22 | 1 | JOHN PETER SMITH HOSP | MEDSTAR | | |
| 22 | 2 | JOHN PETER SMITH HOSP | MEDSTAR | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021 | ID Num. 3380-3421 |
| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN,K | | | | | |
| ORI T X 2 2 0 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | | | | Service/Region/DA 2 0 0 0 0 0 |

Law Enforcement and TxDOT Use ONLY

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 23 of <##

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID 210011068 | | Local Use | |

| *County Name TARRANT | | *City Name FORT WORTH | | | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No   Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) 0 9 7 . 1 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. TL | *Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | *Street Name | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot    ☐ Toll Road/Toll Lane    Speed Limit    Const. Zone ☐ Yes ☐ No    Workers Present ☐ Yes ☒ No    Road Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2. Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |

| Distance from Int. or Ref. Marker 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | | RRX Num. |

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 23 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. 1L57140 | VIN 1 F U B C Y C S 1 3 H M 0 1 6 4 |

| Veh. Year 2 0 0 3 | 6. Veh. Color RED | Veh. Make FREIGHTLINER | Veh. Model UNKNOWN | 7 Body Style TR | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 46057967 | 9 DL Class A | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YY) 0 8 / 1 3 / 1 9 9 9 |

Address (Street, City, State, ZIP) 3974 N STORY RD #925  IRVING, TX 75038

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MCENLEY, JALEN | N | 21 | B | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address COCA COLA, SOUTHWEST BEVERAGES LL, 3400 FOSSIL CREEK BLVD FORT WORTH, TX 76137 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name BEECHER CARLSON INS | Fin. Resp. Num. 404-460-1401 |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 | 1 2 - F D - 2 | 27 Vehicle Damage Rating 2 | Vehicle Inventoried ☐ Yes ☒ No |

Towed By DRIVEN    Towed To 3400 FOSSIL CREEK BL

| Unit Num. 24 | 5 Unit Desc. 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. 80918Z | VIN 2 M N 0 1 J A L 2 6 1 0 0 8 2 5 |

| Veh. Year 2 0 0 6 | 6. Veh. Color RED | Veh. Make TRAILMOBILE | Veh. Model NOT APPLICABLE | 7 Body Style TL | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) / / |

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address COCA COLA, SOUTHWEST BEVERAGES LL, 3400 FOSSIL CREEK BL FORT WORTH, TX 76137 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name BEECHER CARLSON INS | Fin. Resp. Num. 404-460-1401 |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 | 6 - R D - 1 | 27 Vehicle Damage Rating 2 | Vehicle Inventoried ☐ Yes ☒ No |

Towed By DRIVEN    Towed To 3400 FOSSIL CREEK BLVD

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | 23 | [X] 10,001+ LBS. | [ ] TRANSPORTING HAZARDOUS MATERIAL | [ ] 9+ CAPACITY | CMV Disabling Damage? [X] Yes [ ] No | 28 Veh. Oper. 2 | 29 Carrier ID Type 1 | Carrier ID Num. 02977752 |

| Carrier's Corp. Name COCA COLA | Carrier's Primary Addr. 6101 AVE A  LUBBOCK, TX 79404 | 30 Veh. Type 5 |

| 31 Bus Type 0 | [ ] RGVW [X] GVWR 3 4 7 0 0 | HazMat Released [ ] Yes [ ] No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 3 |

| Unit Num. 24 | [ ] RGVW [X] GVWR 1 2 1 0 0 | 34 Trlr. Type 1 | CMV Disabling Damage? [X] Yes [ ] No | Unit Num. | [ ] RGVW [ ] GVWR | 34-Trlr. Type | CMV Disabling Damage? [ ] Yes [ ] No |

| Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit [ ] Yes [X] No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021 | |
| Invest. Comp. [X] Yes [ ] No | Investigator Name (Printed) HARPER, G., MARTIN,K | | | ID Num. 3380-3421 |
| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | | | Service/ Region/DA 2 0 0 0 0 |

Law Enforcement and TxDOT Use ONLY

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 25 of c##

## IDENTIFICATION & LOCATION

**\*Crash Date (MM/DD/YYYY)** 02/11/2021   **\*Crash Time (24HRMM)** 0600   **Case ID** 210011068   **Local Use**

**\*County Name** TARRANT   **\*City Name** FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   **Latitude** (decimal degrees) 32.79151   **Longitude** (decimal degrees) 097.28177

### ROAD ON WHICH CRASH OCCURRED

**\*1 Rdwy. Sys.** TL   **\*Hwy. Num.** 35   **2 Rdwy. Part** 1   **Block Num.** 2600   **3 Street Prefix**   **\*Street Name**   **4 Street Suffix**

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   **Speed Limit**   **Const. Zone** ☐ Yes ☒ No   **Workers Present** ☐ Yes ☒ No   **Street Desc.**

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

**At Int.** ☐ Yes ☒ No   **1 Rdwy. Sys.** LR   **Hwy. Num.**   **2 Rdwy. Part** 1   **Block Num.** 2500   **3 Street Prefix** NE   **Street Name** 28TH   **4 Street Suffix** ST

**Distance from Int. or Ref. Marker** 1000   ☒ FT ☐ MI   **3 Dir: from Int. or Ref. Marker** S   **Reference Marker**   **Street Desc.** HWY   **RRX Num.**

## VEHICLE, DRIVER, & PERSONS

**Unit Num.** 25   **5 Unit Desc.** 1   ☐ Parked Vehicle   ☐ Hit and Run   **LP State** TX   **LP Num.** BX6W775   **VIN** 1ZVHT82H7851050110

**Veh. Year** 2008   **6. Veh. Color** BLK   **Veh. Make** FORD   **Veh. Model** MUSTANG   **7 Body Style** P2   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

**8 DL/ID Type** 1   **DL/ID State** TX   **DL/ID Num.** 11375695   **9 DL Class** C   **10 CDL End.** 96   **11 DL Rest.** A   **OOB (MM/DD/YYYY)** 03/10/1988

**Address (Street, City, State, ZIP)** 14009 TANGLEBRUSH TRL   HASLET, TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DUDDINGTON, DUSTIN DALE | B | 32 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   **Owner/Lessee Name & Address** DUDDINGTON, DUSTIN DALE, 14009 TANGLEBRUSH TRL HASLET, TX 76052

**Proof of Fin. Resp.** ☒ Yes ☐ No   ☐ Expired ☐ Exempt   **26 Fin. Resp. Type** 1   **Fin. Resp. Name** TX FARM BUREAU   **Fin. Resp. Num.** 23296973

**Fin. Resp. Phone Num.**   **27 Vehicle Damage Rating 1** 12-FD-7   **27 Vehicle Damage Rating 2** 6-RD-7   **Vehicle Inventoried** ☐ Yes ☒ No

**Towed By** BEARDS TOWING   **Towed To** BEARDS TOWING

---

**Unit Num.** 26   **5 Unit Desc.** 1   ☐ Parked Vehicle   ☐ Hit and Run   **LP State** TX   **LP Num.** AY74324   **VIN** 1FDSE3FL4BDB0615

**Veh. Year** 2011   **6. Veh. Color** BLU   **Veh. Make** FORD   **Veh. Model** ECONOLINE   **7 Body Style** VN   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

**8 DL/ID Type** 1   **DL/ID State** TX   **DL/ID Num.** 39903462   **9 DL Class** C   **10 CDL End.** 96   **11 DL Rest.**   **DOB (MM/DD/YYYY)** 11/04/1998

**Address (Street, City, State, ZIP)** 713 TURNER BLVD   GRAND PRAIRIE, TX 75050

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ROGERS, NADIA JEAN | B | 22 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   **Owner/Lessee Name & Address** MCDANIEL AND SON PLUMBING, 2215 W HARRIS RD ARLINGTON, TX 76001

**Proof of Fin. Resp.** ☒ Yes ☐ No   ☐ Expired ☐ Exempt   **26 Fin. Resp. Type** 1   **Fin. Resp. Name** STATE AUTO   **Fin. Resp. Num.** BAP2470291

**Fin. Resp. Phone Num.**   **27 Vehicle Damage Rating 1** 12-FD-7   **27 Vehicle Damage Rating 2** 6-RD-7   **Vehicle Inventoried** ☐ Yes ☒ No

**Towed By** TEXAS TOWING   **Towed To** TEXAS TOWING YARD

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | | TxDOT Crash ID | 18142877.1/2021093866 |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 25 | 1 | LOCAL HOSPITAL | SELF | | |
| 26 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | Carrier's Primary Addr. | | 30 Veh. Type |
|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2021 | | |
|---|---|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G., MARTIN, K | | | | ID Num. | 3380-3421 |

| ORI Num. | T X 2 2 0 1 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | Service/ Region/DA | 2 0 0 0 0 |

Low Enforcement and TxDOT Use ONLY

[X] FATAL [ ] CMV [ ] SCHOOL BUS [ ] RAILROAD [ ] MAB [ ] SUPPLEMENT [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 27 of c##

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | | *City Name | FORT WORTH | | [ ] Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No

Latitude (decimal degrees) 3 2 . 7 9 5 4 5

Longitude — (decimal degrees) 0 9 7 . 3 2 2 1 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix | |

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [ ] Toll Road/Toll Lane  Speed Limit  Const. Zone [ ] Yes [X] No  Workers Present [ ] Yes [X] No  Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. [ ] Yes [X] No | 1 Rdwy. Sys. | LR | Hwy. Num. | 2 Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | | RRX Num. | |

## VEHICLE, DRIVER & PERSONS

| Unit Num. | 27 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | TX | LP Num. | KMG4544 | VIN | 1 H G C P 2 F 8 7 B A 0 B 7 1 3 9 |

| Veh. Year | 2 0 1 1 | 6. Veh. Color | GRY | Veh. Make | HONDA | Veh. Model | ACCORD | | 7 Body Style | P4 | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 34472157 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | 96 | DOB (MM/DD/YYYY) | 1 1 0 3 0 1 9 5 |

Address (Street, City, State, ZIP) 3301 CALERA TRL #3111   FORT WORTH, TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BROOKE, ASHLEY | B | 25 | W | 2 | 1 | 1 | 3 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | ENGEL, HUNTER, 9531 HACKAMORE CT  JUSTIN, TX 76247 |

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name STATE FARM  Fin. Resp. Num. 466 0631-C04-43-001

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 3 - R P - 7 | 27 Vehicle Damage Rating 2 | 6 - R D - 7 | Vehicle Inventoried [ ] Yes [X] No |

Towed By A1 TOWING   Towed To A1 TOWING

| Unit Num. | 28 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | TX | LP Num. | HRT5651 | VIN | 1 9 X F C 1 F 3 6 G E 0 1 2 7 3 1 |

| Veh. Year | 2 0 1 6 | 6. Veh. Color | BLK | Veh. Make | HONDA | Veh. Model | CIVIC | | 7 Body Style | P4 | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 9748792 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | A | DOB (MM/DD/YYYY) | 1 1 2 5 1 9 5 5 |

Address (Street, City, State, ZIP) 221 SCHREIBER DR  HASLET, TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HIATT, JAMES JENNINGS | B | 65 | W | 1 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | HIATT, NANCY JEAN, 221 SCHREIBER DR HASLET, TX 76052 |

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name STATE FARM  Fin. Resp. Num. 065 846B K30 43S 004

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 6 - R D - 7 | 27 Vehicle Damage Rating 2 | 3 - R P - 7 | Vehicle Inventoried [ ] Yes [X] No |

Towed By TEXAS TOWING   Towed To TEXAS TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 1/1/2018)

| Case ID | 210011068 | | TxDOT Crash ID | 18142877.1/2021093866 |
|---|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 27 | 1 | LOCAL HOSPITAL | SELF | | |
| 28 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | Carrier's Primary Addr. | | 30 Veh. Type |
|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G., MARTIN, K | | ID Num. | 3380-3421 |
|---|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | 2 0 0 0 0 0 |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 8  Total Num. Prsns: 1 3 6  TxDOT Crash ID: 18142877.1 /2021093866

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 29 of <##

## IDENTIFICATION & LOCATION

**Crash Date (MM/DD/YYYY):** 02/11/2021  **Crash Time (24HRMM):** 0600  **Case ID:** 210011068  **Local Use:**

**County Name:** TARRANT  **City Name:** FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  **Latitude (decimal degrees):** 32°7957  **Longitude (decimal degrees):** 097°7277

### ROAD ON WHICH CRASH OCCURRED

**1 Rdwy. Sys.:** TL  **Hwy. Num.:** 35  **2 Rdwy. Part:** 1  **Block Num.:** 2600  **3 Street Prefix:**  **Street Name:**  **4 Street Suffix:**

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/ Toll Lane  **Speed Limit:**  **Const. Zone:** ☐ Yes ☒ No  **Workers Present:** ☐ Yes ☒ No  **Street Desc.:**

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

**At Int.:** ☐ Yes ☒ No  **1 Rdwy. Sys.:** LR  **Hwy. Num.:**  **2. Rdwy. Part:** 1  **Block Num.:** 2500  **3 Street Prefix:** NE  **Street Name:** 28TH  **4 Street Suffix:** ST

**Distance from Int. or Ref. Marker:** 1000  ☒ FT ☐ MI  **3 Dir. from Int. or Ref. Marker:** S  **Reference Marker:**  **Street Desc.:** HWY  **RRX Num.:**

## VEHICLE, DRIVER & PERSONS

**Unit Num.:** 29  **5 Unit Desc.:** 1  ☐ Parked Vehicle  ☐ Hit and Run  **LP State:** TX  **LP Num.:** 1RY443  **VIN:** 3C63RRAL4JG28550  ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

**Veh. Year:** 2013  **6. Veh. Color:** WHI  **Veh. Make:** DODGE  **Veh. Model:** RAM 3500  **7 Body Style:** PK

**8 DL/ID Type:** 1  **DL/ID State:** TX  **DL/ID Num.:** 15742576  **9 DL Class:** CM  **10 COL End.:** 96  **11 DL Rest.:** 96  **DOB (MM/DD/YYYY):** 02/25/1976

**Address (Street, City, State, ZIP):** 390 CR 3330  BRIDGEPORT, TX 76426

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GOBER, KERRY QUINN | B | 44 | W | 1 | 1 | 5 | 97 | N | 96 |  |  | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  **Owner/Lessee Name & Address:** GOBER, KERRY QUINN, 390 CR 3330  BRIDGEPORT, TX 76426

**Proof of Fin. Resp.:** ☒ Yes ☐ No  ☐ Expired ☐ Exempt  **26 Fin. Resp. Type:** 1  **Fin. Resp. Name:** TEXAS FARM BUREAU  **Fin. Resp. Num.:** 23339403

**Fin. Resp. Phone Num.:**  **27 Vehicle Damage Rating 1:** 12-FD-7  **27 Vehicle Damage Rating 2:** 6--RD-7  **Vehicle Inventoried:** ☐ Yes ☒ No

**Towed By:** BEARDS TOWING  **Towed To:** BEARDS TOWING

**Unit Num.:** 30  **5 Unit Desc.:** 1  ☐ Parked Vehicle  ☐ Hit and Run  **LP State:** TX  **LP Num.:** DXL6453  **VIN:** 1C4RDHAG4DC5250  ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

**Veh. Year:** 2013  **6. Veh. Color:** RED  **Veh. Make:** DODGE  **Veh. Model:** DURANGO  **7 Body Style:** SV

**8 DL/ID Type:** 1  **DL/ID State:** TX  **DL/ID Num.:** 17820436  **9 DL Class:** C  **10 CDL End.:** 96  **11 DL Rest.:** 96  **DOB (MM/DD/YYYY):** 10/21/1981

**Address (Street, City, State, ZIP):** 12928 PARADE GROUNDS LN FORT WORTH, TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BENSON, REBECCA ANN | B | 39 | B | 2 | 1 | 5 | 97 | N | 96 |  |  | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  **Owner/Lessee Name & Address:** BENSON, REBECCA ANN, 12928 PARADE GROUNDS LN FORT WORTH, TX 76244

**Proof of Fin. Resp.:** ☒ Yes ☐ No  ☐ Expired ☐ Exempt  **26 Fin. Resp. Type:** 1  **Fin. Resp. Name:** LIBERTY COUNTY MUTUAL  **Fin. Resp. Num.:** Y8721709

**Fin. Resp. Phone Num.:**  **27 Vehicle Damage Rating 1:** 12-FD-7  **27 Vehicle Damage Rating 2:** 9--LP-7  **Vehicle Inventoried:** ☐ Yes ☒ No

**Towed By:** MILNER TOWING  **Towed To:** MILNER TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 1/1/2018)

| Case ID | 210011068 |
| TxDOT Crash ID | 18142877.1/2021093866 |

Page 30 of

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 29 | 1 | HARRIS DOWNTOWN | SELF | | |
| 30 | 1 | HARRIS DOWNTOWN | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

Unit Num. [ ] 10,001+ LBS. [ ] TRANSPORTING HAZARDOUS MATERIAL [ ] 9+ CAPACITY  CMV Disabling Damage? [ ] Yes [ ] No  28 Veh. Oper.  29 Carrier ID Type  Carrier ID Num.

Carrier's Corp. Name   Carrier's Primary Addr.   30 Veh. Type

31 Bus Type [ ] RGVW [ ] GVWR  HazMat Released [ ] Yes [ ] No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type

Unit Num. [ ] RGVW [ ] GVWR  34 Trlr. Type  CMV Disabling Damage? [ ] Yes [ ] No  Unit Num. [ ] RGVW [ ] GVWR  34 Trlr. Type  CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events  35 Seq. 1  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit [ ] Yes [ ] No  Actual Gross Weight  Total Num. Axles

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads. | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control... |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 |

Invest. Comp. [X] Yes [ ] No   Investigator Name (Printed) HARPER, G. , MARTIN,K   ID Num. 3380-3421

ORI Num. | T | X | 2 | 2 | 0 | 1 | 2 | 0 | 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA  2 0  0 0 0 0

Law Enforcement and TxDOT Use ONLY

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 31 of

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) 02/11/2021 | *Crash Time (24HRMM) 0600 | Case ID 210011068 | | Local Use |
|---|---|---|---|---|

*County Name TARRANT   *City Name FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No   Latitude (decimal degrees) 32 * 7 9 5 1 9   Longitude — (decimal degrees) 0 9 7 . 7 2 1 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. TL | *Hwy. Num. 3S | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | *Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐Yes. ☐No   Workers Present ☐Yes ☐No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. ☐Yes ☒No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 31 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. NXN0515 | VIN 1 C 4 R J E B G 6 M C 5 1 1 4 6 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year 2 0 2 1 | 6. Veh. Color BLK | Veh. Make JEEP | Veh. Model GRAND CHEROKEE | 7 Body Style SV | |

| 8 DL/ID Type | DL/ID State TX | DL/ID Num. 15573968 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. A | DOB (MM/DD/YYYY) 0 8 / 0 9 / 1 9 7 5 |

Address (Street, City, State, ZIP)  12240 WALDEN WOOD DR  FORT WORTH, TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LIVESAY, ANGIE DENISE | B | 45 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address  LIVESAY, ANGIE DENISE, 12240 WALDEN WOOD DR FORT WORTH, TX 76244 |

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name TRAVELERS INSURANCE   Fin. Resp. Num. 6077228172221

27 Vehicle Damage Rating 1  1 2 - F D - 7   27 Vehicle Damage Rating 2  3 - R P - 7   Vehicle Inventoried ☐Yes ☒No

Towed By TEXAS TOWING   Towed To TEXAS TOWING

| Unit Num. 32 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. LPX6792 | VIN J N 1 B J 0 H P X E M 2 1 0 8 6 0 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year 2 0 1 4 | 6. Veh. Color WHI | Veh. Make INFINITI | Veh. Model QX50 | 7 Body Style SV | |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 11716940 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 8 / 3 1 / 1 9 6 0 |

Address (Street, City, State, ZIP) 7791 ARCADIA TRL  FORT WORTH, TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | PAARUP, MICHAEL | N | 60 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address  PAARUP, MICHAEL, 7791 ARCADIA TRL FORT WORTH, TX 76137 |

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name PROGRESSIVE   Fin. Resp. Num. 903565417

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  1 2 - F D - 7   27 Vehicle Damage Rating 2  6 - L P - 7   Vehicle Inventoried ☐Yes ☒No

Towed By ABC TOWING   Towed To ABC TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 31 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | 30 Veh. Type |

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN, K | | ID Num. 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | 2 0 0 0 0 0 |

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 33 of ##

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 02 / 11 / 2021   *Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use:

*County Name: TARRANT   *City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): 0 9 7 . 3 2 2 7 1

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys.: TL   *Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   *Street Name:   4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit:   Const. Zone: ☐ Yes ☒ No   Workers Present: ☐ Yes ☒ No   Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 33   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: MSC1553   VIN: 2 T 1 B U 4 E E 4 B C 6 1 1 0

Veh. Year: 2 0 1 1   6. Veh. Color: SIL   Veh. Make: TOYOTA   Veh. Model: COROLLA   7 Body Style: P4   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 99   DL/ID State: UN   DL/ID Num.:   9 DL Class: 99   10 CDL End.: 99   11 DL Rest.: 99   DOB (MM/DD/YYYY): / /

Address (Street, City, State, ZIP): UNKOWN  UNKNOWN, UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN, UNK UNK | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 5 | 97 | N | 96 | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: LUCKEY, LATRICE KNESHUN, 1020 OSBORNE LN FORT WORTH, TX 76112

Proof of Fin. Resp.: ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: HOME STATE COUNTY   Fin. Resp. Num.: MST01714623-00

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 1 2 - F D - 7   27 Vehicle Damage Rating 2: - R D -   Vehicle Inventoried: ☐ Yes ☒ No

Towed By: TEXAS TOWING   Towed To: TEXAS TOWING

---

Unit Num.: 34   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: CVZ6452   VIN: 3 V W D X 7 A J 8 M 3 0 5 4 8

Veh. Year: 2 0 1 1   6. Veh. Color: BLU   Veh. Make: VOLKSWAGEN   Veh. Model: JETTA   7 Body Style: P4   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 39911636   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 8 / 1 2 / 1 9 9 9

Address (Street, City, State, ZIP): 6716 RIDGEWOOD DR  NORTH RICHLAND HILLS, TX 76182

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | YOUNG, JACOB ALEXANDER | B | 21 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: YOUNG, JACOB ALEXANDER, 6716 RIDGEWOOD DR  NORTH RICHLAND HILLS, TX 76182

Proof of Fin. Resp.: ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: GEICO   Fin. Resp. Num.: 4220496642

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 1 1 - F D - 7   27 Vehicle Damage Rating 2: 6 - R D -   Vehicle Inventoried: ☐ Yes ☒ No

Towed By: CORNISH TOWING   Towed To: CORNISH TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 34 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Cherge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | 30 Veh. Type |
|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

-Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 | |
|---|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G., MARTIN,K | | ID Num. | 3380-3421 |
|---|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | 2 0 0 0 0 0 |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash IO | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 35 of 64

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | | |
|---|---|---|---|---|---|---|---|---|

| *County Name | TARRANT | | *City Name | FORT WORTH | | [ ] Outside City Limit |
|---|---|---|---|---|---|---|

| In your opinion, did this crash result in at least $1,000 damage to any one person's property? | [X] Yes [ ] No | Latitude (decimal degrees) | 3 2 . 7 9 5 1 3 | Longitude — (decimal degrees) | 0 9 7 . 3 2 2 1 7 7 |
|---|---|---|---|---|---|

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| [ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | [ ] Toll Road/ Toll Lane | Speed Limit | | Cont. Zone [ ] Yes [ ] No | Workers Present [ ] Yes [ ] No | Street Desc. |
|---|---|---|---|---|---|---|

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. [ ] Yes [X] No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker | 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | | RRX Num. | |
|---|---|---|---|---|---|---|---|---|---|---|---|

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 35 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | TX | LP Num. | HFK4315 | VIN | 1 G C 1 K X C 8 9 E F 1 2 5 5 9 | [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Veh. Year | 2 0 1 4 | 6. Veh. Color | WHI | Veh. Make | CHEVROLET | Veh. Model | SILVERADO | 7 Body Style | PK | |
|---|---|---|---|---|---|---|---|---|---|---|

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 24007807 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | 96 | DOB (MM/DD/YYYY) | 0 7 / 1 9 / 1 9 9 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 1200 ALLIANCE BLVD  RHOME, TX 76078

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GUTHRIE, NEAL WILLIAM | B | 30 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | GUTHRIE, NEAL WILLIAM, 1200 ALLIANCE BLVD RHOME, TX 76078 |
|---|---|---|

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | AGRICULTURAL WORKERS MUTUAL | Fin. Resp. Num. | A6TX000042 |
|---|---|---|---|---|---|---|---|

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D - 7 | 27 Vehicle Damage Rating 2 | 6 - R D - 7 | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|---|---|---|

| Towed By | CORNISH TOWING | Towed To | CORNISH TOWING |
|---|---|---|---|

| Unit Num. | 36 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | TX | LP Num. | NRW4472 | VIN | 1 F M F U 1 6 5 8 L A 6 7 5 5 | [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Veh. Year | 2 0 0 8 | 6. Veh. Color | WHI | Veh. Make | FORD | Veh. Model | EXPEDITION | 7 Body Style | SV | |
|---|---|---|---|---|---|---|---|---|---|---|

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 14170036 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | 96 | DOB (MM/DD/YYYY) | 1 0 / 1 1 / 1 9 8 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 12525 HAVERHILL DR FORT WORTH, TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MURSALIN, WALID | N | 36 | A | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | MURSALIN, WALID, 12525 HAVERHILL DR FORT WORTH, TX 76244 |
|---|---|---|

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | PROGRESSIVE | Fin. Resp. Num. | 936329750 |
|---|---|---|---|---|---|---|---|

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D - 7 | 27 Vehicle Damage Rating 2 | 3 - R P - 7 | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|---|---|---|

| Towed By | ABC TOWING | Towed To | ABC TOWING |
|---|---|---|---|

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID .210011068

TxDOT Crash ID  18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 35 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

Carrier's Corp. Name

Carrier's Primary Addr.

30 Veh. Type

| 31 Bus-Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 | |
| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. , MARTIN, K | | | ID Num. 3380-3421 |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | | Service/Region/DA 2 0 0 0 0 0 |

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS·  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

**Refer to Attached Code Sheet for Numbered Fields**

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 37 of 64

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 02 / 11 / 2021 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | | *City Name | FORT WORTH | | [ ] Outside City Limit |

| In your opinion, did this crash result in at least $1,000 damage to any one person's property? | [X] Yes [ ] No | Latitude (decimal degrees) | 3 2 * 7 9 1 5 1 3 | Longitude — (decimal degrees) | 0 9 7 |

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix | |

| [ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | [ ] Toll Road/Toll Lane | Speed Limit | | Const. Zone | [ ] Yes [ ] No | Workers Present | [ ] Yes [ ] No | Street Desc. | |

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD DR REFERENCE MARKER**

| At Int. | [ ] Yes [X] No | 1 Rdwy. Sys. | LR | Hwy. Num: | | 2. Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | | | RRX Num. | |

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 37 | 5 Unit Desc. | 1 | [ ] Parked-Vehicle | [ ] Hit and Run | LP State | TX | LP Num. | KCM1666 | VIN | K N D M B 5 C 1 2 H 6 2 4 8 7 6 |

| Veh. Year | 2 0 1 7 | 6. Veh. Color | SIL | Veh. Make | KIA | Veh. Model | SEDONA | 7 Body Style | VN | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | | DL/ID State | TX | DL/ID Num. | 25831853 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | 96 | DOB (MM/DD/YYYY) | 0 8 / 2 0 1 9 7 4 |

Address (Street, City, State, ZIP) 10500 ARANSAS DR FORT WORTH, TX 76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | THURMAN, OPAL CHRISTINE | A | 46 | W | 2 | 1 | 5 | 90 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | THURMAN, OPAL CHRISTINE, 10500 ARANSAS DR FORT WORTH, TX 76131 |

| Proof of Fin. Resp. | [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | STATE FARM | Fin. Resp. Num. | 108 3060 L19 43M 001 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - Z O N - F D - 7 | 27 Vehicle Damage Rating 2 | 6 - R D - | Vehicle Inventoried | [ ] Yes [X] No |

| Towed By | MILNER TOWING | Towed To | MILNER TOWING |

| Unit Num. | 38 | 5 Unit Desc. | 4 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | | LP Num. | | VIN | |

| Veh. Year | | 6. Veh. Color | | Veh. Make | | Veh. Model | | 7 Body Style | | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 99 | DL/ID State | UN | DL/ID Num. | | 9 DL Class | 99 | 10 CDL End. | 99 | 11 DL Rest. | 99 | DOB (MM/DD/YYYY) | 1 0 / 2 1 9 7 4 |

Address (Street, City, State, ZIP) UNKNOWN  UNKN, UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 16 | QUERALES, TAMARA SATIMA | K | 46 | H | 2 | 97 | 97 | 97 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

Copy from Custodial File

| [ ] Owner [ ] Lessee | Owner/Lessee Name & Address | |

| Proof of Fin. Resp. | [ ] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | | Fin. Resp. Name | | Fin. Resp. Num. | |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | - - | 27 Vehicle Damage Rating 2 | - - | Vehicle Inventoried | [ ] Yes [ ] No |

| Towed By | | Towed To | |

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 1/1/2016)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 37 | 1 | MEDICAL CITY ALLIANCE | MEDSTAR | | |
| 38 | 1 | TC MORGUE | FORT WORTH FUNERALS AND CREMATIONS | 02/11/2021 | 0 6 0 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32-HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 |

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G., MARTIN, K | | | ID Num. | 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | 2 0 0 0 0 0 |

Law Enforcement and TxDOT Use ONLY

| Total Num. Units | Total Num. Prsns. | TxDOT Crash ID |
|---|---|---|
| 1 4 8 | 1 3 6 | 18142877.1 /2021093866 |

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 39 of <##

**IDENTIFICATION & LOCATION**

| *Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) 0 6 0 0 | Case ID 210011068 | Local Use |
|---|---|---|---|

*County Name TARRANT | *City Name FORT WORTH | ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No | Latitude (decimal degrees) 3 2 ° 7 9 5 1 | Longitude — (decimal degrees) 0 9 7 3 2 1 7 7

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. TL | *Hwy. Num. 35 | *2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | * Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☐ Toll Road/ Toll Lane | Speed Limit | Const. Zone ☐ Yes ☐ No | Workers Present ☐ Yes ☒ No | Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | *2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. |
|---|---|---|---|---|---|

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 39 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State IN | LP Num. 2839769 | VIN 3 A K J H L D V 9 M S M G 0 5 9 5 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 2 | 6. Veh. Color WHI | Veh. Make FREIGHTLINER | Veh. Model UNKNOWN | 7 Body Style TR | ☐ Pol, Fire, EMS on Emergency (Explain In Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 41868911 | 9 DL Class A | 10 CDL End. H | 11 DL Rest. P27 | DOB (MM/DD/YYYY) 0 8 2 3 | |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 1704 GRIFFIN LN MANSFIELD, TX 76063

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | VAL, ERNST | N | 41 | W | 1 | 1 | 1 | 1 | 97 | 1 | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address JB HUNT, TRANSPORT INC, 615 JB HUNT CORP DR LOWELL, AR 72745 |
|---|---|

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name ACE AMERICAN INS. | Fin. Resp. Num. H25307951 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 1 1 - L F Q - 7 | 27 Vehicle Damage Rating 2 1 - R F Q - | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|

| Towed By BEARDS TOWING | Towed To 1150 INTERMODAL PKWY |
|---|---|

| Unit Num. 40 | 5 Unit Desc. 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State OK | LP Num. 1631JJ | VIN L J R C 5 4 2 6 0 C 1 0 0 2 4 7 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 2 | 6. Veh. Color ONG | Veh. Make CIMC TRAILERS | Veh. Model NOT_APPLICABLE | 7 Body Style TL | ☐ Pol, Fire, EMS on Emergency (Explain In Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) / / |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

Copy from Custodial File

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address JB HUNT, TRANSPORT INC, 615 JB HUNT CORP DR LOWELL, AR 72745 |
|---|---|

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name ACE AMERICAN INS | Fin. Resp. Num. H25307951 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 - B D - 2 | 27 Vehicle Damage Rating 2 - B R - 2 | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|

| Towed By BEARDS TOWING | Towed To 1150 INTERMODAL PKWY |
|---|---|

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. 39 | [x] 10,001+ LBS. | [ ] TRANSPORTING HAZARDOUS MATERIAL | [ ] 9+ CAPACITY | CMV Disabling Damage? [x] Yes [ ] No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 00800806

Carrier's Corp. Name JB HUNT | Carrier's Primary Addr. 1150 INTERMODAL PKWY  HASLET, TX 76052 | 30 Veh. Type 5

31 Bus Type 0 | [ ] RGVW [x] GVWR 5 2 0 0 0 | HazMat Released [ ] Yes [ ] No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 3

Unit Num. 40 | [ ] RGVW [x] GVWR 6 8 0 0 0 | 34 Trlr. Type 1 | CMV Disabling Damage? [x] Yes [ ] No | Unit Num. | [ ] RGVW [ ] GVWR | 34 Trlr. Type | CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit [ ] Yes [x] No | Actual Gross Weight | Total Num. Axles

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021

Invest. Comp. [x] Yes [ ] No | Investigator Name (Printed) HARPER, G. , MARTIN,K | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA 2 0 0 0 0 0

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 |
| Total Num. Prsns. | 1 | 3 | 6 |

TxDOT Crash IO  18142877.1 /2021093866

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Texas Department of Transportation

Page 41 of <##

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | *Crash Time (24HR:MM) | Case-ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

*County Name TARRANT    *City Name FORT WORTH    [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  [X] Yes [ ] No

*Latitude (decimal degrees)  3 2 . 7 9 1 5
Longitude — (decimal degrees)  0 9 7 . 0 7 7 7

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. | *Hwy. Num. | 2 Rdwy. Part | Block Num. | 3 Street Prefix | *Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|
| TL | 35 | 1 | 2600 | | | |

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [ ] Toll Road/ Toll Lane  Speed Limit  Const. Zone [ ]Yes [ ]No  Workers Present [ ]Yes [ ]No  Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. [ ]Yes [X]No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker  1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker  S   Reference Marker   Street Desc. HWY   RRX Num.

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 5 Unit Desc. | | |
|---|---|---|---|
| 41 | 1 | | |

[ ] Parked Vehicle  [ ] Hit and Run  LP State TX  LP Num. R400997   VIN  1 X P H D 4 9 X 7 E D 2 1 4 0 8

| Veh. Year | 6. Veh. Color | Veh. Make | Veh. Model | 7 Body Style | Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|
| 2 0 1 4 | BLU | PETERBILT | UNKNOWN | TR | [ ] |

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|
| 1 | TX | 25115658 | A | 96 | 96 | 0 2 1 3 1 9 7 3 |

Address (Street, City, State, ZIP) 3304 SAN ESTEBAN ST MISSION, TX 78572

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DURAN, JOSE BRENT | B | 29 | H | 1 | | | | | N | 96 | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address G.G'S PRODUCE, 2305 E TRENTON RD EDINBURG, TX 78542

Proof of Fin. Resp. [X]Yes [ ]No [ ]Expired [ ]Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name UNITED WISCONSIN INS. CO.   Fin. Resp. Num. UWPGA249602

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  1 2 - F D Z - 7   27 Vehicle Damage Rating 2  1 1 - L D - 7   Vehicle Inventoried [ ]Yes [X]No

Towed By  ABC TOWING   Towed To  6831 OLD RANDOL MILL RD

## VEHICLE, DRIVER & PERSONS

| Unit Num. | 5 Unit Desc. | | |
|---|---|---|---|
| 42 | 6 | | |

[ ] Parked Vehicle  [ ] Hit and Run  LP State TX  LP Num. 055C370   VIN  1 U Y V S 2 5 3 C T U 1 3 0 5 0

| Veh. Year | 6. Veh. Color | Veh. Make | Veh. Model | 7 Body Style | Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|
| 2 0 2 0 | WHI | UTILITY TRAILER MFG | NOT APPLICABLE | TL | [ ] |

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|
| | | | | | | / / |

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address J. GARZA LLC, 2305 E TRENTON RD EDINBURG, TX 78542

Proof of Fin. Resp. [X]Yes [ ]No [ ]Expired [ ]Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name UNITED WISCONSIN INS CO   Fin. Resp. Num. UWPGA249602

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  - B L - 5   27 Vehicle Damage Rating 2  - L F Q - 3   Vehicle Inventoried [ ]Yes [X]No

Towed By  ABC TOWING   Towed To  6831 OLD RANDOL MILL RD

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 1B142877.1/2021093866 |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 41 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. 41 | [X] 10,001+ LBS. | [ ] TRANSPORTING HAZARDOUS MATERIAL | [ ] 9+ CAPACITY | CMV Disabling Damage? [X] Yes [ ] No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 02813179 |
|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name G.G'S PRODUCE | Carrier's Primary Addr. 2305 E TRENTON RD  EDINBURG, TX 78542 | 30 Veh. Type 6 |
|---|---|---|

| 31 Bus Type 0 | [ ] RGVW / [X] GVWR 5 1 2 0 0 | HazMat Released [ ] Yes [ ] No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 3 |
|---|---|---|---|---|---|---|---|

| Unit Num. 42 | [ ] RGVW / [X] GVWR 6 5 0 0 0 | 34 Trlr. Type 1 | CMV Disabling Damage? [ ] Yes [X] No | Unit Num. | [ ] RGVW [ ] GVWR | 34 Trlr. Type | CMV Disabling Damage? [ ] Yes [ ] No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1  98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit [ ] Yes [X] No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021 | ID Num. 3380-3421 |
|---|---|---|---|---|
| Invest. Comp. [X] Yes [ ] No | Investigator Name (Printed) HARPER, G., MARTIN,K | | | |
| ORI T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | | | Service/Region/DA 2 0 0 0 0 |

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | Total Num. Prsns. | TxDOT Crash ID |
|---|---|---|
| 1 4 8 | 1 3 6 | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 43 of <##

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 02/11/2021 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID 210011068 | Local Use | |
|---|---|---|---|---|---|---|

*County Name TARRANT   *City Name FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) 0 9 7 . 2 7 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. TL | *Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | * Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [ ] Toll Road/Toll Lane  Speed Limit  Const. Zone [ ] Yes [ ] No  Workers Present [ ] Yes [X] No  Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. [ ] Yes [X] No | 1 Rdwy. Sys. LR | Hwy. Num. | 2. Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker 1000  [X] FT [ ] MI  3 Dir. from Int. or Ref. Marker S  Reference Marker  Street Desc. HWY  RRX Num.

## VEHICLE, DRIVER & PERSONS

| Unit Num. 43 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. HDK4494 | VIN 5 F N Y F 3 H 7 9 D B 0 1 3 | Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 3 | 6. Veh. Color WHI | Veh. Make HONDA | Veh. Model PILOT | 7 Body Style SV | [ ] |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 00212737 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 8 / 2 1 / 1 9 8 5 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 1205 MESA CREST DR HASLET, TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FALKENBERG, ALICIA MARRIE | N | 35 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address FALKENBERG, ALICIA MARRIE, 1205 MESA CREST DR HASLET, TX 76052

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name USAA  Fin. Resp. Num. 0074683787101

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 1 2 - F - 7 | 27 Vehicle Damage Rating 2 6 - R D - 8 | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|

Towed By PURFECT TOWING   Towed To PURFECT TOWING

| Unit Num. 44 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State UN | LP Num. | VIN | |
|---|---|---|---|---|---|---|---|

| Veh. Year 2 0 2 1 | 6. Veh. Color 99 | Veh. Make UNKNOWN | Veh. Model UNKNOWN | 7 Body Style 99 | [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) / / |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) UNKNOWN UNK, UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 1 | UNKNOWN, UNK UNK | 99 | | 99 | 99 | 99 | 99 | 99 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address UNKNOWN, UNK UNK, UNKNOWN, UNK UNK, UN UNK

Proof of Fin. Resp. [ ] Yes [X] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type  Fin. Resp. Name  Fin. Resp. Num.

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 | 27 Vehicle Damage Rating 2 | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|

Towed By   Towed To

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 |
| TxDOT Crash ID | 18142877.1/2021093866 |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type. |

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021 |

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN, K | ID Num. 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA 2 0 0 0 0 0 |

Law Enforcement and TxDOT Use ONLY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☒ FATAL | ☒ CMV | ☐ SCHOOL BUS | ☐ RAILROAD | ☐ MAB | ☐ SUPPLEMENT | ☐ ACTIVE SCHOOL ZONE | | |

Total Num. Units 1 | 4 | 8   Total Num. Prsns. 1 | 3 | 6   TxDOT Crash ID 1B142877.1 /2021093866

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 45 of 48

**IDENTIFICATION & LOCATION**

*Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1   *Crash Time (24HRMM) 0 6 0 0   Case ID 210011068   Local Use

*County Name TARRANT   *City Name FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) 3 2 . 7 9 5 1   Longitude (decimal degrees) 0 9 7 . 7 7 7

ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys. IH   *Hwy. Num. 35   2 Rdwy. Part 1   Block Num. 2600   3 Street Prefix   4 Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☐ No   Workers Present ☐ Yes ☐ No   Street Desc.

INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. LR   Hwy. Num.   2. Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num. 45   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. LRS7914   VIN K M 8 J 3 3 A 2 9 J U 8 2 9 8 0 1   ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year 2 0 1 8   6. Veh. Color GRY   Veh. Make HYUNDAI   Veh. Model TUCSON   7 Body Style SV

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 25208915   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 6 / 0 5 / 1 9 9 1

Address (Street, City, State, ZIP) 1215 CARAWAY LN HASLET, TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SHAABANI, SARAH DANIELLE | N | 29 | W | 2 | 1 | 5 | 97 | 1 | 8 | 97 | | 96 | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address SHAABANI, SARAH DANIELLE, 1215 CARAWAY LN HASLET, TX 76052

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name COLONIAL COUNTY MUTUAL   Fin. Resp. Num. 7842J15B682

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   -   27 Vehicle Damage Rating 2   -   Vehicle Inventoried ☐ Yes ☒ No

Towed By PURFECT TOWING   Towed To PURFECT TOWING

Unit Num. 46   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. KWZ8350   VIN J T H B A 1 D 2 0 H 5 0 4 4 0 1 8   ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year 2 0 1 7   6. Veh. Color GRY   Veh. Make LEXUS   Veh. Model IS 250   7 Body Style P4

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 17315350   9 DL Class C   10 CDL End. 96   11 DL Rest. A   DOB (MM/DD/YYYY) 0 7 / 2 6 / 1 9 6 9

Address (Street, City, State, ZIP) 918 FOREST PARK CT KELLER, TX 76248

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MOONEY, KAREN MARIE | A | 51 | W | 2 | 1 | 5 | 97 | 1 | 8 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address MOONEY, KAREN MARIE, 918 FOREST PARK CT KELLER, TX 76248

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name STATE FARM   Fin. Resp. Num. 377 6701 L12 43N 003

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 1 2 - F D - 7   27 Vehicle Damage Rating 2 1 2 - R D - 7   Vehicle Inventoried ☐ Yes ☒ No

Towed By CORNISH TOWING   Towed To CORNISH TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |
|---------|-----------|----------------|------------------------|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|-----------|------------|----------|----------|-----------------------------|--------------------------|
| 46 | 1 | MEDICAL CITY ALLIANCE | MEDSTAR | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|-----------|------------|--------|--------------------------|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|--------------------------------------|--------------|-----------------|
| | | |

**CMV**

| Unit Num. | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? ☐Yes ☐No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐RGVW ☐GVWR | HazMat Released ☐Yes ☐No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No | Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐Yes ☐No | Actual Gross Weight | Total Num. Axles |

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 | |

| Invest. Comp. ☒Yes ☐No | Investigator Name (Printed) HARPER, G., MARTIN, K | | ID Num. 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | 2 0 0 0 0 0 |

Low Enforcement and TxDOT Use ONLY

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 47 of <##

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | | *City Name | FORT WORTH | | ☐ Outside City Limit |

| In your opinion, did this crash result in at least $1,000 damage to any one person's property? | ☒ Yes ☐ No | Latitude (decimal degrees) | 3 2 * 7 9 1 5 | Longitude — (decimal degrees) | 0 9 7 7 |

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | * Street Name | | 4 Street Suffix | |

| ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☐ Toll Road/ Toll Lane | Speed Limit | | Const. Zone | ☐ Yes ☐ No | Workers Present | ☐ Yes ☐ No | Street Desc. | |

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | RRX Num. | |

## VEHICLE, DRIVER & PERSONS

| Unit Num. | 47 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | MKY0118 | VIN | 1 G Y F Z E R 4 1 K F 1 2 1 0 5 |

| Veh. Year | 2 0 1 9 | 6. Veh. Color | BLK | Veh. Make | CADILLAC | Veh. Model | XTS | 7 Body Style | SV | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 21110361 | 9 DL Class | C | 10 CDL End. | 96 | 11-DL Rest. | 96 | DOB (MM/DD/YYYY) | 0 6 0 9 1 |

Address (Street, City, State, ZIP) 6001 HARWICH LN FORT WORTH, TX 76179

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DAVIS, AMANDA MICHELLE | B | 32 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | DAVIS, AMANDA MICHELLE, 6001 HARWICH LN FORT WORTH, TX 76179 |

| Proof of Fin. Resp. | ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | USAA | Fin. Resp. Num. | 028276844 7103 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D 7 | 27 Vehicle Damage Rating 2 | 6 - R D - 7 | Vehicle Inventoried | ☐ Yes ☒ No |

| Towed By | CORNISH TOWING | Towed To | CORNISH TOWING |

| Unit Num. | 48 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | 1MT7382 | VIN | 3 C 6 R R 6 L T 2 H G 5 3 0 1 0 4 |

| Veh. Year | 2 0 1 7 | 6. Veh. Color | GRY | Veh. Make | DODGE | Veh. Model | RAM 1500 | 7 Body Style | PK | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 16412917 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | | DOB (MM/DD/YYYY) | 0 2 0 6 1 9 |

Address (Street, City, State, ZIP) 833 STAFFORD STATION DR SAGINAW, TX 76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GENUALDO, PAUL RICHARD | C | 52 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

Copy from Official File

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | GENUALDO, PAUL RICHARD, 833 STAFFORD STATION DR SAGINAW, TX 76131 |

| Proof of Fin. Resp. | ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | FARMERS INSURANCE | Fin. Resp. Num. | 45006011 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D 7 | 27 Vehicle Damage Rating 2 | 6 - R D - 7 | Vehicle Inventoried | ☐ Yes ☒ No |

| Towed By | ADVANCED TOWING | Towed To | ADVANCED TOWING |

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID   210011068

TxDOT Crash ID   18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 47 | 1 | LOCAL HOSPITAL | SELF | | |
| 48 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM)  0 6 2 0

How Notified DISPATCH

Time Arrived (24HRMM)  0 6 4 0

Report Date (MM/DD/YYYY)  03/01/2021

Invest. Comp. ☒ Yes ☐ No

Investigator Name (Printed) HARPER, G., MARTIN,K

ID Num.  3380-3421

ORI Num.  T X 2 2 0 1 2 0 0

*Agency FORT WORTH POLICE DEPARTMENT

Service/ Region/DA  2 0 0 0 0 0

Low Enforcement and TxDOT Use ONLY

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8 | Total Num. Prsns. 1 3 6 | TxDOT Crash ID 18142877.1 /2021093866

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 49 of c##

## IDENTIFICATION & LOCATION

**\*Crash Date (MM/DD/YYYY)** 0 2 / 1 1 / 2 0 2 1   **\*Crash Time** (.24HRMM) 0 6 0 0   **Case ID** 210011068   **Local Use**

**\*County Name** TARRANT   **\*City Name** FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   **Latitude** (decimal degrees) 3 2 . 7 9 5 1 5 7   **Longitude** (decimal degrees) 0 9 7 . 7 7 7

### ROAD ON WHICH CRASH OCCURRED

**\*1 Rdwy. Sys.** TL   **\*Hwy. Num.** 35   **2 Rdwy. Part** 1   **Block Num.** 2600   **3 Street Prefix**   **\* Street Name**   **4 Street Suffix**

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   **Speed Limit**   **Const. Zone** ☐ Yes ☐ No   **Workers Present** ☐ Yes ☐ No   **Street Desc.**

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

**At Int.** ☐ Yes ☒ No   **1 Rdwy. Sys.** LR   **Hwy. Num.**   **2. Rdwy. Part** 1   **Block Num.** 2500   **3 Street Prefix** NE   **Street Name** 28TH   **4 Street Suffix** ST

**Distance from Int. or Ref. Marker** 1000   ☒ FT ☐ MI   **3 Dir. from Int. or Ref. Marker** S   **Reference Marker**   **Street Desc.** HWY   **RRX Num.**

## VEHICLE, DRIVER, & PERSONS

**Unit Num.** 49   **5 Unit Desc.** 1   ☐ Parked Vehicle   ☐ Hit and Run   **LP State** AR   **LP Num.** K810521   **VIN** 3 A K J G L D R 1 K D K N 3 1 7 7

**Veh. Year** 2 0 1 9   **6. Veh. Color** GRY   **Veh. Make** FREIGHTLINER   **Veh. Model** UNKNOWN   **7 Body Style** TT   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

**8 DL/ID Type** 1   **DL/ID State** MX   **DL/ID Num.** NVOL062506   **9 DL Class** 98   **10 CDL End.** 98   **11 DL Rest.** 98   **DOB** (MM/DD/YYYY) 0 9 2 6 1 9 7

**Address (Street, City, State, ZIP)** HACIENDA RALDEA 131 GARCIA, MX NL6600

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GARCIA RODRIGUEZ, HECTOR FERNANDO | C | 37 | H | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   **Owner/Lessee Name & Address** RICH TRANSPORT LLC, 6011 SCOTT HAMMILTON DR LITTLE ROCK, AR 72209

**Proof of Fin. Resp.** ☒ Yes ☐ No   ☐ Expired ☐ Exempt   **26 Fin. Resp. Type** 1   **Fin. Resp. Name** UNITED SPECIALTY   **Fin. Resp. Num.** BEXBRS0010

**Fin. Resp. Phone Num.**   **27 Vehicle Damage Rating 1** 8 - L B Q - 5   **27 Vehicle Damage Rating 2** 2 - R D - 4   **Vehicle Inventoried** ☐ Yes ☒ No

**Towed By** EDDS TOWING   **Towed To** RICH TRANSPORT LLC 4444 IRVING BLVD

**Unit Num.** 50   **5 Unit Desc.** 6   ☐ Parked Vehicle   ☐ Hit and Run   **LP State** OK   **LP Num.** 9931KJ   **VIN** 3 H 3 V 5 3 2 C 6 F T 2 8 0 0 8

**Veh. Year** 2 0 1 5   **6. Veh. Color** WHI   **Veh. Make** HYUNDAI STEEL INDUSTRIES   **Veh. Model** NOT APPLICABLE   **7 Body Style** TL   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

**8 DL/ID Type**   **DL/ID State**   **DL/ID Num.**   **9 DL Class**   **10 CDL End.**   **11 DL Rest.**   **DOB** (MM/DD/YYYY)

**Address (Street, City, State, ZIP)**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   **Owner/Lessee Name & Address** RICH TRANSPORT LLC, 6011 SCOTT HAMMILTON DR LITTLE ROCK, AR 72209

**Proof of Fin. Resp.** ☒ Yes ☐ No   ☐ Expired ☐ Exempt   **26 Fin. Resp. Type** 1   **Fin. Resp. Name** UNITED SPECIALTY   **Fin. Resp. Num.** BEXBRS0010

**Fin. Resp. Phone Num.**   **27 Vehicle Damage Rating 1** 6 - R D - 6   **27 Vehicle Damage Rating 2** 2 - F D - 3   **Vehicle Inventoried** ☐ Yes ☒ No

**Towed By** EDDS TOWING   **Towed To** RECH TRANSPORT

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 49 | 1 | ON SITE | MEDSTAR | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

Unit Num. 49   [x] 10,001+ LBS.   [ ] TRANSPORTING HAZARDOUS MATERIAL   [ ] 9+ CAPACITY   CMV Disabling Damage? [x] Yes [ ] No   28 Veh. Oper. 1   29 Carrier ID Type 1   Carrier ID Num. 03057789

Carrier's Corp. Name RICH TRANSPORT     Carrier's Primary Addr. 6011 SCOTT HAMMILTON DR LITTLE ROCK, AR 72209     30 Veh. Type 8

31 Bus Type 0   [ ] RGVW [x] GVWR 5|2|3|5|0|   HazMat Released [ ] Yes [ ] No   32 HazMat Class Num.   HazMat ID Num. |_|_|_|_|   32 HazMat Class Num.   HazMet ID Num.   33 Cargo Body Type 3

Unit Num. 50   [ ] RGVW [x] GVWR 6|8|0|0|0|   34 Trlr. Type 1   CMV Disabling Damage? [x] Yes [ ] No   Unit Num.   [ ] RGVW [ ] GVWR   34 Trlr. Type   CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events   35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit [ ] Yes [x] No   Actual Gross Weight   Total Num. Axles

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | | May Contrib. | | Contributing | | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. [x] Yes [ ] No   Investigator Name (Printed) HARPER, G. , MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA 2 0 0 0 0 0

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 51 of ##

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY)  0-2 / 1 1 / 2 0 2 1
*Crash Time (24HRMM)  0 -6 0 0
Case ID  210011068
Local Use

*County Name  TARRANT
*City Name  FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No
Latitude (decimal degrees)  3 2 . 7 9 5 3
Longitude — (decimal degrees)  0 9 7 . 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys.  TL
*Hwy. Num.  35
2 Rdwy. Part  1
Block Num.  2600
3 Street Prefix
*Street Name
4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit
Const. Zone  ☐ Yes  ☐ No
Workers Present  ☐ Yes  ☐ No
Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.  ☐ Yes  ☒ No
1 Rdwy. Sys.  LR
Hwy. Num.
2 Rdwy. Part  1
Block Num.  2500
3 Street Prefix  NE
Street Name  28TH
4 Street Suffix  ST

Distance from Int. or Ref. Marker  1000
☒ FT  ☐ MI
3 Dir. from Int. or Ref. Marker  S
Reference Marker
Street Desc.  HWY
RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num.  51
5 Unit Desc.  1
☐ Parked Vehicle
☐ Hit and Run
LP State  KS
LP Num.  198172
VIN  1 X K Y D P 9 X 2 L J 4 1 3 0 1
☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year  2 0 2 0
6. Veh. Color  BLK
Veh. Make  KENWORTH
Veh. Model  UNKNOWN
7 Body Style  TT

8 DL/ID Type  1
DL/ID State  KS
DL/ID Num.  K02205893
9 DL Class  98
10 CDL End.  98
11 DL Rest.  98
DOB (MM/DD/YYYY)  0 8 / 0 1 / 1 9

Address (Street, City, State, ZIP)  1817 EAST 24TH AVE #7  HUTCHINSON, KS  67502

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BOWMAN, CHARLES GRANT | C | 51 | W | M | 1 | 97 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address  SUN VALLEY INC, 1601 E BLANCHARD AVE  HUTCHINSON, KS  67501

Proof of Fin. Resp.  ☒ Yes  ☐ No
☐ Expired  ☐ Exempt
26 Fin. Resp. Type  1
Fin. Resp. Name  ARCH INS
Fin. Resp. Num.  ZACAT5205100

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  1 1 2 - F D - 6
27 Vehicle Damage Rating 2  9 - - L D - 5
Vehicle Inventoried  ☐ Yes  ☒ No

Towed By  BEARDS TOWING
Towed To  BEARDS TOWING

## VEHICLE, DRIVER & PERSONS

Unit Num.  52
5 Unit Desc.  6
☐ Parked Vehicle
☐ Hit and Run
LP State  KS
LP Num.  C397603
VIN  1 W 1 4 4 5 2 A M 7 2 0 5 0 8
☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year  2 0 2 1
6. Veh. Color  SIL
Veh. Make  WILSON TRAILER CO
Veh. Model  NOT APPLICABLE
7 Body Style  TL

8 DL/ID Type
DL/ID State
DL/ID Num.
9 DL Class
10 CDL End.
11 DL Rest.
DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address  SUN VALLEY INC, 1601 E BLANCHARD AVE  HUTCHINSON, KS  67501

Proof of Fin. Resp.  ☒ Yes  ☐ No
☐ Expired  ☐ Exempt
26 Fin. Resp. Type  1
Fin. Resp. Name  ARCH INS
Fin. Resp. Num.  ZACAT5205100

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  1 6 - R D - 6
27 Vehicle Damage Rating 2  1 2 - F D - 6
Vehicle Inventoried  ☐ Yes  ☒ No

Towed By  BEARDS TOWING
Towed To  BEARDS TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID 18142877.1/2021093866

Page 52 of 

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 51 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. 51   [X] 10,001+ LBS.   [ ] TRANSPORTING HAZARDOUS MATERIAL   [ ] 9+ CAPACITY   CMV Disabling Damage? [X] Yes [ ] No   28 Veh. Oper. 1   29 Carrier ID Type 1   Carrier ID Num. 01292112

Carrier's Corp. Name SUN VALLEY INC   Carrier's Primary Addr. 1601 E BLANCHARD AVE HUTCHINSON, KS 67501   30 Veh. Type 8

31 Bus Type 0   [ ] RGVW [X] GVWR 5 3 2 0 0   HazMat Released [ ] Yes [ ] No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 10

Unit Num. 52   [ ] RGVW [X] GVWR 8 5 5 0 0   34 Trlr. Type 2   CMV Disabling Damage? [X] Yes [ ] No   Unit Num.   [ ] RGVW [ ] GVWR.   34 Trlr. Type   CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events 35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit [ ] Yes [X] No   Actual Gross Weight   Total Num. Axles

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
--(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. [X] Yes [ ] No   Investigator Name (Printed) HARPER, G., MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA 2 0 0 0 0

Law Enforcement and TxDOT Use ONLY

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | | Total Num. Prsns. | | | TxDOT Crash ID | 18142877.1 /2021093866 |
|---|---|---|---|---|---|---|
| 1 | 4 | 8 | 1 | 3 | 6 | |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (i.e.: additional vehicles, occupants, injured, etc.).

Page 53 of <span>###</span>

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | | Local Use | |
|---|---|---|---|---|---|---|---|---|

| *County Name | TARRANT | | | *City Name | FORT WORTH | | ☐ Outside City Limit |
|---|---|---|---|---|---|---|---|

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees) 3 2 . 7 9 5 1 2

Longitude — (decimal degrees) 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☐ Toll Road/ Toll Lane | Speed Limit | | Const. Zone | ☐ Yes ☒ No | Workers Present | ☐ Yes ☒ No | Street Desc. | |
|---|---|---|---|---|---|---|---|---|---|

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker | 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | | RRX Num. | |
|---|---|---|---|---|---|---|---|---|---|---|

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 53 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | IN | LP Num. | AMF699 | VIN | K L 7 9 M R S L 1 M B 0 5 9 9 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Veh. Year | 2 0 2 1 | 6. Veh. Color | BLU | Veh. Make | CHEVROLET | Veh. Model | TRAILBLAZER | 7 Body Style | SV | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|---|---|---|---|

| 8 DL/ID Type | 1 | DL/ID State | IN | DL/ID Num. | 9370097027 | 9 DL Class | 98 | 10 CDL End. | 98 | 11 DL Rest. | 98 | DOB (MM/DD/YYYY) | 0 7 / 0 9 / 2 0 0 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 2064 BLISS RD   FORT WORTH, TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MATTINGLY, MEGHAN MIKAYLA | N | 26 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | MATTINGLY, MEGHAN MIKAYLA, 2064 BLISS RD  FORT WORTH, TX 76177 |
|---|---|---|

| Proof of Fin. Resp. | ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | ERIE INS | Fin. Resp. Num. | Q042914860 |
|---|---|---|---|---|---|---|---|---|

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 3 - P - 7 | 27 Vehicle Damage Rating 2 | 1 0 - F L - 4 | Vehicle Inventoried | ☐ Yes ☒ No |
|---|---|---|---|---|---|---|---|

| Towed By | TEXAS TOWING | Towed To | TEXAS TOWING |
|---|---|---|---|

| Unit Num. | 54 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | DG6X580 | VIN | J T E B U 4 B F 3 B K 1 0 8 3 6 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Veh. Year | 2 0 1 1 | 6. Veh. Color | SIL | Veh. Make | TOYOTA | Veh. Model | FJ CRUISER | 7 Body Style | SV | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|---|---|---|---|

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 24017242 | 9 DL Class | BM | 10 CDL End. | 96 | 11 DL Rest. | | DOB (MM/DD/YYYY) | 0 7 / 0 3 / 1 9 9 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 6006 MONTFORD DR   COLLEYVILLE, TX 76034

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MCDANIEL, DWIGHT KERN | B | 30 | B | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | MCDANIEL, DWIGHT KERN  6006 MONTFORD DR  COLLEYVILLE, TX 76034 |
|---|---|---|

| Proof of Fin. Resp. | ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | PROGRESSIVE | Fin. Resp. Num. | 926977813 |
|---|---|---|---|---|---|---|---|---|

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D - 7 | 27 Vehicle Damage Rating 2 | 6 - R D - 7 | Vehicle Inventoried | ☐ Yes ☒ No |
|---|---|---|---|---|---|---|---|

| Towed By | MILNER TOWING | Towed To | MILNER TOWING |
|---|---|---|---|

Copy from Custodial File

Law Enforcement and TxDOT use ONLY.
Form CR-3 (Rev. 1/1/2016)

Case ID 210011068

TxDOT Crash ID 18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 54 | 1 | BAYLOR GRAPEVINE | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num.

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0

How Notified DISPATCH

Time Arrived (24HRMM) 0 6 4 0

Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No

Investigator Name (Printed) HARPER, G. , MARTIN,K

ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0

*Agency FORT WORTH POLICE DEPARTMENT

Service/Region/DA 2 0 0 0 0 0

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | Total Num. Prsns. | TxDOT Crash ID |
|---|---|---|
| 1  4  8 | 1  3  6 | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 55 of ##

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) 0 6 0 0 | Case ID 210011068 | Local Use | |
|---|---|---|---|---|

*County Name  TARRANT

*City Name  FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No

Latitude (decimal degrees)  3 2 . * 7 9 5 1 1 3

Longitude — (decimal degrees)  0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. TL | *Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | * Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot

☐ Toll Road/ Toll Lane  | Speed Limit | Const. Zone ☐ Yes ☒ No | Workers Present ☐ Yes ☒ No | Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2. Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. |
|---|---|---|---|---|---|

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 55 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. 1433505 | VIN 1 F M 5 K 8 A W 9 L G C 1 4 3 5 0 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 2 0 | 6. Veh. Color BLK | Veh. Make FORD | Veh. Model EXPLORER | 7 Body Style SV | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type | DL/ID State TX | DL/ID Num. 11046228 | 9 DL Class CM | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 8 / 1 7 / 1 9 5 7 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)  505 W FELIX ST  FORT WORTH, TX 76115

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HERNANDEZ, RENE | N | 50 | H | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address  CITY OF, FORT WORTH, 2500 BRENNAN AVE  FORT WORTH, TX 76106 |
|---|---|

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name SELF | Fin. Resp. Num. CITY OF FORT WORTH |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1  9 - L P - 6 | 27 Vehicle Damage Rating 2 | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|

| Towed By TEXAS TOWING | Towed To CITY OF FORT WORTH IMPOUND |
|---|---|

| Unit Num. 56 | 5 Unit Desc. | ☐ Parked Vehicle | ☐ Hit and Run | LP State UN | LP Num. | VIN |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 2 1 | 6. Veh. Color GRY | Veh. Make TOYOTA | Veh. Model UNKNOWN | 7 Body Style P4 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)  UNKNOWN  UNKNOWN, UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN, UNK UNKNOWN | | 99 | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address  UNKNOWN, UNK UNKNOWN, UNKNOWN  UNKNOWN, UN UNKNOWN |
|---|---|

| Proof of Fin. Resp. ☐ Yes ☒ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | Fin. Resp. Name | Fin. Resp. Num. |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1  6 - R D - 7 | 27 Vehicle Damage Rating 2  1 2 - F D - 7 | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|

| Towed By TEXAS TOWING | Towed To TEXAS TOWING |
|---|---|

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID  210011068

TxDOT Crash ID  18142877.1/2021093866

Page 56 of 64

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY  CMV Disabling Damage? ☐ Yes ☐ No  28 Veh. Oper.  29 Carrier ID Type  Carrier ID Num.

Carrier's Corp. Name  Carrier's Primary Addr.  30 Veh. Type

31 Bus Type ☐ RGVW ☐ GVWR  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num:  HazMat ID Num:  33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No  Unit Num. ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☐ No  Actual Gross Weight  Total Num: Axles

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM)  0 6 2 0  How Notified DISPATCH  Time Arrived (24HRMM)  0 6 4 0  Report Date (MM/DD/YYYY) 03/01/2021

Invest. Comp. ☒ Yes ☐ No  Investigator Name (Printed) HARPER, G., MARTIN, K  ID Num. 3380-3421

ORI Num. TX20120000  *Agency FORT WORTH POLICE DEPARTMENT  Service/Region/DA 2 0 0 0 0 0

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 57 of <#>

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | | *City Name | FORT WORTH | | [ ] Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No

Latitude (decimal degrees) 3 2 . 7 9 1 5 1 3

Longitude — (decimal degrees) 0 9 7 . 3 1 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix | |

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot

| [ ] Toll Road/ Toll Lane | Speed Limit | | Const. Zone [ ] Yes [X] No | Workers Present [ ] Yes [X] No | Street Desc. | |

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. [ ] Yes [X] No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2. Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | RRX Num. | |

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 57 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | TX | LP Num. | R110574- | VIN | 1 F U J G E B G 1 L G Z 2 6 9 7 6 | [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year | 2 0 1 1 | 6. Veh. Color | WHI | Veh. Make | FREIGHTLINER | Veh. Model | CASCADIA 125 | 7 Body Style | TT | |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 40290659 | 9 DL Class | A | 10 CDL End. | T,N,H | 11 DL Rest. | P27 | DOB (MM/DD/YYYY) | 1 1 / 0 8 / 1 9 8 4 |

Address (Street, City, State, ZIP)  6078 COPPERFIELD DR #411 FORT WORTH, TX 76132

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WILLIAMS, CODY SLOAN | B | 36 | W | 1 | 1 | 1 | 97 | 1 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | GO TO, LOGISTICS INC, 2233 N WEST ST RIVER GROVE, IL 60171 |

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name | ARCH INS | Fin. Resp. Num. | ZACAT6009803 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D - 6 | 27 Vehicle Damage Rating 2 | | Vehicle Inventoried [ ] Yes [X] No |

| Towed By | MILNER TOWING | Towed To | 6320 EDEN DR, FORT WORTH |

---

| Unit Num. | 5B | 5 Unit Desc. | 6 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | IL | LP Num. | 418014ST | VIN | 1 U Y V S 2 5 3 0 B M 1 4 4 2 0 7 | [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year | 2 0 1 1 | 6. Veh. Color | WHI | Veh. Make | UTILITY TRAILER MFG | Veh. Model | NOT APPLICABLE | 7 Body Style | TL | |

| 8 DL/ID Type | | DL/ID State | | DL/ID Num. | | 9 DL Class | | 10 CDL End. | | 11 DL Rest. | | DOB (MM/DD/YYYY) | / / |

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | GO TO, LOGISTICS INC, 1215 DUNAMON DR BARTLETT, IL 60103 |

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name | ARCH INS | Fin. Resp. Num. | ZACAT6009803 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 5 - R P - 3 | 27 Vehicle Damage Rating 2 | | Vehicle Inventoried [ ] Yes [X] No |

| Towed By | MILNER TOWING | Towed To | 6320 EDEN RD, FORT WORTH |

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID   210011068
TxDOT Crash ID   18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 57 | 1 | PERSONAL DR | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. 57   [X] 10,001+ LBS.   [ ] TRANSPORTING HAZARDOUS MATERIAL   [ ] 9+ CAPACITY   CMV Disabling Damage? [X] Yes [ ] No   28 Veh. Oper. 2   29 Carrier ID Type 1   Carrier ID Num. 01500245

Carrier's Corp. Name GO TO LOGISTICS INC   Carrier's Primary Addr. 2233 N WEST ST  RIVER GROVE, IL 60171   30 Veh. Type 8

31 Bus Type 0   [ ] RGVW [X] GVWR 5 2 0 0 0   HazMat Released [ ] Yes [ ] No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 58   [ ] RGVW [X] GVWR 6 5 0 0 0   34 Trlr. Type 2   CMV Disabling Damage? [X] Yes [ ] No   Unit Num.   [ ] RGVW [ ] GVWR   34 Trlr. Type   CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events   35 Seq. 1  98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit [ ] Yes [X] No   Actual Gross Weight   Total Num. Axles

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. [X] Yes [ ] No   Investigator Name (Printed) HARPER, G., MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA 2 0 0 0 0 0

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex: additional vehicles, occupants, injured, etc.).

Page 59 of <##

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | *City Name | FORT WORTH | | ☐ Outside City Limit |

| In your opinion, did this crash result in at least $1,000 damage to any one person's property? | ☒ Yes ☐ No | Latitude (decimal degrees) | 3 2 . 7 9 1 5 1 3 | Longitude — (decimal degrees) | 0 9 7 . 3 2 2 1 7 7 |

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix | |

| ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☐ Toll Road/ Toll Lane | Speed Limit | | Const. Zone | ☐ Yes ☒ No | Workers Present | ☐ Yes ☒ No | Street Desc. | |

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | ☒ FT. ☐ MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | RRX Num. | |

## VEHICLE, DRIVER & PERSONS

| Unit Num. | 59 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | NPF2365 | VIN | 1 G C 4 Y U E Y 2 L F 1 8 6 9 2 0 |

| Veh. Year | 2 0 2 0 | 6. Veh. Color | WHI | Veh. Make | CHEVROLET | Veh. Model | SILVERADO K3500 | 7 Body Style | PK | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 19943103 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | 96 | DOB (MM/DD/YYYY) | 0 6 / 1 9 / 7 0 |

Address (Street, City, State, ZIP): 8120 HORSEMAN RD FORT WORTH, TX 76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MEEK, DEVIN KEMPER | N | 34 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | THELIN, RECYCLING CO, 5225 THELIN ST FORT WORTH, TX 76115 |

| Proof of Fin. Resp. | ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | UNITED FIRST CASUALTY | Fin. Resp. Num. | 85317311 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D - 7 | 27 Vehicle Damage Rating 2 | 6 - R D - 7 | Vehicle Inventoried | ☐ Yes ☒ No |

| Towed By | BEARDS TOWING | Towed To | BEARDS TOWING |

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 60 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | MHX4836 | VIN | 5 N M S 2 3 A D 7 K H 0 0 9 4 4 |

| Veh. Year | 2 0 1 9 | 6. Veh. Color | GRY | Veh. Make | HYUNDAI | Veh. Model | SANTA FE | 7 Body Style | SV | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 44716391 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | A | DOB (MM/DD/YYYY) | 0 4 / 0 8 / 1 9 6 2 |

Address (Street, City, State, ZIP): 11916 HICKORY CIR FORT WORTH, TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ROBERTSON, ENID LYL | A | 58 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | ROBERTSON, ENID LYL, 11916 HICKORY CIR FORT WORTH, TX 76244 |

*Copy from Custodial File*

| Proof of Fin. Resp. | ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | ALLSTATE | Fin. Resp. Num. | 844885571 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D - 7 | 27 Vehicle Damage Rating 2 | 6 - R D - 7 | Vehicle Inventoried | ☐ Yes ☒ No |

| Towed By | BEARDS TOWING | Towed To | BEARDS TOWING |

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 60 | 1 | BAYLOR | MEDSTAR 81 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | 30 Veh. Type |

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021 | |
| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN,K | | | | ID Num. 3380-3421 |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | | | | Service/Region/DA 2 0 0 0 0 0 |

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093B66 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 61 of c##

## IDENTIFICATION & LOCATION

**\*Crash Date (MM/DD/YYYY)** 0 2 / 1 1 / 2 0 2 1   **\*Crash Time (24HRMM)** 0 6 0 0   **Case ID** 210011068   **Local Use**

**\*County Name** TARRANT   **\*City Name** FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   **Latitude (decimal degrees)** 3 2 . * 7 9 5 1 8   **Longitude (decimal degrees)** 0 9 . 7 3 2 1 2 9

### ROAD ON WHICH CRASH OCCURRED

**\*1 Rdwy. Sys.** TL   **\*Hwy. Num.** 35   **2 Rdwy. Part** 1   **Block Num.** 2600   **3 Street Prefix**   **\* Street Name**   **4 Street Suffix**

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [ ] Toll Road/Toll Lane   **Speed Limit**   **Const. Zone** [ ] Yes [X] No   **Workers Present** [ ] Yes [X] No   **Street Desc.**

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

**At Int.** [ ] Yes [X] No   **1 Rdwy. Sys.** LR   **Hwy. Num.**   **2 Rdwy. Part** 1   **Block Num.** 2500   **3 Street Prefix** NE   **Street Name** 28TH   **4 Street Suffix** ST

**Distance from Int. or Ref. Marker** 1000   [X] FT [ ] MI   **3 Dir. from Int. or Ref. Marker** S   **Reference Marker**   **Street Desc.** HWY   **RRX Num.**

## VEHICLE, DRIVER, & PERSONS

**Unit Num.** 61   **5 Unit Desc.** 1   [ ] Parked Vehicle   [ ] Hit and Run   **LP State** TX   **LP Num.** NWK044B   **VIN**

**Veh. Year** 2 0 . *   **6. Veh. Color** GRY   **Veh. Make** UNKNOWN   **Veh. Model** UNKNOWN   **7 Body Style** P4   [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

**8 DL/ID Type** 99   **DL/ID State** UN   **DL/ID Num.**   **9 OL Class** 99   **10 CDL End.** 99   **11 DL Rest.** 99   **DOB (MM/DD/YYYY)**

**Address (Street, City, State, ZIP)** UNKNOWN  UNKNOWN , UN  UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle / Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN, UNK UNK | 99 | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   **Owner/Lessee Name & Address** UNKNOWN, UNK UNK, UNKNOWN. UNKNOWN, UN  UNK

**Proof of Fin. Resp.** [ ] Yes [X] No   [ ] Expired [ ] Exempt   **26 Fin. Resp. Type**   **Fin. Resp. Name**   **Fin. Resp. Num.**

**Fin. Resp. Phone Num.**   **27 Vehicle Damage Rating 1** 1 1 2 - F D - 7   **27 Vehicle Damage Rating 2**   **Vehicle Inventoried** [ ] Yes [X] No

**Towed By** UNKNOWN   **Towed To** UNKNOWN

---

**Unit Num.** 62   **5 Unit Desc.** 1   [ ] Parked Vehicle   [ ] Hit and Run   **LP State** TX   **LP Num.** LDX1404   **VIN** 5 X Y Z T 3 L B 1 J G 5 1 0 1 8 6

**Veh. Year** 2 0 1 8   **6. Veh. Color** BLK   **Veh. Make** HYUNDAI   **Veh. Model** SANTA FE   **7 Body Style** SV   [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

**8 DL/ID Type** 1   **DL/ID State** TX   **DL/ID Num.** 44019005   **9 DL Class** C   **10 CDL End.** 96   **11 DL Rest.** 96   **DOB (MM/DD/YYYY)** 0 2 / 2 4 / 1 9 6 8

**Address (Street, City, State, ZIP)** 1440 DUN HORSE DR  HASLET, TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle / Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KILBREATH, SUZETTE JANELLE | A | 52 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   **Owner/Lessee Name & Address** KILBREATH, SUZETTE JANELLE 1440 DUN HORSE DR  HASLET, TX 76052

**Proof of Fin. Resp.** [X] Yes [ ] No   [ ] Expired [ ] Exempt   **26 Fin. Resp. Type** 1   **Fin. Resp. Name** PROGRESSIVE   **Fin. Resp. Num.** 932509799

**Fin. Resp. Phone Num.**   **27 Vehicle Damage Rating 1** 1 2 - F D - 6   **27 Vehicle Damage Rating 2** 6 - R D - 7   **Vehicle Inventoried** [ ] Yes [X] No

**Towed By** TEXAS TOWING   **Towed To** TEXAS TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 62 | 1 | MEDICAL CITY ALLIANCE | MEDSTAR | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type |
|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Contrib. | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light. Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. , MARTIN,K | | ID Num. | 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | 2 0 0 0 0 0 |
|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

| | | Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 1B142877.1 /2021093866 |

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 63 of ##

## IDENTIFICATION & LOCATION

**\*Crash Date (MM/DD/YYYY)** 0 2 / 1 1 / 2 0 2 1  **\*Crash Time (24HRMM)** 0 6 0 0  **Case ID** 210011068  **Local Use**

**\*County Name** TARRANT  **\*City Name** FORT WORTH  [ ] Outside City Limit

**In your opinion, did this crash result in at least $1,000 damage to any one person's property?** [X] Yes [ ] No  **Latitude (decimal degrees)** 3 2 . 7 9 5 2 5  **Longitude — (decimal degrees)** 0 9 7 . 3 8 7 7 7

### ROAD ON WHICH CRASH OCCURRED

**\*1 Rdwy. Sys.** TL  **\*Hwy. Num.** 35  **2 Rdwy. Part** 1  **Block Num.** 2600  **3 Street Prefix**  **\*Street Name**  **4 Street Suffix**

[ ] Crash Occurred on a Private Drive or Road/Private-Property/Parking Lot  [ ] Toll Road/ Toll Lane  **Speed Limit**  **Const. Zone** [ ] Yes [X] No  **Workers Present** [ ] Yes [X] No  **Street Desc.**

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

**At Int.** [ ] Yes [X] No  **1 Rdwy. Sys.** LR  **Hwy. Num.**  **2. Rdwy. Part** 1  **Block Num.** 2500  **3 Street Prefix** NE  **Street Name** 28TH  **4 Street Suffix** ST

**Distance from Int. or Ref. Marker** 1000  [ ] FT [X] MI  **3 Dir. from Int. or Ref. Marker** S  **Reference Marker**  **Street Desc.** HWY  **RRX Num.**

## VEHICLE, DRIVER, & PERSONS

**Unit Num.** 63  **5 Unit Desc.** 1  [ ] Parked Vehicle  [ ] Hit and Run  **LP State** TX  **LP Num.** 77316DV  **VIN** K N M A T 2 M V 6 J P 5 8 9

**Veh. Year** 2 0 1 8  **6. Veh. Color** BLK  **Veh. Make** NISSAN  **Veh. Model** ROGUE  **7 Body Style** SV  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

**8 DL/ID Type** 1  **DL/ID State** TX  **DL/ID Num.** 19917952  **9 DL Class** CM  **10 CDL End.** 96  **11 DL Rest.** 96  **DOB (MM/DD/YYYY)** 0 7 / 0 5 / 1 9 9 9

**Address (Street, City, State, ZIP)** 5508 BLUE SPRUCE DR  ARLINGTON, TX 76018

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle / Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ENGEL, ROBERT ALAN | B | 57 | W | 1 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  **Owner/Lessee Name & Address** ENGEL, ROBERT ALAN, 5508 BLUE SPRUCE DR  ARLINGTON, TX 76018

**Proof of Fin. Resp.** [X] Yes [ ] No  [ ] Expired [ ] Exempt  **26 Fin. Resp. Type** 1  **Fin. Resp. Name** FARMERS  **Fin. Resp. Num.** 44562505

**Fin. Resp. Phone Num.**  **27 Vehicle Damage Rating 1** 6 - 1 R D 1  **27 Vehicle Damage Rating 2** F D - 7  **Vehicle Inventoried** [ ] Yes [X] No

**Towed By** CORNISH TOWING  **Towed To** CORNISH TOWING

---

**Unit Num.** 64  **5 Unit Desc.** 1  [ ] Parked Vehicle  [ ] Hit and Run  **LP State** TX  **LP Num.** JVV4480  **VIN** 1 F T B F 2 A H E D 3 7 9

**Veh. Year** 2 0 1 7  **6. Veh. Color** WHI  **Veh. Make** FORD  **Veh. Model** F250  **7 Body Style** PK  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

**8 DL/ID Type** 1  **DL/ID State** HI  **DL/ID Num.** H01437163  **9 DL Class** 98  **10 CDL End.** 98  **11 DL Rest.** 98  **DOB (MM/DD/YYYY)** 1 2 / 0 6 / 1 9 6 6

**Address (Street, City, State, ZIP)** 14-746 FLOWER ST  PAHOA, HI 96778

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle / Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WILLIAMS, WILLIAM DARRELL | K | 54 | 98 | 1 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  **Owner/Lessee Name & Address** GEEP MECH, ENG AND CONST INC, 3640 8TH AVE  FORT WORTH, TX 76110

**Proof of Fin. Resp.** [X] Yes [ ] No  [ ] Expired [ ] Exempt  **26 Fin. Resp. Type** 1  **Fin. Resp. Name** AMERISURE INSURANCE CO  **Fin. Resp. Num.** CA1281769

**Fin. Resp. Phone Num.**  **27 Vehicle Damage Rating 1** 1 2 - F D 7  **27 Vehicle Damage Rating 2** 6 - R D - 7  **Vehicle Inventoried** [ ] Yes [X] No

**Towed By** BEARDS TOWING  **Towed To** BEARDS TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 21001106B | TxDOT Crash ID | 18142877.1/2021093866 |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 63 | 1 | USMD ARLINGTON | PERSONAL VEH | | |
| 64 | 1 | TC MORGUE | FORT WORTH FUNERALS AND CREMATION | 02/11/2021 | 0 6 0 3 |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name _____ Carrier's Primary Addr. _____ 30 Veh. Type

| 31 Bus Type– | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN, K | | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | 2 0 0 0 0 0 |
|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142077.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 65 of ##

**IDENTIFICATION & LOCATION**

*Crash Date (MM/DD/YYYY): 02/11/2021   *Crash Time (24HRMM): 0600   Case ID: 210011068   Local Use:

*County Name: TARRANT   *City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees): 32*7951 3   Longitude (decimal degrees): 097*1 77

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys.: TL   *Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   *Street Name:   4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/Toll Lane   Speed Limit:   Const. Zone ☐ Yes ☐ No   Workers Present ☐ Yes ☐ No   Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

**VEHICLE, DRIVER & PERSONS**

Unit Num.: 65   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: NPB5797   VIN: 1FT7W2BT0LEC39293

Veh. Year: 2020   6. Veh. Color: RED   Veh. Make: FORD   Veh. Model: F250   7 Body Style: PK   ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 01159671   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 09/25/1971

Address (Street, City, State, ZIP): 500 WOODLAND PARK DR BOYD, TX 76023

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | VARDY, CHISTOPHER RAY | K | 49 | W | 1 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: VARDY, CHISTOPHER RAY, 500 WOODLAND PARK DR BOYD, TX 76023

Proof of Fin. Resp. ☒ Yes ☐ No   26 Fin. Resp. Type ☐ Expired ☐ Exempt: 1   Fin. Resp. Name: FARMERS INS   Fin. Resp. Num.: 46614184

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 1 2 - FD - 7   27 Vehicle Damage Rating 2: 6 - RD - 7   Vehicle Inventoried ☐ Yes ☒ No

Towed By: CORNISH TOWING   Towed To: CORNISH TOWING

---

Unit Num.: 66   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: MKT5732   VIN: 1C4PJMJNXKD4649

Veh. Year: 2019   6. Veh. Color: BLK   Veh. Make: JEEP   Veh. Model: GRAND CHEROKEE   7 Body Style: SV   ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 44629286   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: A   DOB (MM/DD/YYYY): 09/10/1982

Address (Street, City, State, ZIP): 2512 BOOT JACK RD FORT WORTH, TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BLAKE, SAMUEL ETIENNE | B | 38 | B | 1 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: BLAKE, SAMUEL ETIENNE, 2512 BOOT JACK RD FORT WORTH, TX 76177

Proof of Fin. Resp. ☒ Yes ☐ No   26 Fin. Resp. Type ☐ Expired ☐ Exempt: 1   Fin. Resp. Name: PROGRESSIVE   Fin. Resp. Num.: 916025293

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 6 - RD - 7   27 Vehicle Damage Rating 2: - FD - 7   Vehicle Inventoried ☐ Yes ☒ No

Towed By: EDS TOWING   Towed To: EDS TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID 18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 65 | 1 | TARRANT COUNTY MORGUE | FORT WORTH FUNERALS AND CREMATION | 0 2 / 1 1 / 2 0 2 1 | 0 6 0 3 |
| 66 | 1 | MEDICAL CITY FW | MEDSTAR 56 | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 | |
|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN, K | | | ID Num. 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 1 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA 2 0 0 0 0 0 |
|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 67 of c##

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 02/11/2021 | *Crash Time (24HRMM) | 0600 | Case ID | 210011068 | Local Use |

| *County Name | TARRANT | *City Name | FORT WORTH | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees) 3 2 . 7 9 1 3 3
Longitude --- (decimal degrees) 0 9 7 . 3 0 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2. Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | RRX Num. |

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 67 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | MO | LP Num. | 49KR4D | VIN | 1 X P B D P 9 X 7 L D 3 6 4 6 5 |

| Veh. Year | 2 0 2 4 | 6. Veh. Color | GRN | Veh. Make | PETERBILT | Veh. Model | 397 | 7 Body Style | TT | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | KS | DL/ID Num. | K02388146 | 9 DL Class | 98 | 10 CDL End. | 98 | 11 DL Rest. | 98 | DOB (MM/DD/YYYY) | 0 7 / 0 9 / 1 9 8 5 |

Address (Street, City, State, ZIP) 6125 OTTER CREEK RD  OLSBURG, KS 66520

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | RIDDER, STEVEN ANTHONY | B | 35 | W | M | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address  NEW PRIME INCE, 2740 MAYFAIR AVE  SPRINGFIELD, MO 75409

Proof of Fin. Resp. ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name ACE AMERICAN INS
Fin. Resp. Num. XSAH25294221

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  1 2 - F D
27 Vehicle Damage Rating 2
Vehicle Inventoried ☐ Yes ☒ No

Towed By  TEXAS TOWING
Towed To  TEXAS TOWING

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 68 | 5 Unit Desc. | 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | MO | LP Num. | 25A781 | VIN | 1 R N D 5 3 A 2 9 E R 0 7 0 8 1 |

| Veh. Year | 2 0 1 4 | 6. Veh. Color | 98 | Veh. Make | REITNOUER | Veh. Model | NOT APPLICABLE | 7 Body Style | TL | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | | DL/ID State | | DL/ID Num. | | 9 DL Class | | 10 CDL End. | | 11 DL Rest. | | DOB (MM/DD/YYYY) | / / |

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address  NEW PRIME INC, 2740 MAYFAIR AVE  SPRINGFIELD, MO 65803

Proof of Fin. Resp. ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name ACE AMERICAN INS
Fin. Resp. Num. XSAN25294221

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  1 0 - F L - 3
27 Vehicle Damage Rating 2
Vehicle Inventoried ☐ Yes ☒ No

Towed By  TEXAS TOWING
Towed To  TEXAS TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 67 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | 67 | [X] 10,001+ LBS. | [ ] TRANSPORTING HAZARDOUS MATERIAL | [ ] 9+ CAPACITY | CMV Disabling Damage? [X] Yes [ ] No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 00003706 | 30 Veh. Type 8 |

Carrier's Corp. Name NEW PRIME INC
Carrier's Primary Addr. 2740 MAYFAIR AVE  SRPINGFIELD, MO 65803

| 31 Bus Type 0 | [ ] RGVW [X] GVWR 5|0|0|0|0 | HazMat Released [ ] Yes [ ] No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | | 33 Cargo Body Type 5 |

| Unit Num. 68 | [ ] RGVW [X] GVWR 9|0|0|0|0 | 34 Trlr. Type 2 | CMV Disabling Damage? [X] Yes [ ] No | Unit Num. | [ ] RGVW [ ] GVWR | 34 Trlr. Type | CMV Disabling Damage? [ ] Yes [ ] No |

| Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit [ ] Yes [X] No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 | |

| Invest. Comp. [X] Yes [ ] No | Investigator Name (Printed) HARPER, G. , MARTIN,K | ID Num. 3380-3421 |

| ORI. Num. T |X|2|2|0|1|2|0|0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA 2|0|0|0|0|0 |

Law Enforcement and TxDOT Use ONLY

| | | | | | | Total Num. Units | 1 | 4 | 8 | | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 69 of C##

**IDENTIFICATION & LOCATION**

| *Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) 0 6 0 0 | Case ID 210011068 | | Local Use | |

*County Name  TARRANT          *City Name  FORT WORTH          ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No   Latitude (decimal degrees) 3 2 * 7 9 5 1 3   Longitude — (decimal degrees) 0 9 7 3 2 2 7 5

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys.  TL   *Hwy. Num. 35   2 Rdwy. Part 1   Block Num. 2600   3 Street Prefix   *Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num. 69   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. LBK8034   VIN 3 C 6 U R 5 C L 7 J G 2 9 L P 2 1 4   ☐ Pol. Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year 2 0 1 8   6. Veh. Color BLK   Veh. Make DODGE   Veh. Model RAM 2500   7 Body Style PK

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 18034466   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 4 / 1 2 / 1 9 8 0

Address (Street, City, State, ZIP) 3509 N JULIET LN FORT WORTH TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GIERISCH, EDMUND WILLIAM | B | 40 | W | 1 | 1 | 5 | 97 | R | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address  GIERISCH, EDMUND WILLIAM, 3509 N JULIET LN FORT WORTH, TX 76137

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name  TRAVELERS   Fin. Resp. Num. 6031076732221

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 6 - R D - 7   27 Vehicle Damage Rating 2 9 - L P - 5   Vehicle Inventoried ☐ Yes ☒ No

Towed By  BEARDS TOWING   Towed To  BEARDS TOWING

Unit Num. 70   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. B17558R   VIN 5 Y F S 4 M C E X M P 0 4 1 4   ☐ Pol. Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year 2 0 2 1   6. Veh. Color BLK   Veh. Make TOYOTA   Veh. Model COROLLA   7 Body Style P4

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 17314524   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 8 / 2 8 / 1 9 7 1

Address (Street, City, State, ZIP) 612 WOLLFORD WAY  FORT WORTH, TX 76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | REID, GLENN LEWIS JR | B | 49 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address  REID, GLENN LEWIS JR, 612 WOLLFORD WAY FORT WORTH, TX 76131

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name  USAA   Fin. Resp. Num. 041958401 7101

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 2 - F D - 7   27 Vehicle Damage Rating 2 6 - R D - 7   Vehicle Inventoried ☐ Yes ☒ No

Towed By  BEARDS TOWING   Towed To  BEARDS TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID   210011068

TxDOT Crash ID   18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|-----------|-----------|----------|----------|----------------------------|-------------------------|
| 69 | 1 | LOCAL HOSPITAL | SELF | | |
| 70 | 1 | MEDICAL CITY ALLIANCE | MEDSTAR | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|-----------|-----------|--------|-------------------------|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|--------------------------------------|--------------|-----------------|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021 | |
|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN,K | | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA  2 0 0 0 0 0

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | | 1 | 4 | 8 | Total Num. Prsns. | | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 71 of c##

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 02/11/2021 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | | Local Use | |

| *County Name | TARRANT | | | *City Name | FORT WORTH | | | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 1 3 1
Longitude (decimal degrees): 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. | IL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | * Street Name | | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | | RRX Num. | |

## VEHICLE, DRIVER & PERSONS

| Unit Num. | 71 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | 484548C | VIN | 1 G B 2 W L E 7 2 M F 1 5 0 9 1 7 | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐ |

| Veh. Year | 2 0 2 1 | 6. Veh. Color | WHI | Veh. Make | CHEVROLET | Veh. Model | C2500 | 7 Body Style | PK |

| 8 DL/ID Type | | DL/ID State | TX | DL/ID Num. | 13336871 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | A | DOB (MM/DD/YYYY) | 0 7 1 9 6 8 |

Address (Street, City, State, ZIP): 5633 OAK HAVEN  FORT WORTH, TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | STEVENSON, NICKLAS LEE | B | 52 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: A&G PIPING, 3124 WICHITA CT  FORT WORTH, TX 76140

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | EMC INSURANCE | Fin. Resp. Num. | 1E56105 | |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D - 7 | 27 Vehicle Damage Rating 2 | 6 - R D - 5 | Vehicle Inventoried ☐ Yes ☒ No |

Towed By: BEARDS TOWING   Towed To: BEARDS TOWING

---

| Unit Num. | 72 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | FXK4885 | VIN | 1 F T E X 1 C M O E K G 1 9 3 9 3 | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐ |

| Veh. Year | 2 0 1 4 | 6. Veh. Color | WHI | Veh. Make | FORD | Veh. Model | F150 | 7 Body Style | PK |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 11380573 | 9 DL Class | C | 10 CDL End. | N | 11 DL Rest. | A | DOB (MM/DD/YYYY) | 0 6 2 1 9 8 4 |

Address (Street, City, State, ZIP): 3009 HIGH CHAPARRAL DR  FLOWER MOUND, TX 75022

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GOLWITZER, JAY J | 99 | 36 | W | 1 | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: THE NELROD CO, 3301 WEST FWY  FORT WORTH, TX 76107

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | TURNBALL INSURANCE | Fin. Resp. Num. | 46UUNP5783 | |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D - 7 | 27 Vehicle Damage Rating 2 | 6 - R D - 5 | Vehicle Inventoried ☐ Yes ☒ No |

Towed By: BEARDS TOWING   Towed To: BEARDS TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID  210011068

TxDOT Crash ID  18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 71 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num.   ☐ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☐ Yes ☐ No   28 Veh. Oper.   29 Carrier ID Type   Carrier ID Num.

Carrier's Corp. Name   Carrier's Primary Addr.   30 Veh. Type

31 Bus Type   ☐ RGVW ☐ GVWR   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type

Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num: Axles

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic-Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM)  0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM)  0 6 4 0   Report Date (MM/DD/YYYY)  0 3 / 0 1 / 2 0 2 1

Invest. Comp.  ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G., MARTIN,K   ID Num.  3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA  2 0 0 0 0 0

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8  
Total Num. Prsns.: 1 3 6  
TxDOT Crash ID: 18142877.1 /2021093866

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Texas Department of Transportation

Page 73 of ##

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 02/11/2021  
*Crash Time (24HRMM): 0600  
Case ID: 210011068  
Local Use:

*County Name: TARRANT  
*City Name: FORT WORTH  
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No  
Latitude (decimal degrees): 3 2 . 7 7 9 1 9  
Longitude (decimal degrees): 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys.: TL  
*Hwy. Num.: 35  
2 Rdwy. Part: 1  
Block Num.: 2600  
3 Street Prefix:  
*Street Name:  
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  
☒ Toll Road/ Toll Lane  
Speed Limit:  
Const. Zone: ☐ Yes ☒ No  
Workers Present: ☐ Yes ☒ No  
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No  
1 Rdwy. Sys.: LR  
Hwy. Num.:  
2 Rdwy. Part: 1  
Block Num.: 2500  
3 Street Prefix: NE  
Street Name: 28TH  
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  
☒ FT ☐ MI  
3 Dir. from Int. or Ref. Marker: S  
Reference Marker:  
Street Desc.: HWY  
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 73  
5 Unit Desc.: 1  
☐ Parked Vehicle  ☐ Hit and Run  
LP State: TX  
LP Num.: LPS5582  
VIN: 2GC2CREG2K1136468

Veh. Year: 2019  
6. Veh. Color: WHI  
Veh. Make: CHEVROLET  
Veh. Model: SILVERADO C2500  
7 Body Style: PK  
☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:  
DL/ID State: TX  
DL/ID Num.: 42901177  
9 DL Class: C  
10 CDL End.: N  
11 DL Rest.: A  
DOB (MM/DD/YYYY): 05/11/1990

Address (Street, City, State, ZIP): 5904 FANTAIL DR FORT WORTH, TX 76179

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KIND, JAMES LEE | 99 | 43 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  
Owner/Lessee Name & Address: AUTOMATIC, SPRINKLER OF TEXAS, 1147 SOUTH CEDAR RIDGE DUNCANVILLE, TX 75137

Proof of Fin. Resp.: ☒ Yes ☐ No  
☐ Expired ☐ Exempt.  
26 Fin. Resp. Type: 1  
Fin. Resp. Name: ACUITY  
Fin. Resp. Num.: ZG0088

Fin. Resp. Phone Num.:  
27 Vehicle Damage Rating 1: 1 2 - F D  
27 Vehicle Damage Rating 2:  
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BEARDS TOWING  
Towed To: BEARDS TOWING

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 74  
5 Unit Desc.: 1  
☐ Parked Vehicle  ☐ Hit and Run  
LP State: TX  
LP Num.: SNDMAN7  
VIN: 1C6RREJT6KN8..

Veh. Year: 2019  
6. Veh. Color: GRY  
Veh. Make: DODGE  
Veh. Model: RAM 1500  
7 Body Style: PK  
☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  
DL/ID State: TX  
DL/ID Num.: 14865791  
9 DL Class: C  
10 CDL End.: X,T  
11 DL Rest.: 96  
DOB (MM/DD/YYYY): 03/01/1973

Address (Street, City, State, ZIP): 12824 CAMPOLINA WAY FORT WORTH, TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SPINKS, TIMOTHY SHANE | B | 47 | W | 1 | 1 | 1 | 99 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  
Owner/Lessee Name & Address: SPINKS, TIMOTHY SHANE, 12824 CAMPOLINA WAY FORT WORTH, TX 76244

Copy from Custodial File

Proof of Fin. Resp.: ☒ Yes ☐ No  
☐ Expired ☐ Exempt  
26 Fin. Resp. Type: 1  
Fin. Resp. Name: FARMERS INSURANCE  
Fin. Resp. Num.: 43573511

Fin. Resp. Phone Num.:  
27 Vehicle Damage Rating 1: 8 - B L  
27 Vehicle Damage Rating 2:  
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BEARDS TOWING  
Towed To: BEARDS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID: 210011068

TxDOT Crash ID: 18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 74 | 1 | LOCAL HOSP | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num.  [ ] 10,001+ LBS.  [ ] TRANSPORTING HAZARDOUS MATERIAL  [ ] 9+ CAPACITY  CMV Disabling Damage? [ ] Yes [ ] No  28 Veh. Oper.  29 Carrier ID Type  Carrier ID Num.

Carrier's Corp. Name  Carrier's Primary Addr.  30 Veh. Type

31 Bus Type  [ ] RGVW [ ] GVWR  HazMat Released [ ] Yes [ ] No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type

Unit Num.  [ ] RGVW [ ] GVWR  34 Trlr. Type  CMV Disabling Damage? [ ] Yes [ ] No  Unit Num.  [ ] RGVW [ ] GVWR  34 Trlr. Type  CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events  35 Seq. 1  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit [ ] Yes [ ] No  Actual Gross Weight  Total Num. Axles

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM): 0 6 2 0
How Notified: DISPATCH
Time Arrived (24HRMM): 0 6 4 0
Report Date (MM/DD/YYYY): 03/01/2021

Invest. Comp.: [X] Yes [ ] No
Investigator Name (Printed): HARPER, G., MARTIN,K
ID Num.: 3380-3421

ORI Num.: T X 2 2 0 1 2 0 0
*Agency: FORT WORTH POLICE DEPARTMENT
Service/Region/DA: 2 0 0 0 0 0

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 75 of <##

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 1 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | | *City Name | FORT WORTH | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees) 3 2 . 7 9 1 5 3

Longitude (decimal degrees) 0 9 7 . 3 2 1 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix | |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/ Toll Lane  | Speed Limit | | Const. Zone ☐ Yes ☐ No | Workers Present ☐ Yes ☐ No | Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | RRX Num. | |

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 75 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | IN | LP Num. | L727172 | VIN | 1 X P B D 4 9 X 0 F D 8 5 0 9 2 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year | 2 0 1 5 | 6. Veh. Color | BLK | Veh. Make | PETERBILT | Veh. Model | UNKNOWN | 7 Body Style | TT | |

| 8 DL/ID Type | | DL/ID State | TX | DL/ID Num. | 37498103 | 9 DL Class | A | 10 CDL End. | N | 11 DL Rest. | 96 | DOB (MM/DD/YYYY) | 0 5 / 2 5 / 1 9 8 7 |

Address (Street, City, State, ZIP) 117 MEADOW VIEW LN ANNA, TX 75409

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | RIVERA, ANTONIO DE JESUS | B | 33 | H | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | ALTON LOGISTICS LLC, 117 MEADOW VIEW LN ANNA, TX 75409 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | WESCO INS | Fin. Resp. Num. | WMC1816266 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D - 5 | 27 Vehicle Damage Rating 2 | | Vehicle Inventoried ☐ Yes ☒ No |

Towed By  MILNER TOWING
Towed To  MILNER TOWING

| Unit Num. | 76 | 5 Unit Desc. | 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | 093B838 | VIN | 1 J J V 5 3 2 W X L S 8 0 3 0 8 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year | 1 9 9 9 | 6. Veh. Color | WHI | Veh. Make | WABASH NATIONAL CORP | Veh. Model | NOT APPLICABLE | 7 Body Style | TL | |

| 8 DL/ID Type | | DL/ID State | | DL/ID Num. | | 9 DL Class | | 10 CDL End. | | 11 DL Rest. | | DOB (MM/DD/YYYY) | / / |

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | ALTON LOGISTICS LLC, 117 MEADOW VIEW LN ANNA, TX 75409 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | WESCO | Fin. Resp. Num. | WMC1816266 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 4 - B R - 3 | 27 Vehicle Damage Rating 2 | | Vehicle Inventoried ☐ Yes ☒ No |

Towed By  MILNER
Towed To  MILNER

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID  210011068

TxDOT Crash ID  18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|-----------|------------|----------|----------|----------------------------|-------------------------|
| 75 | 1 | PERSONAL DR | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|-----------|------------|--------|--------------------------|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|--------------------------------------|--------------|------------------|
| | | |

## CMV

Unit Num. 75  [X] 10,001+ LBS.  [ ] TRANSPORTING HAZARDOUS MATERIAL  [ ] 9+ CAPACITY  CMV Disabling Damage? [X] Yes [ ] No  28 Veh. Oper. 1  29 Carrier ID Type 1  Carrier ID Num. 02819533

Carrier's Corp. Name ALTON LOGISTICS LLC   Carrier's Primary Addr. 117 MEADOW VIEW LN  ANNA, TX 75409   30 Veh. Type 8

31 Bus Type 0  [ ] RGVW  [X] GVWR 5|1|2|0|0  HazMat Released [ ] Yes [ ] No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type 3

Unit Num. 76  [ ] RGVW  [X] GVWR 6|8|0|0|0  34 Trlr. Type 2  CMV Disabling Damage? [X] Yes [ ] No  Unit Num.  [ ] RGVW [ ] GVWR  34 Trlr. Type  CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events  35 Seq. 1 98  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit [ ] Yes [X] No  Actual Gross Weight  Total Num. Axles

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 03/01/2021

Invest. Comp. [X] Yes [ ] No   Investigator Name (Printed) HARPER, G. , MARTIN,K   ID Num. 3380-3421

ORI Num. T|X|2|2|0|1|2|0|0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA 2 0 0 0 0 0

Law Enforcement and TxDOT Use ONLY

☒ FATAL ☒ CMV ☐ SCHOOL BUS. ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093B66 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 77 of 78

## IDENTIFICATION & LOCATION

**\*Crash Date (MM/DD/YYYY)** 0 2 / 1 1 / 2 0 2 1   **\*Crash Time (24HRMM)** 0 6 0 0   **Case ID** 210011068   **Local Use**

**\*County Name** TARRANT   **\*City Name** FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   **Latitude** (decimal degrees) 3 2 ° 7 9 5 1 3   **Longitude** — (decimal degrees) 0 9 7 7 1 7 7 .

**ROAD ON WHICH CRASH OCCURRED**

| \*1 Rdwy. Sys. | IL | \*Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | \*Street Name | | 4 Street Suffix | |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.:

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 77 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. MDX5470 | VIN 3 G C P C R E C 4 J G 2 4 3 9 1 |

| Veh. Year | 2 0 1 8 | 6. Veh. Color BLK | Veh. Make CHEVROLET | Veh. Model C1500 | 7 Body Style PK | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | | DL/ID State TX | DL/ID Num. 33939371 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 1 0 1 9 9 4 |

Address (Street, City, State, ZIP) 2821 AIRPORT FWY #616  BEDFORD, TX 76021

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WILLIAMS, CALEB TITUS | A | 26 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address WILLIAMS, CALEB TITUS, 2821 AIRPORT FWY #616  BEDFORD, TX-76021

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name PROGRESSIVE   Fin. Resp. Num. 916142088

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 1 2 - F R - 2   27 Vehicle Damage Rating 2 6 - F C - 4   Vehicle Inventoried ☐ Yes ☒ No

Towed By UNKNOWN   Towed To UNKNOWN

| Unit Num. | 78 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. K069590 | VIN 1 F D 8 W 3 H 6 H E E 7 3 4 9 9 |

| Veh. Year | 2 0 1 7 | 6. Veh. Color WHI | Veh. Make FORD | Veh. Model F350 | 7 Body Style PK | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) / / |

Address (Street, City, State, ZIP) UNKNOWN  UNKNOWN, UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN, UNKNOWN UNK | 99 | 99 | 99 | 99 | 1 | 99 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address MERCHANTS, AUTOMOTIVE GROUP, 1278 HOOKSETT RD  HOOKSETT, TX 73106

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name ACE PROPERTY   Fin. Resp. Num. H08470662

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 2 - F R - 0   27 Vehicle Damage Rating 2 1 2 - F C - 2   Vehicle Inventoried ☐ Yes ☒ No

Towed By   DRIVEN BY OWNER   Towed To HOME

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 77 | 1 | PERSONAL DR | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name / Carrier's Primary Addr. / 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G., MARTIN, K | | ID Num. | 3380-3421 |
|---|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | 2 0 0 0 0 |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

### Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 79 of <##>

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2021 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | | *City Name | FORT WORTH | | [ ] Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  [X] Yes  [ ] No

Latitude (decimal degrees) 3 2 . 7 9 5 1 3

Longitude — (decimal degrees) 0 9 7 . 3 2 2

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | * Street Name | | 4 Street Suffix | |

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  
[ ] Toll Road/ Toll Lane

| Speed Limit | | Const. Zone | [ ] Yes [X] No | Workers Present | [ ] Yes [X] No | Street Desc. | |

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. | [ ] Yes [X] No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2. Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | RRX Num. | |

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 79 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | TX | LP Num. | KHZ4399 | VIN | K N A G M 4 A D X D 5 0 4 3 0 8 3 |

| Veh. Year | 2 0 1 3 | 6. Veh. Color | WHI | Veh. Make | KIA | Veh. Model | OPTIMA | 7 Body Style | P4 | [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 33759253 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | A | DOB (MM/DD/YYYY) | 1 1 / 0 0 / 1 9 8 7 |

Address (Street, City, State, ZIP) 10041 TULARE LN  FORT WORTH, TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
| 1 | 1 | 1 | ST PIERRE, JORDAN JENAE | B | 33 | W | 2 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | ST PIERRE, JORDAN JENAE, 10041 TULARE LN  FORT WORTH, TX 76177 |

| Proof of Fin. Resp. | [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | PROGRESSIVE | Fin. Resp. Num. | 911971051 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D - 3 | 27 Vehicle Damage Rating 2 | 6 - R D - 3 | Vehicle Inventoried | [ ] Yes [X] No |

| Towed By | DRIVER | Towed To | HOME |

| Unit Num. | 80 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | TX | LP Num. | NPG1066 | VIN | 3 C 6 3 R 5 H L 2 L G 2 0 1 0 5 5 |

| Veh. Year | 2 0 2 0 | 6. Veh. Color | WHI | Veh. Make | DODGE | Veh. Model | RAM 3500 | 7 Body Style | PK | [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 26083910 | 9 DL Class | CM | 10 CDL End. | N | 11 DL Rest. | N | DOB (MM/DD/YYYY) | 0 4 / 2 0 / 1 9 6 4 |

Address (Street, City, State, ZIP) 115 SIERRA TR  JUSTIN, TX 76247

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
| 1 | 1 | 1 | KEY, TAB ANTHONY | N | 56 | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | KEY, TAB ANTHONY, 115 SIERRA TR  JUSTIN, TX 76247 |

| Proof of Fin. Resp. | [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | PROGRESSIVE | Fin. Resp. Num. | 939764004 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 4 - R B - 2 | 27 Vehicle Damage Rating 2 | 6 - R D - 4 | Vehicle Inventoried | [ ] Yes [X] No |

| Towed By | OWNER | Towed To | HOME |

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 1/1/2018)

Case ID  210011068

TxDOT Crash ID  18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 79 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. , MARTIN,K | ID Num. 3380-3421 |

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA 2 0 0 0 0 |

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

### Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 81 of c##

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

*County Name: TARRANT  
*City Name: FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees): 3 2 * 7 9 5 1 3  
Longitude — (decimal degrees): 0 9 7 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | 4 Street Name | | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  
☐ Toll Road/Toll Lane  Speed Limit: |  Cont. Zone: ☐ Yes ☒ No  Workers Present: ☐ Yes ☒ No  Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No  1 Rdwy. Sys.: LR  Hwy. Num.: |  2. Rdwy. Part: 1  Block Num.: 2500  3 Street Prefix: NE  Street Name: 28TH  4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker: S  Reference Marker: |  Street Desc.: HWY  RRX Num.:

## VEHICLE, DRIVER & PERSONS

| Unit Num. | 81 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | CO | LP Num. | VQ0208 | VIN | J N 8 A Z 1 M W 6 D W 3 0 4 7 4 6 |

| Veh. Year | 2 0 1 1 | 6. Veh. Color | SIL | Veh. Make | NISSAN | Veh. Model | MURANO | 7 Body Style | SV | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | CO | DL/ID Num. | 022810789 | 9 DL Class | 98 | 10 CDL End. | 98 | 11 DL Rest. | 98 | DOB (MM/DD/YYYY) | 0 2 / 2 / 1 9 8 0 |

Address (Street, City, State, ZIP): 613 WINTER DR  EVERMAN, TX 76140

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DAVIS, JAHNATHAN | B | 40 | B | 1 | 1 | 5 | 97 | N | 96 | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: HIRZEL, DOMINIQUE R , 861 VICTOR ST  AURORA, CO 80016

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: UNKNOWN  Fin. Resp. Num.: FILED LATER

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 1 7 - B L - 7  27 Vehicle Damage Rating 2: 1 2 - F D - 6  Vehicle Inventoried: ☐ Yes ☒ No

Towed By: MILNER TOWING  Towed To: MILNER TOWING

| Unit Num. | 82 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | BJR0358 | VIN | 5 F N R L 5 H 6 4 B B 0 6 0 4 0 1 7 |

| Veh. Year | 2 0 1 1 | 6. Veh. Color | GRY | Veh. Make | HONDA | Veh. Model | ODYSSEY | 7 Body Style | VN | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 09947467 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | 96 | DOB (MM/DD/YYYY) | 0 5 / 1 7 / 1 9 7 9 |

Address (Street, City, State, ZIP): 9709 FURMAN CT  FORT WORTH, TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BERGMAN, GRETCHEN | B | 41 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: BERGMAN, GRETCHEN, 9709 FURMAN CT  FORT WORTH, TX 76244

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: USAA  Fin. Resp. Num.: 010079141 7105

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 6 - R D - 7  27 Vehicle Damage Rating 2: 1 - F D - 7  Vehicle Inventoried: ☐ Yes ☒ No

Towed By: MILNER TOWING  Towed To: MILNER TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID  210011068

TxDOT Crash ID  18142877.1/2021093866

Page 82 of <#>

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 81 | 1 | LOCAL HOSPITAL | FAMILY | | |
| 82 | 1 | PERSONAL DR | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num.

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type ☐RGVW ☐GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐Yes ☐No | Actual Gross Weight | Total Num. Axles

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM)  0 6 2 0 | How Notified  DISPATCH | Time Arrived (24HRMM)  0 6 4 0 | Report Date (MM/DD/YYYY)  0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒Yes ☐No | Investigator Name (Printed) HARPER, G. , MARTIN,K | ID Num.  3380-3421

ORI Num.  T X 2 2 0 1 2 0 0 | *Agency  FORT WORTH POLICE DEPARTMENT | Service/ Region/DA  2 0 0 0 0 0

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8 | Total Num. Prsns. 1 3 6 | TxDOT Crash ID 18142877.1 /2021093866

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 83 of <##

**IDENTIFICATION & LOCATION**

*Crash Date (MM/DD/YYYY) 02/11/2021 | *Crash Time (24HRMM) 0600 | Case ID 210011068 | Local Use

*County Name TARRANT | *City Name FORT WORTH | ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No | Latitude (decimal degrees) 32*79151 | Longitude (decimal degrees) 097*17177

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys. IL | *Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3.Street Prefix | *Street Name | 4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☐ Toll Road/Toll Lane | Speed Limit | Const. Zone ☐ Yes ☒ No | Workers Present ☐ Yes ☒ No | Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2. Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST

Distance from Int. or Ref. Marker 1000 ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num. 83 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. 2XD627 | VIN 3ALXFB00GDHT76007

Veh. Year 2015 | 6. Veh. Color RED | Veh. Make FREIGHTLINER | Veh. Model UNKNOWN | 7 Body Style TT | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1 | DL/ID State OK | DL/ID Num. M082165731 | 9 DL Class 98 | 10 CDL End. 98 | 11 DL Rest. 98 | DOB (MM/DD/YYYY) 12/20/1958

Address (Street, City, State, ZIP) PO BOX 984  TUTTLE, OK 73089

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SHORT, DAVID JAMES | N | 62 | W | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee | Owner/Lessee Name & Address WHB TRANSPORTATION L, PB BOX 725  TUTTLE, OK 73089

Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name ACE AMERICA | Fin. Resp. Num. ISAH25311668

Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 7-LFQ-4 | 27 Vehicle Damage Rating 2 | Vehicle Inventoried ☐ Yes ☒ No

Towed By DRIVEN BY DRIVER | Towed To HOME

Unit Num. 84 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State OK | LP Num. 1265LJ | VIN 1GRAA9624CB707154

Veh. Year 2012 | 6. Veh. Color RED | Veh. Make GREAT DANE TRAILERS | Veh. Model NOT APPLICABLE | 7 Body Style TL | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) / /

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee | Owner/Lessee Name & Address WHB TRANSPORTATION L, PO BOX 725  TUTTLE, OK 73089

Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name ACE AMERICA | Fin. Resp. Num. ISAH25311668

Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 6-BL-2 | 27 Vehicle Damage Rating 2 | Vehicle Inventoried ☐ Yes ☒ No

Towed By DRIVEN | Towed To DRIVER

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

Unit Num. 83  ☒ 10,001+ LBS.  ☐ TRANSPORTING HAZARDOUS MATERIAL  ☐ 9+ CAPACITY  CMV Disabling Damage? ☐ Yes ☒ No  28 Veh. Oper. 1  29 Carrier ID Type 1  Carrier ID Num. 01361989

Carrier's Corp. Name WHB TRANSPORTATION  Carrier's Primary Addr. PO BOX 984  TUTTLE, OK 73089  30 Veh. Type 8

31 Bus Type 0  ☐ RGVW ☒ GVWR 5|0|0|0|0  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID.Num. | | | | |  32 HazMat Class Num.  HazMat ID Num. | | | |  33 Cargo Body Type 3

Unit Num. 84  ☐ RGVW ☒ GVWR 6|8|0|0|0  34 Trlr. Type 2  CMV Disabling Damage? ☐ Yes ☒ No  Unit Num.  ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1 98  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☒ No  Actual Gross Weight | | | | |  Total Num. Axles

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | | May Have Contrib. | Contributing | | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021 | |
|---|---|---|---|---|
| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN,K | | | ID Num. 3380-3421 |
| ORI Num. |T|X|2|2|0|1|2|0|0 | *Agency FORT WORTH POLICE DEPARTMENT | | Service/Region/DA 2|0|0|0|0|0 |

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | B | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 85 of ##

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 02/11/2021 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Usa | |

| *County Name | TARRANT | | *City Name | FORT WORTH | | [ ] Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  [X] Yes  [ ] No  

Latitude (decimal degrees): 3 2 * 7 9 5 1 0  
Longitude — (decimal degrees): 0 9 7 * 2 7 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix |

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  

Toll Road/Toll Lane [ ]  Speed Limit [ ]  Const. Zone [ ] Yes [X] No  Workers Present [ ] Yes [X] No  Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No  | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2. Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

Distance from Int. or Ref. Marker | 1000  [X] FT [ ] MI  | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | RRX Num. |

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 85 | 5 Unit Desc. | 1 | Parked Vehicle [ ] | Hit and Run [ ] | LP State | TX | LP Num. | KWK0164 | VIN | K L 7 C J K S B 5 5 9 5 6 1 |

| Veh. Year | 2 0 1 7 | 6. Veh. Color | WHI | Veh. Make | CHEVROLET | Veh. Model | TRAX | 7 Body Style | SV | Pol, Fire, EMS on Emergency (Explain in Narrative if checked) [ ] |

| 8 DL/ID Type | 99 | DL/ID State | UN | DL/ID Num. | | 9 DL Class | 99 | 10 CDL End. | 99 | 11 DL Rest. | 99 | DOB (MM/DD/YYYY) | |

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | | 99 | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner  [ ] Lessee  Owner/Lessee Name & Address  GARCIA, DAVID LEE, 10209 FOSSIL VALLEY DR FORT WORTH, TX 76131

Proof of Fin. Resp. [X] Yes [ ] No  | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | GEICO | Fin. Resp. Num. | 4374768887 |

Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 6 - R D - 7 | 27 Vehicle Damage Rating 2 | 1 2 - F D - 7 | Vehicle Inventoried [ ] Yes [X] No |

Towed By | MILNER TOWING | Towed To | MILNER TOWING |

---

| Unit Num. | 86 | 5 Unit Desc. | 1 | Parked Vehicle [ ] | Hit and Run [ ] | LP State | TX | LP Num. | NVV4256 | VIN | 5 N 1 A T 2 M N 5 G C 8 4 9 4 8 |

| Veh. Year | 2 0 1 6 | 6. Veh. Color | SIL | Veh. Make | NISSAN | Veh. Model | MURANO | 7 Body Style | SV | Pol, Fire, EMS on Emergency (Explain in Narrative if checked) [ ] |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 45956159 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | A | DOB (MM/DD/YYYY) | 0 6 1 9 1 9 9 3 |

Address (Street, City, State, ZIP) 3820 VILLA FLORIA DR #2101 FORT WORTH, TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | OLOFINKUA, OLUWAKEMI B | B | 27 | 1 | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner  [ ] Lessee  Owner/Lessee Name & Address  OLOFINKUA, OLUWAKEMI B, 3820 VILLA FLORIA DR #2101 FORT WORTH, TX 76137

Proof of Fin. Resp. [X] Yes [ ] No  | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | GEICO | Fin. Resp. Num. | 4542141652 |

Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 6 - R D - 7 | 27 Vehicle Damage Rating 2 | 7 - B L - 7 | Vehicle Inventoried [ ] Yes [X] No |

Towed By | MILNER TOWING | Towed To | MILNER TOWING |

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID 18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 86 | 1 | MEDICAL CITY FW | MEDSTAR 56 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | □ 10,001+ LBS. | □ TRANSPORTING HAZARDOUS MATERIAL | □ 9+ CAPACITY | CMV Disabling Damage? □ Yes □ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | □ RGVW □ GVWR | HazMat Released □ Yes □ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | □ RGVW □ GVWR | 34 Trlr. Type | CMV Disabling Damage? □ Yes □ No | Unit Num. | □ RGVW □ GVWR | 34 Trlr. Type | CMV Disabling Damage? □ Yes □ No.

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit □ Yes □ No | Actual Gross Weight | Total Num. Axles

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021 | |
|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes □ No | Investigator Name (Printed) HARPER, G., MARTIN, K | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA 2 0 0 0 0 0

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 87 of c##

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | *City Name | FORT WORTH | | | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  Latitude (decimal degrees) 3 2 . 7 9 5 1 3  Longitude — (decimal degrees) 0 9 7 . 4 7 7

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. | TL | *Hwy. Sys. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix | |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/ Toll Lane  Speed Limit  Const. Zone ☐ Yes ☒ No  Workers Present ☐ Yes ☒ No  Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2. Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |

Distance from Int. or Ref. Marker 1000  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker S  Reference Marker  Street Desc. HWY  RRX Num.

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 87 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. HPY0073 | VIN 3 G C P C R E C 9 J 1 3 7 5 3 0 | | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year 2 0 1 9 | 6. Veh. Color SIL | Veh. Make CHEVROLET | Veh. Model C1500 | 7 Body Style PK | |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 08841516 | 9 DL Class A | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 2 1 1 9 6 2 |

Address (Street, City, State, ZIP) 5013 MARBLE FALLS RD FORT WORTH, TX 76103

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MILLS, TIMOTHY SCOTT | B | 58 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

15 Ethnicity: W

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address  WARD TIMBER LTD, 1154 HWY 155W LINDEN, TX 75563

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name PROGRESSIVE  Fin. Resp. Num. 908406953

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 1 0 - L B Q - 7  27 Vehicle Damage Rating 2  Vehicle Inventoried ☐ Yes ☒ No

Towed By  EDDS TOWING  Towed To  EDDS TOWING

| Unit Num. 88 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. MLH1465 | VIN 4 T 1 B 2 1 H K 8 K U 5 1 3 6 0 2 | | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year 2 0 1 9 | 6. Veh. Color BLK | Veh. Make TOYOTA | Veh. Model CAMRY | 7 Body Style P4 | |

| 8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) / / |

Address (Street, City, State, ZIP) UNKNOWN  UNKNOWN, UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN, UNKNOWN UNK | 99 | 99 | 99 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address  LEASE PLAN USA INC, 1165 SANCTUARY PKWY #1 ALPHARETTA, GA 30009

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name SENTRY  Fin. Resp. Num. 90159150300

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 3 - R P - 7  27 Vehicle Damage Rating 2 9 - L F Q - 1  Vehicle Inventoried ☐ Yes ☒ No

Towed By  BEARDS TOWING  Towed To  BEARDS TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | | TxDOT Crash ID | 18142877.1/2021093866 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 87 | 1 | PERSONAL DR | SELF | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | | 30 Veh. Type |

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control | |
| | | | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G., MARTIN,K | | | ID Num. | 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | Service/ Region/DA | 2 0 0 0 0 |

Law Enforcement and TxDOT Use ONLY

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Texas Department of Transportation

Page 89 of #

**IDENTIFICATION & LOCATION**

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID 210011068 | Local Use |

| *County Name TARRANT | | *City Name FORT WORTH | | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No | Latitude (decimal degrees) 3 2 * 7 9 5 1 3 | Longitude — (decimal degrees) 0 9 7 * 2 0 7 7 7

**ROAD ON WHICH CRASH OCCURRED**

| *1.Rdwy. Sys. TL | *Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | *Street Name | 4 Street Suffix |

| Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | Toll Road/ Toll Lane | Speed Limit | Const. Zone ☐ Yes ☒ No | Workers Present ☐ Yes ☒ No | Street Desc. |

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2. Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |

| Distance from Int. or Ref. Marker 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. |

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 89 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. LYT4887 | VIN — 2 T 2 Z Z M C A J C 0 9 7 1 8 1 |

| Veh. Year 2 0 1 8 | 6. Veh. Color BLU | Veh. Make LEXUS | Veh. Model RX 350 | 7 Body Style SV | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 13360969 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 1 2 2 1 1 9 8 5 |

Address (Street, City, State, ZIP) 2148 BIGGS ST FORT WORTH, TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FILBERT, ASTYN MARIE | B | 35 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee | Owner/Lessee Name & Address FILBERT, ASTYN MARIE, 2148 BIGGS ST FORT WORTH, TX 76177

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name GEICO | Fin. Resp. Num. 4459868578 |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 4 - R D - 7 | 27 Vehicle Damage Rating 2 L D - 7 | Vehicle Inventoried ☐ Yes ☒ No |

Towed By MILNER TOWING | Towed To MILNER TOWING

| Unit Num. 90 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. FMS2046 | VIN 1 F T 7 W 2 B T 5 F E C 7 9 7 2 0 |

| Veh. Year 2 0 1 5 | 6. Veh. Color BRO | Veh. Make FORD | Veh. Model F250 | 7 Body Style PK | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 25099803 | 9 DL Class C | 10 COL End. 96 | 11 DL Rest. 1 | DOB (MM/DD/YYYY) 0 4 1 7 1 9 1 |

Address (Street, City, State, ZIP) 2529 FOREST PARK BL FORT WORTH, TX 76110

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | YATES, BARRETT CODY | B | 29 | W | 1 | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee | Owner/Lessee Name & Address YATES, MELISSA, 10 BRITTANY LN ODESSA, TX 79761

Copy from Custodial File

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name ALLSTATE | Fin. Resp. Num. 638277174 |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 9 - L P - 7 | 27 Vehicle Damage Rating 2 1 2 - F D - 7 | Vehicle Inventoried ☐ Yes ☒ No |

Towed By ABC WRECKER | Towed To ABC WRECKER

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID: 210011068
TxDOT Crash ID: 18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|-----------|------------|----------|----------|---------------------------|-------------------------|
| 89 | 1 | LOCAL DR | SELF | | |
| 90 | 1 | PERSONAL DR | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|-----------|------------|--------|-------------------------|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|--------------------------------------|--------------|-----------------|
| | | |
| | | |

## CMV

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY  CMV Disabling Damage? ☐ Yes ☐ No  28 Veh. Oper.  29 Carrier ID Type  Carrier ID Num.

Carrier's Corp. Name  Carrier's Primary Addr.  30 Veh. Type

31 Bus Type ☐ RGVW ☐ GVWR  HazMat-Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No  Unit Num. ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☐ No  Actual Gross Weight  Total Num. Axles

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads. | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0  How Notified DISPATCH  Time Arrived (24HRMM) 0 6 4 0  Report Date (MM/DD/YYYY) 03 / 01 / 2021

Invest. Comp. ☒ Yes ☐ No  Investigator Name (Printed) HARPER, G. , MARTIN,K  ID Num. 3380-3421

ORI Num. | T | X | 2 | 2 | 0 | 1 | 2 | 0 | 0  *Agency FORT WORTH POLICE DEPARTMENT  Service/Region/DA 2 0 0 0 0 0

Law Enforcement and TxDOT Use ONLY

| | | | | | Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 91 of <#>

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | *City Name | FORT WORTH | | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No

Latitude (decimal degrees) 3 2 . 7 9 5 1 3

Longitude — (decimal degrees) 0 9 7 . 0 7 7 7

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2. Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker. | 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | Street Desc. | HWY | RRX Num. |

## VEHICLE, DRIVER & PERSONS

| Unit Num. | 91 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | AR | LP Num. | K810553 | VIN | 1 F U J H D R 5 K L K R 9 4 3 5 | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year | 2 0 1 9 | 6. Veh. Color | GRY | Veh. Make | FREIGHTLINER | Veh. Model | CASCADIA 125 | 7 Body Style | TT | |

| 8 DL/ID Type | 1 | DL/ID State | MX | DL/ID Num. | NVOL072175 | 9 DL Class | 98 | 10 CDL End. | 98 | 11 DL Rest. | 98- | DOB (MM/DD/YYYY) | 0 4 / 0 2 / 1 9 8 9 |

Address (Street, City, State, ZIP)  6 DE NOVIEMBRE 212  6000 NL 6000, MX NL6000

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ZUIGA-GUEVARA, VICTOR ROGELIO | C | 31 | H | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 1 | PATINO, PEDRO | C | 43 | H | 1 | 1 | 1 | 1 | 97 | N | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | |

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | RICH TRANSPORT LLC, 6011 SCOTT HAMMILTON DR LITTLE ROCK, AR 72209 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | UNITED SPECIALTY INS CO | Fin. Resp. Num. | EEXBRS0010 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 5 - R B Q - 3 | 27 Vehicle Damage Rating 2 | | Vehicle Inventoried ☐ Yes ☒ No |

| Towed By | BEARDS TOWING | Towed To | RICH TRANSPORT 4444 IRVING BLVD |

| Unit Num. | 92 | 5 Unit Desc. | 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | OK | LP Num. | 1880LT | VIN | 3 H 3 V 5 3 2 C 9 G T 3 6 1 0 4 | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year | 2 0 1 6 | 6. Veh. Color | WHI | Veh. Make | HYUNDAI STEEL INDUSTRIES | Veh. Model | NOT APPLICABLE | 7 Body Style | TL | |

| 8 DL/ID Type | | DL/ID State | | DL/ID Num. | | 9 DL Class | | 10 CDL End. | | 11 DL Rest. | | DOB (MM/DD/YYYY) | / / |

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | |

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | RICH TRANSPORT LLC, 6011 SCOTT HAMMILTON DR LITTLE ROCK, AR 72209 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | UNITED SPECIALTY INS | Fin. Resp. Num. | EEXBRS0010 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 1 - L F Q - 2 | 27 Vehicle Damage Rating 2 | | Vehicle Inventoried ☐ Yes ☒ No |

| Towed By | BEARDS TOWING | Towed To | RICH TRANSPORT 4444 IRVING BL |

Page 92 of 41

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 91 | 1 | LOCAL DR | SELF | | |
| 91 | 2 | LOCAL DR | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. 91   [X] 10,001+ LBS.   [ ] TRANSPORTING HAZARDOUS MATERIAL   [ ] 9+ CAPACITY   CMV Disabling Damage? [ ] Yes [X] No   28 Veh. Oper. 1   29 Carrier ID Type 1   Carrier ID Num. 00305789

Carrier's Corp. Name RICH TRANSPORT LLC   Carrier's Primary Addr. 6011 SCOTT HAMILTON DR  LITTLE ROCK, RI 72209   30 Veh. Type 8

31 Bus Type 0   [ ] RGVW [X] GVWR 5 2 3 5 0 0   HazMat Released [ ] Yes [ ] No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 92   [ ] RGVW [X] GVWR 6 8 0 0 0 0   34 Trlr. Type 2   CMV Disabling Damage? [X] Yes [ ] No   Unit Num.   [ ] RGVW [ ] GVWR   34 Trlr. Type   CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events   35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit. [ ] Yes [X] No   Actual Gross Weight   Total Num. Axles

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 03/01/2021

Invest. Comp. [X] Yes [ ] No   Investigator Name (Printed) HARPER, G. , MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/ Region/DA 2 0 0 0 0 0

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

## Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 93 of ###

### IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | *City Name | FORT WORTH | | | [ ] Outside City Limit |

| In your opinion, did this crash result in at least $1,000 damage to any one person's property? | [X] Yes [ ] No | Latitude (decimal degrees) | 3 2 . 7 9 5 1 | Longitude — (decimal degrees) | 0 9 7 . 3 2 4 7 7 |

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | * Street Name | | 4 Street Suffix | |

| [ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | [ ] Toll Road/ Toll Lane | Speed Limit | | Const. Zone | [ ] Yes [ ] No | Workers Present | [ ] Yes [ ] No | Street Desc. | |

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | [ ] Yes [ ] No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | RRX Num. | |

### VEHICLE, DRIVER, & PERSONS

| Unit Num. | 93 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | TX | LP Num. | FKK3682 | VIN | 4 T 1 B F 3 2 U 5 4 8 7 1 8 |

| Veh. Year | 2 0 0 3 | 6. Veh. Color | SIL | Veh. Make | TOYOTA | Veh. Model | CAMRY | 7 Body Style | P4 | [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 99 | DL/ID State | UN | DL/ID Num. | | 9 DL Class | 99 | 10 CDL End. | 99 | 11 DL Rest. | 99 | DOB (MM/DD/YYYY) | |

| Address (Street, City, State, ZIP) | UNKNOWN  UNKNOWN, UN UNK |

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN, UNKNOWN UNK | 99 | | 99 | 99 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | RODRIGUEZ, ANGELICA MARIA, 7900 CROUSE DR FORT WORTH, TX 76137 |

| Proof of Fin. Resp. | [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | STATE FARM | Fin. Resp. Num. | 441 6655-L17-43 001 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 6 - F D - 7 | 27 Vehicle Damage Rating 2 | 1 2 - R D - 7 | Vehicle Inventoried | [ ] Yes [X] No |

| Towed By | BIVINS TOWING | Towed To | BIVINS TOWING |

| Unit Num. | 94 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | TX | LP Num. | MZN8398 | VIN | J T J H G K F A 4 L 2 0 1 2 3 9 3 |

| Veh. Year | 2 0 2 0 | 6. Veh. Color | BLK | Veh. Make | LEXUS | Veh. Model | RX SERIES | 7 Body Style | SV | [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 99 | DL/ID State | UN | DL/ID Num. | | 9 DL Class | 99 | 10 CDL End. | 99 | 11 DL Rest. | 99 | DOB (MM/DD/YYYY) | |

| Address (Street, City, State, ZIP) | UNKNOWN  UNKNOWN, UN UNKN |

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN, UNKNOWN UNK | 99 | | 99 | 99 | 99 | 5 | 99 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | OKEREKE, EVANGELYN C, 9809 BROILES LN FORT WORTH, TX 76244 |

| Proof of Fin. Resp. | [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | LIBERTY | Fin. Resp. Num. | Y8980652 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 6 - R D - 7 | 27 Vehicle Damage Rating 2 | 1 2 - F D - 7 | Vehicle Inventoried | [ ] Yes [X] No |

| Towed By | TEXAS TOWING | Towed To | TEXAS TOWING |

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. , MARTIN, K | | ID Num. | 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | 2 0 0 0 0 0 |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

☒ FATAL ☐ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142977.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 95 of 4 ##

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1   *Crash Time (24HRMM) 0 6 0 0   Case ID 210011068   Local Use

*County Name TARRANT   *City Name FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) 3 2 * 7 9 5 1   Longitude — (decimal degrees) 0 9 * 7 1 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. TL | *Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | *Street Name | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☐ No   Workers Present ☐ Yes ☐ No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No   1.Rdwy. Sys. LR   Hwy. Num.   2. Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 95   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. FTX0652   VIN Y V 1 4 0 M F C 4 F 1 3 1 8 8 7 3   ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year 2 0 1 5   6. Veh. Color WHI   Veh. Make VOLVO   Veh. Model S60   7 Body Style P4

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 16835378   9 DL Class C   10 CDL End. 96   11 DL Rest. A   DOB (MM/DD/YYYY) 0 6 / 1 5 / 1 9 7 8

Address (Street, City, State, ZIP) 1301 VANDERBILT KELLER, TX 76262

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BROCHU, JOANNA GRABBE | B | 42 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | | | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address BROCHU, JOANNA GRABBE, 1301 VANDERBILT KELLER, TX 76262

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name STATE FARM   Fin. Resp. Num. 410 9844-A20-43 002

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 5 - R D - 6   27 Vehicle Damage Rating 2 1 2 - F D - 5   Vehicle Inventoried ☐ Yes ☒ No

Towed By TEXAS TOWING   Towed To TEXAS TOWING

Unit Num. 96   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. CA68173   VIN 1 C 6 R D 6 L T X C S 1 9 4 8 4   ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year 2 0 1 2   6. Veh. Color BLU   Veh. Make DODGE   Veh. Model RAM 1500   7 Body Style PK

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 20257776   9 DL Class C   10 CDL End. 96   11 DL Rest. A   DOB (MM/DD/YYYY) 0 9 / 1 8 / 1 9 8 7

Address (Street, City, State, ZIP) 6801 WOODED CT MANSFIELD, TX 76063

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HARDAWAY, KRIS | B | 33 | W | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address HARDAWAY, KRIS, 6801 WOODED CT MANSFIELD, TX 76063

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name STATE FARM   Fin. Resp. Num. 384 1546-A27-43B 001

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 1 2 - F D - 5   27 Vehicle Damage Rating 2 3 - R P - 5   Vehicle Inventoried ☐ Yes ☒ No

Towed By TEXAS TOWING   Towed To TEXAS TOWING

Copy from Official File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 |
| TxDOT Crash ID | 18142877.1/2021093866 |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 95 | 1 | JOHN PETER SMITH | AMA | | |
| 96 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? ☐Yes ☐No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | ☐RGVW ☐GVWR | HazMat Released ☐Yes ☐No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No | Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐Yes ☐No | Actual Gross Weight | Total Num. Axles

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 |

Invest. Comp. ☒Yes ☐No | Investigator Name (Printed) HARPER, G., MARTIN, K | ID Num. 3380-3421

ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA 2 0 0 0 0 0

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 97 of <##

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY) 02/11/2021 | *Crash Time (24HRMM) 0 6 0 0 | Case ID 21001106B | Local Use

*County Name TARRANT | *City Name FORT WORTH | ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No | Latitude (decimal degrees) 3 2 . 7 9 5 1 3 | Longitude — (decimal degrees) 0 9 7 . 7 7 7 7

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys. TL | *Hwy. Sys. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | * Street Name | 4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☐ Toll Road/ Toll Lane | Speed Limit | Const. Zone ☐ Yes ☐ No | Workers Present ☐ Yes ☐ No | Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2. Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST

Distance from Int. or Ref. Marker 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. 97 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. PBJ9184 | VIN 1 C 4 B J W D G 6 G L 1 3 7 1 5 8

Veh. Year 2 0 1 1 | 6. Veh. Color BLK | Veh. Make JEEP | Veh. Model WRANGLER | 7 Body Style SV | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 34665433 | 9 DL Class B | 10 CDL End. P | 11 DL Rest. M,E | DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP) 3829 ALDERSYDE DR FORT WORTH, TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BURRIS, STEVEN KELLY | N | 25 | W | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee | Name & Address BURRIS, STEVEN KELLY, 3829 ALDERSYDE DR FORT WORTH, TX 76244

Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name PROGRESSIVE | Fin. Resp. Num. 940374812

Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 - | 27 Vehicle Damage Rating 2 - | Vehicle Inventoried ☐ Yes ☒ No

Towed By DRIVEN BY OWNER | Towed To HOME

Unit Num. 98 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. KNZ2341 | VIN 5 T E T U 4 G N 8 A Z 6 9 0 3 8 4

Veh. Year 2 0 1 0 | 6. Veh. Color BLU | Veh. Make TOYOTA | Veh. Model TACOMA | 7 Body Style PK | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 11309323 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 7 / 3 0 / 1 9 8 8

Address (Street, City, State, ZIP) 2541 DAHLIA DR FORT WORTH, TX 76123

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GARDNER, HEATHER AMANDA | B | 34 | W | 2 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee | Name & Address BARTHA, CLARA ANNE, 2541 DAHLIA DR FORT WORTH, TX 76123

Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name STATE FARM | Fin. Resp. Num. 313 7939-K24-43D 002

Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 6 - R D - 4 | 27 Vehicle Damage Rating 2 1 2 - F D - 4 | Vehicle Inventoried ☐ Yes ☒ No

Towed By LONESTAR TOWING | Towed To LONESTAR TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 |
| TxDOT Crash ID | 18142877.1/2021093866 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 98 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type |
|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

| Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary) | Field Diagram - Not to Scale |
|---|---|

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 | |
|---|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G., MARTIN, K | ID Num. | 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | 2 0 0 0 0 |
|---|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY

| ☒ FATAL | ☒ CMV | ☐ SCHOOL BUS | ☐ RAILROAD | ☐ MAB | ☐ SUPPLEMENT | ☐ ACTIVE SCHOOL ZONE | Total Num. Units 1 4 8 | Total Num. Prsns. 1 3 6 | TxDOT Crash ID 18142877.1 /2021093866 |

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

---

**IDENTIFICATION & LOCATION**

| *Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) 0 6 0 0 | Case ID 210011068 | Local Use |

*County Name TARRANT   *City Name FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) 3 2 . 7 9 1 5 1 3   Longitude (decimal degrees) 0 9 7 . 7 1 7 7

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. TL | *Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | *Street Name | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2. Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

---

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 99 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. 1M94928 | VIN 2 X K H A J 7 X 8 M 4 6 0 5 6 2 |

| Veh. Year 2 0 2 0 | 6. Veh. Color RED | Veh. Make KENWORTH | Veh. Model UNKNOWN | 7 Body Style TT | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | DL/ID State TX | DL/ID Num. 38232930 | 9 DL Class A | 10 CDL End. T,N,H | 11 DL Rest. P27 | DOB (MM/DD/YYYY) 0 2 / 1 3 / 1 9 9 6 |

Address (Street, City, State, ZIP) 3936 LONGMEADOW WAY FORT WORTH, TX 76133

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | RUVALCABA, CARLOS | N | 24 | H | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable– Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address COCA COLA, BEVERAGES LLC, 3400 FOSSIL CREEK BLVD FORT WORTH, TX 76137

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name BEECHER CARLSON INS   Fin. Resp. Num. 404-460-1401

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 -   27 Vehicle Damage Rating 2 -   Vehicle Inventoried ☐ Yes ☒ No

Towed By DRIVEN BY DRIVER   Towed To COMPANY LOT

---

| Unit Num. 100 | 5 Unit Desc. 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. 202452 | VIN 2 M N 0 1 J A L 1 6 1 0 0 8 6 1 6 |

| Veh. Year 2 0 0 6 | 6. Veh. Color RED | Veh. Make TRAILMOBILE | Veh. Model NOT APPLICABLE | 7 Body Style TL | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) |

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable– Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address COCA COLA, BEVERAGES LL, 3400 FOSSIL CREEK BLVD, FORT WORTH, TX 76137

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name BEECHER CARLSON   Fin. Resp. Num. 404-460-1401

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 -   27 Vehicle Damage Rating 2 -   Vehicle Inventoried ☐ Yes ☒ No

Towed By DRIVEN AWAY   Towed To COMPANY LOT

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

Unit Num. 99  [x] 10,001+ LBS.  [ ] TRANSPORTING HAZARDOUS MATERIAL  [ ] 9+ CAPACITY  CMV Disabling Damage? [ ] Yes [x] No  28 Veh. Oper. 2  29 Carrier ID Type 1  Carrier ID Num. 02977752

Carrier's Corp. Name COCA COLA BEVERAGES LL   Carrier's Primary Addr. 3400 FOSSIL CREEK FORT WORTH, TX 76137   30 Veh. Type 8

31 Bus Type 0   [ ] RGVW [x] GVWR 3 3 0 0 0   HazMat Released [ ] Yes [ ] No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 100   [ ] RGVW [x] GVWR 1 1 2 1 0 0   34 Trlr. Type 2   CMV Disabling Damage? [ ] Yes [x] No   Unit Num.   [ ] RGVW [ ] GVWR   34 Trlr. Type   CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events   35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit [ ] Yes [x] No   Actual Gross Weight   Total Num. Axles

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 03/01/2021

Invest. Comp. [x] Yes [ ] No   Investigator Name (Printed) HARPER, G., MARTIN, K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA 2 0 0 0 0 0

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

## Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page <#of<#

### IDENTIFICATION & LOCATION / ROAD ON WHICH CRASH OCCURRED

| *Crash Date (MM/DD/YYYY) | 02 / 11 / 2021 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use |

*County Name: TARRANT
*City Name: FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes  ☒ No

Latitude (decimal degrees) 3 2 ° 7 9 5 1 3
Longitude (decimal degrees) 0 9 7 ° 3 2 1 7 7

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☐ No
Workers Present ☐ Yes ☐ No
Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2. Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

Distance from Int. or Ref. Marker: 1000  ☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker
Street Desc.: HWY
RRX Num.

### VEHICLE, DRIVER & PERSONS

| Unit Num. | 101 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | NNZ5465 | VIN | 1 F M S K D H 1 L G A 1 4 1 6 7 |

| Veh. Year | 2 0 2 0 | 6. Veh. Color | GRY | Veh. Make | FORD | Veh. Model | EXPLORER | 7 Body Style | SV | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 38045225 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | A | DOB (MM/DD/YYYY) | 0 2 2 8 1 9 8 2 |

Address (Street, City, State, ZIP): 10324 BURTRUM DR FORT WORTH, TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CHILDRESS , Angela M | B | 38 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner-Lessee Name & Address: CHILDRESS, ANGELA M; 10324 BURTRUM DR FORT WORTH, TX 76177

Proof of Fin. Resp. ☒ Yes ☐ No  | 26 Fin. Resp. Type | 1 ☐ Expired ☐ Exempt | Fin. Resp. Name | LIBERTY COUNTY | Fin. Resp. Num. | Y9089604 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D - 6 | 27 Vehicle Damage Rating 2 | 6 - R D - | Vehicle Inventoried ☐ Yes ☒ No |

Towed By: BIVINS    Towed To: BIVINS TOWING

---

| Unit Num. | 102 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | GXC1444 | VIN | 4 S 4 B S B L C 9 G 3 2 8 5 5 2 |

| Veh. Year | 2 0 1 6 | 6. Veh. Color | WHI | Veh. Make | SUBARU | Veh. Model | OUTBACK | 7 Body Style | P4 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 14454122 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | 96 | DOB (MM/DD/YYYY) | 0 7 0 7 1 9 8 0 |

Address (Street, City, State, ZIP): 4813 STETSON DR S FORT WORTH, TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DOYLE, SARAH KATHERINE | C | 40 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address: DOYLE, WILLIAM; 4813 STETSON DR S FORT WORTH, TX 76244

Proof of Fin. Resp. ☒ Yes ☐ No  | 26 Fin. Resp. Type | 1 ☐ Expired ☐ Exempt | Fin. Resp. Name | USAA | Fin. Resp. Num. | 011359408 7101 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 3 - R P - 7 | 27 Vehicle Damage Rating 2 | - B R - | Vehicle Inventoried ☐ Yes ☒ No |

Towed By: TEXAS TOWING    Towed To: TEXAS TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 101 | 1 | LOCAL HOSP | SELF | | |
| 102 | 1 | LOCAL HOSP | MEDSTAR 65 | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name / Carrier's Primary Addr. / 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G., MARTIN,K | | ID Num. | 3380-3421 |
|---|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | 2 0 0 0 0 0 |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page # ## of ##

## IDENTIFICATION & LOCATION

**\*Crash Date (MM/DD/YYYY)** 02 / 11 / 2021  **\*Crash Time (24HRMM)** 0 6 0 0  **Case ID** 21001106B  **Local Use**

**\*County Name** TARRANT  **\*City Name** FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  **Latitude** (decimal degrees) 3 2 ° 7 9 5 1 3  **Longitude —** (decimal degrees) 0 9 7 1 7 7

**ROAD ON WHICH CRASH OCCURRED**

| \*1 Rdwy. Sys. | TL | \*Hwy. Sys. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | \*Street Name | | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/ Toll Lane  Speed Limit  Const. Zone ☐ Yes ☐ No  Workers Present ☐ Yes ☐ No  Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2. Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

Distance from Int. or Ref. Marker 1000  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker S  Reference Marker  Street Desc. HWY  RRX Num.

## VEHICLE, DRIVER & PERSONS

| Unit Num. 103 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. NFX6985 | VIN 1 C 4 H J X F N 1 J W 1 9 5 8 |

| Veh. Year 2 0 1 8 | 6. Veh. Color RED | Veh. Make JEEP | Veh. Model WRANGLER | 7 Body Style SV | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 20332156 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 4 / 0 3 / 1 9 8 6 |

Address (Street, City, State, ZIP) 721 SALIDA RD   HASLET, TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | REYNOLDS, MEGAN RENEE | B | 34 | W | 2 | 1 | 1 | 1 | 97 | N | 96 | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address  REYNOLDS, MEGAN RENEE, 721 SALIDA RD  HASLET, TX 76052

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name HOME STATE COUNTY MUTUAL  Fin. Resp. Num. 1000464830

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 1 1 - F L - 7  27 Vehicle Damage Rating 2 -  Vehicle Inventoried ☐ Yes ☒ No

Towed By  MILNER  Towed To  MILNER TOWING

| Unit Num. 104 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. KTW9354 | VIN 1 9 X F C 2 E 5 X J E 0 1 3 7 3 3 |

| Veh. Year 2 0 1 8 | 6. Veh. Color BLU | Veh. Make HONDA | Veh. Model CIVIC | 7 Body Style P4 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 42553001 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. A | DOB (MM/DD/YYYY) 1 2 / 1 4 / 1 9 9 6 |

Address (Street, City, State, ZIP) 12108 MALONE RD   NEWARD, TX 76071

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SOSA, JONESSA VALEEN | B | 24 | H | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address  MEDOZ, FRANKIE, 12108 MALONE RD  NEWARD, TX 76071

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name USAA  Fin. Resp. Num. 016468131 7105

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 1 2 - F D - 7  27 Vehicle Damage Rating 2 3 - R B Q - 5  Vehicle Inventoried ☐ Yes ☒ No

Towed By  TEXAS TOWING  Towed To  TEXAS TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |
|---------|-----------|----------------|------------------------|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|-----------|------------|----------|----------|-----------------------------|--------------------------|
| 103 | 1 | LOCAL HOSP | SELF | | |
| 104 | 1 | LOCAL HOSP | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|-----------|------------|--------|--------------------------|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|--------------------------------------|--------------|-----------------|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐Yes ☐No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|-----------|----------------|-----------------------------------|---------------|--------------------------------|---------------|--------------------|-----------------|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | 30 Veh. Type |

| 31 Bus Type | ☐RGVW ☐GVWR | HazMat Released ☐Yes ☐No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No | Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐Yes ☐No | Actual Gross Weight | Total Num. Axles |

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021 | |
|---|---|---|---|---|---|---|
| Invest. Comp. ☒Yes ☐No | Investigator Name (Printed) HARPER, G. , MARTIN,K | | | | ID Num. 3380-3421 | |
| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | | | Service/Region/DA 2 0 0 0 0 0 | |

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

### Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page <#> of <#>

**IDENTIFICATION & LOCATION**

| *Crash Date (MM/DD/YYYY) | 02/11/2021 | *Crash Time (24HRMM) | 0600 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | | *City Name | FORT WORTH | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No
Latitude (decimal degrees) 3 2 * 7 9 8
Longitude — (decimal degrees) 0 9 7 *

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☐ No
Workers Present ☐ Yes ☐ No
Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2. Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | RRX Num. | |

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. | 105 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | IN | LP Num. | 3041184 | VIN | 3 A K J G L D R 9 H S H F 1 3 5 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year | 2019 | 6. Veh. Color | GRY | Veh. Make | FREIGHTLINER | Veh. Model | UNKNOWN | 7 Body Style | TT |

| 8 DL/ID Type | 2 | DL/ID State | OK | DL/ID Num. | G084200821 | 9 DL Class | 98 | 10 CDL End. | 98 | 11 DL Rest. | 98 | DOB (MM/DD/YYYY) | 04/12/19 |

Address (Street, City, State, ZIP) 102 CONISER AVE #1 POTEAU, OK 74953

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HOWARD, JOHN MICHAEL | N | 50 | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address HOWARD, JOHN MICHAEL, 102 CONISER AVE #1  POTEAU, OK 74953

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name OLD REPUBLIC INS  Fin. Resp. Num. MWTT314656

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  1 1 2 - F E D - 2
27 Vehicle Damage Rating 2
Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS TOWING   Towed To 4400 E LOOP 820 S

| Unit Num. | 106 | 5 Unit Desc. | 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TN | LP Num. | U853377 | VIN | 1 G R D M 0 3 2 K H 1 3 4 9 5 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year | 2019 | 6. Veh. Color | BLK | Veh. Make | GREAT DANE TRAILERS | Veh. Model | NOT APPLICABLE | 7 Body Style | TL |

| 8 DL/ID Type | | DL/ID State | | DL/ID Num. | | 9 DL Class | | 10 CDL End. | | 11 DL Rest. | | DOB (MM/DD/YYYY) | / / |

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address HOWARD, JOHN, 102 CONISER AVE #1 POTEAU, OK 74953

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name OLD REPUBLIC INS  Fin. Resp. Num. MWTT314656

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1
27 Vehicle Damage Rating 2
Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS TOWING   Towed To BEARDS TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Page # of #

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

Unit Num. 105 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 00154712

Carrier's Corp. Name MERCER TRANSPORTATION | Carrier's Primary Addr. 1128 W MAIN ST LOUISVILLE, KY 40232 | 30 Veh. Type 8

31 Bus Type 0 | ☐ RGVW ☒ GVWR 5 2 0 0 0 | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 5

Unit Num. 106 | ☐ RGVW ☒ GVWR 6 9 0 0 0 | 34 Trlr. Type 2 | CMV Disabling Damage? ☐ Yes ☒ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☒ No | Actual Gross Weight | Total Num. Axles

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 03 / 01 / 2021

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. , MARTIN, K | ID Num. 3380-3421

ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA 2 0 0 0 0 0

Law Enforcement and TxDOT Use ONLY

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page # of #

**IDENTIFICATION & LOCATION**

*Crash Date (MM/DD/YYYY): 02/11/2021  *Crash Time (24HRMM): 0600  Case ID: 210011068  Local Use:

*County Name: TARRANT  *City Name: FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  Latitude (decimal degrees): 32*79513  Longitude (decimal degrees): 097177

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys.: TL  *Hwy. Num.: 35  2 Rdwy. Part: 1  Block Num.: 2600  3 Street Prefix:  *Street Name:  4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/Toll Lane  Speed Limit:  Const. Zone ☐ Yes ☐ No  Workers Present ☐ Yes ☐ No  Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No  1 Rdwy. Sys.: LR  Hwy. Num.:  2. Rdwy. Part: 1  Block Num.: 2500  3 Street Prefix: NE  Street Name: 28TH  4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker: S  Reference Marker:  Street Desc.: HWY  RRX Num.:

**VEHICLE, DRIVER & PERSONS**

Unit Num.: 107  5 Unit Desc.:  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num.: JWN8147  VIN: 1C4RJEAG3M161672

Veh. Year: 2017  6. Veh. Color: GRY  Veh. Make: JEEP  Veh. Model: GRAND CHEROKEE  7 Body Style: SV  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: 36581094  9 DL Class: C  10 COL End.: 96  11 DL Rest.: 96  DOB (MM/DD/YYYY): 07/07/1990

Address (Street, City, State, ZIP): 3901 RINGDOVE WAY  ROANOKE, TX 76266

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ESCAMILLA, HALEE ELIZABETH | B | 30 | H | 2 | 1 | 5 | 97 | N | 96 | | | 97 | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: ESCAMILLA, ERNESTO, 3901 RINGDOVE WAY  ROANOKE, TX 76266

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: PROGRESSIVE  Fin. Resp. Num.: 942464043

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 1 2 - F D - 7  27 Vehicle Damage Rating 2: 6 - R D - 7  Vehicle Inventoried ☐ Yes ☒ No

Towed By: DENNYS TOWING  Towed To: DENNYS TOWING

Unit Num.: 108  5 Unit Desc.:  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num.: JSV6956  VIN: 1GT12UEY8HF168496

Veh. Year: 2017  6. Veh. Color: BLK  Veh. Make: GMC  Veh. Model: SIERRA C1500  7 Body Style: PK  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: 2763318  9 DL Class: AM  10 COL End.: P  11 DL Rest.: 96  DOB (MM/DD/YYYY): 10/1/1957

Address (Street, City, State, ZIP): 616 WHITE FALCON WAY  FORT WORTH, TX 76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BURNETT, ROGER ALAN | B | 64 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: BURNETT, ROGER ALAN, 616 WHITE FALCON WAY FORT WORTH, TX 76131

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: ELEPHANT  Fin. Resp. Num.: 24400092434

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 1 2 - F D - 7  27 Vehicle Damage Rating 2: 9 - L & T - 7  Vehicle Inventoried ☐ Yes ☒ No

Towed By: CARDINAL TOWING  Towed To: CARDINAL TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 107 | 1 | LOCAL HOSP | SELF | | |
| 108 | 1 | LOCAL HOSP | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021 |

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN,K | | ID Num. 3380-3421 |

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA 2 0 0 0 0 0 |

Low Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page c##of c##

## IDENTIFICATION & LOCATION

**\*Crash Date (MM/DD/YYYY)** 02/11/2021  **\*Crash Time (24HRMM)** 0600  **Case ID** 210011068  **Local Use**

**\*County Name** TARRANT  **\*City Name** FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  **Latitude (decimal degrees)** 32*791113  **Longitude — (decimal degrees)** 097*322177

**ROAD ON WHICH CRASH OCCURRED**

**\*1 Rdwy. Sys.** TL  **\*Hwy. Num.** 35  **2. Rdwy. Part** 1  **Block Num.** 2600  **3 Street Prefix**  **\*Street Name**  **4 Street Suffix**

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/Toll Lane  **Speed Limit**  **Const. Zone** ☐ Yes ☒ No  **Workers Present** ☐ Yes ☒ No  **Street Desc.**

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

**At Int.** ☐ Yes ☒ No  **1 Rdwy. Sys.** LR  **Hwy. Num.**  **2. Rdwy. Part** 1  **Block Num.** 2500  **3 Street Prefix** NE  **Street Name** 28TH  **4 Street Suffix** ST

**Distance from Int. or Ref. Marker** 1000  ☒ FT ☐ MI  **3 Dir. from Int. or Ref. Marker** S  **Reference Marker**  **Street Desc.** HWY  **RRX Num.**

## VEHICLE, DRIVER, & PERSONS

**Unit Num.** 109  **5 Unit Desc.** 1  ☐ Parked Vehicle  ☐ Hit and Run  **LP State** TX  **LP Num.** NPS9255  **VIN** KM8K22AA8LU542882  ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

**Veh. Year** 2020  **6. Veh. Color** BLK  **Veh. Make** HYUNDAI  **Veh. Model** UNKNOWN  **7 Body Style** SV

**8 DL/ID Type** 1  **DL/ID State** TX  **DL/ID Num.** 39825123  **9 DL Class** C  **10 CDL End.** 96  **11 DL Rest.** 96  **DOB (MM/DD/YYYY)** 05/11/1999

**Address (Street, City, State, ZIP)** 1320 NW SUMMERCREST BL  BURLESON, TX 76028

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MAYS, DESTINY COURTNAY | A | 21 | B | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  **Owner/Lessee Name & Address** MAYS, DESTINY COURTNAY, 1320 NW SUMMERCREST BL  BURLESON, TX 76028

**Proof of Fin. Resp.** ☒ Yes ☐ No  ☐ Expired ☐ Exempt  **26 Fin. Resp. Type** 1  **Fin. Resp. Name** ECONOMY FIRE AND CASUALTY INS  **Fin. Resp. Num.** A2983152580

**Fin. Resp. Phone Num.**  **27 Vehicle Damage Rating 1** 11-FD-7  **27 Vehicle Damage Rating 2** 6-RD-7  **Vehicle Inventoried** ☐ Yes ☒ No

**Towed By** BIVINS TOWING  **Towed To** BIVINS TOWING

**Unit Num.** 110  **5 Unit Desc.** 1  ☐ Parked Vehicle  ☐ Hit and Run  **LP State** TX  **LP Num.** BJB9869  **VIN** 1D7RV1CP8AS215294  ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

**Veh. Year** 2010  **6. Veh. Color** MAR  **Veh. Make** DODGE  **Veh. Model** RAM 1500  **7 Body Style** PK

**8 DL/ID Type** 1  **DL/ID State** TX  **DL/ID Num.** 36743475  **9 DL Class** C  **10 CDL End.** 96  **11 DL Rest.** 96  **DOB (MM/DD/YYYY)** 01/08/1961

**Address (Street, City, State, ZIP)** 7751 SUNNYVIEW CT  FORT WORTH, TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FLACH, SHAUN WILLIAM | B | 59 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  **Owner/Lessee Name & Address** FLACH, SHAUN WILLIAM, 7751 SUNNYVIEW CT  FORT WORTH, TX 76137

**Proof of Fin. Resp.** ☒ Yes ☐ No  ☐ Expired ☐ Exempt  **26 Fin. Resp. Type** 1  **Fin. Resp. Name** STATE FARM  **Fin. Resp. Num.** 338 1590 L08 43F 001

**Fin. Resp. Phone Num.**  **27 Vehicle Damage Rating 1** 12-FD-7  **27 Vehicle Damage Rating 2** 6-RD-7  **Vehicle Inventoried** ☐ Yes ☒ No

**Towed By** TEXAS TOWING  **Towed To** TEXAS TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY
Form CR-3 (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID 18142877.1/2021093866

Page # of #

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 109 | 1 | JOHN PETER SMITH | MEDSTAR 63 | | |
| 110 | 1 | JOHN PETER SMITH | MEDSTAR 63 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. □ 10,001+ LBS. □ TRANSPORTING HAZARDOUS MATERIAL □ 9+ CAPACITY  CMV Disabling Damage? □ Yes □ No  28 Veh. Oper.  29 Carrier ID Type  Carrier ID Num.

Carrier's Corp. Name  Carrier's Primary Addr.  30 Veh. Type

31 Bus Type  □ RGVW □ GVWR  HazMat Released □ Yes □ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type

Unit Num. □ RGVW □ GVWR  34 Trlr. Type  CMV Disabling Damage? □ Yes □ No  Unit Num. □ RGVW □ GVWR  34 Trlr. Type  CMV Disabling Damage? □ Yes □ No

Sequence Of Events  35 Seq. 1  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit □ Yes □ No  Actual Gross Weight  Total Num. Axles

## FACTORS & CONDITIONS

Environmental and Roadway Conditions

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened.
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0  How Notified DISPATCH  Time Arrived (24HRMM) 0 6 4 0  Report Date (MM/DD/YYYY) 03/01/2021

Invest. Comp. ☒ Yes □ No  Investigator Name (Printed) HARPER, G., MARTIN, K  ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0  *Agency FORT WORTH POLICE DEPARTMENT  Service/Region/DA 2 0 0 0 0 0

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash IO | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page <##> of <##>

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | *City Name | FORT WORTH | | [ ] Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No

Latitude (decimal degrees) 3 2 . 7 9 1 1 3   Longitude (decimal degrees) 0 9 7 . 3 2 1 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix | |

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot

[ ] Toll Road/ Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. [ ] Yes [X] No | 1 Rdwy. Sys. | LR | Hwy. Num. | 2 Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

Distance from Int. or Ref. Marker 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 111 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | TX | LP Num. | NFS8526 | VIN | 3 G N K B B R A 5 L S 5 4 5 6 7 4 |

| Veh. Year | 2 0 2 0 | 6. Veh. Color | BLK | Veh. Make | CHEVROLET | Veh. Model | BLAZER | 7 Body Style | SV | [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | | DL/ID State | TX | DL/ID Num. | 06992863 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | A | DOB (MM/DD/YYYY) | 1 1 / 0 1 / 1 9 6 1 |

Address (Street, City, State, ZIP) 3709 FOSSIL TREE LN  FORT WORTH, TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | JAMES, REGINALD VON | B | 59 | B | 1 | 1 | 5 | 97 | N | 96 | | .96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address  JAMES, REGINALD VON, 3709 FOSSIL TREE LN FORT WORTH, TX 76244

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | US LLOYDS | Fin. Resp. Num. | US0A111659 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D - 7 | 27 Vehicle Damage Rating 2 | 6 - R D - 7 | Vehicle Inventoried [ ] Yes [X] No |

| Towed By | TEXAS TOWING | Towed To | TEXAS TOWING |

| Unit Num. | 112 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | TX | LP Num. | MTF6390 | VIN | J T E B U 5 J R 9 K 5 7 5 2 3 |

| Veh. Year | 2 0 1 9 | 6. Veh. Color | WHI | Veh. Make | TOYOTA | Veh. Model | 4RUNNER/.SR5 | 7 Body Style | SV | [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 15754634 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | 96 | DOB (MM/DD/YYYY) | 0 4 / 2 5 / 1 9 8 4 |

Address (Street, City, State, ZIP) 6901 GOLF GREEN DR  ARLINGTON, TX 76001

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WARE, DATELYN CHRISTINE | B | 36 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Name & Address  WARE, DATELYN CHRISTINE, 6901 GOLF GREEN DR  ARLINGTON, TX 76001

Copy from Custodial File

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | STATE FARM | Fin. Resp. Num. | 348 2852-J28-43F 002 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 6 - R D - 7 | 27 Vehicle Damage Rating 2 | 3 - R P - 7 | Vehicle Inventoried [ ] Yes [X] No |

| Towed By | PURRFECT TOWING | Towed To | PURRFECT TOWING |

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID  210011068

TxDOT Crash ID  18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 111 | 1 | LOCAL HOSP | SELF | | |
| 112 | 1 | LOCAL HOSP | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY  CMV Disabling Damage? ☐ Yes ☐ No  28 Veh. Oper.  29 Carrier ID Type  Carrier ID Num.

Carrier's Corp. Nama  Carrier's Primary Addr.  30 Veh. Type

31 Bus Type ☐ RGVW ☐ GVWR  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No  Unit Num. ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☐ No  Actual Gross Weight  Total Num. Axles

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM)  0 6 2 0  How Notified DISPATCH  Time Arrived (24HRMM)  0 6 4 0  Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No  Investigator Name (Printed) HARPER, G. , MARTIN ,K  ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0  *Agency FORT WORTH POLICE DEPARTMENT  Service/ Region/DA 2 0 0 0 0 0

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8  Total Num. Prsns. 1 3 6  TxDOT Crash ID 18142877.1 /2021093866

## Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page ## of ##

### IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY) 02/11/2021  *Crash Time (24HRMM) 0600  Case ID 210011068  Local Use

*County Name TARRANT  *City Name FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  Latitude (decimal degrees) 32*79511  Longitude (decimal degrees) 097*32217

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys. TL  *Hwy. Num. 35  2 Rdwy. Part 1  Block Num. 2600  3 Street Prefix  *Street Name  4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/Toll Lane  Speed Limit  Const. Zone ☐ Yes ☒ No  Workers Present ☐ Yes ☒ No  Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No  1 Rdwy. Sys. LR  Hwy. Num.  2 Rdwy. Part 1  Block Num. 2500  3 Street Prefix NE  Street Name 28TH  4 Street Suffix ST

Distance from Int. or Ref. Marker 1000  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker S  Reference Marker  Street Desc. HWY  RRX Num.

### VEHICLE, DRIVER & PERSONS

Unit Num. 113  5 Unit Desc. 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State IN  LP Num. 2836156  VIN 3AKJHPDV7LSLF0345

Veh. Year 2013  6 Veh. Color WHI  Veh. Make FREIGHTLINER  Veh. Model UNKNOWN  7 Body Style TT  ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State TX  DL/ID Num. 43416851  9 DL Class A  10 CDL End. H  11 DL Rest. P27  DOB (MM/DD/YYYY) 10/29/1991

Address (Street, City, State, ZIP) 8160 FAWN CIR  GRANBURY, TX 76049

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | JONES, RHONDA CAROL | B | 57 | I | 2 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address JB HUNT, TRANSPORT INC, 615 JB HUNT CORPORATE DR  LOWELL, AR 72745

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name ACE AMERICAN INS  Fin. Resp. Num. H25307951

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 1 1 - F L - 7  27 Vehicle Damage Rating 2 1 1 - F R - 7  Vehicle Inventoried ☒ Yes ☐ No

Towed By BEARDS TOWING  Towed To 1150 INTERMODAL PKWY

Unit Num. 114  5 Unit Desc. 6  ☐ Parked Vehicle  ☐ Hit and Run  LP State OK  LP Num. 5435GN  VIN 1JRC542691A10388

Veh. Year 2010  6 Veh. Color ONG  Veh. Make CIMC TRAILERS  Veh. Model NOT APPLICABLE  7 Body Style TL  ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type  DL/ID State  DL/ID Num.  9 DL Class  10 CDL End.  11 DL Rest.  DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address JB HUNT, TRANSPORT INC, 615 JB HUNT CORP DR LOWELL, AR 72745

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name ACE AMERICAN INS  Fin. Resp. Num. H25307951

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 6 - B D - 7  27 Vehicle Damage Rating 2 3 - F R - 7  Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS TOWING  Towed To 1150 INTERMODAL PKWY

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID: 210011068

TxDOT Crash ID: 18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 113 | 1 | JOHN PETER SMITH | MEDSTAR | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. 113   [X] 10,001+ LBS.   [ ] TRANSPORTING HAZARDOUS MATERIAL   [ ] 9+ CAPACITY   CMV Disabling Damage? [X] Yes [ ] No   28 Veh. Oper. 1   29 Carrier ID Type 1   Carrier ID Num. 00080806

Carrier's Corp. Name JB HUNT   Carrier's Primary Addr. 1150 INTERMODAL PKWY  HASLET, TX 76052   30 Veh. Type 8

31 Bus Type 0   [ ] RGVW [X] GVWR 5|2|0|0|0   HazMat Released [ ] Yes [ ] No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 114   [ ] RGVW [X] GVWR 6|8|0|0|0   34 Trlr. Type 2   CMV Disabling Damage? [X] Yes [ ] No   Unit Num.   [ ] RGVW [ ] GVWR   34 Trlr. Type   CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events   35 Seq. 1  98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit [ ] Yes [X] No   Actual Gross Weight   Total Num. Axles

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM) 0|6|2|0   How Notified DISPATCH   Time Arrived (24HRMM) 0|6|4|0   Report Date (MM/DD/YYYY) 03/01/2021

Invest. Comp. [X] Yes [ ] No   Investigator Name (Printed) HARPER, G., MARTIN,K   ID Num. 3380-3421

ORI Num. T|X|2|2|0|1|2|0|0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA 2|0|0|0|0|0

Law Enforcement and TxDOT Use ONLY

| Total Num. Units | Total Num. Prsns. | TxDOT Crash ID |
|---|---|---|
| 1 | 4 | 8 | 1 | 3 | 6 | 18142877.1 /2021093866 |

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page c## of c##

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 02/11/2021   *Crash Time (24HRMM): 0600   Case ID: 210011068   Local Use:

*County Name: TARRANT   *City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude — (decimal degrees): 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys.: TL   *Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   *Street Name:   4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit:   Cont. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At-Int. ☐ Yes ☒ No   1 Rdwy. Sys.: LR   Hwy. Num.:   2. Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 115   5 Unit Desc.:   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: JBS0374   VIN: 1 F T M F 1 C F 6 G K E 1 9 3 8

Veh. Year: 2 0 1 1   6. Veh. Color: WHI   Veh. Make: FORD   Veh. Model: F150   7 Body Style: PK   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 08662708   9 DL Class: CM   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 5 / 1 2 / 1 9 5 7

Address (Street, City, State, ZIP): 4905 TRAILS EDGE DR  ARLINGTON, TX 76017

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle - Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SCHULTZ, LESTER HOWARD | B | 63 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: FOX, ELECTRIC LTD, 1104 COLORADO LN  ARLINGTON, TX 76015

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: TRAVELERS   Fin. Resp. Num.: 2N938315

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 1 2 - F D -   27 Vehicle Damage Rating 2: 6 - R D -   Vehicle Inventoried ☐ Yes ☒ No

Towed By: UNKNOWN   Towed To: UNKNOWN

Unit Num.: 116   5 Unit Desc.:   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: LHK6873   VIN: 1 F T 8 W 3 B T 2 J E C 5 1 7 5

Veh. Year: 2 0 1 8   6. Veh. Color: WHI   Veh. Make: FORD   Veh. Model: F350   7 Body Style: PK   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 09615867   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 4 / 0 7 / 1 9 7 9

Address (Street, City, State, ZIP): 1701 BIRDS EYE RD  FORT WORTH, TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle - Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | TERRY, CODY LEN | B | 41 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: TERRY, CODY LEN, 1701 BIRDS EYE RD  FORT WORTH, TX 76177

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: TEXAS FARM BUREAU   Fin. Resp. Num.: 21664435

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 1 2 - F D - 7   27 Vehicle Damage Rating 2: 6 - R D - 1   Vehicle Inventoried ☐ Yes ☒ No

Towed By: GUY SIMON TOWING   Towed To: GUY SIMON TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID: 210011068

TxDOT Crash ID: 18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 115 | 1 | LOCAL HOSP | SELF | | |
| 116 | 1 | LOCAL HOSP | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 | |
|---|---|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN,K | ID Num. 3380-3421

ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA 2 0 0 0 0 0

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page __ of __

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | | Local Use | |

*County Name TARRANT  *City Name FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  Latitude (decimal degrees) 3 2 * 7 9 5 1 3  Longitude — (decimal degrees) 0 9 7 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. TL | *Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | 3 Street Name | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/Toll Lane  Speed Limit  Const. Zone ☐Yes ☒No  Workers Present ☐Yes ☒No  Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐Yes ☒No  1 Rdwy. Sys. LR  Hwy. Num.  2. Rdwy. Part 1  Block Num. 2500  3 Street Prefix NE  Street Name 28TH  4 Street Suffix ST

Distance from Int. or Ref. Marker 1000  ☒FT ☐MI  3 Dir. from Int. or Ref. Marker S  Reference Marker  Street Desc. HWY  RRX Num.

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 117 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. DG7B111 | VIN J M 1 B L 1 V F 9 C 1 5 0 2 9 2 7 |

| Veh. Year 2 0 2 1 | 6. Veh. Color BLK | Veh. Make MAZDA | Veh. Model MAZDA3 | 7 Body Style P4 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

8 DL/ID Type  DL/ID State TX  DL/ID Num. 27374941  9 DL Class C  10 CDL End. 96  11 DL Rest. 96  DOB (MM/DD/YYYY) 0 6 1 4 1 9 9 3

Address (Street, City, State, ZIP) 9528 SILLS WAY FORT WORTH, TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KENNEDY, TAYLER MICHELLE | B | 27 | W | A | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address KENNEDY, TAYLER MICHELLE, 9528 SILLS WAY FORT WORTH, TX 76177

Proof of Fin. Resp. ☒Yes ☐No  ☐Expired ☐Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name ALLSTATE  Fin. Resp. Num. 836013631

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1  27 Vehicle Damage Rating 2  Vehicle Inventoried ☐Yes ☒No

Towed By TEXAS TOWING  Towed To TEXAS TOWING

| Unit Num. 118 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. NWT9056 | VIN 5 T B R T 3 4 1 7 1 S 1 9 8 4 0 8 |

| Veh. Year 2 0 0 1 | 6. Veh. Color GRN | Veh. Make TOYOTA | Veh. Model TUNDRA | 7 Body Style PK | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

8 DL/ID Type 99  DL/ID State UN  DL/ID Num.  9 DL Class 99  10 CDL End. 99  11 DL Rest. 99  DOB (MM/DD/YYYY) / /

Address (Street, City, State, ZIP) UNKNOWN UNKNOWN, UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN, UNKNOWN UNK | 99 | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

Copy from Custodial File

☒ Owner ☐ Lessee  Owner/Lessee Name & Address FLORES CHIRSTOFER B, 6641 WHITLEY RD WATAUGA, TX 76148

Proof of Fin. Resp. ☒Yes ☐No  ☐Expired ☐Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name CONSUMER COUNTY MUTUAL  Fin. Resp. Num. 6079703892221

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1  27 Vehicle Damage Rating 2  Vehicle Inventoried ☐Yes ☒No

Towed By BIVINS TOWING  Towed To BIVINS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID   210011068

TxDOT Crash ID   18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 117 | 1 | LOCAL HOSP | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

| Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type |

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing / May Have Contrib. | Contributing / May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | |
| | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. , MARTIN, K | | ID Num. 3380-3421 |

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA 2 0 0 0 0 0 |

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page <##> of <##>

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   *Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use:

*County Name: TARRANT   *City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 5   Longitude (decimal degrees): 0 9 7 . 3 2 1 7 7

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | *Street Name | | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/Toll Lane   Speed Limit:   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. LR   Hwy. Num.   2. Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc. HWY   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 119   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. KFS8884   VIN 1 F M S K 7 F 8 6 D G C 2 4 5 1 9 7   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year 2 0 1 3   6. Veh. Color BRO   Veh. Make FORD   Veh. Model EXPLORER   7 Body Style SV

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 13324712   9 DL Class C   10 CDL End. 96   11 DL Rest. A   DOB (MM/DD/YYYY) 0 5 / 0 9 / 1 9 7 0

Address (Street, City, State, ZIP): 8304 TRICKHAM BEND  FORT WORTH, TX 76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MOOS, RUSSEL HOWARD | N | 50 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: MOOS, RUSSEL HOWARD, 8304 TRICKHAM BEND  FORT WORTH, TX 76131

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name PROGRESSIVE   Fin. Resp. Num. 930823462

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1: 6 - R D - 5   27 Vehicle Damage Rating 2: 1 2 - F D - 5   Vehicle Inventoried ☐ Yes ☒ No

Towed By: CARDINAL TOWING   Towed To: CARDINAL TOWING

---

Unit Num. 120   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. 99538P7   VIN 5 N M S 5 C A A 1 L H 2 9 1 0 1 7   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year 2 0 2 0   6. Veh. Color WHI   Veh. Make HYUNDAI   Veh. Model SANTA FE   7 Body Style SV

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 02797937   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 2 / 0 7 / 1 9 7 6

Address (Street, City, State, ZIP): 14621 SAN MADRID TRAIL HASLET, TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KLAPPRODT, CATHLEEN GAIL | A | 45 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: KLAPPRODT, CATHLEEN GAIL, 14621 SAN MADRID TRAIL HASLET, TX 76052

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name TRAVELERS   Fin. Resp. Num. 6036993542221

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1: -   27 Vehicle Damage Rating 2: -   Vehicle Inventoried ☐ Yes ☒ No

Towed By: CARDINAL TOWING   Towed To: CARDINAL TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 1/1/2018)

Case ID  210011068

TxDOT Crash ID  18142877.1/2021093866

Page ## of ##

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 120 | 1 | LOCAL HOSP | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | | May Have Contrib. | Contributing | | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021 | |
|---|---|---|---|---|
| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN, K | | | ID Num. 3380-3421 |
| ORI Num. TX220120000 | *Agency FORT WORTH POLICE DEPARTMENT | | | Service/Region/DA 2 0 0 0 0 |

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units | 1 4 8
Total Num. Prsns. | 1 3 6
TxDOT Crash ID | 18142877.1 /2021093866

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

**Refer to Attached Code Sheet for Numbered Fields**

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page # of #

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   *Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use:

*County Name: TARRANT   *City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees): 3 2 . 7 9 5 7 7 7   Longitude — (decimal degrees): 0 9 7 . 1 7 7

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys.: TL   *Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   *Street Name:   4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/Toll Lane   Speed Limit:   Const. Zone: ☐ Yes ☒ No   Workers Present: ☐ Yes ☒ No   Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 121   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: KCY8B44   VIN: 3 G C P C R E C 0 H G 2 0 4 9 0

Veh. Year: 2 0 1 7   6. Veh. Color: WHI   Veh. Make: CHEVROLET   Veh. Model: SILVERADO C1500   7 Body Style: PK   ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 09738014   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 7 / 1 1 / 1 9 8 0

Address (Street, City, State, ZIP): 2748 TRIANGLE LEAF DR  KELLER, TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | POMPA, SHAWN MICAEL | 99 | 40 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: EMR, ELEVATOR INC, 2320 MICHIGAN CT  ARLINGTON, TX 76016

Proof of Fin. Resp.: ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: ALLIED WORLD   Fin. Resp. Num.: 60000341

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 1 2 - F D - 7   27 Vehicle Damage Rating 2: 7 - B R - 7   Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BIVINS WRECKER   Towed To: BIVINS WRECKER

Unit Num.: 122   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: JNP1739   VIN: W A 1 C 2 A F P X H A 0 5 5 0 9 4

Veh. Year: 2 0 1 7   6. Veh. Color: WHI   Veh. Make: AUDI   Veh. Model: Q5   7 Body Style: SV   ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 26039530   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: A   DOB (MM/DD/YYYY): 0 5 / 0 6 / 1 9 9 2

Address (Street, City, State, ZIP): 12212 SWEET LEAF CT  FORT WORTH, TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WHITE, DANIELLE NICOLE | A | 28 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: WHITE, DANIELLE NICOLE, 12212 SWEET LEAF CT  FORT WORTH, TX 76244

Proof of Fin. Resp.: ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: PROGRESSIVE   Fin. Resp. Num.: 928172437

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 1 2 - F D - 6   27 Vehicle Damage Rating 2: 6 - R D - 5   Vehicle Inventoried: ☐ Yes ☒ No

Towed By: LONESTAR TOWING   Towed To: LONESTAR TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID 18142877.1/2021093866

Page ## of ##

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|-----------|------------|----------|----------|----------------------------|-------------------------|
| 122 | 1 | HARRIS METH | MEDSTAR 30 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|-----------|------------|--------|-------------------------|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|--------------------------------------|--------------|-----------------|
| | | |

## CMV

Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num.

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID.Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num: | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. , MARTIN, K | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA 2 0 0 0 0 0

Law Enforcement and TxDOT Use ONLY

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page <##> of <##>

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | | *City Name | FORT WORTH | | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No | Latitude (decimal degrees) | 3 2 . 7 9 5 1 3 | Longitude -- (decimal degrees) | 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix | |

| ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☐ Toll Road/ Toll Lane | Speed Limit | | Const. Zone ☐ Yes ☒ No | Workers Present ☒ Yes ☐ No | Street Desc. |

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |

| Distance from Int. or Ref. Marker 1000 | ☐ FT ☐ MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. |

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 123 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State IN | LP Num. 2712385 | VIN 3 A K J H F G 7 J S J 2 0 9 4 3 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year 2 0 1 8 | 6. Veh. Color WHI | Veh. Make FREIGHTLINER | Veh. Model UNKNOWN | 7 Body Style TT |

| 8 DL/ID Type 1 | DL/ID State FL | DL/ID Num. S534420872190 | 9 OL Class 98 | 10 CDL End. 98 | 11 DL Rest. 98 | DOB (MM/DD/YYYY) 0 6 / 0 9 / 1 9 8 7 |

Address (Street, City, State, ZIP) 1271 WOODMAN WAY  ORLANDO, FL 32818

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SAINT LOT, JEAN MARIE | N | 33 | H | 1 | 1 | 97 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 13 | CLEMENT, FRANTZ | B | 36 | B | 1 | 1 | 97 | 1 | 97 | N | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address RYDER TRUCK, RENTAL INC, 11690 NW 105TH ST  MIAMI, FL 33178 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name NATIONAL CONTINENTAL | Fin. Resp. Num. COH0005261854-0 |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 1 1 2 - F D - 7 | 27 Vehicle Damage Rating 2 | Vehicle Inventoried ☐ Yes ☒ No |

| Towed By MILNER TOWING | Towed To MILNER TOWING |

| Unit Num. 124 | 5 Unit Desc. 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State IN | LP Num. P187155 | VIN 1 0 W 1 A 5 3 2 8 5 0 4 9 8 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year 2 0 0 8 | 6. Veh. Color WHI | Veh. Make STANDARD TRAILER CO | Veh. Model NOT APPLICABLE | 7 Body Style TL |

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) / / |

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address FEDEX GROUND,1000 FEDEX DR  PITTSBURGH, PA 15108 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name NATIONAL CONTINENTAL | Fin. Resp. Num. COH0005261854-0 |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 6 - R D - 3 | 27 Vehicle Damage Rating 2 | Vehicle Inventoried ☐ Yes ☒ No |

| Towed By MILNER TOWING | Towed To MILNER TOWING |

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID  210011068

TxDOT Crash ID  18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|-----------|------------|----------|----------|----------------------------|--------------------------|
| 123 | 2 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|-----------|------------|--------|--------------------------|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|--------------------------------------|--------------|-----------------|
| | | |

## CMV

Unit Num. 123   [x] 10,001+ LBS.   [ ] TRANSPORTING HAZARDOUS MATERIAL   [ ] 9+ CAPACITY   CMV Disabling Damage? [x] Yes [ ] No   28 Veh. Oper. 1   29 Carrier ID Type 1   Carrier ID Num. 02936569

Carrier's Corp. Name SIMON EXPRESS   Carrier's Primary Addr. 545 METRO PLACE S ST #100 COLUMBUS, OH 43017   30 Veh. Type 9

31 Bus Type 0   [ ] RGVW [x] GVWR 8|0|0|0|0   HazMat Released [ ] Yes [ ] No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 124   [ ] RGVW [x] GVWR 6|5|0|0|0   34 Trlr. Type 2   CMV Disabling Damage? [x] Yes [ ] No   Unit Num.   [ ] RGVW [ ] GVWR   34 Trlr. Type   CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events   35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit [ ] Yes [x] No   Actual Gross Weight   Total Num. Axles

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM) 0|6|2|0   How Notified DISPATCH   Time Arrived (24HRMM) 0|6|4|0   Report Date (MM/DD/YYYY) 03/01/2021

Invest. Comp. [x] Yes [ ] No   Investigator Name (Printed) HARPER, G. , MARTIN,K   ID Num. 3380-3421

ORI Num. T|X|2|2|0|1|2|0|0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA 2|0|0|0|0

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash IO | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page <## of ##>

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1    *Crash Time (24HRMM): 0 6 0 0    Case ID: 210011068    Local Use

*County Name: TARRANT    *City Name: FORT WORTH    ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): 0 9 7 . 3 3 1 7 7

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys.: TL    *Hwy. Num.: 35    2 Rdwy. Part: 1    Block Num.: 2600    3 Street Prefix:    *Street Name:    4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot    ☐ Toll Road/ Toll Lane    Speed Limit:    Const. Zone: ☐ Yes ☐ No    Workers Present: ☐ Yes ☐ No    Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No    1 Rdwy. Sys.: LR    Hwy. Num.:    2 Rdwy. Part: 1    Block Num.: 2500    3 Street Prefix: NE    Street Name: 28TH    4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000    ☒ FT ☐ MI    3 Dir. from Int. or Ref. Marker: S    Reference Marker:    Street Desc.: HWY    RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: 125    5 Unit Desc.: 1    ☐ Parked Vehicle    ☐ Hit and Run    LP State: TX    LP Num.: CPY4837    VIN: 1 F T W W 3 1 P 7 E A 9 3 8 2 8

Veh. Year: 2 0 0 7    6. Veh. Color: WHI    Veh. Make: FORD    Veh. Model: F350    7 Body Style: PK    ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1    DL/ID State: TX    DL/ID Num.: 07225463    9 DL Class: C    10 CDL End.: 96    11 DL Rest.: 96    DOB (MM/DD/YYYY): 1 0 / 0 2 / 1 9 7 3

Address (Street, City, State, ZIP): 1337 VALLET DR  JUSTIN, TX 76247

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WELLS, MICHAEL HENRY | K | 47 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee    Owner/Lessee Name & Address: GEEP MECHANICAL, 3640 8TH AVE FORT WORTH, TX 76110

Proof of Fin. Resp.: ☒ Yes ☐ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type: 1    Fin. Resp. Name: AMERISURE    Fin. Resp. Num.: CA1281769

Fin. Resp. Phone Num.:    27 Vehicle Damage Rating 1: 1 2 - 7    27 Vehicle Damage Rating 2: R D - 7    Vehicle Inventoried: ☐ Yes ☒ No

Towed By: GUY SIMMONS TOWING    Towed To: GUY SIMMONS TOWING

Unit Num.: 126    5 Unit Desc.: 1    ☐ Parked Vehicle    ☐ Hit and Run    LP State: TX    LP Num.: NXX0230    VIN: 1 H G C R 2 F 5 H A 1 8 7 8 9

Veh. Year: 2 0 1 7    6. Veh. Color: GRY    Veh. Make: HONDA    Veh. Model: ACCORD    7 Body Style: P4    ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1    DL/ID State: TX    DL/ID Num.: 08324125    9 DL Class: C    10 CDL End.: 96    11 DL Rest.: 96    DOB (MM/DD/YYYY): 1 0 / 2 3 / 1 9 8 6

Address (Street, City, State, ZIP): 2308 BLACKRAIL CT  NORTHLAKE, TX 76226

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GERRED, TIFFANY LOUANN | K | 34 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee    Owner/Lessee Name & Address

Copy from Custodial File

Proof of Fin. Resp.: ☒ Yes ☐ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type: 1    Fin. Resp. Name: STATE FARM    Fin. Resp. Num.: 372 0759 J01 43C 001

Fin. Resp. Phone Num.:    27 Vehicle Damage Rating 1: 1 1 2 - F D - 7    27 Vehicle Damage Rating 2: R D - 7    Vehicle Inventoried: ☐ Yes ☒ No

Towed By: GUY SIMMONS TOWING    Towed To: GUY SIMMONS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Page<##of<#|

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 125 | 1 | TARRANT COUNTY MORGUE | FORT WORTH FUNERALS AND CREMATIONS | 02/11/2021 | 0 6 0 3 |
| 126 | 1 | TARRANT COUNTY MORGUE | FORT WORTH FUNERALS AND CREMATIONS | 02/11/2021 | 0 6 0 3 |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

| Carrier's Corp. Name | | Carrier's Primary Addr. | | 30 Veh. Type |

| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)--

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021 |

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN,K | | | ID Num. 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | 2 0 0 0 0 |

Law Enforcement and TxDOT Use ONLY

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 6 — Total Num. Prsns.: 1 3 6 — TxDOT Crash ID: 18142877.1 /2021093866

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page c## of c##

## IDENTIFICATION & LOCATION

| Field | Value |
|---|---|
| *Crash Date (MM/DD/YYYY) | 02/11/2021 |
| *Crash Time (24HRMM) | 0 6 0 0 |
| Case ID | 210011068 |
| Local Use | |

*County Name: TARRANT
*City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 ° 7 9 5 1 9
Longitude (decimal degrees): 0 9 7 3 2 2 1 9

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys.: TL   *Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix: ___   *Street Name: ___   4 Street Suffix: ___

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit: ___
Const. Zone: ☐ Yes ☐ No
Workers Present: ☐ Yes ☐ No
Street Desc.: ___

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No   1 Rdwy. Sys.: LR   Hwy. Num.: ___   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker: ___   Street Desc.: HWY   RRX Num.: ___

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 127   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: MCMC4   VIN: 5 X X G T L 3 8 J G 1 8 1 5 1 4

Veh. Year: 2 0 1 2   6. Veh. Color: BLU   Veh. Make: KIA   Veh. Model: OPTIMA   7 Body Style: P4   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 27217915   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: A   DOB (MM/DD/YYYY): 0 1 2 0 1 9 6 6

Address (Street, City, State, ZIP): 14804 CEDAR FLAT WAY  ROANOKE, TX 76262

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LLOYD, RAYMOND JOHN | B | 54 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: MIKE CARLSON, MTR CO INC, 264 EXCHANGE ST BURLESON, TX 76028

Proof of Fin. Resp.: ☒ Yes ☐ No   26 Fin. Resp. Type: 1 ☐ Expired ☐ Exempt   Fin. Resp. Name: SELF INSURED   Fin. Resp. Num.: SELF INSURED

Fin. Resp. Phone Num.: ___   27 Vehicle Damage Rating 1: 1 2 - F D - 7   27 Vehicle Damage Rating 2: 6 - R D - 7   Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BIVINS TOWING   Towed To: BIVINS TOWING

---

Unit Num.: 128   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: NCX3077   VIN: 1 F T E X 1 C 6 L K D 7 7 9 0 5

Veh. Year: 2 0 2 0   6. Veh. Color: WHI   Veh. Make: FORD   Veh. Model: F150   7 Body Style: PK   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 06631778   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 1 1 2 7 1 9 6 0

Address (Street, City, State, ZIP): 9460 LECHNER RD  FORT WORTH, TX 76179

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | NORMAN, WILLIAM M | B | 60 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: ENTERPRISE FM TRUST, 9315 OLIVE BLVD  ST LOUIS, MO 63132

Proof of Fin. Resp.: ☒ Yes ☐ No   26 Fin. Resp. Type: 1 ☐ Expired ☐ Exempt   Fin. Resp. Name: UNKNOWN   Fin. Resp. Num.: UNKNOWN

Fin. Resp. Phone Num.: ___   27 Vehicle Damage Rating 1: 1 2 - F D - 7   27 Vehicle Damage Rating 2: ___ - R D - 7   Vehicle Inventoried: ☐ Yes ☒ No

Towed By: MILNER TOWING   Towed To: MILNER TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 1/1/2018)

Page<##of<#|

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 127 | 1 | LOCAL HOSPITAL | SELF | | |
| 128 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | 30 Veh. Type |

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 |
| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G., MARTIN,K | | | | ID Num. | 3380-3421 |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | | | Service/Region/DA | 2 0 0 0 0 |

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page <## of ##>

### IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | *City Name | FORT WORTH | | ☐ Outside City Limit |

| In your opinion, did this crash result in at least $1,000 damage to any one person's property? | ☒ Yes ☐ No | Latitude (decimal degrees) | 3 2 . 7 9 5 1 3 | Longitude — (decimal degrees) | 0 9 7 . 3 2 2 7 7 |

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix |

| ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☐ Toll Road/ Toll Lane | Speed Limit | | Const. Zone | ☐ Yes ☐ No | Workers Present | ☐ Yes ☐ No | Street Desc. |

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | RRX Num. |

### VEHICLE, DRIVER, & PERSONS

| Unit Num. | 129 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | 00177H7 | VIN | 1 G N F C 1 3 J 1 R 2 1 1 2 6 | ☐ Pol., Fire, EMS on Emergency (Explain In Narrative if checked) |

| Veh. Year | 2 0 0 1 | 6. Veh. Color | BLU | Veh. Make | CHEVROLET | Veh. Model | TAHOE C1500 | 7 Body Style | SV | |

| 8 DL/ID Type | | DL/ID State | UN | DL/ID Num. | | 9 DL Class | 99 | 10 CDL End. | 99 | 11 DL Rest. | 99 | DOB (MM/DD/YYYY) | |

Address (Street, City, State, ZIP) UNKNOWN UNKNOWN, UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 1 | UNKNOWN, UNKNOWN UNK | 99 | 99 | 99 | 99 | 99 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | CARROLL, CHARLES, 6301 SPOKANE DR FORT WORTH, TX 76179 |

| Proof of Fin. Resp. | ☐ Yes ☒ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | Fin. Resp. Name | | Fin. Resp. Num. |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D - 7 | 27 Vehicle Damage Rating 2 | 6 - R D - 7 | Vehicle Inventoried | ☐ Yes ☒ No |

| Towed By | BIVINS WRECKER | Towed To | BIVINS WRECKER |

| Unit Num. | 130 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | MMK0537 | VIN | J M 3 K E 4 C Y 0 G 0 7 5 8 5 1 | ☐ Pol., Fire, EMS on Emergency (Explain In Narrative if checked) |

| Veh. Year | 2 0 1 6 | 6. Veh. Color | BLK | Veh. Make | MAZDA | Veh. Model | CX-7 | 7 Body Style | SV | |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 13342870 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | 96 | DOB (MM/DD/YYYY) | 1 0 / 3 0 / 1 9 5 6 |

Address (Street, City, State, ZIP) 6016 OAK HILL RD WATAUGA, TX 76148

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FRANCIS, JEFFREY LYNN | A | 64 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |
| 2 | 2 | 3 | FRANCIS, JENNIFER | A | 50 | W | 2 | 1 | 5 | 97 | N | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | FRANCIS, JEFFREY LYNN, 6016 OAK HILL RD WATAUGA, TX 76148 |

| Proof of Fin. Resp. | ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | FARMERS | Fin. Resp. Num. | 44823994 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D - 7 | 27 Vehicle Damage Rating 2 | 6 - R D - 7 | Vehicle Inventoried | ☒ Yes ☐ No |

| Towed By | LONESTAR TOWING | Towed To | LONESTAR TOWING |

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 1/1/2018)

| | Case ID | 210011068 | | TxDOT Crash ID | 18142877.1/2021093866 |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 130 | 1 | JOHN PETER SMITH | MEDSTAR63 | | |
| 130 | 2 | JOHN PETER SMITH | MEDSTAR63 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num.

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary) | Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN,K | | ID Num. | 3380-3421

ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | 2 0 0 0 0 0

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

TxDOT Crash ID: 18142877.1 /2021093866

Total Num. Units: 1 4 8
Total Num. Prsns: 1 3 6

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page # of #

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 02/11/2021
*Crash Time (24HRMM): 0600
Case ID: 210011068
Local Use:

*County Name: TARRANT
*City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 * 7 9 1 5 1
Longitude (decimal degrees): 0 9 7 * 3 2 2 1 7 7

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys.: TL
*Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
*Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/Toll Lane
Speed Limit:
Cont. Zone: ☐ Yes ☐ No
Workers Present: ☐ Yes ☐ No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: 131
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: BK2L525
VIN: 1 H G E S 1 6 5 X L 0 1 0 5 3

Veh. Year: 99
6. Veh. Color: SIL
Veh. Make: HONDA
Veh. Model: CIVIC
7 Body Style: P4
☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 99
DL/ID State: UN
DL/ID Num.:
9 DL Class: 99
10 CDL End.: 99
11 DL Rest.: 99
DOB (MMDD/YYYY):

Address (Street, City, State, ZIP): UNKNOWN  UNKNOWN, UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 1 | UNKNOWN, UNKNOWN UNK | 99 | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: UNKNOWN  UNKNOWN UNK  UNKNOWN  UNKNOWN, UN UNK

Proof of Fin. Resp.: ☐ Yes ☒ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type:
Fin. Resp. Name:
Fin. Resp. Num.:

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 1 2 - F D - 7
27 Vehicle Damage Rating 2: R D - 7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: PURRFECT TOWING
Towed To: PURRFECT TOWING

---

Unit Num.: 132
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: MWB6163
VIN: 4 S 4 B T A N C 6 L 3 1 2 1 3 7

Veh. Year: 2020
6. Veh. Color: GRY
Veh. Make: SUBARU
Veh. Model: OUTBACK
7 Body Style: P4
☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 06580483
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MMDD/YYYY): 09/02/1954

Address (Street, City, State, ZIP): 12741LIZZIE PL FORT WORTH, TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SPRATLIN, SHEREE WARNER | A | 66 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: SPRATLIN  SHEREE WARNER  12741LIZZIE PL  FORT WORTH  TX 76244

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: FARMERS INS
Fin. Resp. Num.: 44729837

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 1 2 - F D - 7
27 Vehicle Damage Rating 2: 7 - B L - 7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID  210011068

TxDOT Crash ID  18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 132 | 1 | MEDICAL CITY FORT WORTH | MEDSTAR56 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID. Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name

Carrier's Primary Addr.

30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021 | |
|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN,K | | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA 2 0 0 0 0

Law Enforcement and TxDOT Use ONLY

| [X] FATAL | [X] CMV | [ ] SCHOOL BUS | [ ] RAILROAD | [ ] MAB | [ ] SUPPLEMENT | [ ] ACTIVE SCHOOL ZONE | Total Num. Units 1 | Total Num. Prsns. 1 3 6 | TxDOT Crash ID 18142977.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page <##> of <##>

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) 0 6 0 0 | Case ID 210011068 | | Local Use | |
|---|---|---|---|---|---|

| *County Name TARRANT | | *City Name FORT WORTH | | | [ ] Outside City Limit |
|---|---|---|---|---|---|

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude — (decimal degrees) 0 9 7 . 1 7 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. TL | *Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | 3 Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

| [ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | [ ] Toll Road/ Toll Lane | Speed Limit | Const. Zone [ ] Yes [ ] No | Workers Present [ ] Yes [ ] No | Street Desc. |
|---|---|---|---|---|---|

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. [ ] Yes [X] No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. |
|---|---|---|---|---|---|

## VEHICLE, DRIVER & PERSONS

| Unit Num. 133 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. CVY6348 | VIN 1 F T R X 1 8 L 6 X K B 3 2 6 6 | [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|---|---|

| Veh. Year 1 9 9 9 | 6. Veh. Color BLK | Veh. Make FORD | Veh. Model F150 | 7 Body Style PK | |
|---|---|---|---|---|---|

| 8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) UNKNOWN   UNKNOWN, UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 1 | UNKNOWN, UNKNOWN UNK | 99 | | 99 | 99 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address UNKNOWN, UNKNOWN UNK, UNKNOWN UNKNOWN, UN UNK |
|---|---|

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name FOREMOST COUNTY MUTUAL | Fin. Resp. Num. 43G00979206802 | |
|---|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 1 2 - F D - 7 | 27 Vehicle Damage Rating 2 | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|

| Towed By PURRFECT TOWING | Towed To PURRFECT TOWING |
|---|---|

| Unit Num. 134 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. FCH2874 | VIN J M 3 E R 2 B 5 1 B 0 3 6 1 1 3 | [ ] Pol, Fire, EMS on Emergency (Explain if checked) |
|---|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 1 | 6. Veh. Color BLK | Veh. Make MAZDA | Veh. Model CX-7 | 7 Body Style SV | |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 34180404 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. | DOB (MM/DD/YYYY) 1 0 / 2 9 / 1 9 8 3 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 1700 SUNFLOWER DR   CORINTH, TX 76210

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | THOMAS, BRIAN MICHAEL | B | 37 | W | 1 | 1 | 5 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

Copy from Custodial File

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address THOMAS, BRIAN MICHAEL 1700 SUNFLOWER DR CORINTH, TX 76210 |
|---|---|

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name ALLSTATE | Fin. Resp. Num. 836135388 | |
|---|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 1 2 - F D - 7 | 27 Vehicle Damage Rating 2 6 - R D - 7 | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|

| Towed By TEXAS TOWING | Towed To TEXAS TOWING |
|---|---|

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 1/1/2016)

Case ID  210011068

TxDOT Crash ID  18142877.1/2021093866

Page # of #

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 1.34 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID.Num.

Carrier's Corp. Name | Carrier's Primary-Addr. | 30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM)  0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM)  0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN, K | ID Num. 3380-3421

ORI Num. | T | X | 2 | 2 | 0 | 1 | 2 | 0 | 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | 2 | 0 | 0 | 0 | 0 | 0

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 | Total Num. Prsns: 1 3 6 | TxDOT Crash ID: 18142877.1 /2021093866

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page <##> of <##>

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 02/11/2021  *Crash Time (24HRMM): 0600  Case ID: 210011068  Local Use:

*County Name: TARRANT  *City Name: FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  Latitude (decimal degrees): 32*79513  Longitude (decimal degrees): 097*12277

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys.: TL  *Hwy. Num.: 35  2 Rdwy. Part: 1  Block Num.: 2600  3 Street Prefix:  *Street Name:  4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/Toll Lane  Speed Limit:  Const. Zone ☐ Yes ☐ No  Workers Present ☐ Yes ☐ No  Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No  1 Rdwy. Sys.: LR  Hwy. Num.:  2. Rdwy. Part: 1  Block Num.: 2500  3 Street Prefix: NE  Street Name: 28TH  4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker: S  Reference Marker:  Street Desc.: HWY  RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 135  5 Unit Desc.: 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num.: MWY2440  VIN: 1FTEWIE54KD69661

Veh. Year: 2019  6. Veh. Color: GRY  Veh. Make: FORD  Veh. Model: F150  7 Body Style: PK  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: 00985031  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: 96  DOB (MM/DD/YYYY): 01/19/1982

Address: 1804 YOSEMITE LN  KELLER, TX 76248

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | TROTTER, DAVID DENSON | B | 39 | W | 1 | 1 | 5 | 97 | N | 4 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: TROTTER, DAVID DENSON, 1804 YOSEMITE LN  KELLER, TX 76248.

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: ALLSTATE  Fin. Resp. Num.: 886817956

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 112-FD-7  27 Vehicle Damage Rating 2:  Vehicle Inventoried ☐ Yes ☒ No

Towed By: TEXAS TOWING  Towed To: TEXAS TOWING

---

Unit Num.: 136  5 Unit Desc.: 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num.: KBM0726  VIN: WA1C2AFP1GA13018

Veh. Year: 2016  6. Veh. Color: BLK  Veh. Make: AUDI  Veh. Model: Q5  7 Body Style: SV  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: 09861486  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: 96  DOB (MM/DD/YYYY): 05/07/1971

Address: 4805 CARGILL CIR  KELLER, TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HERRERA, NANCY LEE | A | 49 | H | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: HERRERA, EDUARDO, 4805 CARGILL CIR  FORT WORTH, TX 76244

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: PROGRESSIVE  Fin. Resp. Num.: 53458265

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 12-FD-7  27 Vehicle Damage Rating 2: 6-RD-7  Vehicle Inventoried ☐ Yes ☒ No

Towed By: PURRFECT TOWING  Towed To: PURRFECT TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID 210011068

TxDDT Crash ID 18142877.1/2021093B66

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 135 | 1 | LOCAL HOSPITAL | SELF | | |
| 136 | 1 | HARRIS METHODIST DOWNTOWN | MEDSTAR30 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZAROUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|

| 31 Bus Type | ☐RGVW ☐GVWR | HazMat Released ☐Yes ☐No | 32.HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No | Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐Yes ☐No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 | |
|---|---|---|---|---|
| Invest. Comp. ☒Yes ☐No | Investigator Name (Printed) HARPER, G., MARTIN,K | | | ID Num. 3380-3421 |
| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | | | Service/Region/DA 2 0 0 0 0 |

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 | Total Num. Prsns. | 1 | 3 | 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page ## of ##

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 02/11/2021 | *Crash Time (24HRMM) | 0600 | Case ID— | 210011068 | Local Use | |

| *County Name | TARRANT | | *City Name | FORT WORTH | [ ] Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees) 3 2 * 7 9 1 5 1
Longitude — (decimal degrees) 0 9 7 * 1 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix | |

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/ Toll Lane
Speed Limit
Const. Zone: [ ] Yes [ ] No
Workers Present: [ ] Yes [ ] No
Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST

| Distance from Int. or Ref. Marker | 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. |

## VEHICLE, DRIVER & PERSONS

| Unit Num. 137 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State FL | LP Num. R1CII | VIN 3 D 7 K U 2 8 C X 4 G 2 8 3 3 9 0 |

| Veh. Year 2 0 0 4 | 6. Veh. Color RED | Veh. Make DODGE | Veh. Model RAM 2500 | 7 Body Style PK | [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type — | DL/ID State TX | DL/ID Num. 46254136 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 4 2 9 7 0 |

Address (Street, City, State, ZIP) 4304 TRANQUILITY DR FORT WORTH, TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | PATEL, MARK LEON | B | 30 | W | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee | Owner/Lessee Name & Address PATEL, MARK LEON, 4304 TRANQUILITY DR FORT WORTH, TX 76244

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Num. UNKNOWN | Fin. Resp. Num. UNKNOWN |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 | 1 2 — F D — 7 | 27 Vehicle Damage Rating 2 | 3 — R P — 6 | Vehicle Inventoried [ ] Yes [X] No |

Towed By GUY SIMMONS    Towed To GUY SIMMONS

| Unit Num. 138 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. HYF3713 | VIN 1 F T F W 1 C V 9 A F C 6 1 |

| Veh. Year 2 0 1 0 | 6. Veh. Color MAR | Veh. Make FORD | Veh. Model F150 | 7 Body Style PK | [ ] Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) |

Address (Street, City, State, Zip) UNKNOWN UNKNOWN, UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 1 | UNKNOWN, UNKNOWN UNK | 99 | 99 | 99 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable–Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee | Owner/Lessee Name & Address LEE, THOMAS JR, 136 NAVAJO DR, KELLER, TX 76248

Copy from Custodial File

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name GEICO | Fin. Resp. Num. 4451596441 |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 | 1 2 — F D — 7 | 27 Vehicle Damage Rating 2 | | Vehicle Inventoried [ ] Yes [X] No |

Towed By LONE STAR TOWING    Towed To LONE STAR

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2016)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 137 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | □ 10,001+ LBS. | □ TRANSPORTING HAZARDOUS MATERIAL | □ 9+ CAPACITY | CMV Disabling Damage? □ Yes □ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | □ RGVW □ GVWR | HazMat Released □ Yes □ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | □ RGVW □ GVWR | 34 Trlr. Type | CMV Disabling Damage? □ Yes □ No | Unit Num. | □ RGVW □ GVWR | 34 Trlr. Type | CMV Disabling Damage? □ Yes □ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit □ Yes □ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |

| Invest. Comp. | ☒ Yes □ No | Investigator Name (Printed) | HARPER, G., MARTIN,K | ID Num. | 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | 2 0 0 0 0 0 |

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 | 4 | 8 |
| Total Num. Prsns. | 1 | 3 | 6 |

TxDOT Crash IO  18142877.1 /2021093866

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page #of ##

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) 0 6 0 0 | Case ID 210011068 | | Local Usa | |

*County Name TARRANT  |  *City Name FORT WORTH  |  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes ☐ No  | Latitude (decimal degrees) 3 2 * 7 9 5 1 3  | Longitude — (decimal degrees) 0 9 7 7 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. TL | *Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | *Street Name | 4.Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  | ☐ Toll Road/ Toll Lane | Speed Limit | Const. Zone ☐ Yes ☒ No | Workers Present ☐ Yes ☒ No | Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |

| Distance from Int. or Ref. Marker 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker— | Street Desc. HWY | RRX Num. |

## VEHICLE, DRIVER & PERSONS

| Unit Num. 139 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. JXM2353 | VIN 2 G 1 W G E 3 7 D 1 8 9 8 1 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year 2 0 1 3 | 6. Veh. Color GRY | Veh. Make CHEVROLET | Veh. Model IMPALA | 7 Body Style P4 | |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 23253328 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 5 / 1 3 |

Address (Street, City, State, ZIP) 5013 SHACKLEFORD FORT WORTH, TX 76119

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle— Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ARMSTRONG, ALEXANDER JACQUETTE | B | 32 | B | 1 | 1 | 1 | 5 | N | 96 | | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address ARMSTRONG, ALEXANDER JACQUETTE, 5013 SHACKLEFORD FORT WORTH, TX 76119

| Proof of Fin. Resp. ☐ Yes ☒ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | Fin. Resp. Name | Fin. Resp. Num. |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 6 - R D - 7 | 27 Vehicle Damage Rating 2 1 2 - F D - | Vehicle Inventoried ☐ Yes ☒ No |

Towed By PURRFECT TOWING  |  Towed To PURRFECT TOWING

| Unit Num. 140 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. LHD1926 | VIN 1 G Y S 4 N K J B F R 7 4 0 9 9 2 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year 2 0 2 1 | 6. Veh. Color SIL | Veh. Make CADILLAC | Veh. Model ESCALADE | 7 Body Style SV | |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 34089531 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 9 / 0 2 / 1 9 7 0 |

Address (Street, City, State, ZIP) 821 BIG SKY WAY ARGYLE, TX 76226

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle— Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DANIEL, LESLIE S | B | 50 | W | 2 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address DANIEL, LESLIE S, 821 BIG SKY WAY ARGYLE, TX 76226

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name FARMERS | Fin. Resp. Num. 44226567 |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 1 2 - F D - 4 | 27 Vehicle Damage Rating 2 - - | Vehicle Inventoried ☐ Yes ☒ No |

Towed By TEXAS TOWING  |  Towed To TEXAS TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID  210011068

TxDOT Crash ID  18142877.1/2021093866

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 139 | 1 | LOCAL HOSPITAL | SELF | | |
| 140 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num.

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN,K | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA 2 0 0 0 0 0

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash IO | 18142877.1 /2021093866 |

### Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page # of #

---

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | | *City Name | FORT WORTH | | ☐ Outside City Limit |

| In your opinion, did this crash result in at least $1,000 damage to any one person's property? | ☒ Yes  ☐ No | Latitude (decimal degrees) | 3 2 * 7 9 5 1 4 | Longitude — (decimal degrees) | 0 9 7 * 1 2 7 7 |

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | *Street Name | | 4 Street Suffix |

| ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☐ Toll Road/ Toll Lane | Speed Limit | | Const. Zone | ☐ Yes  ☒ No | Workers Present | ☐ Yes  ☒ No | Street Desc. | |

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. | ☐ Yes. ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2. Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | ☒ FT  ☐ MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | RRX Num. | |

---

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 141 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | DJZ7317 | VIN | S A L A E 2 5 4 X 6 A 3 7 0 9 7 7 - |

| Veh. Year | 2 0 0 6 | 6. Veh. Color | BLU | Veh. Make | LAND ROVER | Veh. Model | LR3 | 7 Body Style | SV | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 06457878 | 9 DL Class | C | 10 COL End. | 96 | 11 OL Rest. | A | DOB (MM/DD/YYYY) | 1 1 / 1 1 / 1 9 5 4 - |

Address (Street, City, State, ZIP) 7733 MARBLE CANYON DR  FORT WORTH, TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 1 | 1 | THOMASON, LINDA G | B | 66 | W | 2 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner  ☐ Lessee | Owner/Lessee Name & Address | THOMASON, JOHN, 7733 MARBLE CANYON DR FORT WORTH, TX 76137 |

| Proof of Fin. Resp. | ☒ Yes  ☐ No | ☐ Expired  ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | FARMERS | Fin. Resp. Num. | 45566488 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 1 2 - 3 | 27 Vehicle Damage Rating 2 | | Vehicle Inventoried | ☐ Yes  ☒ No |

| Towed By | BIVINS TOWING | Towed To | BIVINS TOWING |

---

| Unit Num. | 142 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | MDD5120 | VIN | 5 X Y P G D A 5 9 J G 3 5 2 4 5 3 |

| Veh. Year | 2 0 1 4 | 6. Veh. Color | WHI | Veh. Make | FORD | Veh. Model | F150 | 7 Body Style | PK | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 04890219 | 9 DL Class | CM | 10 CDL End. | 96 | 11 DL Rest. | | DOB (MM/DD/YYYY) | 0 4 / 2 1 / 1 9 8 8 - |

Address (Street, City, State, ZIP) 4059 TULIP TREE DR FORT WORTH TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Result | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BIRD, IAN P | B | 32 | W | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

Copy from Custodial File

| ☒ Owner  ☐ Lessee | Owner/Lessee Name & Address | BIRD, IAN P, 4059 TULIP TREE DR FORT WORTH, TX 76137 |

| Proof of Fin. Resp. | ☒ Yes  ☐ No | ☐ Expired  ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | USAA | Fin. Resp. Num. | 027225590 7101 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 2 - F D - 6 | 27 Vehicle Damage Rating 2 | | Vehicle Inventoried | ☐ Yes  ☒ No |

| Towed By | BIVINS TOWING | Towed To | BIVINS TOWING |

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 141 | 1 | LOCAL HOSPITAL | SELF | | |
| 142 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class.Num. | HazMat ID Num. | 32-HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 |

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G., MARTIN,K | | | ID Num. | 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | 2 0 0 0 0 |

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8  
Total Num. Prsns.: 1 3 6  
TxDOT Crash ID: 18142877.1 /2021093866

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page <##> of <##>

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 02/11/2021  
*Crash Time (24HRMM): 0 6 0 0  
Case ID: 210011068  
Local Use:

*County Name: TARRANT  
*City Name: FORT WORTH  
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  
Latitude (decimal degrees): 3 2 . 7 9 5 1 3  
Longitude (decimal degrees): 0 9 7 . 3 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys.: TL  
*Hwy. Sys.: 35  
2 Rdwy. Part: 1  
Block Num.: 2600  
3 Street Prefix:  
*Street Name:  
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  
☐ Toll Road/Toll Lane  
Speed Limit:  
Const. Zone: ☐ Yes ☐ No  
Workers Present: ☐ Yes ☐ No  
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes  
1 Rdwy. Sys.: LR  
Hwy. Num.:  
2. Rdwy. Part: 1  
Block Num.: 2500  
3 Street Prefix: NE  
Street Name: 28TH  
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  
☒ FT ☐ MI  
3 Dir. from Int. or Ref. Marker: S  
Reference Marker:  
Street Desc.: HWY  
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 143  
5 Unit Desc.: 1  
☐ Parked Vehicle  
☐ Hit and Run  
LP State: TX  
LP Num.: NVD5172  
VIN: 1 C 6 S R F J T 4 L N 3 9 5 2 8 9

Veh. Year: 2 0 2 0  
6. Veh. Color: WHI  
Veh. Make: DODGE  
Veh. Model: RAM 1500  
7 Body Style: PK  
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  
DL/ID State: TX  
DL/ID Num.: 3644117  
9 DL Class: C  
10 CDL End.: 96  
11 DL Rest.: 96  
DOB (MMDDYYYY): 0 4 / 2 / 1 9 8 6

Address (Street, City, State, ZIP): 506 RANCHWOOD DR  JUSTIN, TX 76247

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | OSBORNE, WESLEY ADAM | N | 34 | W | 1 | 1 | 1 | 1 | 97 | N | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  
Owner/Lessee Name & Address: SABER POWER, SERVICES, 9841 SABER POWER LN  ROSHARON, TX 77583

Proof of Fin. Resp.: ☒ Yes ☐ No  
☐ Expired ☐ Exempt  
26 Fin. Resp. Type: 1  
Fin. Resp. Name: GREAT NORTHERN  
Fin. Resp. Num.: 73617769

Fin. Resp. Phone Num.:  
27 Vehicle Damage Rating 1: 6 - 2  
27 Vehicle Damage Rating 2:  
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: CARDINAL TOWING  
Towed To: CARDINAL TOWING

---

Unit Num.: 144  
5 Unit Desc.: 1  
☐ Parked Vehicle  
☐ Hit and Run  
LP State: TX  
LP Num.: MKM2960  
VIN: 1 N 4 B L 4 B V 5 L C 1 5 3 7 9 0

Veh. Year: 2 0 2 0  
6. Veh. Color: SIL  
Veh. Make: NISSAN  
Veh. Model: ALTIMA  
7 Body Style: P4  
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  
DL/ID State: TX  
DL/ID Num.: 15669974  
9 DL Class: C  
10 CDL End.: 96  
11 DL Rest.: 96  
DOB (MMDDYYYY): 1 2 / 0 3 / 1 9 6 8

Address (Street, City, State, ZIP): 409 CLAIREMONT AVE  FORT WORTH, TX 76103

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GOULD, LORENZO | B | 52 | B | 1 | 1 | 5 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  
Owner/Lessee Name & Address: EAN HOLDINGS LLC, 14002 EAST 21ST ST #1500 TULSA, OK 74134

Proof of Fin. Resp.: ☒ Yes ☐ No  
☐ Expired ☐ Exempt  
26 Fin. Resp. Type: 1  
Fin. Resp. Name: TEXAS FARM BUREAU  
Fin. Resp. Num.: 23229982

Fin. Resp. Phone Num.:  
27 Vehicle Damage Rating 1: 1 2 - F D - 7  
27 Vehicle Damage Rating 2: 3 - R & T - 7  
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: MILNER TOWING  
Towed To: MILNER TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 1/1/2018)

| Case ID | 210011068 |
| TxDOT Crash ID | 18142877.1/2021093866 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 144 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 |

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G., MARTIN, K | | | ID Num. | 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | 2 0 0 0 0 |

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

### Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page # of ##

**IDENTIFICATION & LOCATION**

*Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1   *Crash Time (24HRMM) 0 6 0 0   Case ID 210011068   Local Use

*County Name TARRANT   *City Name FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude — (decimal degrees) 0 9 7 . 2 0 7 7

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys. TL   *Hwy. Num. 35   2 Rdwy. Part 1   Block Num. 2600   3 Street Prefix   *Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☐ No   Workers Present ☐ Yes ☐ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. LR   Hwy. Num.   2. Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num. 145   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. FLY1363   VIN 2 G K F L R E 9 F 6 2 2 0 1 2 2

Veh. Year 2 0 1 5   6. Veh. Color BLK   Veh. Make GMC   Veh. Model TERRAIN   7 Body Style SV   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 33739641   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 2 / 1 1 / 1 9 9 5

Address (Street, City, State, ZIP) 1012 KEYSTONE CT  DENTON, TX 76207

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ROBINSON, JESSE | B | 25 | W | 1 | 1 | 2 | 97 | N | 96 | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address WISE, SHELBY, 2606 DURANGO RIDGE DR  BEDFORD, TX 76021

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name USAA   Fin. Resp. Num. 020332195 7101

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 1 2 - F D - 7   27 Vehicle Damage Rating 2   Vehicle Inventoried ☐ Yes ☒ No

Towed By ALLIANCE TOWING KELLER   Towed To ALLIANCE TOWING KELLER

**VEHICLE, DRIVER, & PERSONS**

Unit Num. 146   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. CFP1992   VIN 3 F A D P 4 B J 4 E M 1 0 6 8 3

Veh. Year 2 0 1 4   6. Veh. Color GRY   Veh. Make FORD   Veh. Model FIESTA   7 Body Style P4   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked).

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 29219284   9 DL Class A   10 CDL End. 96   11 DL Rest. P17   DOB (MM/DD/YYYY) 0 3 / 1 4 / 1 9 8 9

Address (Street, City, State, ZIP) 14637 SUNDOG WAY  HASLET, TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GARCIA RAMIREZ, JULIO | B | 31 | H | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address OJEDA, JANNET, 4916 SAUCER DR  HALTOM CITY, TX 76117

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name STATE FARM   Fin. Resp. Num. 216 1313-L07-43H 002

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 1 2 - F D - 7   27 Vehicle Damage Rating 2   Vehicle Inventoried ☐ Yes ☒ No

Towed By LONESTAR TOWING   Towed To LONESTAR TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Page # of #

| Case ID | 210011068 | TxDOT Crash ID | 18142877.1/2021093866 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 145 | 1 | JOHN PETER SMITH | SELF | | |
| 146 | 1 | LOCAL HOSPITAL | SELF | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

Carrier's Corp. Name

Carrier's Primary Addr.

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 30 Veh. Type / 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 |

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. , MARTIN, K | | | ID Num. | 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | Service/Region/DA | 2 0 0 0 0 |

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | 18142877.1 /2021093866 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page <#> of <##>

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2021 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| *County Name | TARRANT | | *City Name | FORT WORTH | | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees) 3 2 * 7 9 1 5 1 3
Longitude — (decimal degrees) 0 9 7 * 3 2 1 7 7

### ROAD ON WHICH CRASH OCCURRED

| *1 Rdwy. Sys. | TL | *Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | * Street Name | | 4 Street Suffix | |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2. Rdwy. Part | 1 | Block Num. | 2500 | 3-Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | | RRX Num. | |

## VEHICLE, DRIVER & PERSONS

| Unit Num. | 147 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | MMX2133 | VIN | 3 G N K B G R S 4 K S 6 9 3 0 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year | 2 0 1 9 | 6. Veh. Color | WHI | Veh. Make | CHEVROLET | Veh. Model | BLAZER | 7 Body Style | SV | |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 13849792 | 9 DL Class | A | 10 CDL End. | 96 | 11 DL Rest. | K | DOB (MM/DD/YYYY) | 0 3 1 1 1 9 7 1 |

Address (Street, City, State, ZIP) 829 AMBERWOOD CT HASLET, TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | PENNINGTON, CHRISTOPHER | B | 49 | W | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address  JR'S CRANE AND, EXCAVATION, 5420 HWY 69 GREENEVILLE, TX 75402

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name SELF  Fin. Resp. Num.

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 1 1 2 - F D - 7 | 27 Vehicle Damage Rating 2 | - | Vehicle Inventoried ☐ Yes ☒ No |

Towed By  TEXAS TOWING
Towed To  TEXAS TOWING

| Unit Num. | 148 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | GGB0398 | VIN | 1 F M 5 K 7 B 8 9 G B 5 4 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| Veh. Year | 2 0 1 6 | 6. Veh. Color | SIL | Veh. Make | FORD | Veh. Model | EXPLORER | 7 Body Style | SV | |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 06180063 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | 96 | DOB (MM/DD/YYYY) | 0 4 1 7 1 1 9 7 |

Address (Street, City, State, ZIP) 8021 ARLIE LN NORTH RICHLAND HILLS, TX 76182

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | EZELLE, BRENT REID | N | 62 | W | 1 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address  TARRANT COUNTY, 100 E WEATHERFORD ST #303 FORT WORTH, TX 76196

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name SELF  Fin. Resp. Num. SELF

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 6 - R D - 7 | 27 Vehicle Damage Rating 2 | 1 2 - F D - 7 | Vehicle Inventoried ☐ Yes ☒ No |

Towed By  TEXAS TOWING
Towed To  TEXAS TOWING

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Page<##of<#|

| Case ID | 210011068 |
|---|---|
| TxDOT Crash ID | 18142877.1/2021093866 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 147 | 1 | JOHN PETER SMITH | MEDSTAR27 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name / Carrier's Primary Addr.

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type | 30 Veh. Type |
|---|---|---|---|---|---|---|---|---|
| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) 03/01/2021 | |
|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G., MARTIN, K | | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | 2 0 0 0 0 |
|---|---|---|---|---|

A-13

Electronically Filed
8/2/2021 8:44 AM
Hidalgo County District Clerks
Reviewed By: Irene Caceres

NO. C-1550-21-B

| | | |
|---|---|---|
| **CHRISTOPHER PENNINGTON** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **HIDALGO COUNTY, TEXAS** |
| | § | |
| **FEDEX GROUND PACKAGE SYSTEM,** | § | |
| **INC., GG'S PRODUCE TRANSPORT,** | § | |
| **LLC, I GARZA LLC , J.B. HUNT** | § | |
| **TRANSPORT, INC., RICH TRANSPORT,** | § | |
| **LLC, and GO TO LOGISTICS, INC.** | § | |
| | § | |
| **Defendants.** | § | **93RD JUDICIAL DISTRICT** |

## DEFENDANT J.B. HUNT TRANSPORT, INC.'S ORIGINAL ANSWER SUBJECT TO MOTION TO TRANSFER VENUE

Defendant, J.B. Hunt Transport, Inc., ("Defendant"), subject to its Motion to Transfer Venue, makes and files this Original Answer to Plaintiff's Original Petition and in support thereof would show as follows:

### I.

### GENERAL DENIAL

1.      Defendant denies each and every, all and singular, the allegations asserted by Plaintiff and demand strict proof thereof, reserving Defendant's right to assert any additional defenses or claims which may be available to it.

DEFENDANT J.B. HUNT TRANSPORT, INC.'S ORIGINAL ANSWER
SUBJECT TO MOTION TO TRANSFER VENUE

PAGE 1

DATE 8/5/2021

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By_____ Deputy#34

Electronically Filed
8/2/2021 8:44 AM
Hidalgo County District Clerks
Reviewed By: Irene Caceres

## II.

## ADDITIONAL DEFENSES

2.      For further answer, if necessary, Defendant would show that Plaintiff failed to exercise that degree of care that would have been exercised by an ordinarily prudent person under the same or similar circumstances, and such failure to exercise care was a producing or proximate cause, or the sole proximate cause, of the incident made the basis of this suit and all of the Plaintiff's alleged injuries and damages.

3.      For further answer, if necessary, Defendant would show that the accident complained of in Plaintiff's Original Petition was an unavoidable accident over which the Defendant had no control, or in the alternative, it was beyond the reasonable control or foreseeability of the Defendant to prevent.

4.      For further answer, if necessary, Defendant pleads that the alleged injuries, if any, to Plaintiff, were not caused by any act of negligence, either of omission or commission, on the part of Defendant, but to the contrary, such injuries and damages alleged by Plaintiff were directly and proximately caused by an intervening or superseding act or event, unforeseeable to Defendant and over which Defendant had no control, and for which Defendant should not be held liable.

5.      For further answer, if necessary, Defendant pleads that the alleged injuries, if any, to Plaintiff were not caused by any act of negligence, either omission or commission, on the part of Defendant, but to the contrary, such injuries and damages alleged by Plaintiff were directly and proximately caused by the negligence of a third-party, over whom Defendant had no control and for which Defendant should not be held liable.

Electronically Filed
8/2/2021 8:44 AM
Hidalgo County District Clerks
Reviewed By: Irene Caceres

6.      For further answer, if necessary, Defendant pleads the alleged injuries, if any, were the result of a sole proximate cause of a third party.

7.      Defendant further pleads that Plaintiff's claims are barred, in whole or in part, because of Plaintiff's failure to mitigate his damages.

8.      For further answer, if necessary, Defendant pleads the alleged incident and alleged injuries, if any, were caused by an act of God.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant requests that upon final hearing, the Court enter an order that Plaintiff take nothing by way of his claims, that Defendant recover its attorney's fees and costs, and such other and further relief both at law and in equity to which Defendant may be justly entitled.

Respectfully submitted,

By:   /s/ Michael C. Wright
      Michael C. Wright
      Texas Bar No. 22049807
      mwright@rwtrial.com
      Steven L. Russell
      Texas Bar No. 17437040
      srussell@rwtrial.com
      **RUSSELL & WRIGHT, PLLC**
      15770 Dallas Parkway, Suite 1050
      Dallas, Texas 75248
      (972) 267-8400
      (972) 267-8401 (*facsimile*)

      **ATTORNEY FOR DEFENDANT J.B. HUNT
      TRANSPORT, INC.**

Electronically Filed
8/2/2021 8:44 AM
Hidalgo County District Clerks
Reviewed By: Irene Caceres

## CERTIFICATE OF SERVICE

I certify that Defendant J.B. Hunt Transport, Inc.'s Original Answer Subject to Motion to Transfer Venue was served on all counsel of record via electronic transmission on August 2, 2021.

/s/ Michael C. Wright
Michael C. Wright

A-14

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

CAUSE NO. C-1550-21-B

| | | |
|---|---|---|
| CHRISTOPHER PENNINGTON | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | |
| FEDEX GROUND PACKAGE SYSTEM, INC.; | § | HIDALGO COUNTY, TEXAS |
| GG'S PRODUCE TRANSPORT, LLC; I GARZA | § | |
| LLC; J.B. HUNT TRANSPORT, INC.; RICH | § | |
| TRANSPORT, LLC; and GO TO LOGISTICS, | § | |
| INC. | § | |
| | § | |
| *Defendants.* | § | 93rd JUDICIAL DISTRICT |

## DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S SPECIAL APPEARANCE TO OBJECT TO JURISDICTION, AND SUBJECT THERETO, MOTION TO TRANSFER VENUE, SPECIAL EXCEPTIONS. ORIGINAL ANSWER, AND JURY DEMAND

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Defendant FedEx Ground Package System, Inc. ("FedEx Ground") and files this, its Special Appearance to Object to Jurisdiction, and Subject Thereto, Motion to Transfer Venue, Special Exceptions, Original Answer, and Jury Demand in response to Plaintiff's Original Petition ("First Amended Petition") of Christopher Pennington. FedEx Ground would respectfully show the Court the following:

## I.     SPECIAL APPEARANCE

### A.     Rule 120a.

1.     FedEx Ground files this Special Appearance under Rule 120a of the Texas Rules of Civil Procedure for the purpose of objecting to the personal jurisdiction of the Court over FedEx Ground. FedEx Ground makes this Special Appearance to the entire proceeding.

DATE 8/5/2021

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By: Deputy#34

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

2.  FedEx Ground files this Special Appearance before filing any other plea, pleading, or motion, but "contained in the same instrument" with other pleas, pleadings, and motions as permitted by Rule 120a.  TEX. R. CIV. P. 120a(1).  Any plea, pleading, or motion filed contemporaneously or hereafter is strictly conditioned upon this Special Appearance, until the issue of personal jurisdiction is resolved.

3.  Texas courts only have jurisdiction over a non-resident defendant when jurisdiction is (1) proper under the Texas long-arm statute and (2) consistent with federal and state due-process guarantees.  *Old Republic Nat'l Title Ins. v. Bell*, 549 S.W.3d 550, 558 (Tex. 2018).  The only question to be addressed in a special appearance is whether a Texas court can constitutionally exercise jurisdiction over the defendant.  *Kawasaki Steel Corp. v. Middleton*, 699 S.W.2d 199, 202 (Tex. 1985).  If the defendant produces sufficient evidence negating the jurisdictional grounds pleaded by a plaintiff, the burden shifts to the plaintiff to show that the Court has jurisdiction over the defendant.  *M.G.M. Grand Hotel, Inc. v. Castro*, 8 S.W.3d 403, 408 (Tex. App.—Corpus Christi 1999, no pet.).

4.  This Court does not have personal jurisdiction over FedEx Ground for the following reasons:

   (a)  FedEx Ground is not and has never been a resident of Texas or at home in Texas;

   (b)  FedEx Ground does not have minimum contacts with Texas so as to permit long-arm jurisdiction; and

   (c)  the exercise of personal jurisdiction by this Court over FedEx Ground would offend traditional notions of fair play and substantial justice and deprive FedEx Ground of due process guaranteed by the United States Constitution.

**B. FedEx Ground is Not a Texas Resident**

2

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

5.      FedEx Ground is incorporated in the state of Delaware and has its principal place of business located in Moon Township, Pennsylvania.

### C. Plaintiff has not pleaded any basis for the exercise of long-arm jurisdiction over FedEx Ground.

6.      "The plaintiff bears the initial burden of pleading sufficient allegations to bring a nonresident defendant within the provisions of the long-arm statute." *BMC Software Belgium, N.V. v. Marchand*, 83 S.W.3d 789, 793 (Tex. 2002); *Kelly v. Gen. Interior Const., Inc.*, 301 S.W.3d 653, 658-59 (Tex. 2010). "If the plaintiff fails to plead facts bringing the defendant within reach of the long-arm statute (*i.e.*, for a tort claim, that the defendant committed tortious acts in Texas), the defendant need only prove that it does not live in Texas to negate jurisdiction." *Kelly*, 301 S.W.3d at 658-59.  To the extent a plaintiff attempts to plead jurisdictional facts, the defendant must allege and prove that it did not have sufficient contacts with Texas to justify a Texas Court's claim of personal jurisdiction over it. *See BMC Software,* 83 S.W.3d at 795 (Tex. 2002); *Siskind v. Villa Found. For Educ., Inc.,* 642 S.W.2d 434, 438 (Tex. 1982).  In order to accomplish this, the Defendant must show (1) that it did not purposely avail itself of the privilege of conducting activities within Texas and (2) any contacts it may have had with Texas do not give rise to specific or general jurisdiction. *See Moki Mac River Expeditions v. Drugg*, 221 S.W.3d 569, 575-76 (Tex. 2007); *Commonwealth Gen. Corp. v. York*, 177 S.W.3d 923, 925 (Tex. 2005).  When determining whether it is consistent with federal constitutional requirements for a Texas court to assert in personam jurisdiction, the Court should rely on both Federal and Texas decisions. *BMC Software*, 83, S.W.3d at 795.

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

7.      The purposeful availment analysis is directed at determining whether a nonresident defendant's conduct and connection to Texas in relation to the suit are such that the defendant could reasonably anticipate being brought into court there. *Searcy v. Parex Res.,* 496 S.W.3d 58, 67 (Tex. 2016); *Moncrief Oil Int'l v. OAO Gazprom,* 414 S.W.3d 142, 152 (Tex. 2013).  In this analysis, (1) only the defendant's contacts with Texas are considered – the unilateral activity of another party or a third person cannot constitute purposeful availment by the defendant, (2) the defendant's acts must have been purposeful rather than random fortuitous or attenuated, and (3) the defendant must have sought some benefit, advantage or profit by availing itself of the jurisdiction. *Old Republic Nat'l Title,* 549 S.W.3d , 559; *M&F Worldwide Corp. v. Pepsi-Cola Metro Bottling Co.,* 512 S.W.3d 878, 886 (Tex. 2017); *TV Azteca v. Ruiz,* 490 S.W.3d 29, 37-38 (Tex. 2016); *Moncrief Oil,* 414 S.W.3d at 151.  The purposeful availment analysis looks to the Defendant's contacts with Texas itself, not its contacts with persons who reside there. *Old Republic Nat'l Title,* 549 S.W.3d at 561.  Jurisdiction cannot reside on whether the defendant "directed a tort" at Texas or whether the plaintiff resided in Texas and felt the effects there.  *See Michiana Easy Livin' Country, Inc. v. Holten,* 168 S.W.3d 777, 791-92 (Tex. 2005); *Vinmar Overseas Singapore PTE Ltd. v. PTT Int'l Trading PTE Ltd.,* 538 S.W.3d 126, 134 (Tex. App.—Houston [14th Dist.] 2017, pet. denied).

8.      Plaintiff has only alleged a basis for general jurisdiction in the instant case. Specifically, that "[t]his Court has jurisdiction over the Defendants, as Defendants reside in, are registered to do business in Texas, and/or conduct continuous and systemic business activities in this state." Original Petition, § III.  While Plaintiff has only alleged general jurisdiction as the basis for their claims, FedEx Ground is not subject to personal jurisdiction under either general or

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

specific jurisdiction theories.  Further, there is no evidence that FedEx Ground purposely availed itself based on its contacts in the underlying action such that it would reasonably anticipate bring brought into Court in Texas based on how the load was transported.

### a. FedEx Ground Did Not Purposefully Avail Itself of the Protection and Privilege of Texas' laws in Relation to Plaintiff's Claims

9.     Plaintiff's claims arise out of a massive pileup that occurred in Tarrant County on February 11, 2021 at approximately 6:00 a.m. that involved over 100 vehicles and stretched over almost half a mile of roadway.  Plaintiff acknowledges that the accident was primarily a result of the weather conditions but bases his claims on the assertion that Defendants' liability stems solely from failing to take the weather conditions into account in controlling their speed and driving. Plaintiff's Original Petition, Section IV.  Plaintiff then goes on to assert generalized claims of negligence against all Defendants without specifically alleging any jurisdictional or liability facts as to FedEx Ground.  However, these generalized claims are improper in the specific case as there is no basis for either specific or general jurisdiction over FedEx Ground.

10.     Rather, FedEx Ground's connection to Texas and the accident is as set forth in the Affidavit attached hereto.  FedEx Ground contracted with Nolan Transportation Group, LLC ("Nolan") on August 4, 2020 to provide broker services to generally arrange for the transport of shipments that exceed the capacity of FedEx Ground's Transportation Service Providers or for other business reasons, (the "Broker Agreement"). Exhibit A. No aspect of the Broker Agreement was negotiated or executed in Texas and the agreement is governed by Pennsylvania law, not Texas law. Exhibit A; Exhibit A-1. Nolan's responsibilities under the Broker Agreement were to arrange for the transportation of freight with for-hire motor carriers that have been specifically approved by FedEx Ground as meeting the requirements set forth in the Broker Agreement.

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Specifically, that the motor carrier (1) has a valid operating authority, (ii) does not have an unsatisfactory safety rating, and (iii) maintains the requisite insurance coverage. Before engaging any carrier, Nolan must submit the carrier to FedEx Ground for approval in relation to these requirements. Pursuant to the Broker Agreement, Nolan was prohibited from utilizing motor carriers for the transportation of FedEx Ground cargo that have not been approved for use by FedEx Ground. Nolan was further responsible for ensuring that any such Servicing Motor Carrier would perform all transportation services directly in equipment operating under the Servicing Motor Carrier's motor carrier authority and that in no event will such Servicing Motor Carrier co-broker, subcontract, or otherwise tender cargo to be transported by any third party. Exhibit A-1.

11.     The Broker Agreement further required Nolan to get a contract with any such Servicing Motor Carrier that included said motor carrier's agreement to perform the transportation services directly with the equipment under its own authority and that it shall not co-broker, trip lease, or otherwise subcontract the transportation or handling of any shipment tendered to it pursuant to the Broker Agreement. Exhibit A-1.

12.     In early February 2021, Nolan agreed to broker transportation of a FedEx Ground branded trailer that originated in Portland, Oregon. In accord with the Broker Agreement, FedEx Ground was unaware of which motor carrier Nolan brokered the load to and was thus entitled to assume Nolan performed in accord with the Broker Agreement and selected an approved motor carrier. Exhibit A. Following the accident at issue, FedEx Ground became aware that the load was being transported by Simon Express, Inc., ("Simon"), at the time of the accident. *Id.* Simon was not an approved motor carrier, and contrary to the Broker Agreement with FedEx Ground, Nolan failed to request approval for Simon to act as a motor carrier. *Id.* Regardless, FedEx Ground

6

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

did not own, maintain, schedule, or operate the tractor involved in the accident on February 11, 2021. *Id.* Other than a delivery location and a due by date, all maintenance, operation, routing and scheduling issues were left in the control of the motor carrier selected by Nolan. *Id.*

13.    Plaintiff's claims arise solely out of the operation and handling of the tractor at issue and claims regarding the drivers themselves. FedEx Ground did not select the motor carrier, did not select the drivers, did not own or maintain the tractor and had no control over the route or operation of the tractor. FedEx Ground's contacts in relation to this accident are limited solely to an out of state contract with an out of state company governed by Pennsylvania law to select another company to deliver a load by a certain date. In this particular instance, the motor carrier at issue was not even approved pursuant to the terms of the contract. These contacts do not demonstrate that FedEx Ground sought to avail itself of the protections and privileges of Texas law in any way.

### b. FedEx Ground is Not Subject to General Jurisdiction in Texas

14.    The Texas Supreme Court has recognized that general jurisdiction requires a more demanding minimum contacts analysis. *Spir Star AG v. Kimich*, 310 S.W.3d 868 (Tex. 2010). The United States Supreme Court has made this clear in the cases of *Daimler AG v. Bauman*, 571 U.S. 117 (2014), *Bristol-Myers Squibb Co. v. Superior Court of Cal., San Francisco County*, 137 S.Ct. 1773 (2017) and most recently *Ford Motor Co. v. Montana Eighth Judicial Dist. Ct.,* 141 S.Ct. 1017 (2021), wherein they have asserted the focus of the general jurisdiction inquiry is whether a defendant's affiliations are so continuous and systematic as to render it essentially "at home" in the forum state. A corporate defendant is not considered at home anywhere other than its state of incorporation or principal place of business absent exceptional circumstances. *See Id.*

7

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

The example most often cited by the U.S. Supreme Court for exceptional circumstances is *Perkins v. Benguet Consol. Mining Co.*, 342 U.S. 437 (1952) where the company at issue temporarily moved its principal place of business to Ohio as a result of World War II. *See Id.*

15.     As previously discussed, FedEx Ground is at home in Delaware where it is incorporated and in Pennsylvania where it has its principal place of business.  There are no exceptional circumstances such as a global war forcing FedEx Ground to move its principal place of business that would justify finding that FedEx Ground is "at home" in Texas. "Doing business," even "a substantial amount of business," is not a sufficient basis for the exercise of general personal jurisdiction.  *See BNSF Ry. Co. v. Tyrrell*, 137 S. Ct. 1549, 1553–54 (2017) (holding defendant railroad was not subject to general personal jurisdiction in Montana, despite the fact that it maintained over 2,000 miles of track, employed more than 2,000 workers, and was "doing business" in Montana); *id.* at 1559 ("[I]n-state business, we clarified in *Daimler* and *Goodyear*, does not suffice to permit the assertion of general jurisdiction over claims like [the plaintiff's] that are unrelated to any activity occurring in [the forum].").  Therefore the general jurisdiction basis for personal jurisdiction pled by Plaintiff does not serve to confer personal jurisdiction over FedEx Ground.

### c. FedEx Ground is Not Subject to Specific Jurisdiction Based Upon its Contacts with Texas in Relation to Plaintiff's Claims.

16.     Plaintiff has failed to plead any basis for specific jurisdiction but would be unable to do so even should they choose make the attempt.  When determining the existence of personal jurisdiction, courts "consider only the defendant's contacts with Texas itself, not other parties' contacts with Texas" and "assess each defendant's contacts with Texas individually." *FedEx Corp. v. Contreras*, No. 04-19-00757-CV, 2020 WL 4808721, at *4 (Tex. App.—San Antonio Aug. 19, 2020, orig. proceeding) (citing *Old Republic Nat'l Title Ins. Co. v. Bell*, 549 S.W.3d 550,

8

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

561 (Tex. 2018); *PHC-Minden, L.P. v. Kimberly-Clark Corp.*, 235 S.W.3d 163, 172 (Tex. 2007)). Therefore, an allegation that "one or more of the Defendants" is subject to personal jurisdiction will never be sufficient to show that all defendants—or any particular defendant—are subject to personal jurisdiction. Specific jurisdiction requires that the plaintiff's claims " 'must arise out of or relate to the defendant's contacts' with the forum." *Ford Motor Co.,* 141 S.Ct. at 1025 *citing Bristol-Myers,* 582 U.S. at ----, 137 S.Ct. at 1780.

(i)      *Plaintiff Has Failed to Plead Specific Jurisdiction*

17.      Plaintiff has not alleged any connection between FedEx Ground's alleged "business" in Texas and their causes of action.  "When no such connection exists, specific jurisdiction is lacking regardless of the extent of a defendant's unconnected activities in the State." *Bristol-Myers.,* 137 S. Ct. at 1776. ).  As stated above, "[i]f the plaintiff fails to plead facts bringing the defendant within reach of the long-arm statute (*i.e.,* for a tort claim, that the defendant committed tortious acts in Texas), the defendant need only prove that it does not live in Texas to negate jurisdiction." *Kelly,* 301 S.W.3d at 658-59.

18.      Plaintiff fails to specify a single act—tortious or otherwise—that FedEx Ground actually performed within the State of Texas.  Accordingly, Plaintiff has failed to bring FedEx Ground within the provisions of the long-arm statute. *See* TEX. CIV. PRAC. & REM. CODE § 17.042.

19.      Plaintiff's allegations directed at "All Defendants" or "Defendants," are wholly inadequate to establish the existence of specific personal jurisdiction because courts "must . . . assess each defendant's contacts with Texas individually." *Contreras,* 2020 WL 4808721, at *4 (citing *PHC-Minden, L.P. v. Kimberly-Clark Corp.*, 235 S.W.3d 163, 172 (Tex. 2007)).  The

9

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

allegations in Section V of the Original Petition are also false with respect to FedEx Ground. *See* Exhibit A.

20.     Taken together, the inadequacy of Plaintiff's jurisdictional allegations and FedEx Ground's nonresident status are sufficient grounds to dismiss FedEx Ground from this proceeding as the Court lacks personal jurisdiction over FedEx Ground.

(ii)     *Plaintiff's Cannot Allege Facts Sufficient to Support Specific Jurisdiction*

21.     Even if Plaintiff had made legally sufficient allegations, such allegations would be contradicted by the facts of this case.

22.     "[F]or a nonresident defendant's forum contacts to support an exercise of specific jurisdiction, there must be a substantial connection between those contacts and the operative facts of the litigation." *Moki Mac River Expeditions v. Drugg*, 221 S.W.3d 569, 585 (Tex. 2007). There are no contacts between FedEx Ground and the State of Texas that are substantially connected to the litigation's operative facts. Although FedEx Ground employs personnel and maintains facilities in Texas, FedEx Ground's employees and facilities are not substantially connected to the operative facts of this litigation. *See* Exhibit A; *see also Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco Cty.*, 137 S. Ct. 1773, 1776 (2017) ("When no such connection exists, specific jurisdiction is lacking regardless of the extent of a defendant's unconnected activities in the State.").

23.     FedEx Ground did not consent to jurisdiction or avail itself of the privileges and protections of Texas law by registering with the Texas Secretary of State. *See, e.g., Contreras*, 2020 WL 4808721, at *8 ("[W]e join our sister courts in declining to hold that a corporation

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

automatically subjects itself to general jurisdiction in Texas by registering to do business or appointing an agent for service of process here." (citations omitted)); *see also* Exhibit A.

24.     FedEx Ground did not own, maintain, schedule or operate the tractor allegedly involved in a collision on February 11, 2021. *See* Exhibit A. The allegations in Section V of the Original Petition are simply false with respect to FedEx Ground. *Id.*

25.     FedEx Ground did not recruit, hire, train, qualify, supervise, schedule, or employ the driver allegedly involved in a collision on February 11, 2021. See Exhibit A. The drivers of the Simon tractor involved in the collision were not employees, agents, or representatives of FedEx Ground and were not acting within the course and scope of employment and/or agency for FedEx Ground at the time and place of the alleged incident on February 11, 2021. *Id.* FedEx Ground did not entrust a vehicle involved in the collision on February 11, 2021 to the alleged drivers of that vehicle or ratify the alleged actions of those drivers on February 11, 2021. *See* Exhibit A.

26.     FedEx Ground's involvement in the events alleged by Plaintiff was limited to requesting Nolan, pursuant to a general broker agreement, to arrange for shipment of cargo between Portland, Oregon and Fort Worth, Texas. Exhibit A. Nolan then selected and presumably contracted with, a common carrier to transport the cargo to Fort Worth. *Id.* FedEx Ground has learned since the accident that the carrier selected or at least the carrier that transported the load was not an approved motor carrier pursuant to the terms of its contract with Nolan. Presumably, that motor carrier owned, maintained, scheduled, and operated the tractor allegedly involved in a collision on February 11, 2021. *Id.* Likewise it is presumed, that motor carrier also recruited, hired, trained, qualified, supervised, scheduled, and employed the drivers involved in a collision on February 11, 2021. *Id.* More importantly, FedEx Ground did none of those things and exercised

11

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

no control over how they were done.  All of FedEx Ground's communications regarding the cargo and arrangements for its transportation occurred outside of Texas, and FedEx Ground did not form any contracts in Texas regarding the transportation of the cargo.  *Id.*  Prior to February 11, 2021, FedEx Ground had no knowledge of the specific common carrier selected by Nolan or the route or timing used to transport the cargo from Portland to Fort Worth.  *Id.*

27.     Therefore, there is no factual basis for the exercise of specific jurisdiction over FedEx Ground that would satisfy the Texas long-arm statute and federal due process.

**D.     Conclusion.**

28.     FedEx Ground respectfully requests that this Special Appearance be set for hearing by the Court, that upon the hearing FedEx Ground's Special Appearance be sustained, and that the entire proceeding against FedEx Ground be dismissed for want of jurisdiction.

## II.    <u>MOTION TO TRANSFER VENUE</u>

29.     In the event this Court finds that FedEx Ground is subject to the Court's jurisdiction then FedEx Ground specifically denies the venue facts pled by Plaintiff and asks this Court to reject venue in Hidalgo County, Texas and transfer this case to Tarrant County, Texas because Tarrant County, Texas is a proper venue under Texas's General Venue Statute.

30.     In an attempt to engage in forum shopping, Plaintiff has invoked the jurisdiction of Hidalgo County despite the fact that his claims have little, if any, connection to this county. Instead, Plaintiff's claims arise out of an accident that was part of a series of accidents covering approximately half a mile of toll road in Tarrant County, Texas.  Plaintiff's venue claim is based solely upon the assertion that one or more of Defendants resides in this County.  Original Petition, § III.  Defendant GG's Produce Transport, LLC and I Garza, LLC's ("Defendant GG") principal

12

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

place of business is allegedly located in Hidalgo County, Texas. *Id.* However, this is clear evidence of Plaintiff's attempt to manipulate venue as Plaintiff cannot possibly have legitimate claims against Defendant GG or I Garza as, based on physical evidence available, no acts or omissions by Defendant GG or I Garza could have caused or contributed to the injuries claimed by Plaintiff.[1]

### A.    Factual summary.

31.    On February 11, 2021, a multi-vehicle accident occurred on the expressway of Interstate 35 West in Tarrant County, Texas. Plaintiff allege he was driving on the expressway of Interstate 35 West in Fort Worth, Texas when he was caused to be involved in a catastrophic accident. Original Petition, § IV. Defendants GG and I Garza were also involved in the accident, but not with the Plaintiff's vehicle directly or indirectly.

### B.    Argument.

32.    Plaintiff claims venue is proper as one or more Defendants resides in Hidalgo County, Texas, but only assert Defendant GG and I Garza maintain such a principal place of business. As the Court is aware, if no mandatory venue provision applies, a suit must be brought in one of the following counties:

a. In the county in which all or a substantial part of the events or omissions giving rise to the claim occurred;

---

[1] One Court has already noted the break in causation between vehicles in the first cluster (Defendants GG and I Garza) versus vehicles in the third cluster (Plaintiff Pennington). In remanding a separate action, Judge Micaela Alvarez noted "While the Court agrees that the location of the vehicles or potential intervening causes may preclude recovery as to Defendant GG's Produce, it cannot say the same about Defendant Carlos Ruvalcaba without delving into the merits of the case." Exhibit B, Order of Remand.

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

b. In the county of defendant's residence at the time the cause of action accrued if the

defendant is a natural person; or

c. In the county of defendant's principal office in this state, if the defendant is not a natural

person.

TEX. CIV. PRAC. & REM. CODE §15.002(a).

33.     In this case, Plaintiff is relying solely upon subsection (c) above and based solely

upon Defendants GG and I Garza.  FedEx Ground acknowledges that generally speaking, a

plaintiff retains the right to invoke the venue of its choice, something which plaintiffs often employ

to their advantage by selecting venues with little attachment to the case but which they perceive as

favorable. *See Garza v. Garcia*, 137 S.W.3d 36, 43 (Tex. 2004); *see also*, Lawrence Morales,

*"Isn't that Convenient? Texas Venue Transfers Based on Convenience after Garza v. Garcia,"* 57

Baylor L. Rev. 905, 906 (2005).  However, if a plaintiff selects an improper venue, then the initial

court must transfer the action to a county of proper venue upon objection by a defendant. *See In*

*re Team Rocket, L.P.*, 256 S.W.3d 257, 259 (Tex. 2008); TEX. R. CIV. P. 87.  Thus, while Plaintiff

does get to pick first, FedEx Ground gets to correct the mistake if Plaintiff chooses to spurn that

right by selecting a perceived more favorable, although improper, venue. *See Garza v. Garcia*,

137 S.W.3d at 43.

34.     Texas Rules of Civil Procedure 86 and 87 govern motions to transfer venue.  Under

Rule 87(2)(b), once a defendant challenges a plaintiff's venue choice the plaintiff must present

prima facie proof that venue is proper. *See Moveforfree.com, Inc. v. David Herrick, Inc.*, 288

S.W.3d 539, 541 (Tex. App—Houston [14th Dist] 2009, no pet).

> The purpose of this requirement is to establish the good faith of the plaintiff in
> joining the resident defendant.  The theory is that proof of a cause of action against

14

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

the resident defendant is necessary to establish that the resident defendant is not joined fraudulently or collusively for the purpose of maintaining venue against the nonresident defendant.

*Von Scheele v. Kingler-Morris Gen. Contractors, Inc.*, 532 S.W.2d 375, 380-81 (Tex. App—Dallas 1975, writ dism'd).

35.     A defendant can request the court transfer venue for fraudulent venue if the defendant shows: (1) that plaintiff did not have a valid cause of action and (2) that plaintiff knew or should have known this fact at the time of filing suit. *See Sun Oil Co. (Delaware) v. Hall*, 566 S.W.2d 696, 698 (Tex. Civ. App—Austin 1978, no writ). Here, there is evidence of such behavior on the part of the Plaintiff. This scenario is precisely the scenario contemplated by *ACF Indus., Inc. v. Carter*, 903 S.W.2d 423 (Tex. App.—Texarkana 1995), writ dismissed by agreement (Oct. 5, 1995), where that Court stated:

> At trial, [Plaintiff's] attorneys offered no evidence whatsoever to substantiate a cause of action against [fraudulent venue defendant]. During the trial, the trial court directed a verdict in favor of [fraudulent venue defendant] because of the absence of any evidence against him. That ruling was not challenged on appeal. Looking at the entire record, including the trial evidence, we conclude that [fraudulent venue defendant] was not a proper defendant in the trial. Venue in Harrison County was therefore improper. . . .  The improper venue error requires reversal.

*Id.* at 424.

36.     The case of *Pines of Westbury* further illustrates the application of this principle. *See Pines of Westbury, Ltd. v. Paul Michael Const, Inc.*, 993 S.W.2d 291 (Tex. App.—Eastland 1999, no writ). In *Pines of Westbury*, the trial court granted summary judgment in favor of the only defendant whose presence made venue in Dallas County proper. The opinion held that the summary judgment in favor of that defendant destroyed proper venue in Dallas County and made the trial court's denial of another defendant's motion to transfer improper. *Id.* at 293. Thus, the

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

question at issue here is whether Plaintiff has properly pleaded a cause of action against Defendant GG and 1 Garza. *Cf. In re Valetullo*, 976 S.W.2d 893 (Tex. App—Austin 1998, no pet); *In re TXDOT*, 218 S.W.3d 74, 78-79 (Tex. 2007); *Acker v. Denton Publ'g Co.*, 937 S.W.2d 111 (Tex. App—Fort Worth 1996, no writ); Tex. Civ. Prac. & Rem. Code § 15.002. A cause of action consists of a plaintiff's primary right and the defendant's act or omission that violated that right. *See Jones v. Ray*, 886 S.W.2d 817, 821 (Tex. App—Houston [1st Dist.] 1994, no writ). To be properly pleaded, the trial court must be able to determine with reasonable certainty the elements of the cause of action and the relief sought. *See Stoner v. Thompson*, 578 S.W.2d 679, 683 (Tex. 1979). The pleadings must describe the claim in sufficient detail from which the defendant can ascertain the controversy and the evidence that might be relevant to controvert the claim. *See Low v. Henry*, 221 S.W.3d 609, 612 (Tex. 2007). Most importantly, the plaintiff must identify a valid legal basis supporting the defendant's liability; a plaintiff has no right to recover against a defendant who did not breach a legal duty it owed to the plaintiff. *See El Chico Corp. v. Poole*, 732 S.W.2d 306, 311 (Tex. 1987, superseded by statute on other grounds) citing *Abalos v. Oil Development Co.*, 544 S.W.2d 627, 631 (Tex. 1976).

37.     In the present instance, Defendant GG/1 Garza was located near the front of the pileup approximately ½ a mile away from where Plaintiff ran into other vehicles and himself became part of the pileup. Plaintiff is claiming that Defendant GG/I Garza somehow owed a duty to prevent Plaintiff from crashing into other vehicles on the roadway approximately half a mile away. This duty simply does not exist under Texas law. As such, Plaintiff's claims against Defendant GG/I Garza are fraudulent and thus insufficient to support venue in Hidalgo County.

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

38.     As a result of Plaintiff's failure to invoke venue in a proper county, this Court must transfer venue to a county of proper venue.  Under TEX. CIV. PRAC. & REM. CODE § 15.002(a)(1), venue is proper in the county in which all or a substantial part of the events and conditions giving rise to the claims at issue occurred.  The motor vehicle accident of which Plaintiff complains occurred entirely within Tarrant County.  Therefore, FedEx Ground respectfully requests that the Court transfer this matter to Tarrant County.

**C.     Alternatively, this case should be transferred based on convenience and justice.**

39.     In the event this Court finds that Plaintiff has properly invoked venue in Hidalgo County, FedEx Ground requests that the Court transfer this matter to Tarrant County based upon the convenience of the parties under TEX. CIV. PRAC. & REM. CODE § 15.002(b).  Specifically, § 15.002(b) states:

> (b) For the convenience of the parties and witnesses and in the interest of justice, a court may transfer an action from a county of proper venue under this subchapter or Subchapter C to any other county of proper venue on motion of a defendant filed and served concurrently with or before the filing of the answer, where the court finds:
>> (1) maintenance of the action in the county of suit would work an injustice to the movant considering the movant's economic and personal hardship;
>> (2) the balance of interests of all the parties predominates in favor of the action being brought in the other county; and
>> (3) the transfer of the action would not work an injustice to any other party.

40.     In the present case, convenience and justice dictate that venue be in Tarrant County, Texas.  The accident at issue involves over 100 vehicles; issues concerning design, construction, maintenance, operation, and preparation of the toll road at issue; dozens of companies; and over 100 individuals from all over the country.  Exhibit C, Peace Officer's Crash Report.  The initial response to the accident, investigation, and most of the initial medical treatment for individuals involved in the accident was conducted by authorities in Tarrant County and witnesses located in

17

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Tarrant County. According to the Peace Officer's Crash Report, 81 of the 113 drivers identified in the report live in Tarrant County (this includes Plaintiff Christopher Pennington) The sheer scope of the number of witnesses, potential claimants, and evidence would make even a relatively short distance significant, and the distance between Hidalgo and Tarrant Counties is not short. In fact, Hidalgo County, Texas is approximately 490 miles (about 7.5 driving hours) away from the scene of the incident and the hundreds of individuals involved in the accident and hundreds of individuals involved in responding to the accident and providing treatment for those involved.

41.     The distance between where all of the principal events and people are in this accident and Hidalgo County is particularly significant given the 150 mile subpoena range limit imposed by Tex. R. Civ. P. 176.3 Litigating this matter in Hidalgo County would impose a substantial and undue burden upon all of the litigants and particularly the witnesses during the discovery phase and in any trial of this matter.

42.     Perhaps the most important consideration under this analysis is that of justice. This accident occurred as a result of icing conditions that arose rapidly over a nearly half-mile long stretch of toll road located entirely within Tarrant County, Texas. The construction, operation, and maintenance of this toll road occurred entirely within Tarrant County and is specifically intended to be a roadway that is attractive to Tarrant County residents to use. The citizens of Tarrant County have the strongest possible interest in ensuring that their roads are properly designed, constructed, maintained, and operated. The witnesses, the police officers involved in the investigation, and all of the emergency service professionals who helped those involved in the crash also deserve to have the most convenient venue possible as all of the myriad claims that can be anticipated from this accident serve to further disturb their lives.

18

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

43.    Further, transferring this matter will not work an injustice on Plaintiff as he lives there and it certainly will not act an injustice upon Plaintiff's counsel who constantly handle cases throughout Texas.

44.    As discussed above, the only connection to Hidalgo County here is that of two related defendants that could not have proximately caused Plaintiff's injuries.  Comparatively, the interests of the citizens of Tarrant County, the location of hundreds of witnesses, the evidence, and the important future considerations regarding the toll road's operation far outweigh the tenuous connection alleged by Plaintiff.  Therefore, FedEx Ground respectfully submits that justice and the convenience of the witnesses and parties requires that this matter be transferred to Tarrant County for resolution.

## III.    SPECIAL EXCEPTIONS

Subject to its special appearance, FedEx Ground hereby makes the following special exceptions:

45.    FedEx Ground hereby specially excepts to Section V "Causes of Action" for failing to identify the specific "applicable state and federal rules and regulations, including but not limited to the Federal Motor Carrier Safety Regulations" that Plaintiff alleges FedEx Ground breached or failed to follow in any way.  FedEx Ground respectfully requests that Plaintiff be ordered to replead and specifically identify the rules, statutes, and regulations at issue, or upon a failure to do so, that the Court dismiss this claim with prejudice.

46.    FedEx Ground hereby specially excepts to Section VI "Damages" wherein Plaintiff asserts a claim for Exemplary Damages because Plaintiff's has failed to identify any specific factual allegations which support a gross negligence claim as opposed to a simple negligence claim.

19

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

FedEx Ground respectfully requests that Plaintiff be ordered to replead to assert which specific facts they are claiming go beyond a simple negligence claim to justify a claim for gross negligence or, upon a failure to do so, that the Court dismiss Plaintiff's claims for gross negligence with prejudice.

## IV.    GENERAL DENIAL

47.    Subject to its special appearance, FedEx Ground, expressly reserving its rights pursuant to TEX. R. CIV. P. 92, 93, 94, 97, 98, and 120a to have its special appearance adjudicated before any other matter and, subject thereto, to file special exceptions, affirmative defenses, counterclaims, cross-claims, and third-party claims, following appropriate investigation and discovery, denies each and every, all and singular, the allegations contained in the First Amended Petition, and any amendments and supplements filed thereto and demands strict proof thereof by a preponderance of the credible evidence as required by the Constitution and Laws of the State of Texas.

## V.    VERIFIED PLEAS

Subject to its special appearance, FedEx Ground hereby makes the following verified pleas:

48.    At the time of the accident forming the basis of this lawsuit, the operators of the tractor pulling the FedEx Ground trailer were not employed by FedEx Ground.

49.    FedEx Ground denies that the operators of the tractor pulling the FedEx Ground trailer were acting in the course and scope of their employment with FedEx Ground and also denies any allegations that they were employees of FedEx Ground.

20

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

50.     FedEx Ground denies that FedEx Ground owned the tractor that was pulling the FedEx Ground trailer at the time of the incident made the basis of this lawsuit. Rather, the tractor was owned, operated and/or leased by an entity/entities over whom FedEx Ground had no control.

## VI.     AFFIRMATIVE DEFENSES

Subject to its special appearance, FedEx Ground hereby asserts the following affirmative defenses:

51.     By way of further answer, FedEx Ground would show this Court that Plaintiff's claims are barred, in whole or in part, because the occurrence and injuries, if any, made the basis of this lawsuit were proximately caused by the failure of Plaintiff to exercise ordinary care for Plaintiff's own safety and the safety of others on the occasion in question. Plaintiff's failure represents the sole proximate cause of such occurrence or, in the alternative, a proximate cause of the occurrence in question.

52.     By way of a separate or affirmative defense, FedEx Ground would show that Plaintiff's claims are barred or preempted, in whole or in part, by federal law including but not limited to Title 49 of the United States Code, 49 U.S.C. §§ 41713 and 14501, and Title 49 of the Code of Federal Regulations.

53.     By way of a separate or affirmative defense, FedEx Ground contends that Plaintiff's negligence, or the negligence of a third party for which FedEx Ground is not responsible, was the sole and/or a proximate cause of the occurrence in question.

54.     By way of a separate or affirmative defense, FedEx Ground would show that FedEx Ground is not liable for any condition resulting from the failure, if any, of Plaintiff to act as persons

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

of ordinary prudence would have acted under the same or similar circumstances in caring for and treating Plaintiff's injuries, if any, that resulted from the occurrence in question.

55.     By way of a separate affirmative defense, FedEx Ground contends that Plaintiff's "right" to recover medical expenses is limited by the provisions of TEX. CIV. PRAC. & REM. CODE § 41.0105. The amount Plaintiff was "billed" for the medical treatment received by him post-accident is in excess of the amounts actually paid or incurred. Thus, recovery of medical or health care expenses incurred by Plaintiff is limited to the amount actually paid or incurred by or on behalf of Plaintiff.

56.     FedEx Ground further pleads the affirmative defense and/or provisions set forth in Section 18.091 of the Texas Civil Practices & Remedies Code, requiring Plaintiff to prove Plaintiff's loss of earnings and/or loss of earning capacity in the form which represents net loss after reduction for income tax payments or unpaid tax liability on said loss of earnings claim pursuant to federal income tax law. *See* TEX. CIV. PRAC. & REM. CODE § 18.091. Additionally, FedEx Ground requests that the Court instruct the jury as to whether any recovery for compensatory damages sought by Plaintiff, if any, is subject to federal or state income taxes.

57.     Further, FedEx Ground requests that the Court and Jury consider the relative damages and conduct of the parties and all alleged tortfeasors, including Plaintiff, and accord FedEx Ground the full benefit of TEX. CIV. PRAC. & REM. CODE ANN. Chapter 33, which includes, but is not limited to, proportionate responsibility and contribution.

58.     Pleading further, alternatively, and by way of affirmative defense, FedEx Ground would show, in the unlikely event that any liability is found on the part of FedEx Ground, that such

22

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

liability be reduced by the percentage of the causation found to have resulted from the acts or omissions of Plaintiff or any third parties.

59.     Pleading further, alternatively, and by way of affirmative defense, FedEx Ground would state that in the unlikely event that an adverse judgment is rendered against it, FedEx Ground would respectfully request all available credits and/or offsets as provided by the Texas Civil Practice and Remedies Code and under Texas Law.

60.     Should this case be submitted to a jury, FedEx Ground asks the Court to submit as instructions the following inferential-rebuttal defenses raised by the evidence:

a. The collision was an unavoidable accident;

b. The collision was the result of a sudden emergency; and

c. The collision was the result of an Act of God.

61.     By way of further answer, in the unlikely event FedEx Ground is found liable, then FedEx Ground affirmatively pleads it is entitled to a credit or offset for any and all sums Plaintiff has received or may hereafter receive by way of any and all settlements, loan receipts, or Mary Carter type agreements, arising from Plaintiff's claims and causes of action.

62.     By way of further answer, FedEx Ground would show that it is entitled to an offset and/or credit for sums previously paid.

63.     By way of further separate or affirmative defense, FedEx Ground pleads the provisions of Texas Civil Practice and Remedies Code § 41.008 in which exemplary damages awarded against a defendant may not exceed an amount greater than: (1)(a) two times the amount of economic damages; plus (b) an amount equal to any non-economic damages found by the jury, not to exceed $750,000.00; or (2) $200,000.00.

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

64.     Further, FedEx Ground will show that the claim for exemplary damages is in violation of the Constitution of the United States and the Constitution of the State of Texas and should not be allowed against FedEx Ground for the following reasons, among others:

a. Any award of punitive damages would be arbitrary, unreasonable, excessive, and in violation of FedEx Ground's rights to due process of law and equal protection of the law under the Fifth, Eighth, and Fourteenth Amendments of the United States Constitution and Article l, Sections 13 and 19 of the Constitution of the State of Texas.

b. Punitive damages should be proved beyond a reasonable doubt or, in the alternative, be proven by a clear and convincing standard of proof.   To allow an award of punitive damages based on a preponderance of the evidence constitutes a denial of due process.

c. Any award of punitive damages is criminal in nature and in this case may be awarded without the safeguards contemplated by the Fifth, Sixth, Eighth, and Fourteenth Amendments of the United States Constitution.

d. The award of punitive damages under Texas procedure constitutes excessive fines in violation of the Eighth and Fourteenth Amendments of the United States Constitution.

e. The award of punitive damages makes it possible to take the property of FedEx Ground without due process of law.

## VII.   **JURY DEMAND**

65.     Subject to its special appearance, FedEx Ground respectfully requests a trial by jury.  The jury fee is being tendered in accordance with the filing of this Answer subject to FedEx Ground's special appearance and motion to transfer venue.

## VIII.   **PRAYER**

24

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

WHEREFORE, PREMISES CONSIDERED, and subject to its special appearance, FedEx

Ground prays that Plaintiff take nothing, that FedEx Ground be discharged, that FedEx Ground be

awarded its costs of Court, and for all further relief, both general and special, at law and in equity

to which FedEx Ground may show itself justly entitled.

Respectfully submitted,
HARTLINE BARGER, LLP

Peter C. Blomquist
State Bar No. 00794921
Pblomquist@hartlinebarger.com
Daniel R. Erwin
State Bar No. 24059724
derwin@hartlinebarger.com
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
Phone:  713-759-1990
Fax:  713-652-2419

Andrew L. Petersen
State Bar No. 24059226
apetersen@hartlinebarger.com
Luke C. Spencer
State Bar No. 24094960
lspencer@hartlinebarger.com
8750 N. Central Expressway, Suite 1600
Dallas, Texas  75231
Phone: 214-369-2100
Fax:  214-369-2118
**Attorneys for Defendant Fedex Ground Package System, Inc.**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

## CERTIFICATE OF SERVICE

On the 8th day of August, 2021, I electronically submitted the foregoing document with the clerk of the District Court in Hidalgo County, Texas, using an Electronic Filing System Provider (EFSP). I hereby certify that I have served all counsel and/or pro se parties of record electronically and/or by another manner authorized by Texas Rule of Civil Procedure 21a:

Kurt Arnold
Texas Bar No. 24036150
Kyle Findley
Texas Bar No. 24076382
Adam Lewis
Texas Bar No. 24094099
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
e-service@arnolditkin.com
kbateam@arnolditkin.com
karnold@arnolditkin.com
kfindley@arnolditkin.com
alewis@arnolditkin.com

*Attorneys for Plaintiff*

Peter C. Blomquist

26

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

# EXHIBIT "A"

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

## AFFIDAVIT OF DAYSHA LOVE

STATE OF {PENNSYLVANIA}      )
                                )
COUNTY OF {ALLEGHENY}       )

Before me, the undersigned authority, personally appeared Daysha Love, who deposes and says:

1.    I am over the age of eighteen (18), have never been convicted of a crime, and am fully competent to testify in legal proceedings and to make this Affidavit. I have personal knowledge of the facts contained in this Affidavit, and if called upon to testify would and could do so competently and truthfully as set forth herein.

2.    I hold the position of Manager- Transportation Compliance & Analytics at FedEx Ground Package System, Inc. ("FedEx Ground"), and maintain an office at the company's headquarters in Moon Township, Pennsylvania. I have held this position since October 2018. In this position, my job responsibilities include, but are not limited to overseeing compliance to the third-party purchased transportation contracts, and overseeing the Veroot system for monitoring all third-party purchased transportation contracts and their approved subcontractors. I also maintain signing authority for third-party purchased transportation contracts.

3.    FedEx Ground is incorporated in Delaware, and maintains its principal place of business at 1000 FedEx Drive, Moon Township, PA 15108.

4.    FedEx Ground transports freight throughout the United States, primarily through contracts with Transportation Service Providers, but also engages brokers such as Nolan Transportation Group, LLC ("Nolan) to arrange for the transport of shipments that exceed the capacity of Transportation Service Providers, or for other business reasons.

1

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

5.  On August 4, 2020, FXG entered into a 36-month Broker Agreement with Nolan, an Atlanta-based company authorized to operate as a broker in interstate and intrastate commerce, to arrange for transportation services as may be required by FedEx Ground to service its customers. A true and correct copy of that agreement with some redaction is attached hereto as **Exhibit A.**

6.  No aspect of the Broker Agreement was negotiated or executed in Texas, and the Broker Agreement is not governed by Texas law.

7.  Pursuant to the Broker Agreement, Nolan arranges for the transport of freight with for-hire motor carriers that have been specifically approved by FedEx Ground as meeting the requirements set for the in the Broker Agreement, that is, (i) has a valid operating authority, (ii) does not have an unsatisfactory safety rating, and (iii) maintains the requisite insurance coverage.  Before engaging any motor carrier, Nolan must submit the carrier to FedEx Ground for approval.  Nolan is prohibited from utilizing motor carriers for the transportation of FedEx Ground cargo that have not been approved for use by FedEx Ground. Once approved, Nolan may continue to use such carrier without additional notice to FedEx Ground.

8.  FedEx Ground contracts with Veroot to monitor approved carriers Department of Transportation registration and safety rating.  If a carrier falls out of compliance with the required registration or safety rating, FedEx Ground receives notice and the carrier is no longer approved for engagement by Nolan.

9.  Further, Nolan was contractually responsible for ensuring that the approved motor carrier perform all transportation services under that motor carrier's operating authority, and that the approved motor carrier would not co-broker, subcontract, or otherwise tender cargo to a motor carrier that had not been approved by FedEx Ground.

2

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

10. In early February 2021, Nolan agreed to broker a FedEx Ground-branded trailer load that originated in Portland, Oregon. Prior to the subject accident, and consistent with the Broker Agreement, FedEx Ground was unaware of which approved motor carrier Nolan had arranged to transport the cargo. Upon information and belief, Nolan contracted with Iso Rizo (DOT #318252), a motor carrier previously approved under the Broker Agreement between FedEx Ground and Nolan, to transport the cargo from Portland to Fort Worth.

11.   However, following the subject accident on February 11, 2021, FedEx Ground became aware that Simon Express, Inc. ("Simon") had been transporting the trailer load at the time of the accident.   Nolan had never requested approval for Simon as a carrier under the Broker Agreement, and in fact, FedEx Ground has no record that Simon was ever approved to provide services under the Broker Agreement.

12.   Based upon information that has been gathered thus far, the load was being driven by Jean Marie Saint Lot and Franz Clement. On February 11, 2021, the date of the accident, neither driver was an employee and/or agent of FedEx Ground. FedEx Ground was unaware that they were the individuals driving the load pursuant to the terms of the Broker Agreement with Nolan.

13.   FedEx Ground did not own, maintain, or operate the tractor allegedly involved in the subject accident on February 11, 2021. Maintenance, operation and scheduling issues were left in the control of the motor carrier selected by Nolan. FedEx Ground only provided a delivery location and delivery date. In this instance, the load was to be delivered to a FedEx Ground facility at 1101 E. Cleveland Road, Hutchinson, Texas 75141 for processing.   According to FedEx Ground's tracking data, the load was intended to be dispatched on February 9, 2021 at 2:54 a.m. with an estimated arrival time of February 11, 2021 at 3:30 p.m.   The load was actually dispatched on February 9, 2021 at 8:22 p.m. and its arrival estimate was updated to February 11, 2021 at 12:14

3

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

p.m. Based upon the time of accident, the drivers had approximately six hours to complete their journey from where the accident occurred in Fort Worth to the final destination. According to a quick google maps search, that drive would normally take less than an hour and covered only 45-50 miles. Details regarding route, operation, drivers, FMCSR compliance, training, equipment, and everything else regarding how to transport the load were solely within the hands of the motor carrier selected by Nolan.

14. FedEx Ground did not recruit, hire, train, qualify, supervise, direct, control or employ the drivers allegedly involved in the collision on February 11, 2021. The drivers allegedly involved in the collision were not employees, agents, or representatives of FedEx Ground and were not acting within the course and scope of employment and/or agency for FedEx Ground at the time and place of the February 11, 2021 incident.

15. FedEx Ground did not own, lease, rent, control, or entrust the tractor involved in the collision on February 11, 2021 to the drivers of that vehicle, or ratify the alleged actions of those drivers on February 11, 2021.

16. All of FedEx Ground's communications regarding its request that Nolan broker the transportation of the subject trailer load from Portland, and all of FedEx Ground's arrangements for the cargo's transportation occurred outside of Texas.

17. FedEx Ground had no contract with Simon, and did not form any contracts in Texas regarding the transportation of the subject trailer load.

18. None of the cargo from FedEx Ground's customers was being carried pursuant to a contract between FedEx Ground and a Texas resident.

19. At the time of the accident, FedEx Ground had no knowledge of the route used to transport the consolidated cargo from Portland to Fort Worth, the motor carrier that had been hired, the

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

drivers who were driving the load, the scheduling or timing of the transportation, or who selected any of these listed items beyond Nolan being required to select an approved motor carrier.

20. The contract with Nolan attached hereto as **Exhibit A** is a type of business record with which I am familiar as part of my duties and responsibilities. It is in the regular course of FedEx Ground's business to make and keep such records. The record was made at or near the time of the events and conditions recorded therein by or from information transmitted by a person with knowledge of the events and conditions recorded therein. The record attached is the original and/or an exact duplicate of the original.

21. I have reviewed the factual statements contained in FedEx Ground's Special Appearance in the above styled and numbered cause and confirmed that they are within my personal knowledge and are true and correct.

22. Every statement contained in this affidavit is within my personal knowledge and is true and correct.

FURTHER AFFIANT SAYETH NOT.

{AFFIANT}

**SWORN TO and SUBSCRIBED** before me by _Margaret Kleindienst_ on this _2nd_ day of _August_, 2021.

NOTARY PUBLIC

My Commission Expires:

Commonwealth of Pennsylvania - Notary Seal
Margaret Kleindienst, Notary Public
Allegheny County
My commission expires November 2, 2024
Commission number 1383662
Member, Pennsylvania Association of Notaries

5

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

# EXHIBIT "A-1"

DocuSign Envelope ID: 03801739-D4E9-435C-A7D1-CE13383BF274

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

# AGREEMENT FOR BROKER SERVICES

**THIS AGREEMENT FOR BROKER SERVICES** (the "Agreement") is made and entered into on August 4, 2020 by **FedEx Ground Package System, Inc.** ("FXG") and **Nolan Transportation Group, LLC** ("BROKER").

## I.

### Recitals

**A.**     FXG is a licensed provider of 3PL services, holding all relevant authorities, including interstate property brokerage authority issued by the Federal Motor Carrier Safety Administration ("FMCSA") that controls the transportation of freight under its contractual arrangements with customers (the "Customer");

**B.**     BROKER is authorized to operate as a broker in interstate and/or intrastate commerce and is qualified, competent and available to arrange for transportation services as may be required by FXG to service its Customers.

## II.

### Agreement

**1.     TERM AND TERMINATION.**

    a.  The Term of this Agreement shall be for thirty-six (36) months; provided, however, that this Agreement may be terminated at any time without cause by giving thirty (30) days prior written notice.  This Agreement is nonexclusive and does not grant BROKER an exclusive right to provide transportation related services for FXG or its Customers, nor does it obligate FXG to tender any minimum volume of freight to BROKER.

    b.  FXG may additionally terminate this Agreement immediately upon written notice in any of the following events:

        i.  BROKER loses its operating authority or otherwise becomes disqualified to perform its obligations under this Agreement;

        ii.  BROKER breaches any covenant, obligation, condition, or requirement imposed upon it by this Agreement, and such breach continues for a period of ten (10) days after written notice thereof from FXG to BROKER;

        iii.  BROKER fails to procure and maintain any of the insurance coverages required by this Agreement; or

BROKER

DocuSign Envelope ID: 03801739-D4E9-435C-A7D1-CE13383BF274

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

    iv. BROKER breaches any obligations hereunder regarding SERVICING MOTOR CARRIERs.

    **c.** BROKER may additionally terminate this Agreement immediately upon written notice if FXG breaches any covenant, obligation, condition, or requirement imposed upon it by this Agreement and such breach continues for a period of thirty (30) days after written notice thereof from BROKER.

**2.**     <u>**BROKER'S COMPLIANCE WITH LAW**</u>. BROKER represents and warrants that it is duly and legally licensed under state and federal law to provide the property broker services contemplated herein. BROKER agrees to comply with all federal, state and local laws in arranging for the transportation services contemplated under this Agreement. The parties understand and agree that BROKER acts as an independent contractor in the selling, negotiating, providing and arranging for transportation services for compensation.

**3.**     <u>**PERFORMANCE OF SERVICES**</u>. BROKER's services under this Agreement are specifically designed to meet the distinct needs of FXG under the specified rates and conditions set forth herein, and pursuant to the scheduled delivery times set forth in the Appendix to this Agreement or each Rate Confirmation Agreement provided by FXG. BROKER shall arrange for the transport of all shipments provided under this Agreement without delay, and all occurrences which would be likely to cause delay shall be immediately communicated to FXG by BROKER. BROKER further agrees that it shall use only those motor carriers ("SERVICING MOTOR CARRIERS") who meet the requirements and specifications provided by FXG for any shipments under this Agreement.

**4.**     <u>**SERVICING MOTOR CARRIERS**</u>. BROKER shall ensure that all SERVICING MOTOR CARRIERS it utilizes for the transportation of cargo under this Agreement are for-hire motor carriers and fully authorized to perform services required hereunder in accordance with all applicable laws, rules and regulations. BROKER agrees not to have any services performed pursuant to this Agreement by a SERVICING MOTOR CARRIER without first obtaining FXG's approval of such SERVICING MOTOR CARRIER. BROKER will obtain the information stated in <u>Appendix D</u> from all SERVICING MOTOR CARRIERS and will provide that information to FXG when requesting FXG's consent to utilize a SERVICING MOTOR CARRIER. Within one (1) business day after receiving a request to utilize a SERVICING MOTOR CARRIER, FXG will approve or deny BROKER's use of the SERVICING MOTOR CARRIER. FXG's failure to provide a response within one (1) day period will be deemed a denial. In no event will any SERVICING MOTOR CARRIER selected or utilized by BROKER have an unsatisfactory safety rating or otherwise be prohibited from performing services for which it is hired by BROKER. BROKER will also ensure that the SERVICING MOTOR CARRIER has in effect at the time any cargo is tendered to such SERVICING MOTOR CARRIER the insurance coverages set forth in Section 5, and that the SERVICING MOTOR CARRIER is in full compliance with the contractual requirements set forth in Section 5. Likewise, BROKER is responsible to ensure that SERVICING MOTOR CARRIER performs all transportation services directly in Equipment operating under SERVICING MOTOR CARRIER's motor carrier authority, and that in no event will such SERVICING MOTOR CARRIER co-broker, subcontract, or otherwise tender cargo to be

BROKER

DocuSign Envelope ID: 03801739-D4E9-435C-A7D1-CE13383BF274

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

transported by any third party.  FXG reserves the right to prohibit at any time a specific motor carrier from providing services under this Agreement as a SERVICING MOTOR CARRIER.

5.   **SERVICING MOTOR CARRIER OBLIGATIONS**.  BROKER shall require, by written contract, that each SERVICING MOTOR CARRIER providing transportation services agree:

a.   That it is duly and legally licensed under applicable state, provincial and federal law to provide any transportation services required under this Agreement, that it does not have an unsatisfactory safety rating issued by the United States Department of Transportation ("DOT") or any state or provincial authority with jurisdiction over its operations, that it will comply with all applicable federal, state, provincial and local laws, and that it expressly waives any and all rights and remedies under Subtitle IV Part B of 49 U.S.C. (as allowed by § 14101) to the extent such rights and remedies conflict with the terms and conditions of its agreement with BROKER.

b.   That it is performing services pursuant to contract and that in no event shall any provision in any tariff, service guide, bill of lading, delivery receipt, or other shipment documentation apply to services performed with respect to shipments tendered by or to FXG.

c.   That it will obtain a receipt showing the kind and quantity of product delivered to the consignee of each shipment at the destination and cause such receipt to be signed by the consignee.

d.   That it will, at its sole cost and expense: (i) furnish all equipment necessary to service shipments tendered under this Agreement (the "Equipment"); (ii) pay all expenses related to the use or operation of the Equipment; (iii) maintain Equipment in good repair, mechanical condition and appearance; and (iv) utilize only competent, able and legally licensed personnel.  It shall also have full control over such personnel and provide all services as an independent contractor and assume complete responsibility for all state and federal taxes, assessments, insurance (including, but not limited to, workers' compensation, unemployment compensation, disability, pension and social security insurance) and any other financial obligations arising out of the transportation services rendered pursuant to this Agreement.  It shall also be solely responsible for the acts or omissions of any subcontractor used by it in providing services on shipments tendered under this Agreement.

e.   That it shall accept liability as a motor carrier under the Carmack Amendment (as currently codified at 49 U.S.C. § 14706 and as amended from time to time) for loss, damage, or delay to goods tendered by or to FXG regardless of whether such standard would apply in the absence of contract; that, regardless of any state, federal or provincial law limiting or allowing limitation of liability, no limitation of liability shall apply to any such shipment; and that it waives any right to

DocuSign Envelope ID: 03801739-D4E9-435C-A7D1-CE13383BF274

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

salvage goods (as well as any right to claim entitlement offset salvage value) tendered by or to FXG.

**f.** That it will, at its sole cost and expense, procure and maintain during any period in which it handles shipments tendered by or to FXG:

  i.  Commercial General Liability Insurance ("CGL") covering the transportation of shipments and other operations under this Agreement in an amount not less than $1,000,000 (U.S. Dollars) per occurrence.

  ii.  Commercial Automobile/Trucking Liability Insurance ("AL") coverage with limits of not less $1,000,000 (U.S. Dollars) per occurrence.

  iii.  All Risk Broad Form Motor Truck Cargo Legal Liability Insurance ("Cargo") in an amount not less than $100,000 (U.S. Dollars) per occurrence. The coverage provided under this policy shall be primary and not be contingent to any other coverage and shall have no exclusions or restrictions of any type, including but not limited to any exclusion for the commodities being transported; and unattended vehicles or limitation of coverage when the trailer is unattached to the power unit, that would foreseeably preclude coverage for the tendered shipment.

  iv.  Workers' Compensation Insurance or analogous coverage with statutory limits (or compliance with monopolistic state funds).

**g.** That all coverages set forth above shall be with reputable and financially responsible insurance companies with a rating of "B" Class VII or higher by A.M. Best FXG. Furthermore, if Carrier's certificates of insurance are to expire before the expiration of the Term of this Agreement, Carrier agrees to provide new or replacement certificates of insurance prior to the expiration of the then existing certificates of insurance. All policies shall be primary and non contributory. SERVICING MOTOR CARRIER shall agree to furnish to BROKER or FXG written certificates and copies of policy endorsements showing that such insurance and endorsements have been procured, is being properly maintained, the expiration date, and such certificates shall provide that FXG will be given written notice of any cancellation or termination in accordance with the policy provisions. SERVICING MOTOR CARRIER shall agree to provide BROKER with copies of the applicable insurance policies upon request.

**h.** That it will take no action to assert or collect any transportation charges from FXG or its Customer for any transportation services provided on shipments tendered by or to FXG.

**i.** That the manner of loading and securing cargo upon Equipment of SERVICING MOTOR CARRIER shall be the sole responsibility of SERVICING MOTOR CARRIER. SERVICING MOTOR CARRIER shall represent that each driver

DocuSign Envelope ID: 03801739-D4E9-435C-A7D1-CE13383BF274

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

utilized by it holds all requisite federal, state, and local licenses and that each such driver shall be competent to manage the loading and transportation of the cargo subject to this Agreement.

**j.**   SERVICING MOTOR CARRIER shall agree to defend, indemnify, and hold harmless FXG and Customers from any and all direct or indirect claims, actions, losses, expenses, fines, fees, verdicts, judgments, or any other damages, obligations, or liabilities, including attorneys' fees, arising pursuant to the services provided by SERVICING MOTOR CARRIER.

**k.**   That it will perform the transportation services directly with equipment under its own authority and that it shall not co-broker, trip lease, or otherwise subcontract the transportation or handling of any shipment tendered to it pursuant to this Agreement.

**6.**   **RECEIPTS AND BILLS OF LADING**.   Each shipment hereunder shall be evidenced by a Bill of Lading prepared by FXG or BROKER in such form and manner as acceptable to FXG.   Such bill of lading shall act as a receipt only.   Upon delivery of each shipment made hereunder, BROKER shall provide FXG with a signed receipt showing the kind and quantity of product delivered to the consignee of such shipment at the destination specified by FXG or the Customer. Any terms, conditions and provisions of any bill of lading, manifest, tariff, terms & conditions, or other form of receipt or transportation document associated with the transportation of goods tendered hereunder shall not be binding on FXG or its Customer. BROKER shall notify FXG immediately of any exception made on the bill of lading or delivery receipt.

**7.**   **RATES AND PAYMENTS**.

**a.**   Unless otherwise stated in a separate signed Rate Confirmation Agreement, BROKER will charge and FXG will pay the rates and charges as shown in Appendix A, Appendix B and Appendix C for transportation services performed under this Agreement.

**b.**   If a Rate Confirmation Agreement is used it shall be signed and agreed to by BROKER and FXG before each shipment to which it applies.   BROKER represents and warrants that there are no other applicable rates or charges except those established in this Agreement or in any Rate Confirmation Agreement signed by FXG.

**c.**   Payment by FXG will be made within thirty (30) days of receipt by FXG of BROKER's freight bill, bill of lading, clear delivery receipt, and any other necessary billing documents enabling FXG to ascertain that service has been provided at the agreed upon charge.

**d.**   In the event service is provided and it is subsequently discovered that there was no applicable rate in the existing Schedule of Rates or supplements, the parties

DocuSign Envelope ID: 03801739-D4E9-435C-A7D1-CE13383BF274

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

agree that the rate paid by FXG and collected by BROKER shall be the agreed upon contract rate.

e.  BROKER agrees that FXG has the exclusive right to handle all billing of freight charges to the Customer for the transportation services provided herein and, as such, BROKER agrees to refrain from all collection efforts against the shipper, receiver, consignor, consignee or the Customer, unless such action is consented to by FXG in writing. BROKER will indemnify and hold harmless FXG and its Customers from any and all claims by SERVICING MOTOR CARRIERS or their subcontractors for such transportation charges. BROKER further agrees that FXG has the discretionary right to offset any payments owed to BROKER hereunder for liability incurred by BROKER.

8.  **FREIGHT LOSS, DAMAGE OR DELAY**. In the event of a cargo loss, damage or shortage claim, BROKER's prevailing terms and conditions shall apply and all claims will be filed by FXG directly with the SERVICING MOTOR CARRIER. All valuations are declared solely for the purpose of conveying a valuation to the SERVICING MOTOR CARRIER. Upon FXG's request, BROKER may facilitate claims filing and processing with the SERVICING MOTOR CARRIER if FXG submits to BROKER, within six (6) months of the date of delivery, a written claim, fully supported by all relevant documentation, including but not limited to the signed delivery receipt, listing the nature and cause of the claim for cargo damage. FXG understands and agrees that the underlying SERVICING MOTOR CARRIER may have a limitation of liability in place that limits FXG's recovery with respect to such claims. BROKER may, in its sole discretion and without liability to FXG, discontinue pursuit of claims with the SERVICING MOTOR CARRIER if such claim is not resolved within sixty (60) days of receipt by BROKER. BROKER shall have no liability for cargo loss, non-delivery or late delivery damage, or shortage except to the extent such claims are caused by BROKER's negligent acts or omissions, in which event, BROKER's liability shall be limited to $100,000 per truckload.

9.  **INSURANCE**. BROKER shall procure and maintain, at its sole cost and expense, the following insurance coverages:

a.  Commercial General Liability Insurance covering the transportation of shipments and other operations under this Agreement in an amount not less than $1,000,000 (U.S. Dollars) per occurrence.

b.  All Risk Broad Form Motor Truck Cargo Legal Liability insurance or Contingent Truck Cargo Legal Liability Insurance in an amount not less than $100,000 (U.S. Dollars) per occurrence. Such insurance policy shall provide coverage to FXG, the Customer or the owner and/or consignee for any loss, damage or delay related to any property for transportation services arranged for or provided by BROKER under this Agreement. The coverage provided under this policy shall have no exclusions or restrictions of any type, including but not limited to any exclusion for the commodities being transported, electronics or other delicate or high value products; and unattended vehicles or limitation of coverage when the trailer is unattached to the power unit that would foreseeably preclude coverage for the

DocuSign Envelope ID: 03801739-D4E9-435C-A7D1-CE13383BF274

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

tendered shipment. If the coverage is contingent coverage, it shall apply regardless of whether the SERVICING MOTOR CARRIER actually maintains cargo coverage, and regardless of whether the SERVICING MOTOR CARRIER's coverage excludes coverage for the loss in question.

c. Workers' Compensation Insurance coverage as required by applicable law and Employer Liability with limits not less than $100,000 or compliance with monopolistic state funds.

d. All coverages required herein shall be with a reputable and financially responsible insurance FXG with "B" Class VII or higher by A.M. Best FXG, name FXG as an additional insured for coverage (a) above and as a loss payee for coverage (b) above, waive any rights of subrogation and include an endorsement that such coverage shall be primary and non-contributory to any other insurance obtained by FXG or its Customers.

e. BROKER shall furnish to FXG written certificates and copies of policy endorsements showing that such insurance and endorsements have been procured, are being properly maintained and the expiration date. Such certificates shall provide that FXG will be given written notice of any cancellation or termination in accordance with the policy provisions. BROKER shall also provide copies of endorsements naming FXG as additional insured or loss payee as applicable. Upon request, BROKER shall provide FXG with copies of the applicable insurance policies.

10. **INDEMNITY**. BROKER shall defend, indemnify, and hold FXG and its customer harmless from and against all direct or indirect loss, liability, damage, claim, fine, cost or expense, including reasonable attorney's fees, arising out of or in any way related to the arranging and performance of transportation services on shipments tendered under this Agreement or breach of this Agreement (collectively, the "Claims"), including, but not limited to, Claims for or related to personal injury (including death), property damage, employment status or benefits, selection of SERVICING MOTOR CARRIERS and the possession, use, maintenance, custody or operation of the Equipment providing transportation services; provided, however, that BROKER's indemnification and hold harmless obligations under this paragraph will not apply to any portion of such claim attributable to the negligence of FXG.

11. **CONFIDENTIALITY**. Any proprietary specifications, samples, designs, trade secrets, patents, financial data, or other information that a party identifies as confidential and discloses to the other party in connection with this Agreement will: (a) remain the exclusive property of the disclosing party; (b) be kept confidential by the receiving party; and (c) not be disclosed to any third party or used except for the purposes of the services pursuant to this Agreement. Confidential information will also be deemed to include, without limitation, the confidential and proprietary information of any entity owning all or a majority of the disclosing party's outstanding corporate stock or other ownership interests ("Parent Corporation") and of any entity a majority or all of whose corporate stock or other ownership interests is owned, directly or indirectly, by the Parent Corporation ("Affiliate"), whether such confidential

DocuSign Envelope ID: 03801739-D4E9-435C-A7D1-CE13383BF274

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

information is provided to the receiving party by the disclosing party, the Parent Corporation or any Affiliate. Notwithstanding the foregoing, such information will not be deemed confidential to the extent that the receiving party can demonstrate by written record that it was previously known by the receiving party, became generally available to the public through no fault of the receiving party, was disclosed to the receiving party by a third party without breach of confidentiality obligation, or is specifically required to be disclosed by law or legal process.

12. **NOTICE**. Any notice required or permitted to be given by either party under this Agreement, unless otherwise indicated, shall be directed to the attention of the individual at the address noted below. Notice shall be given by hand, prepaid registered or certified mail, return receipt requested, by a nationally recognized overnight courier.

**IF TO FXG:**

FedEx Ground
1000 FedEx Drive
Moon Township, PA 15108
Attention: Transportation Dept. - 5th Floor

**IF TO BROKER:**

Nolan Transportation Group, LLC
365 Northridge Road, Suite 100-B
Atlanta, Georgia 30350
ATTN: Legal Department

13. **WAIVER OF LIEN**. BROKER hereby knowingly waives and will contractually require all SERVICING MOTOR CARRIERs to waive their right to any and all liens which may arise by operation of law or in equity upon freight tendered pursuant to this Agreement.

14. **ASSIGNMENT/MODIFICATION/BENEFIT OF AGREEMENT**. This Agreement may not be assigned or transferred in whole or in part, and supersedes all other representations and agreements, whether oral or written, and all tariffs, rates, classifications and schedules published, filed or otherwise maintained by BROKER. This Agreement shall be binding upon and enure to the benefit of the parties hereto. No amendments or modification of this Agreement shall be effective unless made in writing and executed by the parties.

15. **SEVERABILITY**. In the event that the operation of any portion of this Agreement results in a violation of any law, or any portion held to be invalid or unenforceable, the parties agree that such portion shall be severable and that the remaining provisions of this Agreement shall continue in full force and effect.

16. **WAIVER**. Failure of FXG to insist upon BROKER's performance under this Agreement or to exercise any right or privilege shall not be a waiver of any FXG's rights or privileges herein.

17. **GOVERNING LAW**. This Agreement shall be deemed to have been drawn in

2020-BROKER-18533
DM TID: 90927
2020-05.29.2136

BROKER

DocuSign Envelope ID: 03801739-D4E9-435C-A7D1-CE13383BF274

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

accordance with the statutes and laws of Pennsylvania, and all disputes arising from this Agreement shall be exclusively resolved in a court of proper jurisdiction in Pennsylvania, the personal jurisdiction of which the Parties hereto consent.

18.   **NO MEDIA RELEASES**.  Without the prior written consent of the other party, each party agrees not to: (i) advertise or publish in any manner that it has contracted with the other party; or (ii) use the name or logo of the other party.

19.   **ELECTRONIC SIGNATURES**.  To the fullest extent permitted by applicable law, the parties hereby consent to the use of electronic signatures to enter into this Agreement, including any subsequent amendments, and to evidence the parties' intent to execute and enter into a binding agreement.  The foregoing shall not preclude the parties from executing this Agreement, or any subsequent amendments to this Agreement, in hardcopy form.

20.   **ANTI-CORRUPTION AND EXPORT LAWS**.  BROKER and FXG warrant that they and their affiliates and subsidiaries, including their respective directors, officers, employees, and other persons acting on behalf of any of the foregoing will: (a) conduct business in compliance with all applicable customs, export and import laws and regulations, including, but not limited to, the U.S. Department of State International Traffic in Arms Regulations, the U.S. Department of Treasury Foreign Assets Control Regulations, U.S. laws relating to unsanctioned foreign boycotts and all other applicable economic sanctions, anti-terrorism, anti-money laundering and related laws and regulations; (b) not import, export or re-export commodities, software, technology, technical data or services in contravention of any applicable law or regulation; (c) comply with all laws of the United States of America and any other applicable anti-corruption laws, and shall refrain from any conduct that would cause the parties to be in violation of any applicable anti-corruption laws, including, but not limited to, the U.S. Foreign Corrupt Practices Act and the UK Bribery Act of 2010; and (d) maintain a compliance program intended to prevent corruption and bribery within its supply chain and, in connection with this Agreement, the parties will ensure that nothing of value will be paid or promised by the parties to any third party for purposes of influencing a decision, inducing a decision or securing any improper advantage.

[**SIGNATURES TO APPEAR ON FOLLOWING PAGE**]

2020-BROKER-18533
DM TID: 90927
2020-05.29.2136

BROKER

DocuSign Envelope ID: 03801739-D4E9-435C-A7D1-CE13383BF274

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**IN WITNESS WHEREOF**, the parties hereto have caused this Agreement to be executed in their respective names by their duly authorized representatives as of the date first above written.

SIGNED:

**FedEx Ground Package System, Inc.**        **Nolan Transportation Group, LLC**

By: _Daysha E. Love_                         By: _Ryan Crawley_
    FB8CFD030FC9412...                           D9E90BA600A143A...

Name:  Daysha E. Love                        Name: Ryan Crawley

Title:   Manager, Transportation Compliance   Title:   Senior Vice President of National Sales
& Analytics

Page **10** of 15

2020-BROKER-18533
DM TID: 90927
2020-05-29.2136

BROKER

DocuSign Envelope ID: 03801739-D4E9-435C-A7D1-CE13383BF274

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

## APPENDIX A

## RATES

In accordance with Section 7 of this Agreement, FXG will pay to BROKER the rates set forth below. These rates shall remain in effect until amended by written agreement of the parties.

| OCITY | ST | OPOSTAL | DCITY | ST | DPOSTAL | LANE RATE | SERVICE TYPE |
|-------|-----|---------|-------|-----|---------|-----------|--------------|
| ----- | --- | ----- | ----- | --- | ----- | ----- | ---------- |

**[ABOVE TABLE INTENTIONALLY LEFT BLANK]**

2020-BROKER-18533
DM TID: 90927
2020-05-29.2136

BROKER

DocuSign Envelope ID: 03801739-D4E9-435C-A7D1-CE13383BF274

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

## APPENDIX B

## FUEL SURCHARGE

*This agreement supersedes and renders null & void any prior agreements made verbally or written.*

BROKER may add a fuel surcharge according to schedule described below. The surcharge will be applied according to the national average price of on road diesel fuel as reported by the Dept. of Energy on Monday at 4:30 pm EST. The DOT Hotline number to determine the price is (202) 586-6966. The fuel surcharge application will apply on Tuesday and will continue until the following Tuesday.

| Price per Gallon | Surcharge per Loaded Mile | | Price per Gallon | Surcharge per Loaded Mile |
|---|---|---|---|---|
| $0.00 - $1.359 | | | $2.92 - $2.979 | |
| $1.36 - $1.419 | | | $2.98 - $3.039 | |
| $1.42 - $1.479 | | | $3.04 - $3.099 | |
| $1.48 - $1.539 | | | $3.10 - $3.159 | |
| $1.54 - $1.599 | | | $3.16 - $3.219 | |
| $1.60 - $1.659 | | | $3.22 - $3.279 | |
| $1.66 - $1.719 | | | $3.28 - $3.339 | |
| $1.72 - $1.779 | | | $3.34 - $3.399 | |
| $1.78 - $1.839 | | | $3.40 - $3.459 | |
| $1.84 - $1.899 | | | $3.46 - $3.519 | |
| $1.90 - $1.959 | | | $3.52 - $3.579 | |
| $1.96 - $2.019 | | | $3.58 - $3.639 | |
| $2.02 - $2.079 | | | $3.64 - $3.699 | |
| $2.08 - $2.139 | | | $3.70 - $3.759 | |
| $2.14 - $2.199 | | | $3.76 - $3.819 | |
| $2.20 - $2.259 | | | $3.82 - $3.879 | |
| $2.26 - $2.319 | | | $3.88 - $3.939 | |
| $2.32 - $2.379 | | | $3.94 - $3.999 | |
| $2.38 - $2.439 | | | $4.00 - $4.059 | |
| $2.44 - $2.499 | | | $4.06 - $4.119 | |
| $2.50 - $2.559 | | | $4.12 - $4.179 | |
| $2.56 - $2.619 | | | $4.18 - $4.239 | |
| $2.62 - $2.679 | | | $4.24 - $4.299 | |
| $2.68 - $2.739 | | | $4.30 - $4.359 | |
| $2.74 - $2.799 | | | $4.36 - $4.419 | |
| $2.80 - $2.859 | | | $4.42 - $4.479 | |
| $2.86 - $2.919 | | | $4.48 - $4.539 | |
| $4.54 - $4.599 | | | $5.26 - $5.319 | |
| $4.60 - $4.659 | | | $5.32 - $5.379 | |
| $4.66 - $4.719 | | | $5.38 - $5.439 | |

Page **12** of **15**

2020-BROKER-18533
DM TID: 90927
2020-05-29.2136

BROKER

DocuSign Envelope ID: 03801739-D4E9-435C-A7D1-CE13383BF274

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

| | | | | | | |
|---|---|---|---|---|---|---|
| $4.72 - $4.779 | ███ | | | $5.44 - $5.499 | ███ | |
| $4.78 - $4.839 | ███ | | | $5.50 - $5.559 | ███ | |
| $4.84 - $4.899 | ███ | | | $5.56 - $5.619 | ███ | |
| $4.90 - $4.959 | ███ | | | $5.62 - $5.679 | ███ | |
| $4.96 - $5.019 | ███ | | | $5.68 - $5.739 | ███ | |
| $5.02 - $5.079 | ███ | | | $5.74 - $5.799 | ███ | |
| $5.08 - $5.139 | ███ | | | $5.80 - $5.859 | ███ | |
| $5.14 - $5.199 | ███ | | | $5.86 - $5.919 | ███ | |
| $5.20 - $5.259 | ███ | | | $5.92 - $5.979 | ███ | |

For every $0.06 increase in the price of diesel as determined above, an additional ███ surcharge can be added per loaded mile. Subsequently, for every $0.06 decrease in the price of fuel a ███ rebate can be applied per loaded mile.

All invoices need to indicate the Published National Average Fuel Price for the date of the shipment. The corresponding charge should be itemized separate from the contracted rate.

BROKER

DocuSign Envelope ID: 03801739-D4E9-435C-A7D1-CE13383BF274

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

## APPENDIX C

## APPLICABLE ACCESSORIAL CHARGES

### Item 1 - Detention with Power (Two free hours at Customer and consignee)

This paragraph shall apply only when (i) the SERVICING MOTOR CARRIER uses trailers owned by the SERVICING MOTOR CARRIER; and (ii) a delay of the driver and Equipment with power is attributed to FXG or Customer.  Free time starts upon notification by the driver to FXG or consignee that the trailer is available and ends upon notification from FXG or consignee that the trailer is available for movement.  The applicable charges after expiration of free time are $12.50 for each 15-minute increment.

### Item 2 - Equipment Ordered, Not Used

When a vehicle is ordered, dispatched by BROKER and then refused by FXG or Customer, the applicable maximum charge is ▮▮▮▮ for a "Team" per occurrence. "Solo" charges are the lane rate, not to exceed ▮▮▮▮ per occurrence.

### Item 3 - Stop-offs

This paragraph shall apply only when the SERVICING MOTOR CARRIER uses trailers owned by the SERVICING MOTOR CARRIER.  When Equipment stops in transit for the purpose of partial loading and/or for partial unloading at the instruction of FXG or Customer, the applicable charge will be a maximum of ▮▮▮▮ per stop-off. The initial pick-up stop and the final delivery stop are not subject to stop-off charges.

### Item 4 – Fuel Surcharge

A fuel surcharge will be charged to FXG based on the standard fuel surcharge agreement contained in **Appendix B** of this Agreement.

### Item 5 - Hazmat Service

When a shipment being transported contains hazardous materials, the applicable charge will be $100.00 for such shipment.

**The charges listed above will be the only applicable accessorials to be charged to FXG. All other accessorials will be waived unless agreed to in writing at time of occurrence.**

2020-BROKER-18533
DM TID: 90927
2020-05-29.2136

BROKER

DocuSign Envelope ID: 03801739-D4E9-435C-A7D1-CE13383BF274

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

## APPENDIX D

### SERVICING MOTOR CARRIER INFORMATION

Pursuant to Section 4 of this Agreement, BROKER will provide FXG with the following information for each SERVICING MOTOR CARRIER that BROKER intends to utilize.  If the information provided changes for any SERVICING MOTOR CARRIER, BROKER will notify FXG in writing and obtain approval before utilizing the SERVICING MOTOR CARRIER to service this Agreement, pursuant to Section 4.

**Required SERVICING MOTOR CARRIER Information:**

a.   Federal I.D. Number:  _____

b.   U.S. DOT Number:  _____

c.   FMCSA Issued MC Number (for-hire motor carrier authority):  _____

2020-BROKER-18533
DM TID: 90927
2020-05-29.2136

BROKER

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

# EXHIBIT "B"

Electronically Filed
8/27/2021 5:38 PM
Hidalgo County District Clerks
Southern District of Texas
Reviewed By: Alexandra Galvan

**ENTERED**
July 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARK PATEL; et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-cv-00244 |
| | § | |
| FEDEX GROUND PACKAGE SYSTEM, | § | |
| INC.; et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court now considers Defendant Fedex Grounds Package System, Inc.'s notice of removal.[1] Defendant Fedex alleges subject matter jurisdiction on the basis of diversity of citizenship under 28 U.S.C. § 1332, because the two non-diverse Defendants in this case were improperly and fraudulently joined.[2]

### I. BACKGROUND

Plaintiffs filed their original petition in Hidalgo County Court on February 22, 2021.[3] Plaintiffs are residents of Texas.[4] While Defendants Fedex Ground Package System, Inc.; J.B. Hunt Transport, Inc.; Go To Logistics, Inc.; Rich Transport, LLC; and Coca-Cola Southwest Beverage, LLC are not citizens of Texas, Defendants GG's Produce, LLC and Carlos Ruvalcaba are both citizens of Texas.[5]

---

[1] Dkt. No. 1.
[2] *Id.* at 2, ¶ 3.
[3] Dkt. No. 1-2 at 11.
[4] *Id.* at 1.
[5] Dkt. No. 1 at 3–4 (Plaintiff also joined unknown Defendants as John Does 1-6, but the Court disregards the citizenship of fictitious defendants in determining whether an action is removable on the basis of diversity jurisdiction. *See* 28 U.S.C. § 1441(b)(1).).

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Defendant Fedex removed this case on June 16, 2021.[6] All named Defendants consented to removal in this case.[7] Defendant Fedex alleges that removal is proper on the basis of diversity because Defendants GG's Produce and Carlos Ruvalcaba are improperly and fraudulently joined.[8]

## II. LEGAL STANDARD

It is a "well-settled principle that litigants can never consent to federal subject matter jurisdiction, and the lack of subject matter jurisdiction is a defense that cannot be waived."[9] District courts have limited jurisdiction and the authority to remove an action from state to federal court is solely conferred by the Constitution or by statute.[10] While the Court has jurisdiction to determine its jurisdiction,[11] it cannot exercise any "judicial action" other than dismissal when the Court lacks jurisdiction.[12] "Removal [to federal court] is proper only if that court would have had original jurisdiction over the claim."[13] The Court determines its jurisdiction by considering the plaintiff's claims as they existed at the time of removal,[14] which cannot be defeated by the plaintiff's later amendment.[15]

If the removing party claims federal diversity jurisdiction under 28 U.S.C. § 1332, the removing party must demonstrate complete diversity: that each defendant is a citizen of a

---

[6] Dkt. No. 1.

[7] Dkt. Nos. 13–17.

[8] Dkt. No. 1 at 4–14.

[9] *Gonzalez v. Guilbot*, 255 F. App'x 770, 771 (5th Cir. 2007) (citing *Coury v. Prot*, 85 F.3d 244, 248 (5th Cir.1996)); *see* 28 U.S.C. § 1447(c).

[10] *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).

[11] *United States v. Ruiz*, 536 U.S. 622, 628 (2002) ("[I]t is familiar law that a federal court always has jurisdiction to determine its own jurisdiction.").

[12] *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94 (1998).

[13] *Heritage Bank v. Redcom Labs., Inc.*, 250 F.3d 319, 323 (5th Cir. 2001); *accord Halmekangas v. State Farm Fire & Cas. Co.*, 603 F.3d 290, 294 (5th Cir. 2010)

[14] *Campbell v. Stone Ins., Inc.*, 509 F.3d 665, 668 n.2 (5th Cir. 2007); *see Pullman Co. v. Jenkins*, 305 U.S. 534, 537 (1939) (holding that removal is to be "determined according to the plaintiffs' pleading at the time of the petition for removal").

[15] *Cavallini v. State Farm Mut. Auto Ins. Co.*, 44 F.3d 256, 265 (5th Cir. 1995).

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

different state from each plaintiff[16] and the amount in controversy exceeds $75,000.[17] Accordingly, "[w]hen original federal jurisdiction is based on diversity . . . a defendant may remove only 'if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.'"[18] Citizenship, domicile, and residency are frequently conflated terms; for diversity jurisdiction purposes, a person is a citizen of the state where that person resides and has an intention to remain or make his or her home, and a business entity is typically a citizen of the state both where it is incorporated and where it has its principal place of business.[19] "The removing party, the party seeking the federal forum, bears the burden of showing that federal jurisdiction exists and that removal was proper,"[20] and must overcome this Court's presumption that cases lie outside its narrow jurisdiction.[21] "Each factual issue necessary to support subject matter jurisdiction 'must be supported in the same way as any other matter on which the plaintiff bears the burden of proof, i.e., with the manner and degree of evidence required at the successive stages of the litigation.'"[22]

If each defendant is not a citizen of a different state from each plaintiff, a party—usually a removing defendant—may claim that the plaintiff improperly or fraudulently joined parties to defeat federal diversity jurisdiction. The citizenship of an improperly joined party is then disregarded in determining the Court's jurisdiction.[23] The doctrines of fraudulent or improper

---

[16] *Corfield v. Dall. Glen Hills LP*, 355 F.3d 853, 857 (5th Cir. 2003); *see McLaughlin v. Miss. Power Co.*, 376 F.3d 344, 353 (5th Cir. 2004) (quotation omitted) ("[A]ll persons on one side of the controversy [must] be citizens of different states than all persons on the other side.").

[17] *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005).

[18] *Gasch v. Hartford Acc. & Indem. Co.*, 491 F.3d 278, 281 (5th Cir. 2007) (quoting 28 U.S.C. § 1441(b)).

[19] *Wachovia Bank v. Schmidt*, 546 U.S. 303, 318 (2006); *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 313–14 (5th Cir. 2019); *Acridge v. Evangelical Lutheran Good Samaritan Soc'y*, 334 F.3d 444, 451 (5th Cir. 2003).

[20] *Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002); *accord McNutt v. Gen. Motors Acceptance Corp.*, 298 U.S. 178, 189 (1936).

[21] *Howery v. Allstate Ins. Co.*, 243 F.3d 912, 916 (5th Cir. 2001).

[22] *Sharkey v. Quarantillo*, 541 F.3d 75, 83 (2d Cir. 2008) (quoting *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 561 (1992)), *quoted in MidCap Media Fin.*, 929 F.3d at 315 n.*.

[23] *Smallwood v. Ill. Cent. R.R.*, 385 F.3d 568, 572 (5th Cir. 2004) (en banc) (quoting 28 U.S.C. § 1441(b)).

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

joinder ensure "that the presence of an improperly joined, non-diverse defendant does not defeat federal removal jurisdiction premised on diversity."[24] There is a heavy burden upon the party claiming improper or fraudulent joinder.[25] The Fifth Circuit has "recognized two ways to establish improper joinder: '(1) actual fraud in the pleading of jurisdictional facts, or (2) inability of the plaintiff to establish a cause of action against the non-diverse party in state court.'"[26] The Court determines "whether [the plaintiff] has *any possibility of recovery* against the party whose joinder is questioned. If there is arguably a *reasonable basis* for predicting that the state law might impose liability on the facts involved, then there is no fraudulent joinder. This *possibility, however, must be reasonable,* not merely theoretical."[27] To test this reasonable basis for recovery, the Court may resolve the issue with a two-step analysis. First, "[t]he court may conduct a [Federal Rule of Civil Procedure] 12(b)(6)-type analysis, looking initially at the allegations of the complaint to determine whether the complaint states a claim under state law against the in-state defendant."[28] The Court uses federal pleading standards in assessing the state court complaint.[29] A Rule 12(b)(6) analysis "leaves intact the well-pleaded complaint doctrine with all its intended reach,"[30] so the analysis accepts all well-pled facts in the complaint as true and interprets those facts in the light most favorable to the plaintiff, then asks whether the plaintiff has alleged "enough facts to state a claim to relief that is plausible on its face."[31] The

---

[24] *Borden v. Allstate Ins. Co.*, 589 F.3d 168, 171 (5th Cir. 2009).

[25] *Travis v. Irby*, 326 F.3d 644, 649 (5th Cir. 2003) (citing *B., Inc. v. Miller Brewing Co.*, 663 F.2d 545, 549 (5th Cir. 1981)).

[26] *Smallwood*, 385 F.3d at 573 (quoting *Travis v. Irby*, 326 F.3d 644, 647 (5th Cir. 2003)).

[27] *Travis*, 326 F.3d at 648 (quoting *Great Plains Tr. Co. v. Morgan Stanley Dean Witter & Co.*, 313 F.3d 305, 312 (5th Cir. 2002)).

[28] *Smallwood*, 385 F.3d at 573.

[29] *Int'l Energy Ventures Mgmt. v. United Energy Grp.*, 818 F.3d 193, 200 (5th Cir. 2016).

[30] *Smallwood*, 385 F.3d at 576.

[31] *Doe ex rel. Magee v. Covington Cnty. Sch. Dist. ex rel. Keys*, 675 F.3d 849, 854 (5th Cir. 2012) (en banc) (citing *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Court does not make credibility determinations or discount the complaint's factual allegations.[32] "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged. . . . Threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice."[33] If a complaint can survive a Rule 12(b)(6) analysis, there is no improper joinder as to that party.[34] "[T]he existence of even a single valid cause of action against in-state defendants (despite the pleading of several unavailing claims) requires remand of the entire case to state court."[35] But if "there is no reasonable basis for the district court to predict that the plaintiff might be able to recover against an in-state defendant," the party was improperly joined.[36]

In instances in which the propriety of joinder is still questionable after the Rule 12(b)(6)-like analysis, or if the plaintiff has misstated or omitted facts that would determine the propriety of joinder, the Court may in its discretion pierce the pleadings and conduct a "summary inquiry" to consider "summary judgment-type evidence such as affidavits and deposition testimony" but will not pretry factual issues.[37]

While a district court has jurisdiction to determine its own jurisdiction, the focus of the inquiry "must be on the joinder, not the merits of the plaintiff's case."[38] Importantly, "removal statutes are to be strictly construed against removal; doubts as to removal are resolved in favor of

---

[32] *Neitzke v. Williams*, 490 U.S. 319, 327 (1989).
[33] *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).
[34] *Int'l Energy Ventures Mgmt.*, 818 F.3d at 200.
[35] *Gray ex rel. Rudd v. Beverly Enters.-Miss., Inc.*, 390 F.3d 400, 412 (5th Cir. 2004).
[36] *McDonal v. Abbott Labs.*, 408 F.3d 177, 183 (5th Cir. 2005) (quoting *Smallwood*, 385 F.3d at 573).
[37] *Hart v. Bayer Corp.*, 199 F.3d 239, 246–47 (5th Cir. 2000); *McDonal v. Abbott Labs.*, 408 F.3d 177, 183 n.6 (5th Cir. 2005).
[38] *Int'l Energy Ventures Mgmt.*, 818 F.3d at 209–10 (quoting *Smallwood*, 385 F.3d at 573); *see Smallwood*, 385 F.3d at 576 (emphasis added) ("When a defendant removes a case to federal court on a claim of improper joinder, the district court's first inquiry is whether the removing party has carried its heavy burden of proving that the *joinder* was improper. Indeed, until the removing party does so, the court does not have the authority to do more; it lacks the jurisdiction to dismiss the case on its merits. It must remand to the state court.").

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

remanding the case to state court."[39] Specifically, the Court will resolve all legal and factual issues, doubts, and ambiguities in favor of remand,[40] because the exercise of jurisdiction over a removed case "deprives a state court of a case properly before it and thereby implicates important federalism concerns."[41]

## III. ANALYSIS

In its notice of removal, Defendant Fedex argues that Defendants GG's Produce and Carlos Ruvalcaba, the driver of Coca-Cola Southwest Beverage, LLC's vehicle, are improperly and fraudulently joined because "Plaintiffs have no possibility of establishing a cause of action against them and they have no real connection with the claims against the other defendants."[42] Specifically, Defendant Fedex alleges that because of Defendants GG's Produce's and Carlos Ruvalcaba's locations in the 148-vehicle pile-up and intervening causes—including ice and other vehicles—they could not have proximately caused Plaintiffs' injuries.[43]

Defendant Fedex's motion impermissibly seeks to have the Court determine the merits of Plaintiffs' case.[44] While the Court agrees that the location of the vehicles or potential intervening causes may preclude recovery as to Defendant GG's Produce, it cannot say the same about Defendant Carlos Ruvalcaba without delving into the merits of the case.

---

[39] *Tebon v. Travelers Ins. Co.*, 392 F. Supp. 2d 894, 898 (S.D. Tex. 2005) (Jack, J.) (citing *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100 (1941) & *Acuna v. Brown & Root, Inc.*, 200 F.3d 335, 339 (5th Cir. 2000)).

[40] *Lorenz v. Tex. Workforce Comm'n*, 211 F. App'x 242, 245 (5th Cir. 2006) (citing *Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005)); *see also Rico v. Flores*, 481 F.3d 234, 239 (5th Cir. 2007) (alterations in original) (quoting *Griggs v. State Farm Lloyds*, 181 F.3d 694, 699 (5th Cir. 1999)) ("[T]he district court is 'obliged to resolve any contested issues of material fact, and any ambiguity or uncertainty in the controlling state law, in [the plaintiff's] favor.'").

[41] *Frank v. Bear Stearns & Co.*, 128 F.3d 919, 922 (5th Cir. 1997); *see Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94 (1998); *B., Inc. v. Miller Brewing Co.*, 663 F.2d 545, 548–49 (5th Cir. 1981) ("Where a federal court proceeds in a matter without first establishing that the dispute is within the province of controversies assigned to it by the Constitution and statute, the federal tribunal poaches upon the territory of a coordinate judicial system, and its decisions, opinions, and orders are of no effect. . . . Thus, the trial court must be certain of its jurisdiction before embarking upon a safari in search of a judgment on the merits.").

[42] Dkt. No. 1 at 5.

[43] *Id.* at 6–12.

[44] *See Smallwood*, 385 F.3d at 576.

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Plaintiffs allege in the live second amended petition that Defendant Carlos Ruvalcaba's negligence caused their injuries.[45] Specifically, they allege that Defendant Coca-Cola's driver Carlos Ruvalcaba's failure to control his speed, drive safely, and take into account road conditions caused the accidents that led to their injuries.[46] On review of the pleadings, the Court finds Plaintiff has pled a reasonable basis for recovery. However, because Defendant Fedex alleges that Plaintiffs fraudulently omitted facts that are necessary to determine the propriety of joinder, the Court turns to pierce the pleadings and conduct a summary inquiry of the evidence included in Defendant Fedex's notice of removal to determine whether Plaintiffs omitted or misstated facts that affect the propriety of the joinder.[47]

Defendant Fedex alleges that because the accident scene photos show location of the vehicle driven by Defendant Carlos Ruvalcaba "all the way to the right of the roadway and in its own lane of travel," he could not have proximately caused the injury to Plaintiffs in vehicles some distance in front and behind him because there was no contact pictured between the vehicles and they ran into other vehicles.[48] Defendant Fedex further argues that Defendant Carlos Ruvalcaba could not have proximately caused the injuries to Plaintiffs in vehicles adjacent to him because the positioning of the cars suggests they ran into him.[49] Upon review of the photographs of the scene of the accident, the Court notes that the vehicle driven by Defendant Carlos Ruvalcaba is pictured directly adjacent to the vehicles of Plaintiffs Halee Escamilla and Sarah Doyle and in the same pile-up as the other Plaintiffs.[50] The Court does not agree that the location of the Coca-Cola vehicle driven by Carlos Ruvalcaba in the pile up summarily precludes

---

[45] Dkt. No. 7-1 at 8.
[46] Dkt. No. 7-1 at 9.
[47] See Hart, supra note 37; Dkt. Nos. 1–8.
[48] Dkt. No. 1 at 9–12 (citing Dkt. No. 8-3 at 4–5).
[49] Id.
[50] Dkt. No. 1 at 7–9 (citing Dkt. No. 8-3 at 4–5).

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

a finding that he proximately caused Plaintiffs' injuries. Because the location of the vehicles in the photos leave open a genuine dispute of fact as to whether Defendant Carlos Ruvalcaba proximately caused Plaintiffs' injuries, the Court does not agree that the omission of the location of the vehicle determines the propriety of joinder. Because Plaintiffs alleged sufficient facts to establish a reasonable basis for recovery against Defendant Carlos Ruvalcaba, the Court finds he is properly joined as a Defendant in this case.

Furthermore, Defendant Fedex's arguments regarding the weather and other intervening causes equally dispose of all Defendants and are not a permissible basis to establish improper joinder.[51] For the foregoing reasons, the Court finds that Defendant Fedex has not met its burden to establish improper or fraudulent joinder of non-diverse Defendant Carlos Ruvalcaba and thus has failed to establish diversity jurisdiction under 28 U.S.C. § 1332. Because there is not complete diversity of citizenship between all Plaintiffs and all Defendants in this case, the Court does not have subject matter jurisdiction over this case.

**IV. CONCLUSION**

Accordingly, the Court **REMANDS** this case to the 93rd Judicial District Court of Hidalgo County.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 16th day of July 2021.

Micaela Alvarez
United States District Judge

---

[51] *See Smallwood*, 385 F.3d at 571.

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

# EXHIBIT "C"

Electronically Filed
3/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn: 6

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: US
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 1
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: GXG2275
VIN: 5 Y F B U R H E 0 G P 4 6 0 8 4
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year: 2 0 1 6
6 Veh. Color: BLK
Veh. Make: TOYOTA
Veh. Model: COROLLA
7 Body Style: P4

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 4141823
9 DL Class: C
10 CDL End: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 4 / 0 6 / 1 9 7 9

Address (Street, City, State, ZIP): 14005 DREAMRIVER TRL   HASLET   TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle / Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SHOOK    JOBETH    WILBERS | N | 41 | W | 2 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: SHOOK    JOBETH    WILBERS    14005 DREAMRIVER TRL    HASLET    TX 76052

Proof of Fin. Resp.: ☐ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: PROGRESSIVE
Fin. Resp. Num.: 909766662

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD-2
27 Vehicle Damage Rating 2: -
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: DRIVEN
Towed To: BY OWNER

---

Unit Num.: 2
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: DHY6715
VIN: 1 F A D P 3 K 2 3 E L 2 0 6 6
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year: 2 0 1 4
6 Veh. Color: RED
Veh. Make: FORD
Veh. Model: FOCUS
7 Body Style: P4

8 DL/ID Type: 99
DL/ID State: UN
DL/ID Num.:
9 DL Class: 99
10 CDL End: 99
11 DL Rest.: 99
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP): UNKNOWN    UNKNOWN    UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle / Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN | 99 | | 99 | 99 | 99 | 99 | 97 | N | 96 | | 97 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: ADAMS    LISA    RENEE    405 COLETTE CT    BELTON    TX 76153

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: USAA
Fin. Resp. Num.: 0370637777101

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD-6
27 Vehicle Damage Rating 2: -
Vehicle Inventoried: ☐ Yes ☒ No

Towed By:
Towed To:

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY:
Form CR-3    (Rev. 1/1/2018)

Page 2 of 149

| | | Case ID | 210011068 | | TxDOT Crash ID | | |
|---|---|---|---|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGWW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVVR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGW ☐ GVVR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

VEHICLES WERE TRAVELING SOUTHBOUND AT THE 2600 BLOCK OF THE IH35 EXPRESS LANES WHEN THEY ENCOUNTERED ICY ROAD CONDITIONS.  VEHICLES BEGAN TO COLLIDE WITH EACH OTHER JAMMING UP THE ROADWAY.  AS OTHER VEHICLES APPROACHED THEY WERE UNABLE TO STOP IN TIME TO AVOID THE OTHER VEHICLES ALREADY INVOLVED IN THE COLLISION.  SIX PERSONS WERE PRONOUNCED DECEASED ON SCENE.

### DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24Hr:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.     MARTIN,K | | ID Num. 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsn

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page **3** of **149**

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

| ★County Name | TARRANT | ★City Name | FORT WORTH | ☐ Outside City Limit |
|---|---|---|---|---|

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No

Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. TL | Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 3 | 5 Unit Desc. | Parked Vehicle | Hit and Run | LP State TX | LP Num. CSZ8504 | VIN 1 N X B R 3 2 E 2 8 Z 0 1 5 3 6 5 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 0 8 | 6 Veh. Color SIL | Veh. Make TOYOTA | Veh. Model COROLLA | 7 Body Style P4 | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type TX | DL/ID State TX | DL/ID Num. 26786442 | 9 DL Class C | 10 CDL End. 99 | 11 DL Rest. A | DOB (MM/DD/YYYY) 1 1 / 0 4 / 1 9 8 7 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 8145 IRON DR #427   FORT WORTH   TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LIND   MELISSA   CATHERINE | N | 33 | B | 2 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee   Owner/Lessee Name & Address   LIND   MELISSA   CATHERINE   8145 IRON DR #427   FORT WORTH TX 76137

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name PROGRESSIVE   Fin. Resp. Num. 915131443

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  12− −FD−6   27 Vehicle Damage Rating 2  − −   Vehicle Inventoried ☐ Yes ☒ No

Towed By ABC WRECKER   Towed To ABC WRECKER YARD

---

| Unit Num. 4 | 5 Unit Desc. 1 | Parked Vehicle | Hit and Run | LP State TX | LP Num. CPC2932 | VIN 1 Z V H T 8 0 N 2 7 5 2 2 1 2 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 0 7 | 6 Veh. Color GRY | Veh. Make FORD | Veh. Model MUSTANG | 7 Body Style P2 | ☒ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) UNK   UNK   UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNK   UNK | 99 | | 99 | 99 | 99 | 99 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee   Owner/Lessee Name & Address   LANEY   RONALD   LEE II   1500 BIRDS EYE RD   FORT WORTH TX 76177

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name FARMERS   Fin. Resp. Num. 45408715

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  12− −FD−6   27 Vehicle Damage Rating 2  − −   Vehicle Inventoried ☐ Yes ☒ No

Towed By ABC WRECKER   Towed To ABC WRECKER

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 1 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.        MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**

Total Num. Prsn Units **6**

Electronically Filed
8/2/2021 5:33 RM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: **5** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM): **0 6 0 0**   Case ID **210011068**   Local Use

★County Name **TARRANT**   ★City Name **FORT WORTH**   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **– 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **TL**   ★Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. **5**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **JRB4105**   VIN **1 N 6 A D 0 6 U 4 8 C 4 5 0 5 7 0 0**

Veh. Year **2 0 0 8**   6 Veh. Color **SIL**   Veh. Make **NISSAN**   Veh. Model **FRONTIER**   7 Body Style **SV**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **7637453**   9 DL Class **C**   10 CDL End. **99**   11 DL Rest. **A**   DOB (MM/DD/YYYY) **0 4 / 0 1 / 1 9 7 5**

Address (Street, City, State, ZIP) **4416 JESSICA ST**   **FORT WORTH**   **TX**   **76244**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ALONZO       NORMA       VARELA | N | 45 | W | 2 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   **ALONZO       JACINTO**   **921 AVE E**   **FORT WORTH TX   79041**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **FARMERS**   Fin. Resp. Num. **44483140**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  **12-**   **FD 6**   27 Vehicle Damage Rating 2   Vehicle Inventoried ☐ Yes ☒ No

Towed By **TEXAS TOWING**   Towed To **TEXAS TOWING**

---

Unit Num. **6**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **WA**   LP Num. **80104RP**   VIN **4 V 4 N C 9 E H 7 L N 2 4 0 0 5 8**

Veh. Year **2 0 2 0**   6 Veh. Color **WHI**   Veh. Make **VOLVO**   Veh. Model **ACL**   7 Body Style **TR**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **WA**   DL/ID Num. **SINGHS1020D**   9 DL Class **98**   10 CDL End. **98**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 9 / 0 4 / 1 9 9 0**

Address (Street, City, State, ZIP) **4243 STONE CREST CT**   **BELLINGHAM**   **WA  98226**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SINGH       SUKHWINDER | N | 30 | A | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   **SONIC       LOGISTICS       LLC**   **6199 NICKLES ST**   **FERNDALE   WA  98248**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **PROGRESSIVE**   Fin. Resp. Num. **01147258-2**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  **10-**   **FL 2**   27 Vehicle Damage Rating 2   **-**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **MILNER**   Towed To **6320 EDEN DR**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num.

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles

**FACTORS & CONDITIONS**

| | | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.    MARTIN,K | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units | 1 4 8
Total Num. Prsn | 

Electronically Filed
3/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page: 7 of 149

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED
★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Prefix: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER
At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  ☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 7
5 Unit Desc.: 6
☐ Parked Vehicle  ☐ Hit and Run
LP State: WA
LP Num.: 23034AE
VIN: 1 G R A A 0 6 2 3 F W 0 2 3 8 3

Veh. Year: 2 0 1 5
6 Veh. Color: WHI
Veh. Make: GREAT DANE TRAILERS
Veh. Model: NOT APPLICABLE
7 Body Style: TL
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:
DL/ID State:
DL/ID Num.:
9 DL Class:
10 CDL End.:
11 DL Rest.:
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: SONIC LOGISTICS LLC
6199 NICKLES ST   FERNDALE   WA   98248

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: PROGRESSIVE
Fin. Resp. Num.: 01147258-2

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 6-   BD-1
27 Vehicle Damage Rating 2: -
Vehicle Inventoried ☐ Yes ☒ No

Towed By: MILNER
Towed To: MILNER WRECKER YARD

---

Unit Num.: 8
5 Unit Desc.: 1
☐ Parked Vehicle  ☐ Hit and Run
LP State: FL
LP Num.: JWAB48
VIN: 5 N P D 8 4 L F 9 J H 3 3 2 1 3

Veh. Year: 2 0 1 8
6 Veh. Color: GRY
Veh. Make: HYUNDAI
Veh. Model: ELANTRA COUPE
7 Body Style: P4
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 99
DL/ID State: UN
DL/ID Num.:
9 DL Class: 99
10 CDL End.: 99
11 DL Rest.: 99
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP): UNK   UNK   UN   UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNK   UNK   UNKNOWN | 99 | 99 | 99 | 99 | 2 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: ARRIETA   ESTEBAN   ALONSO
1214 ANDALUSIA LOOP   DAVENPORT   FL   33836

Proof of Fin. Resp.: ☐ Yes ☒ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type:
Fin. Resp. Name:
Fin. Resp. Num.:

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12-   FD-5
27 Vehicle Damage Rating 2: 6-   RD-5
Vehicle Inventoried ☐ Yes ☒ No

Towed By: GUY SIMON
Towed To: GUY SIMON WRECKER YARD

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 8 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID: 210011068

TxDOT Crash ID:

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. 6   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☒ Yes ☐ No   28 Veh. Oper. 2   29 Carrier ID Type 1   Carrier ID Num. 00257317

Carrier's Corp. Name SONIC LOGISTICS   Carrier's Primary Addr. 6199 NICKLES ST   FERNDALE   WA   98248   30 Veh. Type 9

31 Bus Type 0   ☐ RGVW ☒ GVWR 4 9 8 2 8   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   Unit Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 7   ☐ RGVW ☒ GVWR 4 5 0 0 0   34 Trlr. Type 2   CMV Disabling Damage? ☐ Yes ☒ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN, K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

| ☒ FATAL | ☒ CMV | ☐ SCHOOL BUS | ☐ RAILROAD | ☐ MAB | ☐ SUPPLEMENT | ☐ ACTIVE SCHOOL ZONE |
|---|---|---|---|---|---|---|

Total Num. Units **1 4 8**  Total Num. Prsn

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149394, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: **9** of **149**

**IDENTIFICATION & LOCATION**

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

| ★County Name TARRANT | ★City Name FORT WORTH | | ☐ Outside City Limit |
|---|---|---|---|

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees) 3 2 . 7 9 5 1 3    Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. | ★Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 9 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. HPN6310 | VIN 1 F A H P 3 F 2 1 C L 5 6 7 9 4 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 2 | 6 Veh. Color SIL | Veh. Make FORD | Veh. Model FOCUS | 7 Body Style P4 | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 27457841 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 9 / 1 7 / 1 9 9 1 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 329 WEST SOUTHERN AVE    SAGINAW    TX   76179

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GARRETT   MELISSA   ELIZABETH | B | 29 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | GARRETT   MELISSA   ELIZABETH 329 WEST SOUTHERN AVE    SAGINAW   TX  76179 |
|---|---|---|

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name GEICO | Fin. Resp. Num. 4269178069 | |
|---|---|---|---|---|---|

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1   12-   FD-7
27 Vehicle Damage Rating 2   9-   LBQ-6
Vehicle Inventoried ☐ Yes ☒ No

Towed By A1 TOWING    Towed To A1 TOWING YARD

| Unit Num. 10 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. 00010A3 | VIN 1 G N E K 1 3 T 2 Y 1 6 3 6 1 4 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 0 0 | 6 Veh. Color GRY | Veh. Make CHEVROLET | Veh. Model TAHOE C1500 | 7 Body Style SV | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) UNKNOWN    UNK    UN  UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN   UNK   UNK | 99 | 99 | 99 | 99 | 99 | 99 | 99 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | GARCIA   LUIS 6760 CALMONT AVE #204    FORT WORTH  TX  76116 |
|---|---|---|

| Proof of Fin. Resp. ☐ Yes ☒ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | Fin. Resp. Name | Fin. Resp. Num. | |
|---|---|---|---|---|---|

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1   12-   FD-3
27 Vehicle Damage Rating 2   6-   RD-3
Vehicle Inventoried ☐ Yes ☒ No

Towed By A1 TOWING    Towed To A1 TOWING YARD

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 10 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 9 | 1 | TEXAS HEALTH ALLIANCE | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | □ 10,001+ LBS. | □ TRANSPORTING HAZARDOUS MATERIAL | □ 9+ CAPACITY | CMV Disabling Damage? □ Yes □ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|

| 31 Bus Type | □ RGVW □ GVWR | HazMat Released □ Yes □ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | □ RGVW □ GVWR | 34 Trlr. Type | CMV Disabling Damage? □ Yes □ No | Unit Num. | □ RGVW □ GVWR | 34 Trlr. Type | CMV Disabling Damage? □ Yes □ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit □ Yes □ No | Actual Gross Weight | Total Num. Axles: |

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes □ No | Investigator Name (Printed) HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8   Total Num. Prsn: 1 6

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 11 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  [X] Yes  [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL   ★Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Parking Lot   [X] Toll Road/Toll Lane   Speed Limit:   Const. Zone [ ]Yes [X]No   Workers Present [ ]Yes [X]No   Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: [ ]Yes [X]No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   [X]FT [ ]MI   3 Dir. from Int. or Ref Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 11   5 Unit Desc.: 1   [ ]Parked Vehicle  [ ]Hit and Run   LP State: TX   LP Num.: MMC4853   VIN: J T E B U 5 J R 8 K 5 7 0 1 8 4 6

Veh. Year: 2 0 1 9   6 Veh. Color: BLU   Veh. Make: TOYOTA   Veh. Model: 4RUNNER/SR5   7 Body Style: SV   Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 16052371   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 4 / 1 6 / 1 9 9 7

Address (Street, City, State, ZIP): 11112 HAWKS LANDING   HASLET   TX   76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CASE  AMY  RENEE | B | 43 | W | 2 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner  [ ] Lessee   Owner/Lessee Name & Address: CASE  AMY  RENEE   11112 HAWKS LANDING   HASLET   TX   76052

Proof of Fin. Resp.: [X]Yes [ ]No  [ ]Expired [ ]Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: PROGRESSIVE   Fin. Resp. Num.: 43657558

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12−   FD−5   27 Vehicle Damage Rating 2: 6−   RD−5   Vehicle Inventoried [ ]Yes [X]No

Towed By: A1 TOWING   Towed To: A1 TOWING YARD

---

Unit Num.: 12   5 Unit Desc.: 1   [ ]Parked Vehicle  [ ]Hit and Run   LP State: TX   LP Num.: JRK8228   VIN: 3 V W V A 7 A T 1 D M 6 3 6 3 6 5

Veh. Year: 2 0 1 3   6 Veh. Color: SIL   Veh. Make: VOLKSWAGEN   Veh. Model: NEW BEETLE   7 Body Style: P2   Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 10013746   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: A   DOB (MM/DD/YYYY): 0 1 / 2 5 / 1 9 8 4

Address (Street, City, State, ZIP): 7619 CROUSE DR   FORT WORTH   TX   76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HERRERA  ELVIRA | B | 37 | H | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner  [ ] Lessee   Owner/Lessee Name & Address: GALAVIZ  ISMAEL   7916 CROUSE DR   FORT WORTH   TX   76137

Proof of Fin. Resp.: [X]Yes [ ]No  [ ]Expired [ ]Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: LIBERTY COUNTY MUTUAL   Fin. Resp. Num.: Y8012314

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 3−   RP−7   27 Vehicle Damage Rating 2: 12−   FD−7   Vehicle Inventoried [ ]Yes [X]No

Towed By: TEXAS TOWING   Towed To: TEXAS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan
Page 12 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID 210011068    TxDOT Crash ID

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 11 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 12 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV** — Unit Num. / 10,001+ LBS. / TRANSPORTING HAZARDOUS MATERIAL / 9+ CAPACITY / CMV Disabling Damage? Yes No / 28 Veh. Oper. / 29 Carrier ID Type / Carrier ID Num.

Carrier's Corp. Name / Carrier's Primary Addr. / 30 Veh. Type
31 Bus Type / RGWW / GVWR / HazMat Released Yes No / 32 HazMat Class Num. / HazMat ID Num. / 32 HazMat Class Num. / HazMat ID Num. / 33 Cargo Body Type
Unit Num. / RGVW / GVWR / 34 Trlr. Type / CMV Disabling Damage? Yes No / Unit Num. / RGVW / GVWR / 34 Trlr. Type / CMV Disabling Damage? Yes No
Sequence Of Events / 35 Seq. 1 / 35 Seq. 2 / 35 Seq. 3 / 35 Seq. 4 / Intermodal Shipping Container Permit Yes No / Actual Gross Weight / Total Num. Axles:

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors — Contributing | May Have Contrib. | 37 Vehicle Defects — Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24Hr.MM) 0 6 2 0    How Notified DISPATCH    Time Arrived (24HRMM) 0 6 4 0    Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. Yes No    Investigator Name (Printed) HARPER, G.    MARTIN, K    ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0    *Agency FORT WORTH POLICE DEPARTMENT    Service/Region/DA C E N T R L

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn: 1 4 6
Page: 13 of 149

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★1 Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/Toll Lane
Speed Limit:
Const. Zone [ ] Yes [X] No
Workers Present [ ] Yes [X] No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
[X] FT [ ] MI
3 Dir. from Int. or Ref Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 13
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: 97216B2
VIN: K N D P C 3 A C 5 G 7 8 5 4 9 2

Veh. Year: 2 0 1 6
6 Veh. Color: GRY
Veh. Make: KIA
Veh. Model: SPORTAGE
7 Body Style: SV
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 4
DL/ID State: TX
DL/ID Num.: 41806307
9 DL Class: 5
10 CDL End.: 5
11 DL Rest.: 5
DOB (MM/DD/YYYY): 0 8 / 0 3 / 1 9 7 5

Address (Street, City, State, ZIP): 2400 INDIAN HEAD DR   FORT WORTH   TX  76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WATSON   AARON   LUK | N | 45 | W | 1 | 1 | 5 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address: WATSON   AARON   LUK   2400 INDIAN HEAD DR   FORT WORTH TX  76177

Proof of Fin. Resp: [ ] Yes [ ] Expired [X] No [ ] Exempt
26 Fin. Resp. Type:
Fin. Resp. Name:
Fin. Resp. Num.:

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12-   FD- 7
27 Vehicle Damage Rating 2: 6-   RD- 7
Vehicle Inventoried [ ] Yes [X] No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING

---

Unit Num.: 14
5 Unit Desc.: 4
[ ] Parked Vehicle
[ ] Hit and Run
LP State:
LP Num.:
VIN:

Veh. Year:
6 Veh. Color:
Veh. Make:
Veh. Model:
7 Body Style:
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 41806307
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 8 / 0 3 / 1 9 7 5

Address (Street, City, State, ZIP): 2400 INDIAN HEAD DR   FORT WORTH   TX  76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 16 | WATSON   AARON   LUKE | K | 45 | W | 1 | 97 | 97 | 97 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[ ] Owner [ ] Lessee  Owner/Lessee Name & Address:

Proof of Fin. Resp: [ ] Yes [ ] Expired [ ] No [ ] Exempt
26 Fin. Resp. Type:
Fin. Resp. Name:
Fin. Resp. Num.:

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: -
27 Vehicle Damage Rating 2: -
Vehicle Inventoried [ ] Yes [ ] No

Towed By:
Towed To:

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 14 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR/MM) |
|---|---|---|---|---|---|
| 14 | 1 | FW FUNERALS AND CREMATIONS | TARRANT CTY MORGUE | 0 2 / 1 1 / 2 0 2 1 | 0 6 1 3 |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY   CMV Disabling Damage? ☐Yes ☐No   28 Veh. Oper.   29 Carrier ID Type   Carrier ID Num.

Carrier's Corp. Name.   Carrier's Primary Addr.   30 Veh. Type

31 Bus Type ☐RGWV ☐GVWR   HazMat Released ☐Yes ☐No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type

Unit Num. ☐RGWV ☐GVWR   34 Trlr. Type   CMV Disabling Damage? ☐Yes ☐No   Unit Num. ☐RGWV ☐GVWR   34 Trlr. Type   CMV Disabling Damage? ☐Yes ☐No

Sequence Of Events   35 Seq. 1   35 Seq. 2   35 Seq. 3   35 Seq.4   Intermodal Shipping Container Permit ☐Yes ☐No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib.. | Contributing | May Have Contrib. | | | | | | | |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR/MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒Yes ☐No   Investigator Name (Printed) HARPER, G.        MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units 1 4 8
Total Num. Prsn Units

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 15 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1  ★Crash Time (24HRMM): 0 6 0 0  Case ID: 210011068  Local Use

★County Name: TARRANT  ★City Name: FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  Latitude (decimal degrees): 3 2 . 7 9 5 1 3  Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL  ★1 Hwy. Num.: 35  2 Rdwy. Part 1  Block Num. 2600  3 Street Prefix  ★Street Name  4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☒ Toll Road/ Toll Lane  Speed Limit  Const. Zone ☐Yes ☒No  Workers Present ☐Yes ☒No  Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No  1 Rdwy. Sys.: LR  Hwy. Num.  2 Rdwy. Part 1  Block Num. 2500  3 Street Prefix NE  Street Name 28TH  4 Street Suffix ST

Distance from Int. or Ref. Marker 1000  ☒FT ☐MI  3 Dir. from Int.: S  Reference Marker  Street Desc. HWY  RRX Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num. 15  5 Unit Desc. 1  ☐ Parked Vehicle  ☒ Hit and Run  LP State TX  LP Num. GP98DB  VIN 1 G C G T D E 3 0 G 1 3 3 J 7 4

Veh. Year 2 0 1 6  6 Veh. Color WHI  Veh. Make CHEVROLET  Veh. Model COLORADO  7 Body Style PK  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State TX  DL/ID Num. 08361065  9 DL Class C  10 CDL End. 96  11 DL Rest. A  DOB (MM/DD/YYYY) 1 1 / 1 6 / 1 9 8 5

Address (Street, City, State, ZIP) 6049 NANCI DR  WATAUGA  TX 76148

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MORRIS TERRY ALLEN JR | B | 35 | W | 1 | 1 | 5 | 97 | | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address  MORRIS TERRY ALLEN JR  6049 NANCI DR  WATAUGA TX 76148

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name USAA  Fin. Resp. Num. 027641979 7101

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 9-  LP- 7  27 Vehicle Damage Rating 2 3-  RP- 7  Vehicle Inventoried ☐Yes ☒No

Towed By ABC TOWING  Towed To ABC TOWING

Unit Num. 16  5 Unit Desc. 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State TX  LP Num. NTW9207  VIN 5 T F E M 5 F 1 1 J X 1 2 5  3

Veh. Year 2 0 1 8  6 Veh. Color BLK  Veh. Make TOYOTA  Veh. Model TUNDRA  7 Body Style PK  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State TX  DL/ID Num. 22530250  9 DL Class C  10 CDL End. 96  11 DL Rest. 96  DOB (MM/DD/YYYY) 1 0 / 0 5 / 1 9 8 6

Address (Street, City, State, ZIP) 8933 PROPER ST #5109  FORT WORTH  TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SIMS MONICA IVONNE | B | 34 | H | 2 | 1 | 5 | 97 | | N | 96 | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address  SIMS MONICA IVONNE  8933 PROPER ST #5109  FORT WORTH TX 76177

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name ALLSTATE  Fin. Resp. Num. 938966718

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 12-  FD- 7  27 Vehicle Damage Rating 2 9-  LP- 5  Vehicle Inventoried ☐Yes ☒No

Towed By BEARDS TOWING  Towed To BEARDS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 15 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 16 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY  CMV Disabling Damage? ☐ Yes ☐ No  28 Veh. Oper.  29 Carrier ID Type  Carrier ID Num.

Carrier's Corp. Name    Carrier's Primary Addr.    30 Veh. Type

31 Bus Type ☐ RGVW ☐ GVWR  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No  Unit Num. ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☐ No  Actual Gross Weight  Total Num. Axles:

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24Hr:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |

Invest. Comp. ☒ Yes ☐ No  Investigator Name (Printed) HARPER, G.    MARTIN,K    ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0  *Agency FORT WORTH POLICE DEPARTMENT    Service/Region/DA  C E N T R L

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB-  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Totals Num. Prsn...: 

Electronically Filed
8/2/2021 5:38:00 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 17 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  [X] Yes  [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: 
★2 Hwy. Num.: 35
2 Rdwy. Part: 
Block Num.: 2600
3 Street Prefix: 
★Street Name: 
4 Street Suffix: 

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/ Toll Lane
Speed-Limit: 
Const. Zone: [ ] Yes [X] No
Workers Present: [ ] Yes [X] No
Street Desc.: 

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: [ ] Yes [X] No
1 Rdwy. Sys.: LR
Hwy. Num.: 
2 Rdwy. Part: 
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
[X] FT [ ] MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker: 
Street Desc.: HWY
RRX Num.: 

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 17
5 Unit Desc.: 1
[ ] Parked Vehicle  [ ] Hit and Run
LP State: TX
LP Num.: JBK4811
VIN: 1 F T Y R 2 C G 7 G K B 5 0 4 1 1

Veh. Year: 2 0 1 6
6 Veh. Color: WHI
Veh. Make: FORD
Veh. Model: TRANSIT CONNECT
7 Body Style: VN
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 17963569
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: A
DOB (MM/DD/YYYY): 0 5 / 1 0 / 1 9 8 3

Address (Street, City, State, ZIP): 139 CREASSER LN   RHOME   TX 76078

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | 23 Alc. Result | 24 Drug Spec. | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FRANK   DEREK   MICHAEL | B | 37 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: ENTERPRISE FM TRUST   9315 OLIVE BLVD   ST LOUIS MO 63132

Proof of Fin. Resp.: [X] Yes [ ] No  [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: TRAVELERS
Fin. Resp. Num.: 8102J330306

Fin. Resp. Phone Num.: 
27 Vehicle Damage Rating 1: 9-   LP-7
27 Vehicle Damage Rating 2: 3-   RP-7
Vehicle Inventoried: [ ] Yes [X] No

Towed By: BEARDS TOWING
Towed To: BEARDS TOWING

---

Unit Num.: 18
5 Unit Desc.: 1
[ ] Parked Vehicle  [ ] Hit and Run
LP State: TX
LP Num.: HVB8086
VIN: 3 M Z B M 1 K 7 0 G M 3 9 1

Veh. Year: 2 0 1 6
6 Veh. Color: GRY
Veh. Make: MAZDA
Veh. Model: MAZDA3
7 Body Style: P4
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 28719796
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: A
DOB (MM/DD/YYYY): 0 6 / 2 2 / 1 9 9 3

Address (Street, City, State, ZIP): 2830 S HULEN ST #166   FORT WORTH   TX 76109

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | 23 Alc. Result | 24 Drug Spec. | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GOYER   ALEXANDRIA   PAIGE | B | 27 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: GOYER   ALEXANDRIA   PAIGE   2830 S HULEN ST #166   FORT WORTH TX 76109

Proof of Fin. Resp.: [X] Yes [ ] No  [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: GERMANIA
Fin. Resp. Num.: 43043235174

Fin. Resp. Phone Num.: 
27 Vehicle Damage Rating 1: 9-   LP-7
27 Vehicle Damage Rating 2: 12-   FD-7
Vehicle Inventoried: [ ] Yes [X] No

Towed By: ABC TOWING
Towed To: ABC TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 18 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 18 | 1 | JOHN PETER SMITH HOSP | MEDSTAR 578 | / / | |
| 17 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID-Num. | |
|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name / Carrier's Primary Addr. / 30 Veh. Type

31 Bus Type — RGWV GVWR — HazMat Released Yes No — 32 HazMat Class Num. — HazMat ID Num. — 32 HazMat Class Num. — HazMat ID Num. — 33 Cargo Body Type Yes No

Unit Num. — RGVW GVWR — 34 Trlr. Type — CMV Disabling Damage? Yes No — Unit Num. — RGVW GVWR — 34 Trlr. Type — CMV Disabling Damage? Yes No

Sequence Of Events — 35 Seq. 1 — 35 Seq. 2 — 35 Seq. 3 — 35 Seq. 4 — Intermodal Shipping Container Permit Yes No — Actual Gross Weight — Total Num. Axles:

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0 — How Notified DISPATCH — Time Arrived (24HR:MM) 0 6 4 0 — Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. Yes ☒ No — Investigator Name (Printed) HARPER, G.     MARTIN,K — ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 — *Agency FORT WORTH POLICE DEPARTMENT — Service/Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: **1 4 8**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page: 19 of 149

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

★County Name: TARRANT

★City Name: FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees): 3 2 . 7 9 5 1 3

Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. | ★Hwy. Num. | 2 Rdwy. Part | Block Num. | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|
| TL | 35 | 1 | 2600 | | | |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☒ Toll Road/Toll Lane

Speed Limit: | Const. Zone ☐ Yes ☒ No | Workers Present ☐ Yes ☒ No | Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker: 1000  ☒ FT ☐ MI

3 Dir. from Int. or Ref. Marker: S

Reference Marker:

Street Desc.: HWY

RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num. 19 | 5 Unit Desc. 7 | ☐ Parked Vehicle | ☐ Hit and Run | LP State OR | LP Num. YASF134 | VIN 1 N P 5 L B 9 X 7 N 7 4 2 6 1 7 0

Veh. Year 2 0 0 7 | 6 Veh. Color WHI | Veh. Make PETERBILT | Veh. Model 397 | 7 Body Style TT | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 19529423 | 9 DL Class A | 10 CDL End. T | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 1 1 / 2 9 / 1 9 7 7

Address (Street, City, State, ZIP): 16111 MARCELIA DR   HOUSTON   TX   77049

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MONTES      ARTURO | B | 43 | H | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee | Owner/Lessee Name & Address: SIERRA MOUNTAIN EXPRESS   14440 N BYBEE LAKE RD   PORTLAND   OR   97203

Proof of Fin. Resp. ☒ Yes ☐ No ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name NATIONAL INTERSTATE | Fin. Resp. Num. SME8197001

Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1  1- FD- 7 | 27 Vehicle Damage Rating 2  12- FR- 7 | Vehicle Inventoried ☐ Yes ☒ No

Towed By: MILNER | Towed To: MILNER TOWING

---

Unit Num. 20 | 5 Unit Desc. 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State OR | LP Num. HV51486 | VIN 1 B 9 C S 4 5 2 0 7 P 2 7 4 3 3

Veh. Year 2 0 0 7 | 6 Veh. Color BLU | Veh. Make BOYD TANK TRAILERS | Veh. Model NOT APPLICABLE | 7 Body Style TL | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee | Owner/Lessee Name & Address: SIERRA MOUNTAIN EXPRESS   14440 N BYBEE LAKE RD   PORTLAND   OR   97203

Proof of Fin. Resp. ☒ Yes ☐ No ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name NATIONAL INTERSTATE | Fin. Resp. Num. SME8197001

Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1  6- RD- 2 | 27 Vehicle Damage Rating 2 - - | Vehicle Inventoried ☐ Yes ☒ No

Towed By: MILNER | Towed To: MILNER TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

Page 20 of 149

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 19 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

Unit Num. **19**   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☒ Yes ☐ No   28 Veh. Oper. 1   29 Carrier ID Type 1   Carrier ID Num. **00365516**

Carrier's Corp. Name **SIERRA MOUNTAIN**   Carrier's Primary Addr. **14440 N BYBEE LAKE RD     PORTLAND      OR   97203**   30 Veh. Type 6

31 Bus Type 0   ☐ RGVW ☒ GVWR 5 2 0 0 0   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 8

Unit Num. **20**   ☐ RGVW ☒ GVWR 4 8 0 0 0   34 Trlr. Type 1   CMV Disabling Damage? ☐ Yes ☒ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1 **98**   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | | May Have Contrib. | Contributing | | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24Hr:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.      MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☒ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**

Total Num. Prsn. **1 8 3**

Electronically Filed
3/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page: **21** of **149**

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

★County Name **TARRANT**  ★City Name **FORT WORTH**  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees) **3 2 . 7 9 5 1 3**  Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. | Hwy. Num. **35** | 2 Rdwy. Part **1** | Block Num. **2600** | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot

☐ Toll Road/ Toll Lane

Speed Limit

Const. Zone ☐Yes ☒No

Workers Present ☐Yes ☒No

Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. | ☐Yes ☒No | 1 Rdwy. Sys. **LR** | Hwy. Num. | 2 Rdwy. Part **1** | Block Num. **2500** | 3 Street Prefix **NE** | Street Name **28TH** | 4 Street Suffix **ST** |
|---|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker **1000** | ☒FT ☐MI | 3 Dir. from Int. or Ref. Marker **S** | Reference Marker | Street Desc. **HWY** | RRX ID |
|---|---|---|---|---|---|

## VEHICLE, DRIVER, & PERSONS

| Unit Num. **21** | 5 Unit Desc. **1** | ☐Parked Vehicle | ☐Hit and Run | LP State **TX** | LP Num. **NFK9887** | VIN **1 C 6 R R 7 L M 1 F S 5 3 9 9 4 6** |
|---|---|---|---|---|---|---|

| Veh. Year **2 0 1 5** | 6 Veh. Color **WHI** | Veh. Make **DODGE** | Veh. Model **RAM 1500** | 7 Body Style **PK** | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type **1** | DL/ID State **TX** | DL/ID Num. **22421558** | 9 DL Class **C** | 10 CDL End. **96** | 11 DL Rest. **96** | DOB (MM/DD/YYYY) **0 7 / 1 3 / 1 9 8 9** |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) **3720 RIVER BIRCH RD**   **FORT WORTH**   **TX 76137**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CRAWFORD   BRIAN | B | 31 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address   **CRAWFORD   BRIAN**   **3720 RIVER BIRCH RD**   **FORT WORTH TX 76137**

Proof of Fin. Resp. ☒Yes ☐No  ☐Expired ☐Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **PROGRESSIVE**  Fin. Resp. Num. **937701019**

Fin. Resp. Phone Num.

| 27 Vehicle Damage Rating 1 | 12- | FD-7 | 27 Vehicle Damage Rating 2 | 6- | RD-5 | Vehicle Inventoried ☐Yes ☒No |
|---|---|---|---|---|---|---|

Towed By **ABC TOWING**   Towed To **ABC TOWING**

---

| Unit Num. **22** | 5 Unit Desc. **1** | ☐Parked Vehicle | ☐Hit and Run | LP State **TX** | LP Num. **MJW4810** | VIN **5 X Y P 6 4 H C 2 L G 0 2 1 3** |
|---|---|---|---|---|---|---|

| Veh. Year **2 0 2 0** | 6 Veh. Color **GRY** | Veh. Make **KIA** | Veh. Model **UNKNOWN** | 7 Body Style **SV** | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type **1** | DL/ID State **TX** | DL/ID Num. **12747093** | 9 DL Class **C** | 10 CDL End. **96** | 11 DL Rest. **A** | DOB (MM/DD/YYYY) **0 1 / 2 5 / 1 9 4 0** |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) **8537 WOODLAKE CIR**   **FORT WORTH**   **TX 76179**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CROSS   ROBERT   MICHAEL | A | 81 | W | 1 | 1 | 5 | 97 | N | | | | 96 | 97 | 97 |
| 2 | 2 | 3 | CROSS   RICHARD | A | 54 | W | 1 | 1 | 5 | 97 | N | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address   **CROSS   ROBERT   MICHAEL**   **8537 WOODLAKE CIR**   **FORT WORTH TX 76179**

Proof of Fin. Resp. ☒Yes ☐No  ☐Expired ☐Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **ALLSTATE**  Fin. Resp. Num. **836230560**

Fin. Resp. Phone Num.

| 27 Vehicle Damage Rating 1 | 12- | FD-7 | 27 Vehicle Damage Rating 2 | 9- | LP-7 | Vehicle Inventoried ☐Yes ☒No |
|---|---|---|---|---|---|---|

Towed By **ABC TOWING**   Towed To **ABC TOWING**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 22 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 22 | 1 | JOHN PETER SMITH HOSP | MEDSTAR | / / | |
| 22 | 2 | JOHN PETER SMITH HOSP | MEDSTAR | / / | |
| 21 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage?– ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | 30 Veh. Type |
|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | – | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.    MARTIN,K | | | ID Num. | 3380-3421 |
|---|---|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units | 1 4 8
Total Num. Prsns | 5 7

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 23 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[X] Toll Road/Toll Lane
Speed Limit:
Const. Zone [ ] Yes [X] No
Workers Present [ ] Yes [X] No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
[X] FT [ ] MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

**VEHICLE, DRIVER, & PERSONS**

Unit Num.: 23
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: 1L57140
VIN: 1 F U B C Y C S 1 3 H M 0 1 6 6 4

Veh. Year: 2 0 0 3
6 Veh. Color: RED
Veh. Make: FREIGHTLINER
Veh. Model: UNKNOWN
7 Body Style: TR
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 46057967
9 DL Class: A
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 8 / 1 3 / 1 9 9 9

Address (Street, City, State, ZIP): 3974 N STORY RD #925    IRVING    TX  75038

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | 23 Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MCENLEY    JALEN | N | 21 | B | 1 | 1 | 1 | 1 | 97 | N | 96 |  | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: COCA COLA SOUTHWEST BEVERAGES LL
3400 FOSSIL CREEK BLVD    FORT WORTH TX  76137

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: BEECHER CARLSON INS
Fin. Resp. Num.: 404-460-1401

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12-    FD-2
27 Vehicle Damage Rating 2:
Vehicle Inventoried: [ ] Yes [X] No

Towed By: DRIVEN
Towed To: 3400 FOSSIL CREEK BL

---

Unit Num.: 24
5 Unit Desc.: 6
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: 80918Z
VIN: 2 M N 0 1 J A L 2 6

Veh. Year: 2 0 0 6
6 Veh. Color: RED
Veh. Make: TRAILMOBILE
Veh. Model: NOT APPLICABLE
7 Body Style: TL
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:
DL/ID State:
DL/ID Num.:
9 DL Class:
10 CDL End.:
11 DL Rest.:
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | 23 Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: COCA COLA SOUTHWEST BEVERAGES LL
3400 FOSSIL CREEK BL    FORT WORTH TX  76137

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: BEECHER CARLSON INS
Fin. Resp. Num.: 404-460-1401

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 6-    RD-1
27 Vehicle Damage Rating 2: -
Vehicle Inventoried: [ ] Yes [X] No

Towed By: DRIVEN
Towed To: 3400 FOSSIL CREEK BLVD

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 24 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

Unit Num. **23**   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☒ Yes ☐ No   28 Veh. Oper. **2**   29 Carrier ID Type **1**   Carrier ID Num. **02977752**

Carrier's Corp. Name **COCA COLA**   Carrier's Primary Addr. **6101 AVE A**   **LUBBOCK**   TX **79404**   30 Veh. Type **5**

31 Bus Type **0**   ☐ RGVW ☒ GVWR **3 4 7 0 0**   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   Unit Num.   33 Cargo Body Type **3**

Unit Num. **24**   ☐ RGVW ☒ GVWR **1 2 1 0 0**   34 Trlr. Type **1**   CMV Disabling Damage? ☒ Yes ☐ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1 **98**   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Road Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | | | | | | | |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) **0 6 2 0**   How Notified **DISPATCH**   Time Arrived (24HR:MM) **0 6 4 0**   Report Date (MM/DD/YYYY) **0 3 / 0 1 / 2 0 2 1**

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) **HARPER, G.**   **MARTIN,K**   ID Num. **3380-3421**

ORI Num. **T X 2 2 0 1 2 0 0**   *Agency **FORT WORTH POLICE DEPARTMENT**   Service/Region/DA **C E N T R L**

Law Enforcement and TxDOT Use ONLY

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**
Total Num. Prsn **8**

Electronically Filed
3/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: **25** of **149**

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

★County Name **TARRANT**
★City Name **FORT WORTH**   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees) **3 2 . 7 9 5 1 3**
Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

| ★1. Rdwy. Sys. | ★Hwy. Num. **35** | 2 Rdwy. Part **1** | Block Num. **2600** | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No
1 Rdwy. Sys. **LR**
Hwy. Num.
2 Rdwy. Part
Block Num. **2500**
3 Street Prefix **NE**
Street Name **28TH**
4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   ☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker **S**
Reference Marker
Street Desc. **HWY**
RRX Num.

## VEHICLE, DRIVER, & PERSONS

| Unit Num. **25** | 5 Unit Desc. **1** | ☐ Parked Vehicle | ☐ Hit and Run | LP State **TX** | LP Num. **BX6W775** | VIN **1 Z V H T 8 2 H 7 8 5 1 5 9 0 1 0** |
|---|---|---|---|---|---|---|

| Veh. Year **2 0 0 8** | 6 Veh. Color **BLK** | Veh. Make **FORD** | Veh. Model **MUSTANG** | 7 Body Style **P2** | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐ |

| 8 DL/ID Type **1** | DL/ID State **TX** | DL/ID Num. **11375695** | 9 DL Class **C** | 10 CDL End. **96** | 11 DL Rest. **A** | DOB (MM/DD/YYYY) **0 3 / 0 2 / 1 9 8 8** |

Address (Street, City, State, ZIP) **14009 TANGLEBRUSH TRL**   **HASLET**   **TX**   **76052**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DUDDINGTON   DUSTIN   DALE | B | 32 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **DUDDINGTON   DUSTIN   DALE   14009 TANGLEBRUSH TRL   HASLET   TX   76052**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt
26 Fin. Resp. Type **1**
Fin. Resp. Name **TX FARM BUREAU**
Fin. Resp. Num. **23296973**

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1 **12-**   **FD- 7**
27 Vehicle Damage Rating 2 **6-**   **RD- 7**
Vehicle Inventoried ☐ Yes ☒ No

Towed By **BEARDS TOWING**
Towed To **BEARDS TOWING**

---

| Unit Num. **26** | 5 Unit Desc. **1** | ☐ Parked Vehicle | ☐ Hit and Run | LP State **TX** | LP Num. **AY74324** | VIN **1 F D S E 3 F L 4 B D A 3 1 9 8 6** |
|---|---|---|---|---|---|---|

| Veh. Year **2 0 1 1** | 6 Veh. Color **BLU** | Veh. Make **FORD** | Veh. Model **ECONOLINE** | 7 Body Style **VN** | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐ |

| 8 DL/ID Type **1** | DL/ID State **TX** | DL/ID Num. **39903462** | 9 DL Class **C** | 10 CDL End. **96** | 11 DL Rest. **96** | DOB (MM/DD/YYYY) **1 1 / 0 4 / 1 9 9 8** |

Address (Street, City, State, ZIP) **713 TURNER BLVD**   **GRAND PRAIRIE**   **TX**   **75050**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ROGERS   NADIA   JEAN | B | 22 | W | 2 | 1 | 5 | 97 | N | 96 | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **MCDANIEL   AND   SON PLUMBING   2215 W HARRIS RD   ARLINGTON   TX   76001**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt
26 Fin. Resp. Type **1**
Fin. Resp. Name **STATE AUTO**
Fin. Resp. Num. **BAP2470291**

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1 **12-**   **FD- 7**
27 Vehicle Damage Rating 2 **6-**   **RD- 7**
Vehicle Inventoried ☐ Yes ☒ No

Towed By **TEXAS TOWING**
Towed To **TEXAS TOWING YARD**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 28 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 25 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 26 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY

Electronically Filed

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn: 8/2/2021 5:33 PM Hidalgo County District Clerks

Reviewed By: Alessandra Galvan

Page: 27 of 149

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★ =These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int.: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 27
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: KMG4544
VIN: 1 H G C P 2 F 8 7 B A 0 8 7 3 2 9

Veh. Year: 2 0 1 1
6 Veh. Color: GRY
Veh. Make: HONDA
Veh. Model: ACCORD
7 Body Style: P4
Pol., Fire, EMS on Emergency (Explain in Narrative if checked):

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 34472157
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 1 0 / 3 0 / 1 9 9 5

Address (Street, City, State, ZIP): 3301 CALERA TRL #3111    FORT WORTH    TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle—Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BROOKE        ASHLEY | B | 25 | W | 2 | 1 | 3 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: ENGEL        HUNTER        JUSTIN    TX 76247
9531 HACKAMORE CT

Proof of Fin. Resp. ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: STATE FARM
Fin. Resp. Num.: 466 0631-C04-43-001

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 3-  RP-7
27 Vehicle Damage Rating 2: 6-  R-7
Vehicle Inventoried ☐ Yes ☒ No

Towed By: A1 TOWING
Towed To: A1 TOWING

---

Unit Num.: 28
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: HRT5651
VIN: 1 9 X F C 1 F 3 6 G E 0 1 1 5 1

Veh. Year: 2 0 1 6
6 Veh. Color: BLK
Veh. Make: HONDA
Veh. Model: CIVIC
7 Body Style: P4
Pol., Fire, EMS on Emergency (Explain in Narrative if checked):

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 9748792
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: A
DOB (MM/DD/YYYY): 1 1 / 2 5 / 1 9 5 5

Address (Street, City, State, ZIP): 221 SCHREIBER DR    HASLET    TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle—Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HIATT        JAMES        JENNINGS | B | 65 | W | 1 | 1 | 3 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: HIATT        NANCY        JEAN    HASLET    TX 76052
221 SCHREIBER DR

Proof of Fin. Resp. ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: STATE FARM
Fin. Resp. Num.: 065 8468 K30 43S 004

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 6-  RD-7
27 Vehicle Damage Rating 2: 3-  RP-7
Vehicle Inventoried ☐ Yes ☒ No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | | Page 28 of 149 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 27 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 28 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGWW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGWW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGWW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.     MARTIN,K | ID Num. 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |

Law Enforcement and TxDOT Use ONLY

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units  1 4 8   Total Num. Prsn  3 8

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 29 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY)  0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM)  0 6 0 0   Case ID  210011068   Local User

★County Name  TARRANT   ★City Name  FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No   Latitude (decimal degrees)  3 2 . 7 9 5 1 3   Longitude (decimal degrees)  — 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.  TL   ★Hwy. Num.  35   2 Rdwy. Part  1   Block Num.  2600   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/ Toll Lane   Speed Limit   Const. Zone  ☐ Yes  ☒ No   Workers Present  ☐ Yes  ☒ No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.  ☐ Yes  ☒ No   1 Rdwy. Sys.  LR   Hwy. Num.   2 Rdwy. Part  1   Block Num.  2500   3 Street Prefix  NE   Street Name  28TH   4 Street Suffix  ST

Distance from Int. or Ref. Marker  1000   ☒ FT  ☐ MI   3 Dir. from Int. or Ref. Marker  S   Reference Marker   Street Desc.  HWY   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num.  29   5 Unit Desc.  1   ☐ Parked Vehicle   ☐ Hit and Run   LP State  TX   LP Num.  1RY443   VIN  3 C 6 3 R R A L 4 J G 2 8 5 5 5 0

Veh. Year  2 0 1 8   6 Veh. Color  WHI   Veh. Make  DODGE   Veh. Model  RAM 3500   7 Body Style  PK   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type  1   DL/ID State  TX   DL/ID Num.  15742576   9 DL Class  CM   10 CDL End.  96   11 DL Rest.  96   DOB (MM/DD/YYYY)  0 2 / 2 5 / 1 9 7 6

Address (Street, City, State, ZIP)  390 CR 3330   BRIDGEPORT   TX  76426

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GOBER  KERRY  QUINN | B | 44 | W | 1 | 1 | 5 | 87 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee   Owner/Lessee Name & Address  GOBER  KERRY  QUINN  390 CR 3330   BRIDGEPORT TX  76426

Proof of Fin. Resp.  ☒ Yes  ☐ No  ☐ Expired  ☐ Exempt   26 Fin. Resp. Type  1   Fin. Resp. Name  TEXAS FARM BUREAU   Fin. Resp. Num.  23339403

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  12-  FD-7   27 Vehicle Damage Rating 2  6-  RD-7   Vehicle Inventoried  ☐ Yes  ☒ No

Towed By  BEARDS TOWING   Towed To  BEARDS TOWING

---

Unit Num.  30   5 Unit Desc.  1   ☐ Parked Vehicle   ☐ Hit and Run   LP State  TX   LP Num.  DXL6453   VIN  1 C 4 R D H A G 4 D C 5 9 2 9 2 0

Veh. Year  2 0 1 3   6 Veh. Color  RED   Veh. Make  DODGE   Veh. Model  DURANGO   7 Body Style  SV   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type  1   DL/ID State  TX   DL/ID Num.  17820436   9 DL Class  C   10 CDL End.  96   11 DL Rest.  96   DOB (MM/DD/YYYY)  1 0 / 2 1 / 1 9 8 1

Address (Street, City, State, ZIP)  12928 PARADE GROUNDS LN   FORT WORTH   TX  76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BENSON  REBECCA  ANN | B | 39 | B | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee   Owner/Lessee Name & Address  BENSON  REBECCA  ANN  12928 PARADE GROUNDS LN   FORT WORTH TX  76244

Proof of Fin. Resp.  ☒ Yes  ☐ No  ☐ Expired  ☐ Exempt   26 Fin. Resp. Type  1   Fin. Resp. Name  LIBERTY COUNTY MUTUAL   Fin. Resp. Num.  Y8721709

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  12-  FD-7   27 Vehicle Damage Rating 2  9-  LP-7   Vehicle Inventoried  ☐ Yes  ☒ No

Towed By  MILNER TOWING   Towed To  MILNER TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 29 | 1 | HARRIS DOWNTOWN | SELF | / / | |
| 30 | 1 | HARRIS DOWNTOWN | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | Carrier's Primary Addr. | | 30 Veh. Type |
|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.      MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

Electronically Filed
Reviewed By: Alessandra Galvan
8/2/2021 5:33 RMT
Hidalgo County District Clerks

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsn **6**

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2016)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457.

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: **31** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): **0 2 / 1 1 / 2 0 2 1**
★Crash Time (24HRMM): **0 6 0 0**
Case ID: **210011068**
Local Use:

★County Name: **TARRANT**
★City Name: **FORT WORTH**
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): **3 2 . 7 9 5 1 3**
Longitude (decimal degrees): **— 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **TL**   ★Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. **31**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **NXN0515**   VIN **1 C 4 R J E B G 6 M C 5 1 1 4 6 8**

Veh. Year **2 0 2 1**   6 Veh. Color **BLK**   Veh. Make **JEEP**   Veh. Model **GRAND CHEROKEE**   7 Body Style **SV**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **15573968**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **A**   DOB (MM/DD/YYYY) **0 8 / 0 9 / 1 9 7 5**

Address (Street, City, State, ZIP) **12240 WALDEN WOOD DR**   **FORT WORTH**   **TX**   **76244**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LIVESAY     ANGIE     DENISE | B | 45 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **LIVESAY     ANGIE     DENISE**   **12240 WALDEN WOOD DR**   **FORT WORTH**   **TX**   **76244**

Proof of Fin. Resp. ☒ Yes ☐ No ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **TRAVELERS INSURANCE**   Fin. Resp. Num. **6077228172221**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12-**   **FD- 7**   27 Vehicle Damage Rating 2 **3-**   **RP- 7**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **TEXAS TOWING**   Towed To **TEXAS TOWING**

---

Unit Num. **32**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **LPX6792**   VIN **J N 1 B J 0 H P X E M 2 1 0 1 8**

Veh. Year **2 0 1 4**   6 Veh. Color **WHI**   Veh. Make **INFINITI**   Veh. Model **QX50**   7 Body Style **SV**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **11716940**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 8 / 3 1 / 1 9 6 0**

Address (Street, City, State, ZIP) **7791 ARCADIA TRL**   **FORT WORTH**   **TX**   **76137**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | PAARUP     MICHAEL | N | 60 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **PAARUP     MICHAEL**   **7791 ARCADIA TRL**   **FORT WORTH**   **TX**   **76137**

Proof of Fin. Resp. ☒ Yes ☐ No ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **PROGRESSIVE**   Fin. Resp. Num. **903565417**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12-**   **FD- 7**   27 Vehicle Damage Rating 2 **6-**   **LP- 7**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **ABC TOWING**   Towed To **ABC TOWING**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 32 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| | Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 31 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8
Total Num. Prsn 1 8

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page: 33 of 149

| Field | Value |
|---|---|
| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 |
| ★Crash Time (24HRMM) | 0 6 0 0 |
| Case ID | 210011068 |
| Local Use | |

**IDENTIFICATION & LOCATION**

★County Name TARRANT
★City Name FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No
Latitude (decimal degrees) 3 2 . 7 9 5 1 3
Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. ☒ Hwy. Num. 35   2 Rdwy. Part 1   Block Num. 2600   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num. 33   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. MSC1553   VIN 2 T 1 B U 4 E E 4 B C 6 1 6 1 1 0

Veh. Year 2 0 1 1   6 Veh. Color SIL   Veh. Make TOYOTA   Veh. Model COROLLA   7 Body Style P4   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 99   DL/ID State UN   DL/ID Num.   9 DL Class 99   10 CDL End. 99   11 DL Rest. 99   DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP) UNKNOWN   UNKNOWN   UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN   UNK   UNK | 99 | | | 99 | 1 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee   Owner/Lessee Name & Address   LUCKEY   LATRICE   -KNESHUN   1020 OSBORNE LN   FORT WORTH  TX  76112

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name HOME STATE COUNTY   Fin. Resp. Num. MST01714623-00

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  12-  FD- 7   27 Vehicle Damage Rating 2  6-  RD- 7   Vehicle Inventoried ☐ Yes ☒ No

Towed By TEXAS TOWING   Towed To TEXAS TOWING

---

Unit Num. 34   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. CVZ6452   VIN 3 V W D X 7 A J 7 B M 3 3 1 9 2 5

Veh. Year 2 0 1 1   6 Veh. Color BLU   Veh. Make VOLKSWAGEN   Veh. Model JETTA   7 Body Style P4   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 39911636   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 8 / 1 2 / 1 9 9 9

Address (Street, City, State, ZIP) 6716 RIDGEWOOD DR   NORTH RICHLAND HILLS   TX  76182

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | YOUNG   JACOB   ALEXANDER | B | 21 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee   Owner/Lessee Name & Address   YOUNG   JACOB   ALEXANDER   6716 RIDGEWOOD DR   NORTH RICHLAND HILLS  TX  76182

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name GEICO   Fin. Resp. Num. 4220496642

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  12-  FD- 7   27 Vehicle Damage Rating 2  6-  RD- 7   Vehicle Inventoried ☐ Yes ☒ No

Towed By CORNISH TOWING   Towed To CORNISH TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerk
Reviewed By: Alessandra Salvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR.MM) |
|---|---|---|---|---|---|
| 34 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type |
|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container/Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [X] ACTIVE SCHOOL ZONE

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units  1 4 8
Total Num. Prsn

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 35 of 149

**IDENTIFICATION & LOCATION**

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

★County Name TARRANT   ★City Name FORT WORTH   [ ] Outside City Limit

In your opinion; did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees) 3 2 . 7 9 5 1 3
Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. IH  ★1 Hwy. Num. 35  2 Rdwy. Part 1  Block Num. 2600  3 Street Prefix  ★Street Name  4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [ ] Toll Road/Toll Lane  Speed Limit  Const. Zone [ ] Yes  Workers Present [ ] Yes  Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No  1 Rdwy. Sys. LR  Hwy. Num.  2 Rdwy. Part  Block Num. 2500  3 Street Prefix NE  Street Name 28TH  4 Street Suffix ST

Distance from Int. or Ref. Marker 1000  [X] FT [ ] MI  3 Dir. from Int. or Ref. Marker S  Reference Marker  Street Desc. HWY  RRX Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num. 35  5 Unit Desc.  [ ] Parked Vehicle  [ ] Hit and Run  LP State TX  LP Num. HFK4315  VIN 1 G C 1 K X C 8 9 E F 1 2 5 9

Veh. Year 2 0 1 4  6 Veh. Color WHI  Veh. Make CHEVROLET  Veh. Model SILVERADO  7 Body Style PK  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State TX  DL/ID Num. 24007807  9 DL Class C  10 CDL End. 96  11 DL Rest. 96  DOB (MM/DD/YYYY) 0 7 / 1 9 / 1 9 9 0

Address (Street, City, State, ZIP) 1200 ALLIANCE BLVD   RHOME   TX  76078

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GUTHRIE   NEAL   WILLIAM | B | 30 | W | 1 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address  GUTHRIE   NEAL   WILLIAM   1200 ALLIANCE BLVD   RHOME   TX  76078

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name AGRICULTURAL WORKERS MUTUAL  Fin. Resp. Num. A6TX000042

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1  12−  FD−7  27 Vehicle Damage Rating 2  6−  RD−7  Vehicle Inventoried [ ] Yes [X] No

Towed By CORNISH TOWING  Towed To CORNISH TOWING

Unit Num. 36  5 Unit Desc. 1  [ ] Parked Vehicle  [ ] Hit and Run  LP State TX  LP Num. NRW4472  VIN 1 F M F U 1 6 5 8 L A 1 6 7 6 5

Veh. Year 2 0 0 8  6 Veh. Color WHI  Veh. Make FORD  Veh. Model EXPEDITION  7 Body Style SV  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State TX  DL/ID Num. 14170036  9 DL Class C  10 CDL End. 96  11 DL Rest. 96  DOB (MM/DD/YYYY) 1 0 / 1 1 / 1 9 8 4

Address (Street, City, State, ZIP) 12525 HAVERHILL DR   FORT WORTH   TX  76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | MURSALIN   WALID | N | 36 | A | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address  MURSALIN   WALID   12525 HAVERHILL DR   FORT WORTH   TX  76244

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name PROGRESSIVE  Fin. Resp. Num. 936329750

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1  12−  FD−7  27 Vehicle Damage Rating 2  3−  RP−7  Vehicle Inventoried [ ] Yes [X] No

Towed By ABC TOWING  Towed To ABC TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | (24HR:MM) |
|---|---|---|---|---|---|
| 35 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|
| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.      MARTIN,K | | | ID Num. | 3380-3421 |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | | Service/ Region/DA | C E N T R L |

Law Enforcement and TxDOT Use ONLY
Electronically Filed
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
8/2/2021 5:38 PM
Hidalgo County District Clerks

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Reviewed By: Alessandra Galvan
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
Page: 37 of 149
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

| ★County Name | TARRANT | ★City Name | FORT WORTH | | [ ] Outside City Limit |
|---|---|---|---|---|---|

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| 1 Rdwy. Sys. | IH | ★ Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★ Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|---|

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [ ] Toll Road/Toll Lane
Speed Limit | Const. Zone [ ]Yes [ ]No | Workers Present [ ]Yes [ ]No | Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | [ ]Yes [X]No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker 1000 | [X]FT [ ]MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. |
|---|---|---|---|---|---|

| Unit Num. 37 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. KCM1666 | VIN K N D M B 5 C 1 2 H 6 2 2 4 8 7 6 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 7 | 6 Veh. Color SIL | Veh. Make KIA | Veh. Model SEDONA | 7 Body Style VN | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 25831853 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 8 / 2 0 / 1 9 7 4 |
|---|---|---|---|---|---|---|

| Address (Street, City, State, ZIP) | 10500 ARANSAS DR | FORT WORTH | TX | 76131 |
|---|---|---|---|---|

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | THURMAN    OPAL    CHRISTINE | A | 46 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | THURMAN    OPAL    CHRISTINE | | FORT WORTH TX 76131 |
|---|---|---|---|---|
| | | 10500 ARANSAS DR | | |

| Proof of Fin. Resp. [X]Yes [ ]No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name STATE FARM | Fin. Resp. Num. 108 3060 L19 43M 001 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 12- FD-7 | 27 Vehicle Damage Rating 2 6- RD-7 | Vehicle Inventoried [ ]Yes [X]No |
|---|---|---|---|

| Towed By MILNER TOWING | Towed To MILNER TOWING |
|---|---|

| Unit Num. 38 | 5 Unit Desc. 4 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | LP Num. | VIN |
|---|---|---|---|---|---|---|

| Veh. Year | 6 Veh. Color | Veh. Make | Veh. Model | 7 Body Style | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) 1 0 / 2 2 / 1 9 7 4 |
|---|---|---|---|---|---|---|

| Address (Street, City, State, ZIP) | UNKNOWN | UNKN | UN | UNK |
|---|---|---|---|---|

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | | QUERALES    TAMARA    SATIMA | K | 46 | H | 2 | 97 | 97 | 97 | N | 96 | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [ ] Owner [ ] Lessee | Owner/Lessee Name & Address | | | |
|---|---|---|---|---|

| Proof of Fin. Resp. [ ]Yes [ ]No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | Fin. Resp. Name | Fin. Resp. Num. |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 | 27 Vehicle Damage Rating 2 | Vehicle Inventoried [ ]Yes [ ]No |
|---|---|---|---|

| Towed By | Towed To |
|---|---|

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 37 | 1 | MEDICAL CITY ALLIANCE | MEDSTAR | / / | |
| 38 | 1 | TC MORGUE | FORT WORTH FUNERALS AND CREMATIONS | 02/11/2021 | 0 6 0 0 |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 03/01/2021 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.     MARTIN,K | ID Num. | 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

Electronically Filed

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**

Total Num. Prsn **6**

8/2/2021 5:33 PM
Hidalgo County District Clerks

Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas.Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page **39** of **149**

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

★County Name **TARRANT**    ★City Name **FORT WORTH**    ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☒ No
Latitude (decimal degrees) **3 2 . 7 9 5 1 3**
Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. **TL** | ★ Hwy. Num. **35** | 2 Rdwy. Part **1** | Block Num. **2600** | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. **LR** | Hwy. Num. | 2 Rdwy. Part **1** | Block Num. **2500** | 3 Street Prefix **NE** | Street Name **28TH** | 4 Street Suffix **ST** |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker **1000**
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker **S.**
Reference Marker
Street Desc. **HWY**
RRX Num.

## VEHICLE, DRIVER, & PERSONS

| Unit Num. **39** | 5 Unit Desc. **1** | ☐ Parked Vehicle | ☐ Hit and Run | LP State **IN** | LP Num. **2839769** | VIN **3 A K J H L D V 9 M S M G 0 5 6 5** |
|---|---|---|---|---|---|---|

| Veh. Year **2 0 2 1** | 6 Veh. Color **WHI** | Veh. Make **FREIGHTLINER** | Veh. Model **UNKNOWN** | 7 Body Style **TR** | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type | DL/ID State **TX** | DL/ID Num. **41868911** | 9 DL Class **A** | 10 CDL End. **H** | 11 DL Rest. **P27** | DOB (MM/DD/YYYY) **0 8 / 2 3 / 1 9 7 9** |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) **1704 GRIFFIN LN**    **MANSFIELD**    **TX**   **76063**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | VAL            ERNST | N | 41 | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address **JB HUNT   TRANSPORT   INC**   **615 JB HUNT CORP DR**    **LOWELL**    **AR**   **72745**

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type **1** | Fin. Resp. Name **ACE AMERICAN INS.** | Fin. Resp. Num. **H25307951** |
|---|---|---|---|---|

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1   **11-**   **LFQ-7**
27 Vehicle Damage Rating 2   **1-**   **RFQ-7**
Vehicle Inventoried ☐ Yes ☒ No

Towed By **BEARDS TOWING**    Towed To **1150 INTERMODAL PKWY**

---

| Unit Num. **40** | 5 Unit Desc. **6** | ☐ Parked Vehicle | ☐ Hit and Run | LP State **OK** | LP Num. **1631JJ** | VIN **L J R C 5 4 2 0 C 1 0 0 2 4 7** |
|---|---|---|---|---|---|---|

| Veh. Year **2 0 1 2** | 6 Veh. Color **ONG** | Veh. Make **CIMC TRAILERS** | Veh. Model **NOT APPLICABLE** | 7 Body Style **TL** | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) / / |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address **JB HUNT   TRANSPORT   INC**   **615 JB HUNT CORP DR**    **LOWELL**    **AR**   **72745**

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type **1** | Fin. Resp. Name **ACE AMERICAN INS** | Fin. Resp. Num. **H25307951** |
|---|---|---|---|---|

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1   **-**   **BD-2**
27 Vehicle Damage Rating 2   **-**   **BR-2**
Vehicle Inventoried ☐ Yes ☒ No

Towed By **BEARDS TOWING**    Towed To **1150 INTERMODAL PKWY**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 40 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. **39** | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. **1** | 29 Carrier ID Type **1** | Carrier ID Num. **00800806**

Carrier's Corp. Name **JB HUNT** | Carrier's Primary Addr. **1150 INTERMODAL PKWY     HASLET     TX     76052** | 30 Veh. Type **5**

31 Bus Type **0** | ☐ RGVW ☒ GVWR **5 2 0 0 0** | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type **3**

Unit Num. **40** | ☐ RGVW ☒ GVWR **6 8 0 0 0** | 34 Trlr. Type **1** | CMV Disabling Damage? ☒ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 **98** | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | | May Have Contrib. | | Contributing | | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | 98 | 3 | 97 | 3 | 2 | -6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) **0 6 2 0** | How Notified **DISPATCH** | Time Arrived (24HRMM) **0 6 4 0** | Report Date (MM/DD/YYYY) **0 3 / 0 1 / 2 0 2 1**

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) **HARPER, G.     MARTIN,K** | ID Num. **3380-3421**

ORI Num. **T X 2 2 0 1 2 0 0** | *Agency **FORT WORTH POLICE DEPARTMENT** | Service/Region/DA **C E N T R L**

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units | 1 | 4 | 8
Total Num. Prsn

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 41 of 149

**IDENTIFICATION & LOCATION**

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID. 210011068 | Local Use |

| ★County Name TARRANT | ★City Name FORT WORTH | ☐ Outside City Limit |

| In your opinion, did this crash result in at least $1,000 damage to any one person's property? | ☒ Yes ☐ No | Latitude (decimal degrees) 3 2 . 7 9 5 1 3 | Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7 |

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. TL | ★ Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |

| ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☐ Toll Road/ Toll Lane | Speed Limit | Const. Zone ☐ Yes ☒ No | Workers Present ☐ Yes ☒ No | Street Desc. |

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |

| Distance from Int. or Ref. Marker 1000 | ☒ FT ☐ MI | 3 Dir. from Int. S | Reference Marker | Street Desc. HWY | RRX Num. |

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 41 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. R400997 | VIN 1 X P H D 4 9 X 7 E D 2 2 7 4 0 8 |

| Veh. Year 2 0 1 4 | 6 Veh. Color BLU | Veh. Make PETERBILT | Veh. Model UNKNOWN | 7 Body Style TR | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 25115658 | 9 DL Class A | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 2 / 1 3 / 1 9 9 1 |

| Address (Street, City, State, ZIP) 3304 SAN ESTEBAN ST | MISSION | TX 78572 |

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DURAN    JOSE    BRENT | B | 29 | H | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | G.G'S PRODUCE 2305 E TRENTON RD | EDINBURG | TX 78542 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name UNITED WISCONSIN INS. CO. | Fin. Resp. Num. UWPGA249602 |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1   12-   FD-7 | 27 Vehicle Damage Rating 2   11-   LD-7 | Vehicle Inventoried ☐ Yes ☒ No |

| Towed By ABC TOWING | Towed To 6831 OLD RANDOL MILL RD |

| Unit Num. 42 | 5 Unit Desc. 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. 055C370 | VIN 1 U Y V S 2 5 3 2 L U 1 5 7 |

| Veh. Year 2 0 2 0 | 6 Veh. Color WHI | Veh. Make UTILITY TRAILER MFG | Veh. Model NOT APPLICABLE | 7 Body Style TL | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) |

| Address (Street, City, State, ZIP) | | |

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | I.GARZA LLC 2305 E TRENTON RD | EDINBURG | TX 78542 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name UNITED WISCONSIN INS CO | Fin. Resp. Num. UWPGA249602 |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1   -   BL-5 | 27 Vehicle Damage Rating 2   -   LFQ-3 | Vehicle Inventoried ☐ Yes ☒ No |

| Towed By ABC TOWING | Towed To 6831 OLD RANDOL MILL RD |

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 12 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 41 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | 41 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 02813179 | |
|---|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | G.G'S PRODUCE | Carrier's Primary Addr. | 2305 E TRENTON RD | EDINBURG | TX | 78542 | 30 Veh. Type 6 |
|---|---|---|---|---|---|---|---|

| 31 Bus Type 0 | ☐ RGVW ☒ GVWR 5 1 2 0 0 | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 3 |
|---|---|---|---|---|---|---|---|

| Unit Num. 42 | ☐ RGVW ☒ GVWR 6 5 0 0 0 | 34 Trlr. Type 1 | CMV Disabling Damage? ☒ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.    MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L |
|---|---|---|

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Total Num. Units 1 4 8
Total Num. Prsn 5 8
Page 43 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID 210011068
Local Use

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒Yes ☐No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL   ★1 Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☒ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐Yes ☒No
Workers Present ☐Yes ☒No
Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐Yes ☒No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   ☒FT ☐MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker   Street Desc.: HWY   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 43   5 Unit Desc.: 1   ☐Parked Vehicle ☐Hit and Run   LP State: TX   LP Num.: HDK4494   VIN: 5 F N Y F 3 H 7 9 D B 0 1 3 1 7 9 3

Veh. Year: 2 0 1 3   6 Veh. Color: WHI   Veh. Make: HONDA   Veh. Model: PILOT   7 Body Style: SV   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 00212737   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 8 / 2 3 / 1 9 8 5

Address (Street, City, State, ZIP): 1205 MESA CREST DR   HASLET   TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle. Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FALKENBERG  ALICIA  MARRIE | N | 35 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: FALKENBERG  ALICIA  MARRIE   1205 MESA CREST DR   HASLET   TX 76052

Proof of Fin. Resp.: ☒Yes ☐No   ☐Expired ☐Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: USAA   Fin. Resp. Num.: 0074683787101

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1: 12-   FD-7   27 Vehicle Damage Rating 2: 6-   RD-7   Vehicle Inventoried ☐Yes ☒No

Towed By: PURFECT TOWING   Towed To: PURFECT TOWING

---

Unit Num.: 44   5 Unit Desc.: 1   ☐Parked Vehicle ☐Hit and Run   LP State: UN   LP Num.:   VIN:

Veh. Year: 2 0 2 1   6 Veh. Color: 99   Veh. Make: UNKNOWN   Veh. Model: UNKNOWN   7 Body Style: 99   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 99   DL/ID State: UN   DL/ID Num.:   9 DL Class: 99   10 CDL End.: 99   11 DL Rest.: 99   DOB (MM/DD/YYYY): / /

Address (Street, City, State, ZIP): UNKNOWN   UNK   UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 1 | UNKNOWN  UNK  UNK | 99 | | 99 | 99 | 99 | 99 | 97 | N | 96 | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: UNKNOWN  UNK  UNK   UNKNOWN   UNK   UN UNK

Proof of Fin. Resp.: ☐Yes ☒No   ☐Expired ☐Exempt   26 Fin. Resp. Type:   Fin. Resp. Name:   Fin. Resp. Num.:

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1:   27 Vehicle Damage Rating 2:   Vehicle Inventoried ☐Yes ☒No

Towed By:   Towed To:

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 44 of 149

| Case ID | 210011068 | TxDOT Crash ID | |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY   CMV Disabling Damage? ☐ Yes ☐ No   28 Veh. Oper.   29 Carrier ID Type   Carrier ID Num.

Carrier's Corp. Name   Carrier's Primary Addr.   30 Veh. Type

31 Bus Type ☐ RGWW ☐ GVWR   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type

Unit Num. ☐ RGWW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No   Unit Num. ☐ RGWW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY
☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsn **3 1 8**

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: **45** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM) **0 6 0 0**   Case ID **210011068**   Local Use

★County Name **TARRANT**   ★City Name **FORT WORTH**   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **− 0 9 7 . 3 2 2 7 7**

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. ☐   ★Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT IN ROADWAY, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. **45**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **LRS7914**   VIN **K M 8 J 3 3 A 2 9 J U 8 2 9 8 0 1**

Veh. Year **2 0 1 8**   6 Veh. Color **GRY**   Veh. Make **HYUNDAI**   Veh. Model **TUCSON**   7 Body Style **SV**   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **25208915**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 6 / 0 5 / 1 9 9 1**

Address (Street, City, State, ZIP)   **1215 CARAWAY LN**   **HASLET**   **TX** **76052**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SHAABANI   SARAH   DANIELLE | N | 29 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   **SHAABANI   SARAH   DANIELLE**   **1215 CARAWAY LN**   **HASLET**   **TX** **76052**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **COLONIAL COUNTY MUTUAL**   Fin. Resp. Num. **7842J158682**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   27 Vehicle Damage Rating 2   Vehicle Inventoried ☐ Yes ☒ No

Towed By **PURFECT TOWING**   Towed To **PURFECT TOWING**

Unit Num. **46**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **KWZ8350**   VIN **J T H B A 1 D 2 0 H 5 0 4 0 1 8**

Veh. Year **2 0 1 7**   6 Veh. Color **GRY**   Veh. Make **LEXUS**   Veh. Model **IS 250**   7 Body Style **P4**   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **17315350**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **A**   DOB (MM/DD/YYYY) **0 7 / 2 6 / 1 9 6 9**

Address (Street, City, State, ZIP)   **918 FOREST PARK CT**   **KELLER**   **TX** **76248**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MOONEY   KAREN   MARIE | A | 51 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   **MOONEY   KAREN   MARIE**   **918 FOREST PARK CT**   **KELLER**   **TX** **76248**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **STATE FARM**   Fin. Resp. Num. **377 6701 L12 43N 003**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12-   FD-7**   27 Vehicle Damage Rating 2 **12-   RD-7**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **CORNISH TOWING**   Towed To **CORNISH TOWING**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

Page 48 of 149

| | Case ID | 210011068 | | TxDOT Crash ID | |
|---|---|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 46 | 1 | MEDICAL CITY ALLIANCE | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

Unit Num. ☐ 10,001+ LBS.  ☐ TRANSPORTING HAZARDOUS MATERIAL  ☐ 9+ CAPACITY  CMV Disabling Damage? ☐ Yes ☐ No  28 Veh. Oper.  29 Carrier ID Type  Carrier ID Num.

Carrier's Corp. Name  Carrier's Primary Addr:  30 Veh. Type

31 Bus Type  ☐ RGWW ☐ GVWR  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type

Unit Num.  ☐ RGWW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No  Unit Num.  ☐ RGWW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☐ No  Actual Gross Weight  Total Num. Axles:

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0  How Notified DISPATCH  Time Arrived (24HRMM) 0 6 4 0  Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No  Investigator Name (Printed) HARPER, G.   MARTIN,K  ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0  *Agency FORT WORTH POLICE DEPARTMENT  Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY
☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**
Total Num. Prsn

Electronically Filed
6/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: **47** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): **0 2 / 1 1 / 2 0 2 1**
★Crash Time (24HRMM): **0 6 0 0**
Case ID: **210011068**
Local Use:

★County Name: **TARRANT**
★City Name: **FORT WORTH**
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): **3 2 . 7 9 5 1 3**
Longitude (decimal degrees): **− 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **TL**   ★Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker: **1000**   ☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker ☒ **S**
Reference Marker
Street Desc. **HWY**
RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. **47**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **MKY0118**   VIN **1 G Y F Z E R 4 1 K F 1 1 9 2 0 5**

Veh. Year **2 0 1 9**   6 Veh. Color **BLK**   Veh. Make **CADILLAC**   Veh. Model **XTS**   7 Body Style **SV**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **21110361**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 6 / 0 6 / 1 9 8 8**

Address (Street, City, State, ZIP): **6001 HARWICH LN**   **FORT WORTH**   TX   **76179**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DAVIS   AMANDA   MICHELLE | B | 32 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: **DAVIS   AMANDA   MICHELLE   6001 HARWICH LN   FORT WORTH TX   76179**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **USAA**   Fin. Resp. Num. **028276844 7103**
Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1   **12- FD- 7**
27 Vehicle Damage Rating 2   **6- RD- 7**
Vehicle Inventoried ☐ Yes ☒ No

Towed By **CORNISH TOWING**   Towed To **CORNISH TOWING**

---

Unit Num. **48**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **LMT7382**   VIN **3 C 6 R R 6 L T 2 H G 5 3 1 0 4**

Veh. Year **2 0 1 7**   6 Veh. Color **GRY**   Veh. Make **DODGE**   Veh. Model **RAM 1500**   7 Body Style **PK**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **16412917**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **A**   DOB (MM/DD/YYYY) **0 2 / 0 6 / 1 9 6 9**

Address (Street, City, State, ZIP): **833 STAFFORD STATION DR**   **SAGINAW**   TX   **76131**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GENUALDO   PAUL   RICHARD | C | 52 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: **GENUALDO   PAUL   RICHARD   833 STAFFORD STATION DR   SAGINAW TX   76131**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **FARMERS INSURANCE**   Fin. Resp. Num. **45006011**
Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1   **12- FD- 7**
27 Vehicle Damage Rating 2   **6- RD- 7**
Vehicle Inventoried ☐ Yes ☒ No

Towed By **ADVANCED TOWING**   Towed To **ADVANCED TOWING**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 18 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 47 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 48 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |

| 31 Bus Type | ☐ RGWW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|
| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | | Total Num. Axles: |

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num Prsn **8**

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: **49** of **149**

## IDENTIFICATION & LOCATION

★ Crash Date (MM/DD/YYYY): **0 2 / 1 1 / 2 0 2 1**
★ Crash Time (24HRMM): **0 6 0 0**
Case ID: **210011068**
Local Use:

★ County Name: **TARRANT**
★ City Name: **FORT WORTH**
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): **3 2 . 7 9 5 1 3**
Longitude (decimal degrees): **– 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★ 1 Rdwy. Sys.: **TL**
★ Hwy. Num.: **35**
2 Rdwy. Part: **1**
Block Num.: **2600**
3 Street Prefix:
★ Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: **LR**
Hwy. Num.:
2 Rdwy. Part:
Block Num.: **2500**
3 Street Prefix: **NE**
Street Name: **28TH**
4 Street Suffix: **ST**

Distance from Int. or Ref. Marker: **1000**  ☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: **S**
Reference Marker:
Street Desc.: **HWY**
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: **49**
5 Unit Desc.: **1**
☐ Parked Vehicle  ☐ Hit and Run
LP State: **AR**
LP Num.: **K810521**
VIN: **3 A K J G L D R 1 K D K N 3 1 7 7**

Veh. Year: **2 0 1 9**
6 Veh. Color: **GRY**
Veh. Make: **FREIGHTLINER**
Veh. Model: **UNKNOWN**
7 Body Style: **TT**
Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: **1**
DL/ID State: **MX**
DL/ID Num.: **NVOL062506**
9 DL Class: **98**
10 CDL End.: **98**
11 DL Rest.: **98**
DOB (MM/DD/YYYY): **0 9 / 2 6 / 1 9 8 3**

Address (Street, City, State, ZIP): **HACIENDA RALDEA-131**   **GARCIA**   **MX NL6600**

| Person Num. | 12 Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GARCIA RODRIGUEZ  HECTOR  FERNANDO | C | 37 | H | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: **RICH TRANSPORT LLC**   **6011 SCOTT HAMMILTON DR**   **LITTLE ROCK AR 72209**

Proof of Fin. Resp. ☒ Yes ☐ No ☐ Expired ☐ Exempt
26 Fin. Resp. Type: **1**
Fin. Resp. Name: **UNITED SPECIALY**
Fin. Resp. Num.: **EEXBRS0010**

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: **8–**  LBQ-**5**
27 Vehicle Damage Rating 2: **2–**  RD-**4**
Vehicle Inventoried ☐ Yes ☒ No

Towed By: **EDDS TOWING**
Towed To: **RICH TRANSPORT LLC 4444 IRVING BLVD**

Unit Num.: **50**
5 Unit Desc.: **6**
☐ Parked Vehicle  ☐ Hit and Run
LP State: **OK**
LP Num.: **9931KJ**
VIN: **3 H 3 V 5 3 2 C 6 F T 2 0 8 4 0 8**

Veh. Year: **2 0 1 5**
6 Veh. Color: **WHI**
Veh. Make: **HYUNDAI STEEL INDUSTRIES**
Veh. Model: **NOT APPLICABLE**
7 Body Style: **TL**
Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:
DL/ID State:
DL/ID Num.:
9 DL Class:
10 CDL End.:
11 DL Rest.:
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: **RICH TRANSPORT   LLC**   **6011 SCOTT HAMMILTON DR**   **LITTLE ROCK AR 72209**

Proof of Fin. Resp. ☒ Yes ☐ No ☐ Expired ☐ Exempt
26 Fin. Resp. Type: **1**
Fin. Resp. Name: **UNITED SPECIALY**
Fin. Resp. Num.: **EEXBRS0010**

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: **6–**  RD-**6**
27 Vehicle Damage Rating 2: **12–**  FD-**3**
Vehicle Inventoried ☐ Yes ☒ No

Towed By: **EDDS TOWING**
Towed To: **RECH TRANSPORT**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 49 | 1 | ON SITE | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. 49   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☒ Yes ☐ No   28 Veh. Oper. 1   29 Carrier ID Type 1   Carrier ID Num. 03057789

Carrier's Corp. Name RICH TRANSPORT   Carrier's Primary Addr. 6011 SCOTT HAMMILTON DR   LITTLE ROCK   AR   72209   30 Veh. Type 8

31 Bus Type 0   ☐ RGVW ☒ GVWR 5 2 3 5 0   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   Unit Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 50   ☐ RGVW ☒ GVWR 6 8 0 0 0   34 Trlr. Type 1   CMV Disabling Damage? ☒ Yes ☐ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events 98   35 Seq. 1   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HR:MM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num Prsn: 3 6

Electronically Filed
3/2/2021 5:38 RDMT
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call.844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 51 of 149

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

★County Name: TARRANT
★City Name: FORT WORTH  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. | ★Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[X] Toll Road/Toll Lane
Speed Limit
Const. Zone [ ]Yes [X]No
Workers Present [ ]Yes [X]No
Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ]Yes [X]No  | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |

Distance from Int. or Ref. Marker 1000  [X]FT [ ]MI  | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. |

## VEHICLE, DRIVER, & PERSONS

Unit Num. 51 | 5 Unit Desc. 2 | [ ] Parked Vehicle | [ ] Hit and Run | LP State KS | LP Num. 198172 | VIN 1 X K Y D P 9 X 2 L J 4 1 3 0 1 0

| Veh. Year 2 0 2 0 | 6 Veh. Color BLK | Veh. Make KENWORTH | Veh. Model UNKNOWN | 7 Body Style TT | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State KS | DL/ID Num. K02205893 | 9 DL Class 98 | 10 CDL End. 98 | 11 DL Rest. 98 | DOB (MM/DD/YYYY) 0 8 / 0 1 / 1 9 6 9 |

Address (Street, City, State, ZIP): 1817 EAST 24TH AVE #7   HUTCHINSON   KS   67502

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BOWMAN   CHARLES   GRANT | C | 51 | W | 1 | 1 | 1 | 97 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: SUN VALLEY INC   1601 E BLANCHARD AVE   HUTCHINSON KS 67501

Proof of Fin. Resp. [X]Yes [ ]No  [ ]Expired [ ]Exempt  26 Fin. Resp. Type 1  | Fin. Resp. Name ARCH INS | Fin. Resp. Num. ZACAT5205100 |

Fin. Resp. Phone Num.  | 27 Vehicle Damage Rating 1   12- FD- 6 | 27 Vehicle Damage Rating 2   9- LD- 5 | Vehicle Inventoried [ ]Yes [X]No |

Towed By BEARDS TOWING   Towed To BEARDS TOWING

---

Unit Num. 52 | 5 Unit Desc. 6 | [ ] Parked Vehicle | [ ] Hit and Run | LP State KS | LP Num. C397603 | VIN 1 W 1 4 4 5 2 A M 7 1 2 0 5 0 8

| Veh. Year 2 0 2 1 | 6 Veh. Color SIL | Veh. Make WILSON TRAILER CO | Veh. Model NOT APPLICABLE | 7 Body Style TL | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) / / |

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: SUN VALLEY INC   1601 E BLANCHARD AVE   HUTCHINSON KS 67501

Proof of Fin. Resp. [X]Yes [ ]No  [ ]Expired [ ]Exempt  26 Fin. Resp. Type 1  | Fin. Resp. Name ARCH INS | Fin. Resp. Num. ZACAT5205100 |

Fin. Resp. Phone Num.  | 27 Vehicle Damage Rating 1   6- RD- 6 | 27 Vehicle Damage Rating 2   12- FD- 6 | Vehicle Inventoried [ ]Yes [X]No |

Towed By BEARDS TOWING   Towed To BEARDS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 52 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 51 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. **51**   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☒ Yes ☐ No   28 Veh. Oper. **1**   29 Carrier ID Type **1**   Carrier ID Num. **01292112**

Carrier's Corp. Name **SUN VALLEY INC**   Carrier's Primary Addr. **1601 E BLANCHARD AVE**   **HUTCHINSON**   **KS**   **67501**   30 Veh. Type **8**

31 Bus Type **0**   ☐ RGVW ☒ GVWR **5 3 2 0 0**   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   Unit Num.   ☐ RGVW ☐ GVWR   33 Cargo Body Type **10**

Unit Num. **52**   ☐ RGVW ☒ GVWR **8 5 5 0 0**   34 Trlr. Type **2**   CMV Disabling Damage? ☒ Yes ☐ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1 **98**   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☒ No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) **0 6 2 0**   How Notified **DISPATCH**   Time Arrived (24HR:MM) **0 6 4 0**   Report Date (MM/DD/YYYY) **0 3 / 0 1 / 2 0 2 1**

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) **HARPER, G.**   **MARTIN,K**   ID Num. **3380-3421**

ORI Num. **T X 2 2 0 1 2 0 0**   *Agency **FORT WORTH POLICE DEPARTMENT**   Service/Region/DA **C E N T R L**

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Reviewed By: Alessandra Galvan

Total Num. Units: 1 4 8    Total Num. Prsn: ...

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 53 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★1 Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☒ Yes ☐ No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 53
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: IN
LP Num.: AMF699
VIN: K L 7 9 M R S L 1 M B 0 5 9 9 0 0

Veh. Year: 2 0 2 1
6 Veh. Color: BLU
Veh. Make: CHEVROLET
Veh. Model: TRAILBLAZER
7 Body Style: SV
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: IN
DL/ID Num.: 9370097027
9 DL Class: 98
10 CDL End.: 98
11 DL Rest.: 98
DOB (MM/DD/YYYY): 0 7 / 0 9 / 1 9 9 4

Address (Street, City, State, ZIP): 2064 BLISS RD     FORT WORTH     TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MATTINGLY   MEGHAN   MIKAYLA | N | 26 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: MATTINGLY   MEGHAN   MIKAYLA   2064 BLISS RD   FORT WORTH TX 76177

Proof of Fin. Resp.: ☒ Yes ☐ No
26 Fin. Resp. Type: 1
Fin. Resp. Name: ERIE INS
Fin. Resp. Num.: Q042914860
☐ Expired ☐ Exempt

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 3- RP- 7
27 Vehicle Damage Rating 2: 10- FL- 4
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING

---

Unit Num.: 54
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: DG6X580
VIN: J T E B U 4 B F 3 B K 1 0 8 3 1 4

Veh. Year: 2 0 1 1
6 Veh. Color: SIL
Veh. Make: TOYOTA
Veh. Model: FJ CRUISER
7 Body Style: SV
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 24017242
9 DL Class: BM
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 7 / 0 3 / 1 9 9 0

Address (Street, City, State, ZIP): 6006 MONTFORD DR     COLLEYVILLE     TX 76034

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MCDANIEL   DWIGHT   KERN | B | 30 | B | 1 | 1 | 5 | 97 | N | 96 | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: MCDANIEL   DWIGHT   KERN   6006 MONTFORD DR   COLLEYVILLE TX 76034

Proof of Fin. Resp.: ☒ Yes ☐ No
26 Fin. Resp. Type: 1
Fin. Resp. Name: PROGRESSIVE
Fin. Resp. Num.: 926977813
☐ Expired ☐ Exempt

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD- 7
27 Vehicle Damage Rating 2: 6- RD- 7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: MILNER TOWING
Towed To: MILNER TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 54 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 54 | 1 | BAYLOR GRAPEVINE | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGWW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat-ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGWW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGWW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24Hr:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24Hr:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.        MARTIN,K | ID Num./ | 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsn **3 - 8**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page **55** of **149**

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM): **0 6 0 0**   Case ID: **210011068**   Local Use

★County Name: **TARRANT**   ★City Name: **FORT WORTH**   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees): **3 2 . 7 9 5 1 3**   Longitude (decimal degrees): **— 0 9 7 . 3 2 2 7 7**

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. **TL**   ★ Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [ ] Toll Road/Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker: **1000**   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num. **55**   5.Unit Desc. **1**   [ ] Parked Vehicle [ ] Hit and Run   LP State **TX**   LP Num. **1433505**   VIN **1 F M 5 K 8 A W 9 L G C 1 4 3 5 0**

Veh. Year **2 0 2 0**   6 Veh. Color **BLK**   Veh. Make **FORD**   Veh. Model **EXPLORER**   7 Body Style **SV**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **11046228**   9.DL Class **CM**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 8 / 1 7 / 1 9 9 5**

Address (Street, City, State, ZIP) **505 W FELIX ST**   **FORT WORTH**   **TX** **76115**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle / Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HERNANDEZ    RENE | N | 50 | H | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: **CITY OF    FORT WORTH**   **2500 BRENNAN AVE**   **FORT WORTH TX 76106**

Proof of Fin. Resp. [X] Yes [ ] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **SELF**   Fin. Resp. Num. **CITY OF FORT WORTH**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **9-**   **LP- 6**   27 Vehicle Damage Rating 2   Vehicle Inventoried [ ] Yes [X] No

Towed By **TEXAS TOWING**   Towed To **CITY OF FORT WORTH IMPOUND**

Unit Num. **56**   5 Unit Desc. **1**   [ ] Parked Vehicle [ ] Hit and Run   LP State **UN**   LP Num.   VIN

Veh. Year **2 0 2 1**   6 Veh. Color **GRY**   Veh. Make **TOYOTA**   Veh. Model **UNKNOWN**   7 Body Style **P4**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **99**   DL/ID State **UN**   DL/ID Num.   9 DL Class **99**   10 CDL End. **99**   11 DL Rest. **99**   DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP) **UNKNOWN**   **UNKNOWN**   **UN UNK**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle / Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN    UNK    UNKNOWN | 99 | 99 | 99 | 1 | | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: **UNKNOWN    UNK**   **UNKNOWN**   **UNKNOWN    UN UNK**

Proof of Fin. Resp. [ ] Yes [X] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type   Fin. Resp. Name   Fin. Resp. Num.

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **6-**   **RD- 7**   27 Vehicle Damage Rating 2 **12-**   **FD- 7**   Vehicle Inventoried [ ] Yes [X] No

Towed By **TEXAS TOWING**   Towed To **TEXAS TOWING**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 96 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other-Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name: | Carrier's Primary Addr.:

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.        MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

Electronically Filed

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

8/2/2021 5:33 PM
Hidalgo County District Clerks

Total Num. Units **1 4 8**

Total Num. Prsn **3 6**

Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

Page: **57** of **149**

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

★County Name **TARRANT**  ★City Name **FORT WORTH**  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees) **3 2 . 7 9 5 1 3**  Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **TL**  ★Hwy. Num. **35**  2 Rdwy. Part **1**  Block Num. **2600**  3 Street Prefix  ★Street Name  4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot

☐ Toll Road/ Toll Lane  Speed Limit  Const. Zone ☐ Yes ☒ No  Workers Present ☐ Yes ☒ No  Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No  1 Rdwy. Sys. **LR**  Hwy. Num.  2 Rdwy. Part **1**  Block Num. **2500**  3 Street Prefix **NE**  Street Name **28TH**  4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker **S**  Reference Marker  Street Desc. **HWY**  RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. **57**  5 Unit Desc. **1**  ☐ Parked Vehicle  ☐ Hit and Run  LP State **TX**  LP Num. **R110574**  VIN **1 F U J G E B G 1 G L G Z 6 9 7 6**

Veh. Year **2 0 1 6**  6 Veh. Color **WHI**  Veh. Make **FREIGHTLINER**  Veh. Model **CASCADIA 125**  7 Body Style **TT**  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**  DL/ID State **TX**  DL/ID Num. **40290659**  9 DL Class **A**  10 CDL End. **NTH**  11 DL Rest. **P27**  DOB (MM/DD/YYYY) **1 1 / 0 8 / 1 9 8 4**

Address (Street, City, State, ZIP) **6078 COPPERFIELD DR #411**  **FORT WORTH**  **TX**  **76132**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WILLIAMS    CODY    SLOAN | B | 36 | W | 1 | 1 | 1 | | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address  **GO TO          LOGISTICS INC**  **2233 N WEST ST**  **RIVER GROVE  IL  60171**

Proof of Fin. Resp. ☒ Yes ☐ No ☐ Expired ☐ Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **ARCH INS**  Fin. Resp. Num. **ZACAT6009803**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 **12-**  **FD-6**  27 Vehicle Damage Rating 2  Vehicle Inventoried ☐ Yes ☒ No

Towed By **MILNER TOWING**  Towed To **6320 EDEN DR, FORT WORTH**

---

Unit Num. **58**  5 Unit Desc. **6**  ☐ Parked Vehicle  ☐ Hit and Run  LP State **IL**  LP Num. **418014ST**  VIN **1 U Y V S 2 5 3 0 B M 1 4 4 2 1**

Veh. Year **2 0 1 1**  6 Veh. Color **WHI**  Veh. Make **UTILITY TRAILER MFG**  Veh. Model **NOT APPLICABLE**  7 Body Style **TL**  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type  DL/ID State  DL/ID Num.  9 DL Class  10 CDL End.  11 DL Rest.  DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address  **GO TO          LOGISTICS INC**  **1215 DUNAMON DR**  **BARTLETT  IL  60103**

Proof of Fin. Resp. ☒ Yes ☐ No ☐ Expired ☐ Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **ARCH INS**  Fin. Resp. Num. **ZACAT6009803**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 **5-**  **RP-3**  27 Vehicle Damage Rating 2 **-**  Vehicle Inventoried ☐ Yes ☒ No

Towed By **MILNER TOWING**  Towed To **6320 EDEN RD, FORT WORTH**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 58 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 57 | 1 | PERSONAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | 57 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. 2 | 29 Carrier ID Type 1 | Carrier ID Num. 01500245 | |
|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name GO TO LOGISTICS INC    Carrier's Primary Addr. 2233 N WEST ST    RIVER GROVE   IL   60171    30 Veh. Type 8

| 31 Bus Type 0 | ☐ RGVW ☒ GVWR 5 2 0 0 0 | HazMat Released? ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | Unit Num. | ☐ RGVW ☐ GVWR | 33 Cargo Body Type 3 | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|---|

| Unit Num. 58 | ☐ RGVW ☒ GVWR 6 5 0 0 0 | 34 Trlr. Type 2 | CMV Disabling Damage? ☒ Yes ☐ No | Unit Num. | | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☒ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.    MARTIN;K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA C E N T R L |
|---|---|---|

Electronically Filed
8/2/2021 5:33:01 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn: 5
Case ID: 210011068

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 59 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: 
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix: 
★Street Name: 
4 Street Suffix: 

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/Toll Lane
Speed Limit: 
Const. Zone: ☒ Yes ☐ No
Workers Present: ☐ Yes ☒ No
Street Desc.: 

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.: 
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker: 
Street Desc.: HWY
RRX Num.: 

## VEHICLE, DRIVER, & PERSONS

### Unit 59

Unit Num.: 59
5 Unit Desc.: 1
☐ Parked Vehicle
☒ Hit and Run
LP State: TX
LP Num.: NPF2365
VIN: 1 G C 4 Y U E Y 2 L F 1 8 6 9 2 0

Veh. Year: 2 0 2 0
6 Veh. Color: WHI
Veh. Make: CHEVROLET
Veh. Model: SILVERADO K3500
7 Body Style: PK
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 
DL/ID State: TX
DL/ID Num.: 19943103
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 6 / 1 9 / 1 9 8 6

Address (Street, City, State, ZIP): 8120 HORSEMAN RD    FORT WORTH    TX    76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 16 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | 23 Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MEEK      DEVIN      KEMPER | N | 34 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: THELIN    RECYCLING CO    5225 THELIN ST    FORT WORTH TX 76115

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: UNITED FIRST CASUALTY
Fin. Resp. Num.: 85317311

Fin. Resp. Phone Num.: 
27 Vehicle Damage Rating 1: 12 - FD - 7
27 Vehicle Damage Rating 2: 6 - RD - 7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BEARDS TOWING
Towed To: BEARDS TOWING

### Unit 60

Unit Num.: 60
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit-and Run
LP State: TX
LP Num.: MWX4836
VIN: 5 N M S 3 A D 7 K H 0 0 3 4 7

Veh. Year: 2 0 1 9
6 Veh. Color: GRY
Veh. Make: HYUNDAI
Veh. Model: SANTA FE
7 Body Style: SV
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 44716391
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: A
DOB (MM/DD/YYYY): 0 4 / 0 8 / 1 9 6 2

Address (Street, City, State, ZIP): 11916 HICKORY CIR    FORT WORTH    TX    76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 16 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | 23 Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ROBERTSON      ENID      LYL | A | 58 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: ROBERTSON    ENID    LYL    11916 HICKORY CIR    FORT WORTH TX 76244

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ALLSTATE
Fin. Resp. Num.: 844885571

Fin. Resp. Phone Num.: 
27 Vehicle Damage Rating 1: 12 - FD - 7
27 Vehicle Damage Rating 2: 6 - RD - 7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BEARDS TOWING
Towed To: BEARDS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 60 of 149

| | Case ID | 210011068 | | TxDOT Crash ID | |
|---|---|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 60 | 1 | BAYLOR | MEDSTAR 81 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num.

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31-Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.     MARTIN,K | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY
[X] FATAL　[X] CMV　[ ] SCHOOL BUS　[ ] RAILROAD　[ ] MAB　[ ] SUPPLEMENT　[ ] ACTIVE SCHOOL ZONE

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units  1 4 8
Total Num. Prsn  1 6
Page: 61 of 149

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1　★Crash Time (24HRMM) 0 6 0 0　Case ID 210011068　Local Use

★County Name TARRANT　★City Name FORT WORTH　[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees) 3 2 . 7 9 5 1 3　Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. TL　★1 Hwy. Num. 35　2 Rdwy. Part 1　Block Num. 2600　3 Street Prefix　★Street Name　4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot　[ ] Toll Road/Toll Lane　Speed Limit　Const. Zone [ ] Yes [X] No　Workers Present [ ] Yes [X] No　Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No　1 Rdwy. Sys. LR　Hwy. Num.　2 Rdwy. Part 1　Block Num. 2500　3 Street Prefix NE　Street Name 28TH　4 Street Suffix ST

Distance from Int. or Ref. Marker 1000　[X] FT [ ] MI　3 Dir. from Int. or Ref. Marker S　Reference Marker　Street Desc. HWY　RRX Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num. 61　5 Unit Desc. 1　[ ] Parked Vehicle　[ ] Hit and Run　LP State TX　LP Num. NWK0448　VIN

Veh. Year 2 0 2 1　6 Veh. Color GRY　Veh. Make UNKNOWN　Veh. Model UNKNOWN　7 Body Style P4　[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 99　DL/ID State UN　DL/ID Num.　9 DL Class 99　10 CDL End. 99　11 DL Rest. 99　DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP) UNKNOWN　UNKNOWN　UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN　UNK　UNK | 99 | | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee　Owner/Lessee Name & Address UNKNOWN　UNK　UNK　UNKNOWN　UN UNK

Proof of Fin. Resp. [ ] Yes [X] No　[ ] Expired [ ] Exempt　26 Fin. Resp. Type　Fin. Resp. Name　Fin. Resp. Num.

Fin. Resp. Phone Num.　27 Vehicle Damage Rating 1 12− FD−7　27 Vehicle Damage Rating 2 −　Vehicle Inventoried [ ] Yes [X] No

Towed By UNKNOWN　Towed To UNKNOWN

Unit Num. 62　5 Unit Desc. 1　[ ] Parked Vehicle　[ ] Hit and Run　LP State TX　LP Num. LDX1404　VIN 5 X Y Z T 3 L B 1 J G 0 1 8 6

Veh. Year 2 0 1 8　6 Veh. Color BLK　Veh. Make HYUNDAI　Veh. Model SANTA FE　7 Body Style SV　[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1　DL/ID State TX　DL/ID Num. 44019005　9 DL Class C　10 CDL End. 96　11 DL Rest. 96　DOB (MM/DD/YYYY) 0 2 / 2 4 / 1 9 6 8

Address (Street, City, State, ZIP) 1440 DUN HORSE DR　HASLET　TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KILBREATH　SUZETTE　JANELLE | A | 52 | W | F | 1 | 97 | N | 96 | | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee　Owner/Lessee Name & Address KILBREATH　SUZETTE　JANELLE　HASLET　TX 76052　1440 DUN HORSE DR

Proof of Fin. Resp. [X] Yes [ ] No　[ ] Expired [ ] Exempt　26 Fin. Resp. Type 1　Fin. Resp. Name PROGRESSIVE　Fin. Resp. Num. 932509799

Fin. Resp. Phone Num.　27 Vehicle Damage Rating 1 12− FD−7　27 Vehicle Damage Rating 2 6− RD−7　Vehicle Inventoried [ ] Yes [X] No

Towed By TEXAS TOWING　Towed To TEXAS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 62 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 62 | 1 | MEDICAL CITY ALLIANCE | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| | Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN, K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn: 8

Electronically Filed
3/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 63 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/ Toll Lane
Speed Limit:
Const. Zone: [ ] Yes [X] No
Workers Present: [ ] Yes [X] No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: [ ] Yes [X] No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000 [X] FT [ ] MI
3 Dir. from Int.: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: 63
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: 77316DV
VIN: K N M A T 2 M V 6 J P 5 5 8 3 8 9

Veh. Year: 2 0 1 8
6 Veh. Color: BLK
Veh. Make: NISSAN
Veh. Model: ROGUE
7 Body Style: SV
Pol., Fire, EMS on Emergency (Explain in Narrative if checked):

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 19917952
9 DL Class: CM
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 7 / 0 5 / 1 9 6 3

Address (Street, City, State, ZIP): 5508 BLUE SPRUCE DR   ARLINGTON   TX 76018

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ENGEL   ROBERT   ALAN | B | 57 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: ENGEL   ROBERT   ALAN   5508 BLUE SPRUCE DR   ARLINGTON   TX 76018

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: FARMERS
Fin. Resp. Num.: 44562585

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 6- RD- 7
27 Vehicle Damage Rating 2: 12- FD- 7
Vehicle Inventoried: [X] Yes [ ] No

Towed By: CORNISH TOWING
Towed To: CORNISH TOWING

---

Unit Num.: 64
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: JVY4480
VIN: 1 F T B F 2 A 6 2 H E D 3 1 1 7 9

Veh. Year: 2 0 1 7
6 Veh. Color: WHI
Veh. Make: FORD
Veh. Model: F250
7 Body Style: PK
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: HI
DL/ID Num.: H01437163
9 DL Class: 98
10 CDL End.: 98
11 DL Rest.: 98
DOB (MM/DD/YYYY): 1 2 / 0 6 / 1 9 6 6

Address (Street, City, State, ZIP): 14-746 FLOWER ST   PAHOA   HI 96778

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WILLIAMS   WILLIAM   DARRELL | K | 54 | 98 | 1 | 1 | 97 | N | | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: GEEP MECH   ENG AND CONST INC   3640 8TH AVE   FORT WORTH   TX 76110

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: AMERISURE INSURANCE CO
Fin. Resp. Num.: CA1281769

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD- 7
27 Vehicle Damage Rating 2: 6- RD- 7
Vehicle Inventoried: [ ] Yes [X] No

Towed By: BEARDS TOWING
Towed To: BEARDS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 64 of 140

| Case ID | 210011068 | TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 63 | 1 | USMD ARLINGTON | PERSONAL VEH | / / | |
| 64 | 1 | TC MORGUE | FORT WORTH FUNERALS AND CREMATION | 0 2 / 1 1 / 2 0 2 1 | 0 6 0 3 |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property-Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | 30 Veh. Type |

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.     MARTIN, K | ID Num. 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions?  Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Total Num. 1 4 8  Total Num. Units  Prsn

Page 65 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1  ★Crash Time (24HRMM) 0 6 0 0  Case ID 210011068  Local Use

★County Name TARRANT  ★City Name FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees) 3 2 . 7 9 5 1 3  Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. TL  ★1 Hwy. Num. 35  2 Rdwy. Part 1  Block Num. 2600  3 Street Prefix  ★Street Name  4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/Toll Lane  Speed Limit  Const. Zone ☐ Yes ☒ No  Workers Present ☐ Yes ☒ No  Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No  1 Rdwy. Sys. LR  Hwy. Num.  2 Rdwy. Part 1  Block Num. 2500  3 Street Prefix NE  Street Name 28TH  4 Street Suffix ST

Distance from Int. or Ref. Marker 1000  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker S  Reference Marker  Street Desc. HWY  RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 65  5 Unit Desc. 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State TX  LP Num. NPB5797  VIN 1 F T 7 W 2 B T 0 L E C 3 9 2 3 3

Veh. Year 2 0 2 0  6 Veh. Color RED  Veh. Make FORD  Veh. Model F250  7 Body Style PK  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State TX  DL/ID Num. 01159671  9 DL Class C  10 CDL End. 96  11 DL Rest. 96  DOB (MM/DD/YYYY) 0 9 / 2 5 / 1 9 7 1

Address (Street, City, State, ZIP) 500 WOODLAND PARK DR  BOYD  TX 76023

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | VARDY   CHISTOPHER   RAY | K | 49 | W | 1 | 1 | 5 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address  VARDY   CHISTOPHER   RAY  500 WOODLAND PARK DR  BOYD  TX  76023

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name FARMERS INS  Fin. Resp. Num. 46614184

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1  12−  FD−7  27 Vehicle Damage Rating 2  6−  RD−7  Vehicle Inventoried ☐ Yes ☒ No

Towed By CORNISH TOWING  Towed To CORNISH TOWING

---

Unit Num. 66  5 Unit Desc. 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State TX  LP Num. MKT5732  VIN 1 C 4 P J M J N 9 K D 3 4 4 4 4

Veh. Year 2 0 1 9  6 Veh. Color BLK  Veh. Make JEEP  Veh. Model GRAND CHEROKEE  7 Body Style SV  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State TX  DL/ID Num. 44629286  9 DL Class C  10 CDL End. 96  11 DL Rest. A  DOB (MM/DD/YYYY) 0 9 / 1 0 / 1 9 8 2

Address (Street, City, State, ZIP) 2512 BOOT JACK RD  FORT WORTH  TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BLAKE   SAMUEL   ETIENNE | B | 38 | B | 1 | 1 | 5 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address  BLAKE   SAMUEL   ETIENNE  2512 BOOT JACK RD  FORT WORTH  TX  76177

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name PROGRESSIVE  Fin. Resp. Num. 916025293

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1  6−  RD−7  27 Vehicle Damage Rating 2  12−  FD−7  Vehicle Inventoried ☐ Yes ☒ No

Towed By EDS TOWING  Towed To EDS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 65 | 1 | TARRANT COUNTY MORGUE | FORT WORTH FUNERALS AND CREMATION | 0 2 / 1 1 / 2 0 2 1 | 0 6 0 3 |
| 66 | 1 | MEDICAL CITY FW | MEDSTAR 56 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type- | RGVW GVWR | HazMat Released Yes No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | RGVW GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes No | Unit Num. | RGVW GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes No |
|---|---|---|---|---|---|---|---|

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit Yes No | Actual Gross Weight | Total Num. Axles:

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24Hr:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | Yes ☒ No ☐ | Investigator Name (Printed) | HARPER, G.        MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units 1 4 8
Total Num. Prsn 8

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 67 of 149

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

**IDENTIFICATION & LOCATION**

| ★County Name | TARRANT | ★City Name | FORT WORTH | [ ] Outside City Limit |
|---|---|---|---|---|

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees) 3 2 . 7 9 5 1 3
Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. TL | ★Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/ Toll Lane
Speed Limit
Const. Zone [ ] Yes [X] No
Workers Present [ ] Yes [X] No
Street Desc.

INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. [ ] Yes [X] No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker 1000
[X] FT [ ] MI
3 Dir. from Int. or Ref. Marker S
Reference Marker
Street Desc. HWY
RRX

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 67 | 5 Unit Desc. | [ ] Parked Vehicle | [ ] Hit and Run | LP State MO | LP Num. 49KR4D | VIN 1 X P B D P 9 X 7 L D 3 6 4 6 5 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 2 0 | 6 Veh. Color GRN | Veh. Make PETERBILT | Veh. Model 397 | 7 Body Style TT | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State KS | DL/ID Num. K02388146 | 9 DL Class 98 | 10 CDL End. 98 | 11 DL Rest. 98 | DOB (MM/DD/YYYY) 0 7 / 0 5 / 1 9 8 5 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 6125 OTTER CREEK RD          OLSBURG          KS  66520

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | RIDDER    STEVEN    ANTHONY | B | 35 | W | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | NEW PRIME INCE 2740 MAYFAIR AVE | SPRINGFIELD MO 75409 |
|---|---|---|---|

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name ACE AMERICAN INS | Fin. Resp. Num. XSAH25294221 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 12- FD- 6 | 27 Vehicle Damage Rating 2 - | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|

| Towed By TEXAS TOWING | Towed To TEXAS TOWING |
|---|---|

| Unit Num. 68 | 5 Unit Desc. 6 | [ ] Parked Vehicle | [ ] Hit and Run | LP State MO | LP Num. 25A781 | VIN 1 R N D 5 3 A 2 9 E R 0 3 0 1 5 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 4 | 6 Veh. Color 98 | Veh. Make REITNOUER | Veh. Model NOT APPLICABLE | 7 Body Style TL | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | NEW PRIME INC 2740 MAYFAIR AVE | SPRINGFIELD MO 65803 |
|---|---|---|---|

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name ACE AMERICAN INS | Fin. Resp. Num. XSAH25294221 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 10- FL- 3 | 27 Vehicle Damage Rating 2 - | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|

| Towed By TEXAS TOWING | Towed To TEXAS TOWING |
|---|---|

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 98 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 67 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. **67**   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☒ Yes ☐ No   28 Veh. Oper. **1**   29 Carrier ID Type **1**   Carrier ID Num. **00003706**

Carrier's Corp. Name **NEW PRIME INC**   Carrier's Primary Addr. **2740 MAYFAIR AVE**   **SRPINGFIELD**   **MO**   **65803**   30 Veh. Type **8**

31 Bus Type **0**   ☐ RGVW ☒ GVWR **5,0,0,0,0**   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   Unit Num.   ☐ RGVW ☐ GVWR   32 HazMat Class Num.   HazMat ID Num.   13 Cargo Body Type **5**

Unit Num. **68**   ☐ RGVW ☒ GVWR **9,0,0,0,0**   34 Trlr. Type **2**   CMV Disabling Damage? ☒ Yes ☐ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1 **98**   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☒ No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light. Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | -43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) **0 6 2 0**   How Notified **DISPATCH**   Time Arrived (24HR:MM) **0 6 4 0**   Report Date (MM/DD/YYYY) **0 3 / 0 1 / 2 0 2 1**

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) **HARPER, G.**   **MARTIN,K**   ID Num. **3380-3421**

ORI Num. **T X 2 2 0 1 2 0 0**   *Agency **FORT WORTH POLICE DEPARTMENT**   Service/Region/DA **C E N T R L**

Law Enforcement and TxDOT Use ONLY

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8   Total Num. Prsn 3 8

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page 69 of 149

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID 210011068 | Local Use |

★County Name TARRANT   ★City Name FORT WORTH   ☐ Outside City Limit

In my opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) — 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. TL | ★Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

| Unit Num. 69 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. LBK8034 | VIN 3 C 6 U R 5 C L 7 J G 2 9 6 2 1 4 |

| Veh. Year 2 0 1 8 | 6 Veh. Color BLK | Veh. Make DODGE | Veh. Model RAM 2500 | 7 Body Style PK | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 18034466 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 4 / 2 4 / 1 9 8 0 |

Address (Street, City, State, ZIP) 3509 N JULIET LN   FORT WORTH   TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GIERISCH   EDMUND   WILLIAM | B | 40 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   GIERISCH   EDMUND   WILLIAM
3509 N JULIET LN   FORT WORTH TX 76137

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name TRAVELERS   Fin. Resp. Num. 6031076732221

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 6- RD-6   27 Vehicle Damage Rating 2 9- LP-6   Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS TOWING   Towed To BEARDS TOWING

| Unit Num. 70 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. B17558R | VIN 5 Y F S 4 M C E X M P 0 6 4 7 3 |

| Veh. Year 2 0 2 1 | 6 Veh. Color BLK | Veh. Make TOYOTA | Veh. Model COROLLA | 7 Body Style P4 | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 17314524 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 8 / 2 8 / 1 9 7 1 |

Address (Street, City, State, ZIP) 612 WOLLFORD WAY   FORT WORTH   TX 76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | REID   GLENN   LEWIS JR | B | 49 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   REID   GLENN   LEWIS JR
612 WOLLFORD WAY   FORT WORTH TX 76131

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name USAA   Fin. Resp. Num. 041958401 7101

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 12- FD-7   27 Vehicle Damage Rating 2 6- RD-7   Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS TOWING   Towed To BEARDS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3      (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 69 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 70 | 1 | MEDICAL CITY ALLIANCE | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name: | Carrier's Primary Addr.: | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24Hr:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

Electronically Filed
3/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**
Total Num. Prsn

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to:  Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions?  Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page:  **71** of **149**

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

**IDENTIFICATION & LOCATION**

| ★County Name  TARRANT | ★City Name  FORT WORTH | | ☐ Outside City Limit |
|---|---|---|---|

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No
Latitude (decimal degrees)  3 2 . 7 9 5 1 3
Longitude (decimal degrees)  − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys.  TL | ★Hwy. Num.  35 | 2 Rdwy. Part | Block Num.  2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit
Const. Zone  ☐ Yes ☒ No
Workers Present  ☐ Yes ☒ No
Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER.**

| At Int.  ☐ Yes ☒ No | 1 Rdwy. Sys.  LR | Hwy. Num. | 2 Rdwy. Part | Block Num.  2500 | 3 Street Prefix  NE | Street Name  28TH | 4 Street Suffix  ST |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker  1000  ☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker  S
Reference Marker
Street Desc.  HWY
RRX Num.

**VEHICLE, DRIVER, & PERSONS**

| Unit Num.  71 | 5 Unit Desc.  1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State  TX | LP Num.  484548C | VIN  1 G B 2 W L E 7 2 M F 1 5 0 0 9 7 |
|---|---|---|---|---|---|---|

| Veh. Year  2 0 2 1 | 6 Veh. Color  WHI | Veh. Make  CHEVROLET | Veh. Model  C2500 | 7 Body Style  PK | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type  1 | DL/ID State  TX | DL/ID Num.  13336871 | 9 DL Class  C | 10 CDL End.  96 | 11 DL Rest.  A | DOB (MM/DD/YYYY)  0 7 / 1 3 / 1 9 6 8 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)  5633 OAK HAVEN   FORT WORTH   TX   76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | STEVENSON   NICKLAS   LEE | B | 52 | W | 1 | 1 | 5 | 99 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address  A&G PIPING  3124 WICHITA CT  FORT WORTH TX 76140 |
|---|---|

| Proof of Fin. Resp.  ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type  1 | Fin. Resp. Name  EMC INSURANCE | Fin. Resp. Num.  1E56105 |
|---|---|---|---|---|

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  12-   FD-7
27 Vehicle Damage Rating 2  6-   RD-5
Vehicle Inventoried  ☐ Yes ☒ No

Towed By  BEARDS TOWING
Towed To  BEARDS TOWING

| Unit Num.  72 | 5 Unit Desc.  1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State  TX | LP Num.  FXK4885 | VIN  1 F T E X 1 C M 0 E K G 1 1 5 5 |
|---|---|---|---|---|---|---|

| Veh. Year  2 0 1 4 | 6 Veh. Color  WHI | Veh. Make  FORD | Veh. Model  F150 | 7 Body Style  PK | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type  1 | DL/ID State  TX | DL/ID Num.  11380573 | 9 DL Class  C | 10 CDL End.  N | 11 DL Rest.  A | DOB (MM/DD/YYYY)  0 6 / 2 2 / 1 9 8 4 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)  3009 HIGH CHAPARRAL DR   FLOWER MOUND   TX   75022

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GOLWITZER   JAY   J | 99 | 36 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address  THE NELROD CO  3301 WEST FWY  FORT WORTH TX 76107 |
|---|---|

| Proof of Fin. Resp.  ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type  1 | Fin. Resp. Name  TURNBALL INSURANCE | Fin. Resp. Num.  46UUNF5783 |
|---|---|---|---|---|

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  12-   FD-7
27 Vehicle Damage Rating 2  6-   RD-7
Vehicle Inventoried  ☐ Yes ☒ No

Towed By  BEARDS TOWING
Towed To  BEARDS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 71 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGWW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGWW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGWW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units: 1 4 8
Total Num. Prsn: 6 8

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 73 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☒ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

**VEHICLE, DRIVER, & PERSONS**

Unit Num.: 73
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: LPS5582
VIN: 2 G C 2 C R E G 2 K 1 1 3 4 6 8

Veh. Year: 2 0 1 9
6 Veh. Color: WHI
Veh. Make: CHEVROLET
Veh. Model: SILVERADO C2500
7 Body Style: PK
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 42901177
9 DL Class: C
10 CDL End.: N
11 DL Rest.: A
DOB (MM/DD/YYYY): 0 5 / 1 3 / 1 9 7 7

Address (Street, City, State, Zip): 5904 FANTAIL DR   FORT WORTH   TX   76179

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle. Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KIND   JAMES   LEE | 99 | 43 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: AUTOMATIC SPRINKLER OF TEXAS   1147 SOUTH CEDAR RIDGE   DUNCANVILLE   TX   75137

Proof of Fin. Resp.: ☒ Yes ☐ No
26 Fin. Resp. Type: 1
☐ Expired ☐ Exempt
Fin. Resp. Name: ACUITY
Fin. Resp. Num.: ZG0088

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD- 7
27 Vehicle Damage Rating 2:
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BEARDS TOWING
Towed To: BEARDS TOWING

**VEHICLE, DRIVER, & PERSONS**

Unit Num.: 74
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: SNDMAN7
VIN: 1 C 6 R R E J T 6 K N 1 2 4 8-

Veh. Year: 2 0 1 9
6 Veh. Color: GRY
Veh. Make: DODGE
Veh. Model: RAM 1500
7 Body Style: PK
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 14865791
9 DL Class: C
10 CDL End.: TX
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 3 / 0 1 / 1 9 7 3

Address (Street, City, State, ZIP): 12824 CAMPOLINA WAY   FORT WORTH   TX   76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle. Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SPINKS   TIMOTHY   SHANE | B | 47 | W | 1 | 1 | 99 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: SPINKS   TIMOTHY   SHANE   12824 CAMPOLINA WAY   FORT WORTH   TX   76244

Proof of Fin. Resp.: ☒ Yes ☐ No
26 Fin. Resp. Type: 1
☐ Expired ☐ Exempt
Fin. Resp. Name: FARMERS INSURANCE
Fin. Resp. Num.: 43573511

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 8- BL- 3
27 Vehicle Damage Rating 2:
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BEARDS TOWING
Towed To: BEARDS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alexandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID 210011068  TxDOT Crash ID

Page 74 of 149

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 74 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY  CMV Disabling Damage? ☐ Yes ☐ No  28 Veh. Oper.  29 Carrier ID Type  Carrier ID Num.

Carrier's Corp. Name  Carrier's Primary Addr.  30 Veh. Type

31 Bus Type ☐ RGVW ☐ GVWR  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No  Unit Num. ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☐ No  Actual Gross Weight  Total Num. Axles:

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0  How Notified DISPATCH  Time Arrived (24HRMM) 0 6 4 0  Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No  Investigator Name (Printed) HARPER, G.  MARTIN,K  ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0  *Agency FORT WORTH POLICE DEPARTMENT  Service/ Region/DA C E N T R L

Electronically Filed
3/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8
Total Num. Prsn 1

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional vehicles, occupants, injured, etc.).

Page: 75 of 149

**★Crash Date** (MM/DDYYYY): 0 2 / 1 1 / 2 0 2 1
**★Crash Time** (24HRMM): 0 6 0 0
**Case ID**: 210011068
**Local Use**:

**★County Name**: TARRANT
**★City Name**: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
**Latitude** (decimal degrees): 3 2 . 7 9 5 1 3
**Longitude** (decimal degrees): — 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

**★1 Rdwy. Sys.**: ON
**★Hwy. Num.**: 35
**2 Rdwy. Part**: 1
**Block Num.**: 2600
**3 Street Prefix**:
**★Street Name**:
**4 Street Suffix**:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll-Road/ Toll Lane
**Speed Limit**:
**Const. Zone** ☐ Yes ☒ No
**Workers Present** ☐ Yes ☒ No
**Street Desc.**:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

**At Int.** ☐ Yes ☒ No
**1 Rdwy. Sys.**: LR
**Hwy. Num.**:
**2 Rdwy. Part**: 1
**Block Num.**: 2500
**3 Street Prefix**: NE
**Street Name**: 28TH
**4 Street Suffix**: ST

**Distance from Int. or Ref. Marker**: 1000 ☒ FT ☐ MI
**3 Dir. from Int.** S
**Reference Marker**:
**Street Desc.**: HWY
**RRX Num.**:

---

**Unit Num.** 75
**5 Unit Desc.** 1
☐ Parked Vehicle
☐ Hit and Run
**LP State** IN
**LP Num.** L727172
**VIN** 1 X P B D 4 9 X 0 F D 2 8 5 0 9 2

**Veh. Year** 2 0 1 5
**6 Veh. Color** BLK
**Veh. Make** PETERBILT
**Veh. Model** UNKNOWN
**7 Body Style** TT
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

**8 DL/ID Type** DL
**DL/ID State** TX
**DL/ID Num.** 37498103
**9 DL Class** A
**10 CDL End.** N
**11 DL Rest.** 96
**DOB** (MM/DD/YYYY) 0 5 / 2 5 / 1 9 9 7

**Address (Street, City, State, ZIP)** 117 MEADOW VIEW LN   ANNA   TX   75409

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | RIVERA   ANTONIO   DE JESUS | B | 33 | H | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
**Owner/Lessee Name & Address**: ALTON LOGISTICS LLC   117 MEADOW VIEW LN   ANNA   TX   75409

**Proof of Fin. Resp.** ☒ Yes ☐ No
☐ Expired ☐ Exempt
**26 Fin. Resp. Type** 1
**Fin. Resp. Name** WESCO INS
**Fin. Resp. Num.** WMC1816266

**Fin. Resp. Phone Num.**:
**27 Vehicle Damage Rating 1** 12- FD- 5
**27 Vehicle Damage Rating 2** -
**Vehicle Inventoried** ☐ Yes ☒ No

**Towed By** MILNER TOWING
**Towed To** MILNER TOWING

---

**Unit Num.** 76
**5 Unit Desc.** 6
☐ Parked Vehicle
☐ Hit and Run
**LP State** TX
**LP Num.** 093B838
**VIN** 1 J J V 5 3 2 W 6 X L 3 0 8

**Veh. Year** 1 9 9 9
**6 Veh. Color** WHI
**Veh. Make** WABASH NATIONAL CORP
**Veh. Model** NOT APPLICABLE
**7 Body Style** TL
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

**8 DL/ID Type**:
**DL/ID State**:
**DL/ID Num.**:
**9 DL Class**:
**10 CDL End.**:
**11 DL Rest.**:
**DOB** (MM/DD/YYYY) / /

**Address (Street, City, State, ZIP)**:

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
**Owner/Lessee Name & Address**: ALTON LOGISTICS LLC   117 MEADOW VIEW LN   ANNA   TX   75409

**Proof of Fin. Resp.** ☒ Yes ☐ No
☐ Expired ☐ Exempt
**26 Fin. Resp. Type** 1
**Fin. Resp. Name** WESCO
**Fin. Resp. Num.** WMC1816266

**Fin. Resp. Phone Num.**:
**27 Vehicle Damage Rating 1** 4- BR- 3
**27 Vehicle Damage Rating 2** -
**Vehicle Inventoried** ☐ Yes ☒ No

**Towed By** MILNER
**Towed To** MILNER

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 78 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 75 | 1 | PERSONAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. **75** | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. **1** | 29 Carrier ID Type **1** | Carrier ID Num. **02819533**

Carrier's Corp. Name **ALTON LOGISTICS LLC** | Carrier's Primary Addr. **117 MEADOW VIEW LN    ANNA    TX    75409** | 30 Veh. Type **8**

31 Bus Type **0** | ☐ RGVW ☒ GVWR **5 1 2 0 0** | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type **3**

Unit Num. **76** | ☐ RGVW ☒ GVWR **6 8 0 0 0** | 34 Trlr. Type **2** | CMV Disabling Damage? ☒ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 **98** | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☒ No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) **0 6 2 0** | How Notified **DISPATCH** | Time Arrived (24HR:MM) **0 6 4 0** | Report Date (MM/DD/YYYY) **0 3 / 0 1 / 2 0 2 1** |
|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) **HARPER, G.    MARTIN,K** | ID Num. **3380-3421**

ORI Num. **T X 2 2 0 1 2 0 0** | *Agency **FORT WORTH POLICE DEPARTMENT** | Service/ Region/DA **C E N T R L**

**Law Enforcement and TxDOT Use ONLY**

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num Prsn: 

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page: 77 of 149

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

★County Name: TARRANT  
★City Name: FORT WORTH  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. TL | ★Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [ ] Toll Road/Toll Lane  Speed Limit:  Const. Zone [ ] Yes [X] No  Workers Present [ ] Yes [X] No  Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. [ ] Yes [X] No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker: 1000  [X] FT [ ] MI  3 Dir. from Int. or Ref. Marker S  Reference Marker  Street Desc. HWY  RRX Num.

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 77 | 5 Unit Desc. 1 | [ ] Parked Vehicle [ ] Hit and Run | LP State TX | LP Num. MDX5470 | VIN 3 G C P C R E C 4 J G 6 4 4 0 3 1 |

| Veh. Year 2 0 1 8 | 6 Veh. Color BLK | Veh. Make CHEVROLET | Veh. Model C1500 | 7 Body Style PK | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 33939371 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 1 0 / 2 1 / 1 9 9 4 |

Address (Street, City, State, ZIP): 2821 AIRPORT FWY #616  BEDFORD  TX  76021

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WILLIAMS    CALEB    TITUS | A | 26 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address: WILLIAMS   CALEB   TITUS  2821 AIRPORT FWY #616  BEDFORD  TX  76021

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name PROGRESSIVE | Fin. Resp. Num. 916142088 |

Fin. Resp. Phone Num.  
27 Vehicle Damage Rating 1  12-  FR- 4  
27 Vehicle Damage Rating 2  6-  FC- 4  
Vehicle Inventoried [ ] Yes [X] No

Towed By UNKNOWN  Towed To UNKNOWN

---

| Unit Num. 78 | 5 Unit Desc. 1 | [ ] Parked Vehicle [ ] Hit and Run | LP State TX | LP Num. K069590 | VIN 1 F D 8 W 3 H 6 4 H E C 3 7 3 4 9 |

| Veh. Year 2 0 1 7 | 6 Veh. Color WHI | Veh. Make FORD | Veh. Model F350 | 7 Body Style PK | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) / / |

Address (Street, City, State, ZIP): UNKNOWN  UNKNOWN  UN  UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN    UNKNOWN    UNK | 99 | | 99 | 99 | 1 | 1 | 97 | N | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address: MERCHANTS   AUTOMOTIVE   GROUP  1278 HOOKSETT RD  HOOKSETT  TX  73106

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name ACE PROPERTY | Fin. Resp. Num. H08470662 |

Fin. Resp. Phone Num.  
27 Vehicle Damage Rating 1  2-  FR- 2  
27 Vehicle Damage Rating 2  12-  FC- 2  
Vehicle Inventoried [ ] Yes [X] No

Towed By DRIVEN BY OWNER  Towed To HOME

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Page 78 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 77 | 1 | PERSONAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Roadway Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | | ID Num. | 3380-3421 |
|---|---|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
Electronically Filed
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE
8/2/2021 5:33 PM
Total Num. Units: 1 4 8
Total Num. Prsn Units:
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
Page: 79 of 149
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

**VEHICLE, DRIVER, & PERSONS**

Unit Num.: 79
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: KHZ4399
VIN: K N A G M 4 A D X D 5 0 4 3 0 8 3

Veh. Year: 2 0 1 3
6 Veh. Color: WHI
Veh. Make: KIA
Veh. Model: OPTIMA
7 Body Style: P4
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 33759253
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: A
DOB (MM/DD/YYYY): 1 1 / 0 3 / 1 9 8 7

Address (Street, City, State, ZIP): 10041 TULARE LN   FORT WORTH   TX   76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | 23 Alc. Result | 24 Drug Spec. | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ST PIERRE   JORDAN   JENAE | B | 33 | W | 2 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: ST PIERRE   JORDAN   JENAE
10041 TULARE LN   FORT WORTH   TX   76177

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: PROGRESSIVE
Fin. Resp. Num.: 911971051

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12−   FD− 3
27 Vehicle Damage Rating 2: 6−   RD− 3
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: DRIVER
Towed To: HOME

Unit Num.: 80
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: NPG1066
VIN: 3 C 6 3 R H L 2 L G 2 0 1

Veh. Year: 2 0 2 0
6 Veh. Color: WHI
Veh. Make: DODGE
Veh. Model: RAM 3500
7 Body Style: PK
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 26083910
9 DL Class: CM
10 CDL End.: N
11 DL Rest.: A
DOB (MM/DD/YYYY): 0 4 / 2 0 / 1 9 6 4

Address (Street, City, State, ZIP): 115 SIERRA TR   JUSTIN   TX   76247

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | 23 Alc. Result | 24 Drug Spec. | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KEY   TAB   ANTHONY | N | 56 | W | 1 | 1 | 1 | 97 | N | 96 | | 97 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: KEY   TAB   ANTHONY
115 SIERRA TR   JUSTIN   TX   76247

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: PROGRESSIVE
Fin. Resp. Num.: 939764004

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 4−   RBQ− 5
27 Vehicle Damage Rating 2: 6−   RD− 4
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: OWNER
Towed To: HOME

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3      (Rev. 1/1/2018)

Page 88 of 149

| Case ID | 210011068 | TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 79 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24Hr:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24Hr:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.          MARTIN,K | ID Num. 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |

Law Enforcement and TxDOT Use ONLY
[X] FATAL   [X] CMV   [ ] SCHOOL BUS   [ ] RAILROAD.   [ ] MAB   [ ] SUPPLEMENT   [ ] ACTIVE SCHOOL ZONE

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to:  Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Total Num. Units 1 4 8   Total Num. Prsn 3 6 8

Page: 81 of 149

★Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM) 0 6 0 0   Case ID 210011068   Local Use

★County Name TARRANT   ★City Name FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) – 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. TL   ★1 Hwy. Sys. 35   2 Rdwy. Part 1   Block Num. 2600   3 Street Prefix   ★Street Name   4 Street Suffix   4 Street Result

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/ Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No   1-Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

Unit Num. 81   5 Unit Desc. 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State CO   LP Num. VQQ208   VIN J N 8 A Z 1 M W 6 D W 3 0 4 7 4 6

Veh. Year 2 0 1 3   6 Veh. Color SIL   Veh. Make NISSAN   Veh. Model MURANO   7 Body Style SV   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) [ ]

8 DL/ID Type 1   DL/ID State CO   DL/ID Num. 022810789   9 DL Class 98   10 CDL End. 98   11 DL Rest. 98   DOB (MM/DD/YYYY) 0 2 / 0 1 / 1 9 8 0

Address (Street, City, State, Zip) 613 WINTER DR   EVERMAN   TX   76140

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DAVIS   JAHNATHAN | B | 40 | B | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   HIRZEL   DOMINIQUE   R   861 VICTOR ST   AURORA   CO   80016

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type-1   Fin. Resp. Name UNKNOWN   Fin. Resp. Num. FILED LATER

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 7–   BL– 7   27 Vehicle Damage Rating 2 12–   FD– 6   Vehicle Inventoried [ ] Yes [X] No

Towed By MILNER TOWING   Towed To MILNER TOWING

Unit Num. 82   5 Unit Desc. 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State TX   LP Num. BJR0358   VIN 5 F N R L 5 H 6 4 B B 0 0 4 7 7

Veh. Year 2 0 1 1   6 Veh. Color GRY   Veh. Make HONDA   Veh. Model ODYSSEY   7 Body Style VN   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) [ ]

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 09947467   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 5 / 1 7 / 1 9 7 9

Address (Street, City, State, Zip): 9709 FURMAN CT   FORT WORTH   TX   76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BERGMAN   GRETCHEN | B | 41 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   BERGMAN   GRETCHEN   9709 FURMAN CT   FORT WORTH   TX   76244

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name USAA   Fin. Resp. Num. 010079141 7105

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 6–   RD– 7   27 Vehicle Damage Rating 2 12–   FD– 7   Vehicle Inventoried [ ] Yes [X] No

Towed By MILNER TOWING   Towed To MILNER TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan
Page 92 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 81 | 1 | LOCAL HOSPITAL | FAMILY | / / | |
| 82 | 1 | PERSONAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles– | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | 30 Veh. Type |
|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24Hr:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.    MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units: 1 4 8
Total Num. Prsn: 6

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 83 of 149

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

**IDENTIFICATION & LOCATION**

★County Name: TARRANT   ★City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. TL | ★Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker 1000 | ☒ FT ☐ MI | 3 Dir. from Int. S | Reference Marker | Street Desc. HWY | RRX Num. |
|---|---|---|---|---|---|

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 83 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. 2XD627 | VIN 3 A L X F B 0 4 G D T 7 6 0 7 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 6 | 6 Veh. Color RED | 6 Veh. Make FREIGHTLINER | Veh. Model UNKNOWN | 7 Body Style TT | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐ |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State OK | DL/ID Num. M082165731 | 9 DL Class 98 | 10 CDL End. 98 | 11 DL Rest. 98 | DOB (MM/DD/YYYY) 1 2 / 2 0 / 1 9 5 8 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP): PO BOX 984   TUTTLE   OK 73089

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SHORT   DAVID   JAMES | N | 62 | W | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   WHB TRANSPORTATION L   PB BOX 725   TUTTLE   OK 73089

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name ACE AMERICA   Fin. Resp. Num. ISAH25311668

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   7-   LFQ- 4   27 Vehicle Damage Rating 2   -   Vehicle Inventoried ☐ Yes ☒ No

Towed By: DRIVEN BY DRIVER   Towed To: HOME

| Unit Num. 84 | 5 Unit Desc. 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State OK | LP Num. 1265LJ | VIN 1 G R A A 9 6 2 4 C B 0 7 4 5 4 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 2 | 6 Veh. Color RED | 6 Veh. Make GREAT DANE TRAILERS | Veh. Model NOT APPLICABLE | 7 Body Style TL | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐ |
|---|---|---|---|---|---|

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   WHB TRANSPORTATION L   PO BOX 725   TUTTLE   OK 73089

Proof of Fin. Resp ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name ACE AMERICA   Fin. Resp. Num. ISAH25311668

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   6-   BL- 2   27 Vehicle Damage Rating 2   -   Vehicle Inventoried ☐ Yes ☒ No

Towed By: DRIVEN   Towed To: DRIVER

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerk
Reviewed By: Alesandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |

Page 84 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. 83   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☐ Yes ☒ No   28 Veh. Oper. 1   29 Carrier ID Type 1   Carrier ID Num. 01361989

Carrier's Corp. Name  WHB TRANSPORTATION   Carrier's Primary Addr.  PO BOX 984   TUTTLE   OK   73089   30 Veh. Type 8

31 Bus Type 0   ☐ RGVW ☒ GVWR 5 0 0 0 0   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   Unit Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 84   ☐ RGVW ☒ GVWR 6 8 0 0 0   34 Trlr. Type 2   CMV.Disabling Damage? ☐ Yes ☒ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1  98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☒ No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0   How Notified: DISPATCH   Time Arrived (24HR:MM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units  1 4 8
Total Num. Prsn

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

Page: 85 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

**LOCATION**

| ★County Name | TARRANT | ★City Name | FORT WORTH | | ☐ Outside City Limit |
|---|---|---|---|---|---|

In my opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees) 3 2 . 7 9 5 1 3

Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. TL | ★ Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot

☐ Toll Road/ Toll Lane

Speed Limit

Const. Zone ☐ Yes ☒ No

Workers Present ☐ Yes ☒ No

Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. S

Reference Marker

Street Desc. HWY

RRX Num.

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 85 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run. | LP State TX | LP Num. KWK0164 | VIN K L 7 C J K S B 6 J B 5 5 5 6 6 1 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 8 | 6 Veh. Color WHI | Veh. Make CHEVROLET | Veh. Model TRAX | 7 Body Style SV | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) / / |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | | 99 | | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | GARCIA   DAVID   LEE | | 10209 FOSSIL VALLEY DR | FORT WORTH TX 76131 |
|---|---|---|---|---|---|

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt

26 Fin. Resp. Type 1

Fin. Resp. Name GEICO

Fin. Resp. Num. 4374768887

Fin. Resp. Phone Num.

27 Vehicle Damage Rating 1  6− RD− 7

27 Vehicle Damage Rating 2  12− FD− 7

Vehicle Inventoried ☐ Yes ☒ No

Towed By MILNER TOWING   Towed To MILNER TOWING

---

| Unit Num. 86 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run. | LP State TX | LP Num. NVV4256 | VIN 5 N 1 A T 2 M N 5 G C 8 0 4 4 8 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 6 | 6 Veh. Color SIL | Veh. Make NISSAN | Veh. Model MURANO | 7 Body Style SV | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 45956159 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. A | DOB (MM/DD/YYYY) 0 6 / 1 9 / 1 9 9 3 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 3820 VILLA FLORIA DR #2101   FORT WORTH   TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | OLOFINKUA   OLUWAKEMI   B | B | 27 | 1 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | OLOFINKUA   OLUWAKEMI   B | 3820 VILLA FLORIA DR #2101 | FORT WORTH TX 76137 |
|---|---|---|---|---|

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt

26 Fin. Resp. Type 1

Fin. Resp. Name GEICO

Fin. Resp. Num. 4542141652

Fin. Resp. Phone Num.

27 Vehicle Damage Rating 1  6− RD− 7

27 Vehicle Damage Rating 2  7− BL− 7

Vehicle Inventoried ☐ Yes ☒ No

Towed By MILNER TOWING   Towed To MILNER TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 98 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 86 | 1 | MEDICAL CITY FW | MEDSTAR 56 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL. | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | Unit Num. | ☐ RGVW ☐ GVWR | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Unit # | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|

Electronically Filed
3/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

## Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Law Enforcement and TxDOT Use ONLY
[X] FATAL [X] CMV [ ] SCHOOL BUS [ ] RAILROAD [ ] MAB [ ] SUPPLEMENT [ ] ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8
Total Num. Prsn 8

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
Page 87 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

**★Crash Date (MM/DD/YYYY)** 02/11/2021
**★Crash Time (24HRMM)** 0600
**Case ID** 210011068
**Local Use**

**★County Name** TARRANT
**★City Name** FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
**Latitude (decimal degrees)** 32.79513
**Longitude (decimal degrees)** −097.32277

### ROAD ON WHICH CRASH OCCURRED
★1 Rdwy. Sys. TL | ★Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | [ ] Toll Road/Toll Lane | Speed Limit | Const. Zone [ ] Yes [X] No | Workers Present [ ] Yes [X] No | Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER
At Int. [ ] Yes [X] No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST

Distance from Int. or Ref. Marker 1000 | [X] FT [ ] MI | 3 Dir. from Int. S | Reference Marker | Street Desc. HWY | RRX Num.

---

Unit Num. 87 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. HPY0073 | VIN 3GCPCREC6GG137550
Veh. Year 2016 | 6 Veh. Color SIL | Veh. Make CHEVROLET | Veh. Model C1500 | 7 Body Style PK | Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 08841516 | 9 DL Class A | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 02/15/1962
Address (Street, City, State, ZIP) 5013 MARBLE FALLS RD    FORT WORTH    TX  76103

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MILLS  TIMOTHY  SCOTT | B | 58 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee | Owner/Lessee Name & Address WARD TIMBER LTD  1154 HWY 155W    LINDEN    TX  75563
Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name PROGRESSIVE | Fin. Resp. Num. 908406953
Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 10− LBQ− 7 | 27 Vehicle Damage Rating 2 − | Vehicle Inventoried [ ] Yes [X] No
Towed By EDDS TOWING | Towed To EDDS TOWING

---

Unit Num. 88 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. MLH1465 | VIN 4T1B21HK8KU513336
Veh. Year 2019 | 6 Veh. Color BLK | Veh. Make TOYOTA | Veh. Model CAMRY | 7 Body Style P4 | Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY)
Address (Street, City, State, ZIP) UNKNOWN    UNKNOWN    UN  UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN  UNKNOWN  UNK | 99 | | 99 | 99 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee | Owner/Lessee Name & Address LEASE PLAN USA INC  1165 SANCTUARY PKWY #1    ALPHARETTA  GA  30009
Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name SENTRY | Fin. Resp. Num. 90159150300
Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 3− RP− 7 | 27 Vehicle Damage Rating 2 9− LFQ− 7 | Vehicle Inventoried [ ] Yes [X] No
Towed By BEARDS TOWING | Towed To BEARDS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | (24HR:MM) |
|---|---|---|---|---|---|
| 87 | 1 | PERSONAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge. | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

Electronically Filed

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn: 3/2/2021 5:33 PM
Hidalgo County District Clerks

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Reviewed By: Alessandra Galvan

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Page: 89 of 149

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part:
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 89
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: LYT4887
VIN: 2 T 2 Z Z M C A 2 J C 0 9 7 1 8 1

Veh. Year: 2 0 1 8
6 Veh. Color: BLU
Veh. Make: LEXUS
Veh. Model: RX 350
7 Body Style: SV
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 13360969
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 1 2 / 1 2 / 1 9 8 5

Address (Street, City, State, ZIP): 2148 BIGGS ST
FORT WORTH   TX   76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FILBERT   ASTYN   MARIE | B | 35 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: FILBERT   ASTYN   MARIE
2148 BIGGS ST
FORT WORTH   TX   76177

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: GEICO
Fin. Resp. Num.: 4459868578

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 4− RD− 7
27 Vehicle Damage Rating 2: 9− LD− 7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: MILNER TOWING
Towed To: MILNER TOWING

---

Unit Num.: 90
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: FMS2046
VIN: 1 F T 7 W 2 B T 5 F E C 7 9 1 2 0

Veh. Year: 2 0 1 5
6 Veh. Color: BRO
Veh. Make: FORD
Veh. Model: F250
7 Body Style: PK
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 25099803
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: A
DOB (MM/DD/YYYY): 0 4 / 1 7 / 1 9 9 1

Address (Street, City, State, ZIP): 2529 FOREST PARK BL
FORT WORTH   TX   76110

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | YATES   BARRETT   CODY | B | 29 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: YATES   MELISSA
10 BRITTANY LN
ODESSA   TX   79761

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ALLSTATE
Fin. Resp. Num.: 638277174

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 9− LP− 7
27 Vehicle Damage Rating 2: 12− FD− 5
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: ABC WRECKER
Towed To: ABC WRECKER

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| | Case ID | 210011068 | | TxDOT Crash ID | |
|---|---|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 89 | 1 | LOCAL DR | SELF | / / | |
| 90 | 1 | PERSONAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

| Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type |

| 31.Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.     MARTIN,K | ID Num. 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units: 1 4 8
Total Num. Prsn: 

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page 91 of 149

## IDENTIFICATION & LOCATION

★ Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★ Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★ County Name: TARRANT
★ City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★ 1 Rdwy. Sys.: TL
★ Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★ Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 91
5 Unit Desc.: 1
☐ Parked Vehicle  ☐ Hit and Run
LP State: AR
LP Num.: K810553
VIN: 1 F U J H H D R 5 K L K R 9 4 3 5

Veh. Year: 2 0 1 9
6 Veh. Color: GRY
Veh. Make: FREIGHTLINER
Veh. Model: CASCADIA 125
7 Body Style: TT
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: MX
DL/ID Num.: NVOL072175
9 DL Class: 98
10 CDL End.: 98
11 DL Rest.: 98
DOB (MM/DD/YYYY): 0 4 / 0 2 / 1 9 8 9

Address (Street, City, State, ZIP): 6 DE NOVIEMBRE 212     6000 NL 6000     MX NL6000

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ZUIGA-GUEVARA   VICTOR   ROGELIO | C | 31 | H | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 3 | PATINO   PEDRO | C | 43 | H | 1 | 1 | 1 | 97 | N | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: RICH TRANSPORT LLC   6011 SCOTT HAMMILTON DR   LITTLE ROCK  AR  72209

Proof of Fin. Resp.: ☐ Yes ☒ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: UNITED SPECIALTY INS CO
Fin. Resp. Num.: EEXBRS0010

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 5- RBQ- 3
27 Vehicle Damage Rating 2: -
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BEARDS TOWING
Towed To: RICH TRANSPORT 4444 IRVING BLVD

Unit Num.: 92
5 Unit Desc.: 6
☐ Parked Vehicle  ☐ Hit and Run
LP State: OK
LP Num.: 1880LT
VIN: 3 H 3 V 5 3 2 C 9 G T 3 1 6 4

Veh. Year: 2 0 1 6
6 Veh. Color: WHI
Veh. Make: HYUNDAI STEEL INDUSTRIES
Veh. Model: NOT APPLICABLE
7 Body Style: TL
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:
DL/ID State:
DL/ID Num.:
9 DL Class:
10 CDL End.:
11 DL Rest.:
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: RICH TRANSPORT LLC   6011 SCOTT HAMMILTON DR   LITTLE ROCK  AR  72209

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: UNITED SPECIALTY INS
Fin. Resp. Num.: EEXBRS0010

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 11- LFQ- 2
27 Vehicle Damage Rating 2: -
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BEARDS TOWING
Towed To: RICH TRANSPORT 4444 IRVING BL

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3      (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 91 | 1 | LOCAL DR | SELF | / / | |
| 91 | 2 | LOCAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

Unit Num. 91   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+. CAPACITY   CMV Disabling Damage? ☐ Yes ☒ No   28 Veh. Oper. 1   29 Carrier ID Type 1   Carrier ID Num. 00305789

Carrier's Corp. Name RICH TRANSPORT LLC   Carrier's Primary Addr. 6011 SCOTT HAMILTON DR   LITTLE ROCK   RI 72209   30 Veh. Type 8

31 Bus Type 0   ☐ RGVW ☒ GVWR 5 2 3 5 0   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   Unit Num:   ☐ RGVW ☐ GVWR   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 92   ☐ RGVW ☒ GVWR 6 8 0 0 0   34 Trlr. Type 2   CMV Disabling Damage? ☒ Yes ☐ No   Unit Num:   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☒ No   Actual Gross Weight   Total Num. Axles:

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HR:MM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units: 1 4 8
Total Num Prsn: 1 8

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional vehicles, occupants, injured, etc.

Page: 93 of 149

**IDENTIFICATION & LOCATION**

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

★County Name: TARRANT   ★City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. TL | ★Hwy. Num. 35 | 2 Rdwy. Part | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker: 1000  ☒ FT  ☐ MI
3 Dir. from Int. or Ref. Marker S
Reference Marker
Street Desc. HWY
RRX Num.

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 93 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. FKK3682 | VIN 4 T 1 B F 3 2 K 1 3 U 5 4 8 7 1 8 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 0 3 | 6 Veh. Color SIL | Veh. Make TOYOTA | Veh. Model CAMRY | 7 Body Style P4 | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP): UNKNOWN   UNKNOWN   UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN   UNKNOWN   UNK | 99 | | 99 | 99 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address: RODRIGUEZ   ANGELICA   MARIA   7900 CROUSE DR   FORT WORTH TX 76137

Proof of Fin. Resp.  ☒ Yes  ☐ No  ☐ Expired  ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name: STATE FARM
Fin. Resp. Num.: 441 6655-L17-43 001

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1: 6-   FD- 7
27 Vehicle Damage Rating 2: 12-   RD- 7
Vehicle Inventoried ☐ Yes ☒ No

Towed By: BIVINS TOWING   Towed To: BIVINS TOWING

---

| Unit Num. 94 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. MZN8398 | VIN J T J H G K F A 4 L 2 0 1 2 3 9 3 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 2 0 | 6 Veh. Color BLK | Veh. Make LEXUS | Veh. Model RX SERIES | 7 Body Style SV | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP): UNKNOWN   UNKNOWN   UN UNKN

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN   UNKNOWN   UNK | 99 | | 99 | 99 | 5 | 97 | N | | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee  Owner/Lessee Name & Address: OKEREKE   EVANGELYN   C   9809 BROILES LN   FORT WORTH TX 76244

Proof of Fin. Resp.  ☒ Yes  ☐ No  ☐ Expired  ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name: LIBERTY
Fin. Resp. Num.: Y8980652

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1: 6-   RD- 7
27 Vehicle Damage Rating 2: 12-   FD- 7
Vehicle Inventoried ☐ Yes ☒ No

Towed By: TEXAS TOWING   Towed To: TEXAS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 94 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID |
|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.        MARTIN,K | ID Num. 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units `1 4 8`   Total Num. Prsn `1 6 8`

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: `95` of `149`

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY) `0 2 / 1 1 / 2 0 2 1`  ★Crash Time (24HRMM) `0 6 0 0`  Case ID `210011068`  Local Use

★County Name `TARRANT`  ★City Name `FORT WORTH`  ☐ Outside City Limit

**ROAD ON WHICH CRASH OCCURRED**

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒Yes ☐No  Latitude (decimal degrees) `3 2 . 7 9 5 1 3`  Longitude (decimal degrees) `- 0 9 7 . 3 2 2 7 7`

★1 Rdwy. Sys. `TL`  ★Hwy. Num. `35`  2 Rdwy. Part `1`  Block Num. `2600`  3 Street Prefix  ★Street Name  4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☒ Toll-Road/Toll Lane  Speed Limit  Const. Zone ☐Yes ☒No  Workers Present ☐Yes ☒No  Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐Yes ☒No  1 Rdwy. Sys. `LR`  Hwy. Num.  2 Rdwy. Part `1`  Block Num. `2500`  3 Street Prefix `NE`  Street Name `28TH`  4 Street Suffix `ST`

Distance from Int. or Ref. Marker `1000`  ☒FT ☐MI  3 Dir. from Int. or Ref. Marker `S`  Reference Marker  Street Desc. `HWY`  RRX. Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num. `95`  5 Unit Desc. `1`  ☐ Parked Vehicle  ☐ Hit and Run  LP State `TX`  LP Num. `FTX0652`  VIN `Y V 1 4 0 M F C 4 F 1 3 1 8 8 7 3`

Veh. Year `2 0 1 5`  6 Veh. Color `WHI`  Veh. Make `VOLVO`  Veh. Model `S60`  7 Body Style `P4`  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type `1`  DL/ID State `TX`  DL/ID Num. `16835378`  9 DL Class `C`  10 CDL End. `96`  11 DL Rest. `A`  DOB (MM/DD/YYYY) `0 6 / 1 5 / 1 9 7 8`

Address (Street, City, State, ZIP) `1301 VANDERBILT`  `KELLER`  `TX`  `76262`

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle / Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BROCHU   JOANNA   GRABBE | B | 42 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address `BROCHU   JOANNA   GRABBE`  `1301 VANDERBILT`  `KELLER`  `TX`  `76262`

Proof of Fin. Resp. ☒Yes ☐No  ☐Expired ☐Exempt  26 Fin. Resp. Type `1`  Fin. Resp. Name `STATE FARM`  Fin. Resp. Num. `410 9844-A20-43 002`

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 `5-`  `RD- 6`  27 Vehicle Damage Rating 2 `12-`  `FD- 5`  Vehicle Inventoried ☐Yes ☒No

Towed By `TEXAS TOWING`  Towed To `TEXAS TOWING`

Unit Num. `96`  5 Unit Desc. `1`  ☐ Parked Vehicle  ☐ Hit and Run  LP State `TX`  LP Num. `CA68173`  VIN `1 C 6 R D 6 L T X C S 1 9 4 1 1 3`

Veh. Year `2 0 1 2`  6 Veh. Color `BLU`  Veh. Make `DODGE`  Veh. Model `RAM 1500`  7 Body Style `PK`  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type `1`  DL/ID State `TX`  DL/ID Num. `20257776`  9 DL Class `C`  10 CDL End. `96`  11 DL Rest. `A`  DOB (MM/DD/YYYY) `0 9 / 1 8 / 1 9 8 7`

Address (Street, City, State, ZIP) `6801 WOODED CT`  `MANSFIELD`  `TX`  `76063`

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle / Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HARDAWAY   KRIS | B | 33 | W | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address `HARDAWAY   KRIS`  `6801 WOODED CT`  `MANSFIELD`  `TX`  `76063`

Proof of Fin. Resp. ☒Yes ☐No  ☐Expired ☐Exempt  26 Fin. Resp. Type `1`  Fin. Resp. Name `STATE FARM`  Fin. Resp. Num. `384 1546-A27-43B 001`

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 `12-`  `FD- 7`  27 Vehicle Damage Rating 2 `3-`  `RP- 5`  Vehicle Inventoried ☐Yes ☒No

Towed By `TEXAS TOWING`  Towed To `TEXAS TOWING`

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan
Page 98 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 95 | 1 | JOHN PETER SMITH | AMA | / / | |
| 96 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGWW ☐ GVWR | HazMat Released ☐ Yes ☐ No. | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGWW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGWW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How-Notified DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.      MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Electronically Filed
3/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units 1 4 8
Total Num. Prsn 6

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page: 97 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1    ★Crash Time (24HRMM) 0 6 0 0    Case ID 210011068    Local Use

★County Name TARRANT    ★City Name FORT WORTH    [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No    Latitude (decimal degrees) 3 2 . 7 9 5 1 3    Longitude (decimal degrees) — 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. TL    ★1 Hwy. Num. 35    2 Rdwy. Part 1    Block Num. 2600    3 Street Prefix    ★Street Name    4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot    [X] Toll Road/ Toll Lane    Speed Limit    Const. Zone [ ] Yes [X] No    Workers Present [ ] Yes [X] No    Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No    1 Rdwy. Sys. LR    Hwy. Num.    2 Rdwy. Part 1    Block Num. 2500    3 Street Prefix NE    Street Name 28TH    4 Street Suffix ST

Distance from Int. or Ref. Marker 1000    [X] FT [ ] MI    3 Dir. from Int. S    Reference Marker    Street Desc. HWY    RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 97    5 Unit Desc. 1    [ ] Parked Vehicle    [ ] Hit and Run    LP State TX    LP Num. PBJ9184    VIN 1 C 4 B J W D G 6 G L 3 7 1 5 8

Veh. Year 2 0 1 6    6 Veh. Color BLK    Veh. Make JEEP    Veh. Model WRANGLER    7 Body Style SV    Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1    DL/ID State TX    DL/ID Num. 34665433    9 DL Class B    10 CDL End. P    11 DL Rest. EM    DOB (MM/DD/YYYY) 0 6 / 2 3 / 1 9 9 5

Address (Street, City, State, ZIP) 3829 ALDERSYDE DR    FORT WORTH    TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BURRIS  STEVEN  KELLY | N | 25 | W | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee    Owner/Lessee Name & Address    BURRIS  STEVEN  KELLY    3829 ALDERSYDE DR    FORT WORTH TX 76244

Proof of Fin. Resp [X] Yes [ ] No    [ ] Expired [ ] Exempt    26 Fin. Resp. Type 1    Fin. Resp. Name PROGRESSIVE    Fin. Resp. Num. 940374812

Fin. Resp. Phone Num.    27 Vehicle Damage Rating 1    -    27 Vehicle Damage Rating 2    -    Vehicle Inventoried [ ] Yes [X] No

Towed By DRIVEN BY OWNER    Towed To HOME

---

Unit Num. 98    5 Unit Desc. 1    [ ] Parked Vehicle    [ ] Hit and Run    LP State TX    LP Num. KNZ2341    VIN 5 T E T U 4 G N 8 A Z 6 0 0 3 4

Veh. Year 2 0 1 0    6 Veh. Color BLU    Veh. Make TOYOTA    Veh. Model TACOMA    7 Body Style PK    Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1    DL/ID State TX    DL/ID Num. 11309323    9 DL Class C    10 CDL End. 96    11 DL Rest. 96    DOB (MM/DD/YYYY) 0 7 / 3 0 / 1 9 8 6

Address (Street, City, State, ZIP) 2541 DAHLIA DR    FORT WORTH    TX 76123

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GARDNER  HEATHER  AMANDA | B | 34 | W | 2 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee    Owner/Lessee Name & Address    BARTHA  CLARA  ANNE    2541 DAHLIA DR    FORT WORTH TX 76123

Proof of Fin. Resp [X] Yes [ ] No    [ ] Expired [ ] Exempt    26 Fin. Resp. Type 1    Fin. Resp. Name STATE FARM    Fin. Resp. Num. 313 7939-K24-43D 002

Fin. Resp. Phone Num.    27 Vehicle Damage Rating 1 6-    RD- 4    27 Vehicle Damage Rating 2 12-    FD- 4    Vehicle Inventoried [ ] Yes [X] No

Towed By LONESTAR TOWING    Towed To LONESTAR TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 98 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 98 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGWW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGWW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGWW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units 1 4 8
Total Num. Prsn 1

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page 99 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒Yes ☐No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: 
★Hwy. Num.: 35
2 Rdwy. Part 1
Block Num. 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐Yes ☒No
Workers Present: ☐Yes ☒No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐Yes ☒No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part 1
Block Num. 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒FT ☐MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num. 99
5 Unit Desc. 1
☐ Parked Vehicle
☐ Hit and Run
LP State TX
LP Num. 1M94928
VIN 2 X K H A J 7 X 8 M M 4 6 0 5 6 2

Veh. Year 2 0 2 0
6 Veh. Color RED
Veh. Make KENWORTH
Veh. Model UNKNOWN
7 Body Style TT
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:
DL/ID State: TX
DL/ID Num. 38232930
9 DL Class A
10 CDL End.: HNT
11 DL Rest. P27
DOB (MM/DD/YYYY): 0 2 / 2 3 / 1 9 9 6

Address (Street, City, State, Zip): 3936 LONGMEADOW WAY
FORT WORTH
TX 76133

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | RUVALCABA   CARLOS | N | 24 | H | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: COCA COLA     BEVERAGES LLC
3400 FOSSIL CREEK BLVD
FORT WORTH TX 76137

Proof of Fin. Resp.: ☒Yes ☐No  ☐Expired ☐Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name: BEECHER CARLSON INS
Fin. Resp. Num. 404-460-1401

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1:
27 Vehicle Damage Rating 2:
Vehicle Inventoried: ☐Yes ☒No

Towed By: DRIVEN BY DRIVER
Towed To: COMPANY LOT

---

Unit Num. 100
5 Unit Desc. 6
☐ Parked Vehicle
☐ Hit and Run
LP State TX
LP Num. 202452
VIN 2 M N 0 1 J A L 1 5

Veh. Year 2 0 0 6
6 Veh. Color RED
Veh. Make TRAILMOBILE
Veh. Model NOT APPLICABLE
7 Body Style TL
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:
DL/ID State:
DL/ID Num.:
9 DL Class:
10 CDL End.:
11 DL Rest.:
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: COCA COLA     BEVERAGES LL
3400 FOSSIL CREEK BLVD
FORT WORTH TX 76137

Proof of Fin. Resp.: ☐Yes ☐No  ☐Expired ☐Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name: BEECHER CARLSON
Fin. Resp. Num. 404-460-1401

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: -
27 Vehicle Damage Rating 2: -
Vehicle Inventoried: ☐Yes ☒No

Towed By: DRIVEN AWAY
Towed To: COMPANY LOT

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3　(Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | | Page 330 of 149 |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

Unit Num. 99　☒ 10,001+ LBS.　☐ TRANSPORTING HAZARDOUS MATERIAL　☐ 9+ CAPACITY　CMV Disabling Damage? ☐ Yes ☒ No　28 Veh. Oper. 2　29 Carrier ID Type 1　Carrier ID Num. 02977752

Carrier's Corp. Name COCA COLA BEVERAGES LL　Carrier's Primary Addr. 3400 FOSSIL CREEK　FORT WORTH TX 76137　30 Veh. Type 8

31 Bus Type 0　☐ RGVW ☒ GVWR 3,3,0,0,0　HazMat Released ☐ Yes ☐ No　32 HazMat Class Num.　HazMat ID Num.　Unit Num.　☐ RGVW ☐ GVWR　32 HazMat Class Num.　HazMat ID Num.　33 Cargo Body Type 3

Unit Num. 100　☐ RGVW ☒ GVWR 1,2,1,0,0　34 Trlr. Type 2　CMV Disabling Damage? ☐ Yes ☒ No　Unit Num.　☐ RGVW ☐ GVWR　34 Trlr. Type　CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events　35 Seq. 1 98　35 Seq. 2　35 Seq. 3　35 Seq. 4　Intermodal Shipping Container Permit ☐ Yes ☒ No　Actual Gross Weight　Total Num. Axles:

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0　How Notified DISPATCH　Time Arrived (24HRMM) 0 6 4 0　Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No　Investigator Name (Printed) HARPER, G.　MARTIN,K　ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0　*Agency FORT WORTH POLICE DEPARTMENT　Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page **101** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1  
★Crash Time (24HRMM): 0 6 0 0  
Case ID: 210011068  
Local Use:

★County Name: TARRANT  
★City Name: FORT WORTH  
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No  
Latitude (decimal degrees): 3 2 . 7 9 5 1 3  
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: 1  
★Hwy. Num.: 35  
2 Rdwy. Part: 1  
Block Num.: 2600  
3 Street Prefix:  
★Street Name:  
4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  
[ ] Toll Road/ Toll Lane  
Speed Limit:  
Const. Zone: [ ] Yes [X] No  
Workers Present: [ ] Yes [X] No  
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: [ ] Yes [X] No  
1 Rdwy. Sys.: LR  
Hwy. Num.:  
2 Rdwy. Part: 1  
Block Num.: 2500  
3 Street Prefix: NE  
Street Name: 28TH  
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  
[X] FT [ ] MI  
3 Dir. from Int. or Ref. Marker: S  
Reference Marker:  
Street Desc.: HWY  
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 101  
5 Unit Desc.: 1  
[ ] Parked Vehicle  
[ ] Hit and Run  
LP State: TX  
LP Num.: NNZ5465  
VIN: 1 F M S K 7 D H 1 L G A 1 4 1 6 7

Veh. Year: 2 0 2 0  
6 Veh. Color: GRY  
Veh. Make: FORD  
Veh. Model: EXPLORER  
7 Body Style: SV  
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  
DL/ID State: TX  
DL/ID Num.: 38045225  
9 DL Class: C  
10 CDL End.: 96  
11 DL Rest.: A  
DOB (MM/DD/YYYY): 0 2 / 2 8 / 1 9 8 2

Address (Street, City, State, ZIP): 10324 BURTRUM DR    FORT WORTH    TX    76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CHILDRESS    ANGELA    M | B | 38 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  
Owner/Lessee Name & Address: CHILDRESS    ANGELA    M    10324 BURTRUM DR    FORT WORTH TX 76177

Proof of Fin. Resp.: [X] Yes [ ] No  
[ ] Expired [ ] Exempt  
26 Fin. Resp. Type: 1  
Fin. Resp. Name: LIBERTY COUNTY  
Fin. Resp. Num.: Y9089604

Fin. Resp. Phone Num.:  
27 Vehicle Damage Rating 1: 12−    FD−6  
27 Vehicle Damage Rating 2: 6−    RD−5  
Vehicle Inventoried: [ ] Yes [X] No

Towed By: BIVINS  
Towed To: BIVINS TOWING

---

Unit Num.: 102  
5 Unit Desc.: 1  
[ ] Parked Vehicle  
[ ] Hit and Run  
LP State: TX  
LP Num.: GXC1444  
VIN: 4 S 4 B S B L C 9 G 3 2 3 9 9 6 0

Veh. Year: 2 0 1 6  
6 Veh. Color: WHI  
Veh. Make: SUBARU  
Veh. Model: OUTBACK  
7 Body Style: P4  
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  
DL/ID State: TX  
DL/ID Num.: 14454122  
9 DL Class: C  
10 CDL End.: 96  
11 DL Rest.: 96  
DOB (MM/DD/YYYY): 0 7 / 0 7 / 1 9 8 0

Address (Street, City, State, ZIP): 4813 STETSON DR S    FORT WORTH    TX    76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DOYLE    SARAH    KATHERINE | C | 40 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  
Owner/Lessee Name & Address: DOYLE    WILLIAM    4813 STETSON DR S    FORT WORTH TX 76244

Proof of Fin. Resp.: [X] Yes [ ] No  
[ ] Expired [ ] Exempt  
26 Fin. Resp. Type: 1  
Fin. Resp. Name: USAA  
Fin. Resp. Num.: 011359408 7101

Fin. Resp. Phone Num.:  
27 Vehicle Damage Rating 1: 3−    RP−7  
27 Vehicle Damage Rating 2: 6−    BR−7  
Vehicle Inventoried: [ ] Yes [X] No

Towed By: TEXAS TOWING  
Towed To: TEXAS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3      (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 101 | 1 | LOCAL HOSP | SELF | / / | |
| 102 | 1 | LOCAL HOSP | MEDSTAR 65 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? ☐Yes ☐No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐RGVW ☐GVWR | HazMat Released ☐Yes ☐No | 32 HazMat Class Num. | HazMat ID Num. | 32-HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No | Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events: | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐Yes ☐No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒Yes ☐No | Investigator Name (Printed) | HARPER, G.     MARTIN,K | ID Num. | 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

Total Num. Units  1  4  8

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page: 103 of 149

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use |

★County Name: TARRANT

★City Name: FORT WORTH

☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees): 3 2 . 7 9 5 1 3

Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. | ★Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot

☐ Toll Road/ Toll Lane

Speed Limit

Const. Zone ☐ Yes ☒ No

Workers Present ☐ Yes ☒ No

Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |

Distance from Int. or Ref. Marker 1000 ☒ FT ☐ MI

3 Dir. from Int. or Ref. Marker S

Reference Marker

Street Desc. HWY

RRX Num.

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 103 | 5 Unit Desc. 1 | ☐ Parked Vehicle ☐ Hit and Run | LP State TX | LP Num. NFX6985 | VIN 1 C 4 H J X F N 1 J W 1 9 5 8 5 8 |

| Veh. Year 2 0 1 8 | 6 Veh. Color RED | Veh. Make JEEP | Veh. Model WRANGLER | 7 Body Style SV | Pol., Fire, EMS on Emergency (Explain in Narrative if checked). |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 20332156 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 4 0 5 1 9 8 6 |

Address (Street, City, State, ZIP): 721 SALIDA RD      HASLET      TX  76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | REYNOLDS   MEGAN   RENEE | B | 34 | W | 2 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: REYNOLDS   MEGAN   RENEE   721 SALIDA RD   HASLET   TX   76052

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name HOME STATE COUNTY MUTUAL | Fin. Resp. Num. 1000464830 |

Fin. Resp. Phone Num.

27 Vehicle Damage Rating 1    11−    FL− 7

27 Vehicle Damage Rating 2

Vehicle Inventoried ☐ Yes ☒ No

Towed By MILNER

Towed To MILNER TOWING

| Unit Num. 104 | 5 Unit Desc. 1 | ☐ Parked Vehicle ☐ Hit and Run | LP State TX | LP Num. KTW9354 | VIN 1 9 X F C 2 E 1 J E 0 1 3 9 4 3 |

| Veh. Year 2 0 1 8 | 6 Veh. Color BLU | Veh. Make HONDA | Veh. Model CIVIC | 7 Body Style P4 | Pol., Fire, EMS on Emergency (Explain in Narrative if checked). |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 42553001 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. A | DOB (MM/DD/YYYY) 1 2 1 4 1 9 9 6 |

Address (Street, City, State, ZIP): 12108 MALONE RD      NEWARD      TX  76071

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SOSA   JONESSA   VALEEN | B | 24 | A | 2 | 1 | 1 | 5 | 97 | N | 96 | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: MEDO   FRANKIE   12108 MALONE RD   NEWARD   TX   76071

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name USAA | Fin. Resp. Num. 016468131 7105 |

Fin. Resp. Phone Num.

27 Vehicle Damage Rating 1    12−    FD− 7

27 Vehicle Damage Rating 2    3−    RBQ− 5

Vehicle Inventoried ☐ Yes ☒ No

Towed By TEXAS TOWING

Towed To TEXAS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3      (Rev. 1/1/2018)

Page 1 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 103 | 1 | LOCAL HOSP | SELF | / / | |
| 104 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name / Carrier's Primary Addr. / 30 Veh. Type

| 31 Bus Type | ☐ RGWW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGWW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGWW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.    MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

Electronically Filed
3/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn: 1 8

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional vehicles, occupants, injured, etc.

Page: 105 of 149

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

| ★County Name | TARRANT | ★City Name | FORT WORTH | | Outside City Limit [ ] |
|---|---|---|---|---|---|

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No

| Latitude (decimal degrees) | 3 2 . 7 9 5 1 3 | Longitude (decimal degrees) | — 0 9 7 . 3 2 2 7 7 |
|---|---|---|---|

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. | TL | Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|---|---|---|

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot

Toll Road/ Toll Lane: [ ]

Speed Limit: | Const. Zone [ ] Yes [X] No | Workers Present [ ] Yes [X] No | Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. | [ ] Yes [X] No | 1 Rdwy. Sys. | LR | Hwy. Num. | 2 Rdwy. Part | 1. | Block Num. 2500 | 3 Street Prefix | NE | Street Name 28TH | 4 Street Suffix | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker | 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. |
|---|---|---|---|---|---|---|

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 105 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State IN | LP Num. 3041184 | VIN 3 A K J G L D R 9 H S P 1 3 3 5 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 7 | 6 Veh. Color GRY | Veh. Make FREIGHTLINER | Veh. Model UNKNOWN | 7 Body Style TT | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 2 | DL/ID State OK | DL/ID Num. G084200821 | 9 DL Class 98 | 10 CDL End. 98 | 11 DL Rest. 98 | DOB (MM/DD/YYYY) 0 4 / 2 3 / 1 9 7 0 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP): 102 CONISER AVE #1    POTEAU    OK  74953

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HOWARD  JOHN  MICHAEL | N | 50 | W | 1 | 1 | 1 | N | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | HOWARD  JOHN  MICHAEL    102 CONISER AVE #1    POTEAU  OK  74953 |
|---|---|---|

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name OLD REPUBLIC INS | Fin. Resp. Num. MWTT314656 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 12- | FD-2 | 27 Vehicle Damage Rating 2 - | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|---|

| Towed By BEARDS TOWING | Towed To 4400 E LOOP 820 S |
|---|---|

| Unit Num. 106 | 5 Unit Desc. 6 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TN | LP Num. U853377 | VIN 1 G R D M 0 3 2 6 K H 1 3 4 9 5 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 9 | 6 Veh. Color BLK | Veh. Make GREAT DANE TRAILERS | Veh. Model NOT APPLICABLE | 7 Body Style TL | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | HOWARD  JOHN    102 CONISER AVE #1    POTEAU  OK  74953 |
|---|---|---|

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name OLD REPUBLIC INS | Fin. Resp. Num. MWTT314656 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 - | 27 Vehicle Damage Rating 2 - | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|

| Towed By BEARDS TOWING | Towed To BEARDS TOWING |
|---|---|

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 536 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | 105 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 00154712 |

| Carrier's Corp. Name | MERCER TRANSPORTATION | Carrier's Primary Addr. | 1128 W MAIN ST | LOUISVILLE | KY | 40232 | 30 Veh. Type 8 |

| 31 Bus Type 0 | ☐ RGVW ☒ GVWR 5,2,0,0,0 | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | Unit Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 5 |

| Unit Num. | 106 | ☐ RGVW ☒ GVWR 6,9,0,0,0 | 34 Trlr. Type 2 | CMV Disabling Damage? ☐ Yes ☒ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☒ No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.    MARTIN,K | ID Num. 3380-3421 |

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L |

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL   [X] CMV   [ ] SCHOOL BUS   [ ] RAILROAD   [ ] MAB   [ ] SUPPLEMENT   [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8   Total Num. Prsn: 5 8 3 DOT

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 107 of 149

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use:

★County Name: TARRANT   ★City Name: FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No

Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL   ★Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [ ] Toll Road/ Toll Lane   Speed Limit:   Const. Zone: [ ] Yes [X] No   Workers Present: [ ] Yes [X] No   Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part:   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

| Unit Num.: 107 | 5 Unit Desc.: 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State: TX | LP Num.: JWN8147 | VIN: 1 C 4 R J E A G 3 H C 9 1 6 3 7 2 |

Veh. Year: 2 0 1 7   6 Veh. Color: GRY   Veh. Make: JEEP   Veh. Model: GRAND CHEROKEE   7 Body Style: SV   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 36581094   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 7 / 0 2 / 1 9 9 0

Address (Street, City, State, ZIP): 3901 RINGDOVE WAY   ROANOKE   TX   76266

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ESCAMILLA   HALEE   ELIZABETH | B | 30 | H | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: ESCAMILLA   ERNESTO   3901 RINGDOVE WAY   ROANOKE   TX   76266

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: PROGRESSIVE   Fin. Resp. Num.: 942464043

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12-   FD-7   27 Vehicle Damage Rating 2: 6-   RD-7   Vehicle Inventoried: [ ] Yes [X] No

Towed By: DENNYS TOWING   Towed To: DENNYS TOWING

| Unit Num.: 108 | 5 Unit Desc.: 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State: TX | LP Num.: JSV6956 | VIN: 1 G T 1 2 U E Y 8 H F 1 1 6 4 |

Veh. Year: 2 0 1 7   6 Veh. Color: BLK   Veh. Make: GMC   Veh. Model: SIERRA C1500   7 Body Style: PK   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 2763318   9 DL Class: AM   10 CDL End.: P   11 DL Rest.: 96   DOB (MM/DD/YYYY): 1 0 / 1 2 / 1 9 5 6

Address (Street, City, State, ZIP): 616 WHITE FALCON WAY   FORT WORTH   TX   76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BURNETT   ROGER   ALAN | B | 64 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: BURNETT   ROGER   ALAN   616 WHITE FALCON WAY   FORT WORTH TX   76131

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: ELEPHANT   Fin. Resp. Num.: 24400092434

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12-   FD-7   27 Vehicle Damage Rating 2: 9-   L&T-6   Vehicle Inventoried: [ ] Yes [X] No

Towed By: CARDINAL TOWING   Towed To: CARDINAL TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 538 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 107 | 1 | LOCAL HOSP | SELF | / / | |
| 108 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|---|---|---|

| 31 Bus Type | RGVW GVWR | HazMat Released Yes No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|---|

| Unit Num. | RGVW GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes No | Unit Num. | RGVW GVWR | | 34 Trlr. Type | CMV Disabling Damage? Yes No | |
|---|---|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit Yes No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | Yes No | Investigator Name (Printed) | HARPER, G.     MARTIN,K | | | ID Num. | 3380-3421 |
|---|---|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Electronically Filed
3/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units | 1 4 8
Total Num. Prsn | 3 8

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 109 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: 1  ★Hwy. Num.: 35  2 Rdwy. Part: 1  Block Num.: 2600  3 Street Prefix:  ★Street Name:  4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No  1 Rdwy. Sys.: LR  Hwy. Num.:  2 Rdwy. Part: 1  Block Num.: 2500  3 Street Prefix: NE  Street Name: 28TH  4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  ☒ FT ☐ MI  3 Dir. from Int.: S  Reference Marker:  Street Desc.: HWY  RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 109  5 Unit Desc.: 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num.: NPS9255  VIN: K M 8 K 2 2 A A L U 5 4 2 8 8 2

Veh. Year: 2 0 2 0  6 Veh. Color: BLK  Veh. Make: HYUNDAI  Veh. Model: UNKNOWN  7 Body Style: SV  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: 39825123  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: 96  DOB (MM/DD/YYYY): 0 5 / 1 0 / 1 9 9 9

Address (Street, City, State, ZIP): 1320 NW SUMMERCREST BL    BURLESON    TX  76028

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MAYS    DESTINY    COURTNAY | A | 21 | B | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: MAYS    DESTINY    COURTNAY    1320 NW SUMMERCREST BL    BURLESON    TX  76028

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: ECONOMY FIRE AND CASUALTY INS  Fin. Resp. Num.: A2983152580

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 12−  FD− 7  27 Vehicle Damage Rating 2: 6−  RD− 7  Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BIVINS TOWING  Towed To: BIVINS TOWING

---

Unit Num.: 110  5 Unit Desc.: 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num.: BJB9869  VIN: 1 D 7 R V 1 C P A S 2 5 7 4 1 2

Veh. Year: 2 0 1 0  6 Veh. Color: MAR  Veh. Make: DODGE  Veh. Model: RAM 1500  7 Body Style: PK  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: 36743475  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: 96  DOB (MM/DD/YYYY): 0 1 / 0 8 / 1 9 6 2

Address (Street, City, State, ZIP): 7751 SUNNYVIEW CT    FORT WORTH    TX  76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FLACH    SHAUN    WILLIAM | B | 59 | W | 1 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: FLACH    SHAUN    WILLIAM    7751 SUNNYVIEW CT    FORT WORTH    TX  76137

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: STATE FARM  Fin. Resp. Num.: 338 1590 L08 43F 001

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 12−  FD− 7  27 Vehicle Damage Rating 2: 6−  RD− 7  Vehicle Inventoried: ☐ Yes ☒ No

Towed By: TEXAS TOWING  Towed To: TEXAS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 510 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 109 | 1 | JOHN PETER SMITH | MEDSTAR 63 | / / | |
| 110 | 1 | JOHN PETER SMITH | MEDSTAR 63 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY   CMV Disabling Damage? ☐ Yes ☐ No   28 Veh. Oper.   29 Carrier ID Type   Carrier ID Num.

Carrier's Corp. Name     Carrier's Primary Addr.     30 Veh. Type

31 Bus Type ☐ RGVW ☐ GVWR   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No   Unit Num. ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY

Electronically Filed

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsns: 8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 111 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

### ROAD ON WHICH CRASH OCCURRED

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

★1 Rdwy. Sys.: TL
★1 Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☒ Toll Road/Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 111
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP: NFS8526
VIN: 3 G N K B R A 5 L S 5 6 1 7 4

Veh. Year: 2 0 2 0
6 Veh. Color: BLK
Veh. Make: CHEVROLET
Veh. Model: BLAZER
7 Body Style: SV
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: TX
DL/ID State: TX
DL/ID Num.: 06992863
9 DL Class: C
10.CDL End.: 96
11 DL Rest.: A
DOB (MM/DD/YYYY): 1 1 / 0 4 / 1 9 6 1

Address (Street, City, State, ZIP): 3709 FOSSIL TREE LN    FORT WORTH    TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | JAMES    REGINALD    VON | B | 59 | B | 1 | 1 | 5 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: JAMES    REGINALD    VON
3709 FOSSIL TREE LN    FORT WORTH TX 76244

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: US LLOYDS
Fin. Resp. Num.: US0A111659

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD- 7
27 Vehicle Damage Rating 2: 6- RD- 7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING

Unit Num.: 112
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP: MTF6390
VIN: J T E B U 5 J R 9 K 5 7 3 7 3 3

Veh. Year: 2 0 1 9
6 Veh. Color: WHI
Veh. Make: TOYOTA
Veh. Model: 4RUNNER/SR5
7 Body Style: SV
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 15754634
9 DL Class: C
10.CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 4 / 2 5 / 1 9 8 4

Address (Street, City, State, ZIP): 6901 GOLF GREEN DR    ARLINGTON    TX 76001

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WARE    DATELYN    CHRISTINE | B | 36 | W | 2 | 1 | 5 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: WARE    DATELYN    CHRISTINE
6901 GOLF GREEN DR    ARLINGTON TX 76001

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: STATE FARM
Fin. Resp. Num.: 348 2852-J28-43F 002

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 6- RD- 7
27 Vehicle Damage Rating 2: 3- RP- 7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: PURRFECT TOWING
Towed To: PURRFECT TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 112 of 149

| | Case ID | 210011068 | | TxDOT Crash ID | |
|---|---|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 111 | 1 | LOCAL HOSP | SELF | / / | |
| 112 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num.

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| | Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24Hr:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24Hr:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.     MARTIN, K | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

Electronically Filed

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8   Total Num. Prsn 6

8/3/2021 5:38 PM
Hidalgo County District Clerks

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Reviewed By: Alessandra Galvan

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page 113 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| ★County Name. | TARRANT | ★City Name | FORT WORTH | | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No | Latitude (decimal degrees) 3 2 . 7 9 5 1 3 | Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. | TL | ★Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | ★Street Name | | 4 Street Suffix | |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☐ Toll Road/ Toll Gate | Speed Limit | Const. Zone ☐ Yes ☐ No | Workers Present ☐ Yes ☐ No | Street Desc. |

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | | RRX Num. | |

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 113 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | IN | LP Num. | 2836156 | VIN | 3 A K J H P D V 7 L S F 3 4 5 |

| Veh. Year | 2 0 2 0 | 6 Veh. Color | WHI | Veh. Make | FREIGHTLINER | Veh. Model | UNKNOWN | 7 Body Style | TT | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐ |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 43416851 | 9 DL Class | A | 10 CDL End. | H | 11 DL Rest. | P27 | DOB (MM/DD/YYYY) | 1 0 / 2 9 / 1 9 6 3 |

| Address (Street, City, State, ZIP) | 8160 FAWN CIR | | GRANBURY | TX | 76049 |

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | JONES    RHONDA    CAROL | B | 57 | | 2 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | JB HUNT    TRANSPORT INC 615 JB HUNT CORPORATE DR | LOWELL | AR | 72745 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | ACE AMERICAN INS | Fin. Resp. Num. | H25307951 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 11− | FL−7 | 27 Vehicle Damage Rating 2 | 1− | FR−7 | Vehicle Inventoried ☒ Yes ☐ No |

| Towed By | BEARDS TOWING | Towed To | 1150 INTERMODAL PKWY |

| Unit Num. | 114 | 5 Unit Desc. | 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | OK | LP Num. | 5435GN | VIN | L J R C 5 4 2 9 A 1 0 3 4 8 5 |

| Veh. Year | 2 0 1 0 | 6 Veh. Color | ONG | Veh. Make | CIMC TRAILERS | Veh. Model | NOT APPLICABLE | 7 Body Style | TL | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐ |

| 8 DL/ID Type | | DL/ID State | | DL/ID Num. | | 9 DL Class | | 10 CDL End. | | 11 DL Rest. | | DOB (MM/DD/YYYY) | / / |

| Address (Street, City, State, ZIP) | | |

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | JB HUNT    TRANSPORT INC 615 JB HUNT CORP DR | LOWELL | AR | 72745 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | ACE AMERICAN INS | Fin. Resp. Num. | H25307951 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 6− | BD−7 | 27 Vehicle Damage Rating 2 | 3− | FR−4 | Vehicle Inventoried ☐ Yes ☒ No |

| Towed By | BEARDS TOWING | Towed To | 1150 INTERMODAL PKWY |

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| | | Case ID | 210011068 | | TxDOT Crash ID | |
|---|---|---|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 113 | 1 | JOHN PETER SMITH | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged-Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

Unit Num. 113 - ☒ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY   CMV Disabling Damage? ☒ Yes ☐ No   28 Veh. Oper. 1   29 Carrier ID Type 1   Carrier ID Num. 00080806

Carrier's Corp. Name JB HUNT   Carrier's Primary Addr. 1150 INTERMODAL PKWY   HASLET   TX   76052   30 Veh. Type 8

31 Bus Type 0   ☐ RGVW ☒ GVWR 5,2,0,0,0   32 HazMat Released ☐ Yes ☐ No   HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 114   ☐ RGVW ☒ GVWR 6,8,0,0,0   34 Trlr. Type 2   CMV Disabling Damage? ☒ Yes ☐ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Internodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0,6,2,0   How Notified DISPATCH   Time Arrived (24HR:MM) 0,6,4,0   Report Date (MM/DD/YYYY) 0,3/0,1/2,0,2,1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN,K   ID Num. 3380-3421

ORI Num. T,X,2,2,0,1,2,0,0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**  Total Num. Prsns

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
✶=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page **115** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**  ★Crash Time (24HRMM) **0 6 0 0**  Case ID **210011068**  Local Use

★County Name **TARRANT**  ★City Name **FORT WORTH**  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  Latitude (decimal degrees) **3 2 . 7 9 5 1 3**  Longitude (decimal degrees) **− 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **TL**  ★ Hwy. Num. **35**  2 Rdwy. Part **1**  Block Num. **2600**  3 Street Prefix  ★Street Name  4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/ Toll Lane  Speed Limit  Const. Zone ☐ Yes ☒ No  Workers Present ☐ Yes ☒ No  Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No  1 Rdwy. Sys. **LR**  Hwy. Num.  2 Rdwy. Part **1**  Block Num. **2500**  3 Street Prefix **NE**  Street Name **28TH**  4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker **S**  Reference Marker  Street Desc. **HWY**  RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. **115**  5 Unit Desc. **1**  ☐ Parked Vehicle  ☐ Hit and Run  LP State **TX**  LP Num. **JBS0374**  VIN **1 F T M F 1 C F 6 G K E 1 9 3 2 8**

Veh. Year **2 0 1 6**  6 Veh. Color **WHI**  Veh. Make **FORD**  Veh. Model **F150**  7 Body Style **PK**  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**  DL/ID State **TX**  DL/ID Num. **08662708**  9 DL Class **CM**  10 CDL End. **96**  11 DL Rest. **96**  DOB (MM/DD/YYYY) **0 5 / 2 4 / 1 9 5 7**

Address (Street, City, State, ZIP) **4905 TRAILS EDGE DR**  **ARLINGTON**  **TX**  **76017**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SCHULTZ     LESTER     HOWARD | B | 63 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |
| | | | | | | | | | | | | Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | | |

☒ Owner ☐ Lessee  Owner/Lessee Name & Address  **FOX     ELECTRIC LTD**  **1104 COLORADO LN**  **ARLINGTON  TX  76015**

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **TRAVELERS**  Fin. Resp. Num. **2N938315**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 **12- FD-7**  27 Vehicle Damage Rating 2 **6- RD-7**  Vehicle Inventoried ☐ Yes ☒ No

Towed By **UNKNOWN**  Towed To **UNKNOWN**

---

Unit Num. **116**  5 Unit Desc. **1**  ☐ Parked Vehicle  ☐ Hit and Run  LP State **TX**  LP Num. **LHK6873**  VIN **1 F T 8 W 3 B T 2 J E C 5 1 8**

Veh. Year **2 0 1 8**  6 Veh. Color **WHI**  Veh. Make **FORD**  Veh. Model **F350**  7 Body Style **PK**  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**  DL/ID State **TX**  DL/ID Num. **09615867**  9 DL Class **C**  10 CDL End. **96**  11 DL Rest. **96**  DOB (MM/DD/YYYY) **0 4 / 0 7 / 1 9 7 9**

Address (Street, City, State, ZIP) **1701 BIRDS EYE RD**  **FORT WORTH**  **TX**  **76177**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | TERRY     CODY     LEN | B | 41 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |
| | | | | | | | | | | | | Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | | |

☒ Owner ☐ Lessee  Owner/Lessee Name & Address  **TERRY     CODY     LEN**  **1701 BIRDS EYE RD**  **FORT WORTH  TX  76177**

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **TEXAS FARM BUREAU**  Fin. Resp. Num. **21664435**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 **12- FD-7**  27 Vehicle Damage Rating 2 **6- RD-7**  Vehicle Inventoried ☐ Yes ☒ No

Towed By **GUY SIMON TOWING**  Towed To **GUY SIMON TOWING**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan
Page 546 of 549

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 115 | 1 | LOCAL HOSP | SELF | / / | |
| 116 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes/No | 28 Veh. Oper.– | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr: | 30 Veh. Type

| 31 Bus Type | RGVW / GVWR | HazMat Released Yes/No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | RGVW / GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes/No | Unit Num. | RGVW / GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes/No |
|---|---|---|---|---|---|---|---|

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit Yes/No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time-Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | Yes/No | Investigator Name (Printed) | HARPER, G.        MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☒ ACTIVE SCHOOL ZONE

Electronically Filed
3/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units **1 4 8**   Total Num. Prsn

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 117 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM): **0 6 0 0**   Case ID **210011068**   Local Use

★County Name **TARRANT**   ★City Name **FORT WORTH**   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **TL**   ★Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. **117**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **DG7B111**   VIN **J M 1 B L 1 V F 9 C 1 1 0 0 9 2 7**

Veh. Year **2 0 1 2**   6 Veh. Color **BLK**   Veh. Make **MAZDA**   Veh. Model **MAZDA3**   7 Body Style **P4**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **TL**   DL/ID State **TX**   DL/ID Num. **27374941**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 6 / 1 4 / 1 9 9 3**

Address (Street, City, State, ZIP) **9528 SILLS WAY**   **FORT WORTH**   **TX**   **76177**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 16 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KENNEDY   TAYLER   MICHELLE | B | 27 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   **KENNEDY   TAYLER   MICHELLE**   **9528 SILLS WAY**   **FORT WORTH TX  76177**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **ALLSTATE**   Fin. Resp. Num. **836013631**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  **-**   27 Vehicle Damage Rating 2  **-**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **TEXAS TOWING**   Towed To **TEXAS TOWING**

---

Unit Num. **118**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **NWT9056**   VIN **5 T B R T 3 4 1 7 1 S 1 9 8 4 0 8**

Veh. Year **2 0 0 1**   6 Veh. Color **GRN**   Veh. Make **TOYOTA**   Veh. Model **TUNDRA**   7 Body Style **PK**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **99**   DL/ID State **UN**   DL/ID Num.   9 DL Class **99**   10 CDL End. **99**   11 DL Rest. **99**   DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP) **UNKNOWN**   **UNKNOWN**   **UN  UNK**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 16 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN   UNKNOWN   UNK | 99 | 99 | 99 | 99 | 1 | 99 | 99 | 99 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   **FLORES   CHIRSTOFER   B**   **6641 WHITLEY RD**   **WATAUGA   TX   76148**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **CONSUMER COUNTY MUTUAL**   Fin. Resp. Num. **6079703892221**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  **-**   27 Vehicle Damage Rating 2  **-**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **BIVINS TOWING**   Towed To **BIVINS TOWING**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3      (Rev. 1/1/2018)

Page 548 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 117 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.      MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

Electronically Filed

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

3/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Total Num. Units 1 4 8    Total Num. Prsn 1 3 6

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional vehicles, occupants, injured, etc.).

Page 119 of 149

**Texas Department of Transportation**

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM.) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

★County Name  TARRANT

City Name  FORT WORTH    [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No

Latitude (decimal degrees)  3 2 . 7 9 5 1 3

Longitude (decimal degrees)  − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. TL | ★ Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

[ ] Crash Occurred on a Private Drive or Private Property/Parking Lot  [X] Toll Road/Toll Lane

Speed Limit    Const. Zone [ ] Yes [X] No    Workers Present [ ] Yes [X] No    Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. [ ] Yes [X] No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker  1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker S   Reference Marker    Street Desc. HWY    RRX Num.

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 119 | 5 Unit Desc. | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. KFS8884 | VIN 1 F M 5 K 7 F 8 6 D G C 2 4 5 1 7 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 3 | 6 Veh. Color BRO | Veh. Make FORD | Veh. Model EXPLORER | Veh. Style SV | 7 Body Style | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 13324712 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. A | DOB (MM/DD/YYYY) 0 5 0 7 1 9 7 0 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)  8304 TRICKHAM BEND    FORT WORTH    TX  76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MOOS    RUSSEL    HOWARD | N | 50 | W | 1 | 1 | 5 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address    MOOS    RUSSEL    HOWARD
8304 TRICKHAM BEND    FORT WORTH  TX  76131

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name  PROGRESSIVE   Fin. Resp. Num.  930823462

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  6−  RD− 5   27 Vehicle Damage Rating 2  12−  FD− 5   Vehicle Inventoried [ ] Yes [X] No

Towed By  CARDINAL TOWING    Towed To  CARDINAL TOWING

| Unit Num. 120 | 5 Unit Desc. | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. 99538P7 | VIN 5 N M S C A A L H 2 9 1 0 1 7 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 2 0 | 6 Veh. Color WHI | Veh. Make HYUNDAI | Veh. Model SANTA FE | Veh. Style SV | 7 Body Style | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 02797937 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 2 0 7 1 9 7 6 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)  14621 SAN MADRID TRAIL    HASLET    TX  76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KLAPPRODT    CATHLEEN    GAIL | A | 45 | W | 1 | 1 | 5 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address    KLAPPRODT    CATHLEEN    GAIL
14621 SAN MADRID TRAIL    HASLET    TX  76052

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name  TRAVELERS   Fin. Resp. Num.  6036993542221

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  −  −   27 Vehicle Damage Rating 2  −  −   Vehicle Inventoried [ ] Yes [X] No

Towed By  CARDINAL TOWING    Towed To  CARDINAL TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 320 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

Case ID 210011068     TxDOT Crash ID

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 120 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**FACTORS & CONDITIONS**

| 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|
| 98 | 3 | 97 | 3 | 2 | 6 | 96 |

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0     How Notified DISPATCH     Time Arrived (24HRMM) 0 6 4 0     Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No     Investigator Name (Printed) HARPER, G.     MARTIN,K     ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0     *Agency FORT WORTH POLICE DEPARTMENT     Service/Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: **1 4 8**  Total Num Prsn: **6**

Electronically Filed
3/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: **121** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM): **0 6 0 0**   Case ID: **210011068**   Local Use:

★County Name: **TARRANT**   ★City Name: **FORT WORTH**   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No

Latitude (decimal degrees): **3 2 . 7 9 5 1 3**   Longitude (decimal degrees): **− 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: **TL**   ★1 Hwy. Num.: **35**   2 Rdwy. Part: **1**   Block Num.: **2600**   3 Street Prefix:   ★Street Name:   4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [ ] Toll Road/ Toll Lane   Speed Limit:   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No   1 Hwy. Sys.: **LR**   1 Hwy. Num.:   2 Rdwy. Part: **1**   Block Num.: **2500**   3 Street Prefix: **NE**   Street Name: **28TH**   4 Street Suffix: **ST**

Distance from Int. or Ref. Marker: **1000**   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: **S**   Reference Marker:   Street Desc.: **HWY**   RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: **121**   5 Unit Desc.: **1**   [ ] Parked Vehicle   [ ] Hit and Run   LP State: **TX**   LP Num.: **KCY8844**   VIN: **3 G C P C R E C 0 H G 2 0 4 6 9 0**

Veh. Year: **2 0 1 7**   6 Veh. Color: **WHI**   Veh. Make: **CHEVROLET**   Veh. Model: **SILVERADO C1500**   7 Body Style: **PK**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: **1**   DL/ID State: **TX**   DL/ID Num.: **09738014**   9 DL Class: **C**   10 CDL End.: **96**   11 DL Rest.: **96**   DOB (MM/DD/YYYY): **0 7 / 1 1 / 1 9 8 0**

Address (Street, City, State, ZIP): **2748 TRIANGLE LEAF DR**   **KELLER**   **TX**   **76244**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | POMPA   SHAWN   MICAEL | 99 | 40 | W | 1 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: **EMR   ELEVATOR INC   2320 MICHIGAN CT   ARLINGTON   TX   76016**

Proof of Fin. Resp. [X] Yes [ ] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type: **1**   Fin. Resp. Name: **ALLIED WORLD**   Fin. Resp. Num.: **60000341**

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: **12− FD− 7**   27 Vehicle Damage Rating 2: **7− BR− 7**   Vehicle Inventoried [ ] Yes [X] No

Towed By: **BIVINS WRECKER**   Towed To: **BIVINS WRECKER**

---

Unit Num.: **122**   5 Unit Desc.: **1**   [ ] Parked Vehicle   [ ] Hit and Run   LP State: **TX**   LP Num.: **JNP1739**   VIN: **W A 1 C 2 A F P X H A 0 5 9 0 4**

Veh. Year: **2 0 1 7**   6 Veh. Color: **WHI**   Veh. Make: **AUDI**   Veh. Model: **Q5**   7 Body Style: **SV**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: **1**   DL/ID State: **TX**   DL/ID Num.: **26039530**   9 DL Class: **C**   10 CDL End.: **96**   11 DL Rest.: **A**   DOB (MM/DD/YYYY): **0 5 / 0 6 / 1 9 9 2**

Address (Street, City, State, ZIP): **12212 SWEET LEAF CT**   **FORT WORTH**   **TX**   **76244**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WHITE   DANIELLE   NICOLE | A | 28 | W | 2 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: **WHITE   DANIELLE   NICOLE   12212 SWEET LEAF CT   FORT WORTH   TX   76244**

Proof of Fin. Resp. [X] Yes [ ] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type: **1**   Fin. Resp. Name: **PROGRESSIVE**   Fin. Resp. Num.: **928172437**

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: **12− FD− 6**   27 Vehicle Damage Rating 2: **6− RD− 5**   Vehicle Inventoried [ ] Yes [X] No

Towed By: **LONESTAR TOWING**   Towed To: **LONESTAR TOWING**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan
Page 322 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 122 | 1 | HARRIS METH | MEDSTAR 30 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Environmental and Roadway Conditions:

| 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|
| 98 | 3 | 97 | 3 | 2 | 6 | 96 |

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.    MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Total Num Prsn: 1 · 8

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page 123 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

**IDENTIFICATION & LOCATION**

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| ★County Name | TARRANT | ★City Name | FORT WORTH | | [ ] Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. | ★Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[X] Toll Road/Toll Lane
Speed Limit
Const. Zone [ ] Yes [X] No
Workers Present [ ] Yes [X] No
Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | [ ] Yes [X] No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |

| Distance from Int. or Ref. Marker 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. |

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 123 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State IN | LP Num. 2712385 | VIN 3 A K J H F G 7 J S J 2 0 9 4 3 |

| Veh. Year 2 0 1 8 | 6 Veh. Color WHI | Veh. Make FREIGHTLINER | Veh. Model UNKNOWN | 7 Body Style TT | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State FL | DL/ID Num. S534420872190 | 9 DL Class 98 | 10 CDL End. 98 | 11 DL Rest. 98 | DOB (MM/DD/YYYY) 0 6 / 0 9 / 1 9 9 3 |

Address (Street, City, State, ZIP): 1271 WOODMAN WAY    ORLANDO    FL  32818

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SAINT LOT    JEAN    MARIE | N | 33 | H | 1 | 1 | 1 | 97 | 97 | 96 | | 96 | 97 | 97 |
| 2 | 2 | 13 | CLEMENT    FRANTZ | B | 36 | B | 1 | 1 | 97 | 1 | 97 | 97 | | Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | |

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: RYDER TRUCK    RENTAL INC    11690 NW 105TH ST    MIAMI    FL  33178

Proof of Fin. Resp. [X] Yes [ ] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name NATIONAL CONTINENTAL
Fin. Resp. Num. COH0005261854-0

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  12-  FD- 7
27 Vehicle Damage Rating 2  -
Vehicle Inventoried [ ] Yes [X] No

Towed By MILNER TOWING
Towed To MILNER TOWING

| Unit Num. 124 | 5 Unit Desc. 6 | [ ] Parked Vehicle | [ ] Hit and Run | LP State IN | LP Num. P187155 | VIN 1 0 W 1 A 5 3 2 1 8 0 9 7 3 |

| Veh. Year 2 0 0 8 | 6 Veh. Color WHI | Veh. Make STANDARD TRAILER CO | Veh. Model NOT APPLICABLE | 7 Body Style TL | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) / / |

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: FEDEX GROUND    1000 FEDEX DR    PITTSBURGH    PA  15108

Proof of Fin. Resp. [X] Yes [ ] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name NATIONAL CONTINENTAL
Fin. Resp. Num. COH0005261854-0

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1  6-  RD- 3
27 Vehicle Damage Rating 2  -
Vehicle Inventoried [ ] Yes [X] No

Towed By MILNER TOWING
Towed To MILNER TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandrina Galvan
Page 324of. 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 123 | 2 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | 123 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 02936569 | |
|---|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | SIMON EXPRESS | Carrier's Primary Addr. | 545 METRO PLACE S ST #100    COLUMBUS    OH    43017 | 30 Veh. Type 9 |
|---|---|---|---|---|

| 31 Bus Type 0 | ☐ RGVW ☒ GVWR 8 0 0 0 0 | HazMat Released ☐ Yes ☐ No | 32:HazMat Class Num. | HazMat ID Num. | Unit Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 3 |
|---|---|---|---|---|---|---|---|---|

| Unit Num. 124 | ☐ RGVW ☒ GVWR 6 5 0 0 0 | 34 Trlr. Type 2 | CMV Disabling Damage? ☒ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events 98 | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.      MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn: 8

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional vehicles, occupants, injured, etc.).

Page: 125 of 149

**★Crash Date (MM/DD/YYYY):** 0 2 / 1 1 / 2 0 2 1
**★Crash Time (24HRMM):** 0 6 0 0
**Case ID:** 210011068
**Local Use:**

**★County Name:** TARRANT
**★City Name:** FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
**Latitude (decimal degrees):** 3 2 . 7 9 5 1 3
**Longitude (decimal degrees):** − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

**★1 Rdwy. Sys.:** US  **★Hwy. Num.:** 35
**2 Rdwy. Part:** 1
**Block Num.:** 2600
**3 Street Prefix:**  **★Street Name:**
**4 Street Suffix:**

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[X] Toll Road/ Toll Lane
**Speed Limit:**
**Const. Zone:** [ ] Yes [X] No
**Workers Present:** [ ] Yes [X] No
**Street Desc.:**

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

**At Int.:** [ ] Yes [X] No
**1 Rdwy. Sys.:** LR
**Hwy. Num.:**
**2 Rdwy. Part:** 1
**Block Num.:** 2500
**3 Street Prefix:** NE
**Street Name:** 28TH
**4 Street Suffix:** ST

**Distance from Int. or Ref. Marker:** 1000  [X] FT [ ] MI
**3 Dir. from Int.:** S
**Reference Marker:**
**Street Desc.:** HWY
**RRX Num.:**

**Unit Num.:** 125
**5 Unit Desc.:** 1
[ ] Parked Vehicle  [ ] Hit and Run
**LP State:** TX
**LP Num.:** CPY4837
**VIN:** 1 F T W 3 1 P 7 7 E A 9 8 2 8

**Veh. Year:** 2 0 0 7
**6 Veh. Color:** WHI
**Veh. Make:** FORD
**Veh. Model:** F350
**7 Body Style:** PK
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

**8 DL/ID Type:** 1
**DL/ID State:** TX
**DL/ID Num.:** 07225463
**9 DL Class:** C
**10 CDL End.:** 96
**11 DL Rest.:** 96
**DOB (MM/DD/YYYY):** 1 0 / 0 2 / 1 9 7 3

**Address (Street, City, State, ZIP):** 1337 VALLET DR    JUSTIN    TX    76247

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WELLS    MICHAEL    HENRY | K | 47 | W | 1 | 1 | 5 | 97 | N | 96 |  |  | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  **Owner/Lessee Name & Address:** GEEP MECHANICAL    3640 8TH AVE    FORT WORTH TX  76110

**Proof of Fin. Resp.:** [X] Yes [ ] No  [ ] Expired [ ] Exempt  **26 Fin. Resp. Type:** 1
**Fin. Resp. Name:** AMERISURE
**Fin. Resp. Num.:** CA1281769

**Fin. Resp. Phone Num.:**
**27 Vehicle Damage Rating 1:** 12-    FD-7
**27 Vehicle Damage Rating 2:** 6-    RD-7
**Vehicle Inventoried:** [ ] Yes [X] No

**Towed By:** GUY SIMMONS TOWING
**Towed To:** GUY SIMMONS TOWING

---

**Unit Num.:** 126
**5 Unit Desc.:** 1
[ ] Parked Vehicle  [ ] Hit and Run
**LP State:** TX
**LP Num.:** NXX0230
**VIN:** 1 H G C R 2 F 8 5 H A 1 9 2 7

**Veh. Year:** 2 0 1 7
**6 Veh. Color:** GRY
**Veh. Make:** HONDA
**Veh. Model:** ACCORD
**7 Body Style:** P4
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

**8 DL/ID Type:** 1
**DL/ID State:** TX
**DL/ID Num.:** 08324125
**9 DL Class:** C
**10 CDL End.:** 96
**11 DL Rest.:** 96
**DOB (MM/DD/YYYY):** 1 0 / 2 3 / 1 9 8 6

**Address (Street, City, State, ZIP):** 2308 BLACKRAIL CT    NORTHLAKE    TX    76226

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GERRED    TIFFANY    LOUANN | K | 34 | W | 2 | 1 | 5 | 97 | N | 96 |  |  | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  **Owner/Lessee Name & Address:**

**Proof of Fin. Resp.:** [X] Yes [ ] No  [ ] Expired [ ] Exempt  **26 Fin. Resp. Type:** 1
**Fin. Resp. Name:** STATE FARM
**Fin. Resp. Num.:** 372 0759 J01 43C 001

**Fin. Resp. Phone Num.:**
**27 Vehicle Damage Rating 1:** 12-    FD-7
**27 Vehicle Damage Rating 2:** 6-    RD-7
**Vehicle Inventoried:** [ ] Yes [X] No

**Towed By:** GUY SIMMONS TOWING
**Towed To:** GUY SIMMONS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alexandra Galvan
Page 126 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 125 | 1 | TARRANT COUNTY MORGUE | FORT WORTH FUNERALS AND CREMATIONS | 0 2 / 1 1 / 2 0 2 1 | 0 6 0 3 |
| 126 | 1 | TARRANT COUNTY MORGUE | FORT WORTH FUNERALS AND CREMATIONS | 0 2 / 1 1 / 2 0 2 1 | 0 6 0 3 |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes/No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | RGVW / GVWR | HazMat Released Yes/No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | RGVW / GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes/No | Unit Num. | RGVW / GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes/No |
|---|---|---|---|---|---|---|---|

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq.4 | Intermodal Shipping Container Permit Yes/No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.     MARTIN, K | ID Num. | 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8   Total Num. Prsn 1 4 6

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 127 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL   ★Hwy. Num.: 35   2 Rdwy. Part: 1   Block Prefix: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/ Toll Lane
Speed Limit:
Const. Zone: [ ] Yes [X] No
Workers Present: [ ] Yes [X] No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: [ ] Yes [X] No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 127   5 Unit Desc.: 1   [ ] Parked Vehicle  [ ] Hit and Run   LP State: TX   LP Num.: MCMC4   VIN: 5 X X G T 4 L 3 J G 1 8 1 5 1 4

Veh. Year: 2 0 2 1   6 Veh. Color: BLU   Veh. Make: KIA   Veh. Model: OPTIMA   7 Body Style: P4   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 27217915   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: A   DOB (MM/DD/YYYY): 0 1 / 2 0 / 1 9 5 5

Address (Street, City, State, ZIP): 14804 CEDAR FLAT WAY   ROANOKE   TX   76262

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LLOYD    RAYMOND    JOHN | B | 54 | W | 1 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: MIKE CARLSON    MTR CO INC   264 EXCHANGE ST   BURLESON   TX   76028

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: SELF INSURED   Fin. Resp. Num.: SELF INSURED

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12-   FD-7   27 Vehicle Damage Rating 2: 6-   RD-7   Vehicle Inventoried: [ ] Yes [X] No

Towed By: BIVINS TOWING   Towed To: BIVINS TOWING

---

Unit Num.: 128   5 Unit Desc.: 1   [ ] Parked Vehicle  [ ] Hit and Run   LP State: TX   LP Num.: NCX3077   VIN: 1 F T E X 1 C 4 6 L K D 9 0 5 2

Veh. Year: 2 0 2 0   6 Veh. Color: WHI   Veh. Make: FORD   Veh. Model: F150   7 Body Style: PK   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 06631778   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 1 1 / 2 7 / 1 9 6 0

Address (Street, City, State, ZIP): 9460 LECHNER RD   FORT WORTH   TX   76179

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | NORMAN    WILLIAM    M | B | 60 | W | 1 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: ENTERPRISE FM TRUST   9315 OLIVE BLVD   ST LOUIS   MO   63132

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: UNKNOWN   Fin. Resp. Num.: UNKNOWN

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12-   FD-7   27 Vehicle Damage Rating 2: 6-   RD-7   Vehicle Inventoried: [ ] Yes [X] No

Towed By: MILNER TOWING   Towed To: MILNER TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 328 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | | TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 127 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 128 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGWW ☐ GWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.     MARTIN, K | | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY
[X] FATAL [X] CMV [ ] SCHOOL BUS [ ] RAILROAD [ ] MAB [ ] SUPPLEMENT [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Electronically Filed 8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 129 of 149

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

★Crash Date (MM/DD/YYYY): 02/11/2021
★Crash Time (24HRMM): 0600
Case ID: 210011068

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 32.79513
Longitude (decimal degrees): -097.32277

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: [blank] ★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Prefix: 2600
3 Street Prefix: [blank]
★Street Name: [blank]
4 Street Suffix: [blank]

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/Toll Lane
Speed Limit: [blank]
Const. Zone: [ ] Yes [X] No
Workers Present: [ ] Yes [X] No
Street Desc.: [blank]

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No
1 Rdwy. Sys.: LR
Hwy. Num.: [blank]
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000 [X] FT [ ] MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker: [blank]
Street Desc.: HWY
RRX Num.: [blank]

---

Unit Num.: 129
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: 00177H7
VIN: 1GNFC13J17R313126

Veh. Year: 2007
6 Veh. Color: BLU
Veh. Make: CHEVROLET
Veh. Model: TAHOE C1500
7 Body Style: SV
Pol., Fire, EMS on Emergency (Explain in Narrative if checked): [ ]

8 DL/ID Type: 99
DL/ID State: UN
DL/ID Num.: [blank]
9 DL Class: 99
10 CDL End.: 99
11 DL Rest.: 99
DOB (MM/DD/YYYY): [blank]

Address (Street, City, State, ZIP): UNKNOWN UNKNOWN UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | | UNKNOWN UNKNOWN UNK | 99 | 99 | 99 | 99 | 99 | 99 | 4 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: CARROLL CHARLES 6301 SPOKANE DR FORT WORTH TX 76179

Proof of Fin. Resp.: [ ] Yes [X] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type: [blank]
Fin. Resp. Name: [blank]
Fin. Resp. Num.: [blank]

Fin. Resp. Phone Num.: [blank]
27 Vehicle Damage Rating 1: 12- FD-7
27 Vehicle Damage Rating 2: 6- RD-7
Vehicle Inventoried: [ ] Yes [X] No

Towed By: BIVINS WRECKER
Towed To: BIVINS WRECKER

---

Unit Num.: 130
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: MMK0537
VIN: JM3KE4CY0G0729285

Veh. Year: 2016
6 Veh. Color: BLK
Veh. Make: MAZDA
Veh. Model: CX-7
7 Body Style: SV
Pol., Fire, EMS on Emergency: [ ]

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 13342870
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 10/30/1956

Address (Street, City, State, ZIP): 6016 OAK HILL RD WATAUGA TX 76148

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FRANCIS JEFFREY LYNN | A | 64 | W | 1 | 1 | 5 | 97 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 3 | FRANCIS JENNIFER | A | 50 | W | 2 | 1 | 5 | 97 | 97 | N | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: FRANCIS JEFFREY LYNN 6016 OAK HILL RD WATAUGA TX 76148

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: FARMERS
Fin. Resp. Num.: 44823994

Fin. Resp. Phone Num.: [blank]
27 Vehicle Damage Rating 1: 12- FD-7
27 Vehicle Damage Rating 2: 6- RD-7
Vehicle Inventoried: [ ] Yes [X] No

Towed By: LONESTAR TOWING
Towed To: LONESTAR TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

Page 320 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 130 | 1 | JOHN PETER SMITH | MEDSTAR63 | / / | |
| 130 | 2 | JOHN PETER SMITH | MEDSTAR63 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | RGWR GVWR | HazMat Released Yes No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | RGWR GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes No | Unit Num. | RGWR GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit Yes No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.     MARTIN,K | | ID Num. 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn: 3 8

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page: 131 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL
★Hwy. Num.: -35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/ Toll Lane
Speed Limit:
Const. Zone: [ ] Yes [X] No
Workers Present: [ ] Yes [X] No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No
1 Rdwy. Sys.: LR-
Hwy. Num.:
2 Rdwy. Part:
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
[X] FT [ ] MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

**VEHICLE, DRIVER, & PERSONS**

Unit Num.: 131
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: BK2L525
VIN: 1 H G E S 1 6 5 X 3 L 0 1 0 5 3 3

Veh. Year: 2 0 0 3
6 Veh. Color: SIL
Veh. Make: HONDA
Veh. Model: CIVIC
7 Body Style: P4
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 99
DL/ID State: UN
DL/ID Num.:
9 DL Class: 99
10 CDL End.: 99
11 DL Rest.: 99
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP): UNKNOWN UNKNOWN UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 1 | UNKNOWN UNKNOWN UNK | 99 | | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: UNKNOWN UNKNOWN UNK
UNKNOWN UNKNOWN UN UNK

Proof of Fin. Resp.: [ ] Yes [X] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type:
Fin. Resp. Name:
Fin. Resp. Num.:

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD- 7
27 Vehicle Damage Rating 2: 6- RD- 7
Vehicle Inventoried [ ] Yes [X] No

Towed By: PURRFECT TOWING
Towed To: PURRFECT TOWING

Unit Num.: 132
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: MWB6163
VIN: 4 S 4 B T A N C 2 L 3 2 0 3 4 4 8

Veh. Year: 2 0 2 0
6 Veh. Color: GRY
Veh. Make: SUBARU
Veh. Model: OUTBACK
7 Body Style: P4
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 06580483
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 9 / 0 2 / 1 9 5 4

Address (Street, City, State, ZIP): 12741 LIZZIE PL FORT WORTH TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SPRATLIN SHEREE WARNER | A | 66 | W | 2 | 1 | 5 | 97 | N | | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: SPRATLIN SHEREE WARNER
12741 LIZZIE PL FORT WORTH TX 76244

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: FARMERS INS
Fin. Resp. Num.: 44729837

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD- 7
27 Vehicle Damage Rating 2: 7- BL- 7
Vehicle Inventoried [ ] Yes [X] No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 332 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 132 | 1 | MEDICAL CITY FORT WORTH | MEDSTAR56 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Ditabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|---|
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | | Total Num. Axles: |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.        MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
Electronically Filed
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**    Total Num. Prsn **6**
3/2/2021 5:38 PM
Hidalgo County District Clerks

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Reviewed By: Alessandra Galvan
Page **133** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM): **0 6 0 0**   Case ID **210011068**   Local Use

★County Name **TARRANT**   ★City Name **FORT WORTH**   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **− 0 9 7 . 3 2 2 7 7**

ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **TL**   ★Hwy. Num. **35**   2 Rdwy. Part **1**   Block **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [ ] Toll Road/Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.

INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   [X] FT [ ] MI   3 Dir. from Int. or Ref Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. **133**   5 Unit Desc. **1**   [ ] Parked Vehicle [ ] Hit and Run   LP State **TX**   LP Num. **CVY6348**   VIN **1 F T R X 1 8 L 6 X K B 3 9 4 2 6**

Veh. Year **1 9 9 9**   6 Veh. Color **BLK**   Veh. Make **FORD**   Veh. Model **F150**   7 Body Style **PK**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **99**   DL/ID State **UN**   DL/ID Num.   9 DL Class **99**   10 CDL End. **99**   11 DL Rest. **99**   DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP) **UNKNOWN**   **UNKNOWN**   **UN UNK**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | | UNKNOWN    UNKNOWN    UNK | 99 | | 99 | 99 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address **UNKNOWN    UNKNOWN    UN UNK**   **UNKNOWN**   **UNKNOWN    UN UNK**

Proof of Fin. Resp. [X] Yes [ ] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **FOREMOST COUNTY MUTUAL**   Fin. Resp. Num. **43G00979206802**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12−**   **FD−7**   27 Vehicle Damage Rating 2   Vehicle Inventoried [ ] Yes [X] No

Towed By **PURRFECT TOWING**   Towed To **PURRFECT TOWING**

---

Unit Num. **134**   5 Unit Desc. **1**   [ ] Parked Vehicle [ ] Hit and Run   LP State **TX**   LP Num. **FCH2874**   VIN **J M 3 E R 2 B 5 1 5 0 3 4 6 6 1**

Veh. Year **2 0 1 1**   6 Veh. Color **BLK**   Veh. Make **MAZDA**   Veh. Model **CX-7**   7 Body Style **SV**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **34180404**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **1 0 / 2 9 / 1 9 8 3**

Address (Street, City, State, ZIP) **1700 SUNFLOWER DR**   **CORINTH**   **TX 76210**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | THOMAS    BRIAN    MICHAEL | B | 37 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address **THOMAS    BRIAN    MICHAEL**   **1700 SUNFLOWER DR**   **CORINTH    TX 76210**

Proof of Fin. Resp. [X] Yes [ ] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **ALLSTATE**   Fin. Resp. Num. **836135388**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12−**   **FD−7**   27 Vehicle Damage Rating 2 **6−**   **RD−5**   Vehicle Inventoried [ ] Yes [X] No

Towed By **TEXAS TOWING**   Towed To **TEXAS TOWING**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 134 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 134 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.    MARTIN,K | ID Num. | 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [X] ACTIVE SCHOOL ZONE

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Total Num. Units: 1 4 8
Total Num. Prsn: 
Page: 135 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/Toll Lane
Speed Limit:
Const. Zone: [ ] Yes [ ] No
Workers Present: [ ] Yes [ ] No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: [ ] Yes [X] No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
[X] FT [ ] MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 135
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: MWY2440
VIN: 1 F T E W 1 E 5 4 K K 6 9 6 6 1

Veh. Year: 2 0 1 9
6 Veh. Color: GRY
Veh. Make: FORD
Veh. Model: F150
7 Body Style: PK
Pol., Fire, EMS on Emergency (Explain in Narrative if checked): [ ]

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 00985031
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 1 / 2 3 / 1 9 8 2

Address (Street, City, State, ZIP): 1804 YOSEMITE LN   KELLER   TX   76248

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | TROTTER   DAVID   DENSON | B | 39 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: TROTTER   DAVID   DENSON
1804 YOSEMITE LN   KELLER   TX   76248

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ALLSTATE
Fin. Resp. Num.: 886817956

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD- 7
27 Vehicle Damage Rating 2:
Vehicle Inventoried: [ ] Yes [X] No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING

Unit Num.: 136
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: KBM0726
VIN: W A 1 C 2 A F P 1 G A 1 3 0 1 8

Veh. Year: 2 0 1 6
6 Veh. Color: BLK
Veh. Make: AUDI
Veh. Model: Q5
7 Body Style: SV
Pol., Fire, EMS on Emergency (Explain in Narrative if checked): [ ]

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 09861486
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 5 / 0 7 / 1 9 7 1

Address (Street, City, State, ZIP): 4805 CARGILL CIR   KELLER   TX   76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HERRERA   NANCY   LEE | A | 49 | H | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: HERRERA   EDUARDO
4805 CARGILL CIR   FORT WORTH   TX   76244

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: PROGRESSIVE
Fin. Resp. Num.: 53458265

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD- 7
27 Vehicle Damage Rating 2: 6- RD- 7
Vehicle Inventoried: [ ] Yes [X] No

Towed By: PURRFECT TOWING
Towed To: PURRFECT TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 326 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 135 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 136 | 1 | HARRIS METHODIST DOWNTOWN | MEDSTAR30 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.          MARTIN,K | ID Num. | 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☒ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8   Total Num. Prsn:

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page: 137 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | ★Crash Time (24HRMM) | Case ID | Local Use |
|---|---|---|---|
| 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 | 210011068 | |

| ★County Name | TARRANT | ★City Name | FORT WORTH | ☐ Outside City Limit |
|---|---|---|---|---|

| In your opinion, did this crash result in at least $1,000 damage to any one person's property? | ☒ Yes ☐ No | Latitude (decimal degrees) | 3 2 . 7 9 5 1 3 | Longitude (decimal degrees) | − 0 9 7 . 3 2 2 7 7 |
|---|---|---|---|---|---|

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. TL | ★Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

| ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☒ Toll Road/ Toll Lane | Speed Limit | Const. Zone ☐ Yes ☒ No | Workers Present ☐ Yes ☒ No | Street Desc. |
|---|---|---|---|---|---|

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. |
|---|---|---|---|---|---|

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 137 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State FL | LP Num. R1CII | VIN 3 D 7 K U 2 8 C X 4 G 2 8 3 8 1 3 0 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 0 4 | 6 Veh. Color RED | Veh. Make DODGE | Veh. Model RAM 2500- | 7 Body Style PK | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐ |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 46254136 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 6 / 2 9 / 1 9 9 0 |
|---|---|---|---|---|---|---|

| Address (Street, City, State, ZIP) 4304 TRANQUILITY DR | | FORT WORTH | TX 76244 |
|---|---|---|---|

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | PATEL        MARK        LEON | B | 30 | W | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | PATEL        MARK        LEON 4304 TRANQUILITY DR | FORT WORTH TX 76244 |
|---|---|---|---|

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name UNKNOWN | Fin. Resp. Num. UNKNOWN |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 | 12- FD- 7 | 27 Vehicle Damage Rating 2 | 3- RP- 6 | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|---|---|

| Towed By GUY SIMMONS | Towed To GUY SIMMONS |
|---|---|

| Unit Num. 138 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. HYF3713 | VIN 1 F T F W 1 C V 9 A F 2 2 1 5 2 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 0 | 6 Veh. Color MAR | Veh. Make FORD | Veh. Model F150 | 7 Body Style PK | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐ |
|---|---|---|---|---|---|

| 8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|

| Address (Street, City, State, ZIP) UNKNOWN | | UNKNOWN | UN UNK |
|---|---|---|---|

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | | UNKNOWN   UNKNOWN   UNK | 99 | 99 | 99 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable − Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | LEE        THOMAS        JR 136 NAVAJO DR | KELLER TX 76248 |
|---|---|---|---|

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name GEICO | Fin. Resp. Num. 4451596441 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 | 12- FD- 7 | 27 Vehicle Damage Rating 2 | - | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|---|---|

| Towed By LONE STAR TOWING | Towed To LONE STAR |
|---|---|

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID 210011068   TxDOT Crash ID

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 137 | 1 | LOCAL HOSPITAL | SELF | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|

**CMV**

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY  CMV Disabling Damage? ☐Yes ☐No  28 Veh. Oper.  29 Carrier ID Type  Carrier ID Num.

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒Yes ☐No   Investigator Name (Printed) HARPER, G.   MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsn: [Reviewed By: Alessandra Galvan]

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149340, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 139 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL
★1 Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[X] Toll Road/ Toll Lane
Speed Limit:
Const. Zone: [ ] Yes [X] No
Workers Present: [ ] Yes [X] No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No
1 Hwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  [X] FT [ ] MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

**VEHICLE, DRIVER, & PERSONS**

Unit Num.: 139
5 Unit Desc.:
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: JXM2353
VIN: 2 G 1 W G 5 E 3 7 D 1 1 9 4 8 1

Veh. Year: 2 0 1 3
6 Veh. Color: GRY
Veh. Make: CHEVROLET
Veh. Model: IMPALA
7 Body Style: P4
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 23253328
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 5 / 1 3 / 1 9 8 1

Address (Street, City, State, ZIP): 5013 SHACKLEFORD    FORT WORTH    TX  76119

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ARMSTRONG    ALEXANDER    JACQUETTE | B | 32 | B | 1 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: ARMSTRONG    ALEXANDER    JACQUETTE
5013 SHACKLEFORD    FORT WORTH    TX  76119

Proof of Fin. Resp.: [ ] Yes [X] No  [ ] Expired  [ ] Exempt
26 Fin. Resp. Type:
Fin. Resp. Name:
Fin. Resp. Num.:

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 6− RD− 7
27 Vehicle Damage Rating 2: 12− FD− 5
Vehicle Inventoried: [ ] Yes [X] No

Towed By: PURRFECT TOWING
Towed To: PURRFECT TOWING

**VEHICLE, DRIVER, & PERSONS**

Unit Num.: 140
5 Unit Desc.:
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: LHD1926
VIN: 1 G Y S 4 N K J 8 F R 7 4 0 4 9 2

Veh. Year: 2 0 2 1
6 Veh. Color: SIL
Veh. Make: CADILLAC
Veh. Model: ESCALADE
7 Body Style: SV
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 34089531
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 9 / 0 2 / 1 9 7 0

Address (Street, City, State, ZIP): 821 BIG SKY WAY    ARGYLE    TX  76226

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DANIEL    LESLIE    S | B | 50 | W | 2 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: DANIEL    LESLIE    S
821 BIG SKY WAY    ARGYLE    TX  76226

Proof of Fin. Resp.: [X] Yes [ ] No  [ ] Expired  [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: FARMERS
Fin. Resp. Num.: 44226567

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12− FD− 4
27 Vehicle Damage Rating 2: −
Vehicle Inventoried: [ ] Yes [X] No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 549 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

### DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 139 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 140 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

### CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

### CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name / Carrier's Primary Addr. / 30 Veh. Type

31 Bus Type ☐ RGVW ☐ GVWR    HazMat Released ☐ Yes ☐ No    32 HazMat Class Num.    HazMat ID Num.    32 HazMat Class Num.    HazMat ID Num.    33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR    34 Trlr. Type    CMV Disabling Damage? ☐ Yes ☐ No    Unit Num. ☐ RGVW ☐ GVWR    34 Trlr. Type    CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events    35 Seq. 1    35 Seq. 2    35 Seq. 3    35 Seq. 4    Intermodal Shipping Container Permit ☐ Yes ☐ No    Actual Gross Weight    Total Num. Axles:

### FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

### NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

### INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.    MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page: 141 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 02/11/2021  ★Crash Time (24HRMM): 0600  Case ID: 210011068  Local Use:

★County Name: TARRANT  ★City Name: FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒Yes ☐No
Latitude (decimal degrees): 32.79513  Longitude (decimal degrees): −097.32277

**ROAD ON WHICH CRASH OCCURRED**
★1 Rdwy. Sys.: TL  ★Hwy. Num.: 35  2 Rdwy. Part: 1  Block Num.: 2600  3 Street Prefix:  Street Name:  4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  Toll Road/Toll Lane: ☐  Speed Limit:  Const. Zone: ☐Yes ☒No  Workers Present: ☐Yes ☒No  Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**
At Int.: ☐Yes ☒No  1 Rdwy. Sys.: LR  Hwy. Num.:  2 Rdwy. Part: 1  Block Num.: 2500  3 Street Prefix: NE  Street Name: 28TH  4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  ☒FT ☐MI  3 Dir. from Int. or Ref. Marker: S  Reference Marker:  Street Desc.: HWY  RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 141  5 Unit Desc.: 1  ☐Parked Vehicle  ☐Hit and Run  LP State: TX  LP Num.: DJZ7317  VIN: SALAE254X6A370977
Veh. Year: 2006  6 Veh. Color: BLU  Veh. Make: LAND ROVER  Veh. Model: LR3  7 Body Style: SV  Pol., Fire, EMS on Emergency (Explain in Narrative if checked): ☒

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: 06457878  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: A  DOB (MM/DD/YYYY): 11/12/1954

Address: 7733 MARBLE CANYON DR   FORT WORTH   TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | THOMASON LINDA G | B | 66 | W | 2 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒Owner ☐Lessee  Owner/Lessee Name & Address: THOMASON JOHN  7733 MARBLE CANYON DR   FORT WORTH TX 76137
Proof of Fin. Resp.: ☒Yes ☐No  ☐Expired ☐Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: FARMERS  Fin. Resp. Num.: 45566488
Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 12- FD-3  27 Vehicle Damage Rating 2: -  Vehicle Inventoried: ☐Yes ☒No
Towed By: BIVINS TOWING  Towed To: BIVINS TOWING

Unit Num.: 142  5 Unit Desc.: 1  ☐Parked Vehicle  ☐Hit and Run  LP State: TX  LP Num.: MDD5120  VIN: 5XYPGDA59JG335453
Veh. Year: 2014  6 Veh. Color: WHI  Veh. Make: FORD  Veh. Model: F150  7 Body Style: PK  Pol., Fire, EMS on Emergency: ☐

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: 04890219  9 DL Class: CM  10 CDL End.: 96  11 DL Rest.: 96  DOB (MM/DD/YYYY): 04/21/1988

Address: 4059 TULIP TREE DR   FORT WORTH   TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BIRD IAN P | B | 32 | W | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒Owner ☐Lessee  Owner/Lessee Name & Address: BIRD IAN P  4059 TULIP TREE DR   FORT WORTH TX 76137
Proof of Fin. Resp.: ☒Yes ☐No  ☐Expired ☐Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: USAA  Fin. Resp. Num.: 027225590 7101
Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 12- FD-6  27 Vehicle Damage Rating 2: -  Vehicle Inventoried: ☐Yes ☒No
Towed By: BIVINS TOWING  Towed To: BIVINS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY.
Form CR-3      (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 141 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 142 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | ☐ RGVW ☐ GVWR | | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.          MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 0 1 2 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|

Electronically Filed
8/2/2021 5:33 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page: **143** of **149**

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM): **0 6 0 0**   Case ID **210011068**   Local Use

★County Name **TARRANT**   ★City Name **FORT WORTH**   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **TL**   ★Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. **143**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **NVD5172**   VIN **1 C 6 S R F J T 4 L N 3 9 5 2 8 9**

Veh. Year **2 0 2 0**   6 Veh. Color **WHI**   Veh. Make **DODGE**   Veh. Model **RAM 1500**   7 Body Style **PK**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **3644117**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 4 / 2 4 / 1 9 9 5**

Address (Street, City, State, ZIP) **506 RANCHWOOD DR**   **JUSTIN**   **TX**   **76247**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | OSBORNE     WESLEY     ADAM | N | 34 | W | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **SABER POWER     SERVICES   9841 SABER POWER LN     ROSHARON   TX   77583**

Proof of Fin. Resp. ☒ Yes ☐ No ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **GREAT NORTHERN**   Fin. Resp. Num. **73617769**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **6- RD-2**   27 Vehicle Damage Rating 2   Vehicle Inventoried ☐ Yes ☒ No

Towed By **CARDINAL TOWING**   Towed To **CARDINAL TOWING**

Unit Num. **144**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **MKM2960**   VIN **1 N 4 B L 4 B V 5 L C 1 5 3 7 9 0**

Veh. Year **2 0 2 0**   6 Veh. Color **SIL**   Veh. Make **NISSAN**   Veh. Model **ALTIMA**   7 Body Style **P4**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **15669974**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **1 2 / 0 3 / 1 9 6 8**

Address (Street, City, State, ZIP) **409 CLAIREMONT AVE**   **FORT WORTH**   **TX**   **76103**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GOULD     LORENZO | B | 52 | B | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **EAN HOLDINGS LLC   14002 EAST 21ST ST #1500     TULSA   OK   74134**

Proof of Fin. Resp. ☒ Yes ☐ No ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **TEXAS FARM BUREAU**   Fin. Resp. Num. **23229982**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12- FD-7**   27 Vehicle Damage Rating 2 **3- R&T-7**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **MILNER TOWING**   Towed To **MILNER TOWING**

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 574 of 749

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 144 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? ☐Yes ☐No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name                Carrier's Primary Addr.                30 Veh. Type

| 31 Bus Type | ☐RGVW ☐GVWR | HazMat Released ☐Yes ☐No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No | Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐Yes ☐No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

| Invest. Comp. ☒Yes ☐No | Investigator Name (Printed) HARPER, G.   MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL [X] CMV [ ] SCHOOL BUS [ ] RAILROAD [ ] MAB [ ] SUPPLEMENT [ ] ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page: 145 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use:

★County Name: TARRANT   ★City Name: FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL   ★Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [ ] Toll Road/ Toll Lane   Speed Limit:   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: 145   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State: TX   LP Num.: FLY1363   VIN: 2 G K F L R E 3 9 F 6 2 2 0 1 2 2

Veh. Year: 2 0 1 5   6 Veh. Color: BLK   Veh. Make: GMC   Veh. Model: TERRAIN   7 Body Style: SV   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 33739641   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 2 / 1 3 / 1 9 9 5

Address (Street, City, State, ZIP): 1012 KEYSTONE CT    DENTON    TX    76207

| Person # | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ROBINSON   JESSE | B | 25 | W | 1 | 1 | 2 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: WISE   SHELBY   2606 DURANGO RIDGE DR   BEDFORD   TX   76021

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: USAA   Fin. Resp. Num.: 020332195 7101

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12-   FD-7   27 Vehicle Damage Rating 2:   Vehicle Inventoried [ ] Yes [X] No

Towed By: ALLIANCE TOWING KELLER   Towed To: ALLIANCE TOWING KELLER

---

Unit Num.: 146   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State: TX   LP Num.: CFP1992   VIN: 3 F A D P 4 B J 4 E M 1 1 0 6 8 3

Veh. Year: 2 0 1 4   6 Veh. Color: GRY   Veh. Make: FORD   Veh. Model: FIESTA   7 Body Style: P4   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 29219284   9 DL Class: A   10 CDL End.: 96   11 DL Rest.: P17   DOB (MM/DD/YYYY): 0 3 / 1 4 / 1 9 8 9

Address (Street, City, State, ZIP): 14637 SUNDOG WAY    HASLET    TX    76052

| Person # | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GARCIA RAMIREZ   JULIO | B | 31 | H | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: OJEDA   JANNET   4916 SAUCER DR   HALTOM CITY   TX   76117

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: STATE FARM   Fin. Resp. Num.: 216 1313-L07-43H 002

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12-   FD-3   27 Vehicle Damage Rating 2:   Vehicle Inventoried [ ] Yes [X] No

Towed By: LONESTAR TOWING   Towed To: LONESTAR TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 148 of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 145 | 1 | JOHN PETER SMITH | SELF | / / | |
| 146 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.    MARTIN,K | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

Electronically Filed

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsn | 3 8 | 3/2/2021 5:38 PM Hidalgo County District Clerks |

Reviewed By: Alessandra Galvan

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page: 147 of 149

★=These fields are required on all additional vehicles, occupants, injured, etc.

**IDENTIFICATION & LOCATION**

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use |

| ★County Name | TARRANT | ★City Name | FORT WORTH | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees) 3 2 . 7 9 5 1 3
Longitude (decimal degrees) — 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. | TL | ★1 Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☒ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | 2 Rdwy. Part | 1 | Block Num. 2500 | 3 Street Prefix | NE | Street Name 28TH | 4 Street Suffix ST |

| Distance from Int. or Ref. Marker | 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | Street Desc. HWY | RRX Num. |

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 147 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. MMX2133 | VIN 3 G N K B G R S 4 K S 6 6 6 9 3 0 |

| Veh. Year 2 0 1 9 | 6 Veh. Color WHI | Veh. Make CHEVROLET | Veh. Model BLAZER | Veh. Style SV | 7 Body Style SV | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 13849792 | 9 DL Class A | 10 CDL End. 96 | 11 DL Rest. K | DOB (MM/DD/YYYY) 0 3 / 1 9 / 1 9 7 1 |

| Address (Street, City, State, ZIP) | 829 AMBERWOOD CT | | HASLET | TX 76052 |

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | PENNINGTON   CHRISTOPHER | B | 49 | W | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address
JR'S CRANE AND   EXCAVATION
5420 HWY 69
GREENEVILLE TX 75402

| Proof of Fin. Resp. | ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name SELF | Fin. Resp. Num. SELF |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 | 12 | FD-7 | 27 Vehicle Damage Rating 2 | - | - | Vehicle Inventoried ☐ Yes ☒ No |

Towed By TEXAS TOWING
Towed To TEXAS TOWING

| Unit Num. 148 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. GGB0398 | VIN 1 F M 5 K 7 B 8 G G A 3 1 |

| Veh. Year 2 0 1 6 | 6 Veh. Color SIL | Veh. Make FORD | Veh. Model EXPLORER | Veh. Style SV | 7 Body Style SV | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 06180063 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 4 / 1 7 / 1 9 5 8 |

| Address (Street, City, State, ZIP) | 8021 ARLIE LN | | NORTH RICHLAND HILLS | TX 76182 |

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | EZELLE   BRENT   REID | N | 62 | W | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address
TARRANT   COUNTY
100 E WEATHERFORD ST #303
FORT WORTH TX 76196

| Proof of Fin. Resp. | ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name SELF | Fin. Resp. Num. SELF |

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 | 6 | RD-7 | 27 Vehicle Damage Rating 2 | 12 | FD-7 | Vehicle Inventoried ☐ Yes ☒ No |

Towed By TEXAS TOWING
Towed To TEXAS TOWING

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan
Page 548of 149

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 147 | 1 | JOHN PETER SMITH | MEDSTAR27 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

| Carrier's Corp. Name | Carrier's Primary Addr. | | 30 Veh. Type |

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.      MARTIN,K | ID Num. 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerk
Reviewed By: Alessandra Galvan

| Law Enforcement and TxDOT Use ONLY. DIAGRAM | Case ID 210011068 | TxDOT Crash ID | Page 149 1of 149 |



2800 NORTH FWY IH-35W EXPRESS

0    150    300

210011068
DET. K.G. MARTIN 3421
TRAFFIC INVESTIGATIONS

Electronically Filed
8/2/2021 5:38 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

## Verification

| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned Notary Public, on this day personally appeared Peter C. Blomquist, who being duly sworn upon his oath deposed and said:

> "My name is Peter C. Blomqusit. I am over the age of eighteen years, have never been convicted of any criminal offense and am fully competent to enter into this Affidavit. I am one of the attorneys of record for FedEx Ground Package System, Inc., defendant in the above referenced lawsuit. I have read and have knowledge of the facts and circumstances set out in this Defendant's Original Answer, Section V, Verified Pleas and state that same are true and correct as to my personal knowledge and belief."

_____
Peter C. Blomquist

SUBSCRIBED AND SWORN TO BEFORE me on this 2nd day of August, 2021, I certify which witness my hand and official seal of office.

BELINDA L. JOHNSON
Notary Public, State of Texas
Comm. Expires 09-26-2022
Notary ID 571526

_Belinda L. Johnson_
Notary Public in and for the
State of Texas

A-15

Electronically Filed
8/2/2021 8:37 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

No. C-1550-21-B

| | | |
|---|---|---|
| **CHRISTOPHER PENNINGTON** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **HIDALGO COUNTY, TEXAS** |
| | § | |
| **FEDEX GROUND PACKAGE SYSTEM,** | § | |
| **INC., GG'S PRODUCE TRANSPORT,** | § | |
| **LLC, I GARZA LLC , J.B. HUNT** | § | |
| **TRANSPORT, INC., RICH TRANSPORT,** | § | |
| **LLC, and GO TO LOGISTICS, INC.** | § | |
| | § | |
| **Defendants.** | § | **93RD JUDICIAL DISTRICT** |

## DEFENDANT J.B. HUNT TRANSPORT, INC.'S
## MOTION TO TRANSFER VENUE

Defendant J.B. Hunt Transport, Inc. ("J.B. Hunt") moves to transfer this case from Hidalgo

County to Tarrant County, Texas and in support thereof shows as follows:

### I.

### Background

1.    Plaintiff alleges he was injured on February 11, 2021, in a multiple vehicle accident

(the "Incident") on Interstate 35 West in Fort Worth, Tarrant County, Texas.

2.    According to the Fort Worth Police Department ("FWPD") crash report,[1] the

Incident involved 148 "traffic units,"[2] or 130 vehicles. Some of those vehicles were owned or

---

[1]    A true and correct copy of the FWPD crash report is attached as Exhibit A and incorporated herein by reference.

[2]    The FWPD crash report includes 148 "traffic units," with tractor-trailer combinations counted as separate vehicles. As noted by the National Transportation Safety Board's Preliminary Report Highway HWY21FH005 (the

DATE  8\5\2021
A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By_____ Deputy#34

Electronically Filed
8/2/2021 8:37 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

operated by commercial motor carriers; most of the vehicles were owned or operated by private individuals.

3.     Although 130 vehicles were involved in the Incident, Plaintiff sued only six commercial motor carriers (including J.B. Hunt).

4.     The FWPD crash report shows that almost all the drivers of the vehicles involved in the Incident reside in Tarrant County or adjacent counties. Indeed, the FWPD crash report shows that Plaintiff lives in Denton County, just 15 miles or so from the scene of the Incident. He does not live in Hidalgo County.

5.     Despite this overwhelming connection to Fort Worth and Tarrant County, Plaintiff filed this suit in Hidalgo County, almost 500 miles away from the scene of the Incident and the vast majority of persons who will be witnesses. The sole basis for venue in this case is Plaintiff's allegation that the registered agents for Defendant GG's Produce Transport, LLC ("GG") and I Garza LLC ("Garza") are in Hidalgo County, Texas. PLAINTIFF'S ORIGINAL PETITION, at ¶ I. As set forth below, venue is improper in Hidalgo County and the case should be transferred to Tarrant County, Texas where the incident occurred and where most of the persons who will be witnesses in this case work or reside.

## II.

### Argument and Authorities

6.     Venue in this case is governed by Section 15.002(a) of the TEXAS CIVIL PRACTICE & REMEDIES CODE. That statute provides:

---

"NTSB Preliminary Report"), there were 16 tractor-trailers (32 combination "units"), 114 passenger vehicles, and 2 pedestrians involved in the Incident. NTSB PRELIMINARY REPORT, at 1 n.1 (copy attached as Exhibit B).

DEFENDANT J.B. HUNT TRANSPORT, INC.'S MOTION TO TRANSFER VENUE                    PAGE 2

Electronically Filed
8/2/2021 8:37 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

Except as otherwise provided by this subchapter or Subchapter B or C, all lawsuits shall be brought:

(1) in the county in which all or a substantial part of the events or omissions giving rise to the claim occurred;

(2) in the county of defendant's residence at the time the cause of action accrued if defendant is a natural person;

(3) in the county of the defendant's principal office in this state, if the defendant is not a natural person; or

(4) if Subdivisions (1), (2), and (3) do not apply, in the county in which the plaintiff resided at the time of the accrual of the cause of action.

TEX. CIV. PRAC. & REM. CODE § 15.002(a).

7.    Plaintiff alleges, and the FWPD crash report confirms, that the Incident occurred in Tarrant County, Texas. *See* PLAINTIFF'S ORIGINAL PETITION, at 3; FWPD crash report (Exhibit A). Tarrant County is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred and venue is proper in Tarrant County under Section 15.002(a)(1).

8.    In the alternative, and without waiver of the foregoing, J.B. Hunt asserts that a convenience transfer to Tarrant County is appropriate. A trial court may transfer a case to another county of proper venue in the interest of justice and for the convenience of the parties and witnesses. TEX. CIV. PRAC. & REM. CODE § 15.002(b). To transfer venue based upon convenience, the Court must find that:

(1) maintaining the action in Hidalgo County would work an injustice to J.B. Hunt considering their respective personal and economic hardship;

(2) the balance of interests of all parties predominates in favor of the action being brought in Tarrant County; and

(3) transfer to Tarrant County would not work an injustice to any other party.

*See* TEX. CIV. PRAC. & REM. CODE § 15.002(b)(1)-(3).

---

DEFENDANT J.B. HUNT TRANSPORT, INC.'S MOTION TO TRANSFER VENUE          PAGE 3

Electronically Filed
8/2/2021 8:37 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

9.     All these requirements are satisfied in the case at bar. The Incident occurred in Tarrant County. There were 130 vehicles involved in this accident. *See* Exhibit A. According to the FWPD crash report, at least 80 of the drivers reside in Tarrant County, Texas. Id. In fact, according to the crash report, Plaintiff resides in Denton County, Texas, just across the Tarrant County line.

10.     Further, the Fort Worth Police Department was the agency that responded to and investigated the Incident. *Id.* The Fort Worth Police Department as well as the emergency medical personnel who responded to and investigated the Incident are located in or near Tarrant County, hundreds of miles from Hidalgo County.

11.     Litigating this case in Hidalgo County would impose personal and economic hardships on all litigants in this case, including J.B. Hunt, as its ability to defend itself would be imperiled because key witnesses will be beyond subpoena range. *See* TEX. R. CIV. P. 176.3 (a witness may be compelled to appear and produce documents in any county within 150 miles of where the witness resides or was served.) There were numerous witnesses to the Incident, including drivers of vehicles involved in the Incident, bystanders, and emergency response personnel (including law enforcement officers, firefighters, and emergency medical responders). In addition to these scene witnesses, other important witnesses also work and reside in Tarrant County, including Plaintiffs' medical providers. These persons are all beyond the power of the Court to compel them to appear at a trial in Hidalgo County.

12.     The balance of interests of all parties weighs in favor of this action being brought in Tarrant County. Transferring this case to Tarrant County—where the Incident occurred and important witnesses are located—would serve the interests of all parties because evidence and testimony would be more readily available since most of the drivers involved in the Incident reside

**DEFENDANT J.B. HUNT TRANSPORT, INC.'S MOTION TO TRANSFER VENUE**                    **PAGE 4**

Electronically Filed
8/2/2021 8:37 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

in Tarrant County and because non-party witnesses such as police officers and emergency medical personnel would be less inconvenienced. Plaintiff, who lives or works in Tarrant County or the surrounding area, has no interest in litigating his claims hundreds of miles from his home.

13.     Transferring the case to Tarrant County would not work an injustice on any other party. Neither Plaintiff nor any of his six lawyers reside or work in Hidalgo County and it would not be less expensive or more convenient for Plaintiff to litigate his claims in Hidalgo County. Few, if any, material witnesses work or reside in Hidalgo County and a transfer to Tarrant County would not result in increased costs to Plaintiff.

14.     Hidalgo County is not a county of mandatory venue and Tarrant County is a county of proper venue.

15.     Because venue is more convenient in Tarrant County, Texas, a county of proper venue, the Court should transfer this case to Tarrant County.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant J.B. Hunt Transport, Inc. requests the Court set this motion for hearing and, after the hearing, grant this motion and transfer this case to Tarrant County, Texas. Defendant further requests such other and further relief both at law and in equity to which Defendant may be justly entitled.

Respectfully submitted,

By:    /s/ Michael C. Wright
       Michael C. Wright
       Texas Bar No. 22049807
       mwright@rwtrial.com
       Steven L. Russell
       Texas Bar No. 17437040
       srussell@rwtrial.com
       **RUSSELL & WRIGHT, PLLC**

**DEFENDANT J.B. HUNT TRANSPORT, INC.'S MOTION TO TRANSFER VENUE**          **PAGE 5**

Electronically Filed
8/2/2021 8:37 AM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

15770 Dallas Parkway, Suite 1050
Dallas, Texas 75248
(972) 267-8400
(972) 267-8401 (*facsimile*)

**ATTORNEY FOR DEFENDANT J.B. HUNT
TRANSPORT, INC.**

## CERTIFICATE OF SERVICE

I certify that Defendant J.B. Hunt Transport, Inc.'s Motion to Transfer Venue was served on all counsel of record via electronic transmission on August 2, 2021.

*/s/ Michael C. Wright*
Michael C. Wright

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE  [ ] RAILROAD

Total Num. Units: 1 4 8  Total Num. Prsns.: 1 3 6  TxDOT Crash ID:

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Texas Department of Transportation

Page 1 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1  ★Crash Time (24HRMM): 0 6 0 0  Case ID: 210011068  Local Use:

★County Name: TARRANT  ★City Name: FORT WORTH  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No  Latitude (decimal degrees): 3 2 . 7 9 5 1 3  Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL  1 Hwy. Num.: 35  2 Rdwy. Part: 1  Block Num.: 2600  3 Street Prefix:  ★Street Name:  4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [X] Toll Road/Toll Lane  Speed Limit:  Const. Zone [ ] Yes [X] No  Workers Present [ ] Yes [X] No  Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No  1 Rdwy. Sys.: LR  Hwy. Num.:  2 Rdwy. Part: 1  Block Num.: 2500  3 Street Prefix: NE  Street Name: 28TH  4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  [X] FT [ ] MI  3 Dir. from Int. or Ref. Marker: S  Reference Marker:  Street Desc.: HWY  RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: 1  5 Unit Desc.: 1  [ ] Parked Vehicle  [ ] Hit and Run  LP State: TX  LP Num.: GXG2275  VIN: 5 Y F B U R H E 0 G P 4 4 6 0 8 4

Veh. Year: 2 0 1 6  6 Veh. Color: BLK  Veh. Make: TOYOTA  Veh. Model: COROLLA  7 Body Style: P4  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: ███823  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: 96  DOB (MM/DD/YYYY): 0 4 / 0 6 / 1 9 7 9

Address (Street, City, State, ZIP): 14005 DREAMRIVER TRL  HASLET  TX  76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SHOOK    JOBETH    WILBERS | N | 41 | W | 2 | 1 | 2 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address: SHOOK    JOBETH    WILBERS  14005 DREAMRIVER TRL  HASLET  TX  76052

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: PROGRESSIVE  Fin. Resp. Num.: 909766662

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 12" FD-2  27 Vehicle Damage Rating 2: - -  Vehicle Inventoried [ ] Yes [X] No

Towed By: DRIVEN  Towed To: BY OWNER

---

Unit Num.: 2  5 Unit Desc.: 1  [ ] Parked Vehicle  [ ] Hit and Run  LP State: TX  LP Num.: DHY6715  VIN: 1 F A D P 3 K 2 3 E L 2 7 6 0 6 6

Veh. Year: 2 0 1 4  6 Veh. Color: RED  Veh. Make: FORD  Veh. Model: FOCUS  7 Body Style: P4  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 99  DL/ID State: UN  DL/ID Num.:  9 DL Class: 99  10 CDL End.: 99  11 DL Rest.: 99  DOB (MM/DD/YYYY): / /

Address (Street, City, State, ZIP): UNKNOWN  UNKNOWN  UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN | 99 | | 99 | 99 | 1 | 99 | 99 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address: ADAMS    LISA    RENEE  405 COLETTE CT  BELTON  TX  76153

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: USAA  Fin. Resp. Num.: 0370637777101

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 12" FD-6  27 Vehicle Damage Rating 2: - -  Vehicle Inventoried [ ] Yes [X] No

Towed By:  Towed To:

**EXHIBIT A**

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 2 of 149

Case ID: 210011068

TxDOT Crash ID:

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |

| 31 Bus Type | ☐ RGWR ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGWR ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGWR ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

Sequence Of Events: 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

VEHICLES WERE TRAVELING SOUTHBOUND AT THE 2600 BLOCK OF THE IH35 EXPRESS LANES WHEN THEY ENCOUNTERED ICY ROAD CONDITIONS. VEHICLES BEGAN TO COLLIDE WITH EACH OTHER JAMMING UP THE ROADWAY. AS OTHER VEHICLES APPROACHED THEY WERE UNABLE TO STOP IN TIME TO AVOID THE OTHER VEHICLES ALREADY INVOLVED IN THE COLLISION. SIX PERSONS WERE PRONOUNCED DECEASED ON SCENE.

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM): 0 6 2 0
How Notified: DISPATCH
Time Arrived (24HR:MM): 0 6 4 0
Report Date (MM/DD/YYYY): 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No
Investigator Name (Printed): HARPER, G.   MARTIN, K
ID Num: 3380-3421

ORI Num: T X 2 2 0 1 2 0 0
*Agency: FORT WORTH POLICE DEPARTMENT
Service/Region/DA: C E N T R L

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8    Total Num. Prsns: 1 3 6    TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 3 of 149

★Crash Date (MM/DDYYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL   ★Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/ Toll Lane   Speed Limit:   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

---

Unit Num.: 3   5 Unit Desc.: 1   [ ] Parked Vehicle  [ ] Hit and Run   LP State: TX   LP Num.: CSZ8504   VIN: 1 N X B R 3 2 E 2 8 Z 0 1 5 3 6 5

Veh. Year: 2 0 0 8   6 Veh. Color: SIL   Veh. Make: TOYOTA   Veh. Model: COROLLA   7 Body Style: P4   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: [redacted]442   9 DL Class: C   10 CDL End.: 99   11 DL Rest.: A   DOB (MM/DD/YYYY): 1 1 / 0 4 / 1 9 8 7

Address (Street, City, State, ZIP): 8145 IRON DR #427   FORT WORTH   TX   76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LIND   MELISSA   CATHERINE | N | 33 | B | 2 | 1 | 2 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: LIND   MELISSA   CATHERINE   8145 IRON DR #427   FORT WORTH   TX   76137

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: PROGRESSIVE   Fin. Resp. Num.: 915131443

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12 - FD - 6   27 Vehicle Damage Rating 2: -   Vehicle Inventoried [ ] Yes [X] No

Towed By: ABC WRECKER   Towed To: ABC WRECKER YARD

---

Unit Num.: 4   5 Unit Desc.: 1   [ ] Parked Vehicle  [ ] Hit and Run   LP State: TX   LP Num.: CPC2932   VIN: 1 Z V H T 8 0 N 4 7 5 2 3 9 3 7 2

Veh. Year: 2 0 0 7   6 Veh. Color: GRY   Veh. Make: FORD   Veh. Model: MUSTANG   7 Body Style: P2   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 99   DL/ID State: UN   DL/ID Num.:   9 DL Class: 99   10 CDL End.: 99   11 DL Rest.: 99   DOB (MM/DD/YYYY): /

Address (Street, City, State, ZIP): UNK   UNK   UN   UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNK   UNK | 99 | | 99 | 99 | 99 | 99 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: LANEY   RONALD   LEE II   1500 BIRDS EYE RD   FORT WORTH   TX   76177

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: FARMERS   Fin. Resp. Num.: 45408715

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12 - FD - 6   27 Vehicle Damage Rating 2: -   Vehicle Inventoried [ ] Yes [X] No

Towed By: ABC WRECKER   Towed To: ABC WRECKER

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page  4  of 149

| Case ID | 210011068 | TxDOT Crash ID | |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|---|

31 Bus Type ☐ RGVW ☐ GVWR  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No  Unit Num. ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☐ No  Actual Gross Weight  Total Num. Axles:

**FACTORS & CONDITIONS**

Environmental and Roadway Conditions

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HR:MM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN, K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8   Total Num. Prsns.: 1 3 6   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Texas Department of Transportation

Page 5 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use

★County Name: TARRANT   ★City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL   ★Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker   Street Desc.: HWY   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 5   5 Unit Desc.: 1   ☐ Parked Vehicle  ☐ Hit and Run   LP State: TX   LP Num.: JRB4105   VIN: 1 N 6 A D 0 6 U 4 8 C 4 5 0 7 0 0

Veh. Year: 2 0 0 8   6 Veh. Color: SIL   Veh. Make: NISSAN   Veh. Model: FRONTIER   7 Body Style: SV   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: ███453   9 DL Class: C   10 CDL End.: 99   11 DL Rest.: A   DOB (MM/DD/YYYY): 0 4 / 0 2 / 1 9 7 5

Address (Street, City, State, ZIP): 4416 JESSICA ST   FORT WORTH   TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ALONZO   NORMA   VARELA | N | 45 | W | 2 | 1 | 2 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: ALONZO   JACINTO   921 AVE E   FORT WORTH TX 79041

Proof of Fin. Resp.: ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: FARMERS   Fin. Resp. Num.: 44483140

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1: 12-   FD-6   27 Vehicle Damage Rating 2: -   -   Vehicle Inventoried ☐ Yes ☒ No

Towed By: TEXAS TOWING   Towed To: TEXAS TOWING

Unit Num.: 6   5 Unit Desc.: 1   ☐ Parked Vehicle  ☐ Hit and Run   LP State: WA   LP Num.: 80104RP   VIN: 4 V 4 N C 9 E H 7 L N 2 4 0 0 5 8

Veh. Year: 2 0 2 0   6 Veh. Color: WHI   Veh. Make: VOLVO   Veh. Model: ACL   7 Body Style: TR   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: WA   DL/ID Num.: ██████620D   9 DL Class: 98   10 CDL End.: 98   11 DL Rest.: 98   DOB (MM/DD/YYYY): 0 9 / 0 4 / 1 9 9 0

Address (Street, City, State, ZIP): 4243 STONE CREST CT   BELLINGHAM   WA 98226

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SINGH   SUKHWINDER | N | 30 | A | 1 | 1 | 2 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: SONIC   LOGISTICS   LLC   6199 NICKLES ST   FERNDALE   WA 98248

Proof of Fin. Resp.: ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: PROGRESSIVE   Fin. Resp. Num.: 01147258-2

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1: 10-   FL-2   27 Vehicle Damage Rating 2: -   -   Vehicle Inventoried ☐ Yes ☒ No

Towed By: MILNER   Towed To: 6320 EDEN DR

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name

Carrier's Primary Addr.

30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

Environmental and Roadway Conditions

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Unit # | Contributing | May Have Contrib. | | | | | | | |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No

Investigator Name (Printed) HARPER, G.          MARTIN,K

ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0

*Agency FORT WORTH POLICE DEPARTMENT

Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY

[X] FATAL   [X] CMV   [ ] SCHOOL BUS   [ ] RAILROAD   [ ] MAB   [ ] SUPPLEMENT   [ ] ACTIVE SCHOOL ZONE

Total Num. Units: **1 4 8**   Total Num. Prsns.: **1 3 6**   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Page **7** of **149**

★ = These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).
Refer to Attached Code Sheet for Numbered Fields

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM): **0 6 0 0**   Case ID: **210011068**   Local Use

★County Name: **TARRANT**   ★City Name: **FORT WORTH**   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): **3 2 . 7 9 5 1 3**   Longitude (decimal degrees): **− 0 9 7 . 3 2 2 7 7**

**ROAD ON WHICH CRASH OCCURRED**
★1 Rdwy. Sys.: **TL**   ★Hwy. Num.: **35**   2 Rdwy. Part: **1**   Block Num.: **2600**   3 Street Prefix:   ★Street Name:   4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/Toll Lane   Speed Limit:   Const. Zone: [ ] Yes [X] No   Workers Present: [ ] Yes [X] No   Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**
At Int.: [ ] Yes [X] No   1 Rdwy. Sys.: **LR**   Hwy. Num.:   2 Rdwy. Part: **1**   Block Num.: **2500**   3 Street Prefix: **NE**   Street Name: **28TH**   4 Street Suffix: **ST**

Distance from Int. or Ref. Marker: **1000**   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: **S**   Reference Marker:   Street Desc.: **HWY**   RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: **7**   5 Unit Desc.: **6**   [ ] Parked Vehicle   [ ] Hit and Run   LP State: **WA**   LP Num.: **23034AE**   VIN: **1 G R A 0 6 2 J 3 F W 7 0 2 3 8 3**

Veh. Year: **2 0 1 5**   6 Veh. Color: **WHI**   Veh. Make: **GREAT DANE TRAILERS**   Veh. Model: **NOT APPLICABLE**   7 Body Style: **TL**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:   DL/ID State:   DL/ID Num.:   9 DL Class:   10 CDL End.:   11 DL Rest.:   DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: **SONIC LOGISTICS LLC**   **6199 NICKLES ST**   **FERNDALE**   **WA**   **98248**

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type: **1**   Fin. Resp. Name: **PROGRESSIVE**   Fin. Resp. Num.: **01147258-2**

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: **6**- **BD**-**1**   27 Vehicle Damage Rating 2: **-** **-**   Vehicle Inventoried: [ ] Yes [X] No

Towed By: **MILNER**   Towed To: **MILNER WRECKER YARD**

---

Unit Num.: **8**   5 Unit Desc.: **1**   [ ] Parked Vehicle   [ ] Hit and Run   LP State: **FL**   LP Num.: **JWAB48**   VIN: **5 N P D 8 4 L F 9 J H 3 2 2 8 2**

Veh. Year: **2 0 1 8**   6 Veh. Color: **GRY**   Veh. Make: **HYUNDAI**   Veh. Model: **ELANTRA COUPE**   7 Body Style: **P4**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: **99**   DL/ID State: **UN**   DL/ID Num.:   9 DL Class: **99**   10 CDL End.: **99**   11 DL Rest.: **99**   DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP): **UNK**   **UNK**   **UN** **UNK**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNK   UNK   UNKNOWN | 99 | | 99 | 99 | 99 | 99 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: **ARRIETA ESTEBAN ALONSO**   **1214 ANDALUSIA LOOP**   **DAVENPORT**   **FL**   **33836**

Proof of Fin. Resp.: [ ] Yes [X] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type:   Fin. Resp. Name:   Fin. Resp. Num.:

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: **12**- **FD**-**5**   27 Vehicle Damage Rating 2: **6**- **RD**-**5**   Vehicle Inventoried: [ ] Yes [X] No

Towed By: **GUY SIMON**   Towed To: **GUY SIMON WRECKER YARD**

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 8 of 149

| Case ID | 210011068 | TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. 6   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☒ Yes ☐ No   28 Veh. Oper. 2   29 Carrier ID Type 1   Carrier ID Num. 00257317

Carrier's Corp. Name SONIC LOGISTICS   Carrier's Primary Addr. 6199 NICKLES ST   FERNDALE WA 98248   30 Veh. Type 9

31 Bus Type 0   ☐ RGVW   ☒ GVWR 4 9 8 2 8   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 7   ☐ RGVW ☒ GVWR 4 5 0 0 0   34 Trlr. Type 2   CMV Disabling Damage? ☐ Yes ☒ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**  Total Num. Prsns. **1 3 6**  TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page **9** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM) **0 6 0 0**   Case ID **210011068**   Local Use

★County Name **TARRANT**   ★City Name **FORT WORTH**   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

ROAD ON WHICH CRASH OCCURRED
★1 Rdwy. Sys. **TL**   2 Rdwy. Num. **35**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.

INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER
At Int. [ ] Yes [X] No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Num. Part **1**   Block: Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**  [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. **9**   5 Unit Desc. **1**   [ ] Parked Vehicle   [ ] Hit and Run   LP State **TX**   LP Num. **HPN6310**   VIN **1 F A H P 3 F 2 1 C L 2 5 6 7 9 4**

Veh. Year **2 0 1 2**   6 Veh. Color **SIL**   Veh. Make **FORD**   Veh. Model **FOCUS**   7 Body Style **P4**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **████841**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 9 / 1 7 / 1 9 9 1**

Address (Street, City, State, ZIP) **329 WEST SOUTHERN AVE**   **SAGINAW**   **TX 76179**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GARRETT    MELISSA    ELIZABETH | B | 29 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   **GARRETT    MELISSA    ELIZABETH**   **329 WEST SOUTHERN AVE**   **SAGINAW   TX 76179**

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **GEICO**   Fin. Resp. Num. **4269178069**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   **12⁻   FD⁻7**   27 Vehicle Damage Rating 2   **9⁻   LBQ⁻6**   Vehicle Inventoried [ ] Yes [X] No

Towed By **A1 TOWING**   Towed To **A1 TOWING YARD**

Unit Num. **10**   5 Unit Desc. **1**   [ ] Parked Vehicle   [ ] Hit and Run   LP State **TX**   LP Num. **00010A3**   VIN **1 G N E K 1 3 T 2 Y J 1 6 3 6 1 4**

Veh. Year **2 0 0 0**   6 Veh. Color **GRY**   Veh. Make **CHEVROLET**   Veh. Model **TAHOE C1500**   7 Body Style **SV**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **99**   DL/ID State **UN**   DL/ID Num. **UN**   9 DL Class **99**   10 CDL End. **99**   11 DL Rest. **99**   DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP) **UNKNOWN**   **UNK**   **UN UNK**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN    UNK    UNK | 99 | | 99 | 99 | 99 | 1 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   **GARCIA    LUIS**   **6760 CALMONT AVE #204**   **FORT WORTH   TX 76116**

Proof of Fin. Resp. [ ] Yes [X] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type   Fin. Resp. Name   Fin. Resp. Num.

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   **12⁻   FD⁻3**   27 Vehicle Damage Rating 2   **6⁻   RD⁻3**   Vehicle Inventoried [ ] Yes [X] No

Towed By **A1 TOWING**   Towed To **A1 TOWING YARD**

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 10 of 149

| Case ID | 210011068 | TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 9 | 1 | TEXAS HEALTH ALLIANCE | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? | Yes No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | | Carrier's Primary Addr. | | | | | 30 Veh. Type | |
| 31 Bus Type | RGVW GVWR | | HazMat Released | Yes No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | RGVW GVWR | | 34 Trlr. Type | CMV Disabling Damage? | Yes No | Unit Num. | RGVW GVWR | | 34 Trlr. Type | CMV Disabling Damage? Yes No |
| Sequence Of Events | 35 Seq. 1 | | 35 Seq. 2 | | 35 Seq. 3 | | 35 Seq. 4 | Intermodal Shipping Container Permit | Yes No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| | | | Environmental and Roadway Conditions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | | | | | |
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 | |
|---|---|---|---|---|---|---|---|---|
| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.        MARTIN,K | | | | ID Num. 3380-3421 | |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | | | Service/ Region/DA | C E N T R L |

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page: 11 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use:

★County Name: TARRANT   ★City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL   ★Hwy. Num.: 35   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/Toll Lane   Speed Limit:   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Sys.:   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

## VEHICLE, DRIVER & PERSONS

### Unit Num. 11

5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: MMC4853   VIN: J T E B U 5 J R 8 K 5 7 0 1 8 4 6

Veh. Year: 2 0 1 9   6 Veh. Color: BLU   Veh. Make: TOYOTA   Veh. Model: 4RUNNER/SR5   7 Body Style: SV   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: ▆▆▆371   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 4 / 1 6 / 1 9 7 7

Address (Street, City, State, ZIP): 11112 HAWKS LANDING   HASLET   TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CASE   AMY   RENEE | B | 43 | W | 2 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: CASE   AMY   RENEE   11112 HAWKS LANDING   HASLET   TX 76052

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name: PROGRESSIVE   Fin. Resp. Num.: 43657558

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12−   FD−5   27 Vehicle Damage Rating 2: 6−   RD−5   Vehicle Inventoried ☐ Yes ☒ No

Towed By: A1 TOWING   Towed To: A1 TOWING YARD

### Unit Num. 12

5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: JRK8228   VIN: 3 V W V A 7 A T 5 D M 6 3 5 6 5 5

Veh. Year: 2 0 1 3   6 Veh. Color: SIL   Veh. Make: VOLKSWAGEN   Veh. Model: NEW BEETLE   7 Body Style: P2   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: ▆▆▆746   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: A   DOB (MM/DD/YYYY): 0 1 / 2 5 / 1 9 8 4

Address (Street, City, State, ZIP): 7619 CROUSE DR   FORT WORTH   TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HERRERA   ELVIRA | B | 37 | H | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: GALAVIZ   ISMAEL   7916 CROUSE DR   FORT WORTH   TX 76137

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name: LIBERTY COUNTY MUTUAL   Fin. Resp. Num.: Y8012314

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 3−   RP−7   27 Vehicle Damage Rating 2: 12−   FD−7   Vehicle Inventoried ☐ Yes ☒ No

Towed By: TEXAS TOWING   Towed To: TEXAS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

Page 12 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 11 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 12 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY   CMV Disabling Damage? ☐ Yes ☐ No   28 Veh. Oper.   29 Carrier ID Type   Carrier ID Num.

Carrier's Corp. Name   Carrier's Primary Addr.   30 Veh. Type

31 Bus Type   ☐ RGVW ☐ GVWR   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type

Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HR:MM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1   ID Num. 3380-3421

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN,K   Service/Region/DA C E N T R L

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT

Law Enforcement and TxDOT Use ONLY
☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 13 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1    ★Crash Time (24HRMM): 0 6 0 0    Case ID: 210011068    Local Use

★County Name: TARRANT    ★City Name: FORT WORTH    ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No    Latitude (decimal degrees): 3 2 . 7 9 5 1 3    Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys.: TL | ★Hwy. Num.: 35 | Block Num.: 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/Toll Lane   Speed Limit   Const. Zone ☒ No   Workers Present ☒ Yes ☐ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int.: ☐ Yes ☒ No | 1 Rdwy. Sys.: LR | Hwy. Num. | 2 Rdwy. Part: 1 | Block Num.: 2500 | 3 Street Prefix: NE | Street Name: 28TH | 4 Street Suffix: ST | RRX Num. |
|---|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker   Street Desc.: HWY   RRX Num.

## VEHICLE, DRIVER, & PERSONS

| Unit Num.: 13 | 5 Unit Desc.: 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State: TX | LP Num.: 97216B2 | VIN: K N D P C 3 A C 5 G 7 8 4 5 4 9 2 |
|---|---|---|---|---|---|---|

| Veh. Year: 2 0 1 6 | 6 Veh. Color: GRY | Veh. Make: KIA | Veh. Model: SPORTAGE | 7 Body Style: SV | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type: 4 | DL/ID State: TX | DL/ID Num.: ███ 307 | 9 DL Class: 5 | 10 CDL End.: 5 | 11 DL Rest.: 5 | DOB (MM/DD/YYYY): 0 8 / 0 3 / 1 9 7 5 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP): 2400 INDIAN HEAD DR    FORT WORTH    TX   76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | WATSON   AARON   LUK | N | 45 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: WATSON   AARON   LUK   2400 INDIAN HEAD DR   FORT WORTH  TX  76177

Proof of Fin. Resp.: ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type   Fin. Resp. Name   Fin. Resp. Num.

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1: 12 - FD - 7   27 Vehicle Damage Rating 2: 6 - RD - 7   Vehicle Inventoried ☐ Yes ☒ No

Towed By: TEXAS TOWING   Towed To: TEXAS TOWING

| Unit Num.: 14 | 5 Unit Desc.: 4 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | LP Num. | VIN |
|---|---|---|---|---|---|---|

| Veh. Year | 6 Veh. Color | Veh. Make | Veh. Model | 7 Body Style | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type: 1 | DL/ID State: TX | DL/ID Num.: ███ 307 | 9 DL Class: C | 10 CDL End.: 96 | 11 DL Rest.: 96 | DOB (MM/DD/YYYY): 0 8 / 0 3 / 1 9 7 5 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP): 2400 INDIAN HEAD DR    FORT WORTH    TX   76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 16 | WATSON   AARON   LUKE | K | 45 | W | 1 | 97 | 97 | 97 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☐ Owner ☐ Lessee   Owner/Lessee Name & Address

Proof of Fin. Resp.: ☐ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type   Fin. Resp. Name   Fin. Resp. Num.

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1: - -   27 Vehicle Damage Rating 2: - -   Vehicle Inventoried ☐ Yes ☐ No

Towed By   Towed To

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

Page 14 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 14 | 1 | FW FUNERALS AND CREMATIONS | TARRANT CTY MORGUE | 0 2 / 1 1 / 2 0 2 1 | 0 6 1 3 |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Unit Num. | Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|---|
| | | | |
| | | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: | |

## FACTORS & CONDITIONS

| | | | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|
| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. | | MARTIN,K | | | ID Num. 3380-3421 | |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | | | | Service/ Region/DA | C E N T R L |

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**  Total Num. Prsns. **1 3 6**  TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Page **15** of **149**

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**  ★Crash Time (24HRMM) **0 6 0 0**  Case ID **210011068**  Local Use

★County Name **TARRANT**  ★City Name **FORT WORTH**  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees) **3 2 . 7 9 5 1 3**  Longitude (decimal degrees) **− 0 9 7 . 3 2 2 7 7**

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. **TL**  ★Hwy. Num. **35**  2 Rdwy. Part **1**  Block Num. **2600**  3 Street Prefix  ★Street Name  4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [X] Toll Road/ Toll Lane  Speed Limit  Const. Zone [ ] Yes [X] No  Workers Present [X] Yes [ ] No  Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No  1 Rdwy. Sys. **LR**  Hwy. Num.  2 Rdwy. Part **1**  Block Num. **2500**  3 Street Prefix **NE**  Street Name **28TH**  4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**  [X] FT [ ] MI  3 Dir. from Int. or Ref. Marker **S**  Reference Marker  Street Desc. **HWY**  RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. **15**  5 Unit Desc. **1**  [ ] Parked Vehicle  [ ] Hit and Run  LP State **TX**  LP Num. **GP98DB**  VIN **1 G C G T D E 3 0 G 1 3 3 0 1 7 4**

Veh. Year **2 0 1 6**  6 Veh. Color **WHI**  Veh. Make **CHEVROLET**  Veh. Model **COLORADO**  7 Body Style **PK**  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**  DL/ID State **TX**  DL/ID Num. **███065**  9 DL Class **C**  10 CDL End. **96**  11 DL Rest. **A**  DOB (MM/DD/YYYY) **1 1 / 1 6 / 1 9 8 5**

Address (Street, City, State, ZIP) **6049 NANCI DR**    **WATAUGA**    **TX 76148**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MORRIS    TERRY    ALLEN JR | B | 35 | W | 1 | 1 |  | 5 | 97 | N | 96 |  | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address **MORRIS    TERRY    ALLEN JR    6049 NANCI DR    WATAUGA    TX 76148**

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **USAA**  Fin. Resp. Num. **027641979 7101**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 **9−**  LP **7**  27 Vehicle Damage Rating 2 **3−**  RP **7**  Vehicle Inventoried [ ] Yes [X] No

Towed By **ABC TOWING**  Towed To **ABC TOWING**

---

Unit Num. **16**  5 Unit Desc. **1**  [ ] Parked Vehicle  [ ] Hit and Run  LP State **TX**  LP Num. **NTW9207**  VIN **5 T F E M 5 F 1 3 J X 1 2 6 7 3 9**

Veh. Year **2 0 1 8**  6 Veh. Color **BLK**  Veh. Make **TOYOTA**  Veh. Model **TUNDRA**  7 Body Style **PK**  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**  DL/ID State **TX**  DL/ID Num. **███250**  9 DL Class **C**  10 CDL End. **96**  11 DL Rest. **96**  DOB (MM/DD/YYYY) **1 0 / 0 5 / 1 9 8 6**

Address (Street, City, State, ZIP) **8933 PROPER ST #5109**    **FORT WORTH**    **TX 76177**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SIMS    MONICA    IVONNE | B | 34 | H | 2 | 1 | 1 | 5 | 97 | N | 96 |  | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address **SIMS    MONICA    IVONNE    8933 PROPER ST #5109    FORT WORTH TX 76177**

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **ALLSTATE**  Fin. Resp. Num. **938966718**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 **12−**  FD **7**  27 Vehicle Damage Rating 2 **9−**  LP **5**  Vehicle Inventoried [ ] Yes [X] No

Towed By **BEARDS TOWING**  Towed To **BEARDS TOWING**

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID: 210011068

TxDOT Crash ID:

Page 16 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|-----------|------------|----------|----------|----------------------------|--------------------------|
| 15 | 1 | LOCAL HOSPITAL | SELF | /  / | |
| 16 | 1 | LOCAL HOSPITAL | SELF | /  / | |
| | | | | /  / | |
| | | | | /  / | |
| | | | | /  / | |
| | | | | /  / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|-----------|------------|--------|-------------------------|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|--------------------------------------|--------------|-----------------|
| | | |
| | | |

## CMV

Unit Num.:

☐ 10,001+ L&S.  ☐ TRANSPORTING HAZARDOUS MATERIAL  ☐ 9+ CAPACITY  CMV Disabling Damage? ☐ Yes ☐ No  28 Veh. Oper.  29 Carrier ID Type  Carrier ID Num.

Carrier's Corp. Name:  Carrier's Primary Addr.:  30 Veh. Type

31 Bus Type  ☐ RGVW ☐ GVWR  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type

Unit Num.  ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No  Unit Num.  ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☐ No  Actual Gross Weight  Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM): 0 6 2 0  How Notified: DISPATCH  Time Arrived (24HRMM): 0 6 4 0  Report Date (MM/DD/YYYY): 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No  Investigator Name (Printed): HARPER, G.    MARTIN,K  ID Num. 3380-3421

ORI Num. T X 2 1 0 1 2 0 0  *Agency FORT WORTH POLICE DEPARTMENT  Service/Region/DA  C E N T R L

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 17 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use

★County Name: TARRANT   ★City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**
★1 Rdwy. Sys. TL   ★Hwy. Num. 35   Block Num. 2600   3.Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☒ Yes ☐ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**
At Int. ☐ Yes ☒ No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num. 17   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. JBK4811   VIN 1 F T Y R 2 C G 7 G K B 5 0 4 1 1

Veh. Year 2 0 1 6   6 Veh. Color WHI   Veh. Make FORD   Veh. Model TRANSIT CONNECT   7 Body Style VN   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. ███ 569   9 DL Class C   10 CDL End. 96   11 DL Rest. A   DOB (MM/DD/YYYY) 0 5 / 1 0 / 1 9 8 3

Address (Street, City, State, ZIP) 139 CREASSER LN   RHOME   TX 76078

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FRANK  DEREK  MICHAEL | B | 37 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: ENTERPRISE FM TRUST   9315 OLIVE BLVD   ST LOUIS MO 63132

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name TRAVELERS   Fin. Resp. Num. 8102J330306

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   9⁻   LP⁻7   27 Vehicle Damage Rating 2   3⁻   RP⁻7   Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS TOWING   Towed To BEARDS TOWING

Unit Num. 18   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. HVB8086   VIN 3 M Z B M 1 K 7 0 G M 3 2 1 4 3 9

Veh. Year 2 0 1 6   6 Veh. Color GRY   Veh. Make MAZDA   Veh. Model MAZDA3   7 Body Style P4   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. ███ 796   9 DL Class C   10 CDL End. 96   11 DL Rest. A   DOB (MM/DD/YYYY) 0 6 / 2 2 / 1 9 9 3

Address (Street, City, State, ZIP) 2830 S HULEN ST #166   FORT WORTH   TX 76109

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GOYER  ALEXANDRIA  PAIGE | B | 27 | W | 2 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: GOYER  ALEXANDRIA  PAIGE   2830 S HULEN ST #166   FORT WORTH TX 76109

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name GERMANIA   Fin. Resp. Num. 43043235174

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   9⁻   LP⁻7   27 Vehicle Damage Rating 2   12⁻   FD⁻7   Vehicle Inventoried ☐ Yes ☒ No

Towed By ABC TOWING   Towed To ABC TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID: 210011068

TxDOT Crash ID:

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 18 | 1 | JOHN PETER SMITH HOSP | MEDSTAR 578 | / / | |
| 17 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes/No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
| 31 Bus Type | RGVW / GVWR | | HazMat Released Yes/No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | RGVW / GVWR | | 34 Trlr. Type | CMV Disabling Damage? Yes/No | Unit Num. | RGVW / GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes/No |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit Yes/No | Actual Gross Weight | | Total Num. Axles: |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 | ID Num. | 3380-3421 |
|---|---|---|---|---|---|---|---|---|---|

Invest. Comp.: ☒ Yes  ☐ No

Investigator Name (Printed): HARPER, G.     MARTIN,K

ORI Num.: T X 2 2 0 1 2 0 0

*Agency: FORT WORTH POLICE DEPARTMENT

Service/ Region/DA: C E N T R L

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**  Total Num. Prsns. **1 3 6**  TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
✱=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page **19** of **149**

## IDENTIFICATION & LOCATION

| ✱Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ✱Crash Time (24HRMM) | 0 6 0 0 | Case ID 210011068 | | Local Use |
|---|---|---|---|---|---|---|

| ✱County Name TARRANT | | ✱City Name FORT WORTH | | ☐ Outside City Limit |
|---|---|---|---|---|

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No

Latitude (decimal degrees) 3 2 . 7 9 5 1 3
Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ✱1-Rdwy. Sys. TL | ✱Hwy. Num. 35 | 1 Rdwy. Part 1 | Block Num. 2600 | 3.Street Prefix | 4 Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☒ Toll Road/ Toll Lane
Speed Limit
Const. Zone ☐ Yes ☐ No
Workers Present ☐ Yes ☐ No
Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. |
|---|---|---|---|---|---|

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 19 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State OR | LP Num. YASF134 | VIN 1 N P 5 L B 9 X 7 7 N 7 1 4 2 6 7 0 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 0 7 | 6 Veh. Color WHI | Veh. Make PETERBILT | Veh. Model 397 | 7 Body Style TT | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. ▓▓▓423 | 9 DL Class A | 10 CDL End. T | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 1 1 / 2 9 / 1 9 7 7 |
|---|---|---|---|---|---|---|

| Address (Street, City, State, ZIP) | 16111 MARCELIA DR | HOUSTON | TX 77049 |
|---|---|---|---|

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MONTES   ARTURO | B | 43 | H | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | SIERRA   MOUNTAIN   EXPRESS<br>14440 N BYBEE LAKE RD | PORTLAND   OR 97203 |
|---|---|---|---|

| Proof of Fin. Resp. ☒ Yes ☐ No | 26 Fin. ☐ Expired ☐ Exempt | Fin. Resp. Type 1 | Fin. Resp. Name NATIONAL INTERSTATE | Fin. Resp. Num. SME8197001 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 1- FD- 7 | 27 Vehicle Damage Rating 2 12- FR- 7 | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|

| Towed By MILNER | Towed To MILNER TOWING |
|---|---|

| Unit Num. 20 | 5 Unit Desc. 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State OR | LP Num. HV51486 | VIN 1 B 9 C S 4 5 2 0 7 P 2 7 5 4 9 6 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 0 7 | 6 Veh. Color BLU | Veh. Make BOYD TANK TRAILERS | Veh. Model NOT APPLICABLE | 7 Body Style TL | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) / / |
|---|---|---|---|---|---|---|

| Address (Street, City, State, ZIP) | | | |
|---|---|---|---|

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | SIERRA   MOUNTAIN   EXPRESS<br>14440 N BYBEE LAKE RD | PORTLAND   OR 97203 |
|---|---|---|---|

| Proof of Fin. Resp. ☒ Yes ☐ No | 26 Fin. ☐ Expired ☐ Exempt | Fin. Resp. Type 1 | Fin. Resp. Name NATIONAL INTERSTATE | Fin. Resp. Num. SME8197001 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 6- RD- 2 | 27 Vehicle Damage Rating 2 - - | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|

| Towed By MILNER | Towed To MILNER TOWING |
|---|---|

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 20 of 149

**Case ID** 210011068

**TxDOT Crash ID**

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 19 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. 19    ☒ 10,001+ LBS:    ☐ TRANSPORTING HAZARDOUS MATERIAL    ☐ 9+ CAPACITY    CMV Disabling Damage? ☒ Yes ☐ No    28 Veh. Oper. 1    29 Carrier ID Type 1    Carrier ID Num. 00365516

Carrier's Corp. Name SIERRA MOUNTAIN    Carrier's Primary Addr. 14440 N BYBEE LAKE RD    PORTLAND    OR 97203    30 Veh. Type 6

31 Bus Type 0    ☐ RGVW  ☒ GVWR 5 2 0 0 0    HazMat Released ☐ Yes ☐ No    32 HazMat Class Num.    HazMat ID Num.    32 HazMat Class Num.    HazMat ID Num.    33 Cargo Body Type 8

Unit Num. 20    ☐ RGVW  ☒ GVWR 4 8 0 0 0    34 Trlr. Type 1    CMV Disabling Damage? ☐ Yes ☒ No    Unit Num.    ☐ RGVW  ☐ GVWR    34 Trlr. Type    CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events    35 Seq. 1 98    35 Seq. 2    35 Seq. 3    35 Seq. 4    Intermodal Shipping Container Permit ☐ Yes ☐ No    Actual Gross Weight    Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0    How Notified DISPATCH    Time Arrived (24HRMM) 0 6 4 0    Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No    Investigator Name (Printed) HARPER, G.    MARTIN,K    ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0    *Agency FORT WORTH POLICE DEPARTMENT    Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Texas Department of Transportation

Page: 21 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL
★2 Hwy. Num.: 35
2 Rdwy. Part:
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☒ Toll Road/Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: 21
5 Unit Desc.: 1
☐ Parked Vehicle  ☐ Hit and Run
LP State: TX
LP Num.: NFK9887
VIN: 1 C 6 R 7 L M 1 F S 5 3 9 4 6

Veh. Year: 2 0 1 5
6 Veh. Color: WHI
Veh. Make: DODGE
Veh. Model: RAM 1500
7 Body Style: PK
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:
DL/ID State: TX
DL/ID Num.: ███558
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 7 / 1 3 / 1 9 8 9

Address (Street, City, State, ZIP): 3720 RIVER BIRCH RD      FORT WORTH      TX 76137

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CRAWFORD  BRIAN | B | 31 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |
| | | | | | | | | | | | | Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: CRAWFORD    BRIAN    3720 RIVER BIRCH RD    FORT WORTH TX 76137

Proof of Fin. Resp.: ☒ Yes ☐ No
26 Fin. Resp. Type: 1 ☐ Expired ☐ Exempt
Fin. Resp. Name: PROGRESSIVE
Fin. Resp. Num.: 937701019

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12− FD−7
27 Vehicle Damage Rating 2: 6− RD−5
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: ABC TOWING
Towed To: ABC TOWING

---

Unit Num.: 22
5 Unit Desc.: 1
☐ Parked Vehicle  ☐ Hit and Run
LP State: TX
LP Num.: MJW4810
VIN: 5 X Y P 6 4 H C 2 L G 0 2 9 4 9 8

Veh. Year: 2 0 2 0
6 Veh. Color: GRY
Veh. Make: KIA
Veh. Model: UNKNOWN
7 Body Style: SV
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: ███093
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: A
DOB (MM/DD/YYYY): 0 1 / 2 5 / 1 9 4 0

Address (Street, City, State, ZIP): 8537 WOODLAKE CIR      FORT WORTH      TX 76179

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CROSS  ROBERT  MICHAEL | A | 81 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 3 | CROSS  RICHARD | A | 54 | W | 1 | 1 | 5 | 97 | N | Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: CROSS    ROBERT    MICHAEL    8537 WOODLAKE CIR    FORT WORTH TX 76179

Proof of Fin. Resp.: ☒ Yes ☐ No
26 Fin. Resp. Type: 1 ☐ Expired ☐ Exempt
Fin. Resp. Name: ALLSTATE
Fin. Resp. Num.: 836230560

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12− FD−7
27 Vehicle Damage Rating 2: 9− LP−7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: ABC TOWING
Towed To: ABC TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | | Page 22 of 149 |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 22 | 1 | JOHN PETER SMITH HOSP | MEDSTAR | / / | |
| 22 | 2 | JOHN PETER SMITH HOSP | MEDSTAR | / / | |
| 21 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: | |

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Unit # | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|
| Invest. Comp. ☒ Yes ☐ No | | Investigator Name (Printed) | HARPER, G. | | MARTIN, K | ID Num. | 3380-3421 |
| ORI Num. | T X 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | | Service/Region/DA | C E N T R L |

Law Enforcement and TxDOT Use ONLY

☒ FATAL　☒ CMV　☐ SCHOOL BUS　☐ RAILROAD　☐ MAB　☐ SUPPLEMENT　☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Texas Department of Transportation

Page 23 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1　★Crash Time (24HRMM) 0 6 0 0　Case ID 210011068　Local Use

★County Name TARRANT　★City Name FORT WORTH　☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No　Latitude (decimal degrees) 3 2 . 7 9 5 1 3　Longitude (decimal degrees) — 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. TL　2 Rdwy. Num. 35　2 Rdwy. Part 1　Block Num. 2600　3 Street Prefix　★Street Name　4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot　☒ Toll Road/ Toll Lane　Speed Limit　Const. Zone ☐ Yes ☒ No　Workers Present ☐ Yes ☒ No　Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No　1 Rdwy. Sys. LR　Hwy. Num.　2 Rdwy. Part 1　Block Num. 2500　3 Street Prefix NE　Street Name 28TH　4 Street Suffix ST

Distance from Int. or Ref. Marker 1000　☒ FT ☐ MI　3 Dir. from Int. or Ref. Marker S　Reference Marker　Street Desc. HWY　RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 23　5 Unit Desc. 1　☐ Parked Vehicle　☐ Hit and Run　LP State TX　LP Num. 1L57140　VIN 1 F U B C Y C S 1 3 H M 0 1 6 6 4

Veh. Year 2 0 0 3　6 Veh. Color RED　Veh. Make FREIGHTLINER　Veh. Model UNKNOWN　7 Body Style TR　☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1　DL/ID State TX　DL/ID Num. ███967　9 DL Class A　10 CDL End. 96　11 DL Rest. 96　DOB (MM/DD/YYYY) 0 8 / 1 3 / 1 9 9 9

Address (Street, City, State, ZIP) 3974 N STORY RD #925　IRVING　TX 75038

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MCENLEY　JALEN | N | 21 | B | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee　Owner/Lessee Name & Address　COCA COLA　SOUTHWEST　BEVERAGES LL　3400 FOSSIL CREEK BLVD　FORT WORTH TX 76137

Proof of Fin. Resp. ☒ Yes ☐ No　☐ Expired ☐ Exempt　26 Fin. Resp. Type 1　Fin. Resp. Name BEECHER CARLSON INS　Fin. Resp. Num. 404-460-1401

Fin. Resp. Phone Num.　27 Vehicle Damage Rating 1 12- FD-2　27 Vehicle Damage Rating 2 - -　Vehicle Inventoried ☐ Yes ☒ No

Towed By DRIVEN　Towed To 3400 FOSSIL CREEK BL

Unit Num. 24　5 Unit Desc. 6　☐ Parked Vehicle　☐ Hit and Run　LP State TX　LP Num. 80918Z　VIN 2 M N 0 1 J A L 2 6 1 0 0 8 6 2 5

Veh. Year 2 0 0 6　6 Veh. Color RED　Veh. Make TRAILMOBILE　Veh. Model NOT APPLICABLE　7 Body Style TL　☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type　DL/ID State　DL/ID Num.　9 DL Class　10 CDL End.　11 DL Rest.　DOB (MM/DD/YYYY) / /

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee　Owner/Lessee Name & Address　COCA COLA　SOUTHWEST　BEVERAGES LL　3400 FOSSIL CREEK BL　FORT WORTH TX 76137

Proof of Fin. Resp. ☒ Yes ☐ No　☐ Expired ☐ Exempt　26 Fin. Resp. Type 1　Fin. Resp. Name BEECHER CARLSON INS　Fin. Resp. Num. 404-460-1401

Fin. Resp. Phone Num.　27 Vehicle Damage Rating 1 6- RD-1　27 Vehicle Damage Rating 2 - -　Vehicle Inventoried ☐ Yes ☒ No

Towed By DRIVEN　Towed To 3400 FOSSIL CREEK BLVD

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID 210011068   TxDOT Crash ID

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

Unit Num. 23   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☒ Yes ☐ No   28 Veh. Oper. 2   29 Carrier ID Type 1   Carrier ID Num. 02977752

Carrier's Corp. Name  COCA COLA   Carrier's Primary Addr. 6101 AVE A   LUBBOCK  TX  79404   30 Veh. Type 5

31 Bus Type 0   ☐ RGVW  ☒ GVWR  3 4 7 0 0   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 24   ☐ RGVW  ☒ GVWR  1 2 1 0 0   34 Trlr. Type 1   CMV Disabling Damage? ☒ Yes ☐ No   Unit Num.   ☐ RGVW  ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1   ID Num. 3380-3421

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN,K

ORI Num. T X 2 2 0 1 2 0 0   Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA  C E N T R L

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page 25 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. | 2 Rdwy. Num. | Block Num. | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|
| TL | 35 | 2600 | Part 1 | | |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☒ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Num.: Part 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: 25
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: BX6W775
VIN: 1 Z V H T 8 2 H 7 8 5 9 0 1 0

Veh. Year: 2 0 0 8
6 Veh. Color: BLK
Veh. Make: FORD
Veh. Model: MUSTANG
7 Body Style: P2
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|
| 1 | TX | ███695 | C | 96 | A | 0 3 / 0 2 / 1 9 8 8 |

Address (Street, City, State, ZIP): 14009 TANGLEBRUSH TRL   HASLET   TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | DUDDINGTON   DUSTIN   DALE | B | 32 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: DUDDINGTON   DUSTIN   DALE   14009 TANGLEBRUSH TRL   HASLET   TX 76052

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: TX FARM BUREAU
Fin. Resp. Num.: 23296973

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD-7
27 Vehicle Damage Rating 2: 6- RD-7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BEARDS TOWING
Towed To: BEARDS TOWING

Unit Num.: 26
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: AY74324
VIN: 1 F D S E 3 F L 4 B D B 0 5 6 5 9

Veh. Year: 2 0 1 1
6 Veh. Color: BLU
Veh. Make: FORD
Veh. Model: ECONOLINE
7 Body Style: VN
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|
| 1 | TX | ███462 | C | 96 | 96 | 1 1 / 0 4 / 1 9 9 8 |

Address (Street, City, State, ZIP): 713 TURNER BLVD   GRAND PRAIRIE   TX 75050

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | ROGERS   NADIA   JEAN | B | 22 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: MCDANIEL   AND   SON PLUMBING   2215 W HARRIS RD   ARLINGTON   TX 76001

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: STATE AUTO
Fin. Resp. Num.: BAP2470291

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD-7
27 Vehicle Damage Rating 2: 6- RD-7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING YARD

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 26 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 25 | 1 | LOCAL HOSPITAL | SELF | /  / | |
| 26 | 1 | LOCAL HOSPITAL | SELF | /  / | |
| | | | | /  / | |
| | | | | /  / | |
| | | | | /  / | |
| | | | | /  / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name

Carrier's Primary Addr.

30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.     MARTIN,K | ID Num. | 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**  Total Num. Prsns. **1 3 6**  TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
✶=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page **27** of **149**

**★Crash Date** (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1   **★Crash Time** (24HRMM) 0 6 0 0   Case ID 210011068   Local Use

**★County** Name TARRANT   **★City** Name FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**
★1 Rdwy. Sys. TL   ★Hwy. Num. 35   Block Num. 2600   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☒ Yes ☐ No   Workers Present ☒ Yes ☐ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**
At Int. ☐ Yes ☒ No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

Unit Num. 27   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. KMG4544   VIN 1 H G C P 2 F 8 7 B A 0 8 7 3 2 9

Veh. Year 2 0 1 1   6 Veh. Color GRY   6 Veh. Make HONDA   Veh. Model ACCORD   7 Body Style P4   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. ███ 157   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 1 0 / 3 0 / 1 9 9 5

Address (Street, City, State, ZIP) 3301 CALERA TRL #3111   FORT WORTH   TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BROOKE ASHLEY | B | 25 | W | 2 | 1 | | 3 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   ENGEL HUNTER   9531 HACKAMORE CT   JUSTIN   TX 76247

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name STATE FARM   Fin. Resp. Num. 466 0631-C04-43-001

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 3⁻ RP⁻ 7   27 Vehicle Damage Rating 2 6⁻ RD⁻ 7   Vehicle Inventoried ☐ Yes ☒ No

Towed By A1 TOWING   Towed To A1 TOWING

Unit Num. 28   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. HRT5651   VIN 1 9 X F C 1 F 3 6 G E 0 1 2 7 3 1

Veh. Year 2 0 1 6   6 Veh. Color BLK   6 Veh. Make HONDA   Veh. Model CIVIC   7 Body Style P4   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. ███ 792   9 DL Class C   10 CDL End. 96   11 DL Rest. A   DOB (MM/DD/YYYY) 1 1 / 2 5 / 1 9 5 5

Address (Street, City, State, ZIP) 221 SCHREIBER DR   HASLET   TX 76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HIATT JAMES JENNINGS | B | 65 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   HIATT NANCY JEAN   221 SCHREIBER DR   HASLET   TX 76052

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name STATE FARM   Fin. Resp. Num. 065 8468 K30 43S 004

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 6⁻ RD⁻ 7   27 Vehicle Damage Rating 2 3⁻ RP⁻ 7   Vehicle Inventoried ☐ Yes ☒ No

Towed By TEXAS TOWING   Towed To TEXAS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 28 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 27 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 28 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? ☐Yes ☐No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |

| 31 Bus Type | ☐RGVW ☐GVWR | HazMat Released ☐Yes ☐No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|
| Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No | Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐Yes ☐No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 | |
|---|---|---|---|---|---|---|---|---|
| Invest. Comp. ☒Yes ☐No | | Investigator Name (Printed) | HARPER, G.       MARTIN,K | | | ID Num. | 3380-3421 | |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | | Service/ Region/DA | C E N T R L | |

Law Enforcement and TxDOT Use ONLY
☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 29 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use

★County Name: TARRANT   ★City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**
★1 Rdwy. Sys.: TL   ★Hwy. Num.: 35   Block Part: 1   Rdwy Num. 2600   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☒ Yes ☐ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**
At Int. ☐ Yes ☒ No   1 Rdwy. Sys.: LR   Hwy. Num.   2 Rdwy. Part: 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num. 29   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. 1RY443   VIN 3 C 6 3 R R A L 4 J G 2 8 5 5 0

Veh. Year 2 0 1 8   6 Veh. Color WHI   Veh. Make DODGE   Veh. Model RAM 3500   7 Body Style PK   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 576   9 DL Class CM   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 2 / 2 5 / 1 9 7 6

Address (Street, City, State, ZIP): 390 CR 3330   BRIDGEPORT   TX 76426

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GOBER   KERRY   QUINN | B | 44 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: GOBER   KERRY   QUINN   390 CR 3330   BRIDGEPORT   TX 76426

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name TEXAS FARM BUREAU   Fin. Resp. Num. 23339403

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   12⁻   FD⁻7   27 Vehicle Damage Rating 2   6⁻   RD⁻7   Vehicle Inventoried ☐ Yes ☒ No

Towed By: BEARDS TOWING   Towed To: BEARDS TOWING

---

Unit Num. 30   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. DXL6453   VIN 1 C 4 R D H A G 4 D C 5 9 2 9 2 0

Veh. Year 2 0 1 3   6 Veh. Color RED   Veh. Make DODGE   Veh. Model DURANGO   7 Body Style SV   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 436   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 1 0 / 2 2 / 1 9 8 1

Address (Street, City, State, ZIP): 12928 PARADE GROUNDS LN   FORT WORTH   TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BENSON   REBECCA   ANN | B | 39 | B | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: BENSON   REBECCA   ANN   12928 PARADE GROUNDS LN   FORT WORTH   TX 76244

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name LIBERTY COUNTY MUTUAL   Fin. Resp. Num. Y8721709

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   12⁻   FD⁻7   27 Vehicle Damage Rating 2   9⁻   LP⁻7   Vehicle Inventoried ☐ Yes ☒ No

Towed By: MILNER TOWING   Towed To: MILNER TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

Case ID: 210011068

TxDOT Crash ID:

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 29 | 1 | HARRIS DOWNTOWN | SELF | / / | |
| 30 | 1 | HARRIS DOWNTOWN | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name:     Carrier's Primary Addr.:     30 Veh. Type:

31 Bus Type: ☐ RGVW ☐ GVWR     HazMat Released ☐ Yes ☐ No     32 HazMat Class Num.:     HazMat ID Num.:     32 HazMat Class Num.:     HazMat ID Num.:     33 Cargo Body Type:

Unit Num.: ☐ RGVW ☐ GVWR     34 Trlr. Type:     CMV Disabling Damage? ☐ Yes ☐ No     Unit Num.: ☐ RGVW ☐ GVWR     34 Trlr. Type:     CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events     35 Seq. 1     35 Seq. 2     35 Seq. 3     35 Seq. 4     Intermodal Shipping Container Permit ☐ Yes ☐ No     Actual Gross Weight     Total Num. Axles:

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control | |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 | |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM): 0 6 2 0     How Notified: DISPATCH     Time Arrived (24HR:MM): 0 6 4 0     Report Date (MM/DD/YYYY): 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No     Investigator Name (Printed): HARPER, G.     MARTIN,K     ID Num.: 3380-3421

ORI Num.: T X 2 2 0 1 2 0 0     Agency: FORT WORTH POLICE DEPARTMENT     Service/Region/DA: C E N T R L

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsns. **1 3 6**   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149340, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page **31** of **149**

★ Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**   ★ Crash Time (24HRMM) **0 6 0 0**   Case ID **210011068**   Local Use

★ County Name **TARRANT**   ★ City Name **FORT WORTH**   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

**ROAD ON WHICH CRASH OCCURRED**
★ 1 Rdwy. Sys. **TL**   ★ Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★ Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/ Toll Lane   Const. Zone ☒ No   Workers Present ☒ Yes ☐ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**
At Int. ☐ Yes ☒ No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

Unit Num. **31**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **NXN0515**   VIN **1 C 4 R J E B G 6 M C 5 1 1 4 6 8**

Veh. Year **2 0 2 1**   6 Veh. Color **BLK**   Veh. Make **JEEP**   Veh. Model **GRAND CHEROKEE**   7 Body Style **SV**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **TX**   DL/ID State **TX**   DL/ID Num. **968**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **A**   DOB (MM/DD/YYYY) **0 8 / 0 9 / 1 9 7 5**

Address (Street, City, State, ZIP) **12240 WALDEN WOOD DR**   **FORT WORTH**   **TX**   **76244**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LIVESAY  ANGIE  DENISE | B | 45 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   **LIVESAY  ANGIE  DENISE**   **12240 WALDEN WOOD DR**   **FORT WORTH  TX  76244**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **TRAVELERS INSURANCE**   Fin. Resp. Num. **6077228172221**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  **12**  **FD-7**   27 Vehicle Damage Rating 2  **3**  **RP-7**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **TEXAS TOWING**   Towed To **TEXAS TOWING**

Unit Num. **32**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **LPX6792**   VIN **J N 1 B J 0 H P X E M 2 1 0 8 6 0**

Veh. Year **2 0 1 4**   6 Veh. Color **WHI**   Veh. Make **INFINITI**   Veh. Model **QX50**   7 Body Style **SV**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **TX**   DL/ID State **TX**   DL/ID Num. **940**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 8 / 3 1 / 1 9 6 0**

Address (Street, City, State, ZIP) **7791 ARCADIA TRL**   **FORT WORTH**   **TX**   **76137**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | PAARUP  MICHAEL | N | 60 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   **PAARUP  MICHAEL**   **7791 ARCADIA TRL**   **FORT WORTH  TX  76137**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **PROGRESSIVE**   Fin. Resp. Num. **903565417**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1  **12**  **FD-7**   27 Vehicle Damage Rating 2  **6**  **LP-7**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **ABC TOWING**   Towed To **ABC TOWING**

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID: 210011068
TxDOT Crash ID:

Page 32 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 31 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name:                Carrier's Primary Addr.:                30 Veh. Type:

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM): 0 6 2 0
How Notified: DISPATCH
Time Arrived (24HR:MM): 0 6 4 0
Report Date (MM/DD/YYYY): 0 3 / 0 1 / 2 0 2 1

Invest. Comp.: ☒ Yes ☐ No
Investigator Name (Printed): HARPER, G.          MARTIN,K
ID Num.: 3380-3421

ORI Num.: T X 2 2 0 1 2 0 0
Agency: FORT WORTH POLICE DEPARTMENT
Service/Region/DA: C E N T R L

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsns. **1 3 6**   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.:  additional vehicles, occupants, injured, etc.).

Page **33** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM) **0 6 0 0**   Case ID **210011068**   Local Use

★County Name **TARRANT**   ★City Name **FORT WORTH**   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. **TL**   ★Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☒ Yes ☐ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. **33**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **MSC1553**   VIN **2 T 1 B U 4 E E 4 B C 6 1 1 1 1 0**

Veh. Year **2 0 1 1**   6 Veh. Color **SIL**   Veh. Make **TOYOTA**   Veh. Model **COROLLA**   7 Body Style **P4**   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type **99**   DL/ID State **UN**   DL/ID Num.   9 DL Class **99**   10 CDL End. **99**   11 DL Rest. **99**   DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP) **UNKOWN**   **UNKNOWN**   **UN**  **UNK**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN       UNK       UNK | 99 | | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   **LUCKEY       LATRICE       KNESHUN**   **1020 OSBORNE LN**   **FORT WORTH  TX  76112**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **HOME STATE COUNTY**   Fin. Resp. Num. **MST01714623-00**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12**□ **FD**□**7**   27 Vehicle Damage Rating 2 **6**□ **RD**□**7**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **TEXAS TOWING**   Towed To **TEXAS TOWING**

---

Unit Num. **34**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **CVZ6452**   VIN **3 V W D X 7 A J 7 B M 3 3 0 5 4 9**

Veh. Year **2 0 1 1**   6 Veh. Color **BLU**   Veh. Make **VOLKSWAGEN**   Veh. Model **JETTA**   7 Body Style **P4**   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **████ 636**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 8 / 1 2 / 1 9 9 9**

Address (Street, City, State, ZIP) **6716 RIDGEWOOD DR**   **NORTH RICHLAND HILLS  TX  76182**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | YOUNG       JACOB       ALEXANDER | B | 21 | W | M | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   **YOUNG       JACOB       ALEXANDER**   **6716 RIDGEWOOD DR**   **NORTH RICHLAND HILLS TX  76182**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **GEICO**   Fin. Resp. Num. **4220496642**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12**□ **FD**□**7**   27 Vehicle Damage Rating 2 **6**□ **RD**□**7**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **CORNISH TOWING**   Towed To **CORNISH TOWING**

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

Page 34 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 34 | 1 | LOCAL HOSPITAL | SELF | /   / | |
| | | | | /   / | |
| | | | | /   / | |
| | | | | /   / | |
| | | | | /   / | |
| | | | | /   / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num.   ☐ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☐ Yes ☐ No   28 Veh. Oper.   29 Carrier ID Type   Carrier ID Num.

Carrier's Corp. Name   Carrier's Primary Addr.   30 Veh. Type

31 Bus Type   ☐ RGVW ☐ GVWR   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type

Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.        MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**
☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsns. **1 3 6**   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page **35** of **149**

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM) **0 6 0 0**   Case ID **210011068**   Local Use

★County Name **TARRANT**   ★City Name **FORT WORTH**   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **− 0 9 7 . 3 2 2 7 7**

**ROAD ON WHICH CRASH OCCURRED**
★1 Rdwy. Sys. **TL**   1 Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

Crash Occurred on a Private Drive or Road/Private Property/Parking Lot ☐   Toll Road/ Toll Lane ☐   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Speed Limit   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**
At Int. ☐ Yes ☒ No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

**VEHICLE, DRIVER & PERSONS**

Unit Num. **35**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **HFK4315**   VIN **1 G C 1 K X C 8 9 E F 1 2 5 1 5 9**

Veh. Year **2 0 1 4**   6 Veh. Color **WHI**   Veh. Make **CHEVROLET**   Veh. Model **SILVERADO**   7 Body Style **PK**   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **███807**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 7 / 1 9 / 1 9 9 0**

Address (Street, City, State, ZIP) **1200 ALLIANCE BLVD**   **RHOME**   **TX**   **76078**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GUTHRIE   NEAL   WILLIAM | B | 30 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **GUTHRIE   NEAL   WILLIAM   1200 ALLIANCE BLVD   RHOME   TX   76078**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **AGRICULTURAL WORKERS MUTUAL**   Fin. Resp. Num. **A6TX000042**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12**   FD **7**   27 Vehicle Damage Rating 2 **6**   RD **7**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **CORNISH TOWING**   Towed To **CORNISH TOWING**

Unit Num. **36**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **NRW4472**   VIN **1 F M F U 1 6 5 5 8 L A 8 6 7 5 7**

Veh. Year **2 0 0 8**   6 Veh. Color **WHI**   Veh. Make **FORD**   Veh. Model **EXPEDITION**   7 Body Style **SV**   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **███036**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **1 0 / 1 1 / 1 9 8 4**

Address (Street, City, State, ZIP) **12525 HAVERHILL DR**   **FORT WORTH**   **TX**   **76244**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MURSALIN   WALID | N | 36 | A | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **MURSALIN   WALID   12525 HAVERHILL DR**   **FORT WORTH TX   76244**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **PROGRESSIVE**   Fin. Resp. Num. **936329750**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12**   FD **7**   27 Vehicle Damage Rating 2 **3**   RP **7**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **ABC TOWING**   Towed To **ABC TOWING**

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

Page 36 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 35 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? ☐Yes ☐No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |

31 Bus Type — ☐ RGVW ☐ GVWR — HazMat Released ☐Yes ☐No — 32 HazMat Class Num. — HazMat ID Num. — 32 HazMat Class Num. — HazMat ID Num. — 33 Cargo Body Type

Unit Num. — ☐ RGVW ☐ GVWR — 34 Trlr. Type — CMV Disabling Damage? ☐Yes ☐No — Unit Num. — ☐ RGVW ☐ GVWR — 34 Trlr. Type — CMV Disabling Damage? ☐Yes ☐No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐Yes ☐No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

Invest. Comp. ☒Yes ☐No | Investigator Name (Printed) HARPER, G.    MARTIN,K | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8   Total Num. Prsns.: 1 3 6   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Texas Department of Transportation

Page 37 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
Block Num.: 2600
2 Rdwy. Part: 1
3 Street Prefix:
★Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☒ Toll Road/Toll Lane
Speed Limit:
Const. Zone: ☒ No
Workers Present: ☒ Yes ☐ No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: 37
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: KCM1666
VIN: K N D M B 5 C 1 2 H 6 2 2 4 8 7 6

Veh. Year: 2 0 1 7
6 Veh. Color: SIL
Veh. Make: KIA
Veh. Model: SEDONA
7 Body Style: VN
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: ███ 853
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 8 / 2 0 / 1 9 7 4

Address (Street, City, State, ZIP): 10500 ARANSAS DR    FORT WORTH    TX  76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | THURMAN   OPAL   CHRISTINE | A | 46 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: THURMAN   OPAL   CHRISTINE   10500 ARANSAS DR   FORT WORTH   TX   76131

Proof of Fin. Resp.: ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: STATE FARM
Fin. Resp. Num.: 108 3060 L19 43M 001

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12   FD 7
27 Vehicle Damage Rating 2: 6   RD 7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: MILNER TOWING
Towed To: MILNER TOWING

Unit Num.: 38
5 Unit Desc.: 4
☐ Parked Vehicle
☐ Hit and Run
LP State:
LP Num.:
VIN:

Veh. Year:
6 Veh. Color:
Veh. Make:
Veh. Model:
7 Body Style:
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 99
DL/ID State: UN
DL/ID Num.:
9 DL Class: 99
10 CDL End.: 99
11 DL Rest.: 99
DOB (MM/DD/YYYY): 1 0 / 2 2 / 1 9 7 4

Address (Street, City, State, ZIP): UNKNOWN    UNKN    UN  UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 16 | QUERALES   TAMARA   SATIMA | K | 46 | H | 2 | 97 | 97 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☐ Owner ☐ Lessee
Owner/Lessee Name & Address:

Proof of Fin. Resp.: ☐ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type:
Fin. Resp. Name:
Fin. Resp. Num.:

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: -
27 Vehicle Damage Rating 2: -
Vehicle Inventoried: ☐ Yes ☐ No

Towed By:
Towed To:

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

Page 38 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 37 | 1 | MEDICAL CITY ALLIANCE | MEDSTAR | / / | |
| 38 | 1 | TC MORGUE | FORT WORTH FUNERALS AND CREMATIONS | 0 2 / 1 1 / 2 0 2 1 | 0 6 0 0 |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? | Yes / No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name

Carrier's Primary Addr.

30 Veh. Type

| 31 Bus Type | RGWW / GVWR | HazMat Released | Yes / No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | RGVW / GVWR | 34 Trlr. Type | CMV Disabling Damage? | Yes / No | Unit Num. | RGVW / GVWR | 34 Trlr. Type | CMV Disabling Damage? | Yes / No |
|---|---|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit | Yes / No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 | ID Num. 3380-3421 |
|---|---|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No

Investigator Name (Printed) HARPER, G.       MARTIN,K

ORI Num. T X 2 2 0 1 2 0 0

*Agency FORT WORTH POLICE DEPARTMENT

Service/Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page 39 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use

★County Name: TARRANT   ★City Name: FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL   2 Rdwy. Num.: 35   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/Toll Lane   Speed Limit:   Const. Zone: [ ] Yes [X] No   Workers Present: [ ] Yes [X] No   Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

**VEHICLE, DRIVER, & PERSONS**

Unit Num.: 39   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State: IN   LP Num.: 2839769   VIN: 3 A K J H L D V 9 M S M G 0 5 6 5

Veh. Year: 2 0 2 1   6 Veh. Color: WHI   Veh. Make: FREIGHTLINER   Veh. Model: UNKNOWN   7 Body Style: TR   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: ████911   9 DL Class: A   10 CDL End.: H   11 DL Rest.: P27   DOB (MM/DD/YYYY): 0 8 / 2 3 / 1 9 7 9

Address (Street, City, State, ZIP): 1704 GRIFFIN LN   MANSFIELD   TX   76063

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | VAL  ERNST | N | 41 | W | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: JB HUNT  TRANSPORT  INC   615 JB HUNT CORP DR   LOWELL  AR  72745

Proof of Fin. Resp.: [X] Yes [ ] No   26 Fin. [ ] Expired [ ] Exempt   Fin. Resp. Type 1:   Fin. Resp. Name: ACE AMERICAN INS.   Fin. Resp. Num.: H25307951

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 11- LFQ-7   27 Vehicle Damage Rating 2: 1- RFQ-7   Vehicle Inventoried: [ ] Yes [X] No

Towed By: BEARDS TOWING   Towed To: 1150 INTERMODAL PKWY

---

Unit Num.: 40   5 Unit Desc.: 6   [ ] Parked Vehicle   [ ] Hit and Run   LP State: OK   LP Num.: 1631JJ   VIN: L J R C 5 4 2 6 0 C 1 0 0 2 4 7

Veh. Year: 2 0 1 2   6 Veh. Color: ONG   Veh. Make: CIMC TRAILERS   Veh. Model: NOT APPLICABLE   7 Body Style: TL   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:   DL/ID State:   DL/ID Num.:   9 DL Class:   10 CDL End.:   11 DL Rest.:   DOB (MM/DD/YYYY): / /

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: JB HUNT  TRANSPORT  INC   615 JB HUNT CORP DR   LOWELL  AR  72745

Proof of Fin. Resp.: [X] Yes [ ] No   26 Fin. [ ] Expired [ ] Exempt   Fin. Resp. Type 1:   Fin. Resp. Name: ACE AMERICAN INS   Fin. Resp. Num.: H25307951

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: - BD-2   27 Vehicle Damage Rating 2: - BR-2   Vehicle Inventoried: [ ] Yes [X] No

Towed By: BEARDS TOWING   Towed To: 1150 INTERMODAL PKWY

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. 39 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 00800806 |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name **JB HUNT**   Carrier's Primary Addr. **1150 INTERMODAL PKWY    HASLET    TX  76052**   30 Veh. Type 5

| 31 Bus Type 0 | ☐ RGVW ☒ GVWR 5,2,0,0,0 | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 3 |
|---|---|---|---|---|---|---|---|

| Unit Num. 40 | ☐ RGVW ☒ GVWR 6,8,0,0,0 | 34 Trlr. Type 1 | CMV Disabling Damage? ☒ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24Hr:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.    MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA C E N T R L |
|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL [X] CMV [ ] SCHOOL BUS [ ] RAILROAD [ ] MAB [ ] SUPPLEMENT [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsns.: 1 3 6
TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 41 of 149

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | *Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use |
|---|---|---|---|---|---|---|

*County Name: TARRANT
*City Name: FORT WORTH  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. TL | 2 Rdwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | *Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[X] Toll Road/ Toll Lane
Speed Limit
Const. Zone [ ] Yes [X] No
Workers Present [ ] Yes [X] No
Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. [ ] Yes [X] No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

Distance from Int. or Ref. Marker 1000 [X] FT [ ] MI
3 Dir. from Int. or Ref. Marker S
Reference Marker
Street Desc. HWY
RRX Num.

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 41 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. R400997 | VIN 1 X P H D 4 9 X 7 E D 2 2 7 4 0 8 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 4 | 6 Veh. Color BLU | Veh. Make PETERBILT | Veh. Model UNKNOWN | 7 Body Style TR | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. ▮▮▮658 | 9 DL Class A | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 2 / 1 3 / 1 9 9 1 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP): 3304 SAN ESTEBAN ST    MISSION    TX 78572

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DURAN  JOSE  BRENT | B | 29 | H | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: G.G'S PRODUCE  2305 E TRENTON RD    EDINBURG  TX 78542

Proof of Fin. Resp. [X] Yes [ ] No
26 Fin. Resp. Type 1 [ ] Expired [ ] Exempt
Fin. Resp. Name UNITED WISCONSIN INS. CO.
Fin. Resp. Num. UWPGA249602

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1 -12- FD-7
27 Vehicle Damage Rating 2 11- LD-7
Vehicle Inventoried [ ] Yes [X] No

Towed By: ABC TOWING    Towed To: 6831 OLD RANDOL MILL RD

---

| Unit Num. 42 | 5 Unit Desc. 6 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. 055C370 | VIN 1 U Y V S 2 5 3 2 7 U 1 3 0 3 5 0 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 2 0 | 6 Veh. Color WHI | Veh. Make UTILITY TRAILER MFG | Veh. Model NOT APPLICABLE | 7 Body Style TL | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) / / |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: I.GARZA LLC  2305 E TRENTON RD    EDINBURG  TX 78542

Proof of Fin. Resp. [X] Yes [ ] No
26 Fin. Resp. Type 1 [ ] Expired [ ] Exempt
Fin. Resp. Name UNITED WISCONSIN INS CO
Fin. Resp. Num. UWPGA249602

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1 - BL-5
27 Vehicle Damage Rating 2 - LFQ-3
Vehicle Inventoried [ ] Yes [X] No

Towed By: ABC TOWING    Towed To: 6831 OLD RANDOL MILL RD

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 41 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |
| | | |

## CMV

| Unit Num. 41 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒Yes ☐No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 02813179 | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name  G.G'S PRODUCE
Carrier's Primary Addr.  2305 E TRENTON RD    EDINBURG    TX  78542

30 Veh. Type 6

| 31 Bus Type 0 | ☐ RGVW ☒ GVWR 5 1 2 0 0 | HazMat Released ☐Yes ☐No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 3 |
|---|---|---|---|---|---|---|---|

| Unit Num. 42 | ☐ RGVW ☒ GVWR 6 5 0 0 0 | 34 Trlr. Type 1 | CMV Disabling Damage? ☒Yes ☐No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐Yes ☐No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 | ID Num. 3380-3421 |
|---|---|---|---|---|

| Invest. Comp. ☒Yes ☐No | Investigator Name (Printed) HARPER, G.    MARTIN, K | | | Service/Region/DA  C E N T R L |

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency  FORT WORTH POLICE DEPARTMENT | |

Law Enforcement and TxDOT Use ONLY

[X] FATAL   [X] CMV   [ ] SCHOOL BUS   [ ] RAILROAD   [ ] MAB   [ ] SUPPLEMENT   [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
✱=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page 43 of 149

**IDENTIFICATION & LOCATION**

| ✱Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ✱Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use | |

| ✱County Name | TARRANT | | ✱City Name | FORT WORTH | | [ ] Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No

Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ✱1 Rdwy. Sys. | TL | ✱Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | ✱Street Name | | 4 Street Suffix | |

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/ Toll Lane

| Speed Limit | | Const. Zone [ ] Yes [X] No | Workers Present [X] Yes [ ] No | Street Desc. | |

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | [ ] Yes [X] No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | RRX Num. | |

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. | 43 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | TX | LP Num. | HDK4494 | VIN | 5 F N Y F 3 H 7 9 D B 0 1 1 9 7 9 3 |

| Veh. Year | 2 0 1 3 | 6 Veh. Color | WHI | Veh. Make | HONDA | Veh. Model | PILOT | 7 Body Style | SV | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | ███737 | 9 DL Class | C | 10 CDL End. | 96 | 11 DL Rest. | 96 | DOB (MM/DD/YYYY) | 0 8 / 2 3 / 1 9 8 5 |

| Address (Street, City, State, ZIP) | 1205 MESA CREST DR | | HASLET | | TX | 76052 |

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FALKENBERG   ALICIA   MARRIE | N | 35 | W | 2 | 1 | 5 | 97 | N | | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | FALKENBERG   ALICIA   MARRIE 1205 MESA CREST DR | | HASLET | TX | 76052 |

| Proof of Fin. Resp. | [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | USAA | Fin. Resp. Num. | 0074683787101 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 12- | FD-7 | 27 Vehicle Damage Rating 2 | 6- | RD-7 | Vehicle Inventoried [ ] Yes [X] No |

| Towed By | PURFECT TOWING | Towed To | PURFECT TOWING |

| Unit Num. | 44 | 5 Unit Desc. | 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State | UN | LP Num. | | VIN | |

| Veh. Year | 2 0 2 1 | 6 Veh. Color | 99 | Veh. Make | UNKNOWN | Veh. Model | UNKNOWN | 7 Body Style | 99 | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 99 | DL/ID State | UN | DL/ID Num. | | 9 DL Class | 99 | 10 CDL End. | 99 | 11 DL Rest. | 99 | DOB (MM/DD/YYYY) | / / |

| Address (Street, City, State, ZIP) | UNKNOWN | | UNK | | UN | UNK |

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 1 | UNKNOWN   UNK   UNK | 99 | | 99 | 99 | 99 | 99 | 99 | 97 | N | | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | UNKNOWN   UNK   UNK UNKNOWN | | UNK | UN | UNK |

| Proof of Fin. Resp. | [ ] Yes [X] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | Fin. Resp. Name | | Fin. Resp. Num. | |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | - | | 27 Vehicle Damage Rating 2 | - | | Vehicle Inventoried [ ] Yes [X] No |

| Towed By | | Towed To | |

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID: 210011068

TxDOT Crash ID:

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name:
Carrier's Primary Addr.:     30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat-Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

Environmental and Roadway Conditions

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM): 0 6 2 0
How Notified: DISPATCH
Time Arrived (24HRMM): 0 6 4 0
Report Date (MM/DD/YYYY): 03 / 01 / 2021

Invest. Comp.: ☒ Yes ☐ No
Investigator Name (Printed): HARPER, G.        MARTIN, K
ID Num. 3380-3421

ORI Num.: T X 2 2 0 1 2 0 0
*Agency: FORT WORTH POLICE DEPARTMENT
Service/Region/DA: C E N T R L

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsns. **1 3 6**   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

Page **45** of **149**

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM) **0 6 0 0**   Case ID **210011068**   Local Use

★County Name **TARRANT**   ★City Name **FORT WORTH**   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. **TL**   ★Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/ Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. **45**   5 Unit Desc. **1**   [ ] Parked Vehicle   [ ] Hit and Run   LP State **TX**   LP Num. **LRS7914**   VIN **K M 8 J 3 3 A 2 9 J U 8 2 9 8 0 1**

Veh. Year **2 0 1 8**   6 Veh. Color **GRY**   Veh. Make **HYUNDAI**   Veh. Model **TUCSON**   7 Body Style **SV**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **▉915**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 6 / 0 5 / 1 9 9 1**

Address (Street, City, State, ZIP): **1215 CARAWAY LN**   **HASLET**   **TX 76052**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SHAABANI    SARAH    DANIELLE | N | 29 | W | 1 | 1 | 5 | 97 | | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   **SHAABANI    SARAH    DANIELLE**   **1215 CARAWAY LN**   **HASLET    TX    76052**

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **COLONIAL COUNTY MUTUAL**   Fin. Resp. Num. **7842J158682**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **- -**   27 Vehicle Damage Rating 2 **- -**   Vehicle Inventoried [ ] Yes [X] No

Towed By **PURFECT TOWING**   Towed To **PURFECT TOWING**

Unit Num. **46**   5 Unit Desc. **1**   [ ] Parked Vehicle   [ ] Hit and Run   LP State **TX**   LP Num. **KWZ8350**   VIN **J T H B A 1 D 2 0 H 5 0 4 4 0 1 8**

Veh. Year **2 0 1 7**   6 Veh. Color **GRY**   Veh. Make **LEXUS**   Veh. Model **IS 250**   7 Body Style **P4**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **▉350**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **A**   DOB (MM/DD/YYYY) **0 7 / 2 6 / 1 9 6 9**

Address (Street, City, State, ZIP): **918 FOREST PARK CT**   **KELLER**   **TX 76248**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MOONEY    KAREN    MARIE | A | 51 | W | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   **MOONEY    KAREN    MARIE**   **918 FOREST PARK CT**   **KELLER    TX    76248**

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **STATE FARM**   Fin. Resp. Num. **377 6701 L12 43N 003**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12- FD-7**   27 Vehicle Damage Rating 2 **12- RD-7**   Vehicle Inventoried [ ] Yes [X] No

Towed By **CORNISH TOWING**   Towed To **CORNISH TOWING**

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 46 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 46 | 1 | MEDICAL CITY ALLIANCE | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | | Carrier's Primary Addr. | | | | | 30 Veh. Type | |
| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type | |
| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | | 34 Trlr. Type | | CMV Disabling Damage? ☐ Yes ☐ No | |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | | Total Num. Axles: | | |

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|
| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. | | MARTIN,K | | ID Num. 3380-3421 | |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | | | Service/ Region/DA | C E N T R L |

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page 47 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM) 0 6 0 0   Case ID 210011068   Local Use

★County Name TARRANT   ★City Name FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. TL   ★Hwy. Num. 35   Block Num. 2600   3 Street Prefix   ★Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/ Toll Lane   Speed Limit   Const. Zone [X] No   Workers Present [ ] Yes [X] No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. 47   5 Unit Desc. 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State TX   LP Num. MKY0118   VIN 1 G Y F Z E R 4 1 K F 1 1 9 2 0 5

Veh. Year 2 0 1 9   6 Veh. Color BLK   Veh. Make CADILLAC   Veh. Model XTS   7 Body Style SV   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. ███361   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 6 / 0 6 / 1 9 8 8

Address (Street, City, State, ZIP): 6001 HARWICH LN   FORT WORTH   TX 76179

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DAVIS     AMANDA     MICHELLE | B | 32 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   DAVIS     AMANDA     MICHELLE   6001 HARWICH LN   FORT WORTH   TX 76179

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name USAA   Fin. Resp. Num. 028276844 7103

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   12 − FD − 7   27 Vehicle Damage Rating 2   6 − RD − 7   Vehicle Inventoried [ ] Yes [X] No

Towed By CORNISH TOWING   Towed To CORNISH TOWING

Unit Num. 48   5 Unit Desc. 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State TX   LP Num. LMT7382   VIN 3 C 6 R R 6 L T 2 H G 5 3 0 1 0 4

Veh. Year 2 0 1 7   6 Veh. Color GRY   Veh. Make DODGE   Veh. Model RAM 1500   7 Body Style PK   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. ███917   9 DL Class C   10 CDL End. 96   11 DL Rest. A   DOB (MM/DD/YYYY) 0 2 / 0 6 / 1 9 6 9

Address (Street, City, State, ZIP): 833 STAFFORD STATION DR   SAGINAW   TX 76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GENUALDO     PAUL     RICHARD | C | 52 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   GENUALDO     PAUL     RICHARD   833 STAFFORD STATION DR   SAGINAW   TX 76131

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name FARMERS INSURANCE   Fin. Resp. Num. 45006011

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   12 − FD − 7   27 Vehicle Damage Rating 2   6 − RD − 7   Vehicle Inventoried [ ] Yes [X] No

Towed By ADVANCED TOWING   Towed To ADVANCED TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 48 of 149

| Case ID | 210011068 | | TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 47 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 48 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name

Carrier's Primary Addr.

30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Unit # | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |

Law Enforcement and TxDOT Use ONLY

[X] FATAL [X] CMV [ ] SCHOOL BUS [ ] RAILROAD [ ] MAB [ ] SUPPLEMENT [ ] ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**  Total Num. Prsns. **1 3 6**  TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page **49** of **149**

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**  ★Crash Time (24HRMM) **0 6 0 0**  Case ID **210011068**  Local Use

★County Name **TARRANT**  ★City Name **FORT WORTH**  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No  Latitude (decimal degrees) **3 2 . 7 9 5 1 3**  Longitude (decimal degrees) **– 0 9 7 . 3 2 2 7 7**

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. **TL**  ★Hwy. Num. **35**  2 Rdwy. Part **1**  Block Num. **2600**  3 Street Prefix  ★Street Name  4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [X] Toll Road/ Toll Lane  Const. Zone [ ] Yes [X] No  Workers Present [ ] Yes [X] No  Speed Limit  Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No  1 Rdwy. Sys. **LR**  Hwy. Num.  2 Rdwy. Part **1**  Block Num. **2500**  3 Street Prefix **NE**  Street Name **28TH**  4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**  [X] FT [ ] MI  3 Dir. from Int. or Ref. Marker **S**  Reference Marker  Street Desc. **HWY**  RRX Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num. **49**  5 Unit Desc. **1**  [ ] Parked Vehicle  [ ] Hit and Run  LP State **AR**  LP Num. **K810521**  VIN **3 A K J G L D R 1 K D K N 3 1 7 7**

Veh. Year **2 0 1 9**  6 Veh. Color **GRY**  Veh. Make **FREIGHTLINER**  Veh. Model **UNKNOWN**  7 Body Style **TT**  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**  DL/ID State **MX**  DL/ID Num. **██████506**  9 DL Class **98**  10 CDL End. **98**  11 DL Rest. **98**  DOB (MM/DD/YYYY) **0 9 / 2 6 / 1 9 8 3**

Address (Street, City, State, ZIP) **HACIENDA RALDEA 131**    **GARCIA**    **MX  NL6600**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GARCIA RODRIGUEZ  HECTOR  FERNANDO | C | 37 | H | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address  **RICH TRANSPORT LLC** **6011 SCOTT HAMMILTON DR**    **LITTLE ROCK  AR  72209**

Proof of Fin. Resp. [X] Yes [ ] No  26 Fin. [ ] Expired [ ] Exempt  Fin. Resp. Type **1**  Fin. Resp. Name **UNITED SPECIALTY**  Fin. Resp. Num. **EEXBRS0010**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 **8–  LBQ– 5**  27 Vehicle Damage Rating 2 **2–  RD– 4**  Vehicle Inventoried [ ] Yes [X] No

Towed By **EDDS TOWING**  Towed To **RICH TRANSPORT LLC 4444 IRVING BLVD**

**VEHICLE, DRIVER, & PERSONS**

Unit Num. **50**  5 Unit Desc. **6**  [ ] Parked Vehicle  [ ] Hit and Run  LP State **OK**  LP Num. **9931KJ**  VIN **3 H 3 V 5 3 2 C 6 F T 2 8 0 4 0 8**

Veh. Year **2 0 1 5**  6 Veh. Color **WHI**  Veh. Make **HYUNDAI STEEL INDUSTRIES**  Veh. Model **NOT APPLICABLE**  7 Body Style **TL**  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type  DL/ID State  DL/ID Num.  9 DL Class  10 CDL End.  11 DL Rest.  DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address  **RICH TRANSPORT   LLC** **6011 SCOTT HAMMILTON DR**    **LITTLE ROCK  AR  72209**

Proof of Fin. Resp. [X] Yes [ ] No  26 Fin. [ ] Expired [ ] Exempt  Fin. Resp. Type **1**  Fin. Resp. Name **UNITED SPECIALTY**  Fin. Resp. Num. **EEXBRS0010**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 **6–  RD– 6**  27 Vehicle Damage Rating 2 **12–  FD– 3**  Vehicle Inventoried [ ] Yes [X] No

Towed By **EDDS TOWING**  Towed To **RECH TRANSPORT**

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/201B)

Case ID 210011068

TxDOT Crash ID

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 49 | 1 | ON SITE | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. 49  ☒ 10,001+ LBS.  ☐ TRANSPORTING HAZARDOUS MATERIAL  ☐ 9+ CAPACITY  CMV Disabling Damage? ☒ Yes ☐ No  28 Veh. Oper. 1  29 Carrier ID Type 1  Carrier ID Num. 03057789

Carrier's Corp. Name RICH TRANSPORT  Carrier's Primary Addr. 6011 SCOTT HAMMILTON DR  LITTLE ROCK AR 72209  30 Veh. Type 8

31 Bus Type 0  ☐ RGVW ☒ GVWR 5,2,3,5,0,1  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type 3

Unit Num. 50  ☐ RGVW ☒ GVWR 6,8,0,0,0  34 Trlr. Type 1  CMV Disabling Damage? ☒ Yes ☐ No  Unit Num.  ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1 98  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☐ No  Actual Gross Weight  Total Num. Axles:

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) 0,6,2,0  How Notified DISPATCH  Time Arrived (24HR:MM) 0,6,4,0  Report Date (MM/DD/YYYY) 0,3 / 0,1 / 2,0,2,1

Invest. Comp. ☒ Yes ☐ No  Investigator Name (Printed) HARPER, G.      MARTIN,K  ID Num. 3380-3421

ORI Num. T,X,2,2,0,1,2,0,0  *Agency FORT WORTH POLICE DEPARTMENT  Service/Region/DA C,E,N,T,R,L

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page 51 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM) 0 6 0 0   Case ID 210011068   Local Use

★County Name TARRANT   ★City Name FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) — 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. TL | 2 Rdwy. Num. 35 | Block Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☒ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No | 1-Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST

Distance from Int. or Ref. Marker 1000 ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 51 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State KS | LP Num. 198172 | VIN 1 X K Y D P 9 X 2 L J 4 1 3 0 1 0

Veh. Year 2 0 2 0 | 6 Veh. Color BLK | Veh. Make KENWORTH | Veh. Model UNKNOWN | 7 Body Style TT | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1 | DL/ID State KS | DL/ID Num. ████ 893 | 9 DL Class 98 | 10 CDL End. 98 | 11 DL Rest. 98 | DOB (MM/DD/YYYY) 0 8 / 0 1 / 1 9 6 9

Address (Street, City, State, ZIP) 1817 EAST 24TH AVE #7   HUTCHINSON   KS 67502

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BOWMAN    CHARLES    GRANT | C | 51 | W | 1 | 1 | 97 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee | Owner/Lessee Name & Address   SUN VALLEY INC   1601 E BLANCHARD AVE   HUTCHINSON KS 67501

Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name ARCH INS | Fin. Resp. Num. ZACAT5205100

Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1   12⁻ FD⁻6 | 27 Vehicle Damage Rating 2   9⁻ LD⁻5 | Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS TOWING   Towed To BEARDS TOWING

Unit Num. 52 | 5 Unit Desc. 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State KS | LP Num. C397603 | VIN 1 W 1 4 4 5 2 A 2 M 7 7 2 0 5 0 8

Veh. Year 2 0 2 1 | 6 Veh. Color SIL | Veh. Make WILSON TRAILER CO | Veh. Model NOT APPLICABLE | 7 Body Style TL | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) /

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee | Owner/Lessee Name & Address   SUN VALLEY INC   1601 E BLANCHARD AVE   HUTCHINSON KS 67501

Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name ARCH INS | Fin. Resp. Num. ZACAT5205100

Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1   6⁻ RD⁻6 | 27 Vehicle Damage Rating 2   12⁻ FD⁻6 | Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS TOWING   Towed To BEARDS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 52 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 51 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | 51 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒Yes ☐No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 01292112 |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name  SUN VALLEY INC    Carrier's Primary Addr.  1601 E BLANCHARD AVE     HUTCHINSON   KS   67501    30 Veh. Type 8

| 31 Bus Type 0 | ☐RGVW ☒GVWR 5,3,2,0,0 | HazMat Released ☐Yes ☐No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 10 |
|---|---|---|---|---|---|---|---|

| Unit Num. 52 | ☐RGVW ☒GVWR 8,5,5,0,0 | 34 Trlr. Type 2 | CMV Disabling Damage? ☒Yes ☐No | Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐Yes ☒No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 | ID Num. 3380-3421 |
|---|---|---|---|---|

| Invest. Comp. ☒Yes ☐No | Investigator Name (Printed) HARPER, G.      MARTIN,K | | | Service/ Region/DA  C E N T R L |
|---|---|---|---|---|

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency  FORT WORTH POLICE DEPARTMENT | |
|---|---|---|

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 53 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**
★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[X] Toll Road/Toll Lane
Speed Limit:
Const. Zone: [ ] Yes [X] No
Workers Present: [ ] Yes [X] No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**
At Int.: [ ] Yes [X] No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  [X] FT [ ] MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 53
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: IN
LP Num.: AMF699
VIN: K L 7 9 M R S L M B 0 5 9 9 0 0
Veh. Year: 2 0 2 1
6 Veh. Color: BLU
Veh. Make: CHEVROLET
Veh. Model: TRAILBLAZER
7 Body Style: SV
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: IN
DL/ID Num.: ▮▮▮027
9 DL Class: 98
10 CDL End.: 98
11 DL Rest.: 98
DOB (MM/DD/YYYY): 0 7 / 0 9 / 1 9 9 4

Address (Street, City, State, ZIP): 2064 BLISS RD    FORT WORTH    TX  76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MATTINGLY   MEGHAN   MIKAYLA | N | 26 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: MATTINGLY   MEGHAN   MIKAYLA   2064 BLISS RD   FORT WORTH TX 76177

Proof of Fin. Resp.: [X] Yes [ ] No
[ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ERIE INS
Fin. Resp. Num.: Q042914860

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 3- RP-7
27 Vehicle Damage Rating 2: 10- FL-4
Vehicle Inventoried: [ ] Yes [X] No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING

---

Unit Num.: 54
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: DG6X580
VIN: J T E B U 4 B F 3 B K 1 0 8 3 6 3
Veh. Year: 2 0 1 1
6 Veh. Color: SIL
Veh. Make: TOYOTA
Veh. Model: FJ CRUISER
7 Body Style: SV
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: ▮▮▮242
9 DL Class: BM
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 7 / 0 3 / 1 9 9 0

Address (Street, City, State, ZIP): 6006 MONTFORD DR    COLLEYVILLE    TX  76034

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MCDANIEL   DWIGHT   KERN | B | 30 | B | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: MCDANIEL   DWIGHT   KERN   6006 MONTFORD DR   COLLEYVILLE   TX 76034

Proof of Fin. Resp.: [X] Yes [ ] No
[ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: PROGRESSIVE
Fin. Resp. Num.: 926977813

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD-7
27 Vehicle Damage Rating 2: 6- RD-7
Vehicle Inventoried: [ ] Yes [X] No

Towed By: MILNER TOWING
Towed To: MILNER TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 54 | 1 | BAYLOR GRAPEVINE | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | | 9+ CAPACITY | CMV Disabling Damage? | Yes No | 28 Veh. Oper. | 29 Carrier ID Type | | Carrier ID Num. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name / Carrier's Primary Addr. / 30 Veh. Type

| 31 Bus Type | RGVW GVWR | HazMat Released | Yes No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | RGVW GVWR | 34 Trlr. Type | CMV Disabling Damage? | Yes No | Unit Num. | RGVW GVWR | 34 Trlr. Type | CMV Disabling Damage? | Yes No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit | Yes No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |

Invest. Comp. ☒ Yes ☐ No    Investigator Name (Printed) HARPER, G.    MARTIN,K    ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0    *Agency FORT WORTH POLICE DEPARTMENT    Service/Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 55 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL | ★Hwy. Num.: 35 | 2 Rdwy. Part: 1 | Block Num.: 2600 | 3 Street Prefix: | ★Street Name: | 4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[X] Toll Road/Toll Lane
Speed Limit:
Const. Zone: [ ] Yes [X] No
Workers Present: [X] Yes [ ] No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No | 1 Rdwy. Sys.: LR | Hwy. Num.: | 2 Rdwy. Part: 1 | Block Num.: 2500 | 3 Street Prefix: NE | Street Name: 28TH | 4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000 [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker: S | Reference Marker: | Street Desc.: HWY | RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: 55 | 5 Unit Desc.: 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State: TX | LP Num.: 1433505 | VIN: 1 F M 5 K 8 A W 9 L G C 1 4 3 5 0

Veh. Year: 2 0 2 0 | 6 Veh. Color: BLK | Veh. Make: FORD | Veh. Model: EXPLORER | 7 Body Style: SV | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1 | DL/ID State: TX | DL/ID Num.: 228 | 9 DL Class: CM | 10 CDL End.: 96 | 11 DL Rest.: 96 | DOB (MM/DD/YYYY): 0 8 / 1 7 / 1 9 7 0

Address (Street, City, State, ZIP): 505 W FELIX ST  FORT WORTH  TX  76115

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HERNANDEZ  RENE | N | 50 | H | 2 | 1 | 5 | | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee | Owner/Lessee Name & Address: CITY OF  FORT WORTH  2500-BRENNAN AVE  FORT WORTH  TX  76106

Proof of Fin. Resp.: [X] Yes [ ] No | 26 Fin. Resp. Type: 1 | Fin. Resp. Name: SELF | Fin. Resp. Num.: CITY OF FORT WORTH
[ ] Exempt

Fin. Resp. Phone Num.: | 27 Vehicle Damage Rating 1: 9⁻  LP⁻ 6 | 27 Vehicle Damage Rating 2: -  - | Vehicle Inventoried: [ ] Yes [X] No

Towed By: TEXAS TOWING | Towed To: CITY OF FORT WORTH IMPOUND

---

Unit Num.: 56 | 5 Unit Desc.: 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State: UN | LP Num.: | VIN:

Veh. Year: 2 0 2 1 | 6 Veh. Color: GRY | Veh. Make: TOYOTA | Veh. Model: UNKNOWN | 7 Body Style: P4 | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 99 | DL/ID State: UN | DL/ID Num.: | 9 DL Class: 99 | 10 CDL End.: 99 | 11 DL Rest.: 99 | DOB (MM/DD/YYYY): /  /

Address (Street, City, State, ZIP): UNKNOWN  UNKNOWN  UN  UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN  UNK  UNKNOWN | 99 | | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee | Owner/Lessee Name & Address: UNKNOWN  UNK  UNKNOWN  UN  UNK  UNKNOWN

Proof of Fin. Resp.: [ ] Yes [X] No | 26 Fin. Resp. Type: | Fin. Resp. Name: | Fin. Resp. Num.:
[ ] Exempt

Fin. Resp. Phone Num.: | 27 Vehicle Damage Rating 1: 6⁻  RD⁻ 7 | 27 Vehicle Damage Rating 2: 12⁻  FD⁻ 7 | Vehicle Inventoried: [ ] Yes [X] No

Towed By: TEXAS TOWING | Towed To: TEXAS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID 210011068     TxDOT Crash ID

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name

Carrier's Primary Addr.

30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.        MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA  C E N T R L |
|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL [X] CMV [ ] SCHOOL BUS [ ] RAILROAD [ ] MAB [ ] SUPPLEMENT [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 57 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1　★Crash Time (24HRMM): 0 6 0 0　Case ID: 210011068　Local Use

★County Name: TARRANT　★City Name: FORT WORTH　[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3　Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1-Rdwy. Sys.: TL　★Hwy. Num.: 35　3 Rdwy. Part: 1　Block Num.: 2600　3 Street Prefix: ___　★Street Name: ___　4 Street Suffix: ___

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot　[X] Toll Road/Toll Lane　Speed Limit: ___　Const. Zone [ ] Yes [X] No　Workers Present [X] Yes [ ] No　Street Desc.: ___

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No　1 Rdwy. Sys.: LR　Hwy. Num.: ___　2 Rdwy. Part: 1　Block Num.: 2500　3 Street Prefix: NE　Street Name: 28TH　4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000　[X] FT [ ] MI　3 Dir. from Int. or Ref. Marker: S　Reference Marker: ___　Street Desc.: HWY　RRX Num.: ___

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 57　5 Unit Desc.: 1　[ ] Parked Vehicle [ ] Hit and Run　LP State: TX　LP Num.: R110574　VIN: 1 F U J G E B G 1 G L G Z 9 7 6

Veh. Year: 2 0 1 6　6 Veh. Color: WHI　Veh. Make: FREIGHTLINER　Veh. Model: CASCADIA 125　7 Body Style: TT　[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1　DL/ID State: TX　DL/ID Num.: ███659　9 DL Class: A　10 CDL End.: NTH　11 DL Rest.: P27　DOB (MM/DD/YYYY): 1 1 / 0 8 / 1 9 8 4

Address (Street, City, State, ZIP): 6078 COPPERFIELD DR #411　FORT WORTH　TX 76132

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WILLIAMS　CODY　SLOAN | B | 36 | W | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee　Owner/Lessee Name & Address: GO TO　LOGISTICS INC　2233 N WEST ST　RIVER GROVE　IL　60171

Proof of Fin. Resp. [X] Yes [ ] No　[ ] Expired [ ] Exempt　26 Fin. Resp. Type: 1　Fin. Resp. Name: ARCH INS　Fin. Resp. Num.: ZACAT6009803

Fin. Resp. Phone Num.: ___　27 Vehicle Damage Rating 1: 12-　FD-6　27 Vehicle Damage Rating 2: -　-　Vehicle Inventoried [ ] Yes [X] No

Towed By: MILNER TOWING　Towed To: 6320 EDEN DR, FORT WORTH

Unit Num.: 58　5 Unit Desc.: 6　[ ] Parked Vehicle [ ] Hit and Run　LP State: IL　LP Num.: 418014ST　VIN: 1 U Y V S 2 5 3 0 B M 1 4 2 2 0 7

Veh. Year: 2 0 1 1　6 Veh. Color: WHI　Veh. Make: UTILITY TRAILER MFG　Veh. Model: NOT APPLICABLE　7 Body Style: TL　[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: ___　DL/ID State: ___　DL/ID Num.: ___　9 DL Class: ___　10 CDL End.: ___　11 DL Rest.: ___　DOB (MM/DD/YYYY): ___

Address (Street, City, State, ZIP): ___

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee　Owner/Lessee Name & Address: GO TO　LOGISTICS INC　1215 DUNAMON DR　BARTLETT　IL　60103

Proof of Fin. Resp. [X] Yes [ ] No　[ ] Expired [ ] Exempt　26 Fin. Resp. Type: 1　Fin. Resp. Name: ARCH INS　Fin. Resp. Num.: ZACAT6009803

Fin. Resp. Phone Num.: ___　27 Vehicle Damage Rating 1: 5-　RP-3　27 Vehicle Damage Rating 2: -　-　Vehicle Inventoried [ ] Yes [X] No

Towed By: MILNER TOWING　Towed To: 6320 EDEN RD, FORT WORTH

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

Page 58 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 57 | 1 | PERSONAL DR | SELF | / / | |
| | | | | / /— | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. 57 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. 2 | 29 Carrier ID Type 1 | Carrier ID Num. 01500245

Carrier's Corp. Name  GO TO LOGISTICS INC | Carrier's Primary Addr.  2233 N WEST ST   RIVER GROVE  IL  60171 | 30 Veh. Type 8

31 Bus Type 0 | ☐ RGVW  ☒ GVWR  5 2 0 0 0 | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 3

Unit Num. 58 | ☐ RGVW  ☐ GVWR  6 5 0 0 0 | 34 Trlr. Type 2 | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW  ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☒ No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 | ID Num. 3380-3421

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.     MARTIN,K | Service/Region/DA  C E N T R L

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE  ☐ RAILROAD

Total Num. Units 1 4 8  Total Num. Prsns. 1 3 6  TxDOT Crash ID

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 59 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 0 2 1 1 2 0 2 1  ★Crash Time (24HRMM) 0 6 0 0  Case ID 210011068  Local Use

★County Name TARRANT  ★City Name FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees) 3 2 . 7 9 5 1 3  Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

ROAD ON WHICH CRASH OCCURRED
★1 Rdwy. Sys. TL  ★Hwy. Num. 35  Block Num. 2600 Part 1  3 Street Prefix  ★Street Name  4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☒ Toll Road/Toll Lane  Speed Limit  Const. Zone ☒ Yes ☐ No  Workers Present ☒ Yes ☐ No  Street Desc.

INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING STREET OR REFERENCE MARKER
At Int. ☐ Yes ☒ No  1 Rdwy. Sys. LR  Hwy. Num.  2 Rdwy. Part 1  Block Num. 2500  3 Street Prefix NE  Street Name 28TH  4 Street Suffix ST

Distance from Int. or Ref. Marker 1000  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker S  Reference Marker  Street Desc. HWY  RRX Num.

## VEHICLE, DRIVER & PERSONS — Unit 59

Unit Num. 59  5 Unit Desc. 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State TX  LP Num. NPF2365  VIN 1 G C 4 Y U E Y 2 L F 1 8 6 9 2 0

Veh. Year 2 0 2 0  6 Veh. Color WHI  Veh. Make CHEVROLET  Veh. Model SILVERADO K3500  7 Body Style PK  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State TX  DL/ID Num. 103  9 DL Class C  10 CDL End. 96  11 DL Rest. 96  DOB (MM/DD/YYYY) 0 6 1 9 1 9 8 6

Address (Street, City, State, ZIP) 8120 HORSEMAN RD  FORT WORTH  TX 76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MEEK   DEVIN   KEMPER | N | 34 | W | 1 | | 5 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address  THELIN   RECYCLING CO  5225 THELIN ST  FORT WORTH TX 76115

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name UNITED FIRST CASUALTY  Fin. Resp. Num. 85317311

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1  12 -  FD-7  27 Vehicle Damage Rating 2  6 -  RD-7  Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS TOWING  Towed To BEARDS TOWING

## VEHICLE, DRIVER & PERSONS — Unit 60

Unit Num. 60  5 Unit Desc. 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State TX  LP Num. MWX4836  VIN 5 N M S 2 3 A D 7 K H 0 0 9 4 4 7

Veh. Year 2 0 1 9  6 Veh. Color GRY  Veh. Make HYUNDAI  Veh. Model SANTA FE  7 Body Style SV  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State TX  DL/ID Num. 391  9 DL Class C  10 CDL End. 96  11 DL Rest. A  DOB (MM/DD/YYYY) 0 4 0 8 1 9 6 2

Address (Street, City, State, ZIP) 11916 HICKORY CIR  FORT WORTH  TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ROBERTSON   ENID   LYL | A | 58 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address  ROBERTSON   ENID   LYL  11916 HICKORY CIR  FORT WORTH TX 76244

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name ALLSTATE  Fin. Resp. Num. 844885571

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1  12 -  FD-7  27 Vehicle Damage Rating 2  6 -  RD-7  Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS TOWING  Towed To BEARDS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 60 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 60 | 1 | BAYLOR | MEDSTAR 81 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name

Carrier's Primary Addr.

30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☑ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | | | ID Num. | 3380-3421 |
|---|---|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Texas Department of Transportation

Page 61 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. | TL | ★Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. | 2600 | 3 Street Prefix | | ★Street Name | | 4 Street Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| [ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | [X] Toll Road/ Toll Lane | Speed Limit | Const. Zone [ ] Yes [X] No | Workers Present [ ] Yes [X] No | Street Desc. |
|---|---|---|---|---|---|

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | [ ] Yes [X] No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker | 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | | Street Desc. | HWY | RRX Num. | |
|---|---|---|---|---|---|---|---|---|---|

## VEHICLE, DRIVER & PERSONS

| Unit Num. 61 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. NWK0448 | VIN | | | |
|---|---|---|---|---|---|---|---|---|---|

| Veh. Year 2 0 2 1 | 6 Veh. Color GRY | Veh. Make UNKNOWN | Veh. Model UNKNOWN | 7 Body Style P4 | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) | / / |
|---|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP): UNKNOWN  UNKNOWN  UN  UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN  UNK  UNK | 99 | | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | UNKNOWN  UNK  UNKNOWN  UNKNOWN  UN  UNK |
|---|---|---|

| Proof of Fin. Resp. | [ ] Yes [X] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type | Fin. Resp. Name | | Fin. Resp. Num. | |
|---|---|---|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 | 12- | FD-7 | 27 Vehicle Damage Rating 2 | - | - | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|---|---|---|---|

| Towed By | UNKNOWN | Towed To | UNKNOWN |
|---|---|---|---|

| Unit Num. 62 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. LDX1404 | VIN 5 X Y Z T 3 L B 1 J G 5 1 0 1 8 6 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 8 | 6 Veh. Color BLK | Veh. Make HYUNDAI | Veh. Model SANTA FE | 7 Body Style SV | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. ████005 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 2 / 2 4 / 1 9 6 8 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP): 1440 DUN HORSE DR  HASLET  TX  76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KILBREATH  SUZETTE  JANELLE | A | 52 | W | 2 | 1 | 5 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | KILBREATH  SUZETTE  JANELLE  1440 DUN HORSE DR  HASLET  TX  76052 |
|---|---|---|

| Proof of Fin. Resp. | [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name PROGRESSIVE | Fin. Resp. Num. 932509799 |
|---|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 | 12- | FD-7 | 27 Vehicle Damage Rating 2 | 6- | RD-7 | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|---|---|---|---|

| Towed By | TEXAS TOWING | Towed To | TEXAS TOWING |
|---|---|---|---|

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID  210011068

TxDOT Crash ID

Page  62 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 62 | 1 | MEDICAL CITY ALLIANCE | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | | 10,001+ LBS. | | TRANSPORTING HAZARDOUS MATERIAL | | 9+ CAPACITY | CMV Disabling Damage? | Yes No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | RGVW GVWR | | HazMat Released | Yes No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|---|

| Unit Num. | RGVW GVWR | 34 Trlr. Type | CMV Disabling Damage? | Yes No | Unit Num. | RGVW GVWR | 34 Trlr. Type | CMV Disabling Damage? | Yes No |
|---|---|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit | Yes No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

Environmental and Roadway Conditions

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | | | | | | | |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 | ID Num. | 3380-3421 |
|---|---|---|---|---|---|---|---|---|---|

Invest. Comp.  ☒ Yes  ☐ No   Investigator Name (Printed)  HARPER, G.     MARTIN,K

ORI Num.  T X 2 2 0 1 2 0 0   *Agency  FORT WORTH POLICE DEPARTMENT   Service/ Region/DA  C E N T R L

Law Enforcement and TxDOT Use ONLY

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE   ☐ RAILROAD

Total Num. Units: 1 4 8   Total Num. Prsns.: 1 3 6   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Texas Department of Transportation

Page 63 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use

★County Name: TARRANT   ★City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No   Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

1 Rdwy. Sys.: TL   ★Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/ Toll Lane   Speed Limit:   Const. Zone: ☐ Yes ☒ No   Workers Present: ☐ Yes ☒ No   Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No   1 Rdwy. Sys.: LR   Hwy.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 63   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: 77316DV   VIN: K N M A T 2 M V 6 J P 5 5 8 3 8 9

Veh. Year: 2 0 1 8   6 Veh. Color: BLK   Veh. Make: NISSAN   Veh. Model: ROGUE   7 Body Style: SV   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: ████952   9 DL Class: CM   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 7 / 0 5 / 1 9 6 3

Address (Street, City, State, ZIP): 5508 BLUE SPRUCE DR   ARLINGTON   TX   76018

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ENGEL   ROBERT   ALAN | B | 57 | W | 1 | 1 | 5 | 97 | N | 96 | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee   Owner/Lessee Name & Address: ENGEL   ROBERT   ALAN   5508 BLUE SPRUCE DR   ARLINGTON   TX   76018

Proof of Fin. Resp.: ☒ Yes ☐ No   26 Fin. Resp. Type: 1   Fin. Resp. Name: FARMERS   Fin. Resp. Num.: 44562585   ☐ Expired ☐ Exempt

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 6−   RD−7   27 Vehicle Damage Rating 2: 12−   FD−7   Vehicle Inventoried: ☐ Yes ☒ No

Towed By: CORNISH TOWING   Towed To: CORNISH TOWING

Unit Num.: 64   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: JVY4480   VIN: 1 F T B F 2 A 6 2 H E D 3 1 1 7 9

Veh. Year: 2 0 1 7   6 Veh. Color: WHI   Veh. Make: FORD   Veh. Model: F250   7 Body Style: PK   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: HI   DL/ID Num.: ████463   9 DL Class: 98   10 CDL End.: 98   11 DL Rest.: 98   DOB (MM/DD/YYYY): 1 2 / 0 6 / 1 9 6 6

Address (Street, City, State, ZIP): 14-746 FLOWER ST   PAHOA   HI   96778

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WILLIAMS   WILLIAM   DARRELL | K | 54 | 98 | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee   Owner/Lessee Name & Address: GEEP MECH   ENG AND CONST INC   3640 8TH AVE   FORT WORTH   TX   76110

Proof of Fin. Resp.: ☒ Yes ☐ No   26 Fin. Resp. Type: 1   Fin. Resp. Name: AMERISURE INSURANCE CO   Fin. Resp. Num.: CA1281769   ☐ Expired ☐ Exempt

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12−   FD−7   27 Vehicle Damage Rating 2: 6−   RD−7   Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BEARDS TOWING   Towed To: BEARDS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/201B)

Case ID: 210011068

TxDOT Crash ID:

Page 64 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 63 | 1 | USMD ARLINGTON | PERSONAL VEH | / / | | |
| 64 | 1 | TC MORGUE | FORT WORTH FUNERALS AND CREMATION | 0 2 / 1 1 / 2 0 2 1 | 0 6 0 3 |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | ☐ RGVW ☐ GVWR | | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | | Total Num. Axles: |

## FACTORS & CONDITIONS

| | | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|
| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. | | MARTIN,K | | ID Num. 3380-3421 | |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | | | Service/ Region/DA | C E N T R L |

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsns. **1 3 6**   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page **65** of **149**

**IDENTIFICATION & LOCATION**

*Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**   *Crash Time (24HRMM) **0 6 0 0**   Case ID **210011068**   Local Use

*County Name **TARRANT**   *City Name **FORT WORTH**   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **- 0 9 7 . 3 2 2 7 7**

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys. **TL**   ★Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   *Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/ Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

**VEHICLE, DRIVER & PERSONS**

Unit Num. **65**   5 Unit Desc. **1**   [ ] Parked Vehicle   [ ] Hit and Run   LP State **TX**   LP Num. **NPB5797**   VIN **1 F T 7 W 2 B T 0 L E C 3 2 3 3**

Veh. Year **2 0 2 0**   6 Veh. Color **RED**   Veh. Make **FORD**   Veh. Model **F250**   7 Body Style **PK**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. ████ **671**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 9 / 2 5 / 1 9 7 1**

Address (Street, City, State, ZIP) **500 WOODLAND PARK DR**   **BOYD**   **TX**   **76023**

| Person | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | VARDY     CHISTOPHER     RAY | K | 49 | W | 1 | | 5 | | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   **VARDY     CHISTOPHER     RAY**   **500 WOODLAND PARK DR**   **BOYD**   **TX**   **76023**

Proof of Fin. Resp. [X] Yes [ ] No   26 Fin. [ ] Expired [ ] Exempt   Fin. Resp. Type 1   Fin. Resp. Name **FARMERS INS**   Fin. Resp. Num. **46614184**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12- FD-7**   27 Vehicle Damage Rating 2 **6- RD-7**   Vehicle Inventoried [ ] Yes [X] No

Towed By **CORNISH TOWING**   Towed To **CORNISH TOWING**

Unit Num. **66**   5 Unit Desc. **1**   [ ] Parked Vehicle   [ ] Hit and Run   LP State **TX**   LP Num. **MKT5732**   VIN **1 C 4 P J M J N 9 K D 4 6 4 2 9 7**

Veh. Year **2 0 1 9**   6 Veh. Color **BLK**   Veh. Make **JEEP**   Veh. Model **GRAND CHEROKEE**   7 Body Style **SV**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. ████ **286**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **A**   DOB (MM/DD/YYYY) **0 9 / 1 0 / 1 9 8 2**

Address (Street, City, State, ZIP) **2512 BOOT JACK RD**   **FORT WORTH**   **TX**   **76177**

| Person | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BLAKE     SAMUEL     ETIENNE | B | 38 | B | 1 | | 5 | | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   **BLAKE     SAMUEL     ETIENNE**   **2512 BOOT JACK RD**   **FORT WORTH**   **TX**   **76177**

Proof of Fin. Resp. [X] Yes [ ] No   26 Fin. [ ] Expired [ ] Exempt   Fin. Resp. Type 1   Fin. Resp. Name **PROGRESSIVE**   Fin. Resp. Num. **916025293**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **6- RD-7**   27 Vehicle Damage Rating 2 **12- FD-7**   Vehicle Inventoried [ ] Yes [X] No

Towed By **EDS TOWING**   Towed To **EDS TOWING**

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

Page 66 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 65 | 1 | TARRANT COUNTY MORGUE | FORT WORTH FUNERALS AND CREMATION | 02/11/2021 | 06:03 |
| 66 | 1 | MEDICAL CITY FW | MEDSTAR 56 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num.  ☐ 10,001+ LBS.  ☐ TRANSPORTING HAZARDOUS MATERIAL  ☐ 9+ CAPACITY  CMV Disabling Damage? ☐ Yes ☐ No  28 Veh. Oper.  29 Carrier ID Type  Carrier ID Num.

Carrier's Corp. Name    Carrier's Primary Addr.    30 Veh. Type

31 Bus Type  ☐ RGVW ☐ GVWR   HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.   32 HazMat Class Num.  HazMat ID Num.   33 Cargo Body Type

Unit Num.  ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No  Unit Num.  ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☐ No  Actual Gross Weight  Total Num. Axles:

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) 06:20   How Notified DISPATCH   Time Arrived (24HR:MM) 06:40   Report Date (MM/DD/YYYY) 03/01/2021

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.        MARTIN,K   ID Num. 3380-3421

ORI Num. TX2201200   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE  [ ] RAILROAD

Total Num. Units **1 4 8**  Total Num. Prsns. **1 3 6**  TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page: **67** of **149**

**Texas Department of Transportation**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**  ★Crash Time (24HRMM) **0 6 0 0**  Case ID **210011068**  Local Use

★County Name **TARRANT**  ★City Name **FORT WORTH**  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees) **3 2 . 7 9 5 1 3**  Longitude (decimal degrees) **– 0 9 7 . 3 2 2 7 7**

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. **TL**  1 Hwy. Num. **35**  2 Rdwy. Part **1**  Block Num. **2600**  3 Street Prefix  ★Street Name  4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [X] Toll Road/Toll Lane  Speed Limit  Const. Zone [ ] Yes [X] No  Workers Present [ ] Yes [X] No  Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No  1 Rdwy. Sys. **LR**  Hwy. Num.  2 Rdwy. Part **1**  Block Num. **2500**  3 Street Prefix **NE**  Street Name **28TH**  4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**  [X] FT [ ] MI  3 Dir. from Int. or Ref. Marker **S**  Reference Marker  Street Desc. **HWY**  RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. **67**  5 Unit Desc. **1**  [ ] Parked Vehicle  [ ] Hit and Run  LP State **MO**  LP Num. **49KR4D**  VIN **1 X P B D P 9 X 7 L D 3 6 4 6 5**

Veh. Year **2 0 2 0**  6 Veh. Color **GRN**  Veh. Make **PETERBILT**  Veh. Model **397**  7 Body Style **TT**  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**  DL/ID State **KS**  DL/ID Num. **███ 146**  9 DL Class **98**  10 CDL End. **98**  11 DL Rest. **98**  DOB (MM/DD/YYYY) **0 7 / 0 5 / 1 9 8 5**

Address (Street, City, State, ZIP) **6125 OTTER CREEK RD**  **OLSBURG**  **KS**  **66520**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | RIDDER  STEVEN  ANTHONY | B | 35 | W | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address **NEW PRIME INCE**  **2740 MAYFAIR AVE**  **SPRINGFIELD  MO  75409**

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **ACE AMERICAN INS**  Fin. Resp. Num. **XSAH25294221**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 **12**⁻ **FD-6**  27 Vehicle Damage Rating 2 **-**  Vehicle Inventoried [ ] Yes [X] No

Towed By **TEXAS TOWING**  Towed To **TEXAS TOWING**

---

Unit Num. **68**  5 Unit Desc. **6**  [ ] Parked Vehicle  [ ] Hit and Run  LP State **MO**  LP Num. **25A781**  VIN **1 R N D 5 3 A 2 9 E R 0 3 0 7 8 1**

Veh. Year **2 0 1 4**  6 Veh. Color **98**  Veh. Make **REITNOUER**  Veh. Model **NOT APPLICABLE**  7 Body Style **TL**  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type  DL/ID State  DL/ID Num.  9 DL Class  10 CDL End.  11 DL Rest.  DOB (MM/DD/YYYY) **/ /**

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address **NEW PRIME INC**  **2740 MAYFAIR AVE**  **SPRINGFIELD  MO  65803**

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **ACE AMERICAN INS**  Fin. Resp. Num. **XSAH25294221**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 **10**⁻ **FL-3**  27 Vehicle Damage Rating 2 **-**  Vehicle Inventoried [ ] Yes [X] No

Towed By **TEXAS TOWING**  Towed To **TEXAS TOWING**

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

Page 68 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 67 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. 67   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☒ Yes ☐ No   28 Veh. Oper. 1   29 Carrier ID Type 1   Carrier ID Num. 00003706

Carrier's Corp. Name NEW PRIME INC   Carrier's Primary Addr. 2740 MAYFAIR AVE   SRPINGFIELD MO 65803   30 Veh. Type 8

31 Bus Type 0   ☐ RGVW ☒ GVWR 5 0 0 0 0   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 5

Unit Num. 68   ☐ RGVW ☒ GVWR 9 0 0 0 0   34 Trlr. Type 2   CMV Disabling Damage? ☒ Yes ☐ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☒ No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HR:MM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1   ID Num. 3380-3421

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN,K   Service/Region/DA C E N T R L

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT

Law Enforcement and TxDOT Use ONLY
[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**  Total Num. Prsns. **1 3 6**  TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page **69** of **149**

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**  ★Crash Time (24HRMM) **0 6 0 0**  Case ID **210011068**  Local Use

★County Name **TARRANT**  ★City Name **FORT WORTH**  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees) **3 2 . 7 9 5 1 3**  Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

**ROAD ON WHICH CRASH OCCURRED**
★1 Rdwy. Sys. **TL**  ★Hwy. Num. **35**  2 Rdwy. Part **1**  Block Num. **2600**  3 Street Prefix  ★Street Name  4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [X] Toll Road/ Toll Lane  Speed Limit  Const. Zone [ ]Yes [X]No  Workers Present [ ]Yes [X]No  Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**
At Int. [ ]Yes [X]No  1 Rdwy. Sys. **LR**  Hwy. Num.  2 Rdwy. Part **1**  Block Num. **2500**  3 Street Prefix **NE**  Street Name **28TH**  4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000** [X]FT [ ]MI  3 Dir. from Int. or Ref. Marker **S**  Reference Marker  Street Desc. **HWY**  RRX Num.

Unit Num. **69**  5 Unit Desc. **1**  [ ] Parked Vehicle  [ ] Hit and Run  LP State **TX**  LP Num. **LBK8034**  VIN **3 C 6 U R 5 C L 7 J G 2 9 6 2 1 4**

Veh. Year **2 0 1 8**  6 Veh. Color **BLK**  Veh. Make **DODGE**  Veh. Model **RAM 2500**  7 Body Style **PK**  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**  DL/ID State **TX**  DL/ID Num. ███ **466**  9 DL Class **C**  10 CDL End. **96**  11 DL Rest. **96**  DOB (MM/DD/YYYY) **0 4 / 2 4 / 1 9 8 0**

Address (Street, City, State, ZIP) **3509 N JULIET LN**  **FORT WORTH**  **TX**  **76137**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GIERISCH  EDMUND  WILLIAM | B | 40 | W | M | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address  **GIERISCH  EDMUND  WILLIAM**  **3509 N JULIET LN**  **FORT WORTH TX 76137**

Proof of Fin. Resp. [X]Yes [ ]No  [ ]Expired [ ]Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **TRAVELERS**  Fin. Resp. Num. **6031076732221**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 **6-**  RD **6**  27 Vehicle Damage Rating 2 **9-**  LP **6**  Vehicle Inventoried [ ]Yes [X]No

Towed By **BEARDS TOWING**  Towed To **BEARDS TOWING**

Unit Num. **70**  5 Unit Desc. **1**  [ ] Parked Vehicle  [ ] Hit and Run  LP State **TX**  LP Num. **B17558R**  VIN **5 Y F S 4 M C E X M P 0 6 4 4 7 3**

Veh. Year **2 0 2 1**  6 Veh. Color **BLK**  Veh. Make **TOYOTA**  Veh. Model **COROLLA**  7 Body Style **P4**  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**  DL/ID State **TX**  DL/ID Num. ███ **524**  9 DL Class **C**  10 CDL End. **96**  11 DL Rest. **96**  DOB (MM/DD/YYYY) **0 8 / 2 8 / 1 9 7 1**

Address (Street, City, State, ZIP) **612 WOLLFORD WAY**  **FORT WORTH**  **TX**  **76131**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | REID  GLENN  LEWIS JR | B | 49 | W | M | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address  **REID  GLENN  LEWIS JR**  **612 WOLLFORD WAY**  **FORT WORTH TX 76131**

Proof of Fin. Resp. [X]Yes [ ]No  [ ]Expired [ ]Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **USAA**  Fin. Resp. Num. **041958401 7101**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 **12-**  FD **7**  27 Vehicle Damage Rating 2 **6-**  RD **7**  Vehicle Inventoried [ ]Yes [X]No

Towed By **BEARDS TOWING**  Towed To **BEARDS TOWING**

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

Page 70 of 149

| Case ID | 210011068 | TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 69 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 70 | 1 | MEDICAL CITY ALLIANCE | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | 30 Veh. Type |
| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | | Total Num. Axles: |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 | ID Num. | 3380-3421 |
| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | | | | | Service/ Region/DA | C E N T R L |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | | | | | |

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page 71 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1  ★Crash Time (24HRMM): 0 6 0 0  Case ID: 210011068  Local Use

★County Name: TARRANT  ★City Name: FORT WORTH  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3  Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL  ★2 Hwy. Num.: 35  2 Rdwy. Part: 1  Block Num.: 2600  3 Street Prefix:  ★Street Name:  4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [X] Toll Road/ Toll Lane  Speed Limit:  Const. Zone [ ] Yes [X] No  Workers Present [ ] Yes [X] No  Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No  1 Rdwy. Sys.: LR  Hwy. Num.:  2 Rdwy. Part: 1  Block Num.: 2500  3 Street Prefix: NE  Street Name: 28TH  4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  [X] FT [ ] MI  3 Dir. from Int. or Ref. Marker: S  Reference Marker:  Street Desc.: HWY  RRX Num.:

**Unit Num. 71**  5 Unit Desc.: 1  [ ] Parked Vehicle  [ ] Hit and Run  LP State: TX  LP Num.: 484548C  VIN: 1 G B 2 W L E 7 2 M F 1 5 0 0 9 7

Veh. Year: 2 0 2 1  6 Veh. Color: WHI  Veh. Make: CHEVROLET  Veh. Model: C2500  7 Body Style: PK  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: ████871  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: A  DOB (MM/DD/YYYY): 0 7 / 1 3 / 1 9 6 8

Address (Street, City, State, ZIP): 5633 OAK HAVEN  FORT WORTH  TX  76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | STEVENSON  NICKLAS  LEE | B | 52 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address: A&G PIPING  3124 WICHITA CT  FORT WORTH TX  76140

Proof of Fin. Resp.: [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: EMC INSURANCE  Fin. Resp. Num.: 1E56105

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 12−  FD−7  27 Vehicle Damage Rating 2: 6−  RD−5  Vehicle Inventoried [ ] Yes [X] No

Towed By: BEARDS TOWING  Towed To: BEARDS TOWING

**Unit Num. 72**  5 Unit Desc.: 1  [ ] Parked Vehicle  [ ] Hit and Run  LP State: TX  LP Num.: FXK4885  VIN: 1 F T E X 1 C M 0 E K G 1 9 8 9 3

Veh. Year: 2 0 1 4  6 Veh. Color: WHI  Veh. Make: FORD  Veh. Model: F150  7 Body Style: PK  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: ████573  9 DL Class: C  10 CDL End.: N  11 DL Rest.: A  DOB (MM/DD/YYYY): 0 6 / 2 2 / 1 9 8 4

Address (Street, City, State, ZIP): 3009 HIGH CHAPARRAL DR  FLOWER MOUND  TX  75022

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GOLWITZER  JAY  J | 99 | 36 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address: THE NELROD CO  3301 WEST FWY  FORT WORTH TX  76107

Proof of Fin. Resp.: [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: TURNBALL INSURANCE  Fin. Resp. Num.: 46UUNF5783

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 12−  FD−7  27 Vehicle Damage Rating 2: 6−  RD−7  Vehicle Inventoried [ ] Yes [X] No

Towed By: BEARDS TOWING  Towed To: BEARDS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

Page 72 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 71 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | 30 Veh. Type | |
| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type | |
| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: | |

## FACTORS & CONDITIONS

| | | | | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | | | | | | | |
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.        MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L |
|---|---|---|

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE  [ ] RAILROAD

Total Num. Units **1 4 8**  Total Num. Prsns. **1 3 6**  TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Texas Department of Transportation

Page **73** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**  ★Crash Time (24HRMM) **0 6 0 0**  Case ID **210011068**  Local Use

★County Name **TARRANT**  ★City Name **FORT WORTH**  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No  Latitude (decimal degrees) **3 2 . 7 9 5 1 3**  Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **TL**  ★Hwy. Num. **35**  2 Rdwy. Part  Block Num. **2600**  3 Street Prefix  ★Street Name  4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [X] Toll Road/ Toll Lane  Speed Limit  Const. Zone [ ] Yes [X] No  Workers Present [ ] Yes [X] No  Street Desc.

INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No  1 Rdwy. Sys. **LR**  Hwy. Num.  2 Rdwy. Part **1**  Block Num. **2500**  3 Street Prefix **NE**  Street Name **28TH**  4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**  [X] FT [ ] MI  3 Dir. from Int. or Ref. Marker **S**  Reference Marker  Street Desc. **HWY**  RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. **73**  5 Unit Desc. **1**  [ ] Parked Vehicle  [ ] Hit and Run  LP State **TX**  LP Num. **LPS5582**  VIN **2 G C 2 R E G 2 K 1 1 3 4 6 8**

Veh. Year **2 0 1 9**  6 Veh. Color **WHI**  Veh. Make **CHEVROLET**  Veh. Model **SILVERADO C2500**  7 Body Style **PK**  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**  DL/ID State **TX**  DL/ID Num. **███ 177**  9 DL Class **C**  10 CDL End. **N**  11 DL Rest. **A**  DOB (MM/DD/YYYY) **0 5 / 1 3 / 1 9 7 7**

Address (Street, City, State, ZIP) **5904 FANTAIL DR**  **FORT WORTH**  **TX**  **76179**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Rest. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KIND  JAMES  LEE | 99 | 43 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address **AUTOMATIC SPRINKLER OF TEXAS**  **1147 SOUTH CEDAR RIDGE**  **DUNCANVILLE TX 75137**

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **ACUITY**  Fin. Resp. Num. **ZG0088**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 **12- FD-7**  27 Vehicle Damage Rating 2 **- -**  Vehicle Inventoried [ ] Yes [X] No

Towed By **BEARDS TOWING**  Towed To **BEARDS TOWING**

## VEHICLE, DRIVER & PERSONS

Unit Num. **74**  5 Unit Desc. **1**  [ ] Parked Vehicle  [ ] Hit and Run  LP State **TX**  LP Num. **SNDMAN7**  VIN **1 C 6 R R E J T 6 K N 8 9 8 7 4 8**

Veh. Year **2 0 1 9**  6 Veh. Color **GRY**  Veh. Make **DODGE**  Veh. Model **RAM 1500**  7 Body Style **PK**  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**  DL/ID State **TX**  DL/ID Num. **███ 791**  9 DL Class **C**  10 CDL End. **TX**  11 DL Rest. **96**  DOB (MM/DD/YYYY) **0 3 / 0 1 / 1 9 7 3**

Address (Street, City, State, ZIP) **12824 CAMPOLINA WAY**  **FORT WORTH**  **TX**  **76244**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Rest. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SPINKS  TIMOTHY  SHANE | B | 47 | W | 1 | 1 | 99 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address **SPINKS  TIMOTHY  SHANE**  **12824 CAMPOLINA WAY**  **FORT WORTH TX 76244**

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **FARMERS INSURANCE**  Fin. Resp. Num. **43573511**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 **8- BL-3**  27 Vehicle Damage Rating 2 **- -**  Vehicle Inventoried [ ] Yes [X] No

Towed By **BEARDS TOWING**  Towed To **BEARDS TOWING**

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 74 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| | | |
|---|---|---|
| Unit Num. | 10,001+ LBS. / TRANSPORTING HAZARDOUS MATERIAL / 9+ CAPACITY / CMV Disabling Damage? Yes No | 28 Veh. Oper. / 29 Carrier ID Type / Carrier ID Num. |

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | RGVW / GVWR | HazMat Released Yes No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | RGVW / GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes No | Unit Num. | RGVW / GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit Yes No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.   MARTIN,K | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page 75 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[X] Toll Road/Toll Lane
Speed Limit:
Const. Zone [ ] Yes [X] No
Workers Present [ ] Yes [X] No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000 [X] FT [ ] MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

**VEHICLE, DRIVER & PERSONS**

Unit Num.: 75
5 Unit Desc.: 1
[ ] Parked Vehicle  [ ] Hit and Run
LP State: IN
LP Num.: L727172
VIN: 1 X P B D 4 9 X 0 F D 2 8 5 0 9 2

Veh. Year: 2 0 1 5
6 Veh. Color: BLK
Veh. Make: PETERBILT
Veh. Model: UNKNOWN
7 Body Style: TT
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: ▓103
9 DL Class: A
10 CDL End.: N
11 DL Rest.: 96
DOB (MM/DD/YYYY): 0 5 / 2 1 / 1 9 8 7

Address (Street, City, State, ZIP): 117 MEADOW VIEW LN   ANNA   TX   75409

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | RIVERA   ANTONIO   DE JESUS | B | 33 | H | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: ALTON LOGISTICS LLC   117 MEADOW VIEW LN   ANNA   TX   75409

Proof of Fin. Resp.: [X] Yes [ ] No
[ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: WESCO INS
Fin. Resp. Num.: WMC1816266

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD-5
27 Vehicle Damage Rating 2: - -
Vehicle Inventoried [ ] Yes [X] No

Towed By: MILNER TOWING
Towed To: MILNER TOWING

Unit Num.: 76
5 Unit Desc.: 1
[ ] Parked Vehicle  [ ] Hit and Run
LP State: TX
LP Num.: 093B838
VIN: 1 J J V 5 3 2 W 6 X L 5 8 2 3 0 8

Veh. Year: 1 9 9 9
6 Veh. Color: WHI
Veh. Make: WABASH NATIONAL CORP
Veh. Model: NOT APPLICABLE
7 Body Style: TL
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:
DL/ID State:
DL/ID Num.:
9 DL Class:
10 CDL End.:
11 DL Rest.:
DOB (MM/DD/YYYY): / /

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: ALTON LOGISTICS LLC   117 MEADOW VIEW LN   ANNA   TX   75409

Proof of Fin. Resp.: [X] Yes [ ] No
[ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: WESCO
Fin. Resp. Num.: WMC1816266

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 4- BR-3
27 Vehicle Damage Rating 2: - -
Vehicle Inventoried [ ] Yes [X] No

Towed By: MILNER
Towed To: MILNER

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|-----------|-----------|----------|----------|----------------------------|-------------------------|
| 75 | 1 | PERSONAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|-----------|-----------|--------|-------------------------|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|--------------------------------------|--------------|-----------------|
| | | |
| | | |

## CMV

Unit 75   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☒ Yes ☐ No   28 Veh. Oper. 1   29 Carrier ID Type 1   Carrier ID Num. 02819533

Carrier's Corp. Name ALTON LOGISTICS LLC   Carrier's Primary Addr. 117 MEADOW VIEW LN   ANNA   TX 75409   30 Veh. Type 8

31 Bus Type 0   ☐ RGVW ☒ GVWR 5 1 2 0 0   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 76   ☐ RGVW ☒ GVWR 6 8 0 0 0   34 Trlr. Type 2   CMV Disabling Damage? ☒ Yes ☐ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☒ No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|--|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
✱=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Texas Department of Transportation

Page 77 of 149

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use |

| ★County Name | TARRANT | | ★City Name | FORT WORTH | | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. | TL | 1 Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | 2 Rdwy. Part | 1 | Block Num. 2500 | 3 Street Prefix | NE | Street Name 28TH | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 1000 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | | RRX Num. |

## VEHICLE, DRIVER & PERSONS

| Unit Num. 77 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. MDX5470 | VIN 3 G C P C R E C 4 J G 6 4 4 0 3 1 |

| Veh. Year | 2 0 1 8 | 6 Veh. Color BLK | Veh. Make CHEVROLET | | Veh. Model C1500 | 7 Body Style PK | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. ███ 371 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 1 0 / 2 1 / 1 9 9 4 |

| Address (Street, City, State, ZIP) | 2821 AIRPORT FWY #616 | BEDFORD | TX 76021 |

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WILLIAMS    CALEB    TITUS | A | 26 | W | M | 1 | 5 | 97 | N | 96 | | | | | |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | WILLIAMS    CALEB    TITUS 2821 AIRPORT FWY #616 | BEDFORD TX 76021 |

| Proof of Fin. Resp. | ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name PROGRESSIVE | Fin. Resp. Num. 916142088 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 12 - FR - 4 | 27 Vehicle Damage Rating 2 | 6 - FC - 4 | Vehicle Inventoried ☐ Yes ☒ No |

| Towed By | UNKNOWN | Towed To | UNKNOWN |

| Unit Num. 78 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. K069590 | VIN 1 F D 8 W 3 H 4 H E 7 3 4 9 9 |

| Veh. Year | 2 0 1 7 | 6 Veh. Color WHI | Veh. Make FORD | | Veh. Model F350 | 7 Body Style PK | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 99 | DL/ID State UN | DL/ID Num. | 9 DL Class 99 | 10 CDL End. 99 | 11 DL Rest. 99 | DOB (MM/DD/YYYY) __ / __ / ____ |

| Address (Street, City, State, ZIP) | UNKNOWN | UNKNOWN | UN UNK |

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN    UNKNOWN    UNK | 99 | | 99 | U | 1 | 99 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | MERCHANTS    AUTOMOTIVE    GROUP 1278 HOOKSETT RD | HOOKSETT TX 73106 |

| Proof of Fin. Resp. | ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name ACE PROPERTY | Fin. Resp. Num. H08470662 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 2 - FR - 2 | 27 Vehicle Damage Rating 2 | 12 - FC - 2 | Vehicle Inventoried ☐ Yes ☒ No |

| Towed By | DRIVEN BY OWNER | Towed To | HOME |

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/201B)

Case ID 210011068

TxDOT Crash ID

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 77 | 1 | PERSONAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| Unit Num. | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 3B Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.     MARTIN,K | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0  *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsns. **1 3 6**   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

Page **79** of **149**

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**   *Crash Time (24HRMM) **0 6 0 0**   Case ID **210011068**   Local Use

*County Name **TARRANT**   *City Name **FORT WORTH**   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys. **TL**   2 Hwy. Num. **35**   1 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   *Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/ Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. **79**   5 Unit Desc. **1**   [ ] Parked Vehicle   [ ] Hit and Run   LP State **TX**   LP Num. **KHZ4399**   VIN **K N A G M 4 A D X D 5 0 4 3 0 8 3**

Veh. Year **2 0 1 3**   6 Veh. Color **WHI**   Veh. Make **KIA**   Veh. Model **OPTIMA**   7 Body Style **P4**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **███253**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **A**   DOB (MM/DD/YYYY) **1 1 / 0 1 / 1 9 8 7**

Address (Street, City, State, ZIP) **10041 TULARE LN**   **FORT WORTH**   **TX** **76177**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ST PIERRE   JORDAN   JENAE | B | 33 | W | 2 | 1 | | 97 | N | 96 | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   **ST PIERRE   JORDAN   JENAE**   **10041 TULARE LN**   **FORT WORTH  TX  76177**

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **PROGRESSIVE**   Fin. Resp. Num. **911971051**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12- FD-3**   27 Vehicle Damage Rating 2 **6- RD-3**   Vehicle Inventoried [ ] Yes [X] No

Towed By **DRIVER**   Towed To **HOME**

Unit Num. **80**   5 Unit Desc. **1**   [ ] Parked Vehicle   [ ] Hit and Run   LP State **TX**   LP Num. **NPG1066**   VIN **3 C 6 3 R H L 2 L G 2 0 1 0 5 5**

Veh. Year **2 0 2 0**   6 Veh. Color **WHI**   Veh. Make **DODGE**   Veh. Model **RAM 3500**   7 Body Style **PK**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **███910**   9 DL Class **CM**   10 CDL End. **N**   11 DL Rest. **A**   DOB (MM/DD/YYYY) **0 4 / 2 0 / 1 9 6 4**

Address (Street, City, State, ZIP) **115 SIERRA TR**   **JUSTIN**   **TX** **76247**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KEY   TAB   ANTHONY | N | 56 | W | 1 | 1 | | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   **KEY   TAB   ANTHONY**   **115 SIERRA TR**   **JUSTIN  TX  76247**

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **PROGRESSIVE**   Fin. Resp. Num. **939764004**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **4- RBQ-5**   27 Vehicle Damage Rating 2 **6- RD-4**   Vehicle Inventoried [ ] Yes [X] No

Towed By **OWNER**   Towed To **HOME**

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | | TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 79 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | | 10,001+ L8S. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

Carrier's Corp. Name
Carrier's Primary Addr.
30 Veh. Type

31 Bus Type — RGVW / GVWR — HazMat Released Yes No — 32 HazMat Class Num. — HazMat ID Num. — 32 HazMat Class Num. — HazMat ID Num. — 33 Cargo Body Type

Unit Num. — RGVW / GVWR — 34 Trlr. Type — CMV Disabling Damage? Yes No — Unit Num. — RGVW / GVWR — 34 Trlr. Type — CMV Disabling Damage? Yes No

Sequence Of Events — 35 Seq. 1 — 35 Seq. 2 — 35 Seq. 3 — 35 Seq. 4 — Intermodal Shipping Container Permit Yes No — Actual Gross Weight — Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 | | |
| Invest. Comp. | Yes No | Investigator Name (Printed) | HARPER, G. | | MARTIN,K | | | ID Num. | 3380-3421 |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | | | | Service/ Region/DA | C E N T R L |

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8   Total Num. Prsns.: 1 3 6   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Texas Department of Transportation

Page: 81 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2/1 1/2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use

★County Name: TARRANT   ★City Name: FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL   ★Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix   ★Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No   1 Rdwy. Sys.: LR   Hwy.   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker   Street Desc.: HWY   RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num.: 81   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State: CO   LP Num.: VQQ208   VIN: J N 8 A Z 1 M W 6 D W 3 0 4 7 4 6

Veh. Year: 2 0 1 3   6 Veh. Color: SIL   Veh. Make: NISSAN   Veh. Model: MURANO   7 Body Style: SV   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: CO   DL/ID Num.: ▓789   9 DL Class: 98   10 CDL End.: 98   11 DL Rest.: 98   DOB (MM/DD/YYYY): 0 2/2 0/1 9 8 0

Address (Street, City, State, ZIP): 613 WINTER DR   EVERMAN   TX  76140

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DAVIS  JAHNATHAN | B | 40 | B | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: HIRZEL  DOMINIQUE  R   AURORA  CO  80016

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: UNKNOWN   Fin. Resp. Num.: FILED LATER

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1: 7 − BL-7   27 Vehicle Damage Rating 2: 12 − FD-6.   Vehicle Inventoried [ ] Yes [X] No

Towed By: MILNER TOWING   Towed To: MILNER TOWING

---

Unit Num.: 82   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State: TX   LP Num.: BJR0358   VIN: 5 F N R L 5 H 6 4 B B 0 6 4 0 1 7

Veh. Year: 2 0 1 1   6 Veh. Color: GRY   Veh. Make: HONDA   Veh. Model: ODYSSEY   7 Body Style: VN   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: ▓467   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 5/1 7/1 9 7 9

Address (Street, City, State, ZIP): 9709 FURMAN CT   FORT WORTH   TX  76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BERGMAN  GRETCHEN | B | 41 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: BERGMAN  GRETCHEN   9709 FURMAN CT   FORT WORTH  TX  76244

Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: USAA   Fin. Resp. Num.: 010079141 7105

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1: 6 − RD-7   27 Vehicle Damage Rating 2: 12 − FD-7   Vehicle Inventoried [ ] Yes [X] No

Towed By: MILNER TOWING   Towed To: MILNER TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 210011068 |
| TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 81 | 1 | LOCAL HOSPITAL | FAMILY | / / | |
| 82 | 1 | PERSONAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? | ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | | 30 Veh. Type | |
| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released | ☐ Yes ☐ No | HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type | |
| Unit Num. | ☐ RGVW ☐ GVWR | | 34 Trlr. Type | CMV Disabling Damage? | ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? | ☐ Yes ☐ No |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit | ☐ Yes ☐ No | Actual Gross Weight | | Total Num. Axles: | |

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | | ID Num. | 3380-3421 |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | | Service/Region/DA | C E N T R L |

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Texas Department of Transportation

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 83 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM) 0 6 0 0   Case ID 210011068   Local Use

★County Name TARRANT   ★City Name FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. TL | 2 Rdwy. Num. 35 | Block Part | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/ Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

## VEHICLE, DRIVER & PERSONS

| Unit Num. 83 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and run | LP State TX | LP Num. 2XD627 | VIN 3 A L X F B 0 0 4 G D H T 7 6 0 7 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 6 | 6 Veh. Color RED | Veh. Make FREIGHTLINER | Veh. Model UNKNOWN | 7 Body Style TT | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State OK | DL/ID Num. ▓▓▓731 | 9 DL Class 98 | 10 CDL End. 98 | 11 DL Rest. 98 | DOB (MM/DD/YYYY) 1 2 / 2 0 / 1 9 5 8 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) PO BOX 984   TUTTLE   OK   73089

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SHORT   DAVID   JAMES | N | 62 | W | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   WHB TRANSPORTATION L   PB BOX 725   TUTTLE   OK   73089

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name ACE AMERICA   Fin. Resp. Num. ISAH25311668

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   7-   LFQ- 4   27 Vehicle Damage Rating 2   -   Vehicle Inventoried [ ] Yes [X] No

Towed By DRIVEN BY DRIVER   Towed To HOME

| Unit Num. 84 | 5 Unit Desc. 6 | [ ] Parked Vehicle | [ ] Hit and run | LP State OK | LP Num. 1265LJ | VIN 1 G R A A 9 6 2 4 C B 7 0 7 4 5 4 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 2 | 6 Veh. Color RED | Veh. Make GREAT DANE TRAILERS | Veh. Model NOT APPLICABLE | 7-Body Style TL | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) / / |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   WHB TRANSPORTATION L   PO BOX 725   TUTTLE   OK   73089

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name ACE AMERICA   Fin. Resp. Num. ISAH25311668

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   6-   BL- 2   27 Vehicle Damage Rating 2   -   -   Vehicle Inventoried [ ] Yes [X] No

Towed By DRIVEN   Towed To DRIVER

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 84 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | 83 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☒ No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 01361989 |

| Carrier's Corp. Name | WHB TRANSPORTATION | Carrier's Primary Addr. | PO BOX 984 | TUTTLE | OK | 73089 | 30 Veh. Type 8 |

| 31 Bus Type 0 | ☐ RGVW ☒ GVWR | 5 0 0 0 0 | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 3 |

| Unit Num. 84 | ☐ RGVW ☒ GVWR | 6 8 0 0 0 | 34 Trlr. Type 2 | CMV Disabling Damage? ☐ Yes ☒ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☒ No | Actual Gross Weight | Total Num. Axles: |

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24Hr:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24Hr:MM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.     MARTIN,K | ID Num. 3380-3421 |

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L |

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsns. **1 3 6**   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page **85** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM) **0 6 0 0**   Case ID **210011068**   Local Use

★County Name **TARRANT**   ★City Name **FORT WORTH**   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  [X] Yes  [ ] No

Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **− 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **TL**   ★Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/ Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. **85**   5 Unit Desc. **1**   [ ] Parked Vehicle  [ ] Hit and Run   LP State **TX**   LP Num. **KWK0164**   VIN **K L 7 C J K S B 6 J B 5 5 9 5 6 1**

Veh. Year **2 0 1 8**   6 Veh. Color **WHI**   Veh. Make **CHEVROLET**   Veh. Model **TRAX**   7 Body Style **SV**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **99**   DL/ID State **UN**   DL/ID Num.   9 DL Class **99**   10 CDL End. **99**   11 DL Rest. **99**   DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | | 99 | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner  [ ] Lessee   Owner/Lessee Name & Address   **GARCIA      DAVID      LEE**   **10209 FOSSIL VALLEY DR**   **FORT WORTH** TX **76131**

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **GEICO**   Fin. Resp. Num. **4374768887**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **6- RD-7**   27 Vehicle Damage Rating 2 **12- FD-7**   Vehicle Inventoried [ ] Yes [X] No

Towed By **MILNER TOWING**   Towed To **MILNER TOWING**

---

Unit Num. **86**   5 Unit Desc. **1**   [ ] Parked Vehicle  [ ] Hit and Run   LP State **TX**   LP Num. **NVV4256**   VIN **5 N 1 A T 2 M N 5 G C 8 4 9 8 4 9 1**

Veh. Year **2 0 1 6**   6 Veh. Color **SIL**   Veh. Make **NISSAN**   Veh. Model **MURANO**   7 Body Style **SV**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. ▮▮▮**159**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **A**   DOB (MM/DD/YYYY) **0 6 / 1 9 / 1 9 9 3**

Address (Street, City, State, ZIP) **3820 VILLA FLORIA DR #2101**   **FORT WORTH** TX **76137**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | OLOFINKUA   OLUWAKEMI   B | B | 27 | B | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner  [ ] Lessee   Owner/Lessee Name & Address   **OLOFINKUA      OLUWAKEMI      B**   **3820 VILLA FLORIA DR #2101**   **FORT WORTH** TX **76137**

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **GEICO**   Fin. Resp. Num. **4542141652**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **6- RD-7**   27 Vehicle Damage Rating 2 **7- BL-7**   Vehicle Inventoried [ ] Yes [X] No

Towed By **MILNER TOWING**   Towed To **MILNER TOWING**

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 86 | 1 | MEDICAL CITY FW | MEDSTAR 56 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

| Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type |

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. | 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8   Total Num. Prsns.: 1 3 6   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Texas Department of Transportation

Page 87 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use

★County Name: TARRANT   ★City Name: FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL   ★1 Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix   ★Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/ Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker   Street Desc.: HWY   RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num.: 87   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State: TX   LP Num.: HPY0073   VIN: 3 G C P C R E C 6 G G 1 3 7 5 3 0

Veh. Year: 2 0 1 6   6 Veh. Color: SIL   Veh. Make: CHEVROLET   Veh. Model: C1500   7 Body Style: PK   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: ███516   9 DL Class: A   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 2 / 1 5 / 1 9 6 2

Address (Street, City, State, ZIP): 5013 MARBLE FALLS RD   FORT WORTH   TX   76103

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MILLS    TIMOTHY    SCOTT | B | 58 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: WARD TIMBER LTD  1154 HWY 155W   LINDEN   TX   75563

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: PROGRESSIVE   Fin. Resp. Num.: 908406953

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 10 − LBQ − 7   27 Vehicle Damage Rating 2: − −   Vehicle Inventoried [ ] Yes [X] No

Towed By: EDDS TOWING   Towed To: EDDS TOWING

---

Unit Num.: 88   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State: TX   LP Num.: MLH1465   VIN: 4 T 1 B 2 1 H K 8 K U 5 1 3 6 0 2

Veh. Year: 2 0 1 9   6 Veh. Color: BLK   Veh. Make: TOYOTA   Veh. Model: CAMRY   7 Body Style: P4   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 99   DL/ID State: UN   DL/ID Num.:   9 DL Class: 99   10 CDL End.: 99   11 DL Rest.: 99   DOB (MM/DD/YYYY): / /

Address (Street, City, State, ZIP): UNKNOWN   UNKNOWN   UN   UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN    UNKNOWN    UNK | 99 | | 99 | 99 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: LEASE PLAN USA INC  1165 SANCTUARY PKWY #1   ALPHARETTA   GA   30009

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: SENTRY   Fin. Resp. Num.: 90159150300

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 3 − RP − 7   27 Vehicle Damage Rating 2: 9 − LFQ − 7   Vehicle Inventoried [ ] Yes [X] No

Towed By: BEARDS TOWING   Towed To: BEARDS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 88 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 87 | 1 | PERSONAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? | Yes No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name
Carrier's Primary Addr.
30 Veh. Type

| 31 Bus Type | RGVW GVWR | HazMat Released | Yes No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | RGVW GVWR | 34 Trlr. Type | CMV Disabling Damage? | Yes No | Unit Num. | RGVW GVWR | 34 Trlr. Type | CMV Disabling Damage? | Yes No |
|---|---|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit | Yes No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 | | |
|---|---|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.   MARTIN,K | ID Num. | 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 1 2 0 0 | Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsns. **1 3 6**   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
✳=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page **89** of **149**

## IDENTIFICATION & LOCATION

✳ Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**   ✳ Crash Time (24HRMM) **0 6 0 0**   Case ID **210011068**   Local Use

✳ County Name **TARRANT**   ✳ City Name **FORT WORTH**   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **− 0 9 7 . 3 2 2 7 7**

**ROAD ON WHICH CRASH OCCURRED**
✳ 1 Rdwy. Sys. **TL**   ✳ Hwy. Num. **35**   Rdwy. Part **1**   3 Block Num. **2600**   3 Street Prefix   ✳ Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/Toll Lane   Speed Limit   Const. Zone ☒ No   Workers Present ☒ Yes ☐ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**
At Int. ☐ Yes ☒ No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. **89**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **LYT4887**   VIN **2 T 2 Z M C A J C 0 9 1 7 1 8 1**

Veh. Year **2 0 1 8**   6 Veh. Color **BLU**   Veh. Make **LEXUS**   Veh. Model **RX 350**   7 Body Style **SV**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. ▮▮▮**969**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **1 2 / 2 2 / 1 9 8 5**

Address (Street, City, State, ZIP) **2148 BIGGS ST**   **FORT WORTH**   **TX 76177**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FILBERT   ASTYN   MARIE | B | 35 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **FILBERT   ASTYN   MARIE   2148 BIGGS ST   FORT WORTH TX 76177**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **GEICO**   Fin. Resp. Num. **4459868578**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **4− RD−7**   27 Vehicle Damage Rating 2 **9− LD−7**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **MILNER TOWING**   Towed To **MILNER TOWING**

Unit Num. **90**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **FMS2046**   VIN **1 F T 7 W 2 B T 5 F E C 7 9 1 2 0**

Veh. Year **2 0 1 5**   6 Veh. Color **BRO**   Veh. Make **FORD**   Veh. Model **F250**   7 Body Style **PK**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. ▮▮▮**803**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **A**   DOB (MM/DD/YYYY) **0 4 / 1 7 / 1 9 9 1**

Address (Street, City, State, ZIP) **2529 FOREST PARK BL**   **FORT WORTH**   **TX 76110**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | YATES   BARRETT   CODY | B | 29 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **YATES   MELISSA   10 BRITTANY LN   ODESSA TX 79761**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **ALLSTATE**   Fin. Resp. Num. **638277174**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **9− LP−7**   27 Vehicle Damage Rating 2 **12− FD−5**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **ABC WRECKER**   Towed To **ABC WRECKER**

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 89 | 1 | LOCAL DR | SELF | / / | |
| 90 | 1 | PERSONAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | | 9+ CAPACITY | CMV Disabling Damage? | Yes No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name     Carrier's Primary Addr.     30 Veh. Type

| 31 Bus Type | RGVW GVWR | HazMat Released | Yes No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | RGVW GVWR | 34 Trlr. Type | CMV Disabling Damage? | Yes No | Unit Num. | RGVW GVWR | 34 Trlr. Type | CMV Disabling Damage? | Yes No |
|---|---|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit | Yes No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN, K | ID Num. 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

Page 91 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. | TL | ★Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block-Num. | 2600 | 3 Street Prefix | | ★Street Name | | 4 Street Suffix | |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☒ Toll Road/ Toll Lane
Speed Limit:
Const. Zone ☐ Yes ☒ No
Workers Present ☐ Yes ☒ No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No
1 Rdwy. Sys. LR
Hwy. Num.
2 Rdwy. Part 1
Block Num. 2500
3 Street Prefix NE
Street Name 28TH
4 Street Suffix ST

Distance from Int. or Ref. Marker 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker S
Reference Marker
Street Desc. HWY
RRX Num.

**VEHICLE, DRIVER & PERSONS**

Unit Num. 91
5 Unit Desc. 1
☐ Parked Vehicle
☐ Hit and Run
LP State AR
LP Num. K810553
VIN 1 F U J H D R 5 K L K R 9 4 3 5

Veh. Year 2 0 1 9
6 Veh. Color GRY
Veh. Make FREIGHTLINER
Veh. Model CASCADIA 125
7 Body Style TT
Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type 1
DL/ID State MX
DL/ID Num. ███████ 175
9 DL Class 98
10 CDL End. 98
11 DL Rest. 98
DOB (MM/DD/YYYY) 0 4 / 0 2 / 1 9 8 9

Address (Street, City, State, ZIP): 6 DE NOVIEMBRE 212    6000 NL 6000    MX NL6000

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ZUIGA-GUEVARA VICTOR ROGELIO | C | 31 | H | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 3 | PATINO PEDRO | C | 43 | H | 1 | 1 | 1 | 97 | N | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: RICH TRANSPORT LLC  6011 SCOTT HAMMILTON DR    LITTLE ROCK  AR  72209

Proof of Fin. Resp. ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name UNITED SPECIALTY INS CO
Fin. Resp. Num. EEXBRS0010

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1    5- RBQ- 3
27 Vehicle Damage Rating 2    -    -
Vehicle Inventoried ☐ Yes ☒ No

Towed By: BEARDS TOWING
Towed To: RICH TRANSPORT 4444 IRVING BLVD

---

Unit Num. 92
5 Unit Desc. 6
☐ Parked Vehicle
☐ Hit and Run
LP State OK
LP Num. 1880LT
VIN 3 H 3 V 5 3 2 C 9 G T 3 6 1 0 6 4

Veh. Year 2 0 1 6
6 Veh. Color WHI
Veh. Make HYUNDAI STEEL INDUSTRIES
Veh. Model NOT APPLICABLE
7 Body Style TL
Pol., Fire, EMS on Emergency (Explain in Veh Narrative if checked) ☐

8 DL/ID Type
DL/ID State
DL/ID Num.
9 DL Class
10 CDL End.
11 DL Rest.
DOB (MM/DD/YYYY) / /

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: RICH TRANSPORT LLC  6011 SCOTT HAMMILTON DR    LITTLE ROCK  AR  72209

Proof of Fin. Resp. ☒ Yes ☐ No
☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name UNITED SPECIALTY INS
Fin. Resp. Num. EEXBRS0010

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1    11- LFQ- 2
27 Vehicle Damage Rating 2    -    -
Vehicle Inventoried ☐ Yes ☒ No

Towed By: BEARDS TOWING
Towed To: RICH TRANSPORT 4444 IRVING BL

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID 210011068
TxDOT Crash ID

Page 92 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 91 | 1 | LOCAL DR | SELF | / / | |
| 91 | 2 | LOCAL DR | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. 91   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☐ Yes ☒ No   28 Veh. Oper. 1   29 Carrier ID Type 1   Carrier ID Num. 00305789

Carrier's Corp. Name RICH TRANSPORT LLC   Carrier's Primary Addr. 6011 SCOTT HAMILTON DR   LITTLE ROCK   RI   72209   30 Veh. Type 8

31 Bus Type 0   ☐ RGVW ☒ GVWR 5 2 3 5 0 0   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 92   ☐ RGVW ☒ GVWR 6 8 0 0 0 0   34 Trlr. Type 2   CMV Disabling Damage? ☒ Yes ☐ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☒ No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HRMM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8   Total Num. Prsns.: 1 3 6   TxDOT Crash ID

### Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
✶=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 93 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use

★County Name: TARRANT   ★City Name: FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL   ★Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num. 2600   3 Street Prefix   ★Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/ Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No   1 Rdwy. Sys.: LR   Hwy.   2 Rdwy. Part: 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from int. or Ref. Marker: 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker   Street Desc. HWY   RRX Num.

**VEHICLE, DRIVER & PERSONS**

Unit Num.93   5 Unit Desc.: 1   [ ] Parked Vehicle  [ ] Hit and Run   LP State TX   LP Num. FKK3682   VIN 4 T 1 B F 3 2 K 1 3 U 5 4 8 7 1 8

Veh. Year 2 0 0 3   6 Veh. Color SIL   Veh. Make TOYOTA   Veh. Model CAMRY   7 Body Style P4   Pol., Fire, EMS on [ ] Emergency (Explain in Narrative if checked)

8 DL/ID Type 99   DL/ID State UN   DL/ID Num.   9 DL Class 99   10 CDL End. 99   11 DL Rest.99   DOB (MM/DD/YYYY): _ _ / _ _ / _ _ _ _

Address (Street, City, State, ZIP): UNKNOWN   UNKNOWN   UN   UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN   UNKNOWN   UNK | 99 | | 99 | 99 | 1 | 1 | 97 | N | 96 | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: RODRIGUEZ   ANGELICA   MARIA   7900 GROUSE DR   FORT WORTH  TX  76137

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name STATE FARM   Fin. Resp. Num. 441 6655-L17-43 001

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1: 6⁻  FD⁻7   27 Vehicle Damage Rating 2: 12⁻  RD⁻7   Vehicle Inventoried [ ] Yes [X] No

Towed By BIVINS TOWING   Towed To BIVINS TOWING

---

Unit Num.94   5 Unit Desc.: 1   [ ] Parked Vehicle  [ ] Hit and Run   LP State TX   LP Num. MZN8398   VIN J T J H G K F A 4 L 2 0 1 2 3 9 3

Veh. Year 2 0 2 0   6 Veh. Color BLK   Veh. Make LEXUS   Veh. Model RX SERIES   7 Body Style SV   Pol., Fire, EMS on [ ] Emergency (Explain in Narrative if checked)

8 DL/ID Type 99   DL/ID State UN   DL/ID Num.   9 DL Class 99   10 CDL End. 99   11 DL Rest.99   DOB (MM/DD/YYYY): _ _ / _ _ / _ _ _ _

Address (Street, City, State, ZIP): UNKNOWN   UNKNOWN   UN   UNKN

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 99 | UNKNOWN   UNKNOWN   UNK | 99 | | 99 | 99 | 99 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: OKEREKE   EVANGELYN   C   9809 BROILES LN   FORT WORTH  TX  76244

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name LIBERTY   Fin. Resp. Num. Y8980652

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1: 6⁻  RD⁻7   27 Vehicle Damage Rating 2: 12⁻  FD⁻7   Vehicle Inventoried [ ] Yes [X] No

Towed By TEXAS TOWING   Towed To TEXAS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | | Page 94 of 149 |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | | 30 Veh. Type |
|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name:          Carrier's Primary Addr.:

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

**FACTORS & CONDITIONS**

Environmental and Roadway Conditions

| 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing / May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.      MARTIN,K | ID Num. | 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 95 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1  ★Crash Time (24HRMM): 0 6 0 0  Case ID: 210011068  Local Use

★County Name: TARRANT  ★City Name: FORT WORTH  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No  Latitude (decimal degrees): 3 2 . 7 9 5 1 3  Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL  ★1 Hwy. Num.: 35  2 Rdwy. Part: 1  Block Num.: 2600  3 Street Prefix  ★Street Name  4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [X] Toll Road/Toll Lane  Speed Limit  Const. Zone [ ] Yes [X] No  Workers Present [ ] Yes [X] No  Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No  1 Rdwy. Sys.: LR  Hwy. Num.  2 Rdwy. Part: 1  Block Num.: 2500  3 Street Prefix: NE  Street Name: 28TH  4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  [X] FT [ ] MI  3 Dir. from Int. or Ref. Marker: S  Reference Marker  Street Desc.: HWY  RRX Num.

**VEHICLE, DRIVER & PERSONS**

Unit Num.: 95  5 Unit Desc.: 1  [ ] Parked Vehicle  [ ] Hit and Run  LP State: TX  LP Num.: FTX0652  VIN: Y V 1 4 0 M F C 4 F 1 3 1 8 8 7 3

Veh. Year: 2 0 1 5  6 Veh. Color: WHI  Veh. Make: VOLVO  Veh. Model: S60  7 Body Style: P4  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: ███378  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: A  DOB (MM/DD/YYYY): 0 6 / 1 5 / 1 9 7 8

Address (Street, City, State, ZIP): 1301 VANDERBILT   KELLER   TX 76262

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BROCHU   JOANNA   GRABBE | B | 42 | W | 2 | 1 | 5 | 97 | N | 96 | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address: BROCHU   JOANNA   GRABBE   1301 VANDERBILT   KELLER   TX 76262

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: STATE FARM  Fin. Resp. Num.: 410 9844-A20-43 002

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1: 5− RD−6  27 Vehicle Damage Rating 2: 12− FD−5  Vehicle Inventoried [ ] Yes [X] No

Towed By: TEXAS TOWING  Towed To: TEXAS TOWING

Unit Num.: 96  5 Unit Desc.: 1  [ ] Parked Vehicle  [ ] Hit and Run  LP State: TX  LP Num.: CA68173  VIN: 1 C 6 R D 6 L T X C S 1 9 4 1 8 4

Veh. Year: 2 0 1 2  6 Veh. Color: BLU  Veh. Make: DODGE  Veh. Model: RAM 1500  7 Body Style: PK  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: ███776  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: A  DOB (MM/DD/YYYY): 0 9 / 1 8 / 1 9 8 7

Address (Street, City, State, ZIP): 6801 WOODED CT   MANSFIELD   TX 76063

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HARDAWAY   KRIS | B | 33 | W | 1 | 1 | 2 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address: HARDAWAY   KRIS   6801 WOODED CT   MANSFIELD   TX 76063

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: STATE FARM  Fin. Resp. Num.: 384 1546-A27-43B 001

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1: 12− FD−7  27 Vehicle Damage Rating 2: 3− RP−5  Vehicle Inventoried [ ] Yes [X] No

Towed By: TEXAS TOWING  Towed To: TEXAS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 96 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 95 | 1 | JOHN PETER SMITH | AMA | / / | |
| 96 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
| 31 Bus Type | RGVW GVWR | HazMat Released Yes No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | RGVW GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes No | Unit Num. | RGVW GVWR | | 34 Trlr. Type | CMV Disabling Damage? Yes No |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit Yes No | Actual Gross Weight | | Total Num. Axles: |

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|
| Invest. Comp. | Yes X No | Investigator Name (Printed) HARPER, G. | | MARTIN,K | | | ID Num. 3380-3421 |
| ORI Num. | T X 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | | | | | Service/ Region/DA C E N T R L |

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL   [X] CMV   [ ] SCHOOL BUS   [ ] MAB   [ ] SUPPLEMENT   [ ] ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsns. **1 3 6**   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page **97** of **149**

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DDYYYY) **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM) **0 6 0 0**   Case ID **210011068**   Local Use

★County Name **TARRANT**   ★City Name **FORT WORTH**   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **TL**   ★1 Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/ Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. **97**   5 Unit Desc. **1**   [ ] Parked Vehicle   [ ] Hit and Run   LP State **TX**   LP Num. **PBJ9184**   VIN **1 C 4 B J W D G 6 G L 1 3 7 1 5 8**

Veh. Year **2 0 1 6**   6 Veh. Color **BLK**   Veh. Make **JEEP**   Veh. Model **WRANGLER**   7 Body Style **SV**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. ███**433**   9 DL Class **B**   10 CDL End. **P**   11 DL Rest. **EM**   DOB (MM/DD/YYYY) **0 6 / 2 3 / 1 9 9 5**

Address (Street, City, State, ZIP) **3829 ALDERSYDE DR**   **FORT WORTH**   **TX**   **76244**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Rest. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | BURRIS    STEVEN    KELLY | N | 25 | W | 1 | 1 | | 97 | N | 96 | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address **BURRIS    STEVEN    KELLY**   **3829 ALDERSYDE DR**   **FORT WORTH TX   76244**

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **PROGRESSIVE**   Fin. Resp. Num. **940374812**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **–**   27 Vehicle Damage Rating 2 **–**   Vehicle Inventoried [ ] Yes [X] No

Towed By **DRIVEN BY OWNER**   Towed To **HOME**

---

Unit Num. **98**   5 Unit Desc. **1**   [ ] Parked Vehicle   [ ] Hit and Run   LP State **TX**   LP Num. **KNZ2341**   VIN **5 T E T U 4 G N 8 A Z 6 9 0 3 3 4**

Veh. Year **2 0 1 0**   6 Veh. Color **BLU**   Veh. Make **TOYOTA**   Veh. Model **TACOMA**   7 Body Style **PK**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. ███**323**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 7 / 3 0 / 1 9 8 6**

Address (Street, City, State, ZIP) **2541 DAHLIA DR**   **FORT WORTH**   **TX**   **76123**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Rest. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | GARDNER    HEATHER    AMANDA | B | 34 | W | 1 | | | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address **BARTHA    CLARA    ANNE**   **2541 DAHLIA DR**   **FORT WORTH TX   76123**

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **STATE FARM**   Fin. Resp. Num. **313 7939-K24-43D 002**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **6– RD–4**   27 Vehicle Damage Rating 2 **12– FD–4**   Vehicle Inventoried [ ] Yes [X] No

Towed By **LONESTAR TOWING**   Towed To **LONESTAR TOWING**

Law Enforcement and TxDOT Use ONLY.
Form CR-3      (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 98 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: . |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.    MARTIN,K | | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: **1 4 8**   Total Num. Prsns.: **1 3 6**   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Texas Department of Transportation

Page **99** of **149**

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM): **0 6 0 0**   Case ID: **210011068**   Local Use

★County Name: **TARRANT**   ★City Name: **FORT WORTH**   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees): **3 2 . 7 9 5 1 3**   Longitude (decimal degrees): **— 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: **TL**   2 Rdwy. Num.: **35**   Block Num.: **2600**   3 Street Prefix:   ★Street Name:   4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/Toll Lane   Speed Limit:   Const. Zone: [ ] Yes [X] No   Workers Present: [ ] Yes [X] No   Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: [ ] Yes [X] No   1 Rdwy. Sys.: **LR**   Hwy. Num.:   2 Rdwy. Part: **1**   Block Num.: **2500**   3 Street Prefix: **NE**   Street Name: **28TH**   4 Street Suffix: **ST**

Distance from Int. or Ref. Marker: **1000**   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: **S**   Reference Marker:   Street Desc.: **HWY**   RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num. **99**   5 Unit Desc.: **1**   [ ] Parked Vehicle   [ ] Hit and Run   LP State: **TX**   LP Num.: **1M94928**   VIN: **2 X K H A J 7 X 8 M M 4 6 0 5 6 2**

Veh. Year: **2 0 2 0**   6 Veh. Color: **RED**   Veh. Make: **KENWORTH**   Veh. Model: **UNKNOWN**   7 Body Style: **TT**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: **1**   DL/ID State: **TX**   DL/ID Num.: **▇▇▇930**   9 DL Class: **A**   10 CDL End.: **HNT**   11 DL Rest.: **P27**   DOB (MM/DD/YYYY): **0 2 / 2 3 / 1 9 9 6**

Address (Street, City, State, ZIP): **3936 LONGMEADOW WAY**   **FORT WORTH**   **TX**   **76133**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | RUVALCABA   CARLOS | N | 24 | H | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: **COCA COLA   BEVERAGES LLC**   **3400 FOSSIL CREEK BLVD**   **FORT WORTH   TX   76137**

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: **1**   Fin. Resp. Name: **BEECHER CARLSON INS**   Fin. Resp. Num.: **404-460-1401**

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: **-**   27 Vehicle Damage Rating 2: **-**   Vehicle Inventoried: [ ] Yes [X] No

Towed By: **DRIVEN BY DRIVER**   Towed To: **COMPANY LOT**

---

Unit Num. **100**   5 Unit Desc.: **6**   [ ] Parked Vehicle   [ ] Hit and Run   LP State: **TX**   LP Num.: **202452**   VIN: **2 M N 0 1 J A L 1 6 1 0 0 8 6 1 6**

Veh. Year: **2 0 0 6**   6 Veh. Color: **RED**   Veh. Make: **TRAILMOBILE**   Veh. Model: **NOT APPLICABLE**   7 Body Style: **TL**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:   DL/ID State:   DL/ID Num.:   9 DL Class:   10 CDL End.:   11 DL Rest.:   DOB (MM/DD/YYYY): _/_/_

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: **COCA COLA   BEVERAGES LL**   **3400 FOSSIL CREEK BLVD**   **FORT WORTH   TX   76137**

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: **1**   Fin. Resp. Name: **BEECHER CARLSON**   Fin. Resp. Num.: **404-460-1401**

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: **-**   27 Vehicle Damage Rating 2: **-**   Vehicle Inventoried: [ ] Yes [X] No

Towed By: **DRIVEN AWAY**   Towed To: **COMPANY LOT**

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 100 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

Unit Num. 99   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☐ Yes ☒ No   28 Veh. Oper. 2   29 Carrier ID Type 1   Carrier ID Num. 02977752

Carrier's Corp. Name  COCA COLA BEVERAGES LL   Carrier's Primary Addr. 3400 FOSSIL CREEK   FORT WORTH TX 76137   30 Veh. Type 8

31 Bus Type 0   ☒ RGVW ☐ GVWR 3 3 0 0 0   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 100   ☒ RGVW ☐ GVWR 1 2 1 0 0   34 Trlr. Type 2   CMV Disabling Damage? ☐ Yes ☒ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq. 1 98   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☒ No   Actual Gross Weight   Total Num. Axles:

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 6 2 0   How Notified DISPATCH   Time Arrived (24HR:MM) 0 6 4 0   Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) HARPER, G.   MARTIN,K   ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

### Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 101 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1  ★Crash Time (24HRMM): 0 6 0 0  Case ID: 210011068  Local Use:

★County Name: TARRANT  ★City Name: FORT WORTH  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No  Latitude (decimal degrees): 3 2 . 7 9 5 1 3  Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL  ★Hwy. Num.: 35  2 Rdwy. Part: 1  Block Num.: 2600  3 Street Prefix:  ★Street Name:  4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [X] Toll Road/Toll Lane  Speed Limit:  Const. Zone [ ] Yes [X] No  Workers Present [ ] Yes [X] No  Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No  1 Rdwy. Sys.: LR  Hwy.:  2 Rdwy. Part: 1  Block Num.: 2500  3 Street Prefix: NE  Street Name: 28TH  4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  [X] FT [ ] MI  3 Dir. from Int. or Ref. Marker: S  Reference Marker:  Street Desc.: HWY  RRX Num.:

**VEHICLE, DRIVER, & PERSONS**

Unit Num.: 101  5 Unit Desc.: 1  [ ] Parked Vehicle  [ ] Hit and Run  LP State: TX  LP Num.: NNZ5465  VIN: 1 F M S K 7 D H L L G A 1 4 1 6 7

Veh. Year: 2 0 2 0  6 Veh. Color: GRY  Veh. Make: FORD  Veh. Model: EXPLORER  7 Body Style: SV  Pol., Fire, EMS on Emergency (Explain in Narrative if checked): [ ]

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: ███ 225  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: A  DOB (MM/DD/YYYY): 0 2 / 2 8 / 1 9 8 2

Address (Street, City, State, ZIP): 10324 BURTRUM DR  FORT WORTH  TX  76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CHILDRESS   ANGELA   M | B | 38 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address: CHILDRESS   ANGELA   M  10324 BURTRUM DR  FORT WORTH  TX  76177

Proof of Fin. Resp. [X] Yes [ ] No  26 Fin. Resp. Type: 1  [ ] Expired [ ] Exempt  Fin. Resp. Name: LIBERTY COUNTY  Fin. Resp. Num.: Y9089604

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 12− FD−6  27 Vehicle Damage Rating 2: 6− RD−5  Vehicle Inventoried [ ] Yes [X] No

Towed By: BIVINS  Towed To: BIVINS TOWING

Unit Num.: 102  5 Unit Desc.: 1  [ ] Parked Vehicle  [ ] Hit and Run  LP State: TX  LP Num.: GXC1444  VIN: 4 S 4 B S B L C 9 G 3 2 8 5 4 5 2

Veh. Year: 2 0 1 6  6 Veh. Color: WHI  Veh. Make: SUBARU  Veh. Model: OUTBACK  7 Body Style: P4  Pol., Fire, EMS on Emergency (Explain in Narrative if checked): [ ]

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: ███ 122  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: 96  DOB (MM/DD/YYYY): 0 7 / 0 7 / 1 9 8 0

Address (Street, City, State, ZIP): 4813 STETSON DR S  FORT WORTH  TX  76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DOYLE   SARAH   KATHERINE | C | 40 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address: DOYLE   WILLIAM  4813 STETSON DR S  FORT WORTH  TX  76244

Proof of Fin. Resp. [X] Yes [ ] No  26 Fin. Resp. Type: 1  [ ] Expired [ ] Exempt  Fin. Resp. Name: USAA  Fin. Resp. Num.: 011359408 7101

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 3− RP−7  27 Vehicle Damage Rating 2: 6− BR−7  Vehicle Inventoried [ ] Yes [X] No

Towed By: TEXAS TOWING  Towed To: TEXAS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 102 of 149

| Case ID | 210011068 | TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 101 | 1 | LOCAL HOSP | SELF | / / | |
| 102 | 1 | LOCAL HOSP | MEDSTAR 65 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | □ 10,001+ LBS. | □ TRANSPORTING HAZARDOUS MATERIAL | □ 9+ CAPACITY | CMV Disabling Damage? □ Yes □ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name

Carrier's Primary Addr.

30 Veh. Type

| 31 Bus Type | □ RGVW □ GVWR | HazMat Released □ Yes □ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | □ RGVW □ GVWR | 34 Trlr. Type | CMV Disabling Damage? □ Yes □ No | Unit Num. | □ RGVW □ GVWR | 34 Trlr. Type | CMV Disabling Damage? □ Yes □ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit □ Yes □ No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering. Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |

Invest. Comp. ☒ Yes □ No   Investigator Name (Printed) HARPER, G.        MARTIN,K     ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT     Service/Region/DA  C E N T R L

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsns. **1 3 6**   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page **103** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM) **0 6 0 0**   Case ID **210011068**   Local Use

★County Name **TARRANT**   ★City Name **FORT WORTH**   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. **TL**   ★Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/ Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [X] Yes [ ] No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

### Vehicle 103

Unit Num. **103**   5 Unit Desc. **1**   [ ] Parked Vehicle   [ ] Hit and Run   LP State **TX**   LP Num. **NFX6985**   VIN **1 C 4 H J X F N 1 J W 1 9 5 8 5 8**

Veh. Year **2 0 1 8**   6 Veh. Color **RED**   Veh. Make **JEEP**   Veh. Model **WRANGLER**   7 Body Style **SV**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. ▮▮▮ **156**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 4 / 0 5 / 1 9 8 6**

Address (Street, City, State, ZIP) **721 SALIDA RD**   **HASLET**   TX **76052**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | REYNOLDS  MEGAN  RENEE | B | 34 | W | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   **REYNOLDS  MEGAN  RENEE**   **721 SALIDA RD**   **HASLET**   TX **76052**

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **HOME STATE COUNTY MUTUAL**   Fin. Resp. Num. **1000464830**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **11 - FL - 7**   27 Vehicle Damage Rating 2 **- -**   Vehicle Inventoried [ ] Yes [X] No

Towed By **MILNER**   Towed To **MILNER TOWING**

### Vehicle 104

Unit Num. **104**   5 Unit Desc. **1**   [ ] Parked Vehicle   [ ] Hit and Run   LP State **TX**   LP Num. **KTW9354**   VIN **1 9 X F C 2 E 5 4 J E 0 1 3 7 3 3**

Veh. Year **2 0 1 8**   6 Veh. Color **BLU**   Veh. Make **HONDA**   Veh. Model **CIVIC**   7 Body Style **P4**   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. ▮▮▮ **001**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **A**   DOB (MM/DD/YYYY) **1 2 / 1 4 / 1 9 9 6**

Address (Street, City, State, ZIP) **12108 MALONE RD**   **NEWARD**   TX **76071**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SOSA  JONESSA  VALEEN | B | 24 | A | 2 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address   **MEDO  FRANKIE**   **12108 MALONE RD**   **NEWARD**   TX **76071**

Proof of Fin. Resp. [ ] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **USAA**   Fin. Resp. Num. **016468131 7105**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12 - FD - 7**   27 Vehicle Damage Rating 2 **3 - RBQ - 5**   Vehicle Inventoried [ ] Yes [X] No

Towed By **TEXAS TOWING**   Towed To **TEXAS TOWING**

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | | Page 104 of 149 |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 103 | 1 | LOCAL HOSP | SELF | / / | |
| 104 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | | 33 Cargo Body Type |
| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: | |

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|
| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | | MARTIN,K | | ID Num. | 3380-3421 |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | | Service/ Region/DA | C E N T R L |

Law Enforcement and TxDOT Use ONLY
- [X] FATAL
- [X] CMV
- [ ] SCHOOL BUS
- [ ] RAILROAD
- [ ] MAB
- [ ] SUPPLEMENT
- [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8
Total Num. Prsns.: 1 3 6
TxDOT Crash ID:

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page 105 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
- [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?
- [X] Yes
- [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL
★Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
★Street Name:
4 Street Suffix:

- [ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
- [X] Toll Road/Toll Lane
Speed Limit:
Const. Zone: [ ] Yes [X] No
Workers Present: [ ] Yes [X] No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
[X] FT [ ] MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

**VEHICLE, DRIVER & PERSONS**

Unit Num.: 105
5 Unit Desc.: 1
- [ ] Parked Vehicle
- [ ] Hit and Run
LP State: IN
LP Num.: 3041184
VIN: 3 A K J G L D R 9 H S H P 1 3 3 5

Veh. Year: 2 0 1 7
6 Veh. Color: GRY
Veh. Make: FREIGHTLINER
Veh. Model: UNKNOWN
7 Body Style: TT
- [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 2
DL/ID State: OK
DL/ID Num.: ███ 821
9 DL Class: 98
10 CDL End.: 98
11 DL Rest.: 98
DOB (MM/DD/YYYY): 0 4 / 2 3 / 1 9 7 0

Address (Street, City, State, ZIP): 102 CONISER AVE #1   POTEAU   OK 74953

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HOWARD   JOHN   MICHAEL | N | 50 | W | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [X] Owner
- [ ] Lessee
Owner/Lessee Name & Address: HOWARD   JOHN   MICHAEL   102 CONISER AVE #1   POTEAU   OK 74953−

Proof of Fin. Resp.: [X] Yes [ ] No
26 Fin. Resp. Type: 1
- [ ] Expired
- [ ] Exempt
Fin. Resp. Name: OLD REPUBLIC INS
Fin. Resp. Num.: MWTT314656

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12−   FD−2
27 Vehicle Damage Rating 2: −   −
Vehicle Inventoried: [ ] Yes [X] No

Towed By: BEARDS TOWING
Towed To: 4400 E LOOP 820 S

Unit Num.: 106
5 Unit Desc.: 6
- [ ] Parked Vehicle
- [ ] Hit and Run
LP State: TN
LP Num.: U853377
VIN: 1 G R D M 0 3 2 6 K H 1 3 5 4 9 5

Veh. Year: 2 0 1 9
6 Veh. Color: BLK
Veh. Make: GREAT DANE TRAILERS
Veh. Model: NOT APPLICABLE
7 Body Style: TL
- [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:
DL/ID State:
DL/ID Num.:
9 DL Class:
10 CDL End.:
11 DL Rest.:
DOB (MM/DD/YYYY): / /

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [X] Owner
- [ ] Lessee
Owner/Lessee Name & Address: HOWARD   JOHN   102 CONISER AVE #1   POTEAU   OK 74953

Proof of Fin. Resp.: [X] Yes [ ] No
26 Fin. Resp. Type: 1
- [ ] Expired
- [ ] Exempt
Fin. Resp. Name: OLD REPUBLIC INS
Fin. Resp. Num.: MWTT314656

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: −   −
27 Vehicle Damage Rating 2: −   −
Vehicle Inventoried: [ ] Yes [X] No

Towed By: BEARDS TOWING
Towed To: BEARDS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Page 106 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | 105 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 00154712 | |
|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name MERCER TRANSPORTATION    Carrier's Primary Addr. 1128 W MAIN ST    LOUISVILLE  KY  40232    30 Veh. Type 8

| 31 Bus Type 0 | ☐ RGVW ☒ GVWR 5,2,0,0,0 | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 5 |
|---|---|---|---|---|---|---|---|

| Unit Num. 106 | ☐ RGVW ☒ GVWR 6,9,0,0,0 | 34 Trlr. Type 2 | CMV Disabling Damage? ☐ Yes ☒ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☒ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.    MARTIN,K | ID Num. 3380-3421 |
|---|---|---|

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L |
|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 107 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM) 0 6 0 0
Case ID 210011068
Local Use

★County Name TARRANT
★City Name FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees) 3 2 . 7 9 5 1 3
Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. TL
2 Hwy. Num. 35
2 Rdwy. Part 1
Block Num. 2600
3 Street Prefix
★Street Name
4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[X] Toll Road/ Toll Lane
Speed Limit
Const. Zone [ ] Yes [X] No
Workers Present [X] Yes [ ] No
Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No
1 Rdwy. Sys. LR
Hwy. Num.
2 Rdwy. Part 1
Block Num. 2500
3 Street Prefix NE
Street Name 28TH
4 Street Suffix ST

Distance from Int. or Ref. Marker 1000
[X] FT [ ] MI
3 Dir. from Int. or Ref. Marker S
Reference Marker
Street Desc. HWY
RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. 107
5 Unit Desc. 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State TX
LP Num. JWN8147
VIN 1 C 4 R J E A G 3 H C 9 1 6 3 7 2

Veh. Year 2 0 1 7
6 Veh. Color GRY
Veh. Make JEEP
Veh. Model GRAND CHEROKEE
7 Body Style SV
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1
DL/ID State TX
DL/ID Num. ████094
9 DL Class C
10 CDL End. 96
11 DL Rest. 96
DOB (MM/DD/YYYY) 0 7 / 0 2 / 1 9 9 0

Address (Street, City, State, ZIP) 3901 RINGDOVE WAY   ROANOKE   TX 76266

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ESCAMILLA   HALEE   ELIZABETH | B | 30 | H | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address   ESCAMILLA   ERNESTO
3901 RINGDOVE WAY   ROANOKE   TX 76266

Proof of Fin. Resp. [X] Yes [ ] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name PROGRESSIVE
Fin. Resp. Num. 942464043

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1 12 − FD−7
27 Vehicle Damage Rating 2 6 − RD−7
Vehicle Inventoried [ ] Yes [X] No

Towed By DENNYS TOWING
Towed To DENNYS TOWING

Unit Num. 108
5 Unit Desc. 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State TX
LP Num. JSV6956
VIN 1 G T 1 2 U E Y 8 H F 1 6 8 4 1 6

Veh. Year 2 0 1 7
6 Veh. Color BLK
Veh. Make GMC
Veh. Model SIERRA C1500
7 Body Style PK
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1
DL/ID State TX
DL/ID Num. ████318
9 DL Class AM
10 CDL End. P
11 DL Rest. 96
DOB (MM/DD/YYYY) 1 0 / 1 2 / 1 9 5 6

Address (Street, City, State, ZIP) 616 WHITE FALCON WAY   FORT WORTH   TX 76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BURNETT   ROGER   ALAN | B | 64 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address   BURNETT   ROGER   ALAN
616 WHITE FALCON WAY   FORT WORTH   TX 76131

Proof of Fin. Resp. [X] Yes [ ] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name ELEPHANT
Fin. Resp. Num. 24400092434

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1 12 − FD−7
27 Vehicle Damage Rating 2 9 − L&T−6
Vehicle Inventoried [ ] Yes [X] No

Towed By CARDINAL TOWING
Towed To CARDINAL TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 108 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 107 | 1 | LOCAL HOSP | SELF | / / | |
| 108 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsns. **1 3 6**   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Texas Department of Transportation

Page **109** of **149**

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM) **0 6 0 0**   Case ID **210011068**   Local Use

★County Name **TARRANT**   ★City Name **FORT WORTH**   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **TL**   ★Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. **LR**   Hwy.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. **109**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **NPS9255**   VIN **K M 8 K 2 A A L U 5 4 2 8 8 2**

Veh. Year **2 0 2 0**   6 Veh. Color **BLK**   Veh. Make **HYUNDAI**   Veh. Model **UNKNOWN**   7 Body Style **SV**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **███123**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 5 / 1 0 / 1 9 9 9**

Address (Street, City, State, ZIP) **1320 NW SUMMERCREST BL**   **BURLESON**   TX **76028**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MAYS　　DESTINY　　COURTNAY | A | 21 | B | 2 | 1 | 5 | 97 | N | 96 | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   **MAYS　　DESTINY　　COURTNAY**   **1320 NW SUMMERCREST BL**   **BURLESON** TX **76028**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **ECONOMY FIRE AND CASUALTY INS**   Fin. Resp. Num. **A2983152580**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12⁻**　**FD⁻7**   27 Vehicle Damage Rating 2 **6⁻**　**RD⁻7**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **BIVINS TOWING**   Towed To **BIVINS TOWING**

---

Unit Num. **110**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **BJB9869**   VIN **1 D 7 R V 1 C P A S 2 5 7 4 1 2**

Veh. Year **2 0 1 0**   6 Veh. Color **MAR**   Veh. Make **DODGE**   Veh. Model **RAM 1500**   7 Body Style **PK**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **███475**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 1 / 0 8 / 1 9 6 2**

Address (Street, City, State, ZIP) **7751 SUNNYVIEW CT**   **FORT WORTH**   TX **76137**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FLACH　　SHAUN　　WILLIAM | B | 59 | W | 1 | 5 | 97 | N | | 96 | | 96 | | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   **FLACH　　SHAUN　　WILLIAM**   **7751 SUNNYVIEW CT**   **FORT WORTH** TX **76137**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **STATE FARM**   Fin. Resp. Num. **338 1590 L08 43F 001**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12⁻**　**FD⁻7**   27 Vehicle Damage Rating 2 **6⁻**　**RD⁻7**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **TEXAS TOWING**   Towed To **TEXAS TOWING**

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 109 | 1 | JOHN PETER SMITH | MEDSTAR 63 | / / | |
| 110 | 1 | JOHN PETER SMITH | MEDSTAR 63 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Unit # | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.     MARTIN,K | ID Num. 3380-3421

ORI Num. T X 2 0 1 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 111 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. | TL | 2 Rdwy. Num. | ★Hwy. Num. 35 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☒ Toll Road/Toll Lane
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Speed Limit:
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part 1
Block Num. 2500
3 Street Prefix NE
Street Name 28TH
4 Street Suffix ST

Distance from Int. or Ref. Marker: 1000
☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num. 111
5 Unit Desc. 1
☐ Parked Vehicle
☐ Hit and Run
LP State TX
LP Num. NFS8526
VIN: 3 G N K B R A 5 L S 4 4 5 6 7 4

Veh. Year 2 0 2 0
6 Veh. Color BLK
Veh. Make CHEVROLET
Veh. Model BLAZER
7 Body Style SV
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1
DL/ID State TX
DL/ID Num. ███ 863
9 DL Class C
10 CDL End. 96
11 DL Rest. A
DOB (MM/DD/YYYY): 1 1 / 0 4 / 1 9 6 1

Address (Street, City, State, ZIP): 3709 FOSSIL TREE LN    FORT WORTH    TX   76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | JAMES      REGINALD      VON | B | 59 | B | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: JAMES      REGINALD      VON     3709 FOSSIL TREE LN     FORT WORTH   TX   76244

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name: US LLOYDS
Fin. Resp. Num.: US0A111659

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12⁻ FD⁻7
27 Vehicle Damage Rating 2: 6⁻ RD⁻7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING

---

Unit Num. 112
5 Unit Desc. 1
☐ Parked Vehicle
☐ Hit and Run
LP State TX
LP Num. MTF6390
VIN: J T E B U 5 J R 9 K 5 7 3 7 1 2 5

Veh. Year 2 0 1 9
6 Veh. Color WHI
Veh. Make TOYOTA
Veh. Model 4RUNNER/SR5
7 Body Style SV
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1
DL/ID State TX
DL/ID Num. ███ 634
9 DL Class C
10 CDL End. 96
11 DL Rest. 96
DOB (MM/DD/YYYY): 0 4 / 2 5 / 1 9 8 4

Address (Street, City, State, ZIP): 6901 GOLF GREEN DR     ARLINGTON    TX   76001

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WARE      DATELYN      CHRISTINE | B | 36 | W | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: WARE      DATELYN      CHRISTINE     6901 GOLF GREEN DR     ARLINGTON   TX   76001

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type 1
Fin. Resp. Name: STATE FARM
Fin. Resp. Num.: 348 2852-J28-43F 002

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 6⁻ RD⁻7
27 Vehicle Damage Rating 2: 3⁻ RP⁻7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: PURRFECT TOWING
Towed To: PURRFECT TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 112 of 149

| Case ID | 210011068 | TxDOT Crash ID | |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 111 | 1 | LOCAL HOSP | SELF | / / | |
| 112 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|

## Environmental and Roadway Conditions

| 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|
| 98 | 3 | 97 | 3 | 2 | 6 | 96 |

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) 0 6 2 0
How Notified DISPATCH
Time Arrived (24HR:MM) 0 6 4 0
Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1
Invest. Comp. ☒ Yes ☐ No
Investigator Name (Printed) HARPER, G.   MARTIN,K
ID Num. 3380-3421
ORI Num. T X 2 2 0 1 2 0 0
Agency FORT WORTH POLICE DEPARTMENT
Service/Region/DA C E N T R L

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units 1 4 8   Total Num. Prsns. 1 3 6   TxDOT Crash ID

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 113 of 149

**Crash Date** 02/11/2021  **Crash Time** 0600  **Case ID** 210011068  Local Use

**County Name** TARRANT  **City Name** FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude 32.79513  Longitude -097.32277

**ROAD ON WHICH CRASH OCCURRED**
★1 Rdwy. Sys. TL  2 Hwy. Num. 35  Block Num. 2600  3 Street Prefix  ★Street Name  4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☒ Toll Road/Toll Lane  Speed Limit  Const. Zone ☐Yes ☒No  Workers Present ☐Yes ☒No  Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**
At Int. ☐Yes ☒No  1 Rdwy. Sys. LR  Hwy. Num.  2 Rdwy. Part 1  Block Num. 2500  3 Street Prefix NE  Street Name 28TH  4 Street Suffix ST

Distance from Int. or Ref. Marker 1000 ☒FT ☐MI  3 Dir. from Int. or Ref. Marker S  Reference Marker  Street Desc. HWY  RRX Num.

Unit Num. 113  5 Unit Desc. 1  ☐Parked Vehicle  ☐Hit and Run  LP State IN  LP Num. 2836156  VIN 3AKJHPDV7LSLF0345
Veh. Year 2020  6 Veh. Color WHI  Veh. Make FREIGHTLINER  Veh. Model UNKNOWN  7 Body Style TT  ☐Pol., Fire, EMS on Emergency
8 DL/ID Type 1  DL/ID State TX  DL/ID Num. ████851  9 DL Class A  10 CDL End. H  11 DL Rest. P27  DOB 10/29/1963
Address 8160 FAWN CIR  GRANBURY  TX  76049

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | JONES  RHONDA  CAROL | B | 57 | I | 2 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒Owner ☐Lessee  Owner/Lessee Name & Address  JB HUNT TRANSPORT INC  615 JB HUNT CORPORATE DR  LOWELL  AR  72745
Proof of Fin. Resp. ☒Yes ☐No ☐Expired ☐Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name ACE AMERICAN INS  Fin. Resp. Num. H25307951
Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 11- FL-7  27 Vehicle Damage Rating 2 1- FR-7  Vehicle Inventoried ☒Yes ☐No
Towed By BEARDS TOWING  Towed To 1150 INTERMODAL PKWY

Unit Num. 114  5 Unit Desc. 6  ☐Parked Vehicle  ☐Hit and Run  LP State OK  LP Num. 5435GN  VIN LJRC5442 69A100348 8
Veh. Year 2010  6 Veh. Color ONG  Veh. Make CIMC TRAILERS  Veh. Model NOT APPLICABLE  7 Body Style TL  ☐Pol., Fire, EMS on Emergency
8 DL/ID Type  DL/ID State  DL/ID Num.  9 DL Class  10 CDL End.  11 DL Rest.  DOB
Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒Owner ☐Lessee  Owner/Lessee Name & Address  JB HUNT TRANSPORT INC  615 JB HUNT CORP DR  LOWELL  AR  72745
Proof of Fin. Resp. ☒Yes ☐No ☐Expired ☐Exempt  26 Fin. Resp. Type 1  Fin. Resp. Name ACE AMERICAN INS  Fin. Resp. Num. H25307951
Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 6- BD-7  27 Vehicle Damage Rating 2 3- FR-4  Vehicle Inventoried ☒Yes ☐No
Towed By BEARDS TOWING  Towed To 1150 INTERMODAL PKWY

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | | Page 114 of 149 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 113 | 1 | JOHN PETER SMITH | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | 113 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☒ Yes ☐ No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 00080806 |

Carrier's Corp. Name  JB HUNT
Carrier's Primary Addr.  1150 INTERMODAL PKWY    HASLET    TX  76052    30 Veh. Type 8

| 31 Bus Type 0 | ☐ RGVW ☒ GVWR 5 2 0 0 0 | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 3 |

| Unit Num. 114 | ☐ RGVW ☒ GVWR 6 8 0 0 0 | 34 Trlr. Type 2 | CMV Disabling Damage? ☒ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1  98 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G. | MARTIN,K | ID Num. 3380-3421 |

| ORI Num. T X 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA C E N T R L |

Law Enforcement and TxDOT Use ONLY

☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE   ☐ RAILROAD

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID | |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Texas Department of Transportation

Page 115 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM) 0 6 0 0   Case ID 210011068   Local Use

★County Name TARRANT   ★City Name FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) 3 2 . 7 9 5 1 3   Longitude (decimal degrees) — 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. TL   2.Rdwy. Num. 35   Block Part 2600   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 2500   3 Street Prefix NE   Street Name 28TH   4 Street Suffix ST

Distance from Int. or Ref. Marker 1000   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc. HWY   RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. 115   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. JBS0374   VIN 1 F T M F 1 C F 6 G K E 1 9 3 2 8

Veh. Year 2 0 1 6   6 Veh. Color WHI   Veh. Make FORD   Veh. Model F150   7 Body Style PK   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. ████708   9 DL Class CM   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 5 / 2 4 / 1 9 5 7

Address (Street, City, State, ZIP) 4905 TRAILS EDGE DR   ARLINGTON   TX 76017

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SCHULTZ   LESTER   HOWARD | B | 63 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   FOX   ELECTRIC LTD   1104 COLORADO LN   ARLINGTON   TX 76015

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name TRAVELERS   Fin. Resp. Num. 2N938315

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   12   FD 7   27 Vehicle Damage Rating 2   6   RD 7   Vehicle Inventoried? ☐ Yes ☒ No

Towed By UNKNOWN   Towed To UNKNOWN

Unit Num. 116   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. LHK6873   VIN 1 F T 8 W 3 B T 2 J E C 5 5 4 0 8

Veh. Year 2 0 1 8   6 Veh. Color WHI   Veh. Make FORD   Veh. Model F350   7 Body Style PK   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. ████867   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 4 / 0 7 / 1 9 7 9

Address (Street, City, State, ZIP) 1701 BIRDS EYE RD   FORT WORTH   TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | TERRY   CODY   LEN | B | 41 | W | 1 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address   TERRY   CODY   LEN   1701 BIRDS EYE RD   FORT WORTH   TX 76177

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name TEXAS FARM BUREAU   Fin. Resp. Num. 21664435

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   12   FD 7   27 Vehicle Damage Rating 2   6   RD 7   Vehicle Inventoried? ☐ Yes ☒ No

Towed By GUY SIMON TOWING   Towed To GUY SIMON TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3     (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

Page 116 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 115 | 1 | LOCAL HOSP | SELF | / / | |
| 116 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name

Carrier's Primary Addr.

30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | -98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.     MARTIN,K | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL [X] CMV [ ] SCHOOL BUS [ ] RAILROAD [ ] MAB [ ] SUPPLEMENT [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page 117 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 0 2 / 1 1 / 2 0 2 1　★Crash Time (24HRMM) 0 6 0 0　Case ID 210011068　Local Use

★County Name TARRANT　★City Name FORT WORTH　[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees) 3 2 . 7 9 5 1 3　Longitude (decimal degrees) − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. TL　★Hwy. Num. 35　2 Rdwy. Part 1　Block Num. 2600　3 Street Prefix　★Street Name　4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot　[X] Toll Road/ Toll Lane　Speed Limit　Const. Zone [ ] Yes [X] No　Workers Present [ ] Yes [X] No　Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No　1 Rdwy. Sys. LR　Hwy. Num.　2 Rdwy. Part 1　Block Num. 2500　3 Street Prefix NE　Street Name 28TH　4 Street Suffix ST

Distance from Int. or Ref. Marker 1000 [X] FT [ ] MI　3 Dir. from Int. or Ref. Marker S　Reference Marker　Street Desc. HWY　RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 117　5 Unit Desc. 1　[ ] Parked Vehicle　[ ] Hit and Run　LP State TX　LP Num. DG7B111　VIN J M 1 B L 1 V F 9 C 1 5 0 2 9 2 7

Veh. Year 2 0 1 2　6 Veh. Color BLK　Veh. Make MAZDA　Veh. Model MAZDA3　7 Body Style P4　[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1　DL/ID State TX　DL/ID Num. ████941　9 DL Class C　10 CDL End. 96　11 DL Rest. 96　DOB (MM/DD/YYYY) 0 6 / 1 4 / 1 9 9 3

Address (Street, City, State, ZIP) 9528 SILLS WAY　FORT WORTH　TX 76177

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KENNEDY　TAYLER　MICHELLE | B | 27 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 94 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee　Owner/Lessee Name & Address　KENNEDY　TAYLER　MICHELLE
9528 SILLS WAY　FORT WORTH TX 76177

Proof of Fin. Resp. [X] Yes [ ] No　[ ] Expired [ ] Exempt　26 Fin. Resp. Type 1　Fin. Resp. Name ALLSTATE　Fin. Resp. Num. 836013631　Vehicle Inventoried [ ] Yes [X] No

Fin. Resp. Phone Num.　27 Vehicle Damage Rating 1 - -　27 Vehicle Damage Rating 2 - -

Towed By TEXAS TOWING　Towed To TEXAS TOWING

Unit Num. 118　5 Unit Desc. 1　[ ] Parked Vehicle　[ ] Hit and Run　LP State TX　LP Num. NWT9056　VIN 5 T B R T 3 4 1 7 1 S 1 9 8 4 0 8

Veh. Year 2 0 0 1　6 Veh. Color GRN　Veh. Make TOYOTA　Veh. Model TUNDRA　7 Body Style PK　[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 99　DL/ID State UN　DL/ID Num.　9 DL Class 99　10 CDL End. 99　11 DL Rest. 99　DOB (MM/DD/YYYY) / /

Address (Street, City, State, ZIP) UNKNOWN　UNKNOWN　UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | UNKNOWN　UNKNOWN　UNK | 99 | | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee　Owner/Lessee Name & Address　FLORES　CHIRSTOFER　B
6641 WHITLEY RD　WATAUGA　TX 76148

Proof of Fin. Resp. [X] Yes [ ] No　[ ] Expired [ ] Exempt　26 Fin. Resp. Type 1　Fin. Resp. Name CONSUMER COUNTY MUTUAL　Fin. Resp. Num. 6079703892221　Vehicle Inventoried [ ] Yes [X] No

Fin. Resp. Phone Num.　27 Vehicle Damage Rating 1 - -　27 Vehicle Damage Rating 2 - -

Towed By BIVINS TOWING　Towed To BIVINS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 117 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | □ 10,001+ LBS. | □ TRANSPORTING HAZARDOUS MATERIAL | □ 9+ CAPACITY | CMV Disabling Damage? □ Yes □ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
| 31 Bus Type | □ RGVW □ GVWR | | HazMat Released □ Yes □ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | □ RGVW □ GVWR | | 34 Trlr. Type | CMV Disabling Damage? □ Yes □ No | Unit Num. | □ RGVW □ GVWR | | 34 Trlr. Type | CMV Disabling Damage? □ Yes □ No |
| Sequence Of Events | 35 Seq. 1 | | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit □ Yes □ No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HRMM) 0 6 4 0 | Report Date (MM/DD/YYYY) 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|

| Invest. Comp. ☒ Yes □ No | Investigator Name (Printed) HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L |
|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8   Total Num. Prsns.: 1 3 6   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 119 of 149

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use

★County Name: TARRANT   ★City Name: FORT WORTH   ☐ Outside City Limit

In your opinion; did this crash result in at least $1,000 damage to any one person's property? ☒Yes ☐No   Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL  ★ Hwy. Num.: 35  2 Rdwy. Part: 1  Block Num.: 2600  3 Street Prefix  ★Street Name  4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☒ Toll Road/Toll Lane  Speed Limit  Const. Zone ☐Yes ☒No  Workers Present ☐Yes ☒No  Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐Yes ☒No  1 Rdwy. Sys.: LR  Hwy. Num.  2 Rdwy. Part: 1  Block Num.: 2500  3 Street Prefix: NE  Street Name: 28TH  4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  ☒FT ☐MI  3 Dir. from Int. or Ref. Marker: S  Reference Marker  Street Desc.: HWY  RRX Num.

**VEHICLE, DRIVER & PERSONS**

Unit Num.: 119  5 Unit Desc.: 1  ☐Parked Vehicle  ☐Hit and Run  LP State: TX  LP Num.: KFS8884  VIN: 1 F M 5 K 7 F 8 6 D G C 2 4 5 1 7

Veh. Year: 2 0 1 3  6 Veh. Color: BRO  5 Veh. Make: FORD  Veh. Model: EXPLORER  7 Body Style: SV  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: ███712  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: A  DOB (MM/DD/YYYY): 0 5 / 0 7 / 1 9 7 0

Address (Street, City, State, ZIP): 8304 TRICKHAM BEND   FORT WORTH   TX   76131

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MOOS   RUSSEL   HOWARD | N | 50 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: MOOS   RUSSEL   HOWARD   8304 TRICKHAM BEND   FORT WORTH TX 76131

Proof of Fin. Resp.: ☒Yes ☐No  ☐Expired ☐Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: PROGRESSIVE  Fin. Resp. Num.: 930823462

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1: 6 RD 5  27 Vehicle Damage Rating 2: 12 FD 5  Vehicle Inventoried? ☐Yes ☒No

Towed By: CARDINAL TOWING   Towed To: CARDINAL TOWING

Unit Num.: 120  5 Unit Desc.: 1  ☐Parked Vehicle  ☐Hit and Run  LP State: TX  LP Num.: 99538P7  VIN: 5 N M S 5 C A A L L H 2 9 1 0 1 7

Veh. Year: 2 0 2 0  6 Veh. Color: WHI  5 Veh. Make: HYUNDAI  Veh. Model: SANTA FE  7 Body Style: SV  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: ███937  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: 96  DOB (MM/DD/YYYY): 0 2 / 0 7 / 1 9 7 6

Address (Street, City, State, ZIP): 14621 SAN MADRID TRAIL   HASLET   TX   76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KLAPPRODT   CATHLEEN   GAIL | A | 45 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: KLAPPRODT   CATHLEEN   GAIL   14621 SAN MADRID TRAIL   HASLET   TX   76052

Proof of Fin. Resp.: ☒Yes ☐No  ☐Expired ☐Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: TRAVELERS  Fin. Resp. Num.: 6036993542221

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1: -  27 Vehicle Damage Rating 2: -  Vehicle Inventoried? ☐Yes ☒No

Towed By: CARDINAL TOWING   Towed To: CARDINAL TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Page 120 of 149

| Case ID | 210011068 | TxDOT Crash ID | |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 120 | 1 | LOCAL HOSP | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |

| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|
| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | | ID Num. | 3380-3421 |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | | | | Service/ Region/DA | C E N T R L |

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE  ☐ SCHOOL BUS

Total Num. Units: 1 4 8  Total Num. Prsns.: 1 3 6  TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149340, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page: 121 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1  ★Crash Time (24HRMM): 0 6 0 0  Case ID: 210011068  Local Use:

★County Name: TARRANT  ★City Name: FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes ☐ No  Latitude (decimal degrees): 3 2 . 7 9 5 1 3  Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL  ★Hwy. Num.: 35  2 Rdwy. Part: 1  Block Num.: 2600  3 Street Prefix:  ★Street Name:  4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/ Toll Lane  Speed Limit:  Const. Zone: ☐ Yes ☒ No  Workers Present: ☐ Yes ☒ No  Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No  1 Rdwy. Sys.: LR  Hwy. Num.:  2 Rdwy. Part: 1  Block Num.: 2500  3 Street Prefix: NE  Street Name: 28TH  4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker: S  Reference Marker:  Street Desc.: HWY  RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 121  5 Unit Desc.: 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num.: KCY8844  VIN: 3 G C P C R E C 0 H G 2 0 4 6 9 0

Veh. Year: 2 0 1 7  6 Veh. Color: WHI  Veh. Make: CHEVROLET  Veh. Model: SILVERADO C1500  7 Body Style: PK  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: ███014  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: 96  DOB (MM/DD/YYYY): 0 7 / 1 1 / 1 9 8 0

Address (Street, City, State, ZIP): 2748 TRIANGLE LEAF DR  KELLER  TX  76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | POMPA   SHAWN   MICAEL | 99 | 40 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: EMR   ELEVATOR INC   2320 MICHIGAN CT   ARLINGTON  TX  76016

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: ALLIED WORLD  Fin. Resp. Num.: 60000341

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 12− FD−7  27 Vehicle Damage Rating 2: 7− BR−7  Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BIVINS WRECKER  Towed To: BIVINS WRECKER

---

Unit Num.: 122  5 Unit Desc.: 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num.: JNP1739  VIN: W A 1 C 2 A F P X H A 0 0 5 9 0 4

Veh. Year: 2 0 1 7  6 Veh. Color: WHI  Veh. Make: AUDI  Veh. Model: Q5  7 Body Style: SV  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num.: ███530  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: A  DOB (MM/DD/YYYY): 0 5 / 0 6 / 1 9 9 2

Address (Street, City, State, ZIP): 12212 SWEET LEAF CT  FORT WORTH  TX  76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WHITE   DANIELLE   NICOLE | A | 28 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: WHITE   DANIELLE   NICOLE   12212 SWEET LEAF CT   FORT WORTH  TX  76244

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 1  Fin. Resp. Name: PROGRESSIVE  Fin. Resp. Num.: 928172437

Fin. Resp. Phone Num.:  27 Vehicle Damage Rating 1: 12− FD−6  27 Vehicle Damage Rating 2: 6− RD−5  Vehicle Inventoried: ☐ Yes ☒ No

Towed By: LONESTAR TOWING  Towed To: LONESTAR TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/201B)

Page 122 of 149

| Case ID | 210011068 |
| TxDOT Crash ID | |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 122 | 1 | HARRIS METH | MEDSTAR 30 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | Carrier's Primary Addr. | | 30 Veh. Type |
|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.        MARTIN,K | | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
[X] FATAL [X] CMV [ ] SCHOOL BUS [ ] RAILROAD [ ] MAB [ ] SUPPLEMENT [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8  Total Num. Prsns.: 1 3 6  TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Texas Department of Transportation

Page: 123 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
★Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL
★1 Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix
★Street Name
4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/ Toll Lane
Speed Limit
Const. Zone [ ] Yes [X] No
Workers Present [ ] Yes [X] No
Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No
1 Rdwy. Sys.: LR
Hwy. Num.
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000  [X] FT [ ] MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker
Street Desc.: HWY
RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 123
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: IN
LP Num.: 2712385
VIN: 3 A K J H H F G 7 J S J 2 0 9 4 3

Veh. Year: 2 0 1 8
6 Veh. Color: WHI
Veh. Make: FREIGHTLINER
Veh. Model: UNKNOWN
7 Body Style: TT
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: FL
DL/ID Num.: [redacted] 190
9 DL Class: 98
10 CDL End.: 98
11 DL Rest.: 98
DOB (MM/DD/YYYY): 0 6 / 0 9 / 1 9 8 7

Address (Street, City, State, ZIP): 1271 WOODMAN WAY  ORLANDO  FL  32818

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SAINT LOT  JEAN  MARIE | N | 33 | B | 1 | 1 | 1 | 1 | 97 | 1 | 96 | | 96 | 97 | 97 |
| 2 | 1 | 13 | CLEMENT  FRANTZ | B | 36 | B | 1 | 1 | 97 | 1 | 97 | N | Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: RYDER TRUCK RENTAL INC  11690 NW 105TH ST  MIAMI  FL  33178

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: NATIONAL CONTINENTAL
Fin. Resp. Num.: COH0005261854-0

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1: 12- FD-7
27 Vehicle Damage Rating 2: - -
Vehicle Inventoried [ ] Yes [X] No

Towed By: MILNER TOWING
Towed To: MILNER TOWING

Unit Num.: 124
5 Unit Desc.: 6
[ ] Parked Vehicle
[ ] Hit and Run
LP State: IN
LP Num.: P187155
VIN: 1 0 W 1 A 5 3 2 5 8 4 9 8 7 3

Veh. Year: 2 0 0 8
6 Veh. Color: WHI
Veh. Make: STANDARD TRAILER CO
Veh. Model: NOT APPLICABLE
7 Body Style: TL
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type
DL/ID State
DL/ID Num.
9 DL Class
10 CDL End.
11 DL Rest.
DOB (MM/DD/YYYY): /

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | | |

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: FEDEX GROUND  1000 FEDEX DR  PITTSBURGH  PA  15108

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: NATIONAL CONTINENTAL
Fin. Resp. Num.: COH0005261854-0

Fin. Resp. Phone Num.
27 Vehicle Damage Rating 1: 6- RD-3
27 Vehicle Damage Rating 2: - -
Vehicle Inventoried [ ] Yes [X] No

Towed By: MILNER TOWING
Towed To: MILNER TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | | Page 124 of 149 |
|---|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 123 | 2 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. **123**   ☒ 10,001+ LBS.   ☐ TRANSPORTING HAZARDOUS MATERIAL   ☐ 9+ CAPACITY   CMV Disabling Damage? ☒ Yes ☐ No   28 Veh. Oper. **1**   29 Carrier ID Type **1**   Carrier ID Num. **02936569**

Carrier's Corp. Name **SIMON EXPRESS**   Carrier's Primary Addr. **545 METRO PLACE S ST #100    COLUMBUS    OH   43017**   30 Veh. Type **9**

31 Bus Type **0**   ☐ RGVW  ☒ GVWR **8,0,0,0,0**   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type **3**

Unit Num. **124**   ☐ RGVW  ☒ GVWR **6,5,0,0,0**   34 Trlr. Type **2**   CMV Disabling Damage? ☒ Yes ☐ No   Unit Num.   ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq.1 **98**   35 Seq. 2   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | | May Have Contrib. | Contributing | | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) **0 6 2 0**   How Notified **DISPATCH**   Time Arrived (24HR:MM) **0 6 4 0**   Report Date (MM/DD/YYYY) **0 3 / 0 1 / 2 0 2 1**

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) **HARPER, G.**   **MARTIN,K**   ID Num. **3380-3421**

ORI Num. **T X 2 2 0 1 2 0 0**   *Agency **FORT WORTH POLICE DEPARTMENT**   Service/ Region/DA **C E N T R L**

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8   Total Num. Prsns.: 1 3 6   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page: 125 of 149

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use

★County Name: TARRANT   ★City Name: FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL   ★Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [ ] Toll Road/ Toll Lane   Speed Limit:   Const. Zone: [ ] Yes [X] No   Workers Present: [ ] Yes [X] No   Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: [ ] Yes [X] No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 125   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State: TX   LP Num.: CPY4837   VIN: 1 F T W W 3 1 P 7 E A 9 3 8 2 8

Veh. Year: 2 0 0 7   6 Veh. Color: WHI   Veh. Make: FORD   Veh. Model: F350   7 Body Style: PK   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: ███463   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 1 0 / 0 2 / 1 9 7 3

Address (Street, City, State, ZIP): 1337 VALLET DR   JUSTIN   TX   76247

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WELLS   MICHAEL   HENRY | K | 47 | W | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: GEEP MECHANICAL   3640 8TH AVE   FORT WORTH TX 76110

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: AMERISURE   Fin. Resp. Num.: CA1281769

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12−   FD−7   27 Vehicle Damage Rating 2: 6−   RD−7   Vehicle Inventoried: [ ] Yes [X] No

Towed By: GUY SIMMONS TOWING   Towed To: GUY SIMMONS TOWING

Unit Num.: 126   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State: TX   LP Num.: NXX0230   VIN: 1 H G C R 2 F 8 5 H A 1 8 7 8 1 8

Veh. Year: 2 0 1 7   6 Veh. Color: GRY   Veh. Make: HONDA   Veh. Model: ACCORD   7 Body Style: P4   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: ███125   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 1 0 / 2 3 / 1 9 8 6

Address (Street, City, State, ZIP): 2308 BLACKRAIL CT   NORTHLAKE   TX   76226

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GERRED   TIFFANY   LOUANN | K | 34 | W | 2 | 1 | 6 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address:

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: STATE FARM   Fin. Resp. Num.: 372 0759 J01 43C 001

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12−   FD−7   27 Vehicle Damage Rating 2: 6−   RD−7   Vehicle Inventoried: [ ] Yes [X] No

Towed By: GUY SIMMONS TOWING   Towed To: GUY SIMMONS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID: 210011068

TxDOT Crash ID:

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 125 | 1 | TARRANT COUNTY MORGUE | FORT WORTH FUNERALS AND CREMATIONS | 02/11/2021 | 06:03 |
| 126 | 1 | TARRANT COUNTY MORGUE | FORT WORTH FUNERALS AND CREMATIONS | 02/11/2021 | 06:03 |
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? ☐Yes ☐No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type |
|---|---|---|

| 31 Bus Type | ☐RGVW ☐GVWR | HazMat Released ☐Yes ☐No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No | Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐Yes ☐No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 06:20 | How Notified | DISPATCH | Time Arrived (24HRMM) | 06:40 | Report Date (MM/DD/YYYY) | 03/01/2021 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒Yes ☐No | Investigator Name (Printed) | HARPER, G.    MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | TX2201200 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA CENTRL |
|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8    Total Num. Prsns.: 1 3 6    TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

Texas Department of Transportation

✶=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page 127 of 149

## IDENTIFICATION & LOCATION

✶Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
✶Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use

✶County Name: TARRANT
✶City Name: FORT WORTH
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes  ☐ No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

✶1 Rdwy. Sys.: TL
✶Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
✶Street Name:
4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☒ Toll Road/ Toll Lane
Speed Limit:
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000
☒ FT  ☐ MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 127
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: MCMC4
VIN: 5 X X G T 4 L 3 8 J G 1 8 1 5 1 4

Veh. Year: 2 0 2 1
6 Veh. Color: BLU
Veh. Make: KIA
Veh. Model: OPTIMA
7 Body Style: P4
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: ███915
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: A
DOB (MM/DD/YYYY): 0 1 / 2 0 / 1 9 6 7

Address (Street, City, State, ZIP): 14804 CEDAR FLAT WAY    ROANOKE    TX   76262

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LLOYD    RAYMOND    JOHN | B | 54 | W | 1 | 1 | 5 | 97 | N | 96 |  | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: MIKE CARLSON    MTR CO INC
264 EXCHANGE ST    BURLESON   TX   76028

Proof of Fin. Resp.: ☐ Yes ☒ No  ☐ Expired  ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: SELF INSURED
Fin. Resp. Num.: SELF INSURED

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD-7
27 Vehicle Damage Rating 2: 6- RD-7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: BIVINS TOWING
Towed To: BIVINS TOWING

---

Unit Num.: 128
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: NCX3077
VIN: 1 F T E X 1 C 4 6 L K D 7 9 0 5 2

Veh. Year: 2 0 2 0
6 Veh. Color: WHI
Veh. Make: FORD
Veh. Model: F150
7 Body Style: PK
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: ███778
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 1 1 / 2 7 / 1 9 6 0

Address (Street, City, State, ZIP): 9460 LECHNER RD    FORT WORTH    TX   76179

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | NORMAN    WILLIAM    M | B | 60 | W | 1 | 1 | 5 | 97 | N | 96 |  | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner  ☐ Lessee
Owner/Lessee Name & Address: ENTERPRISE FM TRUST
9315 OLIVE BLVD    ST LOUIS   MO   63132

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired  ☐ Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: UNKNOWN
Fin. Resp. Num.: UNKNOWN

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12- FD-7
27 Vehicle Damage Rating 2: 6- RD-7
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: MILNER TOWING
Towed To: MILNER TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | | Page 128 of 149 |
|---|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 127 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 128 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? ☐Yes ☐No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | 30 Veh. Type |
|---|---|---|---|---|

| 31 Bus Type | ☐RGVW ☐GVWR | HazMat Released ☐Yes ☐No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No | Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐Yes ☐No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒Yes ☐No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
☒ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844-274-7457
Refer to Attached Code Sheet for Numbered Fields

Page: 129 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID 210011068   Local Use

★County Name: TARRANT   ★City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: Type   ★1 Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/Toll Lane   Speed Limit   Const. Zone ☐Yes ☒No   Workers Present ☐Yes ☒No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐Yes ☒No   1 Rdwy. Type: LR   Hwy. Num.   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   ☒FT ☐MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker   Street Desc.: HWY   RRX

## VEHICLE, DRIVER, & PERSONS

Unit Num. 129   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. 00177H7   VIN 1 G N F C 1 3 J 1 7 R 2 3 1 1 2 6

Veh. Year 2 0 0 7   6 Veh. Color BLU   Veh. Make CHEVROLET   Veh. Model TAHOE C1500   7 Body Style SV   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 99   DL/ID State UN   DL/ID Num.   9 DL Class 99   10 CDL End. 99   11 DL Rest. 99   DOB (MM/DD/YYYY) / /

Address (Street, City, State, ZIP) UNKNOWN   UNKNOWN   UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle / Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 1 | UNKNOWN   UNKNOWN   UNK | 99 | | 99 | 99 | 99 | 6 | 3 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: CARROLL   CHARLES   6301 SPOKANE DR   FORT WORTH TX 76179

Proof of Fin. Resp.: ☐Yes ☒No   ☐Expired ☐Exempt   26 Fin. Resp. Type   Fin. Resp. Name   Fin. Resp. Num.

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1: 12-FD-7   27 Vehicle Damage Rating 2: 6-RD-7   Vehicle Inventoried ☐Yes ☒No

Towed By: BIVINS WRECKER   Towed To: BIVINS WRECKER

---

Unit Num. 130   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. MMK0537   VIN J M 3 K E 4 C Y 0 G 0 1 9 2 8 5 1

Veh. Year 2 0 1 6   6 Veh. Color BLK   Veh. Make MAZDA   Veh. Model CX-7   7 Body Style SV   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. ████870   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 1 0 / 3 0 / 1 9 5 6

Address (Street, City, State, ZIP) 6016 OAK HILL RD   WATAUGA   TX 76148

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle / Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FRANCIS   JEFFREY   LYNN | A | 64 | W | 2 | 1 | 5 | 3 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 1 | FRANCIS   JENNIFER | A | 50 | W | 2 | 1 | 5 | 3 | 97 | N | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: FRANCIS   JEFFREY   LYNN   6016 OAK HILL RD   WATAUGA TX 76148

Proof of Fin. Resp.: ☒Yes ☐No   ☐Expired ☐Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: FARMERS   Fin. Resp. Num. 44823994

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1: 12-FD-7   27 Vehicle Damage Rating 2: 6-RD-7   Vehicle Inventoried ☐Yes ☒No

Towed By: LONESTAR TOWING   Towed To: LONESTAR TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID: 210011068

TxDOT Crash ID:

Page 130 of 149

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 130 | 1 | JOHN PETER SMITH | MEDSTAR63 | / / | |
| 130 | 2 | JOHN PETER SMITH | MEDSTAR63 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released? ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM): 0 6 2 0

How Notified: DISPATCH

Time Arrived (24HR:MM): 0 6 4 0

Report Date (MM/DD/YYYY): 0 3 / 0 1 / 2 0 2 1

Invest. Comp. ☒ Yes ☐ No

Investigator Name (Printed): HARPER, G.    MARTIN;K

ID Num. 3380-3421

ORI Num.: T X 2 2 0 1 2 0 0

*Agency: FORT WORTH POLICE DEPARTMENT

Service/Region/DA: C E N T R L

Law Enforcement and TxDOT Use ONLY
☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8    Total Num. Prsns.: 1 3 6    TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Texas Department of Transportation

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 131 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1    ★Crash Time (24HRMM): 0 6 0 0    Case ID: 210011068    Local Use

★County Name: TARRANT    ★City Name: FORT WORTH    ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No    Latitude (decimal degrees): 3 2 . 7 9 5 1 3    Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL    ★Hwy. Num.: 35    2 Rdwy. Part: 1    Block Num.: 2600    3 Street Prefix:    ★Street Name:    4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot    ☒ Toll Road/ Toll Lane    Speed Limit:    Const. Zone: ☐ Yes ☒ No    Workers Present: ☐ Yes ☒ No    Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No    1 Rdwy. Sys.: LR    Hwy. Num.:    2 Rdwy. Part: 1    Block Num.: 2500    3 Street Prefix: NE    Street Name: 28TH    4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000    ☒ FT ☐ MI    3 Dir. from Int. or Ref. Marker: S    Reference Marker:    Street Desc.: HWY    RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: 131    5 Unit Desc.: 1    ☐ Parked Vehicle    ☐ Hit and Run    LP State: TX    LP Num.: BK2L525    VIN: 1 H G E S 1 6 5 X 3 L 0 1 0 5 3 3

Veh. Year: 2 0 0 3    6 Veh. Color: SIL    Veh. Make: HONDA    Veh. Model: CIVIC    7 Body Style: P4    ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 99    DL/ID State: UN    DL/ID Num.:    9 DL Class: 99    10 CDL End.: 99    11 DL Rest.: 99    DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP): UNKNOWN    UNKNOWN    UN UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 1 | UNKNOWN    UNKNOWN    UNK | 99 | 99 | 99 | 1 | 99 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee    Owner/Lessee Name & Address: UNKNOWN    UNKNOWN    UNK
UNKNOWN    UNKNOWN    UN UNK

Proof of Fin. Resp.: ☐ Yes ☒ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type:    Fin. Resp. Name:    Fin. Resp. Num.:

Fin. Resp. Phone Num.:    27 Vehicle Damage Rating 1: 12- FD-7    27 Vehicle Damage Rating 2: 6- RD-7    Vehicle Inventoried: ☐ Yes ☒ No

Towed By: PURRFECT TOWING    Towed To: PURRFECT TOWING

---

Unit Num.: 132    5 Unit Desc.: 1    ☐ Parked Vehicle    ☐ Hit-and-Run    LP State: TX    LP Num.: MWB6163    VIN: 4 S 4 B T A N C 8 L 3 1 2 7 1 4 8

Veh. Year: 2 0 2 0    6 Veh. Color: GRY    Veh. Make: SUBARU    Veh. Model: OUTBACK    7 Body Style: P4    ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1    DL/ID State: TX    DL/ID Num.: ███483    9 DL Class: C    10 CDL End.: 96    11 DL Rest.: 96    DOB (MM/DD/YYYY): 0 9 / 0 2 / 1 9 5 4

Address (Street, City, State, ZIP): 12741 LIZZIE PL    FORT WORTH    TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SPRATLIN    SHEREE    WARNER | A | 66 | W | F | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee    Owner/Lessee Name & Address: SPRATLIN    SHEREE    WARNER
12741 LIZZIE PL    FORT WORTH    TX 76244

Proof of Fin. Resp.: ☒ Yes ☐ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type: 1    Fin. Resp. Name: FARMERS INS    Fin. Resp. Num.: 44729837

Fin. Resp. Phone Num.:    27 Vehicle Damage Rating 1: 12- FD-7    27 Vehicle Damage Rating 2: 7- BL-7    Vehicle Inventoried: ☐ Yes ☒ No

Towed By: TEXAS TOWING    Towed To: TEXAS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID 210011068

TxDOT Crash ID

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 132 | 1 | MEDICAL CITY FORT WORTH | MEDSTAR56 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐Yes ☐No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐Yes ☐No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No |
|---|---|---|---|---|---|---|---|

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐Yes ☐No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

Invest. Comp. ☒Yes ☐No | Investigator Name (Printed) HARPER, G.    MARTIN,K | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page 133 of 149

✱=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

**IDENTIFICATION & LOCATION**

✱Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1
✱Crash Time (24HRMM): 0 6 0 0
Case ID: 210011068
Local Use:

✱County Name: TARRANT
✱City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3
Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

✱1 Rdwy. Sys.: TL
1 Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 2600
3 Street Prefix:
✱Street Name:
4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[X] Toll Road/Toll Lane
Speed Limit:
Const. Zone [ ] Yes [X] No
Workers Present [ ] Yes [X] No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No
1 Rdwy. Sys.: LR
Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 2500
3 Street Prefix: NE
Street Name: 28TH
4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000 [X] FT [ ] MI
3 Dir. from Int. or Ref. Marker: S
Reference Marker:
Street Desc.: HWY
RRX Num.:

**VEHICLE, DRIVER & PERSONS**

Unit Num.: 133
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: CVY6348
VIN: 1 F T R X 1 8 L 6 X K B 3 9 4 2 6

Veh. Year: 1 9 9 9
6 Veh. Color: BLK
Veh. Make: FORD
Veh. Model: F150
7 Body Style: PK
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 99
DL/ID State: UN
DL/ID Num.:
9 DL Class: 99
10 CDL End.: 99
11 DL Rest.: 99
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP): UNKNOWN    UNKNOWN    UN  UNK

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 1 | UNKNOWN    UNKNOWN    UNK | 99 | | 99 | 99 | 1 | 2 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: UNKNOWN    UNKNOWN    UNK    UNKNOWN    UN  UNK

Proof of Fin. Resp.: [X] Yes [ ] No  [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: FOREMOST COUNTY MUTUAL
Fin. Resp. Num.: 43G00979206802

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12 - FD - 7
27 Vehicle Damage Rating 2: - -
Vehicle Inventoried [ ] Yes [X] No

Towed By: PURRFECT TOWING
Towed To: PURRFECT TOWING

---

Unit Num.: 134
5 Unit Desc.: 1
[ ] Parked Vehicle
[ ] Hit and Run
LP State: TX
LP Num.: FCH2874
VIN: J M 3 E R 2 B 5 1 B 0 3 6 6 5 1 3

Veh. Year: 2 0 1 1
6 Veh. Color: BLK
Veh. Make: MAZDA
Veh. Model: CX-7
7 Body Style: SV
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: ███404
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY): 1 0 / 2 9 / 1 9 8 3

Address (Street, City, State, ZIP): 1700 SUNFLOWER DR    CORINTH    TX  76210

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | THOMAS    BRIAN    MICHAEL | B | 37 | W | 1 | 1 | 3 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee
Owner/Lessee Name & Address: THOMAS    BRIAN    MICHAEL    1700 SUNFLOWER DR    CORINTH    TX  76210

Proof of Fin. Resp.: [X] Yes [ ] No  [ ] Expired [ ] Exempt
26 Fin. Resp. Type: 1
Fin. Resp. Name: ALLSTATE
Fin. Resp. Num.: 836135388

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12 - FD - 7
27 Vehicle Damage Rating 2: 6 - RD - 5
Vehicle Inventoried [ ] Yes [X] No

Towed By: TEXAS TOWING
Towed To: TEXAS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 134 of 149

| Case ID | 210011068 | | | TxDOT Crash ID | |

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 134 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | 30 Veh. Type | |
| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | | MARTIN, K | | ID Num. | 3380-3421 |
| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | | | Service/ Region/DA | C E N T R L |

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL [X] CMV [ ] SCHOOL BUS [ ] RAILROAD [ ] MAB [ ] SUPPLEMENT [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |

### Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 135 of 149

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use:

★County Name: TARRANT   ★City Name: FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys.: TL   ★Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/Toll Lane   Speed Limit:   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: 135   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State: TX   LP Num.: MWY2440   VIN: 1 F T E W 1 E 5 4 K D 6 9 6 6 1

Veh. Year: 2 0 1 9   6 Veh. Color: GRY   Veh. Make: FORD   Veh. Model: F150   7 Body Style: PK   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: †   DL/ID State: TX   DL/ID Num.: [redacted]031   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 1 / 2 3 / 1 9 8 2

Address (Street, City, State, ZIP): 1804 YOSEMITE LN   KELLER   TX 76248

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | TROTTER   DAVID   DENSON | B | 39 | W | 1 | | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: TROTTER   DAVID   DENSON   1804 YOSEMITE LN   KELLER   TX 76248

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: ALLSTATE   Fin. Resp. Num.: 886817956

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12- FD-7   27 Vehicle Damage Rating 2: - -   Vehicle Inventoried [ ] Yes [X] No

Towed By: TEXAS TOWING   Towed To: TEXAS TOWING

---

Unit Num.: 136   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State: TX   LP Num.: KBM0726   VIN: W A 1 C 2 A F P 1 G A 1 1 3 0 1 8

Veh. Year: 2 0 1 6   6 Veh. Color: BLK   Veh. Make: AUDI   Veh. Model: Q5   7 Body Style: SV   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: [redacted]486   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 5 / 0 7 / 1 9 7 1

Address (Street, City, State, ZIP): 4805 CARGILL CIR   KELLER   TX 76244

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HERRERA   NANCY   LEE | A | 49 | H | 2 | 1 | 5 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: HERRERA   EDUARDO   4805 CARGILL CIR   FORT WORTH   TX 76244

Proof of Fin. Resp. [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: PROGRESSIVE   Fin. Resp. Num.: 53458265

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12- FD-7   27 Vehicle Damage Rating 2: 6- RD-7   Vehicle Inventoried [ ] Yes [X] No

Towed By: PURRFECT TOWING   Towed To: PURRFECT TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID: 210011068

TxDOT Crash ID:

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 135 | 1 | LOCAL HOSPITAL | SELF | / / | : |
| 136 | 1 | HARRIS METHODIST DOWNTOWN | MEDSTAR30 | / / | : |
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |
| | | | | / / | : |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name:

Carrier's Primary Addr.:

30 Veh. Type:

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 3B Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY
☒ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**   Total Num. Prsns. **1 3 6**   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page **137** of **149**

★Crash Date (MM/DD/YYYY) **0 2 / 1 1 / 2 0 2 1**   ★Crash Time (24HRMM) **0 6 0 0**   Case ID **210011068**   Local Use

★County Name **TARRANT**   ★City Name **FORT WORTH**   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) **3 2 . 7 9 5 1 3**   Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. **TL**   ★Hwy. Num. **35**   2 Rdwy. Part **1**   Block Num. **2600**   3 Street Prefix   ★Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/ Toll Lane   Speed Limit   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. **LR**   Hwy. Num.   2 Rdwy. Part **1**   Block Num. **2500**   3 Street Prefix **NE**   Street Name **28TH**   4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker **S**   Reference Marker   Street Desc. **HWY**   RRX Num.

---

Unit Num. **137**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **FL**   LP Num. **R1CII**   VIN **3 D 7 K U 2 8 C X 4 G 2 8 3 3 0**

Veh. Year **2 0 0 4**   6 Veh. Color **RED**   Veh. Make **DODGE**   Veh. Model **RAM 2500**   7 Body Style **PK**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**   DL/ID State **TX**   DL/ID Num. **136**   9 DL Class **C**   10 CDL End. **96**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **0 6 / 2 9 / 1 9 9 0**

Address (Street, City, State, ZIP) **4304 TRANQUILITY DR**   **FORT WORTH**   **TX**   **76244**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | PATEL   MARK   LEON | B | 30 | W | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **PATEL   MARK   LEON**   **4304 TRANQUILITY DR**   **FORT WORTH TX 76244**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **UNKNOWN**   Fin. Resp. Num. **UNKNOWN**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12-**   **FD-7**   27 Vehicle Damage Rating 2 **3-**   **RP-6**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **GUY SIMMONS**   Towed To **GUY SIMMONS**

---

Unit Num. **138**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **TX**   LP Num. **HYF3713**   VIN **1 F T F W 1 C V 9 A F C 6 2 1 5 2**

Veh. Year **2 0 1 0**   6 Veh. Color **MAR**   Veh. Make **FORD**   Veh. Model **F150**   7 Body Style **PK**   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **99**   DL/ID State **UN**   DL/ID Num.   9 DL Class **99**   10 CDL End. **99**   11 DL Rest. **99**   DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP) **UNKNOWN**   **UNKNOWN**   **UN**   **UNK**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 99 | 1 | UNKNOWN   UNKNOWN   UNK | 99 | | 99 | 99 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **LEE   THOMAS   JR**   **136 NAVAJO DR**   **KELLER TX 76248**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **1**   Fin. Resp. Name **GEICO**   Fin. Resp. Num. **4451596441**

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **12-**   **FD-7**   27 Vehicle Damage Rating 2   **-**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **LONE STAR TOWING**   Towed To **LONE STAR**

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID 210011068   TxDOT Crash ID

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 137 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) HARPER, G.   MARTIN,K | ID Num. 3380-3421

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/ Region/DA C E N T R L

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID. |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page 139 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use

★County Name: TARRANT   ★City Name: FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): − 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: TL   ★Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 2600   3 Street Prefix:   ★Street Name:   4 Street Suffix:

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/Toll Lane   Speed Limit:   Const. Zone: [ ] Yes [X] No   Workers Present: [ ] Yes [X] No   Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No   1 Rdwy. Sys.: LR   Hwy. Num.:   2 Rdwy. Part: 1   Block Num.: 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker:   Street Desc.: HWY   RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num.: 139   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and run   LP State: TX   LP Num.: JXM2353   VIN: 2 G 1 W G 5 E 3 7 D 1 1 8 9 4 8 1

Veh. Year: 2 0 1 3   6 Veh. Color: GRY   Veh. Make: CHEVROLET   Veh. Model: IMPALA   7 Body Style: P4   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: ████328   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 5 / 1 3 / 1 9 8 8

Address (Street, City, State, ZIP): 5013 SHACKLEFORD   FORT WORTH   TX   76119

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ARMSTRONG   ALEXANDER   JACQUETTE | B | 32 | B | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: ARMSTRONG   ALEXANDER   JACQUETTE   5013 SHACKLEFORD   FORT WORTH TX 76119

Proof of Fin. Resp.: [ ] Yes [X] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type:   Fin. Resp. Name:   Fin. Resp. Num.:

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 6 ″   RD − 7   27 Vehicle Damage Rating 2: 12 ″   FD − 5   Vehicle Inventoried: [ ] Yes [X] No

Towed By: PURRFECT TOWING   Towed To: PURRFECT TOWING

---

Unit Num.: 140   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and run   LP State: TX   LP Num.: LHD1926   VIN: 1 G Y S 4 N K J 8 F R 7 4 0 9 9 2

Veh. Year: 2 0 2 1   6 Veh. Color: SIL   Veh. Make: CADILLAC   Veh. Model: ESCALADE   7 Body Style: SV   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: ████531   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 9 / 0 2 / 1 9 7 0

Address (Street, City, State, ZIP): 821 BIG SKY WAY   ARGYLE   TX   76226

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | DANIEL   LESLIE   S | B | 50 | W | 2 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: DANIEL   LESLIE   S   821 BIG SKY WAY   ARGYLE   TX   76226

Proof of Fin. Resp.: [X] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: FARMERS   Fin. Resp. Num.: 44226567

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12 ″   FD − 4   27 Vehicle Damage Rating 2: - ″   - −   Vehicle Inventoried: [ ] Yes [X] No

Towed By: TEXAS TOWING   Towed To: TEXAS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 139 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 140 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type |
|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.        MARTIN, K | ID Num. 3380-3421 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA C E N T R L |
|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields

Page 141 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID | 210011068 | Local Use |
|---|---|---|---|---|---|---|

| ★County Name | TARRANT | ★City Name | FORT WORTH | [ ] Outside City Limit |
|---|---|---|---|---|

| In your opinion, did this crash result in at least $1,000 damage to any one person's property? | [X] Yes [ ] No | Latitude (decimal degrees) | 3 2 . 7 9 5 1 3 | Longitude (decimal degrees) | — 0 9 7 . 3 2 2 7 7 |
|---|---|---|---|---|---|

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. | TL | ★ Hwy. Num. | 35 | 2 Rdwy. Part | 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|---|---|---|

| [ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | [X] Toll Road/ Toll Lane | Speed Limit | Const. Zone [ ] Yes [X] No | Workers Present [ ] Yes [X] No | Street Desc. |
|---|---|---|---|---|---|

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. | [ ] Yes [X] No | 1 Rdwy. Sys. | LR | Hwy. Num. | 2 Rdwy. Part | 1 | Block Num. 2500 | 3 Street Prefix | NE | Street Name | 28TH | 4 Street Suffix | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker | 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker | S | Reference Marker | Street Desc. | HWY | RRX Num. |
|---|---|---|---|---|---|---|---|

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 141 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. DJZ7317 | VIN S A L A E 2 5 4 X 6 A 3 7 0 9 7 7 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 0 6 | 6 Veh. Color BLU | Veh. Make LAND ROVER | Veh. Model LR3 | 7 Body Style SV | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) [ ] |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. ███ 878 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. A | DOB (MM/DD/YYYY) 1 1 / 1 2 / 1 9 5 4 |
|---|---|---|---|---|---|---|

| Address (Street, City, State, ZIP) | 7733 MARBLE CANYON DR | FORT WORTH | TX | 76137 |
|---|---|---|---|---|

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 16 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | THOMASON LINDA G | B | 66 | W | 2 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | |
| | | | | | | | | | | | | | | Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | |

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | THOMASON JOHN 7733 MARBLE CANYON DR | FORT WORTH TX 76137 |
|---|---|---|---|

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name FARMERS | Fin. Resp. Num. 45566488 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 | 12- | FD-3 | 27 Vehicle Damage Rating 2 | - | - | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|---|---|---|---|

| Towed By | BIVINS TOWING | Towed To | BIVINS TOWING |
|---|---|---|---|

| Unit Num. 142 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. MDD5120 | VIN 5 X Y P G D A 5 9 J G 5 1 2 4 6 3 3 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 4 | 6 Veh. Color WHI | Veh. Make FORD | Veh. Model F150 | 7 Body Style PK | Pol., Fire, EMS on Emergency (Explain in Narrative if checked) [ ] |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. ███ 219 | 9 DL Class CM | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 4 / 2 1 / 1 9 8 8 |
|---|---|---|---|---|---|---|

| Address (Street, City, State, ZIP) | 4059 TULIP TREE DR | FORT WORTH | TX | 76137 |
|---|---|---|---|---|

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 16 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BIRD IAN P | B | 32 | W | 1 | 1 | 2 | 97 | N | | 96 | | 96 | 97 | |
| | | | | | | | | | | | | | | Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | |

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | BIRD IAN P 4059 TULIP TREE DR | FORT WORTH TX 76137 |
|---|---|---|---|

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name USAA | Fin. Resp. Num. 027225590 7101 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 | 12- | FD-6 | 27 Vehicle Damage Rating 2 | - | - | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|---|---|---|---|

| Towed By | BIVINS TOWING | Towed To | BIVINS TOWING |
|---|---|---|---|

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Page 142 of 149

| Case ID | 210011068 | TxDOT Crash ID | |
|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24Hr:MM) |
|---|---|---|---|---|---|
| 141 | 1 | LOCAL HOSPITAL | SELF | / / | |
| 142 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | 30 Veh. Type |
|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24Hr:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. | 3380-3421 |
|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units **1 4 8**  Total Num. Prsns. **1 3 6**  TxDOT Crash ID

### Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714; Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★ = These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Texas Department of Transportation

Page **143** of **149**

## IDENTIFICATION & LOCATION

★Crash Date (MM/DDYYYY) **0 2 / 1 1 / 2 0 2 1**  ★Crash Time (24HRMM) **0 6 0 0**  Case ID **210011068**  Local Use

★County Name **TARRANT**  ★City Name **FORT WORTH**  [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No  Latitude (decimal degrees) **3 2 . 7 9 5 1 3**  Longitude (decimal degrees) **— 0 9 7 . 3 2 2 7 7**

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. **TL**  ★Hwy. Num. **35**  2 Rdwy. Part **1**  Block Num. **2600**  3 Street Prefix  ★Street Name  4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  [X] Toll Road/Toll Lane  Speed Limit  Const. Zone [ ] Yes [X] No  Workers Present [ ] Yes [X] No  Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No  1 Rdwy. Sys. **LR**  Hwy. Num.  2 Rdwy. Part **1**  Block Num. **2500**  3 Street Prefix **NE**  Street Name **28TH**  4 Street Suffix **ST**

Distance from Int. or Ref. Marker **1000**  [X] FT [ ] MI  3 Dir. from Int. or Ref. Marker **S**  Reference Marker  Street Desc. **HWY**  RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. **143**  5 Unit Desc. **1**  [ ] Parked Vehicle  [ ] Hit and Run  LP State **TX**  LP Num. **NVD5172**  VIN **1 C 6 S R F J T 4 L N 3 9 5 2 8 9**

Veh. Year **2 0 2 0**  6 Veh. Color **WHI**  Veh. Make **DODGE**  Veh. Model **RAM 1500**  7 Body Style **PK**  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**  DL/ID State **TX**  DL/ID Num. [███]**117**  9 DL Class **C**  10 CDL End. **96**  11 DL Rest. **96**  DOB (MM/DD/YYYY) **0 4 / 2 4 / 1 9 8 6**

Address (Street, City, State, ZIP) **506 RANCHWOOD DR**  **JUSTIN**  **TX  76247**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | OSBORNE   WESLEY   ADAM | N | 34 | W | 1 | 1 | | 97 | N | 96 | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address **SABER POWER   SERVICES   9841 SABER POWER LN**  **ROSHARON   TX  77583**

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **GREAT NORTHERN**  Fin. Resp. Num. **73617769**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1  **6 -**  **RD - 2**  27 Vehicle Damage Rating 2  **- -**  Vehicle Inventoried [ ] Yes [X] No

Towed By **CARDINAL TOWING**  Towed To **CARDINAL TOWING**

---

Unit Num. **144**  5 Unit Desc. **1**  [ ] Parked Vehicle  [ ] Hit and Run  LP State **TX**  LP Num. **MKM2960**  VIN **1 N 4 B L 4 B V 5 L C 1 5 3 9 0**

Veh. Year **2 0 2 0**  6 Veh. Color **SIL**  Veh. Make **NISSAN**  Veh. Model **ALTIMA**  7 Body Style **P4**  [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **1**  DL/ID State **TX**  DL/ID Num. [███]**974**  9 DL Class **C**  10 CDL End. **96**  11 DL Rest. **96**  DOB (MM/DD/YYYY) **1 2 / 0 3 / 1 9 6 8**

Address (Street, City, State, ZIP) **409 CLAIREMONT AVE**  **FORT WORTH**  **TX  76103**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | GOULD   LORENZO | B | 52 | B | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee  Owner/Lessee Name & Address **EAN HOLDINGS LLC   14002 EAST 21ST ST #1500**  **TULSA   OK  74134**

Proof of Fin. Resp. [X] Yes [ ] No  [ ] Expired [ ] Exempt  26 Fin. Resp. Type **1**  Fin. Resp. Name **TEXAS FARM BUREAU**  Fin. Resp. Num. **23229982**

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1  **12 -**  **FD - 7**  27 Vehicle Damage Rating 2  **3 -**  **R&T - 7**  Vehicle Inventoried [ ] Yes [X] No

Towed By **MILNER TOWING**  Towed To **MILNER TOWING**

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID: 210011068

TxDOT Crash ID:

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 144 | 1 | LOCAL HOSPITAL | SELF | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | 30 Veh. Type |
|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HR:MM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | | MARTIN,K | | ID Num. 3380-3421 |
|---|---|---|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

**Law Enforcement and TxDOT Use ONLY**

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 1 4 8 | Total Num. Prsns. | 1 3 6 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

Page 145 of 149

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

**IDENTIFICATION & LOCATION**

| ★Crash Date (MM/DD/YYYY) | 0 2 / 1 1 / 2 0 2 1 | ★Crash Time (24HRMM) | 0 6 0 0 | Case ID 210011068 | Local Use |
|---|---|---|---|---|---|

| ★County Name | TARRANT | ★City Name | FORT WORTH | [ ] Outside City Limit |
|---|---|---|---|---|

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No

Latitude (decimal degrees) 3 2 . 7 9 5 1 3    Longitude (decimal degrees) — 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. TL | ★1 Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 2600 | 3 Street Prefix | ★Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/ Toll Lane   Speed Limit   Const. Zone [ ] Yes [ ] No   Workers Present [ ] Yes [ ] No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. [ ] Yes [ ] No | 1 Rdwy. Sys. LR | Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 2500 | 3 Street Prefix NE | Street Name 28TH | 4 Street Suffix ST |
|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker 1000 | [X] FT [ ] MI | 3 Dir. from Int. or Ref. Marker S | Reference Marker | Street Desc. HWY | RRX Num. |
|---|---|---|---|---|---|

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 145 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. FLY1363 | VIN 2 G K F L R E 3 9 F 1 2 0 1 2 2 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 5 | 6 Veh. Color BLK | 6 Veh. Make GMC | Veh. Model TERRAIN | 7 Body Style SV | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. ████641 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 0 2 / 1 3 / 1 9 9 5 |
|---|---|---|---|---|---|---|

| Address (Street, City, State, ZIP) | 1012 KEYSTONE CT | DENTON | TX | 76207 |
|---|---|---|---|---|

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Result | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ROBINSON    JESSE | B | 25 | W | 1 | 1 | 2 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | WISE    SHELBY 2606 DURANGO RIDGE DR | BEDFORD | TX | 76021 |
|---|---|---|---|---|---|

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name USAA | Fin. Resp. Num. 020332195 7101 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1  12- FD- 7 | 27 Vehicle Damage Rating 2  -  - | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|

| Towed By ALLIANCE TOWING KELLER | Towed To ALLIANCE TOWING KELLER |
|---|---|

| Unit Num. 146 | 5 Unit Desc. 1 | [ ] Parked Vehicle | [ ] Hit and Run | LP State TX | LP Num. CFP1992 | VIN 3 F A D P 4 B J 4 E M 1 1 0 6 8 3 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 4 | 6 Veh. Color GRY | 6 Veh. Make FORD | Veh. Model FIESTA | 7 Body Style P4 | [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. ████284 | 9 DL Class A | 10 CDL End. 96 | 11 DL Rest. P17 | DOB (MM/DD/YYYY) 0 3 / 1 4 / 1 9 8 9 |
|---|---|---|---|---|---|---|

| Address (Street, City, State, ZIP) | 14637 SUNDOG WAY | HASLET | TX | 76052 |
|---|---|---|---|---|

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | 15 Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Result | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GARCIA RAMIREZ    JULIO | B | 31 | H | 1 | 1 | 1 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| [X] Owner [ ] Lessee | Owner/Lessee Name & Address | OJEDA    JANNET 4916 SAUCER DR | HALTOM CITY | TX | 76117 |
|---|---|---|---|---|---|

| Proof of Fin. Resp. [X] Yes [ ] No | [ ] Expired [ ] Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name STATE FARM | Fin. Resp. Num. 216 1313-L07-43H 002 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1  12- FD- 3 | 27 Vehicle Damage Rating 2  -  - | Vehicle Inventoried [ ] Yes [X] No |
|---|---|---|---|

| Towed By LONESTAR TOWING | Towed To LONESTAR TOWING |
|---|---|

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | | Page 146 of 149 |
|---|---|---|---|---|

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 145 | 1 | JOHN PETER SMITH | SELF | /  / | |
| 146 | 1 | LOCAL HOSPITAL | SELF | /  / | |
| | | | | /  / | |
| | | | | /  / | |
| | | | | /  / | |
| | | | | /  / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G.    MARTIN, K | | ID Num. 3380-3421 |
|---|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/Region/DA | C E N T R L |
|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

[X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 1 4 8   Total Num. Prsns.: 1 3 6   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

Page: 147 1 of 149

★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

**IDENTIFICATION & LOCATION**

★ Crash Date (MM/DD/YYYY): 0 2 / 1 1 / 2 0 2 1   ★ Crash Time (24HRMM): 0 6 0 0   Case ID: 210011068   Local Use

★ County Name: TARRANT   ★ City Name: FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees): 3 2 . 7 9 5 1 3   Longitude (decimal degrees): — 0 9 7 . 3 2 2 7 7

**ROAD ON WHICH CRASH OCCURRED**

★ 1 Rdwy. Sys.: TL   ★ Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num. 2600   3 Street Prefix   ★ Street Name   4 Street Suffix

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   [X] Toll Road/ Toll Lane   Speed Limit   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. [ ] Yes [X] No   1 Rdwy. Sys.: LR   Hwy. Num.   2 Rdwy. Part: 1   Block Num. 2500   3 Street Prefix: NE   Street Name: 28TH   4 Street Suffix: ST

Distance from Int. or Ref. Marker: 1000   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: S   Reference Marker   Street Desc.: HWY   RRX Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num.: 147   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State: TX   LP Num.: MMX2133   VIN: 3 G N K B G R S 4 K S 6 6 6 9 3 0

Veh. Year: 2 0 1 9   6 Veh. Color: WHI   Veh. Make: CHEVROLET   Veh. Model: BLAZER   7 Body Style: SV   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: ___792   9 DL Class: A   10 CDL End.: 96   11 DL Rest.: K   DOB (MM/DD/YYYY): 0 3 / 1 9 / 1 9 7 1

Address (Street, City, State, ZIP): 829 AMBERWOOD CT   HASLET   TX   76052

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | PENNINGTON   CHRISTOPHER | B | 49 | W | 1 | 1 | | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: JR'S CRANE AND EXCAVATION   5420 HWY-69   GREENEVILLE TX 75402

Proof of Fin. Resp. [X] Yes [ ] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: SELF   Fin. Resp. Num.: SELF

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1: 12- FD-7   27 Vehicle Damage Rating 2: - -   Vehicle Inventoried [ ] Yes [X] No

Towed By: TEXAS TOWING   Towed To: TEXAS TOWING

Unit Num.: 148   5 Unit Desc.: 1   [ ] Parked Vehicle   [ ] Hit and Run   LP State: TX   LP Num.: GGB0398   VIN: 1 F M 5 K 7 B 8 9 G G B 3 6 1

Veh. Year: 2 0 1 6   6 Veh. Color: SIL   Veh. Make: FORD   Veh. Model: EXPLORER   7 Body Style: SV   [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: ___063   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY): 0 4 / 1 7 / 1 9 5 8

Address (Street, City, State, ZIP): 8021 ARLIE LN   NORTH RICHLAND HILLS   TX   76182

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | EZELLE   BRENT   REID | N | 62 | W | 1 | 1 | 2 | 97 | N | 96 | | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[X] Owner [ ] Lessee   Owner/Lessee Name & Address: TARRANT COUNTY   100 E WEATHERFORD ST #303   FORT WORTH TX 76196

Proof of Fin. Resp. [X] Yes [ ] No [ ] Expired [ ] Exempt   26 Fin. Resp. Type: 1   Fin. Resp. Name: SELF   Fin. Resp. Num.: SELF

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1: 6- RD-7   27 Vehicle Damage Rating 2: 12- FD-7   Vehicle Inventoried [ ] Yes [X] No

Towed By: TEXAS TOWING   Towed To: TEXAS TOWING

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

| Case ID | 210011068 | TxDOT Crash ID | | Page 148 of 149 |

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 147 | 1 | JOHN PETER SMITH | MEDSTAR27 | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 98 | 3 | 97 | 3 | 2 | 6 | 96 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 6 2 0 | How Notified | DISPATCH | Time Arrived (24HRMM) | 0 6 4 0 | Report Date (MM/DD/YYYY) | 0 3 / 0 1 / 2 0 2 1 |

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) | HARPER, G. | MARTIN,K | ID Num. 3380-3421 |

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency | FORT WORTH POLICE DEPARTMENT | Service/ Region/DA | C E N T R L |



2600 NORTH FWY 1H-35W EXPRESS

0          150          300

210011068
DET. K.G. MARTIN 3421
TRAFFIC INVESTIGATIONS



# PRELIMINARY REPORT
# HIGHWAY
## HWY21FH005

*The information in this report is preliminary and will be
supplemented or corrected during the course of the investigation.*

On Thursday, February 11, 2021, about 6:00 a.m. central standard time, a multivehicle crash occurred in the southbound toll lanes of Interstate 35 West (I-35W), in Fort Worth, Tarrant County, Texas. The crash happened near the exit to Northside Drive and involved about 130 vehicles.[1] The southbound traffic lanes consisted of two toll lanes and three general-use lanes. The posted speed limit was 75 mph for the toll lanes and 65 mph for the general-use lanes. The southbound toll lanes were separated from the northbound toll lanes by a 42-inch-high sloped concrete barrier and from the southbound general-use lanes by a 36-inch-high back-to-back concrete rail barrier (figure 1).



**Figure 1.** Approximate location of crash, looking south. (Source: Google Earth image from January 2020)

In the days before the crash, the area had experienced 36 consecutive hours of below-freezing temperatures. In anticipation of forecast freezing rain and sleet, NTE Mobility Partners Segments 3 (NTEMP S3) reported that they had pretreated the traffic lanes with an Ice Slicer NM

---

[1] The Fort Worth Police Department, the local investigating authority, documented the crash using the state's CR-3 crash report. The report uses "traffic units," which treat truck-tractor semitrailer combination vehicles as two units—the power unit (the truck-tractor) and the towed unit (the semitrailer). The police department's report states that 148 traffic units were involved in the crash, including 32 truck-tractor semitrailer combination units, 114 passenger vehicle units, and 2 units classified as pedestrians.

**EXHIBIT B**

brine solution.[2] The solution was applied to the two southbound toll lanes in the vicinity of the crash on February 9 at 10:12 a.m.

About 4 hours before the crash, the weather station at Fort Worth Meacham International Airport, about 3 miles northwest of the crash site, reported light freezing rain and freezing mist. At 3:40 a.m., the dynamic message signs managed by NTEMP S3 along the southbound toll lanes began displaying the message, "ICY CONDITIONS EXIST / PLEASE USE CAUTION." The message was based on information from an earlier crash at 3:08 a.m., when icy road conditions existed at I-35W and Western Center Boulevard, about 5 miles north of the crash site.

The crash involved a combination of commercial and passenger vehicles and covered a segment of roadway approximately 1,100 feet long (figure 2). As a result of the crash, 6 people were fatally injured. Two of the fatally injured people were pedestrians who exited their vehicles and were struck on the road. The other fatally injured people had remained inside their vehicles. Thirty-six vehicle occupants were transported to area hospitals for treatment of their injuries.



**Figure 2.** Crash scene (Source: Adapted from Google Earth).

---

[2] (a) Segments 3 refers to I-35W. NTE Mobility Partners, through a separate legal entity, operates and maintains other segments along Interstate 820 and State Highway 183 in the Fort Worth area. (b) Ice Slicer NM (also known as Ice Slicer CB) is available as a commercial product and comprises sodium chloride, magnesium chloride, potassium chloride, and calcium chloride. Sodium chloride makes up 90 to 98 percent of the brine solution.

NTEMP S3 was responsible for operations and maintenance in the I-35W right-of-way, which included toll lanes, general-use lanes, and frontage roads. The crash occurred in a segment of the road that had opened to traffic on April 5, 2018.

The National Transportation Safety Board (NTSB) is conducting a focused investigation to examine the road treatment strategies used to address the freezing conditions. NTEMP S3, the Texas Department of Transportation, the Fort Worth Police Department, the Fort Worth Fire Department, and the Metropolitan Area EMS Authority are supporting the NTSB in the investigation.

A-16



Electronically Filed
8/4/2021 4:37 PM
Dallas Hidalgo County District Clerks
Houston Reviewed By: Alessandra Galvan
Corpus Christi
Albuquerque     Houston, Texas 77056
Santa Fe     T: 713.759.1990
Waco     F: 713.652.2419

**HARTLINE**
**BARGER** LLP

August 4, 2021

**Via E-file**
Honorable Judge Fernando Mancias
93rd Judicial District Court of Hidalgo
100 N. Closner, 2nd Floor
Edinburg, Texas 78539

Re:     Cause No. C-1550-21-B; *Christopher Pennington vs. FedEx Ground Package*
*System, Inc., et al.*; In the 93rd District of Hidalgo County, Texas.

Dear Honorable Judge Mancias:

Please provide certified copies of all filings in the above reference matter along with the
Docket Sheet. The fee of $724.00 for copies of these documents is being paid for along with the
filing of this letter. We will send a courier to your offices when ready to pick up these documents
per our conversation with Alessandra at the 93rd window of Hidalgo County District Clerk's office.
Please contact Belinda Johnson at 713-951-4209 when ready for pick up.

Thank you for your assistance.

Sincerely,

Peter C. Blomquist

DATE  8 5 2021
A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By _____ Deputy#34

PCB/bj

# EXHIBIT B



# PRELIMINARY REPORT
# HIGHWAY
## HWY21FH005

*The information in this report is preliminary and will be
supplemented or corrected during the course of the investigation.*

On Thursday, February 11, 2021, about 6:00 a.m. central standard time, a multivehicle crash occurred in the southbound toll lanes of Interstate 35 West (I-35W), in Fort Worth, Tarrant County, Texas. The crash happened near the exit to Northside Drive and involved about 130 vehicles.[1] The southbound traffic lanes consisted of two toll lanes and three general-use lanes. The posted speed limit was 75 mph for the toll lanes and 65 mph for the general-use lanes. The southbound toll lanes were separated from the northbound toll lanes by a 42-inch-high sloped concrete barrier and from the southbound general-use lanes by a 36-inch-high back-to-back concrete rail barrier (figure 1).



**Figure 1.** Approximate location of crash, looking south. (Source: Google Earth image from January 2020)

In the days before the crash, the area had experienced 36 consecutive hours of below-freezing temperatures. In anticipation of forecast freezing rain and sleet, NTE Mobility Partners Segments 3 (NTEMP S3) reported that they had pretreated the traffic lanes with an Ice Slicer NM

---

[1]The Fort Worth Police Department, the local investigating authority, documented the crash using the state's CR-3 crash report. The report uses "traffic units," which treat truck-tractor semitrailer combination vehicles as two units—the power unit (the truck-tractor) and the towed unit (the semitrailer). The police department's report states that 148 traffic units were involved in the crash, including 32 truck-tractor semitrailer combination units, 114 passenger vehicle units, and 2 units classified as pedestrians.

brine solution.[2] The solution was applied to the two southbound toll lanes in the vicinity of the crash on February 9 at 10:12 a.m.

About 4 hours before the crash, the weather station at Fort Worth Meacham International Airport, about 3 miles northwest of the crash site, reported light freezing rain and freezing mist. At 3:40 a.m., the dynamic message signs managed by NTEMP S3 along the southbound toll lanes began displaying the message, "ICY CONDITIONS EXIST / PLEASE USE CAUTION." The message was based on information from an earlier crash at 3:08 a.m., when icy road conditions existed at I-35W and Western Center Boulevard, about 5 miles north of the crash site.

The crash involved a combination of commercial and passenger vehicles and covered a segment of roadway approximately 1,100 feet long (figure 2). As a result of the crash, 6 people were fatally injured. Two of the fatally injured people were pedestrians who exited their vehicles and were struck on the road. The other fatally injured people had remained inside their vehicles. Thirty-six vehicle occupants were transported to area hospitals for treatment of their injuries.



**Figure 2.** Crash scene (Source: Adapted from Google Earth).

---

[2] (a) Segments 3 refers to I-35W. NTE Mobility Partners, through a separate legal entity, operates and maintains other segments along Interstate 820 and State Highway 183 in the Fort Worth area. (b) Ice Slicer NM (also known as Ice Slicer CB) is available as a commercial product and comprises sodium chloride, magnesium chloride, potassium chloride, and calcium chloride. Sodium chloride makes up 90 to 98 percent of the brine solution.

NTEMP S3 was responsible for operations and maintenance in the I-35W right-of-way, which included toll lanes, general-use lanes, and frontage roads. The crash occurred in a segment of the road that had opened to traffic on April 5, 2018.

The National Transportation Safety Board (NTSB) is conducting a focused investigation to examine the road treatment strategies used to address the freezing conditions. NTEMP S3, the Texas Department of Transportation, the Fort Worth Police Department, the Fort Worth Fire Department, and the Metropolitan Area EMS Authority are supporting the NTSB in the investigation.

# EXHIBIT C



# PRELIMINARY REPORT
# HIGHWAY
## HWY21FH005

*The information in this report is preliminary and will be supplemented or corrected during the course of the investigation.*

On Thursday, February 11, 2021, about 6:00 a.m. central standard time, a multivehicle crash occurred in the southbound toll lanes of Interstate 35 West (I-35W), in Fort Worth, Tarrant County, Texas. The crash happened near the exit to Northside Drive and involved about 130 vehicles.[1] The southbound traffic lanes consisted of two toll lanes and three general-use lanes. The posted speed limit was 75 mph for the toll lanes and 65 mph for the general-use lanes. The southbound toll lanes were separated from the northbound toll lanes by a 42-inch-high sloped concrete barrier and from the southbound general-use lanes by a 36-inch-high back-to-back concrete rail barrier (figure 1).



**Figure 1.** Approximate location of crash, looking south. (Source: Google Earth image from January 2020)

In the days before the crash, the area had experienced 36 consecutive hours of below-freezing temperatures. In anticipation of forecast freezing rain and sleet, NTE Mobility Partners Segments 3 (NTEMP S3) reported that they had pretreated the traffic lanes with an Ice Slicer NM

---

[1] The Fort Worth Police Department, the local investigating authority, documented the crash using the state's CR-3 crash report. The report uses "traffic units," which treat truck-tractor semitrailer combination vehicles as two units—the power unit (the truck-tractor) and the towed unit (the semitrailer). The police department's report states that 148 traffic units were involved in the crash, including 32 truck-tractor semitrailer combination units, 114 passenger vehicle units, and 2 units classified as pedestrians.

brine solution.[2] The solution was applied to the two southbound toll lanes in the vicinity of the crash on February 9 at 10:12 a.m.

About 4 hours before the crash, the weather station at Fort Worth Meacham International Airport, about 3 miles northwest of the crash site, reported light freezing rain and freezing mist. At 3:40 a.m., the dynamic message signs managed by NTEMP S3 along the southbound toll lanes began displaying the message, "ICY CONDITIONS EXIST / PLEASE USE CAUTION." The message was based on information from an earlier crash at 3:08 a.m., when icy road conditions existed at I-35W and Western Center Boulevard, about 5 miles north of the crash site.

The crash involved a combination of commercial and passenger vehicles and covered a segment of roadway approximately 1,100 feet long (figure 2). As a result of the crash, 6 people were fatally injured. Two of the fatally injured people were pedestrians who exited their vehicles and were struck on the road. The other fatally injured people had remained inside their vehicles. Thirty-six vehicle occupants were transported to area hospitals for treatment of their injuries.



**Figure 2.** Crash scene (Source: Adapted from Google Earth).

---

[2] (a) Segments 3 refers to I-35W. NTE Mobility Partners, through a separate legal entity, operates and maintains other segments along Interstate 820 and State Highway 183 in the Fort Worth area. (b) Ice Slicer NM (also known as Ice Slicer CB) is available as a commercial product and comprises sodium chloride, magnesium chloride, potassium chloride, and calcium chloride. Sodium chloride makes up 90 to 98 percent of the brine solution.

NTEMP S3 was responsible for operations and maintenance in the I-35W right-of-way, which included toll lanes, general-use lanes, and frontage roads. The crash occurred in a segment of the road that had opened to traffic on April 5, 2018.

The National Transportation Safety Board (NTSB) is conducting a focused investigation to examine the road treatment strategies used to address the freezing conditions. NTEMP S3, the Texas Department of Transportation, the Fort Worth Police Department, the Fort Worth Fire Department, and the Metropolitan Area EMS Authority are supporting the NTSB in the investigation.

# EXHIBIT D

# FXG – Fort Worth Pile Up

Location of Plaintiff Christopher Pennington (Located in 3rd Cluster in Pile Up) And Location of Defendants

# Fort Worth Pile Up Clusters



# Fort Worth Pile Up Clusters



# Location of Parties-Cluster 3



# Location of Defendants-Cluster 3



# EXHIBIT E

United States District Court
Southern District of Texas
**ENTERED**
July 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARK PATEL; et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-cv-00244 |
| | § | |
| FEDEX GROUND PACKAGE SYSTEM, | § | |
| INC.; et al. | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The Court now considers Defendant Fedex Grounds Package System, Inc.'s notice of removal.[1] Defendant Fedex alleges subject matter jurisdiction on the basis of diversity of citizenship under 28 U.S.C. § 1332, because the two non-diverse Defendants in this case were improperly and fraudulently joined.[2]

### I. BACKGROUND

Plaintiffs filed their original petition in Hidalgo County Court on February 22, 2021.[3] Plaintiffs are residents of Texas.[4] While Defendants Fedex Ground Package System, Inc.; J.B. Hunt Transport, Inc.; Go To Logistics, Inc.; Rich Transport, LLC; and Coca-Cola Southwest Beverage, LLC are not citizens of Texas, Defendants GG's Produce, LLC and Carlos Ruvalcaba are both citizens of Texas.[5]

---

[1] Dkt. No. 1.
[2] *Id.* at 2, ¶ 3.
[3] Dkt. No. 1-2 at 11.
[4] *Id.* at 1.
[5] Dkt. No. 1 at 3–4 (Plaintiff also joined unknown Defendants as John Does 1-6, but the Court disregards the citizenship of fictitious defendants in determining whether an action is removable on the basis of diversity jurisdiction. *See* 28 U.S.C. § 1441(b)(1).).

Defendant Fedex removed this case on June 16, 2021.[6] All named Defendants consented to removal in this case.[7] Defendant Fedex alleges that removal is proper on the basis of diversity because Defendants GG's Produce and Carlos Ruvalcaba are improperly and fraudulently joined.[8]

## II. LEGAL STANDARD

It is a "well-settled principle that litigants can never consent to federal subject matter jurisdiction, and the lack of subject matter jurisdiction is a defense that cannot be waived."[9] District courts have limited jurisdiction and the authority to remove an action from state to federal court is solely conferred by the Constitution or by statute.[10] While the Court has jurisdiction to determine its jurisdiction,[11] it cannot exercise any "judicial action" other than dismissal when the Court lacks jurisdiction.[12] "Removal [to federal court] is proper only if that court would have had original jurisdiction over the claim."[13] The Court determines its jurisdiction by considering the plaintiff's claims as they existed at the time of removal,[14] which cannot be defeated by the plaintiff's later amendment.[15]

If the removing party claims federal diversity jurisdiction under 28 U.S.C. § 1332, the removing party must demonstrate complete diversity: that each defendant is a citizen of a

---

[6] Dkt. No. 1.

[7] Dkt. Nos. 13–17.

[8] Dkt. No. 1 at 4–14.

[9] *Gonzalez v. Guilbot*, 255 F. App'x 770, 771 (5th Cir. 2007) (citing *Coury v. Prot,* 85 F.3d 244, 248 (5th Cir.1996)); *see* 28 U.S.C. § 1447(c).

[10] *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).

[11] *United States v. Ruiz*, 536 U.S. 622, 628 (2002) ("[I]t is familiar law that a federal court always has jurisdiction to determine its own jurisdiction.").

[12] *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94 (1998).

[13] *Heritage Bank v. Redcom Labs., Inc.*, 250 F.3d 319, 323 (5th Cir. 2001); *accord Halmekangas v. State Farm Fire & Cas. Co.*, 603 F.3d 290, 294 (5th Cir. 2010).

[14] *Campbell v. Stone Ins., Inc.*, 509 F.3d 665, 668 n.2 (5th Cir. 2007); *see Pullman Co. v. Jenkins*, 305 U.S. 534, 537 (1939) (holding that removal is to be "determined according to the plaintiffs' pleading at the time of the petition for removal").

[15] *Cavallini v. State Farm Mut. Auto Ins. Co.*, 44 F.3d 256, 265 (5th Cir. 1995).

different state from each plaintiff[16] and the amount in controversy exceeds \$75,000.[17] Accordingly, "[w]hen original federal jurisdiction is based on diversity . . . a defendant may remove only 'if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.'"[18] Citizenship, domicile, and residency are frequently conflated terms; for diversity jurisdiction purposes, a person is a citizen of the state where that person resides and has an intention to remain or make his or her home, and a business entity is typically a citizen of the state both where it is incorporated and where it has its principal place of business.[19] "The removing party, the party seeking the federal forum, bears the burden of showing that federal jurisdiction exists and that removal was proper,"[20] and must overcome this Court's presumption that cases lie outside its narrow jurisdiction.[21] "Each factual issue necessary to support subject matter jurisdiction 'must be supported in the same way as any other matter on which the plaintiff bears the burden of proof, i.e., with the manner and degree of evidence required at the successive stages of the litigation.'"[22]

If each defendant is not a citizen of a different state from each plaintiff, a party—usually a removing defendant—may claim that the plaintiff improperly or fraudulently joined parties to defeat federal diversity jurisdiction. The citizenship of an improperly joined party is then disregarded in determining the Court's jurisdiction.[23] The doctrines of fraudulent or improper

---

[16] *Corfield v. Dall. Glen Hills LP*, 355 F.3d 853, 857 (5th Cir. 2003); *see McLaughlin v. Miss. Power Co.*, 376 F.3d 344, 353 (5th Cir. 2004) (quotation omitted) ("[A]ll persons on one side of the controversy [must] be citizens of different states than all persons on the other side.").

[17] *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005).

[18] *Gasch v. Hartford Acc. & Indem. Co.*, 491 F.3d 278, 281 (5th Cir. 2007) (quoting 28 U.S.C. § 1441(b)).

[19] *Wachovia Bank v. Schmidt*, 546 U.S. 303, 318 (2006); *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 313–14 (5th Cir. 2019); *Acridge v. Evangelical Lutheran Good Samaritan Soc'y*, 334 F.3d 444, 451 (5th Cir. 2003).

[20] *Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002); *accord McNutt v. Gen. Motors Acceptance Corp.*, 298 U.S. 178, 189 (1936).

[21] *Howery v. Allstate Ins. Co.*, 243 F.3d 912, 916 (5th Cir. 2001).

[22] *Sharkey v. Quarantillo*, 541 F.3d 75, 83 (2d Cir. 2008) (quoting *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 561 (1992)), *quoted in MidCap Media Fin.*, 929 F.3d at 315 n.*.

[23] *Smallwood v. Ill. Cent. R.R.*, 385 F.3d 568, 572 (5th Cir. 2004) (en banc) (quoting 28 U.S.C. § 1441(b)).

joinder ensure "that the presence of an improperly joined, non-diverse defendant does not defeat federal removal jurisdiction premised on diversity."[24] There is a heavy burden upon the party claiming improper or fraudulent joinder.[25] The Fifth Circuit has "recognized two ways to establish improper joinder: '(1) actual fraud in the pleading of jurisdictional facts, or (2) inability of the plaintiff to establish a cause of action against the non-diverse party in state court.'"[26] The Court determines "whether [the plaintiff] has *any possibility of recovery* against the party whose joinder is questioned. If there is arguably a *reasonable basis* for predicting that the state law might impose liability on the facts involved, then there is no fraudulent joinder. This *possibility, however, must be reasonable,* not merely theoretical."[27] To test this reasonable basis for recovery, the Court may resolve the issue with a two-step analysis. First, "[t]he court may conduct a [Federal Rule of Civil Procedure] 12(b)(6)-type analysis, looking initially at the allegations of the complaint to determine whether the complaint states a claim under state law against the in-state defendant."[28] The Court uses federal pleading standards in assessing the state court complaint.[29] A Rule 12(b)(6) analysis "leaves intact the well-pleaded complaint doctrine with all its intended reach,"[30] so the analysis accepts all well-pled facts in the complaint as true and interprets those facts in the light most favorable to the plaintiff, then asks whether the plaintiff has alleged "enough facts to state a claim to relief that is plausible on its face."[31] The

---

[24] *Borden v. Allstate Ins. Co.*, 589 F.3d 168, 171 (5th Cir. 2009).
[25] *Travis v. Irby*, 326 F.3d 644, 649 (5th Cir. 2003) (citing *B., Inc. v. Miller Brewing Co.*, 663 F.2d 545, 549 (5th Cir. 1981)).
[26] *Smallwood*, 385 F.3d at 573 (quoting *Travis v. Irby*, 326 F.3d 644, 647 (5th Cir. 2003)).
[27] *Travis*, 326 F.3d at 648 (quoting *Great Plains Tr. Co. v. Morgan Stanley Dean Witter & Co.*, 313 F.3d 305, 312 (5th Cir. 2002)).
[28] *Smallwood*, 385 F.3d at 573.
[29] *Int'l Energy Ventures Mgmt. v. United Energy Grp.*, 818 F.3d 193, 200 (5th Cir. 2016).
[30] *Smallwood*, 385 F.3d at 574.
[31] *Doe ex rel. Magee v. Covington Cnty. Sch. Dist. ex rel. Keys*, 675 F.3d 849, 854 (5th Cir. 2012) (en banc) (citing *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

Court does not make credibility determinations or discount the complaint's factual allegations.[32] "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged. . . . Threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice."[33] If a complaint can survive a Rule 12(b)(6) analysis, there is no improper joinder as to that party.[34] "[T]he existence of even a single valid cause of action against in-state defendants (despite the pleading of several unavailing claims) requires remand of the entire case to state court."[35] But if "there is no reasonable basis for the district court to predict that the plaintiff might be able to recover against an in-state defendant," the party was improperly joined.[36]

In instances in which the propriety of joinder is still questionable after the Rule 12(b)(6)-like analysis, or if the plaintiff has misstated or omitted facts that would determine the propriety of joinder, the Court may in its discretion pierce the pleadings and conduct a "summary inquiry" to consider "summary judgment-type evidence such as affidavits and deposition testimony" but will not pretry factual issues.[37]

While a district court has jurisdiction to determine its own jurisdiction, the focus of the inquiry "must be on the joinder, not the merits of the plaintiff's case."[38] Importantly, "removal statutes are to be strictly construed against removal; doubts as to removal are resolved in favor of

---

[32] *Neitzke v. Williams,* 490 U.S. 319, 327 (1989).

[33] *Ashcroft v. Iqbal,* 556 U.S. 662, 678 (2009).

[34] *Int'l Energy Ventures Mgmt.*, 818 F.3d at 200.

[35] *Gray ex rel. Rudd v. Beverly Enters.-Miss., Inc.,* 390 F.3d 400, 412 (5th Cir. 2004).

[36] *McDonal v. Abbott Labs.*, 408 F.3d 177, 183 (5th Cir. 2005) (quoting *Smallwood,* 385 F.3d at 573).

[37] *Hart v. Bayer Corp.,* 199 F.3d 239, 246–47 (5th Cir. 2000); *McDonal v. Abbott Labs.*, 408 F.3d 177, 183 n.6 (5th Cir. 2005).

[38] *Int'l Energy Ventures Mgmt.*, 818 F.3d at 209–10 (quoting *Smallwood,* 385 F.3d at 573); *see Smallwood,* 385 F.3d at 576 (emphasis added) ("When a defendant removes a case to federal court on a claim of improper joinder, the district court's first inquiry is whether the removing party has carried its heavy burden of proving that the *joinder* was improper. Indeed, until the removing party does so, the court does not have the authority to do more; it lacks the jurisdiction to dismiss the case on its merits. It must remand to the state court.").

remanding the case to state court."[39] Specifically, the Court will resolve all legal and factual issues, doubts, and ambiguities in favor of remand,[40] because the exercise of jurisdiction over a removed case "deprives a state court of a case properly before it and thereby implicates important federalism concerns."[41]

### III. ANALYSIS

In its notice of removal, Defendant Fedex argues that Defendants GG's Produce and Carlos Ruvalcaba, the driver of Coca-Cola Southwest Beverage, LLC's vehicle, are improperly and fraudulently joined because "Plaintiffs have no possibility of establishing a cause of action against them and they have no real connection with the claims against the other defendants."[42] Specifically, Defendant Fedex alleges that because of Defendants GG's Produce's and Carlos Ruvalcaba's locations in the 148-vehicle pile-up and intervening causes—including ice and other vehicles—they could not have proximately caused Plaintiffs' injuries.[43]

Defendant Fedex's motion impermissibly seeks to have the Court determine the merits of Plaintiffs' case.[44] While the Court agrees that the location of the vehicles or potential intervening causes may preclude recovery as to Defendant GG's Produce, it cannot say the same about Defendant Carlos Ruvalcaba without delving into the merits of the case.

---

[39] *Tebon v. Travelers Ins. Co.*, 392 F. Supp. 2d 894, 898 (S.D. Tex. 2005) (Jack, J.) (citing *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100 (1941) & *Acuna v. Brown & Root, Inc.*, 200 F.3d 335, 339 (5th Cir. 2000)).

[40] *Lorenz v. Tex. Workforce Comm'n*, 211 F. App'x 242, 245 (5th Cir. 2006) (citing *Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005)); *see also Rico v. Flores*, 481 F.3d 234, 239 (5th Cir. 2007) (alterations in original) (quoting *Griggs v. State Farm Lloyds*, 181 F.3d 694, 699 (5th Cir. 1999)) ("[T]he district court is 'obliged to resolve any contested issues of material fact, and any ambiguity or uncertainty in the controlling state law, in [the plaintiff's] favor.'").

[41] *Frank v. Bear Stearns & Co.*, 128 F.3d 919, 922 (5th Cir. 1997); *see Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94 (1998); *B., Inc. v. Miller Brewing Co.*, 663 F.2d 545, 548–49 (5th Cir. 1981) ("Where a federal court proceeds in a matter without first establishing that the dispute is within the province of controversies assigned to it by the Constitution and statute, the federal tribunal poaches upon the territory of a coordinate judicial system, and its decisions, opinions, and orders are of no effect. . . . Thus, the trial court must be certain of its jurisdiction before embarking upon a safari in search of a judgment on the merits.").

[42] Dkt. No. 1 at 5.

[43] *Id.* at 6–12.

[44] *See Smallwood*, 385 F.3d at 576.

6 / 8

Plaintiffs allege in the live second amended petition that Defendant Carlos Ruvalcaba's negligence caused their injuries.[45] Specifically, they allege that Defendant Coca-Cola's driver Carlos Ruvalcaba's failure to control his speed, drive safely, and take into account road conditions caused the accidents that led to their injuries.[46] On review of the pleadings, the Court finds Plaintiff has pled a reasonable basis for recovery. However, because Defendant Fedex alleges that Plaintiffs fraudulently omitted facts that are necessary to determine the propriety of joinder, the Court turns to pierce the pleadings and conduct a summary inquiry of the evidence included in Defendant Fedex's notice of removal to determine whether Plaintiffs omitted or misstated facts that affect the propriety of the joinder.[47]

Defendant Fedex alleges that because the accident scene photos show location of the vehicle driven by Defendant Carlos Ruvalcaba "all the way to the right of the roadway and in its own lane of travel," he could not have proximately caused the injury to Plaintiffs in vehicles some distance in front and behind him because there was no contact pictured between the vehicles and they ran into other vehicles.[48] Defendant Fedex further argues that Defendant Carlos Ruvalcaba could not have proximately caused the injuries to Plaintiffs in vehicles adjacent to him because the positioning of the cars suggests they ran into him.[49] Upon review of the photographs of the scene of the accident, the Court notes that the vehicle driven by Defendant Carlos Ruvalcaba is pictured directly adjacent to the vehicles of Plaintiffs Halee Escamilla and Sarah Doyle and in the same pile-up as the other Plaintiffs.[50] The Court does not agree that the location of the Coca-Cola vehicle driven by Carlos Ruvalcaba in the pile up summarily precludes

---

[45] Dkt. No. 7-1 at 8.
[46] Dkt. No. 7-1 at 9.
[47] *See Hart*, *supra* note 37; Dkt. Nos. 1–8.
[48] Dkt. No. 1 at 9–12 (citing Dkt. No. 8-3 at 4–5).
[49] *Id.*
[50] Dkt. No. 1 at 7–9 (citing Dkt. No. 8-3 at 4–5).

a finding that he proximately caused Plaintiffs' injuries. Because the location of the vehicles in the photos leave open a genuine dispute of fact as to whether Defendant Carlos Ruvalcaba proximately caused Plaintiffs' injuries, the Court does not agree that the omission of the location of the vehicle determines the propriety of joinder. Because Plaintiffs alleged sufficient facts to establish a reasonable basis for recovery against Defendant Carlos Ruvalcaba, the Court finds he is properly joined as a Defendant in this case.

Furthermore, Defendant Fedex's arguments regarding the weather and other intervening causes equally dispose of all Defendants and are not a permissible basis to establish improper joinder.[51] For the foregoing reasons, the Court finds that Defendant Fedex has not met its burden to establish improper or fraudulent joinder of non-diverse Defendant Carlos Ruvalcaba and thus has failed to establish diversity jurisdiction under 28 U.S.C. § 1332. Because there is not complete diversity of citizenship between all Plaintiffs and all Defendants in this case, the Court does not have subject matter jurisdiction over this case.

### IV. CONCLUSION

Accordingly, the Court **REMANDS** this case to the 93rd Judicial District Court of Hidalgo County.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 16th day of July 2021.

_____
Micaela Alvarez
United States District Judge

---

[51] *See Smallwood*, 385 F.3d at 571.